**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:26-cv-13019 |
| OFFICE OF MANAGEMENT AND BUDGET, et al., | |
| *Defendants*. | |

**ADMINISTRATIVE RECORD**

Pursuant to this Court's order dated July 22, 2026, ECF No. 39, Defendants respectfully

file this administrative record with the Court.

Dated: August 4, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

/S/*Michael K. Velchik*

MICHAEL K. VELCHIK
Senior Counsel
Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 860-8388
E-mail: michael.velchik@usdoj.gov

*Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on August 4, 2026.  Counsel for Defendants certify that true copies of native excel files, as indicated in the index, were served upon Plaintiffs' counsel directly via email on August 4, 2026.

/s/Michael K. Velchik

MICHAEL K. VELCHIK

2