**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

NATIONAL CENTER FOR LEARNING
DISABILITIES *et al.*,

      *Plaintiffs*,

v.

OFFICE OF MANAGEMENT AND
BUDGET *et al.*,

      *Defendants*.

Case No. 1:26-cv-13019

**CERTIFICATION**

I, Anne M. DeCesaro, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1. I am the Associate Director for Education, Income Maintenance and Labor Programs at the Office of Management and Budget ("OMB").  I have been employed in that capacity since January 24, 2025.  I make this declaration based on personal knowledge and information provided to me as part of my official duties,

2. I make this declaration in connection with Defendants' obligation to comply with the Court's order requiring "production of the administrative record" by August 4, 2026.  ECF 39.

3. I am aware that Defendants in the above captioned case maintain that there has been no final agency action.  *See* ECF 37.

1

4.  This declaration is submitted without prejudice to any legal arguments Defendants have presented or will present in this litigation and pursuant to the Court's order dated July 22, 2026.  *See* ECF 39.

5.  I hereby certify, to the best of my knowledge, that the attached index reflects a true and correct copy of the non-privileged documents that were directly or indirectly considered in connection with the matters challenged by Plaintiffs in this matter.

Executed this 4th day of August in Washington, D.C.

ANNE DECESARO
Digitally signed by ANNE DECESARO
Date: 2026.08.04 16:48:01 -04'00'

2