# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **NATIONAL CENTER FOR LEARNING DISABILITIES**, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **OFFICE OF MANAGEMENT AND BUDGET**, et al., <br><br> *Defendants.* | Case No. 11:26-cv-13019 |

## INDEX: ADMINISTRATIVE RECORD (OMB), AUGUST 4, 2026

| Document | Bates No. |
|---|---|
| FY2025_Agency=ED_Bureau=IES_TAFS=091-2025-2026-1100_Iteration=1_2025-05-13-13.21 (placeholder for excel workbook) | OMB001 |
| FY2025_Agency=ED_Bureau=IES_TAFS=091-2025-2026-1100_Iteration=2_2025-08-08-11.43 (placeholder for excel workbook) | OMB002 |
| FY2026_Agency=ED_Bureau=IES_TAFS=091-2025-2026-1100_Iteration=1_2025-09-30-18.17 (placeholder for excel workbook) | OMB003 |
| FY2026_Agency=ED_Bureau=IES_TAFS=091-2025-2026-1100_Iteration=2_2026-02-27-16.55 (placeholder for excel workbook) | OMB004 |
| FY2026_Agency=ED_Bureau=IES_TAFS=091-2026-2027-1100_Iteration=1_2026-02-18-17.24 (placeholder for excel workbook) | OMB005 |
| FY2026_Agency=ED_Bureau=IES_TAFS=091-2026-2027-1100_Iteration=2_2026-07-27-17.15 (placeholder for excel workbook) | OMB006 |
| FY2026_Agency=ED_Bureau=IES_TAFS=091-2026-2027-1100_Iteration=2_2026-07-27-17.15 (placeholder for excel workbook) | OMB007 |

| | |
|---|---|
| FY2026_Agency=ED_Bureau=OESE_TAFS=091-2026-2026-1000_Iteration=2_2026-03-24-14.28 (placeholder for excel workbook) | OMB008 |
| FY2026_Agency=ED_Bureau=OESE_TAFS=091-2026-2026-1000_Iteration=3_2026-04-09-16.51 (placeholder for excel workbook) | OMB009 |
| FY2026_Agency=ED_Bureau=OESE_TAFS=091-2026-2026-1000_Iteration=4_2026-07-21-09.57 (placeholder for excel workbook) | OMB010 |
| FY2026_Agency=ED_Bureau=OESE_TAFS=091-2026-2026-1000_Iteration=5_2026-07-21-16.07 (placeholder for excel workbook) | OMB011 |
| FY2026_Agency=ED_Bureau=OII_TAFS=091-2026-2027-0204_Iteration=1_2026-04-09-16.52 (placeholder for excel workbook) | OMB012 |
| FY2026_Agency=ED_Bureau=OII_TAFS=091-2026-2027-0204_Iteration=2_2026-07-21-16.08 (placeholder for excel workbook) | OMB013 |
| FY2026 Institute of Education Sciences Spend Plan | OMB014 |
| FY2026 Institute of Education Sciences Spend Plan (May Update) | OMB015 |