**Placeholder sheet for Excel Workbook**

**titled**

**FY2025_Agency=ED_Bureau=IES_TAFS=091-2025-2026-1100_Iteration=1_2025-05-13-13.21**

OMB001

**Placeholder sheet for Excel Workbook**

**titled**

**FY2025_Agency=ED_Bureau=IES_TAFS=091-**

**2025-2026-1100_Iteration=2_2025-08-08-11.43**

OMB002

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=IES_TAFS=091-**

**2025-2026-1100_Iteration=1_2025-09-30-18.17**

OMB003

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=IES_TAFS=091-2025-2026-1100_Iteration=2_2026-02-27-16.55**

OMB004

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=IES_TAFS=091-2026-2027-1100_Iteration=1_2026-02-18-17.24**

OMB005

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=IES_TAFS=091-2026-2027-1100_Iteration=2_2026-07-27-17.15**

OMB006

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=IES_TAFS=091-**

**2026-2027-1100_Iteration=2_2026-07-27-17.15**

OMB007

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=OESE_TAFS=09**

**1-2026-2026-1000_Iteration=2_2026-03-24-14.**

**28**

OMB008

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=OESE_TAFS=09**

**1-2026-2026-1000_Iteration=3_2026-04-09-16.**

**51**

OMB009

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=OESE_TAFS=09**

**1-2026-2026-1000_Iteration=4_2026-07-21-09.**

**57**

OMB010

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=OESE_TAFS=09**

**1-2026-2026-1000_Iteration=5_2026-07-21-16.**

**07**

OMB011

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=OII_TAFS=091-2026-2027-0204_Iteration=1_2026-04-09-16.52**

OMB012

**Placeholder sheet for Excel Workbook**

**titled**

**FY2026_Agency=ED_Bureau=OII_TAFS=091-2026-2027-0204_Iteration=2_2026-07-21-16.08**

OMB013

**Institute of Education Sciences**
**OMB Approved FY26 Funding as of 3/5/26**

**FY26 – TAFS (091-1100-2526)**

| Line Item | FY26 |
|---|---|
| Research, Dev., and Dissemination | $30,101,679 |
| Statistics | $34,635,417 |
| Research in Special Education | $1,312,192 |
| Special Education Studies | $8,630,000 |
| Statewide Data System | $20,392,879 |
| Assessment | $84,829,919 |
| Regional Educational Laboratories | $30,000,000 |
| Nat. Assessment Governing Board | $7,983,472 |
| Program Admin | $15,019,318 |
| **TOTAL** | $232,904,876 |

**FY26 – TAFS (091-1100-2627)**

| Line Item | FY26 |
|---|---|
| Research, Dev., and Dissemination | |
| Statistics | |
| Research in Special Education | |
| Special Education Studies | |
| Statewide Data System | |
| Assessment | $185,000,000 |
| Regional Educational Laboratories | |
| Nat. Assessment Governing Board | $8,300,000 |
| Program Admin | $12,000,000 |
| **TOTAL** | $205,300,000 |

**TOTAL** (091-1100-2526 & 091-1100-2627)**: $ 438,204,876.00**

OMB014

| Request Date | (All) |
|---|---|
| Months (By 1st of Month) | May |

Don't forget to Pivot Table/Refresh!

