**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

**NATIONAL CENTER FOR LEARNING DISABILITIES**, et al.,

     *Plaintiffs,*

  v.

**OFFICE OF MANAGEMENT AND BUDGET**, et al.,

     *Defendants.*

Case No. 11:26-cv-13019

---

### <u>CERTIFICATION</u>

I, Candice Jackson, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1. I am Deputy General Counsel at the United States Department of Education ("Department"). I have been employed in that capacity since January 20, 2025. I make this declaration in connection with Defendants' obligation to comply with the Court's order requiring "production of the administrative record" by August 4, 2026. *See* ECF 39.

2. As part of my duties as Deputy General Counsel, I am responsible for supervising the Education staff who compiled the materials in this case.

3. I am aware that Defendants in the above-captioned case maintain that there has been no final agency action. *See* ECF 37.

4. This declaration is submitted without prejudice to any legal arguments Defendants have presented or will present in this litigation and pursuant to the Court's order dated July 22, 2026. *See* ECF 39.

5. Based on information provided to me as part of my official duties, I hereby certify, to the best of my knowledge, that the attached index reflects a true and correct copy of the non-privileged documents (other than readily available authorities that the Department does not typically include) that were directly or indirectly considered in connection with the Institute of Education Sciences (IES), Education Innovation and Research (EIR) and Comprehensive Centers matters challenged by Plaintiffs in this matter.

Executed in Washington, D.C. on August 4th, 2026.

 

Candice Jackson
Deputy General Counsel
United States Department of Education