**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NATIONAL CENTER FOR LEARNING DISABILITIES**, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**OFFICE OF MANAGEMENT AND BUDGET**, et al.,<br><br>*Defendants.* | Case No. 11:26-cv-13019 |

**INDEX: ADMINISTRATIVE RECORD (ED), AUGUST 4, 2026**

| Document | Bates No. |
|---|---|
| Amber M. Norton and Adam Opp, Reimagining the Institute of Education Sciences: A Strategy for Relevance and Renewal, Inst. of Educ. Sci. (Feb. 2026) | ED00001 |
| Letters from Matthew E. Soldner, Acting Comm'r, Nat'l Ctr. for Educ. Scis., to Various Senators (July 10, 2026) | ED00094 |
| IES Awards $2.8 Million in Statistical and Research Methodology Grants, Inst. of Educ. Sci. (Aug. 3, 2026) | ED00113 |
| IES Awards $6 Million in Using Data for Policymaking Grants, Inst. of Educ. Sci. (July, 13, 2026) | ED00115 |
| 2026 State Guide National Assessment of Educational Progress | ED00117 |
| Grant Award Notification (GAN) Materials (IES) | ED00125 |
| Applications for New Awards; Education Innovation and Research (EIR) Program Mid-Phase Grants, 90 Fed. Reg. 44173 (Sep. 9, 2025) | ED01557 |
| Applications for New Awards; Education Innovation and Research (EIR) Program Mid-Phase Grants, 90 Fed. Reg. 44179 (Sep. 12, 2025) | ED01563 |
| 2025 Call for Peer Reviewers | ED01571 |
| Education Innovation and Research (EIR) FY 2025 Grant Competition 101 | ED01574 |
| IR Mid-phase Grant Applicants – Absolute Priority (Field-Initiated Innovations: Promoting Evidence-Based Literacy) Evidence Standards Checklist (Sep. 2025) | ED01603 |
| EIR Expansion Grant Applicants – Absolute Priority (Field-Initiated Innovations: Promoting Evidence-Based Literacy) Evidence Standards Checklist | ED01606 |

| | |
|---|---|
| Education Innovation and Research, U.S. Dep't of Educ. (last reviewed Jan. 13, 2026) | ED01609 |
| Education Innovation and Research (FY2025 Hill Briefing) | ED01616 |
| Grant Award Notification (GAN) Materials (EIR) | ED01624 |
| Competition Announcement; Comprehensive Centers, 91 Fed. Reg. 27038 (May 13, 2026) | ED02460 |
| Comprehensive Centers Program, 91 Fed. Reg. 25452 (May 8, 2026) | ED02462 |
| Comprehensive Centers Program: Content Centers Assistance Listing Number: 84.283B, U.S. Dep't. of Educ. (May 8, 2026) | ED02484 |
| Comprehensive Centers Program: National Center Assistance Listing Number: 84.283B, U.S. Dep't. of Educ. (May 8, 2026) | ED02517 |
| Comprehensive Centers Program: Regional Centers Assistance Listing Number: 84.283B, U.S. Dep't. of Educ. (May 8, 2026) | ED02546 |
| Comprehensive Centers Program2026 Grant Competition; Pre-Application Webinar (June 2026) | ED02574 |
| Comprehensive Centers Program 2026 Grant Competition Application Instructions and Submission Procedures | ED02622 |
| Comprehensive Centers Program 2026 Grant Competition Content Centers; Pre-Application Webinar (June 2026) | ED02659 |
| Comprehensive Centers Program 2026 Grant Competition National Centers (June 2026) | ED02719 |
| Comprehensive Centers Program 2026 Grant Competition Regional Centers (May 29, 2026) | ED02767 |
| Comprehensive Centers Program 2026 Grant Competition General Information (May 19, 2026) | ED02841 |
| Call for Peer Reviewers: FY 2026 Comprehensive Centers Program Grant Competition, U.S. Dep't of Educ. (last reviewed June 15, 2026) | ED02890 |
| Comprehensive Center Program: Nation, Regional, and Content Centers (84.283B), U.S. Dep't of Educ. (last reviewed July 1, 2026) | ED02901 |