| Row Labels | Sum of FY25 Funds | Sum of FY 26 Funds | Sum of Total |
|---|---|---|---|
| NAEP | $ 102,878.60 | $ - | $ 102,878.60 |
| NAGB Activities | $ 102,878.60 | $ - | $ 102,878.60 |
| 5/1/2026 | $ 102,878.60 | $ - | $ 102,878.60 |
| PA | $ - | $ 13,591,000.00 | $ 13,591,000.00 |
| Program Administration (PCB + Non-PCB) | $ - | $ 13,591,000.00 | $ 13,591,000.00 |
| RDD | $ 87,239,547.82 | $ 22,737,000.00 | $109,976,547.82 |
| Completion of congressionally-mandated program evaluations | $ 130,897.33 | $ - | $ 130,897.33 |
| Dissemination | $ 4,553,250.49 | $ - | $ 4,553,250.49 |
| New RDD Awards | $ 2,854,900.00 | $ 22,737,000.00 | $ 25,591,900.00 |
| Noncompeting RDD Continuations | $ 79,700,500.00 | $ - | $ 79,700,500.00 |
| RiSE | $ 24,882,100.00 | $ 45,464,230.00 | $ 70,346,330.00 |
| Noncompeting RiSE Continuations | $ 24,882,100.00 | $ 36,350,230.00 | $ 61,232,330.00 |
| Other Activities | $ - | $ 800,000.00 | $ 800,000.00 |
| RiSE New Awards | $ - | $ 8,314,000.00 | $ 8,314,000.00 |
| SLDS | $ 1,800,600.00 | $ - | $ 1,800,600.00 |
| Peer Review | $ 102,600.00 | $ - | $ 102,600.00 |
| Privacy Technical Assistance Center | $ 1,698,000.00 | $ - | $ 1,698,000.00 |
| SpEdEval | $ 4,688,378.00 | $ 403,622.00 | $ 5,092,000.00 |
| National Study of Special Education Spending | $ 4,688,378.00 | $ 403,622.00 | $ 5,092,000.00 |
| STAT | $ 23,114,954.00 | $ - | $ 23,114,954.00 |
| Administrative Data Collections | $ 3,464,954.00 | $ - | $ 3,464,954.00 |
| Cross-Cutting Activities | $ 2,000,000.00 | $ - | $ 2,000,000.00 |
| IAAs | $ 500,000.00 | $ - | $ 500,000.00 |
| Reprogramming to SLDS | $ 17,150,000.00 | $ - | $ 17,150,000.00 |
| Grand Total | $ 141,828,458.42 | $ 82,195,852.00 | $224,024,310.42 |

OMB015

| JE_AMOUNT | | | 1-Allotted & Availab | 2-Committed | Obligated |
|---|---|---|---|---|---|
| | | RT5 | 0 | 0 | 3,124,340.13 |
| | | RT6 | 3,250,000.00 | | 0 |
| | | RT7 | 0.28 | 0 | 1,412,792.72 |
| | | RT8 | 0 | 0 | 157,563.85 |
| | | RT9 | 0 | 0 | 2,715,250.68 |
| | | RTC | 0 | 0 | 4,739,719.00 |
| | | RTE | 0 | 0 | 11,233,019.57 |
| | | RTG | 22,500.00 | | 0 |
| | 01-RDD | Total(LIMITA | 3,272,500.28 | 0 | 23,382,685.95 |
| | | RN1 | 16,289.16 | 0 | 15,170,806.48 |
| | | RN2 | 823,366.40 | 0 | 4,854,176.17 |
| | 02-Statistics | Total(LIMITA | 839,655.56 | 0 | 20,024,982.65 |
| | | RN5 | 231,510.38 | 0 | 66,416,597.59 |
| | | RN6 | 364,304.43 | 0 | 18,569,515.32 |
| | 03-NAEP | Total(LIMITA | 595,814.81 | 0 | 84,986,112.91 |
| | | 268 | 1,280,269.03 | | 1,519,730.97 |
| | | 275 | 6,000.00 | | 0 |
| | | 668 | 426,872.84 | 2,506,311.66 | 293,715.50 |
| | | 6IS | 83,179.58 | 646,130.06 | 270,690.36 |
| | | 768 | 2,000.00 | | 2,000.00 |
| | | 76A | 48,190.40 | 4,862.00 | 68,247.60 |
| | | 7BA | 4,139.00 | 0 | 3,861.00 |
| | | 7CC | 144,409.60 | 103,328.00 | 178,262.40 |
| | 04-NAGB | Total(LIMITA | 1,995,060.45 | 3,260,631.72 | 2,336,507.83 |
| | | RMB | 0 | 0 | 161,117.00 |
| | 05-Res in Spe | Total(LIMITA | 0 | 0 | 161,117.00 |
| | | RM1 | 0.43 | 809,212.28 | 18,881,066.29 |
| | | RM4 | 0 | 0 | 602,640.62 |
| | 06-Statewide | Total(LIMITA | 0.43 | 809,212.28 | 19,483,706.91 |
| | | RMA | 6,791,401.84 | 0 | 1,739,722.00 |
| | 07-Spec Ed S | Total(LIMITA | 6,791,401.84 | 0 | 1,739,722.00 |
| | | RL2 | 0 | 0 | 29,890,139.30 |
| | 09-Regional L | Total(LIMITA | 0 | 0 | 29,890,139.30 |
| | | 26A | -127,812.69 | | 4,331,150.20 |
| | | 26B | -65,283.55 | | 2,823,643.45 |
| | | 27D | 121,000.00 | | 0 |
| | | 66A | 25,817.39 | | 141,282.61 |
| | | 66B | 7,503.00 | | 2,997.00 |
| | | 6IB | 12,825.89 | 0 | 430,533.00 |
| | | 74A | 591,483.06 | 77,249.00 | 675,267.94 |
| | | 7BD | 48,887.00 | 0 | 148,741.00 |
| | | 7CH | 1,128,284.17 | 782,387.00 | 1,377,328.83 |
| | 10-IES PA | Total(LIMITA | 1,742,704.27 | 859,636.00 | 9,930,944.03 |

OMB016

| 1100M2025 | Total(LimName) | | 15,237,137.64 | 4,929,480.00 | 191,935,918.58 |
|---|---|---|---|---|---|
| | | RN5 | 16,120,242.04 | 90,285.00 | 43,325,130.37 |
| | | RN6 | 7,128,293.99 | 0 | 16,934,401.77 |
| | 03-NAEP | Total(LIMITA | 23,248,536.03 | 90,285.00 | 60,259,532.14 |
| | | 26A | 0 | | 0 |
| | | 26B | 0 | | 0 |
| | 10-IES PA | Total(LIMITA | 0 | | 0 |
| 1100M2026 | Total(LimName) | | 23,248,536.03 | 90,285.00 | 60,259,532.14 |

OMB017

**IES FY26 Spending Plan**

OMB Feedback    Budget

| Account | By 1st of Month | Activity | FY25 Funds | FY 26 Funds | Total | Request Date | |
|---|---|---|---|---|---|---|---|
| RDD | Oct-25 | Completion of congressionally-mandated program evaluations | $ 1,847,284.00 | $ - | $ 1,847,284.00 | 10/1/2025 | Please confirm wha The sum of the amounts highlighted in green match the most recent apportionment. |
| RDD | Oct-25 | IES Digital R&D and Digital Modernization | $ 3,250,000.00 | $ - | $ 3,250,000.00 | 10/1/2025 | Please confirm what has already been apportioned and obligated. |
| RDD | Dec-25 | Dissemination | $ 3,207,765.00 | $ - | $ 3,207,765.00 | 12/23/2025 | Please confirm what has already been apportioned and obligated. |
| RDD | Jan-26 | Noncompeting RDD Continuations | $ 21,796,630.00 | $ - | $ 21,796,630.00 | 1/12/2026 | Please confirm what has already been apportioned and obligated. |
| RDD | May-26 | Completion of congressionally-mandated program evaluations | $ 130,897.33 | $ - | $ 130,897.33 | 5/5/2026 | |
| RDD | May-26 | Dissemination | $ 4,553,250.49 | $ - | $ 4,553,250.49 | 5/5/2026 | These funds pay for the exercise of work ( publisher management, record quality assurance, WWC integration, public communications support, full  text XML  conversion, and government  property disposal) to be performed ERIC contract that was not funded using the December apportionment. |
| RDD | May-26 | New RDD Awards | $ 2,854,900.00 | $ 22,737,000.00 | $ 25,591,900.00 | 5/5/2026 | |
| RDD | May-26 | Noncompeting RDD Continuations | $ 79,700,500.00 | $ - | $ 79,700,500.00 | 5/5/2026 | |
| RDD | Jun-26 | Dissemination | $ 2,337,500.00 | $ - | $ 2,337,500.00 | 5/5/2026 | |
| RDD | Jun-26 | IES Digital R&D and Digital Modernization | $ 5,534,000.00 | $ - | $ 5,534,000.00 | 5/5/2026 | These funds will pay for all IES Web Services, including ies.ed.gov and nces.ed.gov |
| RDD | Jun-26 | Noncompeting RDD Continuations | $ 33,758,682.66 | $ 29,872,825.57 | $ 63,631,508.23 | 5/5/2026 | |
| RDD | Jun-26 | Peer Review | $ - | $ 1,796,000.00 | $ 1,796,000.00 | 5/5/2026 | |
| RDD | Jul-26 | Completion of congressionally-mandated program evaluations | $ - | $ 650,000.00 | $ 650,000.00 | 5/5/2026 | |
| RDD | Jul-26 | Congressionally-mandated NASEM Literacy Study | $ - | $ 1,500,000.00 | $ 1,500,000.00 | 5/5/2026 | |
| RDD | Jul-26 | Dissemination | $ 2,084,499.02 | $ - | $ 2,084,499.02 | 5/5/2026 | These funds will be used to finalize the award (including any optional tasks) of  WWC Task Order 5, which funds ongoing evidence reviews to support ED grant competitions and practices for teachers to implement evidence-based practices |
| RDD | Jul-26 | IES Digital R&D and Digital Modernization | $ 6,200,000.00 | $ - | $ 6,200,000.00 | 5/5/2026 | These funds will be used to pay for IES Digital Modernization, which will finalize the transition of NCES content to the Drupal CMS and explore the use of AI to make federal statistics more accessible |
| RDD | Jul-26 | SBIR | $ - | $ 14,023,000.00 | $ 14,023,000.00 | 5/5/2026 | |
| RDD | Aug-26 | National Board for Education Sciences | $ - | $ 300,000.00 | $ 300,000.00 | 5/5/2026 | |
| RDD | Aug-26 | Dissemination | $ - | $ 348,000.00 | $ 348,000 | 5/5/2026 | These funds pay for Open Science Persistent Identifiers (ORCId) and Biosketches (ScienCV) and NCER Technical Working Groups. |

$ 238,482,734.07

OMB018



OMB019

**IES FY26 Spending Plan**

OMB Feedback

| Account | By 1st of Must | Activity | FY 25 Funds | FY 26 Funds | Total | Request Date | |
|---|---|---|---|---|---|---|---|
| REL | Nov 25 | REL 2022-2026 Cycle | $ 30,000,000.00 | $ - | $ 30,000,000.00 | 11/18/2025 | Please co  The sum of the amounts both tallied in green match the most recent apportionment |
| REL | Jun 26 | REL Evaluation | $ 2,500,000.00 | $ - | $ 2,500,000.00 | 3/5/2026 | The prior REL evaluation's release is forthcoming. IES has re-envisioned the NEXT evaluation to include two components: (1) a retrospective evaluation to characterize the extent to which the 22-26 REL cycle achieved the goals identified by stakeholders in current-level (sub)-models; and (2) should the future round of RELs be funded, an evaluation that will release updates throughout the cycle—including year 3—so that IES has actionable information as quickly as possible. |
| REL | Jun 26 | REL Peer Review | $ 3,000,000.00 | $ - | $ 3,000,000.00 | 3/5/2026 | |
| REL | Aug 26 | Termination Settlements | $ 3,000,000.00 | $ - | $ 3,000,000.00 | 5/4/2026 | |

OMB020

**IES FY26 Spending Plan**

OMB Feedback

| Account | By 1st of Month | Activity | FY25 Funds | FY 26 Funds | Total | Request Date | |
|---|---|---|---|---|---|---|---|
| RiSE | Nov-25 | Noncompeting RiSE Continuations | $ 1,312,192.00 | $ - | $ 1,312,192.00 | 11/18/2025 | Please con The sum of the amounts highlighted in green match the most recent apportionment. |
| RiSE | May-26 | Noncompeting RiSE Continuations | $ 24,882,100.00 | $ 36,350,230.00 | $ 61,232,330.00 | 5/5/2026 | Please confirm that these NCCs are fully frontloaded. Please confirm what has already been apportioned and obligated. |
| RiSE | May-26 | Other Activities | $ - | $ 800,000.00 | $ 800,000.00 | 5/5/2026 | |
| RiSE | May-26 | RiSE New Awards | $ - | $ 8,314,000.00 | $ 8,314,000.00 | 5/5/2026 | |

| Account | By 1st of Month | Activity | FY25 Funds | FY 26 Funds | Total | Request Date |
|---|---|---|---|---|---|---|
| RiSE | Nov-25 | Noncompeting RiSE Continuations | $ 1,312,192.00 | $ - | $ 1,312,192.00 | 11/18/2025 |
| RiSE | May-26 | Noncompeting RiSE Continuations | $ 24,882,100.00 | $ 36,350,230.00 | $ 61,232,330.00 | 5/5/2026 |
| RiSE | May-26 | Other Activities | $ - | $ 800,000.00 | $ 800,000.00 | 5/5/2026 |
| RiSE | May-26 | RiSE New Awards | $ - | $ 8,314,000.00 | $ 8,314,000.00 | 5/5/2026 |

OMB021

**IES FY26 Spending Plan**                                                                                                    OMB Feedback

| Account | By 1st of Month | Activity | FY 25 Funds | FY 26 Funds | Total | Request Date | |
|---|---|---|---|---|---|---|---|
| SpEdEval | Feb-26 | National Study of Special Education Spending | $ 8,604,000.00 | $ - | $ 8,604,000.00 | 2/10/2026 | Please con The sum of the amounts highlighted in green match the most recent apportionment. |
| SpEdEval | Feb-26 | Other | $ 26,000.00 | $ - | $ 26,000.00 | 2/10/2026 | Please confirm what has already been apportioned and obligated. |
| SpEdEval | May-26 | National Study of Special Education Spending | $ 4,688,378.00 | $ 403,622.00 | $ 5,092,000.00 | 5/5/2026 | |

OMB022

**IES FY26 Spending Plan**                                                                                                                          OMB Feedback

| Account | By 1st of Month | Activity | FY 25 Funds | FY 26 Funds | Total | Request Date | |
|---------|-----------------|----------|-------------|-------------|-------|--------------|---|
| SLDS | Jan-26 | Late FY25 Noncompeting SLDS Continuations | $ 19,690,279.00 | $ - | $ 19,690,279.00 | 1/12/2026 | Please con The sum of the amounts highlighted are slightly lower than the apportionment due to lower contractual costs. |
| SLDS | Jan-26 | Privacy Technical Assistance Center | $ 700,000.00 | $ - | $ 700,000.00 | 1/12/2026 | Please confirm what has already been apportioned and obligated. |
| SLDS | May-26 | Peer Review | $ 102,600.00 | $ - | $ 102,600.00 | 5/5/2026 | |
| SLDS | May-26 | Privacy Technical Assistance Center | $ 1,698,000.00 | $ - | $ 1,698,000.00 | 5/5/2026 | |
| SLDS | Jul-26 | Noncompeting SLDS Continuations | $ 4,335,534.77 | $ - | $ 4,335,534.77 | 5/5/2026 | |

OMB023

**IES FY26 Spending Plan**

OMB Feedback

| Account | By 1st of Month | Activity | FY 25 Funds | FY 26 Funds | Total | Request Date | |
|---|---|---|---|---|---|---|---|
| PA | Oct-25 | Program Administration (PCB + Non-PCB) | $ 14,859,852.33 | $ - | $ 14,859,852.33 | 10/1/2025 | Please con  The sum of the amounts highlighted in green match the most recent apportionment. |
| PA | May-26 | Program Administration (PCB + Non-PCB) | $ - | $ 13,591,000.00 | $ 13,591,000.00 | 5/5/2026 | |

OMB024

**IES FY26 Spending Plan**

OMB Feedback

| Account | By 1st of Month | Activity | FY 25 Funds | FY 26 Funds | Total | Request Date | |
|---------|-----------------|----------|-------------|-------------|-------|--------------|---|
| NAEP | Oct-25 | NAGB Activities | $ 7,983,472.05 | $ - | $ 7,983,472.05 | 10/1/2025 | Please con The sum of the amounts highlighted in green match the most recent apportionment. |
| NAEP | Oct-25 | NAEP Modernization Costs | $ - | $ 13,604,000.00 | $ 13,604,000.00 | 10/15/2025 | Please confirm what has already been apportioned and obligated. |
| NAEP | Oct-25 | NAEP Operational Costs | $ 85,581,927.72 | $ - | $ 85,581,927.72 | 10/15/2025 | Please confirm what has already been apportioned and obligated. |
| NAEP | Oct-25 | NAEP Operational Costs | $ - | $ 62,318,072.28 | $ 62,318,072.28 | 10/15/2025 | Please confirm what has already been apportioned and obligated. |
| NAEP | May-26 | NAGB Activities | $ 102,878.60 | $ - | $ 102,878.60 | 5/5/2026 | |

OMB025