# REIMAGINING THE INSTITUTE OF EDUCATION SCIENCES

## *A Strategy for Relevance and Renewal*

**Dr. Amber M. Northern**

with Adam Opp

FEBRUARY 2026

ED00001

# Contents

Overview and Summary .................................................................................................... 2

Six Big Shifts ................................................................................................................... 4

Organization of the Report ............................................................................................ 13

Part I: Bedrocks of IES ................................................................................................... 14

Part II: NCES .................................................................................................................. 19

    NCES and Data Modernization .................................................................................. 19

    NCES and SLDS Grants .............................................................................................. 27

    Data Integration Among Federal Agencies ............................................................... 31

    National Assessment of Education Progress ............................................................. 33

Part III: NCER ................................................................................................................ 40

    Making NCER's Work More Relevant ........................................................................ 40

    Grantmaking in NCER ............................................................................................... 46

    Research Methods Grants ......................................................................................... 50

    Rapid Cycle Research ................................................................................................ 51

    Building State and Local Research Capacity .............................................................. 54

Part IV: NCEE ................................................................................................................ 56

    The Regional Educational Labs (RELs) ...................................................................... 56

    The What Works Clearinghouse (WWC) .................................................................... 61

Part V: NCSER ............................................................................................................... 64

    Strengthening NCSER's Portfolio and Collaborations .............................................. 65

Conclusion .................................................................................................................... 69

Acknowledgements ....................................................................................................... 70

Appendices ................................................................................................................... 71

    Appendix A: List of Report Recommendations ......................................................... 71

    Appendix B: Internal Recommendations .................................................................. 74

    Appendix C: ESRA Reauthorization .......................................................................... 81

    Appendix D: NCES Datasets ...................................................................................... 88

ED00002

## Overview and Summary

Founded in 2002, the mission of the Institute for Education Sciences (IES) is to collect and analyze national education statistics; strengthen the quality and efficiency of early childhood through postsecondary education through scientifically valid research, evaluation and dissemination activities; and support state and local agencies to facilitate evidence-based strategies that benefit students across states. Because of its strong attention to rigor and excellence, IES has enjoyed support from a wide array of stakeholders across the education sector. It is not an exaggeration to say that IES's dogged commitment to high-quality empirical studies has transformed the field of education research, shifting it away from less to more rigorous methods and practices.

But over time, IES has faced several issues that have diverted its focus and diluted its effectiveness. To better meet the needs of parents, students, teachers, and policy leaders—school board members, local superintendents, charter school leaders, governors, and so many more—IES must evolve while maintaining its autonomy and commitment to high-quality, rigorous research. These issues include:

- Inconsistent alignment of grant-making and technical assistance with the greatest needs of states and districts, hindering its ability to effectively support those who serve students directly.
- A tendency to prioritize technical precision over practical relevance and timeliness, resulting in research that is not always useful to policymakers and practitioners.
- Overemphasis on large-scale, generalized studies at the expense of targeted, actionable insights that can directly support state and local educational needs.
- Uneven dissemination and communications, with reports and data sometimes presented in formats that are not user-friendly or engaging for the intended audiences, or easily accessible by search engines or, more recently, by large language models.
- An outdated research infrastructure and organization that limits quick insights, coordination across data sets, and innovative, non-traditional research models.

While NCES's functions—collecting and analyzing national education data—have a long history dating back to 1867, the Institute has played a key role in continuing and expanding this work. It

### IES's Four Centers

The Institute is comprised of four national centers:

- The National Center for Education Statistics (NCES) collects and analyzes education statistics to inform policy and practice.

- The National Center for Education Research (NCER) conducts research to advance knowledge and improve educational practices, as well as provides research training to students in institutes of higher education.

- The National Center for Education Evaluation and Regional Assistance (NCEE) provides research and technical assistance services to states and districts and evaluates educational programs (including federal programs) for their effectiveness.

- The National Center for Special Education Research (NCSER) focuses on improving outcomes for students with disabilities.

ED00003

is imperative that IES continue to collect national statistics (such as IPEDS and CCD[1]), as they serve the public good, and to administer the National Assessment for Educational Progress (NAEP), or the Nation's Report Card, to monitor how our students perform against national benchmarks of proficiency and enable state leaders to see how *their* students are doing.

But other parts of NCES, and much of the work of IES's other three Centers (see *IES's Four Centers* above), are long overdue for transformation. The Institute has struggled to stay fully relevant to on-the-ground realities, focus its efforts on the most pressing challenges, make its data truly usable to those who depend on them, and deliver timely insights to inform improvements at the state and local levels. Even IES's strongest supporters say that its research sometimes strays into ideological waters and relies too heavily on contractors. These shortcomings have limited the ability of IES to fulfill its mission of promoting "the use and application of research and development to improve practice in the classroom."

In 2025, the leadership of the U.S. Department of Education expressed its commitment to re-envisioning the Institute to enhance its efficiency, agility, and responsiveness to the end users it was established to serve. This report outlines the steps needed to achieve that goal.

Numerous discussions with IES, ED and Congressional staff, federal, state, and local policymakers, district and school-based practitioners, education advocates, technology experts, and researchers (nearly 400 individuals in total), as well as over 230 comments to a Request for Information, made one thing abundantly clear: IES is both a highly respected institution and in need of a significant overhaul. Here are six big shifts that it needs to make.

---

[1] Properly known as The Integrated Postsecondary Education Data System (IPEDS) and Common Core of Data (CCD).

ED00004

## Six Big Shifts

**Big Shift 1**: **Rather than spreading resources across many disconnected projects, IES should focus on the most urgent education challenges, informed by state and district leaders.**

Even as there is widespread agreement about the role of the federal government in collecting statistics and measuring student progress via NAEP, supporting research activity is more controversial and, despite improvements, that research is not nearly as timely, focused, or helpful as it should be. This is the primary element that needs overhauling.

Instead of scattershot grant awards, IES should focus its grantmaking efforts on a handful of fundamental academic challenges that the nation's students face, aiming to better prepare them for post-secondary education and workforce success.[2] Selecting those top-most challenges should be done with major input from state leaders, as well as a carefully chosen National Board of Education Sciences (NBES) that advises the IES Director.

These topics should be adapted to align with the mission of each IES center. For example, if early literacy is an identified challenge: NCES would query its various data collections to report useful information about the status of early literacy in the United States, including variation across states and districts and among key student subgroups; NCER would support rigorous experimental studies on early literacy programs and policies; NCSER would study literacy interventions tailored for students with disabilities; and NCEE would provide both technical assistance to states and districts on existing evidence-based practices and evaluate the implementation and impact of new early literacy programs at scale—including those supported by NCER and NCSER-funded research. IES staff would publish, through various outlets, the takeaways of its collective insights through simple graphics and online interactive elements, rather than a traditional PDF report.

IES should also establish measurable, national research objectives based on the efforts it is supporting across the four centers within the identified priorities and regularly update the nation on the progress of these goals through accessible infographics and dashboards.[3]

---

[2] Avoiding scattershot grant awards does not mean a complete absence of field-initiated research. Particularly when it comes to rapid cycle and exploratory/seed grants, investigators should be testing high-potential ideas before they are ready for "prime time" in more targeted competitions. The high-need topics should be flexible and relevant enough that significant state and district educational challenges can be carved out within those domains.

[3] An example goal: By 2030, increase the percentage of U.S. 4th graders performing at or above NAEP proficient in mathematics from 36 percent (2024 levels) to 41 percent with targeted gains in the subscales for algebra and for number properties and operations for students at the 10th and 25th percentiles.

4

ED00005

**Big Shift 2: Instead of funding multiple data collections and longitudinal surveys that may be redundant or outdated, the National Center for Education Statistics (NCES) should develop a streamlined and coordinated data strategy while preserving and strengthening its vital core functions, such as the Nation's Report Card.**

The National Center for Education Statistics provides indispensable education statistics and assessments for the country, but it urgently needs a comprehensive review of its various data collections. Some of them overlap, ask outdated or useless questions, and/or include vague or confusing definitions.

This strategy should focus on optimizing NCES data collections to include the most relevant data, identifying gaps in our understanding, and creating a plan for more actionable and efficient data use. NCES should lead this data modernization strategy with input from researchers, practitioners, policymakers, data scientists, AI experts, and others.

To our knowledge, NCES data collections as a whole have not undergone a comprehensive review since their inception, often many years ago. This is particularly the case for NCES's longitudinal studies. A clear-eyed review could be enlightening because what many see as "statutorily required" data collections are, in fact, how NCES has chosen to operationalize flexible and often nondescript "shall" statements in ESRA or other legislation. The only data statutorily required by name in ESRA are the NAEP assessments.[4]

It's time to reassess our education data needs and determine what information the federal government is uniquely positioned to gather. Then, NCES should identify which of the current data collections address our "must-haves" and need to be protected, as well as what questions remain unanswered.[5] For instance, we know that we lack earnings data for students who did not receive federal financial assistance, even if they were supported by federal workforce training programs.

> *"It seems like the usefulness and quality of IES longitudinal data systems have outlived their value."*
> *~ University professor*

Some NCES datasets have become integral components of the education data infrastructure— think CCD, IPEDS, CPS, and NPSAS[6]—and often fuel other complementary data collections. That

---

[4] The Integrated Postsecondary Education Data System (IPEDS) is specifically authorized in Title IV of the Higher Education Act (HEA) and to be administered by NCES.

[5] As it stands, IPEDS, CCD, CCD-Fiscal, Private School Survey, Current Population Survey, NPSAS, PISA, and EDGE are in place.

[6] Common Core of Data (CCD) collects data on public elementary and secondary schools. The Integrated Postsecondary Education Data System (IPEDS) collects data on postsecondary institutions. The Current Population Survey (CPS) collects data on the labor force. The National Postsecondary Student Aid Survey (NPSAS) gathers financial aid information for postsecondary students.

ED00006

doesn't mean they should escape a fresh eyes review. (Also see sidebar, *Longitudinal Data Considerations*.)

## Longitudinal Data Considerations

Up until March 2025, NCES was actively supporting four longitudinal data collections: The Early Childhood Longitudinal Study-Kindergarten Class (ECLS-K:2024); High School & Beyond (HS&B); High School Longitudinal Study of 2009 (HSLS:09);  and Beginning Postsecondary Longitudinal Study (BPS).  In addition, NCES partnered with the National Science Foundation to pilot the National Training, Education, & Workforce Survey (NTEWS). No doubt each of these longitudinal studies has its advantages. But it's also true that they are vastly more expensive than most administrative data collections,[7] can have overlapping purposes (e.g., the two high school collections), and sometimes collect data from up to five different types of respondents on the same topic, which is excessive. Further, methodologists have questioned whether a repeated cross-sectional design (such as that used in the Current Population Survey)[8] or standing up one "super panel" with various cohort types would be more efficient than tracking three or four separate panels of the same students over time—while still meeting the end goals.

None of these data collections and surveys are specifically called out by name in statute. Some have robust statutory language to support them, others less so. This flexibility allows NCES to determine whether each data collection is optimally serving the nation's purposes and to decide whether it should streamline, expand, or offload any of them.

See AppendixD for a list of current NCES datasets and the statutory language under which they have been operationalized.

In addition to performing a comprehensive review, IES should begin building a coordinated and modernized research infrastructure to enhance data sharing, streamline research efforts, and improve the power of data to address the questions that practitioners need to answer. To improve coordination and data access, IES should:

- Make NCES data more easily accessible through developing new or expanding existing application programming interfaces (APIs), which are protocols that allow different

---

[7] Equally important, it is difficult to track down how much is spent on contracted data collections on USAspending.gov, which appears to be the sole public source of information.

[8] The Repeated Section (RCS) design in the Current Population Survey calls for administering the same or similar questions to a new sample of respondents at successive time points (typically monthly). This design allows researchers to analyze aggregate trends over time without the costs of tracking individual-level changes. Each survey represents an independent cross-section, enabling analysis of how the distribution of characteristics changes over time. The RCS design tracks trends and establishes causal inferences by maintaining both the representativeness and comparability of samples.

ED00007

software programs to communicate and interact within certain boundaries (e.g., summarize all literacy interventions for grades 3-5 with positive effects).

- Prioritize SLDS grants to states (as authorized in 20 U.S.C. 9607) that have existing interconnected preK-20W systems or active partnerships across the K-12, postsecondary, and workforce sectors in need of modernization, including plans for interoperability within and among states.
- Ensure that NCES data are consistently structured and have standardized definitions.
- Expand its use of strategies to accelerate the release of data, such as increasing the use of automated data verification and quality assurance activities.[9]

Finally, research organizations outside of NCES are sometimes able to gather, analyze, and present data more quickly or efficiently than NCES. In these cases, NCES should consider collaborating with these external efforts rather than duplicating them, which could be done at much lower costs.

> *"How can we take advantage of the particular strengths of each longitudinal collection?" ~ IES staffer*

**Big Shift 3: Rather than focus on individual or project-specific grants within a single state, institution, or jurisdiction, IES should prioritize multi-state awards to help scale the most promising interventions, resources, and policies.**

Scaling successful initiatives from one place to another has always been challenging, mainly because the unique educational contexts that make programs successful in one area can't be exactly duplicated elsewhere. The redesigned IES should incentivize states to collaborate in rigorously testing evidence-based solutions and developing models that improve learner outcomes and experiences. These solutions can then be customized to accommodate the individual state and district contexts within the collaborative.

For example, states might come together to seek a multi-state grant to determine if automatically enrolling higher-performing students into advanced math classes increases the likelihood that they will major in STEM in college or obtain a STEM degree. Each state might then implement that policy differently. One state might offer summer school tutoring for students "on the bubble" for auto-enrollment, another might recommend high-quality instructional materials in the elementary grades, and yet another might add a new set of rigorous math skills to their state standards. States would learn not only about the average effects of the auto-enrollment policy but how impacts may vary based on differing state

---

[9] NCES should continue issuing "preliminary" files shortly after collection and "final" files after additional rounds of quality assurance.

ED00008

contexts, conditions, and approaches to the math policy. This shift towards large-scale systemic change rather than isolated projects would leverage early successes within the collaborative, then seek to embed effective policies and resources across multiple jurisdictions.

Enabling robust R&D in states requires rethinking how IES supports the development of research capacity within states, including not only personnel but also state longitudinal data systems (as statutorily mandated in 20 U.S.C. 9543 (a)(4-5)), so that system-wide impacts can be measured, scaled, and integrated. A structural adjustment to IES grants, including SLDS grants, which allows multiple states to apply for joint research projects, could pave the way for scaling promising interventions, resources, technologies, and policies.

**Big Shift 4: Direct the focus of the research work towards practicality, innovation, and relevance.**

Research and evaluation must adapt to meet the evolving needs of students and educators. The integration of AI in education, the widespread use of social media among students, and the ubiquitousness of cell phones have significantly changed how information is consumed and retained.

Therefore, research and evaluation efforts should be guided by practicality and innovation.

- Require analysis of causal mechanisms in grants supporting causal research to explore not only whether an intervention, policy, or program works but also how and under what conditions.
- Continue supporting implementation studies for impact analyses that explain how the educational context influences implementation.
- Prioritize in grant applications the practical significance of research over and above the existing "theoretical and empirical rationale."
- Pilot a "rapid response" grant mechanism for microgrants that last no longer than a year.
- Continue support of digital learning platforms (DLP), which are web-based portals that provide educational content in one place (e.g., Google Classroom, Canvas, Blackboard, Coursera). These platforms furnish researchers with a means for rapid-cycle testing of interventions.
- Intensify efforts to expand the pool of research and development expertise within the IES ecosystem, such as the "rotator program" at NSF, to ensure that IES programs reflect innovative ideas and state-of-the-art technical methods.

ED00009

A key aspect of "relevance" is careful attention to how results are disseminated, understood, and acted upon by practitioners. To this end, IES should:

- Translate report findings in innovative ways by *requiring* grantees—and making milestone payments incumbent upon—their presentation of key findings in various formats, such as interactive figures, short videos, one-page summaries, infographics, or by engaging with educators directly through podcasts with teacher influencers, webinars, and writing practitioner-oriented articles and blog posts.
- Recommend that grantees partner with existing intermediaries (practitioner, educational advocacy, or leadership groups) that already have working relationships with practitioners to facilitate their interest and participation in research.
- Use application programming interfaces (APIs), consistent identifiers, and open licensing as needed so that publicly available NCES and WWC data are accessible in LLM models (such as ChatGPT) and navigable by lay audiences.
- Incentivize the embedding of evidence into existing routines and tools used by educators, such as learning management systems.
- Continue rapid-cycle research to generate actionable evidence for schools oriented to quicker solutions that can be more readily implemented.
- Use the Hub (see Part IV) to share REL, Comp Center, and other state resources with all REL regions.
- Amplify IES communications by moving away from various "newsflash" lists to targeted outreach by audience and topic. Additionally, create aggregated bulletins, such as an annual "Top Research Findings from IES" that highlight the 3-5 most important and actionable research findings across the entire portfolio. Distribute this bulletin widely to educators, administrators, policymakers, and the education media.

**Big Shift 5: IES should build mechanisms by which the applied research and technical assistance work of its Regional Educational Labs (RELs) is responsive, timely, and coordinated, as well as shared across the country.**

The Regional Education Labs (RELs) are tasked with research, development, dissemination, and technical assistance activities as defined in U.S.C. 9564. Discussions about the value of the RELs have long been contentious, and opinions among state chiefs and practitioners reflect this division. The feedback is generally more negative than positive, with stakeholders' opinions varying

*"Having worked in two different states and having seen two different RELs, the difference is night and day." ~ State chief*

significantly depending on their specific REL. A few RELs receive notably more positive feedback than others. Those tend to allow states and districts to set the direction for the research

ED00010

(though not the methodology) and employ researchers who can both translate findings into practical terms and provide implications for classrooms.

In an ideal world, many state chiefs would prefer that their portion of the REL allotment be awarded directly to them so that they could choose their own research and TA services from in-state providers they know and trust. This is not possible under our current law and would require congressional action to change. Therefore, the recommendations below aim to improve the existing system.

- Align the Department's research and technical assistance services (including RELs) under a shared coordinating structure (or Hub) so that the ecosystem of support the Department provides is more efficient, effective, and responsive to state and local needs.[10]

- Establish a Hub advisory board including state-level representatives and others to oversee its work, which should include the development of a performance framework for ED-funded technical assistance and methods for soliciting and sharing feedback from states on the services they are receiving.

- Set aside a window, before awarding of contracts, in which interested entities can meet with state representatives from each REL region to discuss their capabilities, expertise, and experience in serving needs similar to the region, so that states can write support letters for their provider of preference that can be considered "recommended" in the scoring criteria for peer reviewers.

- Clarify that one or more states in the region are allowed to come together with a research partner(s) and serve as their own REL provider and compete with other would-be providers.

- Where feasible, support local partners rooted in the region. Some practitioners expressed a preference for funding partnerships that include local organizations to hold the REL contracts or TA grants (in the case of Comp Centers) to ensure sustainability and relevance.

*"The REL in the Midwest is located in Chicago. That isn't building the Midwest's local infrastructure and network." ~ State chief*

---

[10] This change can feasibly be enacted through rulemaking and contractual changes.

ED00011

To enhance state and local research capacity, universities could compete, through statutorily required IES training programs, to offer new master's degree programs in educational research, focusing on rigorous program evaluation, causal inference, and data analysis.[11] Graduates of evaluation-oriented training programs would act as translators and boundary spanners to bridge research and practice, while also facilitating the flow of evidence-based practices from IES into the field. Grant continuations would be largely based on success in placing students in state and local agencies.

**Big Shift 6: Narrow the scope of the What Works Clearinghouse (WWC) to the development of practice guides and tools and ensure that its evidence base is better utilized.[12]**

The WWC has become less relevant over the years due to several issues. It relies heavily on the accumulation of studies, but there is little incentive for researchers—who typically want to break new ground—to conduct replication studies to build evidence for any single intervention. The WWC's intended audience includes practitioners, researchers, vendors, and parents, but understandably, it struggles to meet the diverse needs of these groups.[13] The website's organization is not intuitive, making it difficult for users to navigate. Perhaps most salient, many users now rely on AI and popular search engines for evidence searches, highlighting the need for IES to adapt to this new reality.

*"The IES practice guides were highly useful but not well disseminated to the folks who needed them."*
*~ Education advocate*

The WWC should focus on developing practice guides and tools supported by the evidence and discontinue the *ad hoc* review of individual studies and interventions. The guides were

---

[11] IES is statutorily mandated to *"establish and maintain research, evaluation, and statistics fellowships in institutions of higher education...that support graduate and postdoctoral study onsite at the Institute or at the institution of higher education."* See ESRA section 189 [20 U.S.C. 9579]. The recommendation is to decrease the funding for doctoral fellowships and increase funding for a competition to re-envision masters' education programs with an evaluation focus. These new competitive programs would include rigorous requirements in educational evaluation, as evidenced by strong course descriptions and syllabi, as well as a history of collaboration with state and local education agencies. Students might also be required to conduct a light analysis of internal programs in SEAs and large districts as part of their university training.

[12] The WWC is not specifically referenced in ESRA, but broad statutory support is established in Section 171 (b)(3), which creates the National Center for Education Evaluation and Regional Assistance (NCEE). Part of this center's mission is to "support synthesis and wide dissemination of evaluation, research, and products developed." Also, 20 U.S.C. 9562 (ESRA Sec 172) says that NCEE is to "award a contract for a prekindergarten through grade 12 mathematics and science teacher clearinghouse."

[13] This challenge is not surprising given that the WWC is intended to be a Randomized Intervention Studies Database (RISD) in which researchers are likely familiar, but not laypersons.

ED00012

repeatedly described as the most useful activity conducted by the Clearinghouse. Instead of reviewing individual studies or interventions, IES should use AI to synthesize cumulative findings on a topic once sufficient evidence has accumulated. Then it can determine how many studies merit review using WWC standards[14]—and ultimately, development of a practice guide.

*"WWC is not designed to deliver what people expect of it."*
*~ Education nonprofit leader*

To better fulfill its mission, the WWC should enhance its database to be more user-friendly with machine-readable datasets and an application programming interface (API), enabling integration with educational apps and research tools. Utilizing large language models (LLMs) can help practitioners efficiently search for vetted evidence-based information.

**\*\*\***

All of these shifts are in service of a greater national need. The 2024 national NAEP scores revealed that students across all tested grades and subjects were still lagging pre-pandemic performance levels of 2019. Compared to 2022, data from 2024 revealed that no state achieved reading gains in either 4th or 8th grades, while nationally, 8th-grade math scores remained stagnant. Alarmingly, one-third of 8th graders are not reading at *NAEP Basic* levels, the highest percentage ever recorded.

Unlike much of the federal work that's directed in education, IES does not process funds for schools, higher education institutions, or students in need who attend either. Its setup is different, designed to focus on independent research and statistics gathering—and leveraging those insights to benefit education stakeholders. This education community, including IES, must now ask itself tough questions about how it can do better to confront the nation's academic challenges. The full report contains many recommendations on that front with the goal to propel student outcomes forward, shoulder to shoulder with the states, districts, and researchers that partner with IES.

---

[14] The WWC standards will still need to be periodically reviewed as methodological advances are made, especially around the use of AI in research.

ED00013

## Organization of the Report

This report's recommendations are organized by the respective IES Center responsible for implementing them.

Part I covers the bedrock principles of IES, Part II includes recommendations for NCES (including NAEP), Part III for NCER, Part IV for NCEE, and Part V for NCSER. There are also four appendices:

- Appendix A: a standalone list of report recommendations only
- Appendix B: suggestions for internal improvements
- Appendix C: changes for future ESRA reauthorization
- Appendix D: a list of NCES datasets

In some cases, recommendations apply to both IES research centers (NCER and NCSER). Most of these recommendations can be addressed within the existing statutory guidelines of the Education Sciences Reform Act (ESRA) of 2002. Where this is not the case, it is noted—and as indicated above—key recommendations for ESRA Reauthorization appear in Appendix C.

ED00014

## Part I: Bedrocks of IES

Executing on the big shifts in the prior section will be a heavy lift. These are not nips and tucks, as IES is struggling in multiple ways to remain relevant and responsive.

But let's also remember that it is an entity worth redemption and revitalization, precisely because its work has the potential to empower those who deliver education to the American people, meaning state and local leaders, school leaders, teachers, and the broader public, including parents.

Some of the bedrocks of IES revitalization that must carry forward include its independence, scientific integrity, statistics infrastructure, and rigorous research across diverse settings.

### Independence

IES was created by the Education Sciences Reform Act of 2002 with a clear and deliberate purpose: to serve as an independent, nonpartisan, evidence-focused entity within the U.S. Department of Education. Specifically, its activities are to be "objective, secular, neutral, and nonideological," as well as "free of partisan political influence and racial, cultural, gender or regional bias" [20 U.S.C. 9511(b)(2)(b)]. ESRA deliberately established IES outside the policy and programmatic priorities of the U.S. Department of Education, giving it a Director with a fixed six-year term, a separate governing body known as the National Board for Education Sciences (NBES), and statutory protections to ensure its research agenda, methods, and reporting were insulated from political influence (e.g., unlike program offices, IES does not follow the Secretary of Education's priorities). This autonomy is one of its greatest assets, enhancing respect for IES and its signature program—the National Assessment of Educational Progress, or NAEP—and positioning them as the crown jewels of the federal government's work in education.

### Scientific Integrity

IES's work is grounded in the production of high-quality, independent research, particularly through randomized controlled trials and other causal research designs. From its establishment, IES prioritized empirical rigor, a commitment solidified by its inaugural director, Grover ("Russ") Whitehurst, who emphasized the importance of RCTs and other causal methodologies. This dedication to scientific rigor has continued under successive IES leaders and Center commissioners. It has also led to the development of transparent, publicly posted standards for scientific rigor, peer review, and evidence quality.

ED00015

## Statistics Infrastructure

Virtually everyone agrees that IES has an imperative, via NCES, to continue to collect critical information about schools, students, teachers, and education programs from early childhood through post-secondary education, adult education, and the workforce. The federal government currently provides the only mechanism for producing comparable, comprehensive, and publicly accessible data across all states and sectors (including the Nation's Report Card). NCES finance, IPEDS, and CCD datasets are among the most utilized data in the country. NCES investment in states' data infrastructure, through the SLDS program, is key in supporting data-driven decision-making at the state and local levels.

These statistics are critical data points that inform policy decisions, guide educational practices, and help ensure accountability within the education system. In an era where evidence-based strategies are paramount, these data help identify trends, measure progress, and highlight areas that need improvement. They also have the potential to enable those who run schools to get a greater return on investment for taxpayer dollars.

## Rigorous research across diverse settings

By undertaking a variety of comprehensive studies, IES provides a solid foundation for developing effective educational policies and informing effective practices. This nationwide perspective enables policymakers to compare educational outcomes across different regions and consider reforms based on extensive evidence rather than isolated examples. Investing in rigorous research across diverse populations and settings increases the chances that all students, regardless of their background or location, benefit from the latest advancements in education.

IES should preserve its capability to study interventions across varied educational contexts, regions, and populations. This approach allows for the examination of various factors such as policy environments, differences in resources or community factors, and variation in implementation conditions— all of which could affect outcomes. Studying programs in only a handful of districts produces results that may not apply to other settings or could overgeneralize from atypical settings. Moreover, the ongoing accumulation of research and data at IES builds an ever-

*"We want to reflect on the enormity of what IES has accomplished in the last 20 years. In this short time, IES has developed a strong evidence base of rigorous causal studies — over 400 efficacy and effectiveness trials to date, in addition to many hundreds of strong quasi experiments — and, to do so, has trained an entire new generation of scholars, as well as building the expertise of existing scholars, to take on this work." ~ Research and evaluation organization*

ED00016

stronger body of evidence that can track changes over time and provide historical context for new findings.

All of that said, the impact of education research—or any type of research for that matter—isn't always immediately apparent, and it's exceedingly difficult to draw a direct line from research findings to specific changes in schools, not just because of the inherent nature of research but also because the implementation of such changes depends on the users of the information. Nevertheless, having access to such information and findings is crucial for the future of American education, its citizens, and the U.S. economy.

So, even if we can't draw a straight line from A to B, does IES research appear to make a difference? Yes, it does. Some illustrative examples appear in the sidebar, *IES in Action*.

<p style="text-align:center">***</p>

The U.S. Department of Education has been described as a big bank with a small research shop attached to it.[15] It's a fitting description, as just 0.3% of the Department of Education spending in FY 2024 was by IES. Regardless, some of those dollars served beneficial ends, while others did not. Let's aim to achieve the former to the fullest.

---

[15] "The Student Debt Crisis and the U.S. Department of Education: How a Government Agency Shirks Oversight Responsibility and Operates Like a Big Bank," Jobs With Justice, accessed November 24, 2025, https://www.jwj.org/wp-content/uploads/2014/03/Student-Debt-and-ED-Fact-Sheet_final.pdf; Amy Sherman, "Trump order takes steps toward closing Education Department, but only Congress can end it," Politifact, The Poynter Institute, March 21, 2025, https://www.politifact.com/truth-o-meter/promises/maga-meter-tracking-donald-trumps-2024-promises/promise/1651/abolish-the-education-department/article/3164/; "Improving Education Outcomes by Empowering Parents, States, and Communities," The White House, March 20, 2025, https://www.whitehouse.gov/presidential-actions/2025/03/improving-education-outcomes-by-empowering-parents-states-and-communities/.

ED00017

## IES in Action

Below are examples of recent educational research supported by IES through its NCER and NCSER research centers, with results that have been shown to be effective and implemented on a larger scale.

NCER-supported investments in literacy and mathematics aim to strengthen instructional practices. NCEE practice guides such as Providing Reading Interventions for Students in Grades 4–9 (published March 2022 with roughly 73,155 downloads in 2023-2024) and Assisting Students Struggling with Mathematics: Intervention in the Elementary Grades (published in March 2021 with roughly 38,411 downloads in 2023-2024) draw on two decades of evidence generated with IES research funding. A couple examples of notable *individual* NCER interventions with strong evidence currently operating at scale:

A2i (Assessment to Instruction). Closing achievement gaps between high and low performing readers remains a persistent challenge across our nation. A2i combines technology and professional development in order to individualize reading instruction and has demonstrated effectiveness at helping readers achieve reading proficiency by the end of third grade. The intervention is now available through Scholastic.

ASSISTments. Like mastering foundational reading skills by third grade, mastering algebra by eighth grade is a key to success in high school and beyond. ASSISTments transforms how teachers assign homework, enabling personalized mathematics instruction. Developed, tested, and scaled with NCER funding, this transformative approach improves mathematics outcomes for middle school learners. A recent NCER-funded replication study confirmed the impact of ASSISTments with learners in North Carolina. According to the latest reports, the intervention supports over 20,000 teachers and their 500,000 students in grades 3-10.

IES-supported evidence points the way to improving college and career outcomes. Programs such as Early College High Schools and P-TECH have been the focus of NCER-funded studies. Both programs have grown across the nation as evidence of their impact on postsecondary outcomes continues to accrue (e.g., twenty-eight states now have P-TECH models). Also, recent findings of the long-term impacts of CUNY ASAP have driven uptake across the nation:

CUNY ASAP (Accelerated Study in Associate Programs) is a 3-year program that provides student support services, financial support, and structured career pathways. Multiple NCER studies have demonstrated the short- and long-term efficacy of this program. A recent synthesis from an NCER-funded study examining the impact of ASAP across six colleges in two states finds that ASAP students are more likely to enroll in college and attain college degrees. Based upon this evidence, the model is now being implemented across the country, including in Maryland, North Carolina, West Virginia, and Colorado.

ED00018

NCSER has conducted seminal work in demonstrating what students with disabilities can achieve with appropriate supports. Case in point: The Class-wide Function-based Intervention Teams (CW-FIT) was developed with the goal of improving teachers' classroom management. Across elementary school and middle school, the intervention has shown to be effective in improving the social-behavioral outcomes of students with or at risk for disabilities and has been widely implemented in over 45 states.

Similarly, other research challenged the longstanding belief that the needs of students with moderate to severe intellectual disabilities are too complex for the general education classroom. The Early Literacy Skills Builder intervention, for instance, was first developed and piloted and then evaluated in 2015, significantly improving reading outcomes among students with severe intellectual disabilities when delivered in general education classes via a buddy program. The intervention has since been commercialized and is being used in over 2,000 schools.

NCSER investments are equipping school professionals with the tools and resources needed to address the growing complexity of student needs. For instance, as states experienced delays in identification and provision of special education services, NCSER funded work to develop a more efficient process for diagnosing autism spectrum disorder (ASD) through a telehealth model, aiming to reduce waitlists and facilitate earlier access to intervention. To date, the intervention has facilitated the evaluation of over 500 children, and average wait times have decreased from 15 months to just 1 month.

ED00019

## Part II: NCES

### NCES and Data Modernization

Federal initiatives in the United States to gather, analyze, and interpret educational data have deep roots dating back to the 19th century. The Office of Education, established in 1867, began the work of compiling national statistics on enrollment, literacy, and school conditions, laying the groundwork for today's comprehensive education data systems. Over the years, the federal role in education research and assessment evolved through several institutional changes, including the creation of the National Institute of Education (NIE) in 1972, which was later reorganized into the Office of Educational Research and Improvement (OERI) in 1985.[16]

With the passage of the Education Sciences Reform Act (ESRA) in 2002, the Institute for Education Sciences (IES) was established as the primary independent research arm of the U.S. Department of Education, with the National Center for Education Statistics (NCES) as its primary statistical division. Over the years, NCES staff have largely shifted from directly collecting, analyzing, and presenting statistics to overseeing external contractors who perform these tasks. While this model works well for labor-intensive surveys (like operating helpdesks and call centers), some administrative data collections—or aspects of them—could be handled in-house. (See Appendix B for more on *Decreasing the Reliance on Contractors*).

NCES is commended for publishing some of the most utilized data in the education field. Unfortunately, those data are typically slow to gather, process, and release. Information is not as timely or relevant as it could be for informing policy decisions and educational practices. Moreover, the various data sets managed by NCES are not designed to integrate, creating silos that hinder comprehensive analysis and understanding.

*"The systems within the NCES data collections do not speak to each other. They are siloed."*
*~ Education researcher*

Modernizing NCES is essential to overcome these challenges. By adopting more advanced data collection and processing technologies, the agency can ensure quicker turnaround times, making data more current and actionable. Implementing systems that allow different data sets to communicate makes for more holistic insights and facilitates a better understanding of educational trends and needs that can be acted on.

Importantly, the potential benefits of modernization—improved data accuracy, better resource allocation, and more effective educational strategies—can be leveraged without adverse risks to

---

[16] Prior to its current home at IES in 2002, NCES lived at the Department of the Interior (1869-1939), the Federal Security Agency (1939-1953), the Department of Health, Education, and Welfare (1953-1980), and the newly created Department of Education (1980-2002). It got its official name in 1974.

ED00020

privacy. With robust data security measures in place, NCES can protect sensitive information while harnessing modern technologies to enhance its capabilities.

<div align="center">***</div>

**Problem**: The data that we need to power educational improvements evolves with time, and our data collection and processing methods must do the same. In short, many of the NCES products have not kept pace with evolving needs. In this way, modernization is not only a technological upgrade. It is looking at NCES data collections with fresh eyes so that educational opportunities and practices are informed by the most accurate and current data available.

In that spirit, here are several recommendations for the statistical functions at IES.

**Recommendation: Conduct a thorough review of current administrative and survey data collections to ensure they are relevant today: identify gaps, streamline processes, and consider discontinuation as warranted.**

IES should establish an advisory group, which would include members of the National Board for Education Sciences (NBES), to evaluate thoroughly all data collections and surveys conducted by the National Center for Education Statistics (NCES).[17] This group, comprising researchers, policymakers, tech and AI experts, and education stakeholders across the P-20W continuum, would be tasked with determining whether these data collections continue to meet the educational needs of the nation. Currently, NCES surveys, assessments, and administrative datasets form a loosely connected collection that lacks an organizational or conceptual structure.

The advisory group would examine each data product to discern its relevance, identify duplicative data requests, highlight inconsistencies in definitions, and pinpoint areas where data are lacking.

The overarching goal would be to transition from a fragmented system to one characterized by coordinated frames and operations that support continuous improvement of individual and collective datasets. Furthermore, this comprehensive plan should delineate how the Institute of Education Sciences (IES) will manage this transition.

Key to this work is determining whether existing data collections—administrative, survey, longitudinal, or otherwise—are sufficient for current and future demands. What many see as

---

[17] The National Board for Education Sciences (NBES) is the advisory board that oversees the Institute of Education Sciences, including providing guidance on its priorities, reviewing procedures for peer review, suggesting dissemination approaches, and recommending individuals to serve as commissioners of the IES centers, among other tasks. Reconstituting the board with exceptionally qualified staff who are eager to roll up their sleeves should be a priority.

ED00021

"statutorily required" data collections are, in fact, how NCES has chosen to operationalize flexible and often nondescript "shall" statements in ESRA or other legislation. The only data statutorily required by name in ESRA are the NAEP assessments.[18] The Integrated Postsecondary Education Data System (IPEDS) is specifically authorized in Title IV of the Higher Education Act (HEA) and to be administered by NCES.

Moreover, ESRA gives broad latitude to NCES to decide data elements, the frequency of data collection, and the delivery and reporting of such data. For instance, directives to "issue regular and…special statistical reports on education topics, particularly in core academic areas of reading, mathematics, and science…" are operationalized in multiple ways, including special topical reports or via the Digest of Education Statistics. The charge for "acquiring and disseminating data on educational activities and student achievement (such as the Third International Math and Science Study[19]), in the United States compared with foreign nations," has been operationalized as US participation in TIMSS, PISA, PIRLS, and PIACC.[20] The National Post-Secondary Student Aid Survey (NPSAS) looks to be tied to a data reference about "access to, and the opportunity for, postsecondary education, including data on financial aid to postsecondary students" (20 U.S.C. 9543 (a)(1)(E)).

The point isn't that these data collections are without merit. But we should periodically update the "bread and butter" collections on which we've come to rely (CCD, CCD-Fiscal, IPEDS, CPS, PSS, EDGE files).[21] Multiple stakeholders noted that workforce training programs have not been

---

[18] Incidentally, ESRA mentions a report "on the condition and progress of education" (20 U.S.C. 9545(b)), which should cover many topics delineated in Sec. 153 of ESRA, and is to be released each summer. That requirement has been operationalized as the Condition of Education report.

[19] The Third International Math and Science study was the name for TIMSS until 1999, when its name was changed to Trends in International Mathematics and Science.

[20] Respectively, these are the Trends in International Mathematics and Science (TIMSS), Programme for International Student Assessment (PISA); Progress in International Reading Literacy (PIRLS), and Program for the International Assessment of Adult Competencies (PIACC). Barring the full diagnostic review, this report does not weigh in on which data collections should be kept, streamlined or discontinued. That said, participation in the latest TIMSS study, to be completed by December 2029, will cost a combined $22.8 million, with contracts going to RTI and an education entity in Netherlands that runs the test internationally. See here: "Contract Summary: 91990021F0001," USASpending.gov, accessed November 21, 2025, https://www.usaspending.gov/award/CONT_AWD_91990021F0001_9100_GS00Q14OADU217_4732; and "Contract Summary: 91990025C0106," USASpending.gov, accessed November 21, 2025, https://www.usaspending.gov/award/CONT_AWD_91990025C0106_9100_-NONE-_-NONE-. Participation in PISA, PIRLS and PIACC is covered under one contract for $42.1 million. See "Contract Summary: 91990019F0025," USASpending.gov, accessed November 21, 2025, https://www.usaspending.gov/award/CONT_AWD_91990019F0025_9100_GS00Q14OADU223_4732. It is not out of the realm to suggest that NCES consider participation in one international assessment at regular intervals (as opposed to 3-5) for benchmarking purposes. It might also consider alternating its participation to another international test in subsequent years.

[21] Formal names: Common Core of Data (CCD); Common Core of Data – National Public Education Financial Survey (CCD-Fiscal); Integrated Postsecondary Education Data System (IPEDS); Current Population Survey (CPS); Private School Survey (PSS); Education Demographic and Geographic Estimates Files (EDGE Files).

21

ED00022

a major focus for IES's postsecondary education data collections. Given the recent coordination between ED and the U.S. Department of Labor (DOL), they urged IES to update its current postsecondary collections to include workforce training programs offered by colleges and universities. Others remarked that reporting for the K-12 school finance survey is not consistent, with some states adhering to the latest accounting standards and others not. NCES and Census could streamline state reporting by adopting the most recent Generally Accepted Accounting Procedures and including state-published reports as recommended by the Government Accounting Standards Board.[22]

This soup-to-nuts review should also ensure that the data collected in NCES addresses the knowledge gaps in the high-priority areas identified by IES for focused attention across the centers.

Prior to March 2025, IES ran four longitudinal studies: The Early Childhood Longitudinal Study-Kindergarten Class (ECLS-K:2024); High School & Beyond (HS&B); High School Longitudinal Study of 2009 (HSLS:09); and Beginning Postsecondary Longitudinal Study (BPS). In addition, NCES partnered with the National Science Foundation to pilot the National Training, Education, & Workforce Survey (NTEWS). Again, ESRA gives broad latitude for IES to conduct "longitudinal and special data collections necessary to report on the condition and progress of education," but no particular requirements. Once more, each of these longitudinal studies has its advantages, but it's also true that some have similar, overlapping purposes (e.g., the two high school collections) and others collect data from up to five different respondents on similar topics, which is likely excessive. Further, methodologists have questioned whether a repeated cross-sectional design (such as that used in the Current Population Survey)[23] or standing up one "super panel" with various cohort types would be more efficient than tracking three or four separate panels of the same students over time—while still meeting the end goals.

> *"The longitudinal studies are the main source of knowledge of trends and status in US education. They provide information on changes and give us tracking ability."*
> *~ Education researcher*

---

[22] Stakeholders also reported that NCES data collections are lacking when it comes to data on earnings and debt, time to degree, student transfers, and job placement rates.

[23] The Repeated Sectional (RCS) design in the Current Population Survey involves the administration of the same or similar questions to a new sample of respondents at successive time points (typically monthly). This design allows researchers to analyze aggregate trends over time without the costs of tracking individual-level changes. Each survey represents an independent cross section, enabling analysis of how the distribution of characteristics changes over time. The RCS design tracks trends and establishes casual inferences by maintaining both the representativeness and comparability of samples.

ED00023

To state the obvious, tracking individuals over time can be quite costly compared to administrative data collections. For instance, according to public data on USAspending.gov, recent costs for two longitudinal and two administrative datasets are as follows:

Longitudinal (both cancelled):

The High School and Beyond Longitudinal Survey 2022 follows a nationally representative cohort of Fall 2022 9th graders as they complete high school and into their postsecondary years. The first follow-up was planned for the 2025-2026 school year, which would have been the students' senior year. The current award amount for the base year and first year follow-up was $48.0 million.[24]

The Early Childhood Longitudinal Study 2024 tracks the kindergarten class of 2023-2024 and was to have followed their progress until they reach 5th grade in 2028. The current award amount was $46.6 million.[25]

Highly utilized administrative datasets (active):

The Integrated Postsecondary Education Data System (IPEDS) 2022-2027 award is $42.8M.[26]

The Non-Fiscal Common Core of Data (CCD) 2019-2024 award is $6.5 million.[27]

Understanding the costs and benefits of each data collection allows us to better discuss trade-offs and explore alternative approaches to collecting what we value. To that end, all contract costs should be added to the IES website and placed in a prominent location, ensuring they are easy to find.

***

**Problem:** Existing data sharing agreements between NCES and states vary greatly in their terms, scope, and data elements covered, which can lead to inefficiencies and confusion between data providers and NCES, especially when agreements must be negotiated repeatedly.

**Recommendation**: **Develop standardized data-sharing agreements with SEAs and LEAs.**

---

[24] This grant was originally known as HS&B:20 but was delayed until the 2022-23 school year due to Covid-19. "Contract Summary: 91990018F0018." USASpending.gov, accessed November 21, 2025, https://www.usaspending.gov/award/CONT_AWD_91990018F0018_9100_GS00Q14OADU217_4732.

[25] "Contract Summary: 91990019C0002," USASpending.gov, accessed November 21, 2025, https://www.usaspending.gov/award/CONT_AWD_91990019C0002_9100_-NONE-_-NONE-.

[26] "Contract Summary: 91990022F0021," USASpending.gov, accessed November 21, 2025, https://www.usaspending.gov/award/CONT_AWD_91990022F0021_9100_GS00Q14OADU217_4732.

[27] "Contract Summary: 91990019F0355," USASpending.gov, accessed November 21, 2025, https://www.usaspending.gov/award/CONT_AWD_91990019F0355_9100_91990019A0008_9100.

ED00024

IES should develop reusable, standardized data-sharing agreements with SEAs and LEAs, modeling them on successful federal-state systems[28] to enable the flow of linkable data. They might also pilot "value-exchange" incentives, such as providing technical assistance or analytic services back to SEAs and LEAs to encourage their participation in data-sharing partnerships.

<div align="center">***</div>

**Problem**: The current state of data collection and reporting across states and agencies is highly fragmented. Without standardized definitions and structures, the data gathered from different sources are difficult to compare and integrate, reducing their capacity to inform policy and practice.

**Recommendation: NCES should ensure that data are consistently structured and have standardized definitions.**

Related to the above, NCES should continue support of common data standards, including open-sourced CEDS (Common Education Data Standards), which support exchange and comparison of data within and across states and agencies. NCES funds and facilitates the collaborative group that works to maintain and enhance the use of CEDS.

By aligning data elements to CEDS, states can take advantage of tools developed in other CEDS-aligned states. For example, several CEDS-aligned states have partnered to build reports and data dashboards to support IDEA compliance efforts. Those dashboards are effectively "plug-and-play" for any CEDS-aligned state since all of them are using the same data field names and data definitions. With common data standards, states can avoid reinventing the wheel for their own systems. (Much of the EdFacts data collection is already expressed in CEDS terms.) Still, additional frameworks related to regulatory, governance, and technical interoperability must work in tandem with common standards and definitions.

*"The technology was built for a world that wasn't cloud-enabled. It is very hard to use the CEDS software." ~ Education data analyst*

Despite the strong case for CEDS use, the accompanying CEDS software is not meeting the demands of what current technology can do, especially in a cloud-enabled environment. NCES should consider transferring CEDS to another entity that can modernize the software, via a competitive contract opportunity, with input from the existing CEDS partnership.

---

[28] The National Vital Statistics System is one long-established partnership where states collect birth, death and marriage records using standardized agreements and reporting protocols to the National Center for Health Statistics at HHS.

ED00025

Other common language frameworks exist that standardize data elements for interventions, complementing CEDS. For instance, the Blueprint for Inclusive Research and Development in Education (BIRD-E) is an open-source document that standardizes key data elements such as population type, family and community background, and implementation supports.

A couple of other potential advantages to common data elements: 1) IES might consider requiring that grantees express research questions in CEDS so that similar outcomes might be more easily compared across studies; 2) Their use in NCES data collections could inform impact evaluations conducted by NCER and NCSER grantees.

<p align="center">***</p>

**Problem:** NCES's methods of disseminating data have not kept pace with evolving technologies, making it more difficult than needed for policymakers and researchers to access data they can use for improvement.

**Recommendation: Utilize APIs to improve data accessibility.**

NCES should make its data more easily accessible by developing new or expanding existing application programming interfaces (APIs), which are protocols that allow different software programs to communicate and interact within certain boundaries (e.g., "summarize all literacy interventions for grades 3-5 with positive effects").

Stakeholders bemoaned that the current process of downloading and building data sets to answer key questions often involves drawing on information from multiple sources within ED, including files from Federal Student Aid (FSA), the College Scorecard, and IPEDS. If users were able to instead identify variables of interest across these sources through an API or other shared interface, the process would be considerably streamlined. Critically, this change would ensure that data linkages across institution-level data from FSA and IPEDS would be readily accessible, given the different identifiers these data sources currently use. An API that harmonizes these varied sources would assure policymakers, researchers, and the public that linked datasets were accurately merged. (The College Scorecard already maintains an API that could serve as a baseline for these combined data.)

> *"Setting up an API would be a dream as it would give immediate access to data as the systems speak to one another without human interaction."*
> *~ Education researcher*

Expanding usability also means preparing government data for safe use in AI. Artificial intelligence experts, for example, recommend that government data be both machine-readable and machine-understandable. Machine-readable means publishing in formats that AI systems

<p align="center">25</p>

ED00026

can read, while machine-understandable means publishing documentation and metadata to provide AI systems with the context needed to *interpret* government data. In line with the recent guidance published on AI.gov, federal agencies are encouraged to create, curate, and publish their own AI evaluation datasets for use by the public. For example, the Education Resources Information Center (ERIC) repository is already machine-readable with API access, but apparently not machine-understandable. It would benefit users if ERIC was equipped to parse queries, fetch results, and summarize responses.

Less intensive recommendations to enhance the usability of NCES data collections include the development of more user-friendly data tools for interaction and continuation of support for non-technical audiences.

Finally, researchers would benefit from an online space to share and access open data resources. One suggestion was the development of an online portal where they could share analysis approaches, measurement tools, and other sources of useful information, fostering collaboration and synergy among various research teams and grantees.[29]

<div align="center">***</div>

**Problem**: Currently, IES products are often out-of-date upon release, diminishing their utility for practitioners and policymakers.

NCES acknowledges the necessity for more prompt data dissemination. They have made improvements in recent years, such as releasing data files[30] prior to the completion of associated reports and issuing "First Look" reports, which provide initial summaries from major education studies and data collections.

**Recommendation**: **Increase the speed at which data are collected, vetted, and shared.**

IES could hold itself even more accountable by publishing various preliminary data files on a predictable, public schedule. But that doesn't solve the underlying issues that may be driving delays. Stakeholders expressed concerns about the extensive time required for data validation against statistical standards, in addition to the report reviews conducted by IES. The process of communicating with states to correct and resubmit data, as well as handling various submission formats, further contributes to delays. A few suggestions:

---

[29]This is related to but not the same as the IES requirement that principal investigators provide study data and documentation in a shared repository. That requirement allows researchers to upload materials to any number of existing data repositories. The current suggestion calls for one shared space.

[30] The higher education accreditation community, in particular, would appreciate an expanded release of provisional data to improve timely oversight of IHEs.

ED00027

- Require a common submission form for all states;
- Automate data validation and error checking by leveraging AI-integrated institutional interfaces so that incomplete or clearly inaccurate data are immediately flagged;
- Co-craft an action plan with those providing the data to speed up delays; and
- Allow 3rd party entities to report to IES directly on behalf of institutions.

*"We must do better with [data collection]. In many areas, it's very simple measures and metrics, but still slow because of how long it takes for the data to come out." ~ Education researcher*

Regarding the last bullet, allowing third parties to report data to IES on behalf of institutions could expedite data release *and* improve accuracy. IES should establish frameworks for third-party reporting agents, including institutional consent protocols, data security, privacy standards, accounting and audit mechanisms, and so on.

***

## NCES and SLDS Grants

**Problem:** Despite improvements, significant problems remain within state longitudinal data systems due to a lack of interoperability, outdated technology, and the inability to integrate AI, implementation, or other data types (audio/video files)—all of which hinder more accurate and timely decision-making.

NCES has sponsored competitive grants to develop and strengthen state longitudinal data systems (SLDS) since 2005, and these investments have served to catalyze the development of systems that once barely existed.[31] The awards are issued as cooperative agreements, meaning that NCES maintains involvement with awardees to share knowledge, provide technical assistance, and encourage collaboration among states.

Like all IT infrastructure, SLDS needs technological upgrades, especially as these systems grow increasingly more complex and sophisticated over time.

**Recommendations: Support technological investments that upgrade and modernize SLDS infrastructure and delivery mechanisms.**

IES should incentivize states to modernize their SLDS infrastructure and delivery mechanisms by investing in technology upgrades. This could include integrating AI, adopting other new

---

[31] SLDS grants are required in 20 U.S.C. 9607.

27

ED00028

technologies, and incorporating implementation data on state and district interventions and policies. States are interested in updating their systems to accommodate Workforce Pell integration, too. Modernization efforts should also include robust data dashboards that translate the state administrative data into useful information for the public.

> *"With emerging AI, states could receive real-time analytic feedback. It can create a living system of continuous improvement rather than a static reporting process." ~ Tech developer*

<div align="center">

**\*\*\***

</div>

**Problem**: Despite years of building their SLDS, some states have still not linked their K-12, postsecondary, and workforce sector data. As a result, policies and programs may be less effective, resources misallocated, and opportunities for improvement missed.

**Recommendation: Expand the types of grantees that can receive SLDS grants**.[32]

Whether it is due to a lack of capacity, resources, or political will, many states still do not have a functional longitudinal data system. One theory is that, by requiring the grantee to be an SEA, it is more difficult to get the postsecondary and/or workforce sectors to come to the table. As it stands, the K-12 data systems tend to be in the best shape, likely due to SEA's unique grantee status. It would be advantageous if Congress expanded the eligibility criteria for grantees to include other entities that inherently operate from a statewide perspective and collaborate across various sectors.

That would mean that the following could be SLDS grantees:[33]

- a state educational agency;
- the office of the governor;
- a state agency, data governance body, or public sector organization designated by the governor;
- an outlying area (e.g., U.S. territory);
- or a consortium of previously listed entities.

> *"The core part of the problem may be that the SLDS program needs to stop being a K-12 program and become a P-20-W program." ~ National education organization*

This change in eligibility better aligns the program with states' current efforts, which are to modernize systems to connect data from early childhood through the workforce (P–20W).

---

[32] This change would require Congressional action.
[33] This idea was introduced in the Advancing Research in Education Act in 2023. "S.3392 – AREA Act," Congress.gov, December 2023, https://www.congress.gov/bill/118th-congress/senate-bill/3392/text.

<div align="center">

28

</div>

ED00029

**\*\*\***

**Problem:** Many states are struggling to implement interoperable longitudinal data systems due to limitations in their current infrastructure and a lack of cross-sector collaboration. This challenge is compounded by an SLDS program that restricts the ability of states to willingly share data and resources efficiently.

**Recommendation: Integrate into SLDS grants a priority that addresses interoperability among states.**

Numerous states have formed multi-state collaboratives to network, collectively solve shared problems, and/or participate in shared technical assistance as they seek to modernize their data infrastructure.

Some are also working together in tech coalitions to develop federated data systems. These are structures that allow multiple independent data sources to work together as a "virtual database" without requiring data to be centralized. Each participating entity retains control and ownership of its data, while this new, virtual layer translates user queries and retrieves results from each separate source in real time, using privacy-enhancing technologies. The specific type of output (aggregated data, de-identified records, synthetic data records) depends on the negotiated data use agreements among state partners. For instance, adjacent states have joined to exchange geolocation and employment data because their populations overlap relative to where they live or work.

*"In the last grant round, some states asked if we could work together, and we were told no. The reason given was because of accountability for the grant. It wouldn't be pooled funds, and operating with other people would create a dependency leading to failure. Instead of seeing it as having a consolidated grant planning project with deliverables and shared responsibility." ~ State chief information officer*

As it stands, SLDS grants cannot support regional compacts or multi-state applications for collaborative work, as they are individually awarded to states. Introducing a new eligibility category (per above) that includes a "consortium of previously listed entities" could allow multi-state partnerships to apply for SLDS grants, including enabling them to build the necessary software together to facilitate their collaboration. Oddly enough, ESRA Sec. 208[c][1] specifies that SLDS grants should "promot[e] linkages across states," while protecting student privacy, which is precisely this aim (20 U.S.C. 9607 (c)(1)).

29

ED00030

The potential benefits to research stemming from interoperability among states are many. It allows for larger, more diverse study samples, which increases statistical power and the generalizability of findings. States can more easily replicate studies conducted in another state, evaluate them in their contexts, and benchmark performance against their peers. They are more likely to adopt evidence-based programs faster because they can learn from one another. Interoperable datasets also generate significant long-term cost savings once set up. For instance, investments in shared infrastructure—such as data standards and analysis tools—benefit multiple states simultaneously, plus research cycles are accelerated, which also saves money. Moreover, some states already use a federated approach to allow their districts or agencies to share data without centralizing student-level records, so they are familiar with how they work.

*"One of the conditions upon state[s] receiving SLDS funds is that they will link other sector data to K-12. So that is a lot of grant money being given to states that is not being upheld." ~ Education data advocate*

NCES could assist by providing a technical toolkit that addresses aggregation and comparison of data across states, including information about data dictionaries, standardized APIs for data exchange, and data reconciliation methods to keep data synchronized.[34]

***

**Problem**: The SLDS systems are getting increasingly more complex, and we can't risk leaving their users and beneficiaries behind.

**Recommendation: Enhance technical assistance for SLDS grantees.**

Two specific types of technical assistance provided by IES were frequently cited as highly beneficial for participants. One is the assistance related to the SLDS program, known as the State Support Team (SST).[35] Historically, the SST has offered direct support to states in developing, using, and maintaining their data systems.

As indicated, the SLDS infrastructure needs upgrades, but so do the humans using it, particularly the skills they will need to effectively utilize more complex datasets with enhanced capabilities. State leaders also express a need for information about cross-agency data governance—due to

---

[34] Having the ability to link SLDS with federal datasets such as NAEP, IPEDS, and wage records was a recurring suggestion, but technical and legal challenges persist. More work is needed to clarify standards, protocols, and privacy compliance.

[35] The other is the NCES Forum (National Forum on Education Statistics) and specifically the Stats-DC annual conference which is hosted by the Forum.

ED00031

political hurdles in sharing data across agencies—and for legal guidance (especially around FERPA).

Finally, training on developing secure research access protocols for SLDS (see below) would also be helpful.

***

**Problem:** Many states lack the capacity to leverage the SLDS that they painstakingly built.

**Recommendation: Incentivize states to make better use of their SLDS data for both public and research purposes.**

Fewer than half of states have developed public-facing dashboards that provide useful statistics for the public, such as high school GPA averages, college participation rates, employment rates by sector, and labor force participation. These dashboards and tools make SLDS data actionable for families, educators, and policymakers.

In addition, many states without internal research capacity make it difficult (knowingly or not) for external researchers to collaborate with them to identify the types of questions that states need their SLDS to address.

*"Investing in state data systems without giving access to data isn't an improvement."*
*~ Education advocate*

To help, IES can continue to allow SLDS funds for dashboard and tool development. It can also require or incentivize state applicants to provide secure, controlled researcher access to their SLDS data. For states that need more time on the latter, SLDS cooperative agreements allow IES to track their progress on authorizing data access with suitable safeguards.

Finally, IES could require grantees to acknowledge in IES-supported studies whether they accessed SLDS data and in which state(s), so that those states are publicly recognized for their cooperation.

***

## Data Integration Among Federal Agencies

In a section calling for more useful and integrated data to drive education improvement, it seems fitting to conclude with a challenge for federal agencies to follow suit.

Numerous stakeholders expressed strong interest in NCES helping to facilitate cross-agency data alignment with the Departments of Labor, Health and Human Services, and Commerce (among others) to forge connections between education data and workforce, health, and demographic records. Ideally, they wanted a cross-agency data system that collected participation and

31

ED00032

performance outcomes for *all* federal postsecondary education and workforce development programs to better understand the "national education-to-employment ecosystem."

That wish has been in the making for many years.

The latest serious effort is the National Secure Data Service Demonstration (NSDS-D) project, whose goal is to inform efforts "that would streamline and innovate data sharing and linking to enable decision-making at all levels of government and in all sectors." The NSDS intends to create a national secure data platform in which each federal agency can agree to a standard application process that won't require approved researchers to solicit permissions from each agency to access the platform. It is scheduled to launch (fingers crossed) in 2027.[36]

<p style="text-align:center">***</p>

---

[36] Successful precedents illustrate that cross-agency data sharing can occur, including the Post-Secondary Employment Outcomes (PSEO) project at the Census Bureau, which links education and earnings data for longitudinal analysis and Opportunity Insights, which integrates IRS, Census, and education data to study intergenerational mobility.

ED00033

## National Assessment of Education Progress

The National Assessment of Education Progress (NAEP), a nationally representative assessment of what students know and can do in core subjects, is widely viewed as the single most important activity of IES. At least since close attention began to be paid to student and school performance after *A Nation at Risk* (1983), NAEP has been the barometer most watched and most trusted by educators, researchers, and policymakers.

NAEP, first administered in 1969, is a congressionally mandated assessment administered by NCES. Its rigor, content, and integrity are overseen by the 26-member National Assessment Governing Board (NAGB) who are appointed by the Secretary of Education. Its consistent framework and methods provide a reliable measure of student achievement over time, enabling state comparisons as well as monitoring the performance of large school districts and charter schools. Frequently referred to as the "Nation's Report Card," it's a major source of public accountability in K-12 education.

As NAEP has evolved, however, and expanded its mission (to test more subjects, to provide more frequent reports, to integrate technology, etc.), it has become extremely complex, and some of its practices are antiquated. It has struggled to balance the tension between maintaining its 30-plus year trendlines for reading and math and the need for innovation and cost efficiency. And with the advent of AI, the imperative to modernize it can no longer be ignored.

The National Assessment Governing Board is developing a "NextGen NAEP" process designed to modernize the assessment. Their goal is a new NAEP test that is more agile, efficient, and actionable.

Specifically, their plan seeks to:

> 1) "…maintain the integrity of NAEP assessment development, administration and reporting, and NAEP's sterling credibility as an independent, non-partisan source of 'truth' while improving efficiency and cost effectiveness; and 2) generate prototypes for how advancements, including AI, can transform NAEP processes and tools, expedite development and reporting timelines, and make NAEP data and reporting more useful and actionable."

ED00034

These are wise objectives, and the recommendations below build upon them and upon a 2022 review of IES and NAEP by the National Academies of Science, Engineering, and Medicine (NASEM).[37]

<center>***</center>

**Problem:** Both NAEP's external test administration platform and its internal operational infrastructure are outdated, finicky, and in desperate need of modernization.

**Recommendation: Ensure that NAEP assessments can work on any platform.**

The functionality of NAEP "on the ground"—i.e., in the classrooms where students take the tests—sorely needs a major upgrade. It needs to be compatible with any platform but today it works only on the customized platform created by the current NAEP vendor. Instead, the test items should function seamlessly across different devices and types of inputs (mouse, keyboard, touchpad). The tools embedded in the test need to work properly regardless of the hardware or software, including its accessibility features. These features must also function seamlessly across operating systems and secure browsers.

On the operational side, NAEP data related to test design, item development, test administration, and analysis are each held by the respective contractors. Moving to an integrated infrastructure—both internally and externally—will require systems engineering expertise, as all these platforms must continue to evolve with technology.

<center>***</center>

**Problem:** NAEP processes are cumbersome and inefficient. It can take up to 6 years to move from a revised content framework to actual test administration.

**Recommendation: Pilot test AI strategies to determine how to improve processes and shorten timelines while maintaining privacy, accuracy, and integrity. Then implement a new system.**

NAGB and NCES should bring assessment and AI experts together to research and test options for AI in all aspects of test development, administration, scoring, analysis, and reporting. The potential of AI to streamline previously laborious processes is promising. Technology experts, for instance, say it should be possible soon to submit a bank of test questions to AI, then have it 1) describe the skills being assessed; 2) tie them to an existing NAEP framework(s); 3) lay out the progression of skills; 4) identify the content gaps relative to the framework; and 5) design new items that better measure where students are and need to be.

---

[37] National Academies of Sciences, Engineering, and Medicine, *A Pragmatic Future for NAEP: Containing Costs and Updating Technologies.* The National Academies Press, https://files.eric.ed.gov/fulltext/ED617942.pdf.

<center>34</center>

ED00035

However, these promising advancements come with their own set of challenges. The NAEP program must not sacrifice its integrity or credibility in the process and must carefully evaluate the risks and costs associated with AI-based innovations. For example, one significant challenge is modeling item difficulty. Experts warn that without thorough field-testing, which is both costly and time-consuming, AI may struggle to accurately predict how easy or hard an item will be for real students to answer.

***

**Problem:** A lack of transparency regarding the structure of NAEP contracts and the associated costs of key tasks raises concerns about inefficiency and impedes innovation.

**Recommendation: Move the NAEP contracting process under the purview of a newly constituted contracts and acquisitions management office within IES.**

Under the internal recommendations in the appendix, we recommend that IES use its contracting authority to bring contracts and acquisitions management in-house. By law, IES can exercise independent contracting authority,[38] and it should apprise itself of the legal, operational, and political steps required to exercise that authority—and move in that direction. It should hire and train a small team of contracting experts who, because they are knowledgeable about the mission and substance of IES work—and would be embedded in the agency—could streamline the contracting process.

This change would be particularly helpful to NCES as they hold the external contracts for NAEP testing. Currently, NAGB has its own contracting authority for NAGB-specific duties—such as the development of new content frameworks—which it finds quite helpful. It allows them to research benchmarked cost estimates, investigate broader market competition, and collaborate closely with program staff to understand their needs better. If NCES (through IES) had similar authority for the NAEP contracts, significant savings would likely be realized. This is partly because the larger department's contracts and management staff are not experts in NCES's specific needs for NAEP. In a nutshell, the lack of communication and mutual understanding between the existing contracting office and NAGB/NCES staff leads to inefficient and costly contracting practices.

Moreover, there needs to be more transparency with contract costs. The National Academies correctly stated in 2022 that "NCES and NAGB should develop clear, consistent, and complete

---

[38] ESRA section 113 (20 U.S.C. 9513) says that the IES Director is delegated all functions, including contracting authority, to carry out IES functions: "*the Secretary shall delegate to the Director all functions for carrying out this subchapter.*" Also Section 171 (c): "Grants, contracts and cooperative agreements: In carrying out the duties for this part, the Director may award grants, enter into contracts and cooperative agreements and provide technical assistance" (20 U.S.C. 9561(c)).

ED00036

descriptions of current spending on the major components of NAEP, including contract structure, contractual spending, and direct spending on government staff and other costs. These cost descriptions should be used to inform major decisions about the program to ensure that their long-term budgetary impact is supportable."

As with many IES contracts, true costs are hard to track down, especially finding the related pieces from multiple subcontractors.[39] Compounding this challenge, long-time contractors and subcontractors have joined together in what is referred to as the "NAEP Alliance" and generally no other competent bidders enter procurement competitions.  Worse, the  Alliance has made its members all but indispensable due to the proprietary elements of what they have built. That said, not many outfits have the manpower necessary to pull off a nationwide assessment that requires widespread participation.[40] The current test-administration model requires trained NAEP staff and contractors from one Alliance partner to travel to schools to administer the test, which is expensive and labor-intensive (estimated by NASEM to represent 28.6 percent of NAEP's budget).

To its credit, NAEP is transitioning to using school devices to administer the assessment and is exploring what it would take operationally and feasibly to train local school staff to proctor the exam.[41] These potential savings and others would be even more telling in the light of historical costs.

***

**Problem:** NAEP testing in subjects other than reading and math are not customary—and in many subjects and grade levels, NAEP does not supply state-level data, only national.

**Recommendation: If anticipated cost efficiencies are realized, savings might be used to support state-level NAEP administration in subjects beyond reading and math.**

ESRA requires that reading and math be assessed in grades 4 and 8 every two years and in grade 12 at "regularly scheduled intervals." Then, "to the extent time and resources allow," additional assessments, including but not limited to those in history, civics, economics, and science, might also be administered.

---

[39] Case in point: NASEM included figures for annual NAEP item development ($16.3 million) and reporting ($17.6 million) only to have the former NCES commissioner respond that the costs were inaccurate (but supply no corrections). This was followed by a subsequent commitment to provide, for "stakeholders involved in the oversight of program resources," a document that describes NAEP's cost structures. To put it bluntly, the lack of public transparency fuels suspicion that the NAEP Alliance is overcharging NCES.

[40] For the 2024 NAEP national, state, and large urban district samples, roughly 235,000 fourth graders participated from 6,100 schools and 230,000 eighth graders from 5,400 schools.

[41] Early feedback from the states is that local proctoring could damage voluntary participation, as well as perceptions of quality. Additional problem solving is in the works.

ED00037

Among various stakeholders, there is a strong desire to test more frequently in other subjects, specifically NAEP assessments that include *state-level results* in civics, U.S. History, and science, in hopes of driving greater attention, change—and yes, shame—in states. Of course, the NAGB Board has the ultimate say in what additional subjects it may choose to test.

They will surely have to wrestle with issues of feasibility as well as cost. It's challenging to convince schools of the value of NAEP participation, and the cost of additional NAEP tests, especially those with large enough samples for state-level results, has traditionally been high.

NAGB wants to offer "less burden and more value" for states. So much so that they hope to be able to accommodate additional subjects like civics and history through new cost-saving measures and out-of-the-box solutions.

NASEM has provided NAGB and NCES with suggestions in the past. One was to administer reading and mathematics together to carve out more time for additional subjects. The NASEM authors suggested doing so would add only 30 minutes to the current time required for either the math or reading test, totaling 90 minutes,[42] while reducing the sample size needed and administration costs. Other stakeholders have suggested extending the timeframe for administration of the reading and math tests from two to four years, but that requires Congressional action. Regardless, both ideas apparently have their critics—but the Board seems energized to find better solutions.[43]

<p style="text-align:center">***</p>

**Problem**: The way NAEP data are presented in the NAEP Data Explorer (NDE) is more cumbersome and complicated than necessary, while the state-level reports are too static.

---

[42] See *A Pragmatic Future for NAEP: Containing Costs and Updating Technologies*, National Academies, p.3, https://www.nationalacademies.org/publications/26427: "Currently, each student takes two blocks of test questions in one subject—for example, either reading or mathematics—and is given 30 minutes to respond to each block for a total of 60 minutes. Instead, the report recommends the program should increase testing time to 90 minutes to allow time to cover two different subjects and gather more information from each sampled student."

[43] Some stakeholders suggested that some states might be interested in piloting a handful of NAEP items on their state assessments. That is intriguing but extremely complicated and requires much more deliberation than can be provided here. These comparisons might provide compelling evidence for state leaders to enact policy changes, as is now happening in many places in reading. On the technical side, the larger sample size would improve the reliability of the results by increasing statistical power. Nevertheless, the political implications of even a voluntary pilot involving a few states cannot be underestimated, particularly because participation in NAEP is a federal mandate in reading and math. The risk is that it will be perceived as the federal government requiring states to change their state tests to include specific content.

ED00038

**Recommendation: Enhance the functionality and user experience of the NDE and the data visualization capabilities of the state-level reports.**

Complaints suggest NDE lacks the intuitive navigation, responsiveness, and interactive visualizations common in other data tools. The NDE is built for researchers, not policymakers or the public, but they aren't happy with it either. They would like to be able to simultaneously filter by several variable types—such as performance by region, gender, race, and school type—and view interactions between them. The general public, on the other hand, needs simplified, interactive dashboards that display trends, comparisons, and insights clearly and concisely. Essentially, we need tailored presentations of the data to cater to different audiences.

*"While I have used the NAEP Data Explorer (NDE) for years, it has always been terribly unfriendly and difficult. …If we want NAEP data to be widely and validly used, the NDE must be revamped."  ~ Former NAGB member*

It makes sense to integrate these tools directly into the report card rather than hosting them on a separate website. Additionally, the data should be better optimized for AI-powered search systems, enabling easier querying by users. Improving the NAEP Data Service API would facilitate accessibility by allowing more user-friendly integration and linkage of NAEP data.

*"If NAEP is not linked and made interoperable, AI will do it, with potentially serious reporting challenges to the reliability, validity and accuracy of NAEP results and what they mean."  ~ Former NAGB member*

Similarly, there's plenty of room to improve the visual presentation of state-level NAEP reports.  NCES provides state-level reports that summarize student performance across subjects and grade levels. The Data Tools section shows results over time, key finding statements, scoring gaps by states, and state demographics, among other elements.[44]

The available resources, however, could be improved by better data visualizations and dashboards that allow users to explore trends and subgroup performance more dynamically, including filters for states, years, and demographics. One can imagine, for instance, stacked bar

---

[44] The NAEP reports also include "Experiences and Opportunities in Education" which provide "contextual information about whether students have access to the necessary resources, support systems, and conditions to acquire knowledge, skills, and experiences aligned with educational goals." This information is culled from the student, teacher, and school questionnaires. A few stakeholders suggested that NAEP profiles also report in this section data on family structure, which is already collected, albeit awkwardly. The current question asks students if they live with two parents, single mother, single father, stepfamily, foster family, etc. There is also interest in refreshing the various background questionnaires to capture data on use of AI, screen time, and other present-day concerns.

ED00039

charts for side-by-side comparisons of proficiency levels by states that are overlaid with national averages; heat maps displaying performance by state and subgroups that reveal geographic and demographic patterns; and scatterplots that juxtapose NAEP scores against state spending or other metrics to uncover potential correlations.

<div align="center">***</div>

**Problem**: States could use more help in disseminating NAEP results in ways that resonate with parents, educators, and the public.

**Recommendation: NAGB should ensure that its communication with stakeholders is more actionable.**

NAGB could provide states with customizable templates for reporting their NAEP results to district leaders, educators, and families. These templates might include talking points explaining what NAEP is, why it is important, and how NAEP might be used to support "gold standard" benchmarking. These resources might also include links to other IES resources, such as WWC practice guides. Furthermore, NAGB might consider enlisting State NAEP coordinators or NAEP's State Policy Task Force to help amplify NAEP's impact.

*"NAEP results, especially the ones which disappoint, have a remarkable ability to capture public and political attention, thereby drawing serious discussion to improving education.*
*~ Former NAGB member*

Finally, changes in the timing of NAEP report releases can improve the usability of results. Main NAEP assessments are administered between January and March, and the data are released 9 to 12 months later. However, if reports (including trend lines) could be released before the academic year begins, perhaps by mid-July, it would make it easier for states and districts to use NAEP results to advocate for needed changes.

ED00040

## Part III: NCER

The National Center for Education Research (NCER) has been instrumental in advancing educational research by funding studies that have provided critical insights into teaching methods, learning processes, and educational policies. These contributions have advanced significant developments in areas such as early childhood education, literacy, and STEM education. However, NCER's wide-ranging research agenda has dispersed its efforts too thinly, hindering knowledge building and data integration across studies and limiting the impact of its funded research.

Moving forward, NCER has the potential to significantly enhance its impact by streamlining its focus to a handful of high-priority educational challenges identified by the Institute of Education Sciences and informed by states and districts. By prioritizing multi-state and multi-district collaborations—as well as rapid cycle research—NCER can rigorously evaluate and refine promising interventions and policies that reflect the diverse needs of local conditions. This focused approach will foster a more cohesive strategy and leverage the strengths of each IES center to address specific aspects of identified challenges, ultimately leading to more effective solutions and better educational outcomes for America's students.[45]

### Making NCER's Work More Relevant

**Problem**: The primary issue facing NCER is its diffuse research agenda, spread thin across numerous broad topics, which makes it challenging to evaluate progress on education challenges and maximize the impact of funded research.

**Recommendations: NCER should concentrate on several high-priority educational challenges identified by IES and shared by most states, which would enable the development of coherent strategies and scalable, context-sensitive solutions.**

This approach involves prioritizing multi-state and multi-district collaborations to rigorously evaluate and refine promising interventions and policies, ensuring they are adaptable to diverse local conditions—and leveraging the topical overlap with statutorily-required Federal R&D Centers.

---

[45] Both NCER and NCSER are research centers and therefore, many of the recommendations in this section also apply to NCSER. The NCSER section includes a listing of these shared recommendations and refers readers back to this section for additional detail.

ED00041

Below are 3 specific recommendations to address the problem:

**Recommendation A: Focus NCER grantmaking on IES's 3-5 high-priority areas.**

Rather than spreading resources across countless disconnected projects, IES should focus on the most urgent educational challenges (e.g., in reading, mathematics, college/career pathways, and CTE) that most states have in common. Informed by various publicly available state education documents, this list should encompass no more than five pressing academic challenges that the nation's students are struggling with, and that would best prepare them for post-secondary and workforce success.[46]

In recent years, NCER has allowed grantees under its Education Research Grants Program to submit applications under roughly a dozen broad topics. This wide-ranging approach has led to a scattered research agenda, as efforts are spread across many areas without a coherent strategy. Consequently, there has been little opportunity to integrate related findings and data across IES centers to leverage collective insights. Without a unified focus, it becomes nearly impossible to set measurable goals as an education community, evaluate overall progress towards them, and ultimately maximize the impact of funded research and data collection projects.

But with just a handful of critical research topics, imagine how each could be adapted to the mission of each IES center. For example, if early literacy is an identified challenge: NCES would query its various data collections to report useful information about the status of early literacy in the United States, including variation across states and districts and among key student subgroups;

> *"We need a national grant-making structure that translates state learning goals into IES national research goals."* ~ *Education Researcher*

NCER would support rigorous experimental studies on early literacy programs and policies; NCSER would study literacy interventions tailored for students with disabilities; and NCEE would provide both technical assistance to states and districts on existing evidence-based practices and evaluate the implementation and impact of new early literacy programs at scale—including those supported by NCER and NCSER-funded research. IES staff would publish the takeaways of

---

[46] NCER and its National Research and Development Centers are given a wide range of topics and priority areas to cover in ESRA (see 20 U.S.C. 9533(c)(2)). However, it need not examine all of these areas at once. Furthermore, a portion of its total grantmaking (perhaps 20 percent) can be focused on unsolicited grants and/or rapid turnaround projects that address the priorities in ESRA section 133, while the rest of the portfolio can address the 3-5 high-priority areas.

ED00042

its collective insights in multiple outlets via simple graphics and online interactive elements, rather than a traditional PDF report.[47]

**Recommendation B: NCER should prioritize multi-state and multi-district awards to help scale the most promising interventions, resources, and policies.**

Scaling successful educational initiatives across diverse contexts is inherently difficult, in part because it is rarely possible to cleanly isolate the specific elements of an intervention that drive its success. Local conditions—ranging from available resources and staffing patterns to student demographics and teacher expectations—interact with an intervention in complex ways, making straightforward replication unrealistic. Yet these challenges are exactly why examining the same intervention across different contexts is so valuable: doing so reveals how contextual factors shape implementation and outcomes and helps distinguish which components are essential and which can be adapted.

To thread this needle, NCER should encourage states and districts to collaborate in rigorously evaluating promising interventions and policies across a range of real-world settings. This collaborative approach uses variation as an asset: by studying how an intervention functions under different conditions, researchers can iteratively refine the theory of action, identify core components that must remain intact, and determine where flexible adaptation is appropriate. As opposed to isolated, one-off research projects, this approach supports learning teams who can build toward scalable, context-sensitive solutions. All that said, this intent-to-scale strategy would likely mean fewer but larger total awards per relevant competition.

*"[IES should] allow [states] to partner with who we want to, to do the research we need and tie it into our state learning agenda." ~ State chief*

Multi-state or multi-district collaboratives would ideally apply as a team of educational leaders and researchers, with support from technology and non-profit partners as needed. After identifying their high-priority area, states and districts would work with research partners to define the specific questions and priorities that reflect their unique policy contexts and challenges relative to that priority.

In addition to universities, eligible entities for NCER grants include LEAs, SEAs, non-profits, for-profits, and school boards, provided they meet the program's eligibility and administrative requirements to responsibly manage the funds. District and state leaders believe that serving as

---

[47] IES should develop measurable, national research goals based on this handful of priorities and task the "Hub" (see Part III: NCEE) with routinely reporting on the progress of those goals (based on the work of IES-funded projects) through user-friendly infographics and dashboards.

ED00043

the fiscal agent would help ensure the relevance of the research to them and prioritize their full participation, though they have rarely served in that role.

Additionally, we propose that the Education Innovation and Research (EIR) program, which is currently overseen by the Office of Elementary and Secondary Education (OESE), be transferred to IES through a reorganization. The EIR program funds innovative, evidence-based projects aimed at improving outcomes for high-need students. It operates as a three-tiered competition (early-phase, mid-phase, expansion-phase) where funding levels correspond to the strength of prior evidence. This approach aligns with the goals of the IES's Accelerate, Transform, Scale (ATS) program, focusing on building and scaling promising interventions, and would be a valuable addition to NCER's portfolio.

Building tools and technology platforms to support robust R&D in SEAs and LEAs requires rethinking how IES supports the development of state longitudinal data systems (as mandated in 20 U.S.C. 9543 (a)(4-5)), so that system-wide impacts can be measured, scaled, and integrated. (See more in "NCES and SLDS Grants").

**Recommendation C: Align Federal Research & Development Centers with High-Need Areas, as feasible.**

NCER is statutorily required to "support not less than 8 national research and development centers" (20 U.S.C. 9533 (a)(11) (c)). They are to address one of eleven broad topics,[48] but each can also be assigned "additional topics of research consistent with the mission and priorities of the Institute and [NCER]." Given their mandate to "address areas of national need," it makes sense that some research topics may overlap with the high-need topics to be identified by IES. To the extent that they do not overlap, consistent with above, they can be assigned additional topics of research.

> *"I don't trust vendors and don't want to listen to them." ~ District superintendent*

The R&D Centers have significant flexibility under ESRA to conduct "scientifically valid research," in keeping with the broader mission of NCER. Nonetheless, they are specifically mandated to include research and development "in educational technology areas." Many practitioner- and tech-affiliated stakeholders noted the plethora of new educationally focused digital tools, primarily AI-driven, that remain largely unevaluated.

---

[48] They include adult literacy; assessment and accountability; early childhood; English language learners; improving low achieving schools; innovation in education reform; state and local policy; postsecondary; rural education; teacher quality; reading and literacy.

ED00044

Consequently, one of the eight R&D Centers could address an unmet need by developing a taxonomy of tech tools and resources used in K-12, postsecondary, and workforce settings. This center would research the best methods for assessing the quality and effectiveness of these diverse tools and resources.[49] Its tool taxonomy might categorize aspects such as primary functionality (e.g., personalized learning, tutoring, automated grading, lesson planning), type of AI technology, educational level, and implementation factors (e.g., educator preparedness, data governance needs, legal requirements).

*"So many technology tools are being sold with no evidence on the tool."*
*~ Research professor*

As for evaluating quality and effectiveness, the WWC criteria would serve as a useful starting point, although they would need to be supplemented and tailored to account for other relevant areas, such as cost-effectiveness, alignment with existing student and teacher goals, technical reliability, and compatibility with current learning management, student information, and open resource systems.

The aim is to establish empirical standards for what constitutes high-quality evidence for educational tools and resources that can be used to 1) evaluate existing products; 2) design and test improved products; 3) inform funding decisions using these standards.[50]

All 8 of the R&D Centers would also be charged with communicating with the Hub (see Part IV: NCEE) to ensure that what they are learning is broadly disseminated across states.

**\*\*\***

**Problem:** Virtually no one thinks that the results of IES research are being communicated in ways that work for practitioners**.**

What's more, a nontrivial number of stakeholders say it is not within IES's capacity to solve the "last mile" challenge. Given that IES's core functions and strengths lie in comprehensive data collections and rigorous studies, they say it is not ideally suited to convert research evidence into actionable policy or practice, except in limited cases where it has already demonstrated

---

[49] Other organizations are also operating in the AI space but not doing evaluative standards work. For instance, IES funded four R&D centers through its Using Generative Artificial Intelligence to Augment Teaching and Learning in Classrooms (U-GAIN). Those centers fund tools to support middle school STEM education; teachers' math and science lesson planning; elementary school reading comprehension; and personalized literacy supports in grades K-2. Digital Promise awards certifications for products with lower evidentiary claims, including Tier 3 ("promising evidence") or Tier 4 ("evidence that demonstrates a rationale"). The National Institute of Standards and Technology (NIST), the Consortium for School Networking (CoSN), and the Council of Great City Schools (CGCS), are working on AI standards relative to managing risks or policies around procurement, privacy, etc.

[50] State chiefs were particularly interested in including standards such as these in their RFPs for vendors to respond to.

ED00045

success, such as the WWC practice guides (see The What Works Clearinghouse). We think there is a middle ground and offer several improvements below.

**Recommendation: Require key findings to be reported in user-friendly formats.**

Grantees should be *required* to report key findings in one or more user-friendly formats, such as policy briefs, one-pagers, interactive figures, short videos, and infographics. Grantees should also be required to present results directly to their intended audience by, for instance, participating in podcasts and webinars popular with educators and writing practitioner-oriented articles, blog posts, and opinion pieces. Additionally, grantees should be encouraged to collaborate with practitioner groups, non-profits, educational advocacy organizations, or leadership groups that already maintain close relationships with states and districts. These connections can help enhance collaboration and ensure that evidence-based information is shared in ways that are relevant and impactful.

> *"The 'last mile' challenge is not within IES's capacity to resolve. Recipients of evidence have to <u>want it</u> and be ready to make use of it. What IES <u>can</u> do is make sure that its research is easily found by people looking for evidence."*
> *~ Education policy expert*

Currently, applicants to the Education Research Grants Program (the flagship competition) must describe:

- How input from stakeholders has informed the development of their application.
- How, if funded, they intend to further engage stakeholders in the research process and in the dissemination of results.
- Their history of implementing similar engagement and dissemination strategies, if any.

These are sensible requirements but need to go further.

On the topic of "dissemination," nearly everyone agreed that teachers were a tough group to reach and that we couldn't expect them to come to us. In fact, veterans of research-to-practice partnerships wanted to ban the "d" word and replace it with "engagement," which implied a two-way street: Practitioners and researchers co-developing and co-producing knowledge in a collaborative "roll up your sleeves" model where rigorous research focuses on solving persistent "problems of practice." This close, long-term cooperation builds trust over time and

> *"We have informally banned the word 'disseminate' as it implies a one-way transferring of knowledge. If research is not relevant, not delivered on time, and not part of the routine, then who cares?"*
> *~ National education network leader*

ED00046

prioritizes usable, relevant, and timely information for practitioners, enhancing better application of findings in classrooms.

Of course, that's not always feasible, and there were other suggestions for making research useful to practitioners. These included embedding evidence into existing routines and tools used by educators, such as learning management systems (Google Classroom, Canvas), state standards, curriculum materials, and other instructional resources. The intent is that evidence not be an add-on but thoughtfully integrated into systems that teachers are already accustomed to using.

It was generally agreed that user-friendly policy briefs and other accessible formats and tools are quite useful for lay audiences, as is emphasizing the practical implications of research in mass media and educator-oriented magazines. Research jargon can be challenging for many, but summaries of key takeaways and short descriptions of how results may apply to teachers and students are valuable. Interactive figures, short videos, and infographics are useful, too, as is presenting results where the intended audience gathers, such as teacher podcasts and webinars.

Unfortunately, grantees often lack relationships with practitioner or policy groups to collaborate and share information, so they should consider applying with partners who do. It makes sense to work through intermediaries or trusted third parties who already work closely with states and districts, including advocacy organizations and non-profits. These parties might also partner with researchers to co-author practitioner-facing materials to strengthen relevance and applicability.

To ensure that dissemination activities are taken seriously, NCER grant payments should be tied to specific dissemination deliverables that grantees have committed to.

<div align="center">***</div>

## Grantmaking in NCER

**Problem**: Relying on a single annual grant competition for the flagship research program is problematic for several reasons: 1) it can take up to 10 months to be funded after applying, which can cause researchers to lose their state and district partners who were ready to start at application time; 2) applicants must wait an entire year to reapply if they narrowly miss the mark; and 3) it creates a bottleneck, resulting in longer review times and further delaying the start of accepted projects.

*"[S]tates don't want to wait for us to write a proposal next summer to get money the following summer to potentially study something the following summer. They want information now." ~ Education researcher*

ED00047

**Recommendations: Streamline the grantmaking application process.**

IES can streamline grantmaking application processes by piloting two innovations: 1) implement two-stage, binding submissions to reduce upfront burden and accelerate decision-making; and 2) accept grant applications multiple times during the year.

**Two-stage submissions**: NCER currently uses an optional Letter of Intent (LOI) vehicle that is non-binding, which serves as an opportunity for NCER program officers to discuss project plans with applicants designed to improve the quality of their full proposal.[51] While applicants appreciate the opportunity to speak with NCER, these conversations do not guarantee that a proposal will be funded. And when applicants are rejected, they must wait a full year to resubmit an application at the next annual invitation.

*"The concern with grantmaking is how long it takes and how after a few years, people from districts move on from the questions they had."*
*~ Education researcher*

Replacing the optional Letter of Intent (LOI) with a binding pre-proposal or prospectus, like those used by many educational foundations, would enable NCER staff to better identify research projects that are the best fit for any given competition and reduce the time that applicants spend on full proposals. This change would reduce the costs and time at IES associated with bringing every compliant proposal through the peer review process. It would also reduce opportunity costs for applicants as it takes significant time and burden, for instance, to calculate the time spent on research tasks and/or activities. Researchers would benefit by deferring detailed budget calculations and administrative tasks until they are invited to submit a full proposal, saving them hours of upfront effort.

Alas, as the report was being finalized, we learned that the Office of General Counsel (OGC) previously advised IES that they could not legally require binding LOIs for a grant competition. In their legal opinion, it effectively discourages any eligible applicant from applying to a competition. All we can say is that it would be helpful if this were not the case.

Incidentally, unsolicited applications are able to go through a streamlined two-stage process since they are not part of a competition: first is the submittal of a short prospectus detailing the problem, project, and potential contribution, as well as why it falls outside existing competitions. The prospectus is referred to two research centers within IES, both of which must submit "go forward" votes before the applicant is asked to submit a full proposal that moves to peer review. It is this "binding" aspect of the prospectus that is recommended for all grant competitions.

---

[51] Small Business in Innovation Research (SBIR) in IES, some NSF grants, and some USDA grant competitions mandate an LOI.

ED00048

**Multiple grantmaking windows**: NCER runs its major grantmaking competitions annually, but more frequent opportunities (2-3 times) could make for more consistent and efficient operations, in part due to fewer proposals to review each time. Given the risk of dwindling funds later in the year, applicants might simply be advised to submit at earlier junctures "for best consideration" and/or given the opportunity to have their proposal automatically rolled forward to the next window if funding runs out. NCER might experiment with multiple submissions (or even rolling submissions) with one of the smaller competitions and gather field input for continued improvements. Implementing multiple submission windows could enhance the quality of studies by allowing proposals that peer reviewers deem to need only slight modifications a two-week resubmission option. This change would require that peer reviewers be called to serve at different intervals throughout the year (more on Peer Review in Appendix B).

> "*The annual cycle once a year for grant reviews is limiting and makes it hard to make revisions and keep research moving. You submit a grant, and review takes up to a year...*"
>  *~ Education researcher*

**Recommendation: Carve out room for a variety of smaller, mid-size, and large grant awards with varying timelines and commensurate grant requirements.**

In a similar vein, adopting a more flexible approach to grantmaking with rolling submissions and multiple review windows would create opportunities for grants of various sizes and corresponding requirements. Essentially, smaller grants should have shorter application processes and quicker award times. Here is a suggested framework:

- Rapid cycle grants: Up to 1 year and $250K-$500K, aimed at pilot studies, iterative prototype or intervention testing, and initial data collection. Application: Maximum 5-8 page project narrative. Award window: 6-8 weeks.
- Mid-size grants: 2-3 years and $500K-$3M, designed to generate credible evidence on specific questions. Application: Maximum 8-10 page project narrative. Award window: 3-5 months.
- Large grants: 4-6 years and $3M-$6M, intended to produce generalizable findings on comprehensive outcomes. Application: Maximum 12-15 page project narrative. Award window: 6-8 months.

> "*We need to make the research cycles shorter.*"
>  *~ District official*

It also makes sense to welcome applications with budgets ranging from $100K to $249K for a time period up to three years, as researchers work under varying conditions that can facilitate efficiencies.

ED00049

**Problem**: Some funded projects, outside of those intended for foundational or methodological research competitions, are still too theoretical or tangential in nature to merit investment.

**Recommendation: Prioritize practical significance.**

IES should revise the "Significance" criteria in research applications so that it prioritizes the practical significance of the research,[52] including the potential to augment student outcomes, over and above the existing "theoretical and empirical rationale."

Grant applicants in most NCER competitions are told that, "Strong applications will address a significant challenge in education and provide a compelling theoretical, empirical, and practical rationale for the new program, practice, or policy." Given the NCER focus on applied science, the practical rationale should be elevated over its theoretical and empirical roots as opposed to considering each equally.

Similarly, reviewers evaluate both the scientific rigor and practical significance of proposed research—both of which are obviously key. However, even if research is suitably rigorous, it can nonetheless address a question that few practitioners or policymakers care about. Hence, NCER might also consider including "practical significance" as a required element in a binding prospectus (see Grantmaking in NCER) so that it functions as a "must have" before an invitation to submit a full proposal.

In research terms, this recommendation simply translates to, "Weight external validity (do the results matter in practice?) higher than internal validity (is the research rigorous?)."

<div align="center">***</div>

**Problem:** Even when gold standard study designs demonstrate strong impact, we know too little about why they work and under what conditions.

**Recommendation**: **Continue to fund implementation studies as part of impact projects.**

When robust, randomized control and quasi-experimental designs result in strong positive findings, the natural follow-up question is why? Thankfully, impact studies in NCER and NCSER already require an implementation study to be included as part of the initial application.

Implementation studies explore how the intervention, policy, or program was delivered, factors that help or hinder its delivery, the resources and support needed to ensure fidelity of implementation, and how the educational context influences implementation.

<div align="center">***</div>

---

[52] Other federal agencies include a similar requirement in grant applications known as a "broader impacts" criterion.

<div align="center">49</div>

ED00050

**Problem:** Extending, replicating, or learning from other studies is much harder when the location of the shared data is not widely known.

**Recommendation: Communicate more openly about data sharing repositories.**

Data sharing in shared repositories has been a requirement for IES-funded research since 2012, per the ED Public Access to Research Policy. The issue is that the whereabouts of the study data and documentation are not directly communicated nor easily found. Researchers can send their data and materials to one of many existing data repositories or make the information available on university, state education agency, or school district websites.

> *"[We need] studies that build on each other rather than starting from scratch." ~ Professor of cognitive science*

Given the wide array of options, NCER and NCSER should devise a process by which the whereabouts of project data, code, and analytic models can be transparently and routinely communicated. This would allow future projects to extend and/or replicate findings. Linking studies through common data standards and interoperability frameworks would also enable the education research community to deepen and expand shared knowledge about a mutual topic. Breaking down data silos is key to connecting the dots between related research studies.

**\*\*\***

## Research Methods Grants

**Problem:** The education community does not have a clear hold on how AI will impact education research.

**Recommendation: NCER should consider a call for Research and Methodology grants to investigate how AI can transform the research and development process itself.**

Some scholars are using AI in secure data environments to help clean their data sets, perform initial analysis, and identify data patterns. After reviewing the results, many are pleased with AI's capabilities. AI also shows significant promise in creating "synthetic" datasets to simulate learning processes, model the effects of educational interventions, and speed up progress in the field of learning science. Nevertheless, rigorous research is essential to ensure that AI can accurately represent real-life classroom scenarios and assist in various phases of the research process faithfully while maintaining privacy standards.

**\*\*\***

ED00051

**Problem:** Large national surveys often lack the power to produce reliable small-area or subgroup estimates needed by states and districts for local planning. This lack of granular information limits the ability of decision-makers to take targeted actions for improvement.

**Recommendation**: **A repeated suggestion was for NCER to develop expertise in combining survey data with complementary sources to improve predictions at more localized levels**.

NCES has historically awarded grants and contract work related to methodological innovations in data production, including survey and data collection methodologies.

Developing expertise in producing estimates for smaller units of analysis is a specific need. As one stakeholder explained:

> *Adopt and scale the use of model-based estimation to produce more granular small-area and subgroup estimates, combining survey with complementary sources to improve timeliness. In other words, use modern statistical models to "fill in the gaps" by combining survey results with other kinds of data. This will produce more detailed and timely data about smaller groups—like specific counties, school districts, or demographic subgroups. For example, the Census Bureau uses ACS responses with administrative records like tax filings to estimate poverty rates for individual school districts even if only a few residents there were surveyed.*

<div align="center">**\*\*\***</div>

## Rapid Cycle Research

**Problem**: Traditional large-scale studies, while valuable for establishing long-term effects, can take several years to produce findings. By the time results are available, the context, policies, or technologies may have shifted, limiting their usefulness for decision-makers who need timely data to inform solutions to real problems.

Furthermore, even if we could accelerate the research process, there is little motivation for product developers to create tools grounded in solid evidence because the market doesn't reward them. Since most innovations are produced in the private sector, they are typically proprietary, which significantly limits the potential for widespread research and development. This proprietary nature restricts the sharing and further advancement of new technologies and methods, as there are limited spillover R&D efforts to extend or improve upon the initial innovation.

ED00052

**Recommendation A: IES should continue its initial investment in rapid-cycle research that supports and helps scale cutting-edge educational tools and approaches.**

Education needs evidence that keeps pace with innovation and classroom realities. Rapid-cycle research is designed to generate timely, actionable evidence through streamlined study designs that can be completed in weeks or months rather than years. The re-envisioned IES must make room for these shorter-term, high-reward projects.

Further, advancements in artificial intelligence make it an exciting time to be in the business of teaching and learning—and IES has an important role to play in developing the evidence base for AI-fueled products and other innovations.

The Accelerate, Transform, Scale Initiative in IES was originally created to support education R&D to develop scalable solutions to improve outcomes for learners. Under that umbrella, Seedlings to Scale (S2S) grants were built to invest in innovative products, policies, and processes in a focus area. Through three phases of increasing funding and time duration, S2S supports ideas as they grow from seedlings to scalable solutions.[53] Unlike a commercialized approach, an approach like ATS provides developers with incentives and requirements to utilize evidence and data and to work alongside practitioners to create and fine-tune their solutions.

*"[P]rivate investment in quick turnaround research is limited. IES can fill an important gap by bringing together developers, educators, and researchers to tackle challenging problems in education with research and development that leads to innovative and scalable solutions." ~ Education technology expert*

IES should catalyze a body of evidence that can be used by commercial investors, regardless of whether the results of IES-supported rapid turnaround studies yield new products or processes. These projects could include early-stage methods such as A/B testing, smaller-scale studies, and better techniques that tailor learning to individual needs.

Rapid-cycle development projects should prioritize solving significant, real-world challenges, especially those that the market is not incentivized to solve, such as how to support innovation in rural America; address the "AI divide" in smaller, less resourced schools; implement personalized learning for students with disabilities; and support project-based learning that integrates local contexts.

---

[53] That said, some stakeholders say that the three-phase-award approach of S2S was itself too long and artificially segmented, which could hinder efficiency. The program could also benefit from acknowledgement that the evidence base differs vastly by topic and that we need more rapid cycle research for less-studied areas.

ED00053

**Recommendation B: IES should consider piloting a "rapid response" grant mechanism within IES.**

The timeline for awarding rapid-cycle research grants should honor the essence of its name. Other federal programs have successfully implemented rapid funding and review cycles by issuing well-defined RFPs, requiring a succinct prospectus evaluated by peers for expedited review, and incorporating a ready-to-start implementation plan in full proposals. Incremental (or staged) funding, tied to project milestones, helps maintain momentum. As indicated, the award timeline for those working with school districts needs to be closer to 6-8 weeks versus 6-8 months.

**Recommendation C: Intensify efforts to expand the pool of research and development expertise within the IES ecosystem**.

By championing multidisciplinary teams comprising researchers, educators, and product developers skilled in study design, learning engineering, solution development, market readiness, and educational practice, ATS-type projects are more likely to bridge the "research-to-practice gap" that often impedes scaling. This expansion should include researchers affiliated not only with universities but also with for-profit and non-profit organizations.

IES might also consider establishing a "rotator program" inspired by NSF's model to incorporate advanced technological, scientific, cognitive, and behavioral expertise into the institute. Visiting scientists, engineers, AI experts, and other tech developers would shape new directions within the IES-funded portfolio, provide high-quality technical assistance to interdisciplinary applicant teams, and ensure that IES programs reflect innovative ideas and state-of-the-art technical methods. These temporary program officers and directors, granted authority under the Intergovernmental Personnel Act, would maintain connections to their home organizations, returning with new insights and experiences.

**Recommendation D: Continue support of digital learning platforms (DLPs) to fuel rapid-cycle research, but reconsider how they are funded**.

Digital learning platforms (DLP) are web-based portals that provide educational content, tools, and resources for students and/or educators in one place (e.g.,  Google Classroom, Canvas, Blackboard, Coursera). IES supports five of these platforms through SEERNet, providing researchers a means for rapid cycle testing of interventions based on hypotheses that make use of extensive user data from interactions, and which can often support randomized experiments to different conditions embedded within the platform's features.

*"We need rapid cycle products as defined by the field, not technology." ~ Education researcher*

ED00054

Continued support of DLPs and similar efforts in this space can do much to generate scalable, valid, and replicable evidence on how online tools impact the learning process, student motivation, and various student outcomes. That said, the support of digital learning technologies vastly accelerates the research process, so NCER should support research partnerships to improve *existing* products that are already scalable and fund research projects in years 1 and 2, if teams are ready, rather than years 3-4.

## Building State and Local Research Capacity

**Problem:** IES is statutorily required to "maintain research, evaluation, and statistics fellowships in institutions of higher education...that support graduate and postdoctoral study,"[54] (20 U.S.C. 9579). But graduate students who obtain doctoral degrees in education research are typically less likely to seek employment in state and local education agencies than graduate students who obtain master's degrees in education. Moreover, numerous studies have found that master's degrees in education themselves do not enhance the effectiveness of teachers,[55] who often get these degrees for the pay bump associated with them.

**Recommendation**: **Incentivize a remake of the master's in education degree to teach empirical knowledge and skills to help build state and local research capacity**.

To enhance state and local research capacity, universities could compete, through statutorily required IES training programs, to offer new master's degree programs in educational research (e.g., Master of Science in Educational Program Evaluation). The programs would focus on rigorous program evaluation, causal inference, and data analysis. Program renewals would be based in large part on successfully placing students in SEAs and districts.

Programs would need to demonstrate rigorous program requirements in educational evaluation, including evidence of selective admissions, strong course descriptions and syllabi, as well as a history of collaboration with state and local education agencies.[56] Students would

---

[54] IES will likely need to decrease the funding for existing doctoral fellowships—at least temporarily—in order to adequately jumpstart a competition to re-envision education masters' programs with an evaluation focus.

[55] Steven Rivkin, Eric Hanushek, and John Kain, "Teachers, Schools, and Academic Achievement*," Econometrica* 73, no. 2 (March 2005): 449, https://www.jstor.org/stable/3598793; Dan Goldhaber and Dominic Brewer, "Why Don't Schools and Teachers Seem to Matter?" *The Journal of Human Resources* 32, no. 3 (1997), 520, https://doi.org/10.2307/146181; Dan Goldhaber and Dominic Brewer, "Does Teacher Certification Matter? High School Teacher Certification Status and Student Achievement," *Educational Evaluation and Policy Analysis* 22, no. 2 (2000), 138-139, https://doi.org/10.2307/1164392; and Douglas Harris and Tim Sass, "Teacher training, teacher quality, and student achievement," *Journal of Public Economics* 95, no. 7-8 (August 2011): 810-811, https://doi.org/10.1016/j.jpubeco.2010.11.009.

[56] Just to clarify, IES would incentivize the establishment of training programs that grant a certificate to individuals who complete the IES-funded training, but the students receive degrees from the university-designed programs.

ED00055

learn about rigorous program evaluation, causal inference, basic econometrics, randomized control trials, implementation studies, and so on within the context of education programs and interventions. They might be required to conduct a light analysis of internal programs in SEAs and large districts as part of their university training.

Once placed in SEAs and large districts, they would be ambassadors for research and evaluation throughout their organizations. They would function as "translators and boundary spanners" who understand and value both research and practice and can develop relationships in both camps. They would also act as intermediaries between IES and their own education employers, facilitating the flow of evidence-based practices from IES to school districts, nonprofits, and state agencies. IES might sponsor an annual event for all current students and alumni, where they could share their experiences and successes, hear about the latest research, and develop relationships with researchers and their counterparts in other states, further enhancing the likelihood of multi-state collaboratives for research purposes. It would become a vast network, whereby IES could eventually have a direct line of relationships with thousands of educational entities.

*"These evaluators [from new master's programs] would facilitate internal research within education agencies and help build stronger bridges with external researchers."*
*~ Education researcher*

ED00056

## Part IV: NCEE

The National Center for Education Evaluation and Regional Assistance (NCEE) evaluates educational programs and assesses their effectiveness (including mandated evaluations of federal programs); provides research and technical assistance services to states and districts; reviews and summarizes extant education research for practitioners and policymakers; and operates the National Library of Education and related services. But NCEE is primarily known for its oversight of the statutorily required Regional Educational Labs and the non-statutory What Works Clearinghouse, both of which are the focus of this section.[57]

### The Regional Educational Labs (RELs)

RELs are tasked with research, development, dissemination, and technical assistance activities as defined in 20 U.S.C. 9564. RELs are among the most contentious elements of the ESRA legislation, and opinions among state chiefs and practitioners reflect this division. The feedback is generally more negative than positive, with stakeholders' opinions varying significantly depending on their specific REL. A few RELs receive notably more positive feedback than others. They tend to allow states and districts to take the lead in the direction of the research (not the methods) and employ researchers who can translate findings into practical terms and aren't hesitant to provide implications for practice.

In an ideal world, many state chiefs—not surprisingly—would prefer that their portion of the REL allotment be awarded to them directly so that they could choose their own research and TA services from in-state providers they know and trust. In Appendix C, *ESRA Reauthorization*, we discuss these ideas and others for a day when Congress might choose to consider them.[58] For now, let's improve within the system we've got.

*"[Our REL has] been beneficial as they've allowed us to be in the driver's seat…It's going to be better if districts have control, so the district doesn't feel like a by-product." ~ District supervisor*

\*\*\*

---

[57] That said, there is debate about whether Sec 172 of ESRA, which requires IES to "award a contract for a prekindergarten through grade 12 mathematics and science teacher clearinghouse," is the mandate (or not) for WWC. [See 20 U.S.C. 9562(a)(7)].

[58] For what it's worth, state chiefs also inquired whether the groups of states participating in REL regions could be reconfigured so that states could choose their region. ED could choose to engage in rulemaking to amend these geographical regions, which were set in 1988 in 34 C.F.R. § 707.2(a) (select the PDF and see page 30793). States also wanted the flexibility to choose the REL provider that best fit their needs.

ED00057

**Problem:** A challenge lies in the lack of clarity on the ground regarding the respective roles and purposes of the RELs and Comp Centers.

The RELs in IES and the Comprehensive Centers in OESE have overlapping but complementary roles. Although statutes give both the authority to provide technical assistance, RELs are explicitly obligated to conduct research and generate evidence, while the Comp Centers are to provide technical assistance, support compliance with federal law, and host convenings. What was intended as a beneficial overlap, however, has often turned into "turf wars" and mission creep for each.

> *"The two systems [RELs and CC's] are not on the same cycle, which makes it harder to get them to work together. They have different trajectories, timelines, and priorities."*
> *~ State chief*

IES awards contracts to ten statutorily required, geographically organized regional education labs, with participating states specified in [34 C.R.F. § 707.2(a)](#).[59] In recent years, the Office of Elementary and Secondary Education (OESE) has awarded cooperative agreements via competitive grantmaking to comprehensive centers of varying types, including those that are regionally-based (law requires at least one comprehensive center per REL region), topically-based, and most recently, a coordinating National Comprehensive Center.

The Educational Technical Assistance Act of 2002 expects RELs and CCs to collaborate. It states that "Each comprehensive center established under this section shall coordinate its activities, collaborate, and regularly exchange information with the regional educational laboratory in the region in which the center is located..." However, in practice, former REL and Comp Center staff say that incentives to cooperate are few because competition between the two leads to each perceiving the other "as coming for their grant [contract]" at the next cycle. Instead of passing along a request from a state or district partner to the other entity better qualified to execute it, they often take the task on themselves to better compete for resources, attention, and influence within the region.

> *"The overlap in their scopes of work means that the same vendors compete for REL contracts and Comp Center cooperative agreements. While both RELs and CCs have statutory and program requirements to share their activities with one another, the current system makes it highly likely that they will be direct competitors with strong incentives to share as little as possible with one another." ~ Former REL employee*

---

[59] Download the PDF link in the hyperlinked site. The information first appeared in Vol. 53, No. 157 of the Federal Register in August 1988. The ten geographic regions outlined on page 30793 are still used to this day.

ED00058

**Recommendations: To facilitate collaboration, three key issues need attention**.

First, **IES should clarify the RELs' role** in conducting applied research to improve teaching and learning and clearly define the program's key activities, including supporting SEAs and LEAs in data analysis and utilizing high-quality research. Similarly, the Comp Centers should prioritize technical assistance, implementation support, and organizing convenings. Of course, these respective roles aren't bright lines in the sand and the two entities need to operate with a degree of flexibility.

Second, **IES and OESE should synchronize the award cycles of the RELs and Comp Centers** so that they begin and end simultaneously. Different timelines hinder alignment of mutual goals.  A shared cycle would promote joint planning, shared priorities, and coordinated delivery of research and technical assistance. Program officers should also require RELs and Comp Centers to develop joint annual work plans outlining their respective roles and strategies for addressing research and TA needs in the region.

*"[RELs and Comp Centers] used to be on the same cycle. So, getting them [back] on the same cycle would be great. But it would be difficult unless they are under the same agency."*
*~ Former REL employee*

Third, to foster cooperation, **IES and OESE should bring both entities under a coordinating structure**.[60] Elsewhere in this report, we recommend moving Comprehensive Centers from OESE to IES to further coordination, which could be handled through department reorganization.

It would also be beneficial if the Department's research and technical assistance services could be under a single coordinating structure so that the ecosystem of support the Department provides is efficient, effective, and responsive to state and local needs.

This structure, perhaps coined the National Education Research Hub (NERH), would coordinate federal research and development and technical assistance services across states. It would address a problem caused by the overlapping roles and responsibilities of the RELs and CCs, which creates a complex landscape for state chiefs and practitioners. Since both entities are authorized to provide technical assistance, but with distinctions in their primary objectives—RELs focusing on research and evidence generation, and CCs on implementation support and other technical assistance—it is not uncommon for the lines between them to blur. This ambiguity results in stakeholders sometimes not knowing which organization they are working with or benefiting from.

---

[60] Putting them on the same cycle will not require ESRA reauthorization.

ED00059

Additionally, some states and districts have more exposure to one entity over the other, leading to inconsistencies in the types of support they receive. The Hub would help to streamline these roles, enhance clarity, and ensure that both RELs and CCs operate in a more coordinated and complementary manner.

It would be headed by a joint-advisory body of state-level representatives (LEAs, SEAs, postsecondary, workforce, practitioners)—with overlap from NBES and NCC membership for continuity, as relevant.[61]

*"I think you need a national hub, and for cross-state synergies, to learn from the good RELs."*
*~ Former IES leader*

Helpful to this arrangement is statutory language in ESRA that requires the IES Director to implement a plan for performance metrics in REL contracts before awards are granted. The resulting data should be compiled by IES, with the Hub's assistance, and progress towards those metrics visualized via REL-specific pages hosted by the Hub. These metrics might also inform or become a part of IES's national research goals. In future years, the Hub would propose adjustments to the performance framework to IES for future REL cycles, based on stakeholder feedback and emerging best practices in technical assistance.

Specifically, then, the Hub would be responsible for:

- Co-developing with IES a performance framework for ED-funded research and technical assistance—and methods for soliciting and sharing feedback from states on the services they are receiving.[62]
- Arranging an optional window, before contract awards, in which interested entities can meet with state and district representatives from each REL region to discuss their capabilities, expertise, and experience in serving needs similar to the region; states might also choose to write support letters for their provider of preference, which could be specified as "recommended" in REL applications;
- Providing RELs and Comp Centers with IES's focused priorities and evaluating the extent to which they are meeting them in the context of the region's needs; including
  - Verifying that they have worked with leadership in the region to carve out their specific research questions and TA needs, as they apply to the IES priority areas;

---

[61] ESRA currently requires individual REL and CC boards to hold RELs and Comp Centers accountable for meeting the needs of the region. The goal would be for members of each to participate in this joint coordinating body to help with complementarity between the two. It is also possible that the National Comprehensive Center might take on these roles if the Comp Centers are reorganized at IES and contracts are renegotiated.

[62] As indicated in Appendix B, IES should pilot outcomes-based and performance-based contracting, where payment to contractors is contingent upon achieving specific results agreed upon by IES, the client, and the contractor. This approach has the potential to enhance customer satisfaction and drive higher-quality outcomes.

ED00060

- o Soliciting feedback from practitioners and state leaders to inform/adjust ongoing REL research agendas and sharing that feedback with the servicing RELs/CC's to ascertain alignment with evolving states' needs;
- Ensuring that REL/CC work produced on behalf of states is accomplished in a timely and effective manner;
- Sharing the high-quality and relevant work products that IES/RELs/CCs have completed on behalf of states/state collaboratives, so that each state can benefit from them; including

> *"States feel underserved as our REL is not very responsive to states and the current system isn't nimble." ~ State chief*

  - o Identifying interventions, policies, and strategies that have demonstrated sufficient efficacy evidence to not only be shared but to inform future grant competitions with the aim of scaling;
  - o Sponsoring joint meetings and feedback loops between RELs, Comp Centers, and state stakeholders to monitor progress, adjust priorities, and learn from the highest functioning RELs/CC's; and
- Providing data dashboards that capture progress and completion of state, state collaborative, and national IES research goals.

**\*\*\***

**Problem:** A single state or two can dominate a REL region, overshadowing other participants. This "power play" is a result of the engagement level (or lack thereof) of the state chief and/or big district leaders, which can vary greatly between regions. In some cases, proactive state chiefs or district superintendents drive the agenda, while in others, their less responsive peers open the door for the coalition to steer the work independently. In still other cases, state and district leadership may try to be involved later in the process, leading to frustration when their REL's work does not align with their specific needs at that time.

**Recommendation: Allow Flexibility in REL Providers.**

IES should convey clearly that one or more states within a region can come together with a research partner(s) of their choice and compete with other potential providers to serve as their own REL provider.

ED00061

Eligible applicants for REL contracts include "research organizations, institutions, agencies, higher education institutions, or partnerships among these entities, or individuals with the proven ability or capacity to carry out the described activities, including regional entities" (20 U.S.C 9564 (c)). For instance, state education agencies might collaborate with one or more higher education institutions in their state to compete for the REL serving their region.

*"Our REL seemed kind of distant from us, which wasn't helpful. They built their own capacity, not our local or regional capacity."  ~ District superintendent*

Furthermore, there was a preference among some practitioners for funding partnerships rooted in their region, with local organizations holding the contracts or the grants (in the case of Comp Centers) to ensure sustainability and relevance. They felt that awarding funds to contractors in another region missed the entire point of addressing regional sustainability to conduct and learn from research. If a regional entity managed the sponsored revenue, it could funnel dollars in ways to support public agencies or nonprofits in building research capacity. Some state and district leaders strongly believed that regional partners needed representation with the RELs, as they would be there long after the out-of-town REL provider left and could facilitate and sustain research collaborations with the remaining partners.

*"I always found the WWC to be a nice construct, but it never really informed my work. The work has to be made more actionable for practitioners." ~ Education technology leader*

That said, some individuals with REL experience felt that their regions didn't have qualified regional partners (at least without a supporting network), while others cared more about the expertise and capacity of the REL provider than where they were located.

\*\*\*

## The What Works Clearinghouse (WWC)

**Problem:** The WWC has seen a decline in its user base over the years due to multiple issues. It relies heavily on the accumulation of studies, but there is little incentive for researchers—who typically want to break new ground—to conduct replication studies to build evidence for any single intervention. By design, the number of studies that meet the highest tier of evidence to be deemed most effective is significantly lower compared to those meeting the lower tiers. The WWC's intended audience includes practitioners, researchers, vendors, and parents, but understandably, it struggles to meet the diverse needs of these groups.[63] The resource-intensive nature of WWC's evidence review process can take up to three years for comprehensive

---

[63] This challenge is not surprising given that the WWC is intended to be a Randomized Intervention Studies Database (RISD) in which researchers are likely familiar, but not laypersons.

ED00062

products. The website's organization is not intuitive, making it difficult for users to navigate. Perhaps most salient, many users now rely on AI and popular search engines for evidence searches, highlighting the need for IES to adapt to this new reality.

**Recommendation: Narrow the scope of the What Works Clearinghouse (WWC) to the development of practice guides and tools and ensure that its evidence base is better utilized.[64]**

The WWC should focus on developing practitioner guides and tools supported by the evidence and discontinue the *ad hoc* review of individual studies and interventions. The guides were repeatedly described as the most useful activity conducted by the Clearinghouse. Instead of reviewing individual studies or interventions, IES should use AI to synthesize cumulative findings on a topic once sufficient evidence has accumulated. Then it can determine how many studies merit review using WWC standards[65]—and ultimately, development of a practitioner guide.

*"The practice guides are the best part [of WWC]." ~ Former IES leader*

To better fulfill its mission, the WWC should make its existing database more user-friendly through machine-readable datasets and an application programming interface (API), which allows other systems to retrieve and use its data seamlessly. An API would allow WWC data to be integrated into learning management systems that could show evidence summaries alongside instructional materials; ed tech procurement platforms that help districts see evidence ratings before purchasing tools; or data visualization dashboards that display trends in effectiveness by interventions or subgroups of students.

*"[Looking at] the practice guides, they're the most popular product at IES." ~ IES staffer*

Additionally, utilizing large language models (LLMs) to gather data from the WWC site and other evidence-based resources would help practitioners efficiently search for vetted evidence-based information. For instance, a user could get information across data sources to a prompt such as, "Summarize all literacy interventions for grades 3-5 with positive effects."

---

[64] The WWC is not specifically referenced in ESRA, but broad statutory support is established in Section 171 (b)(3), which creates the National Center for Education Evaluation and Regional Assistance (NCEE). Part of this center's mission is to "support synthesis and wide dissemination of evaluation, research, and products developed." Also, ESRA Sec 172 says that NCEE is to "award a contract for a prekindergarten through grade 12 mathematics and science teacher clearinghouse." [20 U.S.C. 9562 (a)(7)].

[65] The WWC standards will still need to be periodically reviewed as methodological advances occur, especially around the use of AI in research.

ED00063

Finally, the WWC could improve dissemination by encouraging practitioner-serving organizations with the relevant expertise to use WWC criteria to vet popular interventions (some of which is already occurring).

ED00064

## Part V: NCSER

Authorized in 2002 through the Education Sciences Reform Act (ESRA), the National Center for Special Education Research (NCSER) is one of the four centers within the Institute of Education Sciences (IES). NCSER and the Office of Special Education Programs (OSEP) serve as the primary entities in the federal government for conducting and supporting research on children and youth with disabilities. NCSER has traditionally supported rigorous, long-term research to identify solutions and build evidence intended to improve the academic, behavioral, and developmental outcomes for children with disabilities, from birth through post-secondary education, as well as improve the effectiveness of special education programs. As of 2023, approximately 15 percent of students aged 3-21 nationwide are identified as having disabilities.[66]

Before ESRA, special education research was housed entirely in OSEP.[67] However, ESRA transferred these research functions to IES to consolidate and strengthen federal education research activities. Like NCER, NCSER is a grantmaking entity but operates with a significantly smaller annual budget, ranging from $55-65 million, compared to NCER's $205-245 million. Despite this budget difference, stakeholders generally preferred—like Congress—to have NCSER as a separate entity. They feared that research on children with disabilities would get "lost" in NCER and/or that merging the two would result in fewer dollars for an already small-budget entity.

Overall, the special education community felt that research in special education has dramatically improved individual outcomes over the past 20 years, in part due to NCSER's commitment to rigorous research. This cumulative research has had a significant impact, especially in terms of economic mobility and job outcomes for infants, toddlers, children, and individuals with disabilities.

Because it is a grantmaking entity, NCSER shares many of the recommendations already offered in Part III for NCER. For the sake of brevity, we will not repeat them in full in this section but instead include the short, bolded recommendations that are expanded upon in Part III. NCSER's three primary challenges relate to special education policy, responsible AI use, and cross-agency data sharing.

***

---

[66] Veronique Irwin et al., "Report on the Condition of Education 2024," *National Center of Education Statistics*, (May 2024): 17, https://nces.ed.gov/pubs2024/2024144.pdf.

[67] OSEP has traditionally invested in leadership training, compliance monitoring, and technical assistance. It has also bridged research to practice through model demonstration centers, which test evidence-based practices in "real world" school and district settings.

ED00065

## Strengthening NCSER's Portfolio and Collaborations

**Problem**: The NCSER portfolio tends to be heavy on the study of interventions for students with disabilities but not on the role of special education policy in influencing those interventions.

**Recommendation: Revise the NCSER portfolio to include more research on special education policies in alignment with IES's high-need areas, while reducing the emphasis on interventions.**

NCSER has accumulated scholarship on a wide array of programs and practices, including academic interventions in reading, writing, and mathematics; behavioral interventions like peer mediation and positive behavior supports; and assistive technology accommodations such as extended time on tests and use of screen readers. However, largely missing are studies of special education policies and their impact on outcomes.

Stakeholders emphasized the importance of moving beyond isolated interventions to comprehensive change. Studying special education policies is vital because these policies can systematically influence student outcomes. Such policies might include the impact of special education funding mechanisms, teacher preparation and retention policies, transition policies addressing school to post-school outcomes, inclusion mandates, and policies that encourage public reporting and transparency of special education outcomes.[68]

In addition, NCSER should align its new portfolio with IES's high-need areas as they relate to the field of special education and students with disabilities.

***

**Problem**: AI tools promising to address disabilities are inundating the market with little attention to quality control.

**Recommendation: As advised in Making NCER's work more relevant, one of the eight mandated R&D Centers could conduct research to determine the most effective methods for evaluating the quality and effectiveness of the various AI-powered tools and resources that are emerging in the market.**

---

[68] Recently, NCES was funding policy analyses that utilized data from state longitudinal data systems in their SLDS grant program. Policies related to special education might also be captured in SLDS.

ED00066

Stakeholders expressed both optimism and caution regarding AI and educational technology.

While there is potential for tools to support early assessment and intervention (e.g., for dyslexia and autism), concerns were raised about the quality and evidence base of most products on the market. Both practitioner- and tech-affiliated groups noted the plethora of these new educationally focused digital tools, primarily AI-driven, that remain largely unevaluated.

> *"So many technology tools are being sold with no evidence on the tool."*
> *~ Research professor*

There is a need for practical guidelines to help educators evaluate AI tools, ensure that they uphold ethical standards, and involve individuals with lived experience in their development and testing. We heard this outside of the field of special education too, which is why we included it as a potential focus for one of the eight mandated NCER-supported R&D Centers in Making NCER's Work More Relevant. The Center's aim would be to establish empirical standards for what constitutes high-quality evidence for educational tools and resources that could be used to 1) evaluate existing products; 2) design and test improved products; 3) inform funding decisions using these standards.

Especially relevant to NCSER is ensuring that tools and products are developed with the user in mind, supporting precise solutions matched to specific types of learning differences. This involves co-designing these tools with individuals with disabilities to ensure that they meet real needs and are usable in diverse settings. These types of inputs could become part of the evaluation criteria for assessing AI tools and resources.

> *"We are creating this learning tool…to help children with reading comprehension support. But it's not ready. But schools want to buy it."* ~ *Ed tech developer*

<div align="center">**\*\*\***</div>

**Problem:** NCSER is limited in its understanding of how various factors, such as health, nutrition, and social services, impact educational outcomes for children with disabilities.

**Recommendation: Strengthen cross-agency connections that span education, health, and social services agencies—all of which often have a role in addressing the needs of children with disabilities.**

Children with disabilities often face challenges that extend beyond the classroom. Academic outcomes are closely related to health, nutrition, family stability, and access to social services.

<div align="center">66</div>

ED00067

Because these factors influence learning, NCSER's effectiveness could be improved by integrating insights from health and social services. For example, linking school records with Medicaid or public health data could help understand how chronic health conditions affect reading or math interventions.

*"Link health and education datasets to give a whole-child view and enable precision interventions to accelerate research progress in areas like autism or ADHD and understanding of how humans learn." ~ Tech developer in special education*

Many health and social service agencies—such as HHS, HUD, and Census Bureau—maintain longitudinal records on children's health, use of services, and social conditions, while state longitudinal data systems maintain numerous academic indicators over time. Cross-agency collaborations would allow NCSER to study not just education in isolation, but education as it interacts with health, social, and family systems — dramatically increasing the relevance, effectiveness, and impact of research for children with disabilities. It would also pave the way for integrated policy solutions, rather than siloed approaches, which could lead to more sustainable improvements.

All of that said, these cross-agency data sharing agreements can be cumbersome, though not impossible. Interoperability between systems is always an issue, but many states are making headway. Read about other federal efforts underway in Data integration Among Federal Agencies.

*** 

**Common Themes**

There were several common themes in our conversations with the special education community that echoed broader conversations. One was the challenge of implementing evidence-based practices at scale within school systems. Hence, they wanted additional focus on system-level implementation of interventions and practices. Special education advocates also see a need for more responsive and timely research that meets the immediate needs of states and districts, rather than lengthy proposal cycles.

There is also a tension between maintaining rigorous research standards and ensuring practical usefulness in the field of special education. While stakeholders emphasized the importance of high methodological standards, such as those set by WWC guidelines, they also acknowledged the unique constraints in special education research. These constraints include small sample sizes, high variability of needs even within the same diagnosis, ethical considerations that prevent denying services for control groups, and less standardized outcome measures like IEP goals versus state test scores.

ED00068

Lastly, whereas other groups wanted IES to help "match" practitioners and researchers with shared interests, the special education community wanted NCSER to recognize formally districts and schools that were either models for IDEA-based inclusive practices or actively testing interventions for students with disabilities. They saw this recognition as a way to highlight exemplary work and signal to researchers those jurisdictions that are open to collaboration.

As indicated, many of the recommendations pertinent to grantmaking apply to both NCSER and NCER (see *Say it Again*). Further details on each can be found in Part III.

---

### *Say It Again*

*Making NCSER's Work More Relevant*

1. NCSER should concentrate on several high-priority educational challenges identified by IES and shared by most states, which would enable the development of coherent strategies and scalable, context-sensitive solutions.
2. Focus NCSER grantmaking on IES's 3-5 high-priority areas as they relate to special education or students with disabilities.
3. NCSER should prioritize multi-state and multi-district awards to help scale the most promising interventions, resources, and policies.
4. Require key findings to be reported in user-friendly formats.

*Grantmaking in NCSER*

1. Streamline the grantmaking application process.
2. Carve out room for a variety of smaller, mid-size, and large grant awards with varying timelines and commensurate grant requirements.
3. Prioritize practical significance.
4. Continue to fund implementation studies as part of impact projects.
5. Communicate more openly about data sharing repositories.

*Rapid Cycle Research in NCSER*

1. IES should continue its initial investment in rapid-cycle research that supports and helps scale cutting-edge educational tools and approaches.
2. IES should consider piloting a "rapid response" grant mechanism within IES.
3. Intensify efforts to expand the pool of research and development expertise within the IES ecosystem.
4. Continue support of digital learning platforms (DLPs) to fuel rapid-cycle research, but reconsider how they are funded.

---

ED00069

# Conclusion

The need for an effective and independent IES is especially critical now, as the Department of Education streamlines its work with partner agencies and as discussions about its long-term future continue. Program offices within the federal government are driven by policy priorities and compliance responsibilities. But IES's mission is fundamentally different: to conduct rigorous, objective research and statistics in service of the public good, not a particular administration.

That does not mean the current system is worth defending. IES needs thoughtful changes to better serve students, parents, and states. These changes—over 50 recommendations detailed in this report and appendices—vary in scope and magnitude, but they must be seriously considered for IES to become the entity the nation needs during this time of academic crisis.

As states are being asked to shoulder more responsibility for their education systems, IES needs to offer them opportunities to build their own research and technical assistance capacity. And as the Department sensibly shrinks its administrative footprint, states may depend even more on such reliable, neutral support and solid, timely information that they can use to monitor, manage, and improve their own schools.

IES is eager to turbocharge its capacity to meet the information needs of states. By concentrating on students' greatest needs, producing uber useful and timely statistics for the nation, monitoring state progress against national benchmarks, advising states on their data systems, supporting multi-state collaborations, and providing technical assistance grounded in quality data, IES can help states and districts build the analytic capacity and tools they need to make effective educational decisions. It can also strengthen its shepherding and support of the Nation's Report Card, which affords states the thermometer by which to gauge and calibrate their own successes and challenges.

It is neither partisan nor ideological to say that decisions about children, teachers, and schools must be grounded in rigorous evidence. This small statistics and research shop remains committed to that mission, even as it needs to undergo significant reforms to carry out that mission much faster and better.

ED00070

## Acknowledgements

Numerous individuals contributed their insights to this report—far too many to name but their feedback is reflected in these pages. They include members of federal, state, and local education agencies, Congressional offices, advocacy organizations, research entities, universities, higher education collaboratives, think tanks, education technology companies, and others.

Internally, thanks go to Senior Advisor Dr. Amber M. Northern, whose expertise and leadership guided the IES redesign efforts and the writing of this report, as well as special assistant Adam Opp, who provided critical research, writing, and administrative assistance for this project. Acting IES Director and Acting NCES Commissioner Dr. Matthew Solder gave valuable input along the way and provided helpful background. We also thank the following individuals for constructive feedback on the draft: Former Chief of Staff Rachel Oglesby; Principal Deputy Assistant Secretary Hayley Sanon; Deputy Chief of Staff for Policy & Programs Lindsey Burke; Deputy Chief of Staff for Strategy and Implementation Jonathan Pidluzny; Principal Deputy Assistant Secretary for the Office of Legislation and Congressional Affairs Sarah Ursprung; National Assessment Governing Board Executive Director Lesley Muldoon; National Assessment Governing Board Assistant Director for Reporting and Analysis Laura LoGerfo; Acting Assistant Secretary and Deputy Assistant Secretary for the Office of Special Education and Rehabilitative Services Kimberly Richey; National Center for Education Research Commissioner Elizabeth Albro; National Center for Special Education Research Commissioner Nathan Jones; and Deputy Director of Science Anne Ricciuti. Director of Strategic Partnerships Meg Kilgannon, special assistant Josiah Sullivan, and the Department of Education events team staff kindly helped organize webinars and in-person stakeholder meetings. Special assistant Margaret Fuchs compiled illustrative quotes for the final report. Dr. Northern also wishes to thank Under Secretary of Education Nicholas Kent for initially extending this invitation and her colleagues at the Thomas B. Fordham Institute for supporting this sabbatical.

Finally, the authors extend their gratitude to Secretary Linda McMahon and the senior staff and policy leaders at the Department for their unwavering leadership and commitment to the importance of federal education statistics and research in improving the lives of American students.

ED00071

# Appendices

## Appendix A: List of Report Recommendations

Below is a list of all recommendations, organized by center.

**NCES**

### *NCES and Data Modernization*

1. Conduct a thorough review of current administrative and survey data collections to ensure they are relevant: identify gaps, streamline processes, and consider discontinuation as warranted.
2. Develop standardized data-sharing agreements with SEAs and LEAs.
3. NCES should ensure that data are consistently structured and have standardized definitions.
4. Utilize APIs to improve data accessibility.
5. Increase the speed at which data are collected, vetted, and shared.

### *NCES and SLDS Grants*

6. Support technological investments that upgrade and modernize SLDS infrastructure and delivery mechanisms.
7. Expand the types of grantees that can receive SLDS grants.
8. Integrate into SLDS grants a priority that addresses interoperability among states.
9. Enhance technical assistance for SLDS grantees.
10. Incentivize states to make better use of their SLDS data for both public and research purposes.

### *Data Integration Among Federal Agencies*

11. Facilitate cross-agency data alignment with the Departments of Labor, Health and Human Services, and Commerce (among others) to forge connections between education data and workforce, health, and demographic records.

### *National Assessment of Education Progress*

12. Ensure that NAEP assessments can work on any platform.
13. Pilot test AI strategies to determine how to improve processes and shorten timelines while maintaining privacy, accuracy, and integrity. Then implement a new system.
14. Move the NAEP contracting process under the purview of a newly constituted contracts and acquisitions management office within IES.

ED00072

15. If anticipated cost efficiencies are realized, those savings might be used to support state-level NAEP administration in subjects beyond reading and math.
16. Enhance the functionality and user experience of the NDE and the data visualization capabilities of the state-level reports.
17. NAGB should ensure that its communication with stakeholders is more actionable.

**NCER**

*Making NCER's Work More Relevant*

1. NCER should concentrate on several high-priority educational challenges identified by IES and shared by most states, which would enable the development of coherent strategies and scalable, context-sensitive solutions.
    a. Focus NCER grantmaking on IES's 3-5 high-priority areas.
    b. NCER should prioritize multi-state and multi-district awards to help scale the most promising interventions, resources, and policies.
    c. Align Federal Research & Development Centers with High-Need Areas, as feasible.
2. Communicate more openly about data sharing repositories.
3. Require key findings to be reported in user-friendly formats.

*Grantmaking in NCER*

4. Streamline the grantmaking application process:
    a. Two-stage submissions.
    b. Multiple grantmaking windows.
5. Carve out room for a variety of smaller, mid-size, and large grant awards with varying timelines and commensurate grant requirements.
6. Prioritize practical significance.
7. Continue to fund implementation studies as part of impact projects.
8. Communicate more openly about data sharing repositories.

*Research Methods Grants*

9. NCES should consider a call for Research and Methodology grants to investigate how AI can transform the research and development process itself.
10. A repeated suggestion was for NCES to develop expertise in combining survey data with complementary sources to improve predictions at more localized levels.

*Rapid Cycle Research*

11. IES should continue its initial investment in rapid-cycle research that supports and helps scale cutting-edge educational tools and approaches.

ED00073

12. IES should consider piloting a "rapid response" grant mechanism within IES.
13. Intensify efforts to expand the pool of research and development expertise within the IES ecosystem.
14. Continue support of digital learning platforms (DLPs) to fuel rapid-cycle research, but reconsider how they are funded.

## *Building State and Local Capacity*

15. Incentivize a remake of the master's in education degree to teach empirical knowledge and skills to help build state and local research capacity.

## NCEE

### *The Regional Education Laboratories (RELs)*

1. To facilitate collaboration, three key issues need attention:
    a. IES should clarify the role(s) of the RELs.
    b. IES and OESE should synchronize the contract cycles of the RELs and Comp Centers.
    c. IES and OESE should endeavor to bring them under a unified coordinating structure.
2. Allow Flexibility in REL Providers.

### *The What Works Clearinghouse*

3. Narrow the scope of the What Works Clearinghouse (WWC) to the development of practice guides and tools and ensure that its evidence base is better utilized.

## NCSER

### *Strengthening NCSER's Portfolio and Collaborations*

1. Revise the NCSER portfolio to include more research on special education policies in alignment with IES's high-need areas, while reducing the emphasis on interventions.
2. As advised in Making NCER's work more relevant, one of the eight mandated R&D Centers could conduct research to determine the most effective methods for evaluating the quality and effectiveness of the diverse AI-powered tools and resources that are emerging in the market.
3. Strengthen cross-agency connections that span education, health, and social services agencies—all of which often have a role in addressing the needs of children with disabilities.

ED00074

## Appendix B: Internal Recommendations

In discussions with various individuals and groups, it's natural that some information shared pertains to the internal processes of IES based on their own experiences with it. While some of this information may seem like "inside baseball," its potential impact on improving IES operations should not be underestimated. These recommendations involve contract management, IT staffing, data storage, peer review, external contracting, and internal communications.

**Contracting: IES should exercise its internal contracting authority**

**Problem:** There is no standardization in practices among contracting officers at the Office of Contracts and Acquisition Management (CAM), whose employees report to the Office of Finance and Operations (OFO). These roles are challenging to staff, and retaining experienced employees in these positions can be difficult. CAM delays can cause gaps in service—bottlenecks for which it is not accountable. The lack of communication and mutual understanding between CAM and IES makes for inefficient and costly contracting.

**Recommendation: Use IES's contracting authority to bring contracts management in-house.**

By law, IES can exercise independent contracting authority.[69] It should be apprised of the legal, operational, and political steps required to exercise that authority and move in that direction. It should hire and train a small team of contracting experts who, because they are knowledgeable about the mission and substance of IES work—and would be embedded in the agency—could streamline the contracting process. For instance, an internal contracting team would be aware of efficiencies and innovations in one contract that could be relevant to another. Even a 15% reduction in contract costs equates to $150M, which far surpasses the salaries of five internal contracting staff.

Contractual training should go beyond basic acquisition rules and include both a technical and nuanced understanding of research work to accurately gauge costs. This new office should implement standardized operating procedures, including standardizing acquisition toolkits and templates across IES (some of which has already been developed) to ensure consistency and reduce confusion for staff, vendors, and contractors.

***

---

[69] ESRA section 113 (20 U.S.C. 9513) states that the IES Director is delegated all functions, including contracting authority in 20 U.S.C. 9512, to carry out IES functions.

ED00075

**Problem:** Many IES contracts are too rigid and don't incentivize meeting goals.

**Recommendation: IES should pilot outcomes-based and performance-based contracting, where payment to contractors is contingent upon achieving specific results agreed upon by IES, the client, and the contractor.**

This approach has the potential to enhance customer satisfaction and drive higher-quality outcomes. That said, awareness and understanding of these types of contracting vehicles is low, so potential contractors might need to receive training about them before they apply.

Along these same lines, IES might allow for modular contracts that can be scaled up or down based on performance, relevance, or emerging needs. Changing circumstances are the norm and agreements should reflect that reality. The bottom line is that flexibility should be built into contractual arrangements to allow for mid-course corrections, adaptive deliverables, and iterative research cycles—in service of meeting the measurable outcomes and goals linked to the work.

<div align="center">***</div>

**Problem**: The lack of visibility regarding how funds are allocated within contracts, especially for areas such as research expenses, staffing, and overhead costs, makes it difficult to assess return on investment or to compare costs between different vendors.

**Recommendation: Embed transparency measures into contracts and awards.**

IES should design a public-facing contract dashboard to improve contractor transparency. They might require contractors to provide a cost breakdown of how their award was spent, part of which could be publicly released to incentivize transparency and realistic fee-for-service spending. Public tracking of research timelines, deliverables, and performance metrics could also help build trust and efficiency.

<div align="center">***</div>

**Problem**: IES contracting can favor incumbent researchers and entities, limiting the ability of new research entities or organizations to participate in grants or contracts. CAM formulas minimize risk and favor vendors that deliver products, and the government is often unwilling to risk awarding a contract to an entity with less demonstrated experience. This can stifle competition and innovation, as the incumbents know they will continue to receive a contract and may not be as incentivized to deliver products/services as efficiently as they might have if they were competing with other viable entities.

ED00076

**Recommendation**: **Lower barriers to entry to encourage new or smaller entities to apply for IES grants.**

To facilitate innovation and diversity of research entities, IES can encourage or require established contractors to partner with smaller entities seeking to enter the field or who represent local needs or interests. Such a partnership could see established contractors help newer and/or smaller research entities with applications, research, and evaluation. IES can also embed requirements for collaboration with SEAs and LEAs into proposals to improve local relevance and research collaboration. Revising the formulas to reduce preference on past performance would also help.

***

**Problem:** Multiple contractors have developed and now manage IES's IT systems and tools. The ongoing cost to manage and troubleshoot these systems is often excessive and puts IES at the mercy of contractors simply to "flip a switch."

**Recommendation: IES should initiate a hybrid approach to IT staffing, with some systems remaining with contractors and others targeted for in-house transfer.**

IES should assess which IT functions could come in-house by taking inventory of its contractor-managed systems and classifying them as mission-critical or not. Mission-critical and public-facing systems should remain where they are for the time being, but IES should develop a staffing and management strategy that does not leave these most important systems beholden to the presence (or absence) of a specific contract or contractor.

IES should determine whether less critical systems require specialized roles, hard-to-recruit skills, or immediate expertise—and likely put those at the bottom of the transfer list too. For the remaining systems, compare short, mid, and long-term costs for current contractors versus projected federal IT staff. Then start small by piloting one in-house team of federal IT staff (e.g., 2–3 people) focused on one manageable system, with contractors assisting via formalized agreements for training, documentation, and shadowing.

***

**Troubleshoot data storage issues**

**Problem**: Similarly, contractors are often collecting data in their systems, rather than IES systems, which likely creates excess risk and excess cost.

ED00077

**Recommendation: Explore options towards in-house data collections.**

On behalf of NCES and NCEE, IES should explore opportunities to in-source its data collection systems in a way that allows multiple studies to use a common solution, versus paying for multiple servers and systems to house data. Examples might include purchasing a single commercial software platform that can be hosted and managed by IES and used by multiple contractors to conduct their work, increasing standardization and (hopefully) reducing costs.

*"NCES needs to be able to hold its own data. This public data is being held by the contractors."*
*~ Former IES staff*

**\*\*\***

**Office of Science: Peer Review**

The Office of Science within IES is responsible for conducting scientific peer review of IES reports and overseeing the scientific peer review process of research grant applications.  This section provides recommendations related to those roles.

*Grantmaking Peer Review Process*

**Problem:** The peer review process has a strong commitment to scientific rigor, as it should. But there needs to be a better balance between scientific rigor and speed, efficiency, and effectiveness.

**Recommendation A: Set targets for the length of peer review (overall or certain components) and experiment with process improvements to achieve them.**

The Office of Science has expressed interest in increasing the use of its own "process" data as a data source to inform internal improvements. As part of that process, it should continue to gather internal metrics on average durations for each step of the review process to identify potential bottlenecks and set goals for improvement.

A rough outline of steps to the current peer review process follows:

1. Process applications, including conducting responsiveness and compliance screening and reviewing appeals for applicants deemed non-responsive or non-compliant.
2. Assign applications and reviewers to review panels (and sometimes to sections of a panel).
3. Review conflict of interest declarations and determinations.
4. Assign applications to reviewers (considering conflicts of interest) and release applications to the reviewers.
5. Reviewers submit initial reviews of applications (written narratives and scores).

ED00078

6. Prepare triage and order of review by the Office of Science.
7. Hold a panel meeting that includes final discussion and scoring.
8. Prepare and release final scores and summary statements.
9. Prepare a peer review report by the Office of Science and transmit it to NCER or NCSER.

Using data related to the time required to complete each step above, the Office of Science should establish maximum timelines for each. The goals might be, for large competitions, to reduce the total peer review period from 6-10 months to 4-5 months, and for small competitions, from 6-8 weeks to 4-5 weeks. (See Grantmaking in NCER for proposed award windows.)

Several approaches might be considered to accelerate peer review. Given that elements of the peer review are supported by contractors, financial incentives should be offered to contractors to meet compressed deadlines without compromising quality. Additionally, IES should continue to learn from peer agencies. For example, NIH has recently published its Simplified Peer Review Framework for NIH Research Project Grants, which streamlines categories for review and may provide useful guidance to the IES peer review process. We also recommend that IES consider the use of AI to simplify the administrative steps (#1-4 above), improving efficiency and decreasing labor. Finally, to ensure continuous improvement in peer review, the Office of Science might establish performance metrics (e.g., time-to-decision, applicant satisfaction) and implement post-review surveys from grantees (reviewers already provide input) to improve future peer review cycles.

**Recommendation B: Recruit reviewers who have experience in both research and policy.**

Numerous interviewees pointed to the need to cast a wider net for participation on review panels, both to avoid the insular nature of expert panels and to verify the usefulness of the research to other stakeholders.

Prior efforts to recruit researchers in state education agencies and school districts should be redoubled, as it is critical to include the perspectives of those who work at the intersection of research and policy.

**Recommendation C: Make the project budget a required evaluation category.**

Past IES peer reviewers expressed an interest in the project budget being a required category for evaluation versus a more holistic assessment. As researchers who conduct similar studies, peer reviewers are often well-positioned to evaluate whether proposed costs are realistic, justified, and aligned with the work plan and research goals. All proposals could benefit from another perspective on budgetary considerations.

ED00079

One other tangentially related idea about costs: Since peer review meetings were successfully conducted online during the Covid pandemic, they should continue to be held virtually. Moreover, IES's PRIMO system, which facilitates the scientific peer review process, creates efficiencies for IES and needs continued support.

Finally, the peer review criteria should be adjusted to reflect inclusion of any of the grant application recommendations in Sections II and III, such as instituting a binding Letter of Intent or prospectus and holding more than one large annual competition.

<p style="text-align:center">***</p>

**Decreasing the Reliance on Contractors**

A common critique is that IES is too reliant on contractors and should instead hire more staff in-house. This critique is particularly aimed at the National Center for Education Statistics (NCES), which oversees various federal data collections.

Past IES/NCES leaders felt that reliance on contractors made NCES less efficient and timely because the data collections handled by external contractors are project-specific and occur in cycles. If NCES managed those data collections, staff could be reassigned from one project to another based on the ebbs and flows of each collection. In contrast, contracted staff can only be reassigned within the limits of their contracts, which typically do not allow for this type of cost-effective flexibility. Additionally, having contractors adds extra layers of review, as they have their own processes for checking data production, analysis, and reporting, on top of those already in place at NCES and IES. The high overhead costs of hiring contractors also contribute to these frictions.

It makes little sense, however, for NCES to take on the most expensive components of longitudinal survey collections in-house, as they require staffing-intensive activities, such as operating helpdesks, call centers, and mailing operations. Those collections, or at least the staffing-intensive elements of them, should be outsourced (if continued).

But some of the administrative data collections—or aspects of them—could feasibly be handled in-house. For example, states already submit non-fiscal CCD through NCES's EdFacts portal, while the Census collects CCD fiscal data on behalf of NCES, which then resolves any errors. Integrating CCD fiscal data into EDFacts would centralize all K-12 performance, demographic, and financial data within one system, reducing state and district reporting burden by streamlining submissions through a single portal. It would also enable faster linkage of financial and programmatic data.

As an example, NCES could consider handling the state-level finance data collection (National Public Education Financial Survey or NPEFS), given that it involves a limited number of

ED00080

respondents. (That said, education finance experts have noted that the voluntary nature of this survey limits its utility and questioned the usefulness of an aggregated figure when school-level data are available.) Finally, NCES might assist with parts of the IPEDS data collection to reduce the need for external contracting. While managing the help desk for over 6,000 higher education institutions may not be practical, conducting technical review panels to gather input on data issues and improvements could be.

<div align="center">**\*\*\***</div>

**Improve internal communications**

Multiple respondents, through the Request for Information, commented about ways that IES could improve communication about its work. Those comments are presented verbatim below.

- "IES should proactively announce new research studies in press releases, mass emails, and social media."
- "IES invests millions of dollars in evaluations but often the findings are only distributed through a single newsflash list."
- "Instead of having 40 different newsflash lists that are contract and program specific, IES should make distribution lists based on audience and topic."
- "IES should partner with trusted messengers and influential organizations…for distribution purposes."
- "IES should publish an annual "Top Research Findings from IES" publication that highlights the 3-5 most important, actionable research findings each year from the entire portfolio…"
- "IES had one person for communications for 4 Centers plus the overarching IES. Lack of investment in communications has severely diminished the impact of IES investments and led to misconceptions about what IES does since IES does not control the narrative. IES needs to better articulate its values, share success stories, and engage with policymakers."

In addition, multiple stakeholders wanted IES—perhaps through its communications office—to maintain a listserv that advertised "matchmaking opportunities" for state leaders, district leadership, and independent researchers interested in collaborating on shared research priorities.

ED00081

## Appendix C: ESRA Reauthorization

Originally authorized in 2002, the Education Sciences Reform Act (ESRA) has not been reauthorized since. Should Congress choose to reauthorize it, it should contemplate the following modifications.

**Suggestions for improving research and technical assistance to states**

As outlined in the main report, the feedback regarding the Regional Education Laboratories (RELs) was largely negative. Many state chiefs expressed dissatisfaction with being contractually bound to a specific REL based on geographic boundaries that did not align with existing collaborations. Additionally, concerns were raised about the responsiveness and varying capabilities of the RELs. Some state chiefs

*"I think the RELs are a huge waste of money. I'd scrap them if you are able." ~ Former IES leader*

preferred the flexibility to obtain services from other RELs or local vendors. Consequently, statutory changes in ESRA are needed to facilitate more flexible technical assistance for states.

As background, recall that Section 174(b) of ESRA states that the RELs are identified in Section 941(h) of the Educational Research, Development, Dissemination, and Improvement Act of 1994. However, this section does not define the actual regions and only requires that a REL serves a region of at least 4 contiguous states. The REL regions are actually listed in 34 C.F.R. § 707.2(a), which appeared in the Federal Register in August 1988.[70] Those ten geographic regions are still used to this day.[71]

**Should Congress choose to reauthorize ESRA, it should eliminate the geographic regions and the requirement that REL funds be routed through IES contracts to vendors.** These changes would allow for more flexible arrangements—ranging from minor adjustments to significant

---

[70] "Part 707 – Regional Education Laboratories," 53 Fed. Reg. 30793 (Aug. 15, 1988), *available at:* https://www.govinfo.gov/app/details/FR-1988-08-15.

[71] The REL Regions, as outlined in the Code of Federal Regulations, are as follows:
(1) Connecticut, Maine, Massachusetts, New Hampshire, New York, Puerto Rico, Rhode Island, Vermont, Virgin Islands.
(2) Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania.
(3) Kentucky, Tennessee, Virginia, West Virginia.
(4) Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina.
(5) Illinois, Indiana, Iowa, Michigan, Minnesota, Ohio, Wisconsin.
(6) Arkansas, Louisiana, New Mexico, Oklahoma, Texas.
(7) Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, Wyoming.
(8) Arizona, California, Nevada, Utah.
(9) Alaska, Idaho, Montana, Oregon, Washington.
(10) American Samoa, the Federated States of Micronesia, Guam, Hawaii, the Marshall Islands, and Palau.

ED00082

changes. On the minor side, eliminating or redefining the current regions would enable states to partner with other states with whom they have historically worked.

A more significant (and flexible) approach would permit states to select their own "learning partners." These partners could be existing regional entities, universities, research institutions, non-profits, or other organizations based on expertise and suitability. Essentially, this change would create fifty state-level RELs. In practice, it would involve providing direct awards to states so that they could obtain their own research and technical assistance services.

The REL contract budget is determined in part by the number of K-12 students in each state. ESRA section 174(a) says, "*The amount of assistance allocated to each laboratory by the Evaluation and Regional Assistance Commissioner shall reflect the number of local educational agencies and the number of school-age children within the region served by such laboratory, as well as the cost of providing services within the geographic area encompassed by the region*" (20 U.S.C. 9564(a)).

Instead of allocating the funds to a REL contract based on each state's student population, stakeholders proposed the idea of allocating these funds directly to states to purchase research and technical assistance services. Despite its popularity, this adjustment would also complicate the coordination and sharing of research and technical assistance activities across states, hence the importance of the proposed "Hub" (see Part IV: NCEE), which would coordinate these functions.

<div align="center">***</div>

**Changes to SLDS Grants**

The current Statewide Longitudinal Data System (SLDS) grants are awarded to individual state education agencies that must serve as the fiscal agent (per ESRA), which limits opportunities for regional or multi-state collaboration.

In theory, multiple states may collaborate on a single grant project, but they face one of two unappealing options: Either one SEA must operate as the fiscal agent without any increase in funding for the partnership, *or* they must apply separately and risk one or more state collaborators not receiving funding. As explained in SLDS grant documentation,

> *Multiple States may collaborate on a single grant project with one State serving as the fiscal agent; however, the funding cap does not increase for multi-State collaborations. Each grant application is evaluated individually on its own merits, based on the reviewer scoring rubric. There is no scoring advantage for multiple applicants to request funds to develop separate parts of a larger project, nor a guarantee that all or any applicants will be funded….*

ED00083

*Requesting funding for a project that relies upon another applicant's project being funded runs the risk that one or more States may not be funded. If only one State receives funding for a specific deliverable that includes multi-State collaboration, we will work with the grantee to ensure the original intention of the grant is fulfilled regarding those deliverables. This is done on a case-by-case basis.*

As a result of this grant structure, it is difficult for states to come together to build interoperable data systems. **Introducing a new SLDS eligibility category that includes a "consortium of state education agencies" and raises the funding cap to reflect multi-state efficiencies would enable states to develop together the necessary software to facilitate their collaboration.**[72] In fact, ESRA specifies that SLDS grants should "promot[e] linkages across states," while protecting student privacy, which is precisely the goal ([20 U.S.C. 9607 (c)(1)](#)). This change would help ensure technical quality across states, enhance the timely generation of data, and improve the ability of states to track shared indicators, such as student mobility across state lines.

**\*\*\***

### "Other Transaction Authority" for Innovative Programs

IES has made efforts in the past to secure Other Transaction Authority (OTA) to enhance flexibility for its innovative programs. This authority allows agencies to fund cutting-edge research and prototypes, collaborate with non-traditional providers, negotiate intellectual property terms, and generally proceed at the necessary pace for modern advancements. Federal entities are generally granted OTA to obtain advanced R&D and prototypes from commercial sources, particularly when entities are unable or unwilling to follow federal procurement regulations. OTA, once reserved for NASA, has now been granted by Congress to multiple agencies, including NIH, DOT, TSA, and others. [73]

*"[S]ome of the hesitation around open science is they just take your stuff, create a thing, market it, profit off it. And then research scientists are left with good data to write a paper." ~Tech developer*

IES funding is delivered through traditional grants and procurement contracts. However, new initiatives under the Accelerate, Transform, Scale (ATS) portfolio, including the Seedlings to Scale program, and projects under the Small Business Innovation Research (SBIR) program, would

---

[72] Beyond a consortium of state education agencies, expanding the grantee eligibility to other state-level entities such as governors, data governance bodies, public sector organizations, etc. could also foster collaboration across sectors.

[73] The other federal entities that have OTA include the Department of Defense (DOD), Federal Aviation Administration (FAA), Department of Transportation (DOT), Department of Homeland Security (DHS), Transportation Security Administration (TSA), Department of Health and Human Services (HHS), Department of Energy (DOE), and National Institutes of Health (NIH).

83

greatly benefit from OTA. This authority would also support additional rapid research projects recommended in this report.

The Accelerate, Transform, Scale program within IES aims to implement successful, evidence-based educational interventions quickly, ensuring that effective strategies are widely disseminated.[74] The Seedlings to Scale program, on the other hand, focuses on nurturing early-stage educational ideas and prototypes, providing support to develop them into scalable solutions. The Small Business Innovation Research (SBIR) program helps small businesses engage in research and development with the potential for commercialization, which helps them with a competitive edge.[75]

For the Accelerate, Transform, Scale program, OTA would enable rapid implementation of educational interventions by allowing for quicker awards and adaptive funding. Similarly, the Seedlings to Scale program would benefit by funding prototypes more efficiently and enabling entrepreneurs to pivot quickly when necessary, ensuring that only the most promising educational concepts are scaled up. Further, the SBIR program would be able to accelerate its support for small businesses, fostering innovation and potential production at a faster pace.

> *"IES needs Other Transactional Authority...This is outside the grantmaking lane. The current framework requires more creative thinking from IES and its stakeholders. [OTA] would expand what IES would want to do. It is better for research." ~ Former IES staff*

As recommended in Appendix B, Internal Recommendations, we urge IES to use its existing contracting authority to bring contracts and acquisitions in-house. Doing so would dovetail nicely with a request for Congress to extend OTA to select programs in IES, as new contracting officers could be hired with specific experience in these and other contracting vehicles. OTA would need to be specifically authorized in law, either "permanently" through ESRA reauthorization (or another bill that amends ESRA) or annually through appropriations.

---

[74] In the Explanatory Statement accompanying the fiscal year (FY) 2023 Consolidated Appropriations Act (P.L. 117–328), Congress directed IES to invest in quick-turnaround high-reward, scalable solutions intended to improve education outcomes for all students—which was operationalized as ATS.

[75] Recent studies show impressive results for the SBIR program: "From Seed Funding to Scale," Study Group, August 2025, https://www.study-group.org/_files/ugd/e901ef_8e1b7854d0b44e9d94af3715375ccae6.pdf.

ED00085

## Appendix D: NCES Datasets*

|  | Dataset / Survey | Category | Frequency | Broad Statutory Support | Brief Description: |
|---|---|---|---|---|---|
| 1 | Beginning Post Secondary Longitudinal Study | Postsecondary | Longitudinal | NCES Duties: ESRA § 153: "…statistical data on the condition and progress of education, at the preschool, elementary, secondary, postsecondary and adult levels in the United States" and §153 (a) (7) "conduct longitudinal and special data collections necessary to report on the condition and progress of education" | The Beginning Postsecondary Students Longitudinal Study (BPS) currently surveys cohorts of first-time, beginning students at three points in time: at the end of their first year, and then three and six years after first starting in postsecondary education. |
| 2 | CCD Fiscal | K–12 Administrative | Annual | NCES Duties: ESRA §153(a)(I): …"the financing and management of education, including data on revenues and expenditures" | The CCD Fiscal data includes state, district, and school-level data on total revenues, total expenditures by function, per pupil expenditures, assets, and more. |
| 3 | CCD Nonfiscal (Directory, Membership, Staff, etc.) | K–12 Administrative | Annual | NCES Duties: ESRA§153 (a)(1): "…statistical data on the condition and progress of education, at the preschool, elementary, secondary, postsecondary, and adult levels in the United States" | These data, gathered annually from states and jurisdictions, provide basic descriptive statistics on public elementary and secondary schools, districts, and states, including student enrollment, staff counts, and school characteristics, but exclude financial information. |

ED00086

| | Dataset / Survey | Category | Frequency | Broad Statutory Support | Brief Description: |
|---|---|---|---|---|---|
| 4 | Current Population Survey (CPS) | Census Bureau* | Monthly | USC Title 13 - Census (not IES) but also NCES Duties: ESRA §153 (a)(B): "state and local early childhood school readiness activities" and §153(a)(L): "access to and opportunity for, early childhood education" | |
| 5 | ECLS-K:2024 | Early Childhood / Longitudinal | Cohort-based | NCES Duties: ESRA §153 (a)(B): "state and local early childhood school readiness activities" | |
| 6 | EDGE – School & District Boundary Files, Open GIS Data, Poverty Estimates, and Census Block Equivalency Files | Geospatial / Administrative | Annual / Rolling | Not a data collection; data needed for numerous grant programs | |
| 7 | High School and Beyond (HS&B):22 | K-12 Surveys | Periodic | NCES Duties: ESRA§153 (a)(1): "...statistical data on the condition and progress of education, at the preschool, elementary, secondary, postsecondary and adult levels" and §153 (a) (7): "conduct longitudinal and special data collections necessary to report on the condition and progress of education" | Serves as a primary source to understand how high |

ED00087

| | Dataset / Survey | Category | Frequency | Broad Statutory Support | Brief Description: |
|---|---|---|---|---|---|
| 8 | High School Transcript Study | K-12 Surveys | Periodic | NCES Duties: ESRA§153 (a)(1)(N): "student participation in and completion of secondary and postsecondary vocational and technical education programs by specific program area" | The study provides information about the types of courses that high school graduates take, how many credits they earn, their grade point averages, and the relationship between course-taking patterns and graduates' achievement based on their performance on the National Assessment of Educational Progress (NAEP) in 12th grade. |
| 9 | High School Longitudinal Study of 2009: HSLS:09 | Longitudinal | Cohort-based | NCES Duties: ESRA§153 (a)(1): "...statistical data on the condition and progress of education, at the preschool, elementary, secondary, postsecondary and adult levels in the United States" | Nationally representative, longitudinal study of 23,000+ 9th graders in 2009 into adulthood, with a first follow-up in 2012 and a second in 2016. The third follow-up was scheduled for 2025. Data are collected about academic and occupational outcomes, as well as attitudinal data about schooling and motivations during life transitions. |
| 10 | ICILS | International | Every 5 years | NCES Duties: ESRA§153 (a)(1)(K): data on "the existence and use of educational technology and access to the Internet by students and teachers in elementary and secondary schools" and 153 (a)(6): collect data on "educational activities and student achievement in the United States compared with foreign nations" | ICILS is an international assessment project that measures the computer and information literacy (CIL) and computational thinking (CT) skills of eighth-grade students and gathers data on teacher and school practices related to information and communication technology. We participated in 2023. The next administration is in 2028. |

ED00088

| | Dataset / Survey | Category | Frequency | Broad Statutory Support | Brief Description: |
|---|---|---|---|---|---|
| 11 | IPEDS | Postsecondary | Annual | Higher Education Act Title IV. Also, ESRA sec. 153(a)(1)(e): "access to and opportunity for postsecondary education, including data on financial aid to postsecondary students" and §153 (a)(1)(N): "student participation in and completion of secondary and postsecondary vocational and technical education programs by specific program area" | IPEDS is a system of 12 interrelated survey components conducted annually that gathers data from every college, university, and technical and vocational institution that participates in the federal student financial aid programs. |
| 12 | NAEP (Main, Long-Term Trend) | NAEP | Biennial/Periodic | ESRA §303 and specifically (a) "carry out...a National Assessment of Educational Progress, which collectively refers to a national assessment, state assessments, and a long-term trend assessment in reading and mathematics" | The Nation's Report Card is the largest nationally representative and continuing assessment of what America's students know and can do in various subject matters. |
| 13 | NHES (Household Education Surveys) | K–12 Surveys | Every 3–4 years | NCES Duties: ESRA §153 (a)(1)(M): collect data on "the availability of, and access to, before school and after school programs" | The National Household Education Surveys Program (NHES) collects nationally representative, descriptive data on the educational activities of children and families in the United States, including before and after-school programs and homeschooling. |

91

ED00089

| | Dataset / Survey | Category | Frequency | Broad Statutory Support | Brief Description: |
|---|---|---|---|---|---|
| 14 | National Postsecondary Student Aid Survey: NPSAS '24 | Postsecondary | Every 4 years | ESRA §153(a)(1)(E): collect data on "access to, opportunity for, postsecondary education, including data on financial aid to postsecondary students" | The National Postsecondary Student Aid Study (NPSAS) examines the characteristics of students in postsecondary education, with a special focus on how they finance their education. |
| 15 | National Training, Education, & Workforce Survey (NTEWS) | K–12 Surveys | Pilot Period | NCES Duties: ESRA§153 (a)(1)(N): "student participation in and completion of secondary and postsecondary vocational and technical education programs by specific program area" Sponsored by NSF with NCES and administered by Census. | Collects information on educational enrollment and attainment, nondegree credential types (vocational certificates, occupational licenses, and industry-recognized certifications), work experience programs such as apprenticeships and internships, employment characteristics, and demographic characteristics. |
| 16 | NTPS (National Teacher and Principal Survey) | K–12 Surveys | Every 2–3 years | ESRA §153(a)(1)(F-H) "data on in-service professional development;" "the percentage of teachers who meet the applicable state certification and licensure requirements;" "conditions of the education workplace and the supply of and demand for teachers;" "the nature of violence affecting ...school personnel" | The NTPS is a system of related questionnaires that collect data on core topics, including teacher and principal preparation, classes taught, school characteristics, and demographics of the teacher and principal labor force every two to three years. |

ED00090

| | Dataset / Survey | Category | Frequency | Broad Statutory Support | Brief Description: |
|---|---|---|---|---|---|
| 17 | Program for the International Assessment of Adult Competencies (PIACC) | International | Every 10 years | NCES Duties: ESRA§153 (a)(1) collect data on "the condition and progress of education at…the adult levels" and 153 (a)(6): collect data on "educational activities and student achievement in the United States compared with foreign nations." Developed by OECD, conducted in the U.S. by NCES | The Program for the International Assessment of Adult Competencies (PIAAC), also known as the Survey of Adult Skills, is a large-scale international study of key cognitive and workplace skills of adults. |
| 18 | Progress in International Reading Literacy Study (PIRLS) | International | Every 5 years | NCES Duties: ESRA §153(a)(6): collect data on "educational activities and student achievement in the United States compared with foreign nations." | The Progress in International Reading Literacy Study (PIRLS) is an international assessment and research project designed to measure reading achievement at the fourth-grade level, as well as school and teacher practices related to instruction. Since 2001, PIRLS has been administered every 5 years, with the United States participating in all past assessments. |
| 19 | Program for International Student Assessment (PISA) | International | Every 4 years | NCES Duties: ESRA §153(a)(6): collect data on "educational activities and student achievement in the United States compared with foreign nations." | The Program for International Student Assessment (PISA) is an international assessment that measures 15-year-old students' reading, mathematics, and science literacy. |

ED00091

|  | Dataset / Survey | Category | Frequency | Broad Statutory Support | Brief Description: |
|---|---|---|---|---|---|
| 20 | Private School Universe Survey (PSS) | K–12 Surveys | Biennial | ESEA§117 "services for private children are to be comparable to those of public-school children;" NCES Duties: ESRA §153(a)(4): "assisting public and private educational agencies…in improving and automating statistical and data collection activities" | The purpose of the Private School Universe Survey (PSS) is, a) to generate biennial data on the total number of private schools, teachers, and students; and b) to build an accurate and complete list of private schools to serve as a sampling frame for NAEP's inclusion of private schools. |
| 21 | School Pulse Panel (SPP) | K–12 Surveys | Monthly | NCES Duties: ESRA §153(a)(1)(A): collect data on "state and local education reform activities" | The School Pulse Panel (SPP) surveys public K-12 schools on high-priority, education-related topics once a month during the school year. |
| 22 | School Survey on Crime & Safety (SSOCS) | K–12 Surveys | Every 2–3 years | NCES Duties: ESRA §153(a)(1)(H: i-iii): collect data on "the incidence, frequency, seriousness, and nature of violence affecting students, school personnel, and other individuals participating in school activities" | The School Survey on Crime and Safety (SSOCS) is the primary source of school-level data on crime and safety. |
| 23 | Teaching and Learning International Survey (TALIS) | International | Every 5 years | NCES Duties: ESRA §153(a)(6): collect data on "educational activities and student achievement in the United States compared with foreign nations." | TALIS is composed of two questionnaires—one for teachers and one for their principals—that ask questions about their backgrounds, work environments, professional development, and beliefs and attitudes about teaching. |

94

ED00092

| | Dataset / Survey | Category | Frequency | Broad Statutory Support | Brief Description: |
|---|---|---|---|---|---|
| 24 | Trends in International Mathematics and Science Study (TIMSS) | International | Every 4 years | NCES Duties: ESRA §153(a)(6): collect data on "educational activities and student achievement in the United States compared with foreign nations." | TIMSS is an international comparative study of student achievement in math and science at the 4th and 8th grades. |

*This table does not reflect contractual changes made in spring 2025 or later.*

ED00093



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Tammy Baldwin
United States Senate
Washington, DC 20510

Dear Senator Baldwin:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of
appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my
attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of
your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in
the important work of IES. To facilitate the timely obligation of appropriations for IES, all
remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is
committed to using these appropriated funds to meet our statutory obligations while supporting
high-quality research through appropriate mechanisms, such as the award of grants. To that end, I
have recently spoken with advocates in the field of education sciences, including leaders active
in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The
Secretary is committed to working with Congress to improve education in this country. If you
have further questions, your staff may contact our Office of Legislation and Congressional
Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00094



**UNITED STATES DEPARTMENT OF EDUCATION**
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Richard Blumenthal
United States Senate
Washington, DC 20510

Dear Senator Blumenthal:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00095



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Cory A. Booker
United States Senate
Washington, DC 20510

Dear Senator Booker:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00096



### UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Susan M. Collins
United States Senate
Washington, DC 20510

Dear Senator Collins:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00097



**UNITED STATES DEPARTMENT OF EDUCATION**
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Richard J. Durbin
United States Senate
Washington, DC 20510

Dear Senator Durbin:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00098



### UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Kirsten E. Gillibrand
United States Senate
Washington, DC 20510

Dear Senator Gillibrand:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00099



**UNITED STATES DEPARTMENT OF EDUCATION**
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Tim Kaine
United States Senate
Washington, DC 20510

Dear Senator Kaine:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00100



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Angus King
United States Senate
Washington, DC 20510

Dear Senator King:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00101



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Ben Ray Luján
United States Senate
Washington, DC 20510

Dear Senator Luján:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00102



**UNITED STATES DEPARTMENT OF EDUCATION**
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Edward J. Markey
United States Senate
Washington, DC 20510

Dear Senator Markey:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00103



**UNITED STATES DEPARTMENT OF EDUCATION**
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Jeffrey Merkley
United States Senate
Washington, DC 20510

Dear Senator Merkley:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00104



**UNITED STATES DEPARTMENT OF EDUCATION**
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Alex Padilla
United States Senate
Washington, DC 20510

Dear Senator Padilla:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00105



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Bernard Sanders
United States Senate
Washington, DC 20510

Dear Senator Sanders:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00106



**UNITED STATES DEPARTMENT OF EDUCATION**
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Adam Schiff
United States Senate
Washington, DC 20510

Dear Senator Schiff:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00107



### UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Elissa Slotkin
United States Senate
Washington, DC 20510

Dear Senator Slotkin:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00108



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Thom Tillis
United States Senate
Washington, DC 20510

Dear Senator Tillis:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00109



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Chris Van Hollen
United States Senate
Washington, DC 20510

Dear Senator Van Hollen:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00110



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Elizabeth Warren
United States Senate
Washington, DC 20510

Dear Senator Warren:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00111



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

July 10, 2026

The Honorable Ron Wyden
United States Senate
Washington, DC 20510

Dear Senator Wyden:

Thank you for your May 11, 2026, letter to Secretary McMahon regarding the obligation of appropriations for the Institute of Education Sciences (IES). Your letter was forwarded to my attention, and I am pleased to respond. I am sending an identical response to the cosigner(s) of your letter.

The U.S. Department of Education (Department) acknowledges and appreciates your interest in the important work of IES. To facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned. The Department is committed to using these appropriated funds to meet our statutory obligations while supporting high-quality research through appropriate mechanisms, such as the award of grants. To that end, I have recently spoken with advocates in the field of education sciences, including leaders active in Knowledge Alliance, to highlight the Department's plans in this regard.

Thank you again for writing to the Department and for your interest in this important matter. The Secretary is committed to working with Congress to improve education in this country. If you have further questions, your staff may contact our Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Matthew E. Soldner
Acting Commissioner,
National Center for Education Statistics
Institute of Education Sciences

ED00112

| | |
|---|---|
| **From:** | IES Newsflash Subscription Service (No Reply) <No-Reply-IES@ed.gov> |
| **Sent:** | Monday, August 3, 2026 7:41 PM |
| **To:** | |
| **Subject:** | IES Awards $2.8 Million in Statistical and Research Methodology Grants |



# IES Awards $2.8 Million in Statistical and Research Methodology Grants

Through its Statistical and Research Methodology in Education program, the Institute of Education Sciences has awarded five grants to applications submitted for consideration under the FY 2025 competition.

This grant program supports the development of new methodological approaches, enhancements to existing methods, and the creation of other tools that can help scientists conduct more rigorous education research.

The total investment for these awards is approximately $2.8 million.

To view a full list of these new awards with links to each project abstract, visit the IES website.

*The Institute of Education Sciences, a part of the U.S. Department of Education, is the nation's leading source for rigorous, independent education research, evaluation, statistics, and assessment.*



ED00113

You have received this message because you subscribed to a newsflash service through IES or one of its centers. Change your options or unsubscribe from this service.

By visiting Newsflash you may also sign up to receive information from IES and its four Centers NCES, NCER, NCEE, & NCSER to stay abreast of all activities within the Institute of Education Sciences (IES).

ED00114

| | |
|---|---|
| **From:** | IES Newsflash Subscription Service (No Reply) <No-Reply-IES@ed.gov> |
| **Sent:** | Monday, July 13, 2026 3:02 PM |
| **To:** | |
| **Subject:** | IES Awards $6 Million in Using Data for Policymaking Grants |



# IES Awards $6 Million in Using Data for Policymaking Grants

Through its Using Longitudinal Data to Support State Education Policymaking program, the Institute of Education Sciences has awarded six grants to applications submitted for consideration under the FY 2025 competition.

This grant program supports state agency use of state longitudinal data systems to answer questions about a specific education issue, program, or policy and to generate findings with practical implications for the state agency's decision making. Awards will examine state education policies in six states—California, Massachusetts, Michigan, Nevada, Virginia, and Washington—and generate rigorous evidence about the links between implemented policies and student education outcomes.

The total investment for these awards is approximately $6 million.

To view a full list of these new awards with links to each project abstract, visit the IES website.

*The Institute of Education Sciences, a part of the U.S. Department of Education, is the nation's leading source for rigorous, independent education research, evaluation, statistics, and assessment.*



ED00115

You have received this message because you subscribed to a newsflash service through IES or one of its centers. Change your options or unsubscribe from this service.

By visiting Newsflash you may also sign up to receive information from IES and its four Centers NCES, NCER, NCEE, & NCSER to stay abreast of all activities within the Institute of Education Sciences (IES).

ED00116






**NAEP**

NATIONAL ASSESSMENT
OF EDUCATIONAL
PROGRESS

# 2026
# State Guide to
# NAEP Participation




ED00117



**The National Assessment of Educational Progress (NAEP)**, often called The Nation's Report Card, is the largest nationally representative and continuing assessment of what students in the United States know and can do in various subjects. Since 1969, NAEP has been a common measure of student achievement across the country in civics, mathematics, reading, science, U.S. history, and many other subjects. NAEP report cards provide national results, as well as results for states, some districts, and various demographic groups, depending on the assessment. Federal and state policymakers, educators, and researchers use NAEP results to assess student progress and develop ways to improve education across the country and ensure that all students have the opportunity to succeed.

NAEP is congressionally mandated and administered by the National Center for Education Statistics (NCES), located within the U.S. Department of Education's Institute of Education Sciences.

ED00118



## NAEP State Participation

Since its inception, NAEP has been a partnership between the federal government and the states, which have continued to support NAEP national assessments through their schools' participation. In 1990, NAEP was administered at the state level for the first time. Since then, state-level results in mathematics, reading, science, and writing at grades 4 and 8 have been released, allowing for national and state-level comparisons over time. Beginning in 2003, all states have participated in the state NAEP mathematics and reading assessments at grades 4 and 8.

## The NAEP 2026 Assessment Program

The 2026 NAEP program will include digitally based assessments in mathematics and reading at grades 4 and 8 and civics and U.S. history at grade 8. Schools and students may also be selected to participate in NAEP pilot testing in mathematics and reading to help improve future NAEP assessments and ensure that they continue to be a reliable measure of student achievement. Participating students, teachers, and principals will also be asked to complete survey questionnaires to provide a better understanding of factors that may be related to students' learning.

The assessments will be administered between January 26 and March 20, 2026.

This publication provides an overview of the NAEP 2026 assessments for state officials to promote understanding of the activities that will take place during the assessment cycle.

Additional information about the NAEP program and the data collection process is available from your state's NAEP State Coordinator and through the NAEP website at http://nces.ed.gov/nationsreportcard.






In 2026, state-level data will be collected in mathematics and reading assessments at grades 4 and 8. Under the Elementary and Secondary Education Act Reauthorization of 2001 and continuing with the Every Student Succeeds Act (ESSA), which was signed into law in December 2015, state applications for Title I funds must include an assurance that states will participate in the biennial NAEP mathematics and reading assessments at grades 4 and 8 and that state results will be reported.

Twenty-six districts will participate in the NAEP Trial Urban District Assessment (TUDA) in mathematics and reading in grades 4 and 8. A primary goal of NAEP TUDA is to focus attention on urban education by measuring what students in the nation's large urban districts know and can do in mathematics and reading.

NAEP representatives will administer the NAEP assessment and provide significant support to schools on assessment day. Schools will need to provide space for students to take the assessment, desks or tables, and an adequate number of electrical outlets in the assessment location. NAEP representatives will use school devices and Internet—when possible—to conduct the assessment. NAEP representatives will contact districts and schools in the coming months with more information.

Additional information about the NAEP program and the data collection process is available from your state's NAEP State Coordinator and through the NAEP website at http://nces.ed.gov/nationsreportcard.

## School and Student Participation

The NAEP 2026 state assessments will be administered to representative state samples of public school students in grades 4 and 8. States that have districts participating in NAEP TUDA will have more schools and students added to their samples to ensure a representative TUDA sample.

The NAEP contractor responsible for sampling and data collection will draw the sample for each state from the Common Core of Data (CCD), an NCES program that annually collects fiscal and other data about all public schools, public school districts, and state education agencies in the United States. The NAEP State Coordinator ensures the list of schools is current. As appropriate, demographic variables of racial and ethnic composition, type of school location, and

school achievement on state assessments are used to help define which schools are selected within each state.

Within selected schools, students are randomly selected from a list of all students enrolled in the grade(s) to be assessed. The NAEP contractor works directly with the NAEP State Coordinators and districts on the submission of the student lists.

## Parent Notification

Federal law requires that parents or legal guardians of students selected for the NAEP sample be notified about the assessment and informed that they may choose not to allow their children to participate. NAEP State Coordinators are responsible for ensuring that districts or schools provide this information to all parents of students selected to participate in NAEP. Sample letters will be provided for NAEP State Coordinators to customize to state needs.





# NAEP 2026 Mathematics and Reading Assessment Content

Each NAEP assessment is based on a framework that describes the specific knowledge and skills that should be assessed. The National Assessment Governing Board oversees the creation of NAEP frameworks, with input from subject matter experts, practitioners, and members of the general public—including researchers, educators, business leaders, and policymakers. NAEP frameworks also describe the types of questions that should be included and how they should be designed and scored. NAEP frameworks are available at the National Assessment Governing Board website at https://www.nagb.gov.

In 2026, NAEP will use a new framework for mathematics assessments at grades 4 and 8. This framework, approved by the National Assessment Governing Board, replaces the last framework which was updated in 2006. Trends in student performance for participating states can be measured since 1992 for grade 4 and 1990 for grade 8.

The mathematics framework calls for questions based on five content areas: (1) number properties and operations; (2) measurement; (3) geometry; (4) data analysis, statistics, and probability; and (5) algebra. Questions are also categorized according to mathematical complexity, which describes what level of cognitive demand (low, moderate, or high) is required for students to answer each question correctly.

Students respond to both multiple-choice and constructed-response questions designed to assess the framework objectives.

In 2026, NAEP will use a new framework for reading assessments at grades 4 and 8. This framework, approved by the National Assessment Governing Board, replaces the last framework, which was updated in 2004. Trends in state achievement for participating states can be measured since 1992 for grades 4 and 8.

The reading framework specifies two types of texts be included on the assessment: literary and informational. The framework also specifies that vocabulary knowledge will be assessed. Vocabulary items function both as a measure of passage comprehension and as a test of readers' understanding of how the text influences the meaning of the word. The framework also specifies three cognitive targets, or behaviors and skills, for items from both literary and informational texts: locate/recall, integrate/interpret, and critique/evaluate. To measure these cognitive skills, students respond to both multiple-choice and constructed-response items.



## NAEP Reports and the Release of the Results

Prior to the NCES release of the NAEP 2026 national and state results, NAEP State Coordinators will receive selected data for review, which will include inclusion rates and demographic data. Because state participation is mandatory for the mathematics and reading assessments at grades 4 and 8, no formal approval process is required for results to be published; that is, a state is deemed to have given its permission to release its results if the state has submitted an application for Title I funds.

Results for each participating state will be analyzed and reported in a manner that permits comparisons both over time and to other participating states and the nation. To prepare for the release, NCES works with NAEP State Coordinators to analyze the data and assist in understanding the results.

The National Assessment Governing Board facilitates the initial public release of NAEP reports and determines the date and time for the release. To assist state participation in the release of the results, each state will be given the date and time of the national release so state releases can be coordinated with the release of national and state NAEP results. States may prepare and release reports of their state NAEP results either concurrently with or subsequent to the official public release.

All assessment results are embargoed until the NCES commissioner releases the national NAEP data. This means that no individual or party may share or disclose NAEP results prior to the initial public release of NAEP reports by NCES.

## For More Information

For more information about participating in the 2026 state assessment program, contact your NAEP State Coordinator and/or Gina Broxterman (Gina.Broxterman@ed.gov), Assessment Division, NCES (202-245-7791). Additional information about NAEP is available at http://nces.ed.gov/nationsreportcard and http://www.nationsreportcard.gov. Information about the National Assessment Governing Board is available at http://www.nagb.org.

**Find us on:**

    

Released questions from previous assessments are available online by using the NAEP Questions Tool at https://nces.ed.gov/nationsreportcard/nqt/. NAEP Item Maps can also be examined at the NAEP website at https://www.nationsreportcard.gov/itemmaps.

ED00123






The National Center for Education Statistics (NCES) conducts the National Assessment of Educational Progress to evaluate federally supported education programs. All of the information you provide may only be used for the purposes of research, statistics, and evaluation under the Education Sciences Reform Act of 2002 (ESRA; 20 U.S.C. § 9543) and may not be disclosed, or used, in identifiable form for any other purpose except as required by law. Every NCES employee as well as every NCES agent, such as contractors and NAEP coordinators, has taken an oath and is subject to a jail term of up to 5 years, a fine of $250,000, or both if he or she willfully discloses ANY identifiable information about you in any unauthorized manner. Electronic submission of your information will be monitored for viruses, malware, and other threats by Federal employees and contractors in accordance with the Cybersecurity Enhancement Act of 2015.

This publication was prepared for the National Assessment of Educational Progress by Manhattan Strategy Group under contract 91990018C0001 to the National Center for Education Statistics, U.S. Department of Education.




ED00124

R305A190195 - 25
Kirk Walters
American Institutes for Research
1140 3rd Street NE Suite 360
Washington, DC 20002

ED00125

R305A190195 - 25

Kate Haaf
American Institutes for Research
1000 Thomas Jefferson Street, NW
Washington, DC 20007 - 3835

ED00126



R305A190195 - 25

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1  RECIPIENT NAME**

American Institutes for Research
1000 Thomas Jefferson Street, NW
Washington, DC 20007 - 3835

**2  AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R305A190195 - 25 |
| ACTION NUMBER | 14 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3  PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
  Kirk Walters
  kwalters@wested.org
EDUCATION PROGRAM CONTACT
  Katherine Taylor        (202) 987-0071
  Katherine.Taylor@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK        888-336-8930
  obssed@servicenowservices.com

**4  PROJECT TITLE**

84.305A
Building and Sustaining the Capacity of Local Math
Coaches to Support College- and Career-Ready Mathematics
Instruction

**5  KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kirk Walters | Project Director | 15 % |
| Toni M Smith | Co-Principal Investigator | 20 % |
| Heather C Hill | Co-Principal Investigator | 8 % |
| Jordan Rickles | Pilot Study Director | 1 % |

**6  AWARD PERIODS**

|  |  |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 12/31/2026 |
| PERFORMANCE PERIOD | 07/01/2019 - 12/31/2026 |

FUTURE BUDGET PERIODS

N/A

**7  AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $296,367.00 |
| BUDGET PERIOD | $296,367.00 |
| PERFORMANCE PERIOD | $1,399,170.00 |

**8  ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | MCN6J5L6M3T4 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9  LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00127

R305A190195 - 25

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $296,367.00 |

**PR/AWARD NUMBER:** R305A190195 - 25

**RECIPIENT NAME:** American Institutes for Research

**GRANTEE NAME:** AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES
1400 CRYSTAL DR FL 10,
ARLINGTON, VA 22202 - 3289

**PROGRAM INDIRECT COST TYPE:** Unrestricted

**PROJECT INDIRECT COST RATE:**

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00128

R305A190195 - 25

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00129

R305A190195 - 25

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 13:32:58 -04'00'

_____        _____

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

ED00130

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00131

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00132

R305A210080 - 26

Jodi Davenport

WestEd

2470 Mariner Square Loop 2nd Floor

Alameda, CA 94501 - 1010

ED00133

R305A210080 - 26

Lauren Wrotniak
WestEd
730 Harrison Street
San Francisco, CA 94107

ED00134



R305A210080 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| WestEd<br>730 Harrison Street<br>San Francisco, CA 94107 | PR/AWARD NUMBER    R305A210080 - 26<br>ACTION NUMBER    13<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Jodi Davenport    (617) 596-7115<br>  jdavenp@wested.org<br>EDUCATION PROGRAM CONTACT<br>  Emily Weaver    (202) 245-7114<br>  emily.weaver@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.305A<br>Evaluating the Efficacy of MathbyExample |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Jodi Davenport | Project Director | 27 % |
| Jonathan Walters | CO-PI | 22 % |
| Anna Bartel | CO-PI | 40 % |
| Julie Booth | CO-PI | 5 % |
| Suzanne Donovan | CO-PI | 2 % |

**6** AWARD PERIODS

          BUDGET PERIOD    07/01/2026 - 06/30/2027
  PERFORMANCE PERIOD    07/01/2021 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

          THIS ACTION    $288,958.00
      BUDGET PERIOD    $288,958.00
  PERFORMANCE PERIOD    $3,800,000.00

**8** ADMINISTRATIVE INFORMATION

          UEI    WNCAQMKJ7WZ9
    REGULATIONS    CFR PART 74
               EDGAR AS APPLICABLE
               2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:    PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
  PROGRAM TITLE:    EDUCATION RESEARCH
  CFDA/SUBPROGRAM NO:    84.305A

ED00135

R305A210080 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $288,958.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A210080 - 26 |
| RECIPIENT NAME: | WestEd |
| GRANTEE NAME: | WESTED |
| | 730 HARRISON ST FL 5, |
| | SAN FRANCISCO, CA 94107 - 1242 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 14.1% |

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00136



US Department of Education
Washington, D.C. 20202

R305A210080 - 26

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00137

R305A210080 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

EMILY WEAVER
Digitally signed by EMILY WEAVER
Date: 2026.06.24 14:03:15 -04'00'

_____     _____
**AUTHORIZING OFFICIAL**                                                         **DATE**

Ver. 1

ED00138

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00140

R305A210263 - 26
Kathryn Grant
DePaul University
1 E. Jackson Blvd.
Chicago, IL 60604 - 2287

ED00141

R305A210263 - 26

Jyrell Keys
DePaul University
1 E. Jackson Blvd.
Chicago, IL 60604

ED00142



R305A210263 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>DePaul University<br>1 E. Jackson Blvd.<br>Chicago, IL 60604 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER   R305A210263 - 26<br>ACTION NUMBER     14<br>ACTION TYPE       Continuation<br>AWARD TYPE       Discretionary<br>(Research and Development) |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>  Kathryn Grant      (773) 325-4241<br>  KGRANT@depaul.edu<br>EDUCATION PROGRAM CONTACT<br>  Jacquelyn A Buckley   (202) 804-7471<br>  JACQUELYN.BUCKLEY@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.305A<br>Evaluation of an Intervention to Improve Academic Outcomes for Low-Income Urban Youth through Instruction in Effective Coping Supported by Mentoring Relationships |

| | | |
|---|---|---|
| **5** | **KEY PERSONNEL** | |

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kathryn Grant | Project Director | 19 % |

| | |
|---|---|
| **6** | **AWARD PERIODS**<br><br>        BUDGET PERIOD    07/01/2026 - 06/30/2027<br>    PERFORMANCE PERIOD    07/01/2021 - 06/30/2027<br><br>FUTURE BUDGET PERIODS<br><br>N/A |
| **7** | **AUTHORIZED FUNDING**<br><br>              THIS ACTION      $738,463.00<br>           BUDGET PERIOD    $738,463.00<br>    PERFORMANCE PERIOD   $3,799,961.00 |
| **8** | **ADMINISTRATIVE INFORMATION**<br><br>            UEI    MNZ8KMRWTDB6<br>     REGULATIONS    CFR PART 74<br>                  EDGAR AS APPLICABLE<br>                  2 CFR AS APPLICABLE<br>     ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

| | |
|---|---|
| **9** | **LEGISLATIVE AND FISCAL DATA**<br><br>    AUTHORITY:             PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002<br>    PROGRAM TITLE:        EDUCATION RESEARCH<br>    CFDA/SUBPROGRAM NO:   84.305A |

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $738,463.00 |

ED00143

R305A210263 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A210263 - 26 |
| RECIPIENT NAME: | DePaul University |
| GRANTEE NAME: | DEPAUL UNIVERSITY |
| | 1 E JACKSON BLVD STE 6317, |
| | CHICAGO, IL 60604 - |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 49% |

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award

ED00144



R305A210263 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

R305A210263 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK   Digitally signed by COURTNEY POLLACK
Date: 2026.06.24 14:24:36 -04'00'

_____     _____
**AUTHORIZING OFFICIAL**                             **DATE**

Ver. 1

ED00146

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME** - The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION** -   Unique items of information that identify this notification.

   **PR/AWARD NUMBER** -  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER** -  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE** -  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE** -  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF** -  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   ***RECIPIENT PROJECT DIRECTOR** -  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT** -  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT** -  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER** -  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.* KEY PERSONNEL** - Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS** -   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD** -  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD** -  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   ***FUTURE BUDGET PERIODS** -  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING** -  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   ***THIS ACTION** - The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   ***BUDGET PERIOD** - The total amount of funds available for use by the grantee during the stated budget period to this date.

   ***PERFORMANCE PERIOD** - The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE** -  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT** - The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION** -  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI** -         The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00147

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00148

R305A210292 - 26
Rebecca Unterman
MDRC
11965 Venice Blvd
Ste 402
Los Angeles, CA 90066 - 3978

ED00149

R305A210292 - 26

Jesus Amadeo
MDRC
200 Vesey St
23rd Floor
New York, NY 10281

ED00150



R305A210292 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| MDRC<br>200 Vesey St<br>23rd Floor<br>New York, NY 10281 | PR/AWARD NUMBER   R305A210292 - 26<br>ACTION NUMBER   12<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Rebecca Unterman    (212) 340-8897<br>  rebecca.unterman@mdrc.org<br>EDUCATION PROGRAM CONTACT<br>  Nathan Jones    (202) 708-5954<br>  nathan.jones@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | 84.305A<br>An Experienced School Support Organization At Scale: A Study of The Urban Assembly Network |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kelly McGovern (Saunders) | Project and Data Manager | 26 % |
| Louisa Treskon | Cost Study Lead | 5 % |
| Clare Flack | Landscape Study Lead | 15 % |
| Rebecca Unterman | Project Director | 22 % |
| Claudia Solis-Roman | Project and Data Manager | 26 % |

**6** AWARD PERIODS

|  |  |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2021 - 06/30/2027 |

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

|  |  |
|---|---|
| THIS ACTION | $496,043.06 |
| BUDGET PERIOD | $496,043.06 |
| PERFORMANCE PERIOD | $3,053,777.37 |

**8** ADMINISTRATIVE INFORMATION

|  |  |
|---|---|
| UEI | ULJSBXBHRM15 |
| REGULATIONS | CFR PART 74<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

|  |  |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00151



R305A210292 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $496,043.06 |

PR/AWARD NUMBER:      R305A210292 - 26

RECIPIENT NAME:      MDRC

GRANTEE NAME:      MDRC

200 VESEY ST FL 23,

NEW YORK, NY 10281 - 5511

PROGRAM INDIRECT COST TYPE:      Unrestricted

PROJECT INDIRECT COST RATE:      34.4%

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00152



R305A210292 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00153

R305A210292 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

KATHERINE TAYLOR   Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 13:57:05 -04'00'

_____   _____

**AUTHORIZING OFFICIAL**                        **DATE**

Ver. 1

ED00154

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00155

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00156

R305A220032 - 26

Michael Willoughby

Research Triangle Institute

Research Triangle Institute

3040 East Cornwallis Road

Research Triangle Park, NC 27709 - 2194

ED00157

R305A220032 - 26

Shonta Holloway
Research Triangle Institute
Research Triangle Institute
3040 East Cornwallis Road
Research Triangle Park, NC 27709

ED00158



R305A220032 - 26

### US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

Research Triangle Institute
Research Triangle Institute
3040 East Cornwallis Road
Research Triangle Park, NC 27709

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A220032 - 26 |
| ACTION NUMBER | 11 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Michael Willoughby          (919) 541-6622
  mwilloughby@rti.org
EDUCATION PROGRAM CONTACT
  Courtney Pollack          (202) 987-0999
  courtney.pollack@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK          888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
IES Testing the Efficacy of KIBO - Resubmission

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Michael Willoughby | Project Director | 25 % |
| Kesha Hudson | Project Coordinator | 65 % |
| Jeffrey Rosen | CO-INVESTIGATOR | 20 % |
| India Walker | CO-INVESTIGATOR | 20 % |
| Olga Khavjou | Economist | 8 % |

**6** AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2022 - 06/30/2027 |

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $832,503.00 |
| BUDGET PERIOD | $832,503.00 |
| PERFORMANCE PERIOD | $3,799,853.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | JJHCMK4NT5N3 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00159



R305A220032 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $832,503.00 |

**10**

PR/AWARD NUMBER:        R305A220032 - 26

RECIPIENT NAME:        Research Triangle Institute
       Research Triangle Institute

GRANTEE NAME:        RESEARCH TRIANGLE INSTITUTE

       3040 CORNWALLIS RD,

       DURHAM, NC 27709 - 0155

PROGRAM INDIRECT COST TYPE:        Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)     THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)     By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)     The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00160

R305A220032 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00161

R305A220032 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK   Digitally signed by COURTNEY POLLACK
Date: 2026.06.24 14:04:48 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                              **DATE**

Ver. 1

ED00162

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

    **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**  The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00163

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00164

R305A220035 - 26
Rachel Garrett
American Institutes for Research
10 S. Riverside Plaza
Chicago, IL 60606 - 5500

ED00165

R305A220035 - 26

Kate Haaf
American Institutes for Research
1400 Crystal Drive
10th Floor
Arlington, VA 22202

ED00166



R305A220035 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

American Institutes for Research
1400 Crystal Drive
10th Floor
Arlington, VA 22202

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A220035 - 26 |
| ACTION NUMBER | 10 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Rachel Garrett          (312) 588-7355
  rgarrett@air.org
EDUCATION PROGRAM CONTACT
  Katherine Taylor        (202) 987-0071
  Katherine.Taylor@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK     888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
Efficacy Study of the Simulated Instruction in Mathematics Professional Development

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Rachel Garrett | Project Director | 20 % |
| Toni Smith | CO-PI | 20 % |
| Melinda Griffin | Implementation Lead | 15 % |
| Amanda Danks | Cost Analysis Lead | 2 % |
| Mengli Song | Quality Assurance Reviewer | 1 % |

**6** AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2022 - 06/30/2028 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 6 | 07/01/2027 - 06/30/2028 | $367,175.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $500,588.00 |
| BUDGET PERIOD | $500,588.00 |
| PERFORMANCE PERIOD | $3,432,506.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | MCN6J5L6M3T4 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |

ED00167

R305A220035 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $500,588.00 |

PR/AWARD NUMBER:            R305A220035 - 26
RECIPIENT NAME:            American Institutes for Research
GRANTEE NAME:            AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES
1400 CRYSTAL DR FL 10,
ARLINGTON, VA 22202 - 3289

PROGRAM INDIRECT COST TYPE:    Unrestricted
PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00168



R305A220035 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00169



US Department of Education
Washington, D.C. 20202

R305A220035 - 26

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00170

R305A220035 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 13:41:01 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED00171

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00172

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00173

R305A220066 - 26
Bo Zhu
American Institutes for Research
1400 Crystal Drive
10th Floor
Arlington, VA 22202 - 3289

ED00174

R305A220066 - 26

Kate Haaf
American Institutes for Research
1400 Crystal Drive
10th Floor
Arlington, VA 22202

ED00175



**US Department of Education**
**Washington, D.C. 20202**

R305A220066 - 26

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| American Institutes for Research<br>1400 Crystal Drive<br>10th Floor<br>Arlington, VA 22202 | PR/AWARD NUMBER  R305A220066 - 26<br>ACTION NUMBER  9<br>ACTION TYPE  Continuation<br>AWARD TYPE  Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Bo Zhu                    (312) 588-7347<br>  bzhu@air.org<br>EDUCATION PROGRAM CONTACT<br>  Jacquelyn A Buckley    (202) 804-7471<br>  JACQUELYN.BUCKLEY@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.305A<br>A Multisite Randomized Controlled Trial of the Second Step<br>Middle School Program |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Geoffrey Borman | CO-PI | 2 % |
| Bo Zhu | Project Director | 25 % |

**6** AWARD PERIODS

BUDGET PERIOD        07/01/2026 - 06/30/2027
PERFORMANCE PERIOD   07/01/2022 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 6 | 07/01/2027 - 06/30/2028 | $620,147.00 |

**7** AUTHORIZED FUNDING

THIS ACTION          $938,464.00
BUDGET PERIOD        $938,464.00
PERFORMANCE PERIOD   $3,179,357.00

**8** ADMINISTRATIVE INFORMATION

UEI          MCN6J5L6M3T4
REGULATIONS  CFR PART 74
             EDGAR AS APPLICABLE
             2 CFR AS APPLICABLE
ATTACHMENTS  2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:         PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:     EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:  84.305A

ED00176



R305A220066 - 26

# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $938,464.00 |

**10**

PR/AWARD NUMBER:          R305A220066 - 26

RECIPIENT NAME:          American Institutes for Research

GRANTEE NAME:          AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES

1400 CRYSTAL DR FL 10,

ARLINGTON, VA 22202 - 3289

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00177

R305A220066 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00178



R305A220066 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00179

R305A220066 - 26

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

EMILY WEAVER     Digitally signed by EMILY WEAVER
Date: 2026.06.24 14:26:45 -04'00'

**AUTHORIZING OFFICIAL**     **DATE**

Ver. 1

ED00180

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

   **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00181

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00182

R305A220107 - 26

Panayiota Kendeou

Regents of the University of Minnesota

56 East River Road

Minneapolis, MN 55455 - 2070

ED00183

R305A220107 - 26

Nicolas Allyn
Regents of the University of Minnesota
450 McNamara Alumni Center
200 Oak Street SE
Minneapolis, MN 55455

ED00184

R305A220107 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Regents of the University of Minnesota<br>450 McNamara Alumni Center<br>200 Oak Street SE<br>Minneapolis, MN 55455 | PR/AWARD NUMBER   R305A220107 - 26<br>ACTION NUMBER   8<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Panayiota Kendeou          (612) 626-7814
  kend0040@umn.edu
EDUCATION PROGRAM CONTACT
  Elizabeth R Albro          (202) 245-8495
  ELIZABETH.ALBRO@ED.GOV
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK          888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

  84.305A
  Efficacy of Early Language Comprehension Individualized
  Instruction (ELCII)

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Panayiota Kendeou | Project Director | 20 % |

**6** AWARD PERIODS

|  |  |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2027 |
| PERFORMANCE PERIOD | 08/01/2022 - 07/31/2027 |

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

|  |  |
|---|---|
| THIS ACTION | $720,641.00 |
| BUDGET PERIOD | $720,641.00 |
| PERFORMANCE PERIOD | $3,799,419.00 |

**8** ADMINISTRATIVE INFORMATION

|  |  |
|---|---|
| UEI | KABJZBBJ4B54 |
| REGULATIONS | CFR PART 74 |
|  | EDGAR AS APPLICABLE |
|  | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , D072026 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

|  |  |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $720,641.00 |

ED00185

R305A220107 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | |
|---|---|
| PR/AWARD NUMBER: | R305A220107 - 26 |
| RECIPIENT NAME: | Regents of the University of Minnesota |
| GRANTEE NAME: | REGENTS OF THE UNIVERSITY OF MINNESOTA |
| | 2221 UNIVERSITY AVE SE STE 100, |
| | MINNEAPOLIS, MN 55414 - 3074 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 55% |

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT
DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED
AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM
REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD
APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5
MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS
REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN
120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329
(BLOCK 6).

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the
Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part
200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number
(FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN.
If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned
PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a
subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and
objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not
include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided
through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through
entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion
of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that
support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or
services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based
organizations (FBOs) that provide beneficiary services under this grant or under a contract you award

ED00186



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

ED00187



US Department of Education
Washington, D.C. 20202

R305A220107 - 26

# GRANT AWARD NOTIFICATION

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

(9)   General Condition

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

ED00188

R305A220107 - 26

### US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

COURTNEY POLLACK   Digitally signed by COURTNEY POLLACK
Date: 2026.07.29 10:32:33 -04'00'

———————————————————————————————   ———————————

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

ED00189

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**    Unique items of information that identify this notification.

**PR/AWARD NUMBER -**    A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**    A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**    Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00190

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00191

R305A230396 - 26

Stanley Garbacz
The Board of Regents of the University of Wisconsin System
1025 W Johnson St
316e Educational Sciences
Madison, WI 53706 - 1706

ED00192

R305A230396 - 26

Christy A Schultz
The Board of Regents of the University of Wisconsin System
Suite 6401
21 N Park St
Madison, WI 53715

ED00193



R305A230396 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>The Board of Regents of the University of Wisconsin System<br>Suite 6401<br>21 N Park St<br>Madison, WI 53715 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER   R305A230396 - 26<br>ACTION NUMBER   7<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>  Stanley Garbacz    (608) 265-8535<br>  sgarbacz@wisc.edu<br>EDUCATION PROGRAM CONTACT<br>  Jacquelyn A Buckley   (202) 804-7471<br>  JACQUELYN.BUCKLEY@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.305A<br>Promoting Family-School Collaboration in Positive Behavioral Interventions and Supports |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Stanley Garbacz | Project Director | 15 % |
| Aydin Bal | CO-PI | 9 % |
| Markeda Newell | CO-PI | 5 % |
| Thomas Kratochwill | CO-INVESTIGATOR | 5 % |

**6** AWARD PERIODS

        BUDGET PERIOD     07/01/2026 - 06/30/2027
  PERFORMANCE PERIOD    07/01/2023 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

          THIS ACTION    $470,409.00
       BUDGET PERIOD    $470,409.00
  PERFORMANCE PERIOD   $1,999,995.00

**8** ADMINISTRATIVE INFORMATION

           UEI    LCLSJAGTNZQ7
    REGULATIONS    CFR PART 74
                 EDGAR AS APPLICABLE
                 2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:          PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
  PROGRAM TITLE:     EDUCATION RESEARCH
  CFDA/SUBPROGRAM NO:   84.305A

ED00194

R305A230396 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $470,409.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A230396 - 26 |
| RECIPIENT NAME: | The Board of Regents of the University of Wisconsin System |
| GRANTEE NAME: | UNIVERSITY OF WISCONSIN SYSTEM |
| | 21 N PARK ST STE 6301, |
| | MADISON, WI 53715 - 1218 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 55.5% |

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00195

R305A230396 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00196

R305A230396 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK   Digitally signed by COURTNEY POLLACK
Date: 2026.06.24 14:30:31 -04'00'

_____   _____

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00197

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

    **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00198

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00199

R305A230397 - 26
Amy Crosson
The Pennsylvania State University
110 Technology Center Building
University Park, PA 16802

ED00200

R305A230397 - 26

Robin B Riglin
The Pennsylvania State University
110 Technology Center Building
University Park, PA 16802

ED00201



R305A230397 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| The Pennsylvania State University<br>110 Technology Center Building<br>University Park, PA 16802 | PR/AWARD NUMBER R305A230397 - 26<br>ACTION NUMBER 8<br>ACTION TYPE Continuation<br>AWARD TYPE Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Amy Crosson           (814) 865-3351<br>  acc245@psu.edu<br>EDUCATION PROGRAM CONTACT<br>  Amy Sussman          (202) 804-7491<br>  amy.sussman@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK     888-336-8930<br>  obssed@servicenowservices.com | 84.305A<br>Words as Tools: Vocabulary Development for Emergent<br>Bilinguals for Science and Beyond |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Amy Crosson | Project Director | 39 % |
| Pui wa Lei | CO-PI | 8 % |
| Dianna Townsend | CO-PI | 42 % |
| Elizabeth Leger | CO-INVESTIGATOR | 6 % |

**6** AWARD PERIODS

|  |  |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2023 - 06/30/2027 |

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

|  |  |
|---|---|
| THIS ACTION | $606,423.00 |
| BUDGET PERIOD | $606,423.00 |
| PERFORMANCE PERIOD | $1,999,863.00 |

**8** ADMINISTRATIVE INFORMATION

|  |  |
|---|---|
| UEI | NPM2J7MSCF61 |
| REGULATIONS | CFR PART 74 |
|  | EDGAR AS APPLICABLE |
|  | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

|  |  |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00202

R305A230397 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $606,423.00 |

PR/AWARD NUMBER:                R305A230397 - 26

RECIPIENT NAME:                 The Pennsylvania State University

GRANTEE NAME:                   THE PENNSYLVANIA STATE UNIVERSITY

                                201 OLD MAIN,

                                UNIVERSITY PARK, PA 16802 - 1503

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     26%

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00203

R305A230397 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00204

R305A230397 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AMY SUSSMAN          Digitally signed by AMY SUSSMAN
                     Date: 2026.06.24 14:57:03 -04'00'

_____          _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00205

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants** (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00206

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00207

R305A230399 - 26
Kent McIntosh
University of Oregon
1235 University of Oregon
Eugene, OR 97403 - 1235

ED00208

R305A230399 - 26

Cassandra Moseley
University of Oregon
5219 University of Oregon
Eugene, OR 97403

ED00209



R305A230399 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

University of Oregon
5219 University of Oregon
Eugene, OR 97403

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A230399 - 26 |
| ACTION NUMBER | 9 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Kent McIntosh          (541) 346-2340
kentm@uoregon.edu
EDUCATION PROGRAM CONTACT
Jacquelyn A Buckley     (202) 804-7471
JACQUELYN.BUCKLEY@ED.GOV
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK     888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
ReACT Initial Efficacy: Testing the Effects of a Promising Intervention to Achieve Equity in School Discipline

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Erik Girvan | CO-PI | 12 % |
| Kent McIntosh | Project Director | 15 % |
| Keith Smolkowski | CO-PI | 10 % |
| Kim St Martin | CO-PI | 15 % |
| Ambra Green | CO-PI | 10 % |
| Gulcan Cil | CO-PI | 5 % |

**6** AWARD PERIODS

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2023 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 5 | 07/01/2027 - 06/30/2028 | $681,053.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $764,933.00 |
| BUDGET PERIOD | $764,933.00 |
| PERFORMANCE PERIOD | $3,118,947.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | Z3FGN9MF92U2 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:      EDUCATION RESEARCH

ED00210

R305A230399 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $764,933.00 |

PR/AWARD NUMBER:        R305A230399 - 26

RECIPIENT NAME:        University of Oregon

GRANTEE NAME:        UNIVERSITY OF OREGON

1776 E 13TH AVE,

EUGENE, OR 97403 - 1905

PROGRAM INDIRECT COST TYPE:        Unrestricted

PROJECT INDIRECT COST RATE:        47.5%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00211



R305A230399 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00212

R305A230399 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00213

R305A230399 - 26

**US Department of Education**
**Washington, D.C. 20202**

## GRANT AWARD NOTIFICATION

EMILY WEAVER    Digitally signed by EMILY WEAVER
Date: 2026.06.24 14:30:05 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                                    **DATE**

Ver. 1

ED00214

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00215

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00216

R305A230401 - 26

Joseph Krajcik
Michigan State University
UNIVERSITY
ERICKSON HALL
620 FARM LN RM 115
EAST LANSING, MI 48824 - 0000

ED00217

R305A230401 - 26

Katherine Cook
Michigan State University
UNIVERSITY
426 Auditorium Road Room 2
East Lansing, MI 48824

ED00218



R305A230401 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1  RECIPIENT NAME**

Michigan State University
UNIVERSITY
426 Auditorium Road Room 2
East Lansing, MI 48824

**2  AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R305A230401 - 26 |
| ACTION NUMBER | 9 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3  PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Joseph Krajcik          (517) 432-0816
krajcik@msu.edu
EDUCATION PROGRAM CONTACT
Elizabeth R Albro       (202) 245-8495
ELIZABETH.ALBRO@ED.GOV
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK       888-336-8930
obssed@servicenowservices.com

**4  PROJECT TITLE**

84.305A
Exploring Students' Progression in developing Quantitative Knowledge-in-Use about Energy

**5  KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Knut Neumann | CO-PI | 5 % |
| David Fortus | CO-PI | 17 % |
| Jeff Nordine | CO-PI | 17 % |
| Joseph Krajcik | Project Director | 9 % |

**6  AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2027 |
| PERFORMANCE PERIOD | 08/01/2023 - 07/31/2027 |

FUTURE BUDGET PERIODS

N/A

**7  AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $587,697.74 |
| BUDGET PERIOD | $587,697.74 |
| PERFORMANCE PERIOD | $1,999,773.19 |

**8  ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | R28EKN92ZTZ9 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , D072026 , GE1 , GE2 , GE3 , GE4 |

**9  LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00219

R305A230401 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $587,697.74 |

PR/AWARD NUMBER:  R305A230401 - 26

RECIPIENT NAME:  Michigan State University
UNIVERSITY

GRANTEE NAME:  MICHIGAN STATE UNIVERSITY

426 AUDITORIUM RD RM 360,

EAST LANSING, MI 48824 - 2600

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  56.5%

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00220

R305A230401 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00221



R305A230401 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

(9) General Condition

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful

ED00222



R305A230401 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

Discrimination, which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

COURTNEY POLLACK      Digitally signed by COURTNEY POLLACK
                      Date: 2026.07.29 10:29:09 -04'00'

———————————————————————————     ——————————

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

ED00223

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**       (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

> **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

> **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

> **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

> **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

> **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

> **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

> **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

> **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

> **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

> **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

> **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

> **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

> **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

> **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

> **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

> **UEI -**        The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00224

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00225

R305A230402 - 26

Yang Caroline Wang
Education Analytics, Inc.
110 E Main St
Suite 1000
Madison, WI 53703

ED00226

R305A230402 - 26

Elizabeth L Pier
Education Analytics, Inc.
110 E Main St
Suite 1000
Madison, WI 53703

ED00227



R305A230402 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

Education Analytics, Inc.
110 E Main St
Suite 1000
Madison, WI 53703

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A230402 - 26 |
| ACTION NUMBER | 10 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Yang Caroline Wang
  cwang@edanalytics.org
EDUCATION PROGRAM CONTACT
  Jacquelyn A Buckley    (202) 804-7471
  JACQUELYN.BUCKLEY@ED.GOV
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
Refinement and Validation of a Large-Scale Panel Survey of Students' Social-Emotional Learning in Grades 4 through 12 in the COVID Era

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Robert H Meyer | CO-PI | 10 % |
| Daniel M Bolt | CO-PI | 10 % |
| Katerina Schenke | CO-INVESTIGATOR | 20 % |
| Benjamin Domingue | PACE liaison | 1 % |
| Yang Caroline Wang | Project Director | 38 % |
| Alix Gallagher | PACE liaison | 3 % |

**6** AWARD PERIODS

      BUDGET PERIOD    07/01/2026 - 06/30/2027
  PERFORMANCE PERIOD    07/01/2023 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $462,291.00 |
| BUDGET PERIOD | $462,291.00 |
| PERFORMANCE PERIOD | $1,925,622.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | N68HXDFMKZ43 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:      EDUCATION RESEARCH

ED00228



R305A230402 - 26

# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $462,291.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A230402 - 26 |
| RECIPIENT NAME: | Education Analytics, Inc. |
| GRANTEE NAME: | EDUCATION ANALYTICS, INC. |
| | 110 E MAIN ST STE 1000, |
| | MADISON, WI 53703 - 4222 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 31% |

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;

ED00229



R305A230402 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00230

R305A230402 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK   Digitally signed by COURTNEY POLLACK
Date: 2026.06.24 14:27:46 -04'00'

_____   _____

**AUTHORIZING OFFICIAL**   **DATE**

Ver. 1

ED00231

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00232

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00233



R305A230404 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| The University of North Carolina at Greensboro<br>ORE<br>1111 Spring Garden Street<br>Suite 2601, Room 2702 MHRA Building<br>Greensboro, NC 27412 | PR/AWARD NUMBER    R305A230404 - 26<br>ACTION NUMBER    12<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>   Julie Edmunds      (336) 315-7415<br>   jedmunds@serve.org<br>EDUCATION PROGRAM CONTACT<br>   Akilah Nelson      (202) 804-7493<br>   akilah.nelson@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK    888-336-8930<br>   obssed@servicenowservices.com | 84.305A<br>The Transfer of College Credits Earned in High School |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Christine Mulhern | CO-PI | 4 % |
| Brian Phillips | CO-PI | 13 % |
| Julie Edmunds | Project Director | 15 % |
| Audrey Jaeger | CO-PI | 7 % |
| Jason Lee | CO-INVESTIGATOR | 7 % |

**6** AWARD PERIODS

     BUDGET PERIOD      07/01/2026 - 06/30/2027
     PERFORMANCE PERIOD      07/01/2023 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

     THIS ACTION      $453,906.00
     BUDGET PERIOD      $453,906.00
     PERFORMANCE PERIOD      $1,699,825.00

**8** ADMINISTRATIVE INFORMATION

     UEI      C13DF16LC3H4
     REGULATIONS      CFR PART 74
         EDGAR AS APPLICABLE
         2 CFR AS APPLICABLE
     ATTACHMENTS      2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

     AUTHORITY:      PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
     PROGRAM TITLE:      EDUCATION RESEARCH
     CFDA/SUBPROGRAM NO:      84.305A

ED00234

R305A230404 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $453,906.00 |

PR/AWARD NUMBER:     R305A230404 - 26

RECIPIENT NAME:      The University of North Carolina at Greensboro
                     ORE

GRANTEE NAME:        UNIVERSITY OF NORTH CAROLINA AT GREENSBORO

                     1000 SPRING GARDEN ST,

                     GREENSBORO, NC 27412 - 5068

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    26%

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00235



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00236

US Department of Education
Washington, D.C. 20202

R305A230404 - 26

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AKILAH NELSON   Digitally signed by AKILAH NELSON
Date: 2026.06.24 14:36:17 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

ED00237

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00238

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00239

R305A230405 - 26

Trina Spencer

Univ. of Kansas Center for Research, Inc.

Juniper Gardens Children's Project

444 Minnesota Avenue, Suite 300

Kansas City, KS 66101 - 2941

ED00240

R305A230405 - 26

Alicia Reed
Univ. of Kansas Center for Research, Inc.
2385 Irving Hill Road
Lawrence, KS 66045 - 7568

ED00241



R305A230405 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 RECIPIENT NAME | 2 AWARD INFORMATION |
|---|---|
| Univ. of Kansas Center for Research, Inc. 2385 Irving Hill Road Lawrence, KS 66045 - 7568 | PR/AWARD NUMBER R305A230405 - 26<br>ACTION NUMBER 7<br>ACTION TYPE Continuation<br>AWARD TYPE Discretionary (Research and Development) |

| 3 PROJECT STAFF | 4 PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>Trina Spencer (913) 321-3143<br>trinaspencer@ku.edu<br>EDUCATION PROGRAM CONTACT<br>Amy Sussman (202) 804-7491<br>amy.sussman@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK 888-336-8930<br>obssed@servicenowservices.com | 84.305A<br>Education Research Program |

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Trina Spencer | Project Director | 18 % |
| Howard Goldstein | CO-PI | 10 % |
| Jack Drobisz | CO-INVESTIGATOR | 27 % |
| Lise Fox | Early Childhood Social Emotional Expert | 5 % |
| Lisa Lopez | Early Childhood Cultural Responsive Edu. Expert | 2 % |

**6 AWARD PERIODS**

BUDGET PERIOD 07/01/2026 - 06/30/2027
PERFORMANCE PERIOD 10/26/2023 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

THIS ACTION $594,537.00
BUDGET PERIOD $594,537.00
PERFORMANCE PERIOD $1,999,914.00

**8 ADMINISTRATIVE INFORMATION**

UEI SSUJB3GSH8A5
REGULATIONS CFR PART 74
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY: PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE: EDUCATION RESEARCH

ED00242



R305A230405 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $594,537.00 |

PR/AWARD NUMBER:            R305A230405 - 26

RECIPIENT NAME:             Univ. of Kansas Center for Research, Inc.

GRANTEE NAME:              UNIVERSITY OF KANSAS CENTER FOR RESEARCH INC

2385 IRVING HILL RD,

LAWRENCE, KS 66045 - 7563

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    27.5%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT
DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED
AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM
REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD
APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5
MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS
REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN
120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329
(BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the
Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part
200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number
(FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN.
If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned
PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a
subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and
objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not
include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided
through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through
entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion
of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that
support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;

ED00243



US Department of Education
Washington, D.C. 20202

R305A230405 - 26

# GRANT AWARD NOTIFICATION

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00244

R305A230405 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AMY SUSSMAN

Digitally signed by AMY SUSSMAN
Date: 2026.06.24 15:12:02 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                                              **DATE**

Ver. 1

ED00245

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**            The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00246

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00247

R305A240016 - 26
Deborah Reed
The University of Tennessee
ORIED
915 Volunteer Blvd
Knoxville, TN 37996 - 4400

ED00248

R305A240016 - 26

Allyson Graves
The University of Tennessee
ORIED
1534 White Avenue
Blount Hall
Knoxville, TN 37996

ED00249

R305A240016 - 26



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | The University of Tennessee<br>ORIED<br>1534 White Avenue<br>Blount Hall<br>Knoxville, TN 37996 | | PR/AWARD NUMBER   R305A240016 - 26<br>ACTION NUMBER   7<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Deborah Reed    (865) 974-6281<br>  dreed20@utk.edu<br>EDUCATION PROGRAM CONTACT<br>  Elizabeth R Albro    (202) 245-8495<br>  ELIZABETH.ALBRO@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | | 84.305A<br>A Meta-Analysis of Summer Reading Benefits and Losses in Grades K-5 |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Oluwaseun Farotimi | Co-Investigator | 10 % |
| Terri Pigott | CO-PI | 9 % |
| Deborah Reed | Project Director | 20 % |
| Anna S Gibbs | CO-INVESTIGATOR | 20 % |

**6** AWARD PERIODS

|  |  |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2028 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $317,155.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $510,053.00 |
| BUDGET PERIOD | $510,053.00 |
| PERFORMANCE PERIOD | $1,382,581.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | FN2YCS2YAUW3 |
| REGULATIONS | CFR PART 74<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00250



R305A240016 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $510,053.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A240016 - 26 |
| RECIPIENT NAME: | The University of Tennessee ORIED |
| GRANTEE NAME: | UNIVERSITY OF TENNESSEE |
| | 201 ANDY HOLT TOWER, |
| | KNOXVILLE, TN 37996 - 0001 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 53% |

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER

ED00251



US Department of Education
Washington, D.C. 20202

R305A240016 - 26

# GRANT AWARD NOTIFICATION

(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY
ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE
APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY;
AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET
THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR
OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE
REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN
THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5
MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE
IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY
TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE
RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY
TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based
organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide
beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on
FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and
2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including
FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you
have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this
GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations.
These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness
of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES
logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used
to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white
papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and
approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will
be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to
all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission
from the commissioner of the research center from which the grant was awarded as well as the IES communications
office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the
Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED00252



R305A240016 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00253

R305A240016 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

KATHERINE TAYLOR  Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 14:11:47 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                                **DATE**

Ver. 1

ED00254

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**  The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00255

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00256

R305A240031 - 26
Benjamin Backes
American Institutes for Research
1400 Crystal Drive, 10th Floor
Arlington, VA 22202 - 3289

R305A240031 - 26

Kate Haaf
American Institutes for Research
1400 Crystal Drive, 10th Floor
Arlington, VA 22202

ED00258



R305A240031 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| American Institutes for Research<br>1400 Crystal Drive, 10th Floor<br>Arlington, VA 22202 | PR/AWARD NUMBER   R305A240031 - 26<br>ACTION NUMBER   8<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Benjamin Backes   (202) 403-6152<br>  bbackes@air.org<br>EDUCATION PROGRAM CONTACT<br>  Katherine Taylor   (202) 987-0071<br>  Katherine.Taylor@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | 84.305A<br>Understanding Lasting Teacher Impacts |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| James Cowan | CO-PI | 25 % |
| Dan Goldhaber | Advisor | 3 % |
| Benjamin Backes | Project Director | 25 % |

**6** AWARD PERIODS

        BUDGET PERIOD   07/01/2026 - 06/30/2027
   PERFORMANCE PERIOD   07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $358,695.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $350,010.00 |
| BUDGET PERIOD | $350,010.00 |
| PERFORMANCE PERIOD | $998,399.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | MCN6J5L6M3T4 |
| REGULATIONS | CFR PART 74<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00259



R305A240031 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $350,010.00 |

**10**

PR/AWARD NUMBER:          R305A240031 - 26

RECIPIENT NAME:          American Institutes for Research

GRANTEE NAME:          AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES
1400 CRYSTAL DR FL 10,
ARLINGTON, VA 22202 - 3289

PROGRAM INDIRECT COST TYPE:          Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00260

R305A240031 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00261



**US Department of Education**
**Washington, D.C. 20202**

R305A240031 - 26

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00262

R305A240031 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 13:44:18 -04'00'

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED00263

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00264

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00265

R305A240039 - 26

Tyler Smith

The Curators of the University of Missouri

Research, Innovation & Impact

218 Hill Hall

Columbia, MO 65211 - 2180

ED00266

R305A240039 - 26

Hannah Brune
The Curators of the University of Missouri
Research, Innovation & Impact
601 Turner Avenue
Turner Avenue Garage, Rm 201
Columbia, MO 65211

ED00267

R305A240039 - 26



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** | RECIPIENT NAME

The Curators of the University of Missouri
Research, Innovation & Impact
601 Turner Avenue
Turner Avenue Garage, Rm 201
Columbia, MO 65211

**2** | AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A240039 - 26 |
| ACTION NUMBER | 5 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** | PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
    Tyler Smith                    (573) 882-7738
    smithtyle@missouri.edu
EDUCATION PROGRAM CONTACT
    Jacquelyn A Buckley        (202) 804-7471
    JACQUELYN.BUCKLEY@ED.GOV
EDUCATION PAYMENT HOTLINE
    G5 PAYEE HELPDESK        888-336-8930
    obssed@servicenowservices.com

**4** | PROJECT TITLE

84.305A
Supporting Teachers in Engaging Parents in Middle School (Mid-STEP): The Development of a Training Curriculum and Coaching Model

**5** | KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| David Aguayo | CO-PI | 25 % |
| Tyler Smith | Project Director | 30 % |
| Shannon Holmes | CO-PI | 23 % |
| Keith Herman | CO-PI | 10 % |
| Wendy Reinke | CO-PI | 10 % |

**6** | AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2027 |
| PERFORMANCE PERIOD | 08/01/2024 - 07/31/2028 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 08/01/2027 - 07/31/2028 | $626,138.00 |

**7** | AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $478,327.00 |
| BUDGET PERIOD | $478,327.00 |
| PERFORMANCE PERIOD | $1,373,861.00 |

**8** | ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | LBFJB8N7LME3 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , D072026 , GE1 , GE2 , GE3 , GE4 |

**9** | LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |

ED00268



R305A240039 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:          84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $478,327.00 |

**10**

PR/AWARD NUMBER:              R305A240039 - 26

RECIPIENT NAME:              The Curators of the University of Missouri
                            Research, Innovation & Impact

GRANTEE NAME:               UNIVERSITY OF MISSOURI SYSTEM
                            118 UNIVERSITY HALL,
                            COLUMBIA, MO 65211 - 3020

PROGRAM INDIRECT COST TYPE:   Unrestricted
PROJECT INDIRECT COST RATE:   56.5%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00269



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00270



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful

ED00271



R305A240039 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

(9)    General Condition

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

ED00272

**US Department of Education**
**Washington, D.C. 20202**

R305A240039 - 26

# GRANT AWARD NOTIFICATION

JACQUELYN BUCKLEY

Digitally signed by JACQUELYN BUCKLEY
Date: 2026.07.29 12:02:38 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00273

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00274

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00275

R305A240041 - 26
Laura Giuliano
National Bureau of Economic Research
1156 High Street
Santa Cruz, CA 95064

ED00276

R305A240041 - 26

Alterra Milone
National Bureau of Economic Research
1050 Massachusetts Avenue
Cambridge, MA 02138

ED00277



R305A240041 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>National Bureau of Economic Research<br>1050 Massachusetts Avenue<br>Cambridge, MA 02138 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER   R305A240041 - 26<br>ACTION NUMBER   5<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>  Laura Giuliano    (831) 459-4248<br>  lgiulian@ucsc.edu<br>EDUCATION PROGRAM CONTACT<br>  Nathan Jones    (202) 708-5954<br>  nathan.jones@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.305A<br>A Generalized Analysis of the Direct and Spillover Effects of Test-based Retention Policies |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Laura Giuliano | Project Director | 17 % |
| David Card | CO-PI | 8 % |
| Damon Clark | CO-PI | 17 % |
| Umut Ozek | CO-PI | 20 % |

**6** AWARD PERIODS

|  |  |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2027 |

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

|  |  |
|---|---|
| THIS ACTION | $528,621.00 |
| BUDGET PERIOD | $528,621.00 |
| PERFORMANCE PERIOD | $1,681,417.00 |

**8** ADMINISTRATIVE INFORMATION

|  |  |
|---|---|
| UEI | GT28BRBA2Q49 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

|  |  |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00278

R305A240041 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $528,621.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A240041 - 26 |
| RECIPIENT NAME: | National Bureau of Economic Research |
| GRANTEE NAME: | NATIONAL BUREAU OF ECONOMIC RESEARCH INC |
| | 1050 MASSACHUSETTS AVE, |
| | CAMBRIDGE, MA 02138 - 5359 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 74% |

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00279



R305A240041 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00280

R305A240041 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 13:47:37 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                      **DATE**

Ver. 1

ED00281

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**           The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00282

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00283

R305A240078 - 26

Benjamin Dalton

Research Triangle Institute

3040 E. Cornwallis Road

PO Box 12194

Research Triangle Park, NC 27709 - 2194

R305A240078 - 26

Maja Winton
Research Triangle Institute
3040 E. Cornwallis Road
PO Box 12194
Research Triangle Park, NC 27709

R305A240078 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

Research Triangle Institute
3040 E. Cornwallis Road
PO Box 12194
Research Triangle Park, NC 27709

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A240078 - 26 |
| ACTION NUMBER | 8 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary |
| | (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Benjamin Dalton          (919) 541-7728
  bdalton@rti.org
EDUCATION PROGRAM CONTACT
  Shirley Huang          (202) 453-7777
  shirley.huang@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK      888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
High School CTE Credentials and Postsecondary Outcomes in
Pennsylvania: Implementation, Impact, and Cost

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Benjamin Dalton | Project Director | 27 % |
| Sandra Staklis | CO-PI | 24 % |
| Jay Plasman | CO-PI | 23 % |
| Kathleen McNally | CO-INVESTIGATOR | 8 % |

**6** AWARD PERIODS

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $595,407.83 |
| 5 | 07/01/2028 - 06/30/2029 | $1,145,907.89 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $410,531.17 |
| BUDGET PERIOD | $410,531.17 |
| PERFORMANCE PERIOD | $2,144,589.52 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | JJHCMK4NT5N3 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:               PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:           EDUCATION RESEARCH

ED00286

R305A240078 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:          84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $410,531.17 |

PR/AWARD NUMBER:          R305A240078 - 26

RECIPIENT NAME:          Research Triangle Institute

GRANTEE NAME:          RESEARCH TRIANGLE INSTITUTE

3040 CORNWALLIS RD,

DURHAM, NC 27709 - 0155

PROGRAM INDIRECT COST TYPE:          Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00287



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00288



R305A240078 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00289

R305A240078 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

SHIRLEY HUANG  Digitally signed by SHIRLEY HUANG
Date: 2026.06.24 14:16:07 -04'00'

**AUTHORIZING OFFICIAL**                                  **DATE**

Ver. 1

ED00290

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

    **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00291

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00292

R305A240080 - 26
Amanda Williford
The Rector & Visitors of the University of Virginia
405 Emmet St S
Charlottesville, VA 22903 - 4833

ED00293

R305A240080 - 26

Catherine Thompson
The Rector & Visitors of the University of Virginia
1001 N. Emmet St.
Charlottesville, VA 22903

R305A240080 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| The Rector & Visitors of the University of Virginia<br>1001 N. Emmet St.<br>Charlottesville, VA 22903 | PR/AWARD NUMBER   R305A240080 - 26<br>ACTION NUMBER   10<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Amanda Williford      (434) 243-9553<br>  apw2c@virginia.edu<br>EDUCATION PROGRAM CONTACT<br>  Amy Sussman      (202) 804-7491<br>  amy.sussman@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.305A<br>Evaluating the Impact of the STREAMin3 Curriculum to Improve the Quality of Children's Early Learning Experiences and their School Readiness Skills |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Amanda Williford | Project Director | 10 % |
| Virginia Vitiello | CO-PI | 5 % |
| Jamie DeCoster | Metholodogist | 5 % |
| Vivian Wong | Methodologist | 2 % |

**6** AWARD PERIODS

        BUDGET PERIOD      07/01/2026 - 06/30/2027
    PERFORMANCE PERIOD      07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $433,275.00 |
| 5 | 07/01/2028 - 06/30/2029 | $452,659.00 |

**7** AUTHORIZED FUNDING

           THIS ACTION      $1,073,881.00
          BUDGET PERIOD      $1,073,881.00
     PERFORMANCE PERIOD      $3,112,611.00

**8** ADMINISTRATIVE INFORMATION

            UEI      JJG6HU8PA4S5
     REGULATIONS      CFR PART 74
                    EDGAR AS APPLICABLE
                    2 CFR AS APPLICABLE
     ATTACHMENTS      2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

    AUTHORITY:                 PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
    PROGRAM TITLE:          EDUCATION RESEARCH

ED00295

R305A240080 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $1,073,881.00 |

PR/AWARD NUMBER:           R305A240080 - 26

RECIPIENT NAME:            The Rector & Visitors of the University of Virginia

GRANTEE NAME:              RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA

1001 EMMET ST N,

CHARLOTTESVILLE, VA 22903 - 4833

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    61.5%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00296



R305A240080 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00297



US Department of Education
Washington, D.C. 20202

R305A240080 - 26

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00298

R305A240080 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AMY SUSSMAN   Digitally signed by AMY SUSSMAN
Date: 2026.06.24 14:46:18 -04'00'

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00299

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

  **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

  **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

  **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

  **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

  **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

  **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

  **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

  **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

  **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

  **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

  **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

  **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

  **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

  **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

  **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

  **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00300

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00301

R305A240087 - 26

Erin Chaparro
University of Oregon
1235 University of Oregon

Eugene, OR 97403 - 5219

ED00302

R305A240087 - 26

AR Razdan
University of Oregon
5219 University of Oregon
Eugene, OR 97403

ED00303



R305A240087 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1  RECIPIENT NAME**

University of Oregon
5219 University of Oregon
Eugene, OR 97403

**2  AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R305A240087 - 26 |
| ACTION NUMBER | 5 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3  PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Erin Chaparro                (541) 346-6496
echaparr@uoregon.edu
EDUCATION PROGRAM CONTACT
Jacquelyn A Buckley          (202) 804-7471
JACQUELYN.BUCKLEY@ED.GOV
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK      888-336-8930
obssed@servicenowservices.com

**4  PROJECT TITLE**

84.305A
TIPS (Team-Initiated Problem Solving) Evaluation: An Effectiveness Replication of a Widely-Used Problem-Solving Process for Data Teams Implementing Schoolwide Behavior Supports

**5  KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Keith Smolkowski | CO-PI | 10 % |
| Erin Chaparro | Project Director | 35 % |
| Jeff Gau | CO-INVESTIGATOR | 25 % |

**6  AWARD PERIODS**

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $739,325.00 |
| 5 | 07/01/2028 - 06/30/2029 | $640,280.00 |

**7  AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $891,812.00 |
| BUDGET PERIOD | $891,812.00 |
| PERFORMANCE PERIOD | $2,620,394.00 |

**8  ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | Z3FGN9MF92U2 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9  LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00304



US Department of Education
Washington, D.C. 20202

R305A240087 - 26

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $891,812.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A240087 - 26 |
| RECIPIENT NAME: | University of Oregon |
| GRANTEE NAME: | UNIVERSITY OF OREGON |
| | 1776 E 13TH AVE, |
| | EUGENE, OR 97403 - 1905 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 49% |

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00305

R305A240087 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00306



**US Department of Education**
**Washington, D.C. 20202**

R305A240087 - 26

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00307

R305A240087 - 26

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

SHIRLEY HUANG    Digitally signed by SHIRLEY HUANG
Date: 2026.06.24 14:37:42 -04'00'

**AUTHORIZING OFFICIAL**                     **DATE**

Ver. 1

ED00308

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00309

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00310

R305A240106 - 26
Margaret Sibley
Seattle Children's Hospital
1920 Terry Ave
Seattle, WA 98101 - 1309

ED00311

R305A240106 - 26

Eric Tham
Seattle Children's Hospital
4800 Sand Point Way NE
Seattle, WA 98105

ED00312



R305A240106 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Seattle Children's Hospital<br>4800 Sand Point Way NE<br>Seattle, WA 98105 | PR/AWARD NUMBER  R305A240106 - 26<br>ACTION NUMBER  5<br>ACTION TYPE  Continuation<br>AWARD TYPE  Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Margaret Sibley          (206) 884-1424<br>  margaret.sibley@seattlechildrens.org<br>EDUCATION PROGRAM CONTACT<br>  Jacquelyn A Buckley     (202) 804-7471<br>  JACQUELYN.BUCKLEY@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK     888-336-8930<br>  obssed@servicenowservices.com | 84.305A<br>Updating School-Based Measurement of Organization, Time Management, and Planning Skills for the Modern Secondary Classroom |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Stephen P Becker | CO-PI | 10 % |
| Melissa R Dvorsky | CO-PI | 20 % |
| Stefany J Coxe | CO-INVESTIGATOR | 5 % |
| Margaret Sibley | Project Director | 15 % |

**6** AWARD PERIODS

|  |  |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2027 |

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

|  |  |
|---|---|
| THIS ACTION | $384,229.00 |
| BUDGET PERIOD | $384,229.00 |
| PERFORMANCE PERIOD | $1,999,369.00 |

**8** ADMINISTRATIVE INFORMATION

|  |  |
|---|---|
| UEI | SZ32VTCXM799 |
| REGULATIONS | CFR PART 74<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

|  |  |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00313

R305A240106 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $384,229.00 |

PR/AWARD NUMBER:     R305A240106 - 26

RECIPIENT NAME:     Seattle Children's Hospital

GRANTEE NAME:     SEATTLE CHILDREN'S HOSPITAL

4800 SAND POINT WAY NE,

SEATTLE, WA 98105 - 3901

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     76%

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00314

R305A240106 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00315

R305A240106 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK    Digitally signed by COURTNEY POLLACK
Date: 2026.06.24 14:34:40 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

ED00316

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00317

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00318

R305A240113 - 26

Sara Schmitt
University of Oregon
c/o Sponsored Projects Services
5219 University of Oregon
Eugene, OR 97403 - 5219

R305A240113 - 26

Alec Caldwell
University of Oregon
c/o Sponsored Projects Services
5219 University of Oregon
Eugene, OR 97403

ED00320



R305A240113 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of Oregon<br>c/o Sponsored Projects Services<br>5219 University of Oregon<br>Eugene, OR 97403 | PR/AWARD NUMBER   R305A240113 - 26<br>ACTION NUMBER    8<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Sara Schmitt         (541) 346-3630
  sschmitt@uoregon.edu
EDUCATION PROGRAM CONTACT
  Amy Sussman        (202) 804-7491
  amy.sussman@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
An Initial Efficacy Trial of the Early Learning Matters (ELM) Curriculum

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Courtenay Barrett | CO-PI | 5 % |
| Gary Bingham | CO-PI | 15 % |
| David Purpura | CO-PI | 8 % |
| Hope Gerde | CO-PI | 17 % |
| Robert Duncan | CO-PI | 4 % |
| Elizabeth Schlesinger Devlin | CO-INVESTIGATOR | 6 % |
| Chanele Robinson Rucker | CO-INVESTIGATOR | 8 % |
| Sara Schmitt | Project Director | 15 % |

**6** AWARD PERIODS

        BUDGET PERIOD    07/01/2026 - 06/30/2027
    PERFORMANCE PERIOD    07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $1,177,192.00 |
| 5 | 07/01/2028 - 06/30/2029 | $204,422.00 |

**7** AUTHORIZED FUNDING

           THIS ACTION    $1,195,682.00
        BUDGET PERIOD    $1,195,682.00
    PERFORMANCE PERIOD    $2,616,315.00

**8** ADMINISTRATIVE INFORMATION

           UEI    Z3FGN9MF92U2
    REGULATIONS    CFR PART 74
                EDGAR AS APPLICABLE
                2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

ED00321

R305A240113 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**9** LEGISLATIVE AND FISCAL DATA

    AUTHORITY:                      PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
    PROGRAM TITLE:             EDUCATION RESEARCH
    CFDA/SUBPROGRAM NO:     84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $1,195,682.00 |

**10** PR/AWARD NUMBER:            R305A240113 - 26

RECIPIENT NAME:           University of Oregon

GRANTEE NAME:            UNIVERSITY OF OREGON

                                  1776 E 13TH AVE,

                                    EUGENE, OR 97403 - 1905

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     49%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND

ED00322



R305A240113 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER

(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND

(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR

(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT

(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND

(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;

2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;

3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;

4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND

5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.

For questions regarding use of the IES visual identity, email iescommunications@ed.gov.

Appropriate and Authorized Use by Grantees

The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.

Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00323



R305A240113 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00324

R305A240113 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.


AMY SUSSMAN          Digitally signed by AMY SUSSMAN
                     Date: 2026.06.24 14:52:46 -04'00'

_____          _____

**AUTHORIZING OFFICIAL**                                       **DATE**

Ver. 1

ED00325

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME** - The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

   **PR/AWARD NUMBER -**   A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -**   A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -**   The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -**   The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00326

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00327

R305A240131 - 26
Elizabeth Cunningham
Regents of the University of Michigan Flint Campus
303 E Kearsley St
Flint, MI 48502

R305A240131 - 26

Joey Burns
Regents of the University of Michigan Flint Campus
303 E Kearsley Street
Flint, MI 48502

ED00329



R305A240131 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1  RECIPIENT NAME**

Regents of the University of Michigan Flint Campus
303 E Kearsley Street
Flint, MI 48502

**2  AWARD INFORMATION**

PR/AWARD NUMBER    R305A240131 - 26
ACTION NUMBER    10
ACTION TYPE    Continuation
AWARD TYPE    Discretionary
(Research and Development)

**3  PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
   Elizabeth Cunningham    (810) 762-3060
   epcunnin@umich.edu
EDUCATION PROGRAM CONTACT
   Katherine Taylor    (202) 987-0071
   Katherine.Taylor@ed.gov
EDUCATION PAYMENT HOTLINE
   G5 PAYEE HELPDESK    888-336-8930
   obssed@servicenowservices.com

**4  PROJECT TITLE**

84.305A
Additive and Multiplicative Learning Progressions: Impacts on Eliciting, Interpreting, and Responding to Student Thinking in the First Years of Teaching

**5  KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Pavel Chernyavskiy | Data Analysis Consultant | 15 % |
| Jeramy Donovan | Researcher | 33 % |
| Traci Kutaka | CO-PI | 21 % |
| Caroline Ebby | CO-PI | 19 % |
| Elizabeth Cunningham | Project Director | 25 % |

**6  AWARD PERIODS**

     BUDGET PERIOD    08/01/2026 - 07/31/2027
PERFORMANCE PERIOD    08/01/2024 - 07/31/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 08/01/2027 - 07/31/2028 | $535,769.00 |

**7  AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $592,074.00 |
| BUDGET PERIOD | $592,074.00 |
| PERFORMANCE PERIOD | $1,163,398.00 |

**8  ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | L8QSLB2KCRE5 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , D072026 , GE1 , GE2 , GE3 , GE4 |

**9  LEGISLATIVE AND FISCAL DATA**

AUTHORITY:      PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:      EDUCATION RESEARCH

ED00330

R305A240131 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:          84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $592,074.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A240131 - 26 |
| RECIPIENT NAME: | Regents of the University of Michigan Flint Campus |
| GRANTEE NAME: | REGENTS OF THE UNIVERSITY OF MICHIGAN |
| | 303 E KEARSLEY ST, |
| | FLINT, MI 48502 - 1907 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 56% |

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00331



R305A240131 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00332



R305A240131 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful

ED00333



R305A240131 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

(9)   General Condition

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

ED00334

**US Department of Education**
**Washington, D.C. 20202**

R305A240131 - 26

## GRANT AWARD NOTIFICATION

KATHERINE TAYLOR  Digitally signed by KATHERINE TAYLOR
Date: 2026.07.29 10:38:11 -04'00'

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

ED00335

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**       (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**           The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00336

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00337

R305A240137 - 26
Lauren Artzi
American Institutes for Research
1400 Crystal Drive
Arlington, VA 22202

ED00338

R305A240137 - 26

Joseph Wagner
American Institutes for Research
1400 Crystal Drive, 10th Floor
Arlington, VA 22202

ED00339



R305A240137 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | American Institutes for Research<br>1400 Crystal Drive, 10th Floor<br>Arlington, VA 22202 | | PR/AWARD NUMBER   R305A240137 - 26<br>ACTION NUMBER   7<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Lauren Artzi          (202) 403-5000<br>  lartzi@air.org<br>EDUCATION PROGRAM CONTACT<br>  Elizabeth R Albro     (202) 245-8495<br>  ELIZABETH.ALBRO@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | | 84.305A<br>Replicating First-Grade Peer-Assisted Learning Strategies in Kindergartens to Strengthen Reading Performance in an Era of Challenging Standards |

### 5 KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Steve Chamberlain | CO-PI | 16 % |
| Douglas Fuchs | CO-PI | 15 % |
| Billie Day | CO-PI | 30 % |
| Lauren Artzi | Project Director | 20 % |

### 6 AWARD PERIODS

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $908,652.00 |
| 5 | 07/01/2028 - 06/30/2029 | $627,820.00 |

### 7 AUTHORIZED FUNDING

THIS ACTION          $880,845.00
BUDGET PERIOD        $880,845.00
PERFORMANCE PERIOD   $2,463,486.00

### 8 ADMINISTRATIVE INFORMATION

UEI          MCN6J5L6M3T4
REGULATIONS  CFR PART 74
             EDGAR AS APPLICABLE
             2 CFR AS APPLICABLE
ATTACHMENTS  2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

### 9 LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:      EDUCATION RESEARCH

ED00340

R305A240137 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $880,845.00 |

PR/AWARD NUMBER:              R305A240137 - 26

RECIPIENT NAME:                American Institutes for Research

GRANTEE NAME:                 AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES
1400 CRYSTAL DR FL 10,
ARLINGTON, VA 22202 - 3289

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00341



R305A240137 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00342



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00343

R305A240137 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

EMILY WEAVER    Digitally signed by EMILY WEAVER
Date: 2026.06.24 14:11:35 -04'00'

_____                    _____

**AUTHORIZING OFFICIAL**                                              **DATE**

Ver. 1

ED00344

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00345

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00346

R305A240147 - 26

Christine Mulhern
RAND Corporation
1776 Main Street
Santa Monica, CA 90401 - 3208

ED00347

R305A240147 - 26

Monika Lagaard
RAND Corporation
1776 Main Street
Santa Monica, CA 90401

ED00348



R305A240147 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1 RECIPIENT NAME**

RAND Corporation
1776 Main Street
Santa Monica, CA 90401

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R305A240147 - 26 |
| ACTION NUMBER | 6 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
  Christine Mulhern          (310) 393-0411
  cmulhern@rand.org
EDUCATION PROGRAM CONTACT
  Nathan Jones          (202) 708-5954
  nathan.jones@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK     888-336-8930
  obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305A
Exploring Student Pathways through Rural High Schools and into Postsecondary Education

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Christine Mulhern | Project Director | 18 % |
| Jason Lee | CO-PI | 18 % |
| Andrea Phillips | CO-INVESTIGATOR | 13 % |

**6 AWARD PERIODS**

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $454,389.00 |

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $451,988.00 |
| BUDGET PERIOD | $451,988.00 |
| PERFORMANCE PERIOD | $1,245,496.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | YY46Q97AEZA8 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00349



R305A240147 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $451,988.00 |

PR/AWARD NUMBER:    R305A240147 - 26

RECIPIENT NAME:    RAND Corporation

GRANTEE NAME:    THE RAND CORPORATION

1776 MAIN ST,

SANTA MONICA, CA 90401 - 3208

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.

The term subaward means:

1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;

2) Has its performance measured in relation to whether the objectives of a Federal program were met;

3) Has responsibility for programmatic decision-making;

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:

1) THE RECIPIENT'S APPLICATION (BLOCK 2);

2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND

3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER

(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00350

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00351



US Department of Education
Washington, D.C. 20202

R305A240147 - 26

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00352

R305A240147 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

KATHERINE TAYLOR  Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 13:54:49 -04'00'

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED00353

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**  The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00354

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00355

R305A240175 - 26
Colby Hall
The Rector & Visitors of the University of Virginia
405 Emmet Street South
PO Box 800784
Charlottesville, VA 22904 - 8784

ED00356

R305A240175 - 26

Catherine Thompson
The Rector & Visitors of the University of Virginia
1001 N. Emmet St.
PO Box 400195
Charlottesville, VA 22904

ED00357

R305A240175 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| The Rector & Visitors of the University of Virginia<br>1001 N. Emmet St.<br>PO Box 400195<br>Charlottesville, VA 22904 | PR/AWARD NUMBER   R305A240175 - 26<br>ACTION NUMBER     4<br>ACTION TYPE       Continuation<br>AWARD TYPE       Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Colby Hall       (434) 924-0799<br>  csh4t@virginia.edu<br>EDUCATION PROGRAM CONTACT<br>  Elizabeth R Albro   (202) 245-8495<br>  ELIZABETH.ALBRO@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | 84.305A<br>Project LINK: Learning to Generate Inferences and Building Knowledge Using an Online Platform |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Colby Hall | Project Director | 18 % |
| Emily Solari | CO-PI | 3 % |
| Wintre F Johnson | CO-PI | 9 % |
| Sharon Vaughn | CO-PI | 5 % |
| Greg Roberts | CO-PI | 0 % |

**6** AWARD PERIODS

      BUDGET PERIOD     07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $728,402.00 |

**7** AUTHORIZED FUNDING

          THIS ACTION     $454,861.00
        BUDGET PERIOD     $454,861.00
   PERFORMANCE PERIOD   $1,271,597.00

**8** ADMINISTRATIVE INFORMATION

            UEI    JJG6HU8PA4S5
    REGULATIONS    CFR PART 74
                 EDGAR AS APPLICABLE
                 2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

    AUTHORITY:           PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
    PROGRAM TITLE:       EDUCATION RESEARCH

ED00358

R305A240175 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | CFDA/SUBPROGRAM NO: | | 84.305A | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $454,861.00 |

PR/AWARD NUMBER:       R305A240175 - 26

RECIPIENT NAME:       The Rector & Visitors of the University of Virginia

GRANTEE NAME:       RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA

1001 EMMET ST N,

CHARLOTTESVILLE, VA 22903 - 4833

PROGRAM INDIRECT COST TYPE:       Unrestricted

PROJECT INDIRECT COST RATE:       61.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00359



## US Department of Education
## Washington, D.C. 20202

R305A240175 - 26

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00360



R305A240175 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00361

US Department of Education
Washington, D.C. 20202

R305A240175 - 26

## GRANT AWARD NOTIFICATION

KATHERINE TAYLOR

Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 14:16:11 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00362

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE –** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE –**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**         The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00363

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00364

R305A240185 - 26
Emily Phillips Galloway
Vanderbilt University
230 Appleton Pl.
Nashville, TN 37203 - 5721

ED00365

R305A240185 - 26

Michelle Wachter
Vanderbilt University
Baker Building Suite 800
110 21st Ave. S.
Nashville, TN 37203

ED00366

R305A240185 - 26



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>Vanderbilt University<br>Baker Building Suite 800<br>110 21st Ave. S.<br>Nashville, TN 37203 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER   R305A240185 - 26<br>ACTION NUMBER   6<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Emily Phillips Galloway   (615) 322-8100
emily.phillips.galloway@vanderbilt.edu
EDUCATION PROGRAM CONTACT
Shirley Huang   (202) 453-7777
shirley.huang@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK   888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
Development and Innovations of the TRANSLATE (Teaching Reading And New Strategic Language Approaches to Emergent bilinguals) Curriculum

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Margaret Troyer | CO-PI | 20 % |
| Mikel Cole | CO-PI | 16 % |
| Emily Phillips Galloway | Project Director | 23 % |
| Amanda Goodwin | CO-PI | 4 % |

**6** AWARD PERIODS

BUDGET PERIOD   07/01/2026 - 06/30/2027
PERFORMANCE PERIOD   07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $332,460.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $558,572.00 |
| BUDGET PERIOD | $558,572.00 |
| PERFORMANCE PERIOD | $1,667,053.00 |

**8** ADMINISTRATIVE INFORMATION

UEI   GTNBNWXJ12D5
REGULATIONS   CFR PART 74
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS   2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:   PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:   EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:   84.305A

ED00367



R305A240185 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $558,572.00 |

**10**

PR/AWARD NUMBER:           R305A240185 - 26

RECIPIENT NAME:             Vanderbilt University

GRANTEE NAME:              VANDERBILT UNIVERSITY

                          110 21ST AVE S,

                          NASHVILLE, TN 37203 - 2416

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   58.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00368

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00369



R305A240185 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00370

**US Department of Education**
**Washington, D.C. 20202**

R305A240185 - 26

# GRANT AWARD NOTIFICATION

SHIRLEY HUANG   Digitally signed by SHIRLEY HUANG
Date: 2026.06.24 14:23:56 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00371

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**       (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**           The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00372

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00373

R305A240209 - 26
Madhavi Jayanthi
R G RESEARCH GROUP, INC.
4281 Katella Avenue
Suite 205
Los Alamitos, CA 90720 - 6513

R305A240209 - 26

Richard Nguyen
R G RESEARCH GROUP, INC.
4281 Katella Avenue
Suite 205
Los Alamitos, CA 90720



R305A240209 - 26

# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION | |
|---|---|---|---|---|
| | R G RESEARCH GROUP, INC.<br>4281 Katella Avenue<br>Suite 205<br>Los Alamitos, CA 90720 | | PR/AWARD NUMBER<br>ACTION NUMBER<br>ACTION TYPE<br>AWARD TYPE | R305A240209 - 26<br>5<br>Continuation<br>Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Madhavi Jayanthi          (714) 826-9600<br>  madhavi@inresg.org<br>EDUCATION PROGRAM CONTACT<br>  Courtney Pollack          (202) 987-0999<br>  courtney.pollack@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK      888-336-8930<br>  obssed@servicenowservices.com | | 84.305A<br>A Component Network Meta-Analysis of Interventions for<br>Students Struggling with Mathematics in Grades K-6 |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Madhavi Jayanthi | Project Director | 25 % |
| Sarah Krowka | CO-PI | 25 % |
| Emily Tanner Smith | CO-PI | 10 % |

**6** AWARD PERIODS

                  BUDGET PERIOD        07/01/2026 - 06/30/2027
          PERFORMANCE PERIOD    07/01/2024 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

                        THIS ACTION        $313,991.00
                      BUDGET PERIOD        $313,991.00
              PERFORMANCE PERIOD      $1,382,025.00

**8** ADMINISTRATIVE INFORMATION

                  UEI      CXFQHTFBKC57
          REGULATIONS    CFR PART 74
                            EDGAR AS APPLICABLE
                            2 CFR AS APPLICABLE
          ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:                  PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
  PROGRAM TITLE:            EDUCATION RESEARCH
  CFDA/SUBPROGRAM NO:      84.305A

R305A240209 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $313,991.00 |

PR/AWARD NUMBER:           R305A240209 - 26

RECIPIENT NAME:            R G RESEARCH GROUP, INC.

GRANTEE NAME:              R G RESEARCH GROUP, INC.

4281 KATELLA AVE STE 115,

LOS ALAMITOS, CA 90720 - 3589

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    28.9%

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00377

R305A240209 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00378

US Department of Education
Washington, D.C. 20202

R305A240209 - 26

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK

Digitally signed by COURTNEY POLLACK
Date: 2026.06.24 13:53:58 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00379

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**         The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00380

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00381

R305A240220 - 26
Robert Schoen
Florida State University
4600-C University Center
Tallahassee, FL 32306 - 4166

ED00382

R305A240220 - 26

Stacey Patterson
Florida State University
874 Traditions Way
Third Floor
Tallahassee, FL 32306

ED00383



R305A240220 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1 RECIPIENT NAME**

Florida State University
874 Traditions Way
Third Floor
Tallahassee, FL 32306

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R305A240220 - 26 |
| ACTION NUMBER | 5 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Robert Schoen          (850) 644-2570
rschoen@lsi.fsu.edu
EDUCATION PROGRAM CONTACT
Courtney Pollack        (202) 987-0999
courtney.pollack@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK      888-336-8930
obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305A
Supporting Teacher Enactment of the Probability and
Statistics Standards—Replication

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Robert Schoen | Project Director | 25 % |
| Christopher Rhoads | CO-PI | 2 % |

**6 AWARD PERIODS**

BUDGET PERIOD         07/01/2026 - 06/30/2027
PERFORMANCE PERIOD    07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $664,139.00 |

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $1,030,388.00 |
| BUDGET PERIOD | $1,030,388.00 |
| PERFORMANCE PERIOD | $3,335,861.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | JF2BLNN4PJC3 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY:            PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:        EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:   84.305A

ED00384



R305A240220 - 26

# US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $1,030,388.00 |

**10**

PR/AWARD NUMBER:             R305A240220 - 26

RECIPIENT NAME:              Florida State University

GRANTEE NAME:               FLORIDA STATE UNIVERSITY

                            874 TRADITIONS WAY,

                            TALLAHASSEE, FL 32306 - 0001

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00385

R305A240220 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00386



R305A240220 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00387

R305A240220 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

COURTNEY POLLACK    Digitally signed by COURTNEY POLLACK
Date: 2026.06.24 13:59:15 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED00388

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

> **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

> **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

> **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

> **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

> **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

> **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

> **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

> **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

> **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

> **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

> **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

> **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

> **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

> **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

> **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

> **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00389

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**   The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**   The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**   The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00390

R305A240232 - 26
Anna Saavedra
University of Southern California
635 Downey Way
Los Angeles, CA 90089 - 0701

R305A240232 - 26

Muoi Thang
University of Southern California
3720 S. Flower St.
Los Angeles, CA 90089

ED00392

R305A240232 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

University of Southern California
3720 S. Flower St.
Los Angeles, CA 90089

**2** AWARD INFORMATION

PR/AWARD NUMBER    R305A240232 - 26
ACTION NUMBER    11
ACTION TYPE    Continuation
AWARD TYPE    Discretionary
(Research and Development)

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
   Anna Saavedra
   asaavedr@usc.edu
EDUCATION PROGRAM CONTACT
   Emily Weaver      (202) 245-7114
   emily.weaver@ed.gov
EDUCATION PAYMENT HOTLINE
   G5 PAYEE HELPDESK    888-336-8930
   obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
Impact: Efficacy Evaluation of "Talking About Local Current and Contested Issues in Schools" (TALCCS)

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|------|-------|-----------------|
| Anna Saavedra | Project Director | 40 % |
| Amie Rapaport | CO-PI | 40 % |
| Daniel Silver | Investigator | 30 % |
| Marshall Garland | Primary Analyst | 30 % |

**6** AWARD PERIODS

     BUDGET PERIOD      08/01/2026 - 07/31/2027
  PERFORMANCE PERIOD      08/01/2024 - 07/31/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---------------|------|--------|
| 4 | 08/01/2027 - 07/31/2028 | $272,132.00 |
| 5 | 08/01/2028 - 07/31/2029 | $506,875.00 |

**7** AUTHORIZED FUNDING

     THIS ACTION      $1,287,210.00
     BUDGET PERIOD      $1,287,210.00
  PERFORMANCE PERIOD      $3,217,737.00

**8** ADMINISTRATIVE INFORMATION

     UEI      G88KLJR3KYT5
   REGULATIONS      CFR PART 74
           EDGAR AS APPLICABLE
           2 CFR AS APPLICABLE
   ATTACHMENTS      2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , D072026 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

   AUTHORITY:      PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
   PROGRAM TITLE:      EDUCATION RESEARCH

ED00393

R305A240232 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:          84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $1,287,210.00 |

PR/AWARD NUMBER:          R305A240232 - 26

RECIPIENT NAME:          University of Southern California

GRANTEE NAME:          UNIVERSITY OF SOUTHERN CALIFORNIA

3720 S FLOWER ST FL 3,

LOS ANGELES, CA 90033 -

PROGRAM INDIRECT COST TYPE:          Unrestricted

PROJECT INDIRECT COST RATE:          66%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00394



R305A240232 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00395



R305A240232 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful

ED00396



R305A240232 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

(9)    General Condition

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

ED00397

R305A240232 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

EMILY WEAVER    Digitally signed by EMILY WEAVER
Date: 2026.07.29 11:46:34 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00398

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**           The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00399

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00400

R305A240235 - 26
Catherine Bradshaw
The Rector & Visitors of the University of Virginia
417 Emmet St S
Charlottesville, VA 22903 - 4260

R305A240235 - 26

Catherine Thompson
The Rector & Visitors of the University of Virginia
1001 N. Emmet St.
Charlottesville, VA 22903



R305A240235 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | |
|---|---|
| **1** RECIPIENT NAME<br><br>The Rector & Visitors of the University of Virginia<br>1001 N. Emmet St.<br>Charlottesville, VA 22903 | **2** AWARD INFORMATION<br><br>PR/AWARD NUMBER   R305A240235 - 26<br>ACTION NUMBER   6<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Catherine Bradshaw    (434) 924-8121
  cpb8g@virginia.edu
EDUCATION PROGRAM CONTACT
  Jacquelyn A Buckley    (202) 804-7471
  JACQUELYN.BUCKLEY@ED.GOV
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
Testing the Efficacy of Double Check Online Coaching: A Culturally Responsive Student Engagement Model

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Catherine Bradshaw | Project Director | 10 % |
| Katrina Debnam | CO-PI | 5 % |

**6** AWARD PERIODS

    BUDGET PERIOD    07/01/2026 - 06/30/2027
    PERFORMANCE PERIOD    07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $946,108.00 |
| 5 | 07/01/2028 - 06/30/2029 | $249,281.00 |

**7** AUTHORIZED FUNDING

    THIS ACTION    $928,618.00
    BUDGET PERIOD    $928,618.00
    PERFORMANCE PERIOD    $2,803,749.00

**8** ADMINISTRATIVE INFORMATION

    UEI    JJG6HU8PA4S5
    REGULATIONS    CFR PART 74
        EDGAR AS APPLICABLE
        2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:    PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
  PROGRAM TITLE:    EDUCATION RESEARCH
  CFDA/SUBPROGRAM NO:    84.305A

ED00403



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $928,618.00 |

PR/AWARD NUMBER:           R305A240235 - 26

RECIPIENT NAME:             The Rector & Visitors of the University of Virginia

GRANTEE NAME:              RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA

1001 EMMET ST N,

CHARLOTTESVILLE, VA 22903 - 4833

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    61.5%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00404

R305A240235 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00405



R305A240235 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00406

R305A240235 - 26

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

EMILY WEAVER    Digitally signed by EMILY WEAVER
                Date: 2026.06.24 14:34:30 -04'00'

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED00407

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants** (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00408

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00409

R305A240240 - 26



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| MDRC<br>200 Vesey Street<br>23rd Floor<br>New York, NY 10281 | PR/AWARD NUMBER R305A240240 - 26<br>ACTION NUMBER 7<br>ACTION TYPE Continuation<br>AWARD TYPE Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>Michael Weiss (212) 532-3200<br>Michael.Weiss@mdrc.org<br>EDUCATION PROGRAM CONTACT<br>Akilah Nelson (202) 804-7493<br>akilah.nelson@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK 888-336-8930<br>obssed@servicenowservices.com | 84.305A<br>Ten-Year Follow-up of Two RCTs of CUNY's ASAP Model –<br>Educational and Labor Market Outcomes |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Veronica Minaya Lazarte | CO-PI | 15 % |
| Judith Scott Clayton | CO-INVESTIGATOR | 10 % |
| Christine Brongniart | CO-PI | 2 % |
| Michael Weiss | Project Director | 15 % |
| Colleen Sommo | CO-PI | 1 % |

**6** AWARD PERIODS

BUDGET PERIOD 07/01/2026 - 06/30/2027
PERFORMANCE PERIOD 07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $408,857.15 |

**7** AUTHORIZED FUNDING

THIS ACTION $430,313.32
BUDGET PERIOD $430,313.32
PERFORMANCE PERIOD $1,368,468.07

**8** ADMINISTRATIVE INFORMATION

UEI ULJSBXBHRM15
REGULATIONS CFR PART 74
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY: PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE: EDUCATION RESEARCH

ED00410

R305A240240 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $430,313.32 |

**10**

PR/AWARD NUMBER:        R305A240240 - 26

RECIPIENT NAME:        MDRC

GRANTEE NAME:        MDRC

200 VESEY ST FL 23,

NEW YORK, NY 10281 - 5511

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    29.1%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00411



**US Department of Education**
**Washington, D.C. 20202**

R305A240240 - 26

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00412



R305A240240 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00413

R305A240240 - 26

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

AKILAH NELSON    Digitally signed by AKILAH NELSON
Date: 2026.06.24 14:18:03 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

ED00414

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00415

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00416



R305A240245 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

MDRC
200 Vesey St
23rd Floor
New York, NY 10281

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A240245 - 26 |
| ACTION NUMBER | 7 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Colleen Sommo          (212) 532-3200
  colleen.sommo@mdrc.org
EDUCATION PROGRAM CONTACT
  Akilah Nelson          (202) 804-7493
  akilah.nelson@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
Project REACT: A Multisite Randomized Controlled Trial to Improve College Re-Enrollment & Completion for Stopped-Out Students

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Justin Ortagus | CO-PI | 18 % |
| Austin Slaughter | CO-INVESTIGATOR | 27 % |
| Michael Weiss | CO-INVESTIGATOR | 3 % |
| Carolyn Hill | CO-INVESTIGATOR | 1 % |
| Colleen Sommo | Project Director | 24 % |
| Julie Rubin | CO-INVESTIGATOR | 35 % |
| Elena Serna-Wallender | CO-INVESTIGATOR | 5 % |

**6** AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2029 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $531,120.08 |
| 5 | 07/01/2028 - 06/30/2029 | $746,393.98 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $666,247.11 |
| BUDGET PERIOD | $666,247.11 |
| PERFORMANCE PERIOD | $2,369,567.86 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | ULJSBXBHRM15 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

ED00417

R305A240245 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AUTHORITY:                    PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:                EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:           84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $666,247.11 |

PR/AWARD NUMBER:              R305A240245 - 26
RECIPIENT NAME:              MDRC
GRANTEE NAME:               MDRC
                            200 VESEY ST FL 23,
                            NEW YORK, NY 10281 - 5511
PROGRAM INDIRECT COST TYPE:  Unrestricted
PROJECT INDIRECT COST RATE:  29.1%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00418



R305A240245 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00419



US Department of Education
Washington, D.C. 20202

R305A240245 - 26

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.


(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00420

R305A240245 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AKILAH NELSON

Digitally signed by AKILAH NELSON
Date: 2026.06.24 14:24:34 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00421

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00422

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00423

R305A240246 - 26

Yasemin Copur-Gencturk
University of Southern California
3470 TROUSDALE PARKWAY
WPH 904F

Los Angeles, CA 90089 - 4039

ED00424

R305A240246 - 26

Caitlin Roberts
University of Southern California
3720 South Flower Street
Los Angeles, CA 90007

ED00425



R305A240246 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

University of Southern California
3720 South Flower Street
Los Angeles, CA 90007

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A240246 - 26 |
| ACTION NUMBER | 7 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Yasemin Copur-Gencturk          (213) 740-6351
copurgen@usc.edu
EDUCATION PROGRAM CONTACT
Katherine Taylor          (202) 987-0071
Katherine.Taylor@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK          888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
Diagnostic Instrument for Teachers' Content and Pedagogical Content Knowledge of Numbers and Operations

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Matthew J Madison | CO-PI | 12 % |
| Adam Kho | CO-PI | 4 % |
| Yasemin Copur-Gencturk | Project Director | 18 % |

**6** AWARD PERIODS

BUDGET PERIOD          08/01/2026 - 07/31/2027
PERFORMANCE PERIOD          08/01/2024 - 07/31/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 08/01/2027 - 07/31/2028 | $416,122.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $590,242.00 |
| BUDGET PERIOD | $590,242.00 |
| PERFORMANCE PERIOD | $1,583,878.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | G88KLJR3KYT5 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , D072026 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00426



R305A240246 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $590,242.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A240246 - 26 |
| RECIPIENT NAME: | University of Southern California |
| GRANTEE NAME: | UNIVERSITY OF SOUTHERN CALIFORNIA |
| | 3720 S FLOWER ST FL 3, |
| | LOS ANGELES, CA 90033 - |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 66% |

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.

The term subaward means:

1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00427

US Department of Education
Washington, D.C. 20202

R305A240246 - 26

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00428



R305A240246 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

ED00429

R305A240246 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

(9)   General Condition

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

KATHERINE TAYLOR   Digitally signed by KATHERINE TAYLOR
Date: 2026.07.29 10:31:17 -04'00'

_____          _____

**AUTHORIZING OFFICIAL**                                          **DATE**

Ver. 1

ED00430

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00431

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00432



R305A240250 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Board of Regents NSHE OBO the University of Nevada Las Vegas<br>College of Education<br>4505 S. Maryland Parkway Box 451055<br>Las Vegas, NV 89154 | PR/AWARD NUMBER     R305A240250 - 26<br>ACTION NUMBER         7<br>ACTION TYPE            Continuation<br>AWARD TYPE            Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Federick Ngo                    (702) 895-5421<br>  federick.ngo@unlv.edu<br>EDUCATION PROGRAM CONTACT<br>  Akilah Nelson                 (202) 804-7493<br>  akilah.nelson@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK       888-336-8930<br>  obssed@servicenowservices.com | 84.305A<br>The Impact and Implementation of Nevada's Corequisite Mandate |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Federick Ngo | Project Director | 17 % |
| Stefani Relles | CO-PI | 8 % |

**6** AWARD PERIODS

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD   07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $288,590.00 |
| 5 | 07/01/2028 - 06/30/2029 | $210,553.00 |

**7** AUTHORIZED FUNDING

THIS ACTION               $246,903.00
BUDGET PERIOD           $246,903.00
PERFORMANCE PERIOD    $717,143.00

**8** ADMINISTRATIVE INFORMATION

UEI            DLUTVJJ15U66
REGULATIONS   CFR PART 74
              EDGAR AS APPLICABLE
              2 CFR AS APPLICABLE
ATTACHMENTS   2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:              PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:          EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:     84.305A

ED00433



R305A240250 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $246,903.00 |

**10**

PR/AWARD NUMBER:               R305A240250 - 26

RECIPIENT NAME:               Board of Regents NSHE OBO the University of Nevada Las Vegas
College of Education

GRANTEE NAME:               BOARD OF REGENTS OF NEVADA SYSTEM OF HIGHER EDUCATION

4505 S MARYLAND PKWY,

LAS VEGAS, NV 89154 - 9900

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     51%

## TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER

ED00434



**US Department of Education**
**Washington, D.C. 20202**

R305A240250 - 26

# GRANT AWARD NOTIFICATION

(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED00435



R305A240250 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00436

R305A240250 - 26

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

AKILAH NELSON    Digitally signed by AKILAH NELSON
Date: 2026.06.24 14:28:51 -04'00'

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED00437

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**        The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00438

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00439

R305A240281 - 26
Vincent Aleven
Carnegie Mellon University
5000 Forbes Avenue
Pittsburgh, PA 15213 - 3890

ED00440

R305A240281 - 26

Brian Loughlin
Carnegie Mellon University
5000 Forbes Avenue
Pittsburgh, PA 15213

ED00441



R305A240281 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION | |
|---|---|---|---|---|
| | Carnegie Mellon University<br>5000 Forbes Avenue<br>Pittsburgh, PA 15213 | | PR/AWARD NUMBER<br>ACTION NUMBER<br>ACTION TYPE<br>AWARD TYPE | R305A240281 - 26<br>6<br>Continuation<br>Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Vincent Aleven          (412) 950-0278<br>  aleven@cs.cmu.edu<br>EDUCATION PROGRAM CONTACT<br>  Emily Weaver          (202) 245-7114<br>  emily.weaver@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK     888-336-8930<br>  obssed@servicenowservices.com | | 84.305A<br>TBD |

**5  KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Steven Ritter | CO-PI | 5 % |
| Stephen E Fancsali | Senior Person | 5 % |
| Vincent Aleven | Project Director | 8 % |

**6  AWARD PERIODS**

|  |  |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2027 |

FUTURE BUDGET PERIODS

N/A

**7  AUTHORIZED FUNDING**

|  |  |
|---|---|
| THIS ACTION | $521,063.88 |
| BUDGET PERIOD | $521,063.88 |
| PERFORMANCE PERIOD | $1,993,955.83 |

**8  ADMINISTRATIVE INFORMATION**

|  |  |
|---|---|
| UEI | U3NKNFLNQ613 |
| REGULATIONS | CFR PART 74<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9  LEGISLATIVE AND FISCAL DATA**

|  |  |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00442



R305A240281 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $521,063.88 |

**PR/AWARD NUMBER:** R305A240281 - 26

**RECIPIENT NAME:** Carnegie Mellon University

**GRANTEE NAME:** CARNEGIE-MELLON UNIVERSITY

5000 FORBES AVE,

PITTSBURGH, PA 15213 - 3815

**PROGRAM INDIRECT COST TYPE:** Unrestricted

**PROJECT INDIRECT COST RATE:** 52.2%

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00443



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00444

R305A240281 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

EMILY WEAVER    Digitally signed by EMILY WEAVER
Date: 2026.06.24 13:46:49 -04'00'

_____    _____
**AUTHORIZING OFFICIAL**                                **DATE**

Ver. 1

ED00445

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**  The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00446

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00447

R305A240285 - 26

Eric Loken
University of Connecticut
Vice President for Research
249 Glenbrook Road, Unit 3064
Storrs, CT 06269 - 3064

ED00448

R305A240285 - 26

Khalid Jabarkhail
University of Connecticut
Vice President for Research
438 Whitney Road Ext., Unit 1133
Storrs, CT 06269

ED00449



R305A240285 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1 RECIPIENT NAME**

University of Connecticut
Vice President for Research
438 Whitney Road Ext., Unit 1133
Storrs, CT 06269

**2 AWARD INFORMATION**

PR/AWARD NUMBER    R305A240285 - 26
ACTION NUMBER        5
ACTION TYPE            Continuation
AWARD TYPE            Discretionary
                            (Research and Development)

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
  Eric Loken                    (860) 486-6031
  eric.loken@uconn.edu
EDUCATION PROGRAM CONTACT
  Nathan Jones               (202) 708-5954
  nathan.jones@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK        888-336-8930
  obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305A
Expanding Dual-Credit Enrollments Among High School
Students

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Eric Loken | Project Director | 18 % |
| Morgaen Donaldson | CO-PI | 10 % |
| Christopher Rhoads | CO-PI | 7 % |
| Alexandra Lamb | CO-INVESTIGATOR | 20 % |
| Olcay Yavuz | CO-INVESTIGATOR | 8 % |
| Ajit Gopalakrishnan | Advisor | 2 % |

**6 AWARD PERIODS**

        BUDGET PERIOD        07/01/2026 - 06/30/2027
    PERFORMANCE PERIOD    07/01/2024 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

            THIS ACTION        $369,288.00
            BUDGET PERIOD    $369,288.00
        PERFORMANCE PERIOD    $1,084,419.00

**8 ADMINISTRATIVE INFORMATION**

        UEI        WNTPS995QBM7
    REGULATIONS    CFR PART 74
            EDGAR AS APPLICABLE
            2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9 LEGISLATIVE AND FISCAL DATA**

    AUTHORITY:            PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
    PROGRAM TITLE:        EDUCATION RESEARCH

ED00450



R305A240285 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $369,288.00 |

PR/AWARD NUMBER:        R305A240285 - 26

RECIPIENT NAME:        University of Connecticut
Vice President for Research

GRANTEE NAME:        UNIVERSITY OF CONNECTICUT
438 WHITNEY RD EXTENSION UNIT 1133,
STORRS, CT 06269 - 9018

PROGRAM INDIRECT COST TYPE:        Unrestricted
PROJECT INDIRECT COST RATE:        61%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;

ED00451

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

3) Has responsibility for programmatic decision-making;

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.

For questions regarding use of the IES visual identity, email iescommunications@ed.gov.

Appropriate and Authorized Use by Grantees

The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.

Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect

ED00452

R305A240285 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 13:59:37 -04'00'

_____    _____
**AUTHORIZING OFFICIAL**                                          **DATE**

Ver. 1

ED00453

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00455

R305A240287 - 26
Lindsey Richland
The Regents of the University of California, Irvine
2036 Education
Irvine, CA 92697 - 5500

ED00456

R305A240287 - 26

ADRIANA ASCENCIO
The Regents of the University of California, Irvine
160 Aldrich Hall
Irvine, CA 92697

ED00457



R305A240287 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | **RECIPIENT NAME** | 2 | **AWARD INFORMATION** | |
|---|---|---|---|---|

**1 RECIPIENT NAME**

The Regents of the University of California, Irvine
160 Aldrich Hall
Irvine, CA 92697

**2 AWARD INFORMATION**

| PR/AWARD NUMBER | R305A240287 - 26 |
|---|---|
| ACTION NUMBER | 5 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
  Lindsey Richland          (949) 824-0036
  lerich@uci.edu
EDUCATION PROGRAM CONTACT
  Emily Weaver          (202) 245-7114
  emily.weaver@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK     888-336-8930
  obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305A
Harnessing AI to Train Mindsets for Mathematical Higher Order Thinking

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Lindsey Richland | Project Director | 8 % |
| Katherine Rhodes | CO-PI | 8 % |
| Shayan Doroudi | CO-PI | 4 % |

**6 AWARD PERIODS**

| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
|---|---|
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2028 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $489,812.00 |

**7 AUTHORIZED FUNDING**

| THIS ACTION | $560,438.00 |
|---|---|
| BUDGET PERIOD | $560,438.00 |
| PERFORMANCE PERIOD | $1,510,186.00 |

**8 ADMINISTRATIVE INFORMATION**

| UEI | MJC5FCYQTPE6 |
|---|---|
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9 LEGISLATIVE AND FISCAL DATA**

| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
|---|---|
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00458



R305A240287 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $560,438.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A240287 - 26 |
| RECIPIENT NAME: | The Regents of the University of California, Irvine |
| GRANTEE NAME: | UNIVERSITY OF CALIFORNIA IRVINE |
| | 160 ALDRICH HALL, |
| | IRVINE, CA 92697 - 0001 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 57% |

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00459

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00460



### US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00461

R305A240287 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

EMILY WEAVER   Digitally signed by EMILY WEAVER
Date: 2026.06.24 13:56:08 -04'00'

**AUTHORIZING OFFICIAL**                                     **DATE**

Ver. 1

ED00462

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

  **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

  **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

  **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

  **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

  **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

  **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

  **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

  **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

  **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

  **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

  **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

  **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

  **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

  **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

  **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

  **UEI -**            The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00463

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00464

R305A240290 - 26
Joseph Cutuli
The Nemours Foundation
1600 Rockland Road
Wilmington, DE 19803 - 3607

ED00465

R305A240290 - 26

Shawkita K Wilder
The Nemours Foundation
1600 Rockland Road
Wilmington, DE 19803

ED00466



R305A240290 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

The Nemours Foundation
1600 Rockland Road
Wilmington, DE 19803

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A240290 - 26 |
| ACTION NUMBER | 6 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Joseph Cutuli      (302) 651-4562
  jj.cutuli@nemours.org
EDUCATION PROGRAM CONTACT
  Nathan Jones      (202) 708-5954
  nathan.jones@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
Developing a Coordinated System to Identify and Support Students Experiencing Homelessness

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Halianny Mejia | CO-INVESTIGATOR | 20 % |
| Ciani Flack Green | CO-INVESTIGATOR | 20 % |
| Sara Shaw | Senior Research Scientist | 24 % |
| Ebony Maddox | CO-PI | 20 % |
| Kamyar Arasteh | CO-INVESTIGATOR | 5 % |
| Aaron Truchil | CO-INVESTIGATOR | 14 % |
| Tyler Yost | CO-INVESTIGATOR | 20 % |
| J J Cutuli | Project Director | 40 % |

**6** AWARD PERIODS

      BUDGET PERIOD    07/01/2026 - 06/30/2027
  PERFORMANCE PERIOD    07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $503,846.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $465,483.00 |
| BUDGET PERIOD | $465,483.00 |
| PERFORMANCE PERIOD | $1,494,753.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | ETGMYV7CKAJ7 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

ED00467

R305A240290 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AUTHORITY:                  PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:              EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:         84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $465,483.00 |

**10**

PR/AWARD NUMBER:            R305A240290 - 26
RECIPIENT NAME:            The Nemours Foundation
GRANTEE NAME:             THE NEMOURS FOUNDATION
                          1600 ROCKLAND RD,
                          WILMINGTON, DE 19803 - 3607
PROGRAM INDIRECT COST TYPE:    Unrestricted
PROJECT INDIRECT COST RATE:    52%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00468



R305A240290 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00469



R305A240290 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00470

R305A240290 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

KATHERINE TAYLOR   Digitally signed by KATHERINE TAYLOR
                    Date: 2026.06.24 14:01:47 -04'00'

_____   _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00471

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00472

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00473



R305A240295 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1 RECIPIENT NAME**

The Regents of the University of California, Irvine
160 Aldrich Hall
Irvine, CA 92697

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R305A240295 - 26 |
| ACTION NUMBER | 5 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Michael Hebert          (949) 824-7842
mhebert1@uci.edu
EDUCATION PROGRAM CONTACT
Akilah Nelson          (202) 804-7493
akilah.nelson@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK      888-336-8930
obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305A
Meta-Analysis of College Writing Interventions on Writing and Learning Outcomes

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Stephen Graham | CO-PI | 17 % |
| Derek Rodgers | CO-PI | 17 % |
| Michael A Hebert | Project Director | 16 % |

**6 AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2027 |

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $265,286.00 |
| BUDGET PERIOD | $265,286.00 |
| PERFORMANCE PERIOD | $1,198,717.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | MJC5FCYQTPE6 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305A |

ED00474

R305A240295 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $265,286.00 |

PR/AWARD NUMBER:                   R305A240295 - 26

RECIPIENT NAME:                        The Regents of the University of California, Irvine

GRANTEE NAME:                         UNIVERSITY OF CALIFORNIA IRVINE

160 ALDRICH HALL,

IRVINE, CA 92697 - 0001

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:      57%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00475



R305A240295 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00476

R305A240295 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AKILAH NELSON   Digitally signed by AKILAH NELSON
Date: 2026.06.24 14:33:01 -04'00'

| | |
|---|---|
| **AUTHORIZING OFFICIAL** | **DATE** |

Ver. 1

ED00477

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

    **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00478

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**   The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**   The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**   The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00479

R305A240309 - 26

Deven Carlson

Board of Regents of the University of Oklahoma

455 W. Lindsey Street

Dale Hall Tower

Norman, OK 73019

ED00480

R305A240309 - 26

Michael M Purcell
Board of Regents of the University of Oklahoma
201 Stephenson Parkway
Five Partners Place, Suite 3100
Norman, OK 73019



R305A240309 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1** RECIPIENT NAME

Board of Regents of the University of Oklahoma
201 Stephenson Parkway
Five Partners Place, Suite 3100
Norman, OK 73019

**2** AWARD INFORMATION

| PR/AWARD NUMBER | R305A240309 - 26 |
| ACTION NUMBER | 5 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
   Deven Carlson      (405) 325-2061
   decarlson@ou.edu
EDUCATION PROGRAM CONTACT
   Nathan Jones      (202) 708-5954
   nathan.jones@ed.gov
EDUCATION PAYMENT HOTLINE
   G5 PAYEE HELPDESK   888-336-8930
   obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
School Diversity and Long-term Student Outcomes

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Deven Carlson | Project Director | 17 % |
| Thurston Domina | CO-PI | 8 % |
| James Carter | CO-PI | 16 % |
| Elc Estrera | CO-PI | 5 % |
| Rachel Perera | Senior Personnel | 16 % |
| Matthew Lenard | CO-PI | 6 % |

**6** AWARD PERIODS

BUDGET PERIOD     07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $403,629.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $395,179.00 |
| BUDGET PERIOD | $395,179.00 |
| PERFORMANCE PERIOD | $1,191,151.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | EVTSTTLCEWS5 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:        PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:     EDUCATION RESEARCH

ED00482

R305A240309 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $395,179.00 |

PR/AWARD NUMBER:          R305A240309 - 26

RECIPIENT NAME:           Board of Regents of the University of Oklahoma

GRANTEE NAME:             UNIVERSITY OF OKLAHOMA

660 PARRINGTON OVAL RM 301,

NORMAN, OK 73019 - 3003

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    55%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00483



R305A240309 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00484



R305A240309 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00485

R305A240309 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

KATHERINE TAYLOR   Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 14:04:49 -04'00'

**AUTHORIZING OFFICIAL**                                         **DATE**

Ver. 1

ED00486

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

> **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

> **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

> **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

> **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

> ***RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

> **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

> **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

> **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

> **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

> ***FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

> ***THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

> ***BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

> ***PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

> **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

> **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

> **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00487

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00488

R305A240313 - 26

John Lind
University of Oregon
Research and Innovation
College of Education, Education Research and Outreach
357 Clinical Services Building, 901 E 18
Eugene, OR 97402

ED00489

R305A240313 - 26

Evan Gardner
University of Oregon
Research and Innovation
5219 University of Oregon
c/o Sponsored Projects Services
Eugene, OR 97403

ED00490



R305A240313 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1 RECIPIENT NAME**

University of Oregon
Research and Innovation
5219 University of Oregon
c/o Sponsored Projects Services
Eugene, OR 97403

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R305A240313 - 26 |
| ACTION NUMBER | 5 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
John Lind                      (541) 346-9054
jlind@uoregon.edu
EDUCATION PROGRAM CONTACT
Nathan Jones              (202) 708-5954
nathan.jones@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK       888-336-8930
obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305A
Navigating New Currents: Strengthening Family-School-Community Partnerships to Improve Outcomes for Pacific Island Students

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| John Lind | Project Director | 20 % |
| Heather McClure | CO-PI | 20 % |
| Elizabeth Jankowski | CO-PI | 3 % |
| Joseph Nese | Senior Methodologist | 5 % |

**6 AWARD PERIODS**

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $491,542.00 |

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $588,984.00 |
| BUDGET PERIOD | $588,984.00 |
| PERFORMANCE PERIOD | $1,508,458.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | Z3FGN9MF92U2 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY:                PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:            EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:       84.305A

ED00491



R305A240313 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $588,984.00 |

**10**

PR/AWARD NUMBER:          R305A240313 - 26

RECIPIENT NAME:            University of Oregon
                          Research and Innovation

GRANTEE NAME:             UNIVERSITY OF OREGON
                          1776 E 13TH AVE,
                          EUGENE, OR 97403 - 1905

PROGRAM INDIRECT COST TYPE:   Unrestricted
PROJECT INDIRECT COST RATE:   49%

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER

ED00492



**US Department of Education**
**Washington, D.C. 20202**

R305A240313 - 26

# GRANT AWARD NOTIFICATION

(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED00493



**US Department of Education**
**Washington, D.C. 20202**

R305A240313 - 26

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00494

R305A240313 - 26

## US Department of Education
## Washington, D.C. 20202
## GRANT AWARD NOTIFICATION

KATHERINE TAYLOR
Digitally signed by KATHERINE TAYLOR
Date: 2026.06.24 14:08:09 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00495

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00496

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00497

R305A240326 - 26
Paul Poteat
Trustees of Boston College
140 Commonwealth Avenue
Chestnut Hill, MA 02467 - 3800

ED00498

R305A240326 - 26

Katherine Hayden
Trustees of Boston College
140 Commonwealth Avenue
Chestnut Hill, MA 02467



R305A240326 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1 RECIPIENT NAME**

Trustees of Boston College
140 Commonwealth Avenue
Chestnut Hill, MA 02467

**2 AWARD INFORMATION**

PR/AWARD NUMBER    R305A240326 - 26
ACTION NUMBER       13
ACTION TYPE         Continuation
AWARD TYPE          Discretionary
                    (Research and Development)

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
  Paul Poteat                (617) 552-4234
  paul.poteat@bc.edu
EDUCATION PROGRAM CONTACT
  Jacquelyn A Buckley        (202) 804-7471
  JACQUELYN.BUCKLEY@ED.GOV
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK      888-336-8930
  obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305A
Building EPIC-Health: An Empowerment Program for
LGBTQ+ Students in School GSAs

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Paul Poteat | Project Director | 33 % |
| Jerel Calzo | CO-PI | 11 % |
| Hirokazu Yoshikawa | CO-PI | 5 % |
| Robert Marx | CO-PI | 23 % |

**6 AWARD PERIODS**

BUDGET PERIOD        08/01/2026 - 07/31/2027
PERFORMANCE PERIOD   08/01/2024 - 07/31/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 08/01/2027 - 07/31/2028 | $506,003.00 |

**7 AUTHORIZED FUNDING**

THIS ACTION            $541,779.00
BUDGET PERIOD          $541,779.00
PERFORMANCE PERIOD   $1,486,345.00

**8 ADMINISTRATIVE INFORMATION**

UEI            MJ3JH8CRJBZ7
REGULATIONS    CFR PART 74
               EDGAR AS APPLICABLE
               2 CFR AS APPLICABLE
ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , D072026 , GE1 , GE2 , GE3 , GE4

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY:            PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:        EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:   84.305A

ED00500



R305A240326 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $541,779.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305A240326 - 26 |
| RECIPIENT NAME: | Trustees of Boston College |
| GRANTEE NAME: | TRUSTEES OF BOSTON COLLEGE |
| | 140 COMMONWEALTH AVE, |
| | CHESTNUT HILL, MA 02467 - 3800 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 26% |

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00501

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00502



**US Department of Education**
**Washington, D.C. 20202**

R305A240326 - 26

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

ED00503

R305A240326 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

(9)    General Condition

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

JACQUELYN BUCKLEY
Digitally signed by JACQUELYN BUCKLEY
Date: 2026.07.29 11:59:32 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                                        **DATE**

Ver. 1

ED00504

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00505

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00506

R305A240345 - 26

Christine Bae
Virginia Commonwealth University
School of Education
PO Box 842020

Richmond, VA 23284 - 2020

ED00507

R305A240345 - 26

Andrea J Publow
Virginia Commonwealth University
School of Education
800 East Leigh St, Suite 3200
PO Box 980568
Richmond, VA 23298



R305A240345 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

Virginia Commonwealth University
School of Education
800 East Leigh St, Suite 3200
PO Box 980568
Richmond, VA 23298

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305A240345 - 26 |
| ACTION NUMBER | 5 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Christine Bae          (804) 828-1334
  clbae@vcu.edu
EDUCATION PROGRAM CONTACT
  Courtney Pollack      (202) 987-0999
  courtney.pollack@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.305A
Hybrid2: Creating equitable spaces for science discourse in blended learning environments

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kue Xie | CO-PI | 8 % |
| Joseph Krajcik | CO-PI | 1 % |
| John Fife | CO-PI | 10 % |
| Christine L Bae | Project Director | 15 % |

**6** AWARD PERIODS

BUDGET PERIOD          08/01/2026 - 07/31/2027
PERFORMANCE PERIOD    08/01/2024 - 07/31/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 08/01/2027 - 07/31/2028 | $447,003.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $441,374.00 |
| BUDGET PERIOD | $441,374.00 |
| PERFORMANCE PERIOD | $1,252,954.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | MLQFL4JSSAA9 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , D072026 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:              PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:        EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:    84.305A

ED00509



R305A240345 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $441,374.00 |

**10**

PR/AWARD NUMBER:          R305A240345 - 26

RECIPIENT NAME:          Virginia Commonwealth University
School of Education

GRANTEE NAME:          VIRGINIA COMMONWEALTH UNIVERSITY

910 WEST FRANKLIN ST,

RICHMOND, VA 23284 - 9005

PROGRAM INDIRECT COST TYPE:          Unrestricted

PROJECT INDIRECT COST RATE:          55.25%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER

ED00510



US Department of Education
Washington, D.C. 20202

R305A240345 - 26

# GRANT AWARD NOTIFICATION

(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED00511



R305A240345 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs

ED00512



R305A240345 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

(9)    General Condition

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

COURTNEY POLLACK    Digitally signed by COURTNEY POLLACK
Date: 2026.07.29 10:02:05 -04'00'

_____    _____
**AUTHORIZING OFFICIAL**                                **DATE**

Ver. 1

ED00513

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**   A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**   A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**   The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**   The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**   This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**   The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**   The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**   The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**   Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**   A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**   The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**   The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**   The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**   The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**   This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00514

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00515

R305A240356 - 26
Lei Liu
Educational Testing Service
Research
660 Rosedale Road
Princeton, NJ 08540 - 2218

R305A240356 - 26

Katherine Schanely
Educational Testing Service
Research
660 Rosedale Road
Princeton, NJ 08540

ED00517

R305A240356 - 26



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Educational Testing Service<br>Research<br>660 Rosedale Road<br>Princeton, NJ 08540 | PR/AWARD NUMBER R305A240356 - 26<br>ACTION NUMBER 10<br>ACTION TYPE Continuation<br>AWARD TYPE Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>Lei Liu (609) 734-5183<br>LLIU001@ets.org<br>EDUCATION PROGRAM CONTACT<br>Emily Weaver (202) 245-7114<br>emily.weaver@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK 888-336-8930<br>obssed@servicenowservices.com | 84.305A<br>Student Reasoning Patterns in Science (SPIN-Science) |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Lei Liu | Project Director | 13 % |
| Teresa Ober | CO-INVESTIGATOR | 14 % |
| Yi Song | CO-PI | 10 % |
| Xiaoming Zhai | CO-PI | 8 % |
| Field Watts | Co-Principal Investigator | 15 % |

**6** AWARD PERIODS

BUDGET PERIOD 07/01/2026 - 06/30/2027
PERFORMANCE PERIOD 07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $372,289.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $581,736.00 |
| BUDGET PERIOD | $581,736.00 |
| PERFORMANCE PERIOD | $1,627,393.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | SZN1MPHQN853 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY: PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE: EDUCATION RESEARCH

ED00518



R305A240356 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $581,736.00 |

PR/AWARD NUMBER:            R305A240356 - 26

RECIPIENT NAME:             Educational Testing Service
                           Research

GRANTEE NAME:              EDUCATIONAL TESTING SERVICE
                          660 ROSEDALE RD,
                          PRINCETON, NJ 08540 - 2218

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00519



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00520



R305A240356 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00521

R305A240356 - 26

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

EMILY WEAVER   Digitally signed by EMILY WEAVER
Date: 2026.06.24 13:59:21 -04'00'

**AUTHORIZING OFFICIAL**                                      **DATE**

Ver. 1

ED00522

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00523

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00524



R305A250449 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>The University of Texas at Austin<br>College of Education<br>2304 Whitis Ave<br>Austin, TX 78712 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER     R305A250449 - 26<br>ACTION NUMBER       3<br>ACTION TYPE          Continuation<br>AWARD TYPE           Discretionary<br>                             (Research and Development) |
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>   Justin Ortagus<br>   justin.ortagus@austin.utexas.edu<br>EDUCATION PROGRAM CONTACT<br>   Akilah Nelson        (202) 804-7493<br>   akilah.nelson@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK    888-336-8930<br>   obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.305A<br>Education Research Program |

| | |
|---|---|
| **5** | KEY PERSONNEL |

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Justin Ortagus | Project Director | 19 % |
| Terri Pigott | Co-Principal Investigator | 9 % |
| Xiaodan Hu | Co-Principal Investigator | 12 % |

| | |
|---|---|
| **6** | AWARD PERIODS |

          BUDGET PERIOD      08/01/2026 - 07/31/2027
PERFORMANCE PERIOD     11/12/2025 - 07/31/2027

FUTURE BUDGET PERIODS

N/A

| | |
|---|---|
| **7** | AUTHORIZED FUNDING |

              THIS ACTION      $180,696.00
          BUDGET PERIOD      $180,696.00
  PERFORMANCE PERIOD     $571,956.02

| | |
|---|---|
| **8** | ADMINISTRATIVE INFORMATION |

               UEI     V6AFQPN18437
     REGULATIONS     CFR PART 74
                     EDGAR AS APPLICABLE
                     2 CFR AS APPLICABLE
     ATTACHMENTS     2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , D072026 , GE1 , GE2 , GE3 , GE4

| | |
|---|---|
| **9** | LEGISLATIVE AND FISCAL DATA |

  AUTHORITY:                 PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
  PROGRAM TITLE:          EDUCATION RESEARCH
  CFDA/SUBPROGRAM NO:     84.305A



R305A250449 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $180,696.00 |

PR/AWARD NUMBER:        R305A250449 - 26

RECIPIENT NAME:         The University of Texas at Austin
                        College of Education

GRANTEE NAME:           UNIVERSITY OF TEXAS AT AUSTIN

                        110 INNER CAMPUS DR,

                        AUSTIN, TX 78712 - 1139

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     59%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
       1) THE RECIPIENT'S APPLICATION (BLOCK 2);
       2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
       3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
       IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
       THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
       The term subaward means:
       1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

       In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

       1) Determines who is eligible to receive what Federal assistance;
       2) Has its performance measured in relation to whether the objectives of a Federal program were met;
       3) Has responsibility for programmatic decision-making;
       4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED000526



R305A250449 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00527



R305A250449 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

(9) General Condition

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful

ED00528



R305A250449 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Discrimination, which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

## AKILAH NELSON
Digitally signed by AKILAH NELSON
Date: 2026.07.29 09:49:12 -04'00'

| | |
|---|---|
| **AUTHORIZING OFFICIAL** | **DATE** |

Ver. 1

ED00529

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00530

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00531

R305A250450 - 26
Tedra Clark
National Opinion Research Center
55 East Monroe Street, 30th floor
Chicago, IL 60603

ED00532

R305A250450 - 26

Jennifer Hamilton
National Opinion Research Center
55 East Monroe Street, 30th floor
Chicago, IL 60603

ED00533

R305A250450 - 26



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>National Opinion Research Center<br>55 East Monroe Street, 30th floor<br>Chicago, IL 60603 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER   R305A250450 - 26<br>ACTION NUMBER   2<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>   (Research and Development) |

| | | | |
|---|---|---|---|
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>  Tedra Clark     (312) 759-4000<br>  clark-tedra@norc.org<br>EDUCATION PROGRAM CONTACT<br>  Nathan Jones     (202) 708-5954<br>  nathan.jones@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.305A<br>Education Research Program |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Tedra Clark | Project Director | 20 % |
| Matthew Linick | Co-Principal Investigator | 3 % |
| Sheila Arens | Co-Principal Investigator | 4 % |

**6** AWARD PERIODS

              BUDGET PERIOD     07/01/2026 - 06/30/2027
       PERFORMANCE PERIOD     03/17/2026 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 3 | 07/01/2027 - 06/30/2028 | $1,493,030.00 |

**7** AUTHORIZED FUNDING

                THIS ACTION     $732,885.00
             BUDGET PERIOD     $732,885.00
      PERFORMANCE PERIOD     $2,022,369.62

**8** ADMINISTRATIVE INFORMATION

           UEI    MPYFY5UMSDP4
    REGULATIONS    CFR PART 74
                EDGAR AS APPLICABLE
                2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:                PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
  PROGRAM TITLE:        EDUCATION RESEARCH
  CFDA/SUBPROGRAM NO:    84.305A

ED00534



R305A250450 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $732,885.00 |

**10**

PR/AWARD NUMBER:              R305A250450 - 26

RECIPIENT NAME:               National Opinion Research Center

GRANTEE NAME:                 NATIONAL OPINION RESEARCH CENTER

55 E MONROE ST,

CHICAGO, IL 60603 - 5713

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00535

R305A250450 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00536



US Department of Education
Washington, D.C. 20202

R305A250450 - 26

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00537

R305A250450 - 26

**US Department of Education**
**Washington, D.C. 20202**

**GRANT AWARD NOTIFICATION**

EMILY WEAVER    Digitally signed by EMILY WEAVER
                Date: 2026.06.24 14:07:54 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                        **DATE**

Ver. 1

ED00538

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

    **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00539

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00540

R305T240021 - 26
John Sabatini
The University of Memphis
365 Innovation Drive
Memphis, TN 38152 - 3370

ED00541

R305T240021 - 26

Charles H Vires, Jr
The University of Memphis
315 Administration Building
Memphis, TN 38152

ED00542

R305T240021 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

The University of Memphis
315 Administration Building
Memphis, TN 38152

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305T240021 - 26 |
| ACTION NUMBER | 4 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
John Sabatini                (901) 678-5103
jpsbtini@memphis.edu
EDUCATION PROGRAM CONTACT
Courtney Pollack          (202) 987-0999
courtney.pollack@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK        888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.305T
Scenario-Based Assessment in the age of generative AI:
Making space in the education market for alternative
assessment paradigm

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Joseph Magliano | CO-PI | 16 % |
| J Elliott Casal | CO-INVESTIGATOR | 11 % |
| Randy Floyd | CO-INVESTIGATOR | 11 % |
| Emily Srisarajivakul | CO-INVESTIGATOR | 11 % |
| Jonathan Cohen | CO-INVESTIGATOR | 18 % |
| Omer Ari | CO-INVESTIGATOR | 18 % |
| Gertrude Tinker Sachs | CO-INVESTIGATOR | 3 % |
| Piotr Mitros | CO-PI | 18 % |
| Tenaha O Reilly | CO-PI | 13 % |
| Paul Deane | CO-PI | 13 % |
| Zuowei Wang | CO-INVESTIGATOR | 7 % |
| John Sabatini | Project Director | 21 % |

**6** AWARD PERIODS

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $1,243,788.00 |
| BUDGET PERIOD | $1,243,788.00 |
| PERFORMANCE PERIOD | $3,657,923.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | F2VSMAKDH8Z7 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |

ED00543

R305T240021 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:                     PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:                 EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:            84.305T

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $1,243,788.00 |

**10** PR/AWARD NUMBER:              R305T240021 - 26

RECIPIENT NAME:              The University of Memphis

GRANTEE NAME:               UNIVERSITY OF MEMPHIS

115 JOHN WILDER TOWER,

MEMPHIS, TN 38152 - 0001

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  45%

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT
DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED
AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM
REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD
APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5
MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS
REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN
120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329
(BLOCK 6).

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the
Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part
200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number
(FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN.
If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned
PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a
subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and
objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not
include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided
through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through
entity considers a contract. See 2 CFR 200.1.

ED00544

R305T240021 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

ED00545



R305T240021 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK
Digitally signed by COURTNEY POLLACK
Date: 2026.06.24 13:45:36 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00546

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**      The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00547

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00548

R324A210074 - 26
Mary Beth Calhoon
UNIVERSITY OF MIAMI
1507 Levanted Ave
Coral Gables, FL 33146

ED00549

R324A210074 - 26

Vera Lionel
UNIVERSITY OF MIAMI
1320 S. Dixie Hwy. Suite 650
Coral Gables, FL 33146

ED00550



R324A210074 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| UNIVERSITY OF MIAMI<br>1320 S. Dixie Hwy. Suite 650<br>Coral Gables, FL 33146 | PR/AWARD NUMBER   R324A210074 - 26<br>ACTION NUMBER     18<br>ACTION TYPE        Continuation<br>AWARD TYPE         Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Mary Beth Calhoon       (305) 284-4149<br>  mxc568@miami.edu<br>EDUCATION PROGRAM CONTACT<br>  Shirley Huang         (202) 453-7777<br>  shirley.huang@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>Multi-Year Middle School Intensive Reading Intervention for Students with or At-Risk for Reading Disabilities. |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Mary Beth Calhoon | Project Director | 32 % |

**6** AWARD PERIODS

BUDGET PERIOD       07/01/2026 - 06/30/2027
PERFORMANCE PERIOD   07/01/2021 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

THIS ACTION        $400,890.00
BUDGET PERIOD     $400,890.00
PERFORMANCE PERIOD  $3,799,991.00

**8** ADMINISTRATIVE INFORMATION

UEI         JPU4TCW6QYF3
REGULATIONS    CFR PART 200
             EDGAR AS APPLICABLE
             2 CFR AS APPLICABLE
ATTACHMENTS   2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002
PROGRAM TITLE:     SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES
CFDA/SUBPROGRAM NO:   84.324A

R324A210074 - 26

# US Department of Education
Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $400,890.00 |

PR/AWARD NUMBER:         R324A210074 - 26

RECIPIENT NAME:          UNIVERSITY OF MIAMI

GRANTEE NAME:            UNIVERSITY OF MIAMI

                        1320 S DIXIE HWY STE 650,

                        CORAL GABLES, FL 33146 - 2919

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    26%

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00552



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00553

R324A210074 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

SHIRLEY HUANG   Digitally signed by SHIRLEY HUANG
Date: 2026.06.29 12:38:15 -04'00'

_____          _____

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED00554

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00555

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00556

R324A220215 - 26
Michael Solis
The Regents of the University of California
900 University Avenue
2135 Sproul Hall
Riverside, CA 92521 - 0001

R324A220215 - 26

Timothy Wolfe
The Regents of the University of California
900 University Ave.
University of California, Riverside

Riverside, CA 92521

ED00558

R324A220215 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| The Regents of the University of California<br>900 University Ave.<br>University of California, Riverside<br>Riverside, CA 92521 | PR/AWARD NUMBER    R324A220215 - 26<br>ACTION NUMBER    8<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Michael Solis    (951) 827-5855<br>  michael.solis@ucr.edu<br>EDUCATION PROGRAM CONTACT<br>  Emily Weaver    (202) 245-7114<br>  emily.weaver@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>Reading Enhancements for Students with Autism Spectrum Disorders (Project READ): A Reading Comprehension Intervention |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Michael Solis | Project Director | 33 % |
| Sharon Vaughn | CO-PI | 10 % |
| Colleen Reutebuch | PI | 35 % |
| Greg Roberts | Lead Methodologist | 5 % |

**6** AWARD PERIODS

       BUDGET PERIOD       08/01/2026 - 07/31/2027
PERFORMANCE PERIOD       08/01/2022 - 07/31/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

          THIS ACTION      $586,972.00
         BUDGET PERIOD      $586,972.00
   PERFORMANCE PERIOD      $3,799,999.00

**8** ADMINISTRATIVE INFORMATION

           UEI      MR5QC5FCAVH5
    REGULATIONS      CFR PART 200
                 EDGAR AS APPLICABLE
                 2 CFR AS APPLICABLE
    ATTACHMENTS      D072026

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:             PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

  PROGRAM TITLE:       SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

R324A220215 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $586,972.00 |

**10**

PR/AWARD NUMBER:            R324A220215 - 26

RECIPIENT NAME:            The Regents of the University of California

GRANTEE NAME:            REGENTS OF THE UNIVERSITY OF CALIFORNIA AT RIVERSIDE

200 UNIVERSTY OFC BUILDING,

RIVERSIDE, CA 92521 - 0001

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    26%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;

ED00560

R324A220215 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00561



## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

ED00562

US Department of Education
Washington, D.C. 20202

R324A220215 - 26

## GRANT AWARD NOTIFICATION

EMILY WEAVER

Digitally signed by EMILY WEAVER
Date: 2026.07.29 16:43:31 -04'00'

**AUTHORIZING OFFICIAL**                 **DATE**

Ver. 1

ED00563

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00564

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**   The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**   The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**   The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00565

R324A220267 - 26
Kelli D Cummings
University of Maryland
Research
3112 Lee Building
7809 Regents Drive
College Park, MD 20742 - 5141

ED00566

R324A220267 - 26

Katie McKeon
University of Maryland
Research
3112 Lee Building
7809 Regents Drive
College Park , MD 20742

ED00567



R324A220267 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** | RECIPIENT NAME

University of Maryland
Research
3112 Lee Building
7809 Regents Drive
College Park , MD 20742

**2** | AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A220267 - 26 |
| ACTION NUMBER | 14 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary |
| | (Research and Development) |

**3** | PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Kelli D Cummings          (301) 405-6498
kellic@umd.edu
EDUCATION PROGRAM CONTACT
Shirley Huang          (202) 453-7777
shirley.huang@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK     888-336-8930
obssed@servicenowservices.com

**4** | PROJECT TITLE

84.324A
Reading Mastery Project (RMP)

**5** | KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kelli D Cummings | Project Director | 11 % |

**6** | AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2022 - 06/30/2027 |

FUTURE BUDGET PERIODS

N/A

**7** | AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $511,811.00 |
| BUDGET PERIOD | $511,811.00 |
| PERFORMANCE PERIOD | $3,799,999.00 |

**8** | ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | NPU8ULVAAS23 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** | LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002 |
| PROGRAM TITLE: | SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES |
| CFDA/SUBPROGRAM NO: | 84.324A |

ED00568

R324A220267 - 26

# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $511,811.00 |

**PR/AWARD NUMBER:** R324A220267 - 26

**RECIPIENT NAME:** University of Maryland Research

**GRANTEE NAME:** UNIVERSITY OF MARYLAND, COLLEGE PARK

3112 LEE BUILDING,

COLLEGE PARK, MD 20742 - 5100

**PROGRAM INDIRECT COST TYPE:** Unrestricted

**PROJECT INDIRECT COST RATE:** 54.5%

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal program and

ED00569

R324A220267 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00570

R324A220267 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

SHIRLEY HUANG    Digitally signed by SHIRLEY HUANG
Date: 2026.06.29 12:48:22 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                          **DATE**

Ver. 1

ED00571

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**        The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00572

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00573

R324A230007 - 26

Benjamin Clarke
University of Oregon
c/o Sponsored Projects Services
5292 University of Oregon

Eugene, OR 97403

ED00574

R324A230007 - 26

Alec Caldwell
University of Oregon
5219 University of Oregon
Eugene, OR 97403

ED00575



R324A230007 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

University of Oregon
5219 University of Oregon
Eugene, OR 97403

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A230007 - 26 |
| ACTION NUMBER | 12 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary |
| | (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Benjamin Clarke      (541) 346-5126
  clarkeb@uoregon.edu
EDUCATION PROGRAM CONTACT
  Sarah J Brasiel      (202) 245-6734
  sarah.brasiel@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.324A
A Randomized Control Trial of a Tier 2 Sixth Grade
Mathematics Intervention

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Leanne Ketterlin Geller | CO-PI | 8 % |
| Gena Nelson | CO-PI | 20 % |
| Derek Kosty | CO-PI | 16 % |
| Keith Smolkowski | CO-PI | 4 % |
| Benjamin Clarke | Project Director | 15 % |
| Anne Marie Light | Key Personnel | 80 % |

**6** AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2023 - 06/30/2028 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 5 | 07/01/2027 - 06/30/2028 | $397,416.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $871,987.00 |
| BUDGET PERIOD | $871,987.00 |
| PERFORMANCE PERIOD | $3,402,583.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | Z3FGN9MF92U2 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:        PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF
        2002

ED00576

R324A230007 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:    SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:    84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $871,987.00 |

PR/AWARD NUMBER:    R324A230007 - 26

RECIPIENT NAME:    University of Oregon

GRANTEE NAME:    UNIVERSITY OF OREGON

1776 E 13TH AVE,

EUGENE, OR 97403 - 1905

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    47.5%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00577



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00578



US Department of Education
Washington, D.C. 20202

R324A230007 - 26

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00579

R324A230007 - 26

**US Department of Education**
**Washington, D.C. 20202**

## GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

KATHERINE TAYLOR  Digitally signed by KATHERINE TAYLOR
Date: 2026.06.29 12:00:13 -04'00'

——————————————————————————   ———————————

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00580

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

  **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

  **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

  **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

  **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

  **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

  **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

  **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

  **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

  **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

  **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

  **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

  **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

  **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

  **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

  **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

  **UEI -**  The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00581

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00582



R324A230008 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Ball State University<br>2000 W University Ave<br>Muncie, IN 47306 | PR/AWARD NUMBER  R324A230008 - 26<br>ACTION NUMBER  8<br>ACTION TYPE  Continuation<br>AWARD TYPE  Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Lisa Ruble    (765) 285-5702<br>  laruble@bsu.edu<br>EDUCATION PROGRAM CONTACT<br>  Akilah Nelson    (202) 804-7493<br>  akilah.nelson@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK  888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>COMPASS Across Settings (CAST) for Integrating School, Home, and Community Services and Improving Transition Outcomes for Students with ASD |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Lisa Ruble | Project Director | 27 % |
| Lisa Rubenstein | CO-PD/PI | 15 % |
| William Finch | CO-PD/PI | 10 % |
| Lindsey Ogle | CO-PD/PI | 15 % |
| Cathy Pratt | CO-PD/PI | 10 % |
| Bryan Parsons | CO-PD/PI | 6 % |

**6** AWARD PERIODS

        BUDGET PERIOD      08/01/2026 - 07/31/2027
    PERFORMANCE PERIOD      08/01/2023 - 07/31/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

            THIS ACTION    $470,105.00
          BUDGET PERIOD    $470,105.00
     PERFORMANCE PERIOD    $1,999,999.00

**8** ADMINISTRATIVE INFORMATION

          UEI    KDP6QKY6QLM1
    REGULATIONS    CFR PART 200
              EDGAR AS APPLICABLE
              2 CFR AS APPLICABLE
    ATTACHMENTS    D072026

**9** LEGISLATIVE AND FISCAL DATA

    AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

ED00583

R324A230008 - 26

# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:     SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:     84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $470,105.00 |

PR/AWARD NUMBER:     R324A230008 - 26

RECIPIENT NAME:     Ball State University

GRANTEE NAME:     BALL STATE UNIVERSITY

2000 W UNIVERSITY AVE,

MUNCIE, IN 47306 - 1099

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     27%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;

ED00584

R324A230008 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

2) Has its performance measured in relation to whether the objectives of a Federal program were met;

3) Has responsibility for programmatic decision-making;

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.

For questions regarding use of the IES visual identity, email iescommunications@ed.gov.

Appropriate and Authorized Use by Grantees

The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.

Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.

Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program

ED00585



R324A230008 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

ED00586

R324A230008 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AKILAH NELSON  Digitally signed by AKILAH NELSON
Date: 2026.07.29 20:16:26 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00587

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**       (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**       The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00588

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00589

R324A230012 - 26



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** | RECIPIENT NAME | **2** | AWARD INFORMATION |
|---|---|---|---|
| | University of Kansas Center for Research, Inc.<br>2385 Irving Hill Road<br>Lawrence, KS 66045 | | PR/AWARD NUMBER     R324A230012 - 26<br>ACTION NUMBER     9<br>ACTION TYPE     Continuation<br>AWARD TYPE     Discretionary<br>(Research and Development) |

| **3** | PROJECT STAFF | **4** | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Karrie Shogren      (785) 864-8044<br>  shogren@ku.edu<br>EDUCATION PROGRAM CONTACT<br>  Akilah Nelson      (202) 804-7493<br>  akilah.nelson@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | | 84.324A<br>Examining the Initial Efficacy of the Goal Setting Challenge App: Impacts of Technology-Delivered Self-Determination Instruction on Secondary/Transition Outcomes |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Karrie A Shogren | Project Director | 8 % |
| Tyler Hicks | Co-I - Statistician | 10 % |
| Valerie Mazzotti | CO-PD/PI | 13 % |
| Lauren Bruno | Co-Principal Investigator | 10 % |

**6** AWARD PERIODS

              BUDGET PERIOD     07/01/2026 - 06/30/2027<br>    PERFORMANCE PERIOD     07/01/2023 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 5 | 07/01/2027 - 06/30/2028 | $851,435.00 |

**7** AUTHORIZED FUNDING

                THIS ACTION     $815,737.00<br>           BUDGET PERIOD     $815,737.00<br>    PERFORMANCE PERIOD     $2,948,565.00

**8** ADMINISTRATIVE INFORMATION

           UEI     SSUJB3GSH8A5<br>    REGULATIONS     CFR PART 200<br>                EDGAR AS APPLICABLE<br>                2 CFR AS APPLICABLE<br>    ATTACHMENTS     2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:           PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002<br>  PROGRAM TITLE:       SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00590

R324A230012 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:    84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $815,737.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R324A230012 - 26 |
| RECIPIENT NAME: | University of Kansas Center for Research, Inc. |
| GRANTEE NAME: | UNIVERSITY OF KANSAS CENTER FOR RESEARCH INC |
| | 2385 IRVING HILL RD, |
| | LAWRENCE, KS 66045 - 7563 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 26% |

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00591



**US Department of Education**
**Washington, D.C. 20202**

R324A230012 - 26

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00592



R324A230012 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00593

R324A230012 - 26

## US Department of Education
## Washington, D.C. 20202
## GRANT AWARD NOTIFICATION

AKILAH NELSON  Digitally signed by AKILAH NELSON
Date: 2026.06.29 12:18:55 -04'00'

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

ED00594

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

    **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00596

R324A230039 - 26

Sarah Douglas
Michigan State University
COLL SOCIAL SCI
HUMAN ECOLOGY
552 W CIRCLE DR RM 7

EAST LANSING, MI 48824 - 0000

ED00597

R324A230039 - 26

Paul Lester
Michigan State University
COLL SOCIAL SCI
426 Auditorium Road Room 2
East Lansing, MI 48824

ED00598

R324A230039 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | Michigan State University<br>COLL SOCIAL SCI<br>426 Auditorium Road Room 2<br>East Lansing, MI 48824 | | PR/AWARD NUMBER    R324A230039 - 26<br>ACTION NUMBER    10<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Sarah Douglas          (517) 355-7680<br>  sdouglas@msu.edu<br>EDUCATION PROGRAM CONTACT<br>  Shirley Huang          (202) 453-7777<br>  shirley.huang@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK      888-336-8930<br>  obssed@servicenowservices.com | | 84.324A<br>The Development and Testing of a Professional Development and Telepractice Intervention to Support Family Member Use of Augmentative and Alternative Communication |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Sarah N Douglas | Project Director | 16 % |
| Hedda Meadan-Kaplansky, | CO-PI | 20 % |
| Courtney Venker | SLP Expert | 6 % |
| Courtenay Barrett | Cost Analysis Expert | 0 % |

**6** AWARD PERIODS

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2023 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

THIS ACTION          $517,123.00
BUDGET PERIOD        $517,123.00
PERFORMANCE PERIOD   $2,000,000.00

**8** ADMINISTRATIVE INFORMATION

UEI          R28EKN92ZTZ9
REGULATIONS  CFR PART 200
             EDGAR AS APPLICABLE
             2 CFR AS APPLICABLE
ATTACHMENTS  2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002
PROGRAM TITLE:      SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00599



R324A230039 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:     84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $517,123.00 |

**10**

PR/AWARD NUMBER:          R324A230039 - 26

RECIPIENT NAME:           Michigan State University
                          COLL SOCIAL SCI

GRANTEE NAME:             MICHIGAN STATE UNIVERSITY

                          426 AUDITORIUM RD RM 360,

                          EAST LANSING, MI 48824 - 2600

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   56.5%

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;

ED00600

R324A230039 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

3) Has responsibility for programmatic decision-making;

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.

For questions regarding use of the IES visual identity, email iescommunications@ed.gov.

Appropriate and Authorized Use by Grantees

The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.

Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect

ED00601

R324A230039 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

SHIRLEY HUANG  Digitally signed by SHIRLEY HUANG
Date: 2026.06.29 12:51:36 -04'00'

—————————————————————————————   ——————————

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00602

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00603

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00604

R324A230091 - 26

Kent McIntosh
University of Oregon
Research and Administration
1235 University of Oregon
Eugene, OR 97403 - 1235

ED00605

R324A230091 - 26

Anshuman AR Razdan
University of Oregon
Research and Administration
1235 University of Oregon
Eugene, OR 97403

ED00606



R324A230091 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of Oregon<br>Research and Administration<br>5219 University of Oregon<br>Eugene, OR 97403 | PR/AWARD NUMBER    R324A230091 - 26<br>ACTION NUMBER    13<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Kent McIntosh         (541) 346-2340<br>  Kentm@uoregon.edu<br>EDUCATION PROGRAM CONTACT<br>  Jacquelyn A Buckley    (202) 804-7471<br>  JACQUELYN.BUCKLEY@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>CICO-High School: Evaluation of an Effective Tier 2<br>Behavior Intervention for Students in High Schools |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Angus Kittelman | CO-PI | 35 % |
| M Kathleen Strickland Cohen | CO-PI | 23 % |
| Gulcan Cil | Cost Analyst | 5 % |
| Kent McIntosh | Project Director | 15 % |

**6** AWARD PERIODS

BUDGET PERIOD        07/01/2026 - 06/30/2027
PERFORMANCE PERIOD        07/01/2023 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 5 | 07/01/2027 - 06/30/2028 | $736,167.00 |

**7** AUTHORIZED FUNDING

THIS ACTION        $784,127.00
BUDGET PERIOD        $784,127.00
PERFORMANCE PERIOD        $3,095,086.00

**8** ADMINISTRATIVE INFORMATION

UEI        Z3FGN9MF92U2
REGULATIONS        CFR PART 200
        EDGAR AS APPLICABLE
        2 CFR AS APPLICABLE
ATTACHMENTS        2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:        PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

ED00607



R324A230091 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:  SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:  84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $784,127.00 |

PR/AWARD NUMBER:  R324A230091 - 26

RECIPIENT NAME:  University of Oregon
Research and Administration

GRANTEE NAME:  UNIVERSITY OF OREGON
1776 E 13TH AVE,
EUGENE, OR 97403 - 1905

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  47.5%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00608



R324A230091 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00609



R324A230091 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00610

R324A230091 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK    Digitally signed by COURTNEY POLLACK
                    Date: 2026.06.29 11:56:45 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED00611

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00612

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00613

R324A230093 - 26

Emily Solari

The Rector & Visitors of the University of Virginia

405 Emmet Street South

PO Box 800784

Charlottesville, VA 22904 - 8784

R324A230093 - 26

Catherine Thompson
The Rector & Visitors of the University of Virginia
1001 N. Emmet Street
PO Box 400195
Charlottesville, VA 22904

ED00615



R324A230093 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1 RECIPIENT NAME**

The Rector & Visitors of the University of Virginia
1001 N. Emmet Street
PO Box 400195
Charlottesville, VA 22904

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R324A230093 - 26 |
| ACTION NUMBER | 8 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
  Emily Solari    (434) 243-4242
  ejs9ea@virginia.edu
EDUCATION PROGRAM CONTACT
  Shirley Huang    (202) 453-7777
  shirley.huang@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4 PROJECT TITLE**

84.324A
Leveraging Evidence-based Reading and Relational Tools to Improve Kindergarteners' Literacy Skills and Behavior

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Emily Solari | Project Director | 20 % |
| Jason Downer | CO-PI | 15 % |
| Colby Hall | CO-PI | 15 % |
| Amanda Williford | CO-INVESTIGATOR | 5 % |
| Jessica Whittaker | CO-INVESTIGATOR | 14 % |
| Jessica Logan | CO-PI | 15 % |

**6 AWARD PERIODS**

      BUDGET PERIOD    07/01/2026 - 06/30/2027
PERFORMANCE PERIOD    07/01/2023 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $738,621.00 |

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $1,088,500.00 |
| BUDGET PERIOD | $1,088,500.00 |
| PERFORMANCE PERIOD | $3,011,467.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | JJG6HU8PA4S5 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

ED00616

R324A230093 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:  SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:  84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $1,088,500.00 |

PR/AWARD NUMBER:  R324A230093 - 26

RECIPIENT NAME:  The Rector & Visitors of the University of Virginia

GRANTEE NAME:  RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA

1001 EMMET ST N,

CHARLOTTESVILLE, VA 22903 - 4833

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  61.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00617



R324A230093 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00618



R324A230093 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https:// ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00619

R324A230093 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

SHIRLEY HUANG
Digitally signed by SHIRLEY HUANG
Date: 2026.06.29 12:59:51 -04'00'

_____          _____

**AUTHORIZING OFFICIAL**                                        **DATE**

Ver. 1

ED00620

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME** - The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION** -   Unique items of information that identify this notification.

    **PR/AWARD NUMBER** -   A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER** -   A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE** -   The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE** -   The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF** -   This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    ***RECIPIENT PROJECT DIRECTOR** -   The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT** -   The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT** -   The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER** -   Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.* KEY PERSONNEL** - Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS** -   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD** -   A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD** -   The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    ***FUTURE BUDGET PERIODS** -   The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING** -   The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    ***THIS ACTION** - The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    ***BUDGET PERIOD** - The total amount of funds available for use by the grantee during the stated budget period to this date.

    ***PERFORMANCE PERIOD** - The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE** -   The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT** - The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION** -   This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00621

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00622

R324A230102 - 26

MELANIE PELLECCHIA

TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, THE

4000 - SM-MG-School of Medicine

3535 Market St.

3rd floor

Philadelphia, PA 19104 - 6021

ED00623

R324A230102 - 26

DAWN SABELLA
TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, THE
4000 - SM-MG-School of Medicine
Office of Research Services
3451 Walnut Street, 5th Floor

Philadelphia, PA 19104

ED00624



R324A230102 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** RECIPIENT NAME | | **2** AWARD INFORMATION | |

**1** RECIPIENT NAME

TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA, THE
4000 - SM-MG-School of Medicine
Office of Research Services
3451 Walnut Street, 5th Floor
Philadelphia, PA 19104

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A230102 - 26 |
| ACTION NUMBER | 9 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary |
| | (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
    MELANIE                (215) 573-3472
    PELLECCHIA
    Melanie.Pellecchia@pennmedicine.upenn.edu
EDUCATION PROGRAM CONTACT
    Amy Sussman            (202) 804-7491
    amy.sussman@ed.gov
EDUCATION PAYMENT HOTLINE
    G5 PAYEE HELPDESK      888-336-8930
    obssed@servicenowservices.com

**4** PROJECT TITLE

84.324A
Adaptive Trial of Parent Empowerment and Coaching in Early
Intervention: AT PEACE Study

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Emily M Becker Haimes | CO-INVESTIGATOR | 10 % |
| Zuleyha Cidav | CO-INVESTIGATOR | 10 % |
| Kevin Lynch | CO-INVESTIGATOR | 10 % |
| David S Mandell | CO-INVESTIGATOR | 3 % |
| MELANIE PELLECCHIA | Project Director | 40 % |
| Brooke R Ingersoll | CO-INVESTIGATOR | 15 % |

**6** AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2023 - 06/30/2028 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 5 | 07/01/2027 - 06/30/2028 | $789,073.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $774,182.00 |
| BUDGET PERIOD | $774,182.00 |
| PERFORMANCE PERIOD | $3,010,926.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | GM1XX56LEP58 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

ED00625



R324A230102 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AUTHORITY:                PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

PROGRAM TITLE:            SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:       84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $774,182.00 |

PR/AWARD NUMBER:          R324A230102 - 26

RECIPIENT NAME:           TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, THE
                          4000 - SM-MG-School of Medicine

GRANTEE NAME:             TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, THE
                          3451 WALNUT ST,
                          PHILADELPHIA, PA 19104 - 6205

PROGRAM INDIRECT COST TYPE:    Unrestricted
PROJECT INDIRECT COST RATE:    26%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND

ED00626

R324A230102 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER

(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND

(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR

(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT

(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND

(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;

2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;

3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;

4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND

5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.

For questions regarding use of the IES visual identity, email iescommunications@ed.gov.

Appropriate and Authorized Use by Grantees

The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.

Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.

Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00627



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00628

R324A230102 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AMY SUSSMAN

Digitally signed by AMY SUSSMAN
Date: 2026.06.29 13:27:10 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                   **DATE**

Ver. 1

ED00629

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00630

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00631

R324A230118 - 26

Kwang-Sun Blair
University of South Florida
College of Behavioral and Community Sciences
13301 Bruce B Downs Blvd
MHC2336

Tampa, FL 33612 - 3807

ED00632

R324A230118 - 26

Matthew Anderson
University of South Florida
College of Behavioral and Community Sciences
3702 Spectrum Blvd
Suite 165
Tampa, FL 33612



R324A230118 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of South Florida<br>College of Behavioral and Community Sciences<br>3702 Spectrum Blvd<br>Suite 165<br>Tampa, FL 33612 | PR/AWARD NUMBER   R324A230118 - 26<br>ACTION NUMBER   11<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Kwang-Sun Blair     (813) 974-2129<br>  kwangsun@usf.edu<br>EDUCATION PROGRAM CONTACT<br>  Jacquelyn A Buckley    (202) 804-7471<br>  JACQUELYN.BUCKLEY@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>Development and Pilot Testing of a Virtual Prevent-Teach-Reinforce Coaching Model (ePTR Coach) for Children with or At-Risk for Disabilities |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kwang-Sun Blair | Project Director | 30 % |
| Kimberly Crosland | CO-PI | 14 % |
| Catia Cividini-Motta | CO-PI | 14 % |
| Rose Iovannone | CO-INVESTIGATOR | 10 % |
| Jennifer Wolgemuth | Qualitative Methodologist | 5 % |
| Jeffrey Williams | Biostatistician | 6 % |
| Troy Quast | Cost Analyst | 5 % |
| John Ferron | Educational Statistician | 0 % |

**6** AWARD PERIODS

BUDGET PERIOD     07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2023 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

THIS ACTION     $446,452.00
BUDGET PERIOD     $446,452.00
PERFORMANCE PERIOD     $1,999,057.00

**8** ADMINISTRATIVE INFORMATION

UEI     NKAZLXLL7Z91
REGULATIONS     CFR PART 200
     EDGAR AS APPLICABLE
     2 CFR AS APPLICABLE
ATTACHMENTS     2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

ED00634



R324A230118 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002 |
| PROGRAM TITLE: | SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES |
| CFDA/SUBPROGRAM NO: | 84.324A |

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $446,452.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R324A230118 - 26 |
| RECIPIENT NAME: | University of South Florida |
| | College of Behavioral and Community Sciences |
| GRANTEE NAME: | UNIVERSITY OF SOUTH FLORIDA |
| | 4202 E FOWLER AVE, |
| | TAMPA, FL 33620 - 5800 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 27.5% |

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

ED00635



R324A230118 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

ED00636



R324A230118 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

EMILY WEAVER  Digitally signed by EMILY WEAVER
Date: 2026.06.29 11:58:44 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                         **DATE**

Ver. 1

ED00637

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**            The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00639

R324A230138 - 26
Jeremy Miciak
University of Houston
4849 Calhoun Rd.
Health 1, Room 486
Houston, TX 77204 - 4004

ED00640

R324A230138 - 26

Fauzia Nisar
University of Houston
Office of Contracts and Grants
4302 University Drive, Room 316
Houston, TX 77204

ED00641

Case 1:26-cv-13019-ADB    Document 41-6    Filed 08/04/26    Page 642 of 2910

R324A230138 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of Houston<br>Office of Contracts and Grants<br>4302 University Drive, Room 316<br>Houston, TX 77204 | PR/AWARD NUMBER   R324A230138 - 26<br>ACTION NUMBER   9<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Jeremy Miciak   (832) 842-2044<br>  Jeremy.Miciak@times.uh.edu<br>EDUCATION PROGRAM CONTACT<br>  Shirley Huang   (202) 453-7777<br>  shirley.huang@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>A longitudinal investigation of predic tors and outcomes of specific learning disabilities identification |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Jeremy Miciak | Project Director | 25 % |
| Matthew Burns | CO-PI | 23 % |
| Kathrin Maki | CO-PI | 14 % |
| W Pat Taylor | CO-PI | 25 % |

**6** AWARD PERIODS

        BUDGET PERIOD   07/01/2026 - 06/30/2027
    PERFORMANCE PERIOD   07/01/2023 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

          THIS ACTION   $432,722.00
        BUDGET PERIOD   $432,722.00
   PERFORMANCE PERIOD   $1,699,338.00

**8** ADMINISTRATIVE INFORMATION

          UEI   QKWEF8XLMTT3
    REGULATIONS   CFR PART 200
             EDGAR AS APPLICABLE
             2 CFR AS APPLICABLE
    ATTACHMENTS   2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:         PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002
  PROGRAM TITLE:     SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00642



R324A230138 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $432,722.00 |

PR/AWARD NUMBER:              R324A230138 - 26

RECIPIENT NAME:              University of Houston

GRANTEE NAME:               UNIVERSITY OF HOUSTON SYSTEM

4300 MARTIN LUTHER KING BLVD,

HOUSTON, TX 77204 - 3067

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:     26%

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;

ED00643

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00644

R324A230138 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

SHIRLEY HUANG
Digitally signed by SHIRLEY HUANG
Date: 2026.06.29 12:54:48 -04'00'

_____     _____
**AUTHORIZING OFFICIAL**                        **DATE**

Ver. 1

ED00645

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

> **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

> **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

> **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

> **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

> **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

> **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

> **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

> **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

> **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

> **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

> **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

> **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

> **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

> **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

> **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

> **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00646

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00647

R324A230154 - 26
Jeannette Mancilla-Martinez
Vanderbilt University
110 21st Ave. S.
Nashville, TN 37203 - 2417

R324A230154 - 26

Michelle Wachter
Vanderbilt University
Baker Building Suite 800
110 21st Ave. S.
Nashville, TN 37203

ED00649



R324A230154 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Vanderbilt University<br>Baker Building Suite 800<br>110 21st Ave. S.<br>Nashville, TN 37203 | PR/AWARD NUMBER   R324A230154 - 26<br>ACTION NUMBER   8<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Jeannette Mancilla-     (615) 322-8100<br>  Martinez<br>  jeannette.mancilla-<br>  martinez@vanderbilt.edu<br>EDUCATION PROGRAM CONTACT<br>  Shirley Huang     (202) 453-7777<br>  shirley.huang@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>Special Education Placement Based on Assessment Practices for Spanish-Speaking English Language Learners Struggling With Reading Comprehension |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Jeannette Mancilla-Martinez | Project Director | 16 % |
| Gigi Luk | CO-INVESTIGATOR | 16 % |
| David Francis | CO-INVESTIGATOR | 5 % |
| Paulina Kulesz | CO-INVESTIGATOR | 20 % |

**6** AWARD PERIODS

        BUDGET PERIOD      08/01/2026 - 07/31/2027
    PERFORMANCE PERIOD      08/01/2023 - 07/31/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

             THIS ACTION     $375,078.00
           BUDGET PERIOD     $375,078.00
      PERFORMANCE PERIOD     $1,659,552.00

**8** ADMINISTRATIVE INFORMATION

         UEI    GTNBNWXJ12D5
    REGULATIONS    CFR PART 200
             EDGAR AS APPLICABLE
             2 CFR AS APPLICABLE
    ATTACHMENTS    D072026

**9** LEGISLATIVE AND FISCAL DATA

    AUTHORITY:        PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

ED00650

R324A230154 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:    SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:    84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $375,078.00 |

**10**

PR/AWARD NUMBER:    R324A230154 - 26

RECIPIENT NAME:    Vanderbilt University

GRANTEE NAME:    VANDERBILT UNIVERSITY

110 21ST AVE S,

NASHVILLE, TN 37203 - 2416

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    58.5%

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;

ED00651

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

2) Has its performance measured in relation to whether the objectives of a Federal program were met;

3) Has responsibility for programmatic decision-making;

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.

For questions regarding use of the IES visual identity, email iescommunications@ed.gov.

Appropriate and Authorized Use by Grantees

The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.

Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.

Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program

ED00652



R324A230154 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

ED00653

**US Department of Education**
**Washington, D.C. 20202**

R324A230154 - 26

## GRANT AWARD NOTIFICATION

SHIRLEY HUANG   Digitally signed by SHIRLEY HUANG
Date: 2026.07.30 10:59:45 -04'00'

**AUTHORIZING OFFICIAL**                                      **DATE**

Ver. 1

ED00654

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

   **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00655

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00656

R324A230164 - 26
Elizabeth Bettini
Trustees of Boston University
2 Silber Way
Boston, MA 02215

ED00657

R324A230164 - 26

Diane Baldwin
Trustees of Boston University
881 Commonwealth Avenue
Boston, MA 02215

ED00658



R324A230164 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Trustees of Boston University<br>881 Commonwealth Avenue<br>Boston, MA 02215 | PR/AWARD NUMBER   R324A230164 - 26<br>ACTION NUMBER   8<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Elizabeth Bettini    (520) 873-7534<br>  lbettini@bu.edu<br>EDUCATION PROGRAM CONTACT<br>  Katherine Taylor    (202) 987-0071<br>  Katherine.Taylor@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>Project RESPECT: Revealing Special Educators' Conditions for Teaching |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Michelle Cumming | CO-PI | 24 % |
| Kristen O Brien | CO-PI | 10 % |
| Nelson Brunsting | CO-PI | 10 % |
| Corinne Huggins Manley | CO-PI | 12 % |
| Elizabeth Bettini | Project Director | 16 % |

**6** AWARD PERIODS

        BUDGET PERIOD    07/01/2026 - 06/30/2027
   PERFORMANCE PERIOD    07/01/2023 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

          THIS ACTION    $346,587.00
        BUDGET PERIOD    $346,587.00
    PERFORMANCE PERIOD    $2,000,000.00

**8** ADMINISTRATIVE INFORMATION

         UEI    THL6A6JLE1S7
   REGULATIONS    CFR PART 200
            EDGAR AS APPLICABLE
            2 CFR AS APPLICABLE
   ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:             PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

  PROGRAM TITLE:        SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00659



R324A230164 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $346,587.00 |

**10**

PR/AWARD NUMBER:            R324A230164 - 26

RECIPIENT NAME:             Trustees of Boston University

GRANTEE NAME:              TRUSTEES OF BOSTON UNIVERSITY

1 SILBER WAY,

BOSTON, MA 02215 - 1703

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   65%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;

ED00660

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00661

R324A230164 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.06.29 11:54:22 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00662

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00663

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00664

R324A230213 - 26

Hannah Schertz
Trustees of Indiana University
201 N Rose Ave.
512 S ROSE AVE

Bloomington, IN 47401 - 4740

R324A230213 - 26

Steven A Martin
Trustees of Indiana University
509 E 3rd St
Bloomington, IN 47401

ED00666

R324A230213 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1  RECIPIENT NAME**

Trustees of Indiana University
509 E 3rd St
Bloomington, IN 47401

**2  AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R324A230213 - 26 |
| ACTION NUMBER | 9 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary |
| | (Research and Development) |

**3  PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
 Hannah Schertz          (970) 324-0131
 hschertz@iu.edu
EDUCATION PROGRAM CONTACT
 Amy Sussman            (202) 804-7491
 amy.sussman@ed.gov
EDUCATION PAYMENT HOTLINE
 G5 PAYEE HELPDESK    888-336-8930
 obssed@servicenowservices.com

**4  PROJECT TITLE**

84.324A
Building Interactive Social Communication for Toddlers with
Autism in Community-Based Early Intervention Systems

**5  KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Jessica N Lester | CO-PI | 9 % |
| Patricia Muller | CO-PI | 20 % |
| Hannah Schertz | Project Director | 44 % |

**6  AWARD PERIODS**

|  |  |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2023 - 06/30/2028 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 5 | 07/01/2027 - 06/30/2028 | $677,598.00 |

**7  AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $878,534.00 |
| BUDGET PERIOD | $878,534.00 |
| PERFORMANCE PERIOD | $3,113,528.00 |

**8  ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | YH86RTW2YVJ4 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9  LEGISLATIVE AND FISCAL DATA**

AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF
                    2002
PROGRAM TITLE:      SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                    SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00667

R324A230213 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $878,534.00 |

PR/AWARD NUMBER:            R324A230213 - 26

RECIPIENT NAME:             Trustees of Indiana University

GRANTEE NAME:               TRUSTEES OF INDIANA UNIVERSITY

107 S INDIANA AVE,

BLOOMINGTON, IN 47405 - 7000

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    58.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00668



US Department of Education
Washington, D.C. 20202

R324A230213 - 26

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00669



R324A230213 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00670

US Department of Education
Washington, D.C. 20202

R324A230213 - 26

**GRANT AWARD NOTIFICATION**

AMY SUSSMAN    Digitally signed by AMY SUSSMAN
Date: 2026.06.29 13:31:14 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00671

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00672

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00673

R324A230223 - 26
Abbey Eisenhower
University of Massachusetts Boston
University of Massachusetts Boston
100 Morrissey Blvd.
Boston, MA 02125

ED00674

R324A230223 - 26

Shala Bonyun
University of Massachusetts Boston
University of Massachusetts Boston
100 Morrissey Blvd.
Boston, MA 02125



R324A230223 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of Massachusetts Boston<br>University of Massachusetts Boston<br>100 Morrissey Blvd.<br>Boston, MA 02125 | PR/AWARD NUMBER   R324A230223 - 26<br>ACTION NUMBER   6<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Abbey Eisenhower   (617) 287-6334<br>  Abbey.Eisenhower@umb.edu<br>EDUCATION PROGRAM CONTACT<br>  Emily Weaver   (202) 245-7114<br>  emily.weaver@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>Intervention to Enhance Student-Teacher Relationships and School Outcomes for Autistic Children: A Randomized Controlled Trial |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Janet Blacher | CO-PI | 22 % |
| Narmene Hamsho | CO-PI | 10 % |
| Abbey Eisenhower | Project Director | 15 % |
| Shana R Cohen | CO-INVESTIGATOR | 11 % |
| Eric Endlich | CO-INVESTIGATOR | 10 % |
| Yel Nedim | CO-INVESTIGATOR | 20 % |

**6** AWARD PERIODS

        BUDGET PERIOD   07/01/2026 - 06/30/2027
  PERFORMANCE PERIOD   07/01/2023 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 5 | 07/01/2027 - 06/30/2028 | $643,198.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $714,352.00 |
| BUDGET PERIOD | $714,352.00 |
| PERFORMANCE PERIOD | $2,965,575.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | CGCDJ24JJLZ1 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

ED00676



R324A230223 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:  SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:  84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $714,352.00 |

PR/AWARD NUMBER:  R324A230223 - 26

RECIPIENT NAME:  University of Massachusetts Boston
University of Massachusetts Boston

GRANTEE NAME:  UNIVERSITY OF MASS AT BOSTON
100 WILLIAM T MORRISSEY BLVD,
DORCHESTER, MA 02125 - 3300

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  26%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00677

R324A230223 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)     Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)     The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00678



R324A230223 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00679

R324A230223 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

EMILY WEAVER
Digitally signed by EMILY WEAVER
Date: 2026.06.29 11:38:20 -04'00'

**AUTHORIZING OFFICIAL**                                                   **DATE**

Ver. 1

ED00680

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00681

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00682

R324A230240 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** | RECIPIENT NAME

The University of Kansas Center for Research, Inc.
2385 Irving Hill Rd.
Lawrence, KS 66045

**2** | AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A230240 - 26 |
| ACTION NUMBER | 9 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** | PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Valerie L Mazzotti          (785) 864-5043
  mazzotti@ku.edu
EDUCATION PROGRAM CONTACT
  Akilah Nelson          (202) 804-7493
  akilah.nelson@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK      888-336-8930
  obssed@servicenowservices.com

**4** | PROJECT TITLE

84.324A
Special Education Research

**5** | KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Dawn Rowe | CO-PI | 16 % |
| Jeff Gau | CO-PI | 25 % |
| Keith Smolkowski | CO-INVESTIGATOR | 5 % |
| Valerie L Mazzotti | Project Director | 25 % |

**6** | AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 12/06/2023 - 06/30/2027 |

FUTURE BUDGET PERIODS

N/A

**7** | AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $809,756.00 |
| BUDGET PERIOD | $809,756.00 |
| PERFORMANCE PERIOD | $3,443,007.09 |

**8** | ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | SSUJB3GSH8A5 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** | LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002 |
| PROGRAM TITLE: | SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES |

ED00683



R324A230240 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $809,756.00 |

PR/AWARD NUMBER:            R324A230240 - 26

RECIPIENT NAME:             The University of Kansas Center for Research, Inc.

GRANTEE NAME:              UNIVERSITY OF KANSAS CENTER FOR RESEARCH INC

2385 IRVING HILL RD,

LAWRENCE, KS 66045 - 7563

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:     51%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;

ED00684



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00685

R324A230240 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AKILAH NELSON    Digitally signed by AKILAH NELSON
Date: 2026.06.29 12:25:32 -04'00'

_____    _____
**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED00686

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00688

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Valerie L Mazzotti
The University of Kansas Center for Research, Inc.
2385 Irving Hill Rd.

Lawrence, KS 66045

SUBJECT: Payee Verification for Grant Award R324A230240 - 26

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: SSUJB3GSH8A5
Grantee Name: UNIVERSITY OF KANSAS CENTER FOR RESEARCH INC

Payee UEI: SSUJB3GSH8A5
Payee Name: UNIVERSITY OF KANSAS CENTER FOR RESEARCH INC

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED00689



R324A240006 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | |
|---|---|
| **1** RECIPIENT NAME<br><br>University of Kansas Center for Research, Inc.<br>2385 Irving Hill Rd<br>Lawrence, KS 66045 | **2** AWARD INFORMATION<br><br>PR/AWARD NUMBER   R324A240006 - 26<br>ACTION NUMBER      12<br>ACTION TYPE         Continuation<br>AWARD TYPE          Discretionary<br>                       (Research and Development) |
| **3** PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>  Karrie Shogren        (785) 864-8044<br>  shogren@ku.edu<br>EDUCATION PROGRAM CONTACT<br>  Akilah Nelson         (202) 804-7493<br>  akilah.nelson@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** PROJECT TITLE<br><br>84.324A<br>Enhancing Secondary/Transition Outcomes Using Check<br>and Connect with the Self-Determined Learning Model of<br>Instruction |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| LaRon A Scott | CO-PI | 11 % |
| James Houseworth | Co-Principal Investigator | 25 % |
| Karrie A Shogren | Project Director | 10 % |
| Tyler Hicks | CO-INVESTIGATOR | 10 % |
| Lauren Bruno | Co-Principal Investigator | 10 % |

**6** AWARD PERIODS

BUDGET PERIOD     07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 07/31/2028 | $862,659.00 |
| 5 | 08/01/2028 - 06/30/2029 | $775,057.00 |

**7** AUTHORIZED FUNDING

THIS ACTION         $850,643.00
BUDGET PERIOD     $850,643.00
PERFORMANCE PERIOD    $2,362,284.00

**8** ADMINISTRATIVE INFORMATION

UEI     SSUJB3GSH8A5
REGULATIONS     CFR PART 200
            EDGAR AS APPLICABLE
            2 CFR AS APPLICABLE
ATTACHMENTS     2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:         PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF
               2002

ED00690

R324A240006 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:           SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                         SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:      84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $850,643.00 |

**10**

PR/AWARD NUMBER:              R324A240006 - 26

RECIPIENT NAME:              University of Kansas Center for Research, Inc.

GRANTEE NAME:                UNIVERSITY OF KANSAS CENTER FOR RESEARCH INC

                            2385 IRVING HILL RD,

                            LAWRENCE, KS 66045 - 7563

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  26%

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00691



R324A240006 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00692



R324A240006 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00693

R324A240006 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AKILAH NELSON  Digitally signed by AKILAH NELSON
Date: 2026.06.29 11:47:00 -04'00'

_____          _____

**AUTHORIZING OFFICIAL**                                **DATE**

Ver. 1

ED00694

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00695

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00696

R324A240009 - 26

Joseph Lambert
Vanderbilt University
230 Appleton Pl.
Nashville, TN 37203 - 5721

ED00697

R324A240009 - 26

Michelle Wachter
Vanderbilt University
Baker Building Suite 800
110 21st Ave. S.
Nashville, TN 37203

ED00698

R324A240009 - 26



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Vanderbilt University<br>Baker Building Suite 800<br>110 21st Ave. S.<br>Nashville, TN 37203 | PR/AWARD NUMBER     R324A240009 - 26<br>ACTION NUMBER     8<br>ACTION TYPE     Continuation<br>AWARD TYPE     Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Joseph Lambert     (615) 343-0824<br>  joseph.m.lambert@vanderbilt.edu<br>EDUCATION PROGRAM CONTACT<br>  Katherine Taylor     (202) 987-0071<br>  Katherine.Taylor@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>AVID: Automated Virtual-Reality-Based Trainings for Intervention Development |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Bimal Balakrishnan | CO-PI | 15 % |
| Casey Clay | CO-PI | 8 % |
| Mandy Rispoli | CO-PI | 2 % |
| Joseph Lambert | Project Director | 17 % |

**6** AWARD PERIODS

        BUDGET PERIOD     07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $472,278.00 |

**7** AUTHORIZED FUNDING

             THIS ACTION     $412,093.00
        BUDGET PERIOD     $412,093.00
PERFORMANCE PERIOD     $1,527,712.00

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | GTNBNWXJ12D5 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:              PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

PROGRAM TITLE:      SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00699

R324A240009 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $412,093.00 |

PR/AWARD NUMBER:         R324A240009 - 26

RECIPIENT NAME:          Vanderbilt University

GRANTEE NAME:            VANDERBILT UNIVERSITY

110 21ST AVE S,

NASHVILLE, TN 37203 - 2416

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    58.5%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00700



US Department of Education
Washington, D.C. 20202

R324A240009 - 26

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00701



R324A240009 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00702

**US Department of Education**
**Washington, D.C. 20202**

R324A240009 - 26

# GRANT AWARD NOTIFICATION

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.06.29 11:49:12 -04'00'

**AUTHORIZING OFFICIAL**                                   **DATE**

Ver. 1

ED00703

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00704

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00705

R324A240017 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Research Foundation of CUNY on behalf of Hunter College CUNY<br>695 Park Avenue<br>New York, NY 10065 | PR/AWARD NUMBER    R324A240017 - 26<br>ACTION NUMBER    9<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>   Catherine Kramarczuk    (646) 359-9786<br>   Voulgarides<br>   cv1360@hunter.cuny.edu<br>EDUCATION PROGRAM CONTACT<br>   Akilah Nelson    (202) 804-7493<br>   akilah.nelson@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK    888-336-8930<br>   obssed@servicenowservices.com | 84.324A<br>A Comparative Exploration of IDEA Racial Equity Policy to Inform Research, Policy, and Practice. |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Natasha Strassfeld | CO-PI | 13 % |
| Alexandra Aylward | CO-PI | 35 % |
| Hua-Yu Sebastian Cherng | Co-Principal Investigator | 3 % |
| Catherine Kramarczuk Voulgarides | Project Director | 38 % |

**6** AWARD PERIODS

     BUDGET PERIOD      07/15/2026 - 07/14/2027
   PERFORMANCE PERIOD      07/15/2024 - 07/14/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/15/2027 - 07/14/2028 | $414,728.00 |

**7** AUTHORIZED FUNDING

       THIS ACTION    $420,758.00
       BUDGET PERIOD    $420,758.00
   PERFORMANCE PERIOD    $1,285,248.00

**8** ADMINISTRATIVE INFORMATION

       UEI    EK93EZLLBSC4
   REGULATIONS    CFR PART 200
           EDGAR AS APPLICABLE
           2 CFR AS APPLICABLE
   ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

   AUTHORITY:      PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

ED00706

R324A240017 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:       SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                     SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:  84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $420,758.00 |

**10**

PR/AWARD NUMBER:            R324A240017 - 26

RECIPIENT NAME:            Research Foundation of CUNY on behalf of Hunter College CUNY

GRANTEE NAME:             RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK

                         695 PARK AVE,

                         NEW YORK, NY 10065 - 5024

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   26%

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00707



R324A240017 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00708



R324A240017 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00709

R324A240017 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AKILAH NELSON    Digitally signed by AKILAH NELSON
Date: 2026.06.29 11:59:49 -04'00'

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00710

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00711

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00712

R324A240021 - 26

Rose Iovannone
University of South Florida
College of Behavioral and Community Sciences
13301 Bruce B. Downs Blvd
MHC2113A

Tampa, FL 33612 - 3807

ED00713

R324A240021 - 26

Eric Kern
University of South Florida
College of Behavioral and Community Sciences
3702 Spectrum Blvd
Suite 165
Tampa, FL 33612

ED00714

R324A240021 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>University of South Florida<br>College of Behavioral and Community Sciences<br>3702 Spectrum Blvd<br>Suite 165<br>Tampa, FL 33612 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER   R324A240021 - 26<br>ACTION NUMBER      5<br>ACTION TYPE        Continuation<br>AWARD TYPE        Discretionary<br>                   (Research and Development) |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>   Rose Iovannone       (813) 974-1696<br>   iovannone@usf.edu<br>EDUCATION PROGRAM CONTACT<br>   Jacquelyn A Buckley    (202) 804-7471<br>   JACQUELYN.BUCKLEY@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK    888-336-8930<br>   obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.324A<br>Stepped Care Approach for Addressing Youth-Motivated<br>School Refusal Behaviors (STAY) |

**5**   KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Rose Iovannone | Project Director | 20 % |
| Alison Salloum | CO-PI | 20 % |
| Kim Crosland | CO-PI | 20 % |
| Shannon Suldo | CO-PI | 20 % |
| Jeffrey Williams | CO-INVESTIGATOR | 2 % |

**6**   AWARD PERIODS

            BUDGET PERIOD     07/01/2026 - 06/30/2027
     PERFORMANCE PERIOD     07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $575,612.00 |

**7**   AUTHORIZED FUNDING

               THIS ACTION     $506,098.00
            BUDGET PERIOD     $506,098.00
     PERFORMANCE PERIOD   $1,424,388.00

**8**   ADMINISTRATIVE INFORMATION

                 UEI    NKAZLXLL7Z91
     REGULATIONS    CFR PART 200
                      EDGAR AS APPLICABLE
                      2 CFR AS APPLICABLE
     ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9**   LEGISLATIVE AND FISCAL DATA

     AUTHORITY:           PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF
                         2002

ED00715



R324A240021 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:          SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                        SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:     84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $506,098.00 |

**10**

PR/AWARD NUMBER:           R324A240021 - 26

RECIPIENT NAME:            University of South Florida
                           College of Behavioral and Community Sciences

GRANTEE NAME:              UNIVERSITY OF SOUTH FLORIDA

                           4202 E FOWLER AVE,

                           TAMPA, FL 33620 - 5800

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   27.5%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00716



<div align="right">R324A240021 - 26</div>

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

<div align="right">ED00717</div>



R324A240021 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00718

R324A240021 - 26

**US Department of Education**
**Washington, D.C. 20202**

## GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

EMILY WEAVER          Digitally signed by EMILY WEAVER
                      Date: 2026.06.29 11:47:51 -04'00'

_____        _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00719

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00720

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00721

R324A240031 - 26
Freda F Liu
University of Washington
8122 NE 161st Pl
Kenmore, WA 98028

ED00722

R324A240031 - 26

Carol Rhodes
University of Washington
4333 Brooklyn Ave NE
Seattle, WA 98195

ED00723



R324A240031 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of Washington<br>4333 Brooklyn Ave NE<br>Seattle, WA 98195 | PR/AWARD NUMBER   R324A240031 - 26<br>ACTION NUMBER   8<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
   Freda F Liu      (206) 987-3295
   fredaliu@uw.edu
EDUCATION PROGRAM CONTACT
   Emily Weaver      (202) 245-7114
   emily.weaver@ed.gov
EDUCATION PAYMENT HOTLINE
   G5 PAYEE HELPDESK   888-336-8930
   obssed@servicenowservices.com

**4** PROJECT TITLE

84.324A
School-Based Paraeducator Education for Engagement at Recess

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Freda F Liu | Project Director | 1 % |
| Connie Kasari | Site PI | 10 % |
| Stephanie Shire | Site PI | 15 % |
| Wendy Shih | CO-INVESTIGATOR | 15 % |
| Andria Eisman | CO-INVESTIGATOR | 12 % |
| Jill J Locke | Co-Project Director | 25 % |

**6** AWARD PERIODS

      BUDGET PERIOD      07/01/2026 - 06/30/2027
  PERFORMANCE PERIOD      07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $804,414.00 |
| 5 | 07/01/2028 - 06/30/2029 | $825,205.00 |

**7** AUTHORIZED FUNDING

           THIS ACTION      $785,249.00
        BUDGET PERIOD      $785,249.00
   PERFORMANCE PERIOD      $2,370,370.00

**8** ADMINISTRATIVE INFORMATION

           UEI    NFJ3CMQ4B418
     REGULATIONS    CFR PART 200
                EDGAR AS APPLICABLE
                2 CFR AS APPLICABLE
     ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

ED00724



R324A240031 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002 |
| PROGRAM TITLE: | SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES |
| CFDA/SUBPROGRAM NO: | 84.324A |

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $785,249.00 |

| | |
|---|---|
| PR/AWARD NUMBER: | R324A240031 - 26 |
| RECIPIENT NAME: | University of Washington |
| GRANTEE NAME: | UNIVERSITY OF WASHINGTON |
| | 4300 ROOSEVELT WAY NE # 300, |
| | SEATTLE, WA 98105 - 4718 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 55.5% |

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND

ED00725

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00726



R324A240031 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00727

R324A240031 - 26

**US Department of Education**
**Washington, D.C. 20202**

## GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

EMILY WEAVER    Digitally signed by EMILY WEAVER
Date: 2026.06.29 11:32:11 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED00728

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME** - The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION** -  Unique items of information that identify this notification.

    **PR/AWARD NUMBER** - A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER** - A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE** - The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE** - The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF** - This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR** - The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT** - The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT** - The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER** - Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL** - Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS** -  Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD** - A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD** - The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS** - The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING** - The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION** - The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD** - The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD** - The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE** - The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT** - The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION** - This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI** -          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00729

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00730

R324A240058 - 26

Nelson Brunsting
University of Florida
Suite 180 Norman Hall
PO Box 117050

Gainesville, FL 32611 - 7050

R324A240058 - 26

Stephanie Gray
University of Florida
207 Grinter Hall
PO Box 115500
Gainesville, FL 32611

ED00732

R324A240058 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of Florida<br>207 Grinter Hall<br>PO Box 115500<br>Gainesville, FL 32611 | PR/AWARD NUMBER   R324A240058 - 26<br>ACTION NUMBER   5<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Nelson Brunsting   (352) 273-4275<br>  n.brunsting@coe.ufl.edu<br>EDUCATION PROGRAM CONTACT<br>  Katherine Taylor   (202) 987-0071<br>  Katherine.Taylor@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK  888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>Project SUSTAIN: Sustaining Special Education Teachers by Improving Working Conditions: A Collaborative Intervention Development and Investigation of Promise |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Nelson Brunsting | Project Director | 23 % |
| Anne C Manley | CO-PI | 5 % |
| Elizabeth Bettini | CO-PI | 13 % |
| Michelle Cumming | CO-PI | 9 % |

**6** AWARD PERIODS

        BUDGET PERIOD    07/01/2026 - 06/30/2027
  PERFORMANCE PERIOD    07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $449,146.00 |

**7** AUTHORIZED FUNDING

          THIS ACTION    $590,159.00
        BUDGET PERIOD    $590,159.00
    PERFORMANCE PERIOD    $1,550,854.00

**8** ADMINISTRATIVE INFORMATION

            UEI    NNFQH1JAPEP3
    REGULATIONS    CFR PART 200
                EDGAR AS APPLICABLE
                2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:           PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

  PROGRAM TITLE:       SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00733

R324A240058 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CFDA/SUBPROGRAM NO: | | | | 84.324A | | | | | |

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $590,159.00 |

PR/AWARD NUMBER:  R324A240058 - 26

RECIPIENT NAME:  University of Florida

GRANTEE NAME:  UNIVERSITY OF FLORIDA

1523 UNION RD RM 207,

GAINESVILLE, FL 32611 - 1941

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  52.5%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00734



R324A240058 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00735



R324A240058 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00736

R324A240058 - 26

**US Department of Education**
**Washington, D.C. 20202**

## GRANT AWARD NOTIFICATION

KATHERINE TAYLOR  Digitally signed by KATHERINE TAYLOR
Date: 2026.06.29 11:51:48 -04'00'

_____          _____
            **AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00737

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00738

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00739

R324A240075 - 26
Blair Lloyd
Vanderbilt University
230 Appleton Place
Nashville, TN 37203 - 5721

ED00740

R324A240075 - 26

Michelle Wachter
Vanderbilt University
110 21st Avenue South, Suite 800
Nashville, TN 37203

ED00741

R324A240075 - 26



## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Vanderbilt University<br>110 21st Avenue South, Suite 800<br>Nashville, TN 37203 | PR/AWARD NUMBER  R324A240075 - 26<br>ACTION NUMBER  7<br>ACTION TYPE  Continuation<br>AWARD TYPE  Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Blair Lloyd    (615) 343-9641<br>  blair.lloyd@vanderbilt.edu<br>EDUCATION PROGRAM CONTACT<br>  Jacquelyn A Buckley  (202) 804-7471<br>  JACQUELYN.BUCKLEY@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK  888-336-8930<br>  obssed@servicenowservices.com | 84.324A<br>Building Relationships in Intensive Intervention: Exploring Dyadic Interactions, Relationship Quality, and Engagement for Students with or at High Risk for Emotional/Behavioral Disorders |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kristen Granger | CO-PI | 10 % |
| Mary Louise Hemmeter | CO-PI | 5 % |
| Blair Lloyd | Project Director | 21 % |

**6** AWARD PERIODS

BUDGET PERIOD    07/01/2026 - 06/30/2027
PERFORMANCE PERIOD    07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $440,167.00 |

**7** AUTHORIZED FUNDING

THIS ACTION    $427,714.00
BUDGET PERIOD    $427,714.00
PERFORMANCE PERIOD    $1,258,728.00

**8** ADMINISTRATIVE INFORMATION

UEI    GTNBNWXJ12D5
REGULATIONS    CFR PART 200
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:    PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002
PROGRAM TITLE:    SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00742

R324A240075 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $427,714.00 |

PR/AWARD NUMBER:          R324A240075 - 26

RECIPIENT NAME:           Vanderbilt University

GRANTEE NAME:             VANDERBILT UNIVERSITY

110 21ST AVE S,

NASHVILLE, TN 37203 - 2416

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    58.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00743



R324A240075 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00744



US Department of Education
Washington, D.C. 20202

R324A240075 - 26

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00745

R324A240075 - 26

**US Department of Education**
**Washington, D.C. 20202**

## GRANT AWARD NOTIFICATION

EMILY WEAVER  Digitally signed by EMILY WEAVER
Date: 2026.06.29 11:44:26 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00746

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**         The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00747

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00748

R324A240081 - 26

Nathaniel von der Embse
University of South Florida
4202 East Fowler Avenue EDU105

Tampa, FL 33620 - 5650

ED00749

R324A240081 - 26

Stephanie Rios
University of South Florida
4202 East Fowler Avenue EDU105
Tampa, FL 33620

ED00750



R324A240081 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

University of South Florida
4202 East Fowler Avenue EDU105
Tampa, FL 33620

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A240081 - 26 |
| ACTION NUMBER | 6 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Nathaniel von der Embse    (813) 974-9698
natev@usf.edu
EDUCATION PROGRAM CONTACT
Amy Sussman    (202) 804-7491
amy.sussman@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK    888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.324A
Development and Validation of a Social, Emotional, and Behavioral Risk Screener for Early Childhood

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Nathaniel von der Embse | Project Director | 10 % |
| Jason Anthony | CO-PI | 3 % |
| Maria Carlo | CO-INVESTIGATOR | 5 % |
| Lise Fox | CO-INVESTIGATOR | 5 % |
| Katie Eklund | CO-PI | 17 % |
| Stephen Kilgus | CO-PI | 8 % |
| Qunshan Zheng | Project Coordinator | 50 % |

**6** AWARD PERIODS

BUDGET PERIOD    07/01/2026 - 06/30/2027
PERFORMANCE PERIOD    07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $457,433.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $485,971.00 |
| BUDGET PERIOD | $485,971.00 |
| PERFORMANCE PERIOD | $1,542,567.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | NKAZLXLL7Z91 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

ED00751



R324A240081 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AUTHORITY:                PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

PROGRAM TITLE:            SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:       84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $485,971.00 |

**10** PR/AWARD NUMBER:          R324A240081 - 26

RECIPIENT NAME:           University of South Florida

GRANTEE NAME:             UNIVERSITY OF SOUTH FLORIDA

4202 E FOWLER AVE,

TAMPA, FL 33620 - 5800

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    27.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND

ED00752

R324A240081 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00753



R324A240081 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00754

R324A240081 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AMY SUSSMAN

Digitally signed by AMY SUSSMAN
Date: 2026.06.29 13:23:48 -04'00'

_____        _____

**AUTHORIZING OFFICIAL**                                  **DATE**

Ver. 1

ED00755

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

 **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

 **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

 **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

 **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

 **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

 **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

 **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

 **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

 **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

 **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

 **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

 **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

 **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

 **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

 **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

 **UEI -**  The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00756

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00757

R324A240104 - 26

Dale Walker

University of Kansas Center for Research, Inc.

Juniper Gardens Children's Project

444 Minnesota Avenue, Suite 300

Kansas City, KS 66101 - 2941

R324A240104 - 26

Alicia Reed
University of Kansas Center for Research, Inc.
2385 Irving Hill Road
Lawrence, KS 66045

ED00759



R324A240104 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | |
|---|---|
| **1** RECIPIENT NAME<br><br>University of Kansas Center for Research, Inc.<br>2385 Irving Hill Road<br>Lawrence, KS 66045 | **2** AWARD INFORMATION<br><br>PR/AWARD NUMBER   R324A240104 - 26<br>ACTION NUMBER   6<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |
| **3** PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>  Dale Walker     (913) 321-3143<br>  walkerd@ku.edu<br>EDUCATION PROGRAM CONTACT<br>  Amy Sussman     (202) 804-7491<br>  amy.sussman@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** PROJECT TITLE<br><br>84.324A<br>Partnership to Build Teacher Capacity to Promote Early<br>Language Learning in Infants and Toddlers with and at Risk<br>for Disabilities |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Laura Kuhn | CO-INVESTIGATOR | 15 % |
| Noreen Yazejian | CO-INVESTIGATOR | 5 % |
| Dale Walker | Project Director | 30 % |
| Kathryn Bigelow | CO-PI | 20 % |
| Kandace Fleming | Co-Investigator/Statistical Methodologist | 10 % |
| Tyler Hicks | Cost Analyst | 2 % |
| Gretchen Scheibel | Co-Investigator/Cost Analysis | 10 % |

**6** AWARD PERIODS

        BUDGET PERIOD     07/01/2026 - 06/30/2027
    PERFORMANCE PERIOD     07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $844,867.00 |
| 5 | 07/01/2028 - 06/30/2029 | $660,996.00 |

**7** AUTHORIZED FUNDING

          THIS ACTION     $831,495.00
        BUDGET PERIOD     $831,495.00
    PERFORMANCE PERIOD    $2,494,137.00

**8** ADMINISTRATIVE INFORMATION

          UEI    SSUJB3GSH8A5
    REGULATIONS    CFR PART 200
             EDGAR AS APPLICABLE
             2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

ED00760

R324A240104 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**9** | LEGISLATIVE AND FISCAL DATA

AUTHORITY:        PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

PROGRAM TITLE:      SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:      84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $831,495.00 |

**10** | PR/AWARD NUMBER:      R324A240104 - 26

RECIPIENT NAME:      University of Kansas Center for Research, Inc.

GRANTEE NAME:      UNIVERSITY OF KANSAS CENTER FOR RESEARCH INC

2385 IRVING HILL RD,

LAWRENCE, KS 66045 - 7563

PROGRAM INDIRECT COST TYPE:      Unrestricted

PROJECT INDIRECT COST RATE:      26%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED

ED00761



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND

3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER

(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND

(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR

(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT

(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND

(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;

2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;

3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;

4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND

5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.

For questions regarding use of the IES visual identity, email iescommunications@ed.gov.

Appropriate and Authorized Use by Grantees

The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.

Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will

ED00762



**US Department of Education**
**Washington, D.C. 20202**

R324A240104 - 26

# GRANT AWARD NOTIFICATION

be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the

ED00763

R324A240104 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

AMY SUSSMAN

Digitally signed by AMY SUSSMAN
Date: 2026.06.29 13:19:24 -04'00'

**AUTHORIZING OFFICIAL**                                                      **DATE**

Ver. 1

ED00764

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00765

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00766

R324A240107 - 26

# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME<br><br>University of Oregon<br>Research and Innovation<br>5219 University of Oregon<br>Eugene, OR 97403 | **2** AWARD INFORMATION<br><br>PR/AWARD NUMBER R324A240107 - 26<br>ACTION NUMBER 6<br>ACTION TYPE Continuation<br>AWARD TYPE Discretionary<br>(Research and Development) |
|---|---|

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Atika Khurana         (541) 346-4518
  atika@uoregon.edu
EDUCATION PROGRAM CONTACT
  Akilah Nelson         (202) 804-7493
  akilah.nelson@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.324A
Developing and pilot testing a brief mindfulness-based intervention to promote self-determination skills among high school youth with disabilities

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Atika Khurana | Project Director | 33 % |
| Katherine W Bromley | CO-INVESTIGATOR | 28 % |
| David DeGarmo | Metholodogist | 16 % |
| Leslie Leve | CO-INVESTIGATOR | 6 % |

**6** AWARD PERIODS

        BUDGET PERIOD     07/01/2026 - 06/30/2027
  PERFORMANCE PERIOD     07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $504,466.00 |

**7** AUTHORIZED FUNDING

          THIS ACTION     $497,915.00
        BUDGET PERIOD     $497,915.00
    PERFORMANCE PERIOD     $1,494,554.00

**8** ADMINISTRATIVE INFORMATION

          UEI     Z3FGN9MF92U2
    REGULATIONS     CFR PART 200
               EDGAR AS APPLICABLE
               2 CFR AS APPLICABLE
    ATTACHMENTS     2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:             PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002
  PROGRAM TITLE:        SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00767



R324A240107 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $497,915.00 |

PR/AWARD NUMBER:            R324A240107 - 26

RECIPIENT NAME:             University of Oregon
                            Research and Innovation

GRANTEE NAME:               UNIVERSITY OF OREGON
                            1776 E 13TH AVE,
                            EUGENE, OR 97403 - 1905

PROGRAM INDIRECT COST TYPE:  Unrestricted
PROJECT INDIRECT COST RATE:  49%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00768



**US Department of Education**
**Washington, D.C. 20202**

R324A240107 - 26

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00769



R324A240107 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00770

R324A240107 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AKILAH NELSON  Digitally signed by AKILAH NELSON
Date: 2026.06.29 12:05:20 -04'00'

_____                    _____

**AUTHORIZING OFFICIAL**                                **DATE**

Ver. 1

ED00771

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**  The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00772

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00773

R324A240110 - 26

Stanley Garbacz

The Board of Regents of the University of Wisconsin System

1025 W Johnson St

316e Educational Sciences

Madison, WI 53706 - 1706

R324A240110 - 26

BRENDA A EGAN
The Board of Regents of the University of Wisconsin System
21 N Park St, Suite 6301
Madison, WI 53715

ED00775



R324A240110 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** | RECIPIENT NAME

The Board of Regents of the University of Wisconsin System
21 N Park St, Suite 6301
Madison, WI 53715

**2** | AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A240110 - 26 |
| ACTION NUMBER | 6 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** | PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Stanley Garbacz          (608) 265-8535
sgarbacz@wisc.edu
EDUCATION PROGRAM CONTACT
Jacquelyn A Buckley      (202) 804-7471
JACQUELYN.BUCKLEY@ED.GOV
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK      888-336-8930
obssed@servicenowservices.com

**4** | PROJECT TITLE

84.324A
Family-Centered Ecological Assessment and Intervention to Address Student Threats of Violence and Promote Social, Emotional, and Behavioral Competence

**5** | KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Anne Marie Mauricio | CO-PI | 17 % |
| Elizabeth Stormshak | CO-INVESTIGATOR | 8 % |
| Kevin Moore | Consultant | 8 % |
| Aydin Bal | CO-INVESTIGATOR | 4 % |
| Daniel Bolt | CO-INVESTIGATOR | 2 % |
| Stanley Garbacz | Project Director | 10 % |

**6** | AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2028 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $440,420.00 |

**7** | AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $536,246.00 |
| BUDGET PERIOD | $536,246.00 |
| PERFORMANCE PERIOD | $1,559,478.00 |

**8** | ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | LCLSJAGTNZQ7 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** | LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

ED00776

R324A240110 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:              SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                           SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $536,246.00 |

**10**

PR/AWARD NUMBER:           R324A240110 - 26

RECIPIENT NAME:            The Board of Regents of the University of Wisconsin System

GRANTEE NAME:              UNIVERSITY OF WISCONSIN SYSTEM

                           21 N PARK ST STE 6301,

                           MADISON, WI 53715 - 1218

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    55.5%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
       The term subaward means:
       1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

       In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

       1) Determines who is eligible to receive what Federal assistance;
       2) Has its performance measured in relation to whether the objectives of a Federal program were met;
       3) Has responsibility for programmatic decision-making;
       4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
       5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
       1) THE RECIPIENT'S APPLICATION (BLOCK 2);
       2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
       3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00777



R324A240110 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00778



R324A240110 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00779

R324A240110 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

EMILY WEAVER

Digitally signed by EMILY WEAVER
Date: 2026.06.29 11:51:09 -04'00'

**AUTHORIZING OFFICIAL**                                              **DATE**

Ver. 1

ED00780

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

    **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00781

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00782

R324A240137 - 26
Sharon Vaughn
The University of Texas at Austin
1912 SPEEDWAY
AUSTIN, TX 78712

ED00783

R324A240137 - 26

Sarah Reedy
The University of Texas at Austin
3925 West Braker Lane, Building 156, Suite 3.340
Austin, TX 78759

ED00784



R324A240137 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

The University of Texas at Austin
3925 West Braker Lane, Building 156, Suite 3.340
Austin, TX 78759

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A240137 - 26 |
| ACTION NUMBER | 9 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Sharon Vaughn          (512) 232-2357
srvaughn@austin.utexas.edu
EDUCATION PROGRAM CONTACT
Shirley Huang          (202) 453-7777
shirley.huang@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK      888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.324A
Examining the Efficacy of Integrating Anxiety Management
Practices with Reading Intervention for Students with Reading
Disabilities

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Amie Grills | CO-PI | 12 % |
| Sharon Vaughn | Project Director | 15 % |
| Phil Capin | CO-PI | 40 % |
| Greg Roberts | CO-PI | 5 % |

**6** AWARD PERIODS

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     07/01/2024 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $771,103.00 |
| 5 | 07/01/2028 - 06/30/2029 | $783,857.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $1,030,170.00 |
| BUDGET PERIOD | $1,030,170.00 |
| PERFORMANCE PERIOD | $2,440,177.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | V6AFQPN18437 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF
2002

ED00785

R324A240137 - 26

# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:          SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                        SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES
CFDA/SUBPROGRAM NO:     84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $1,030,170.00 |

PR/AWARD NUMBER:           R324A240137 - 26
RECIPIENT NAME:            The University of Texas at Austin
GRANTEE NAME:              UNIVERSITY OF TEXAS AT AUSTIN
                           110 INNER CAMPUS DR,
                           AUSTIN, TX 78712 - 1139
PROGRAM INDIRECT COST TYPE:  Unrestricted
PROJECT INDIRECT COST RATE:  26%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00786



R324A240137 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00788

R324A240137 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

**SHIRLEY HUANG** Digitally signed by SHIRLEY HUANG
Date: 2026.06.29 13:03:28 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                                  **DATE**

Ver. 1

ED00789

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00790

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00791

R324A240146 - 26

Gregory A Fabiano

The Florida International University Board of Trustees

4600 Main Street, Suite 101

Buffalo, NY 14226 - 0001

ED00792

R324A240146 - 26

Ludmilla Champagne
The Florida International University Board of Trustees
11200 SW 8th Street
MARC 430
Miami, FL 33199



**US Department of Education**
**Washington, D.C. 20202**

R324A240146 - 26

# GRANT AWARD NOTIFICATION

| **1** | RECIPIENT NAME | **2** | AWARD INFORMATION |
|---|---|---|---|

**1** RECIPIENT NAME

The Florida International University Board of Trustees
11200 SW 8th Street
MARC 430
Miami, FL 33199

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A240146 - 26 |
| ACTION NUMBER | 8 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Gregory A Fabiano
  gfabiano@fiu.edu
EDUCATION PROGRAM CONTACT
  Jacquelyn A Buckley        (202) 804-7471
  JACQUELYN.BUCKLEY@ED.GOV
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK        888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.324A
Effects of Mental Health Interventions Delivered in Schools:A Meta-Analysis

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| John R Weisz | CO-PI | 13 % |
| Gregory A Fabiano | Project Director | 14 % |

**6** AWARD PERIODS

BUDGET PERIOD        07/01/2026 - 06/30/2027
PERFORMANCE PERIOD        07/01/2024 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $511,542.00 |
| BUDGET PERIOD | $511,542.00 |
| PERFORMANCE PERIOD | $1,504,363.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | Q3KCVK5S9CP1 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002 |
| PROGRAM TITLE: | SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES |
| CFDA/SUBPROGRAM NO: | 84.324A |

ED00794



## US Department of Education
## Washington, D.C. 20202

R324A240146 - 26

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $511,542.00 |

PR/AWARD NUMBER:        R324A240146 - 26

RECIPIENT NAME:         The Florida International University Board of Trustees

GRANTEE NAME:           FLORIDA INTERNATIONAL UNIVERSITY

11200 SW 8TH ST,

MIAMI, FL 33199 - 2516

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     47.5%

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00796

R324A240146 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

EMILY WEAVER    Digitally signed by EMILY WEAVER
Date: 2026.06.29 11:55:38 -04'00'

| AUTHORIZING OFFICIAL | DATE |

Ver. 1

ED00797

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**      The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00799

R324A240147 - 26

Veronica Fleury
Florida State University
874 Traditions Way, SSB Third Floor
Tallahassee, FL 32306 - 4166

ED00800

R324A240147 - 26

Nicholas Lybbert
Florida State University
874 Traditions Way, SSB Third Floor
Tallahassee, FL 32306

ED00801



R324A240147 - 26

# US Department of Education
## Washington, D.C. 20202
# GRANT AWARD NOTIFICATION

| | |
|---|---|
| **1** RECIPIENT NAME<br><br>Florida State University<br>874 Traditions Way, SSB Third Floor<br>Tallahassee, FL 32306 | **2** AWARD INFORMATION<br><br>PR/AWARD NUMBER   R324A240147 - 26<br>ACTION NUMBER   5<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |
| **3** PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>Veronica Fleury   (612) 624-5785<br>vpfleury@fsu.edu<br>EDUCATION PROGRAM CONTACT<br>Emily Weaver   (202) 245-7114<br>emily.weaver@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK   888-336-8930<br>obssed@servicenowservices.com | **4** PROJECT TITLE<br><br>84.324A<br>Developing an Emergent Literacy Adaptive Intervention for Preschoolers with Autism |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Jessica A Logan | CO-INVESTIGATOR | 4 % |
| Kelly Whalon | CO-PI | 30 % |
| Veronica Fleury | Project Director | 30 % |
| Beth M Phillips | CO-INVESTIGATOR | 16 % |

**6** AWARD PERIODS

BUDGET PERIOD   07/01/2026 - 06/30/2027
PERFORMANCE PERIOD   07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $606,117.00 |

**7** AUTHORIZED FUNDING

THIS ACTION   $421,920.00
BUDGET PERIOD   $421,920.00
PERFORMANCE PERIOD   $1,393,876.00

**8** ADMINISTRATIVE INFORMATION

UEI   JF2BLNN4PJC3
REGULATIONS   CFR PART 200
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS   2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:   PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002
PROGRAM TITLE:   SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

R324A240147 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $421,920.00 |

PR/AWARD NUMBER:        R324A240147 - 26

RECIPIENT NAME:        Florida State University

GRANTEE NAME:        FLORIDA STATE UNIVERSITY

874 TRADITIONS WAY,

TALLAHASSEE, FL 32306 - 0001

PROGRAM INDIRECT COST TYPE:        Unrestricted

PROJECT INDIRECT COST RATE:        54%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00803



US Department of Education
Washington, D.C. 20202

R324A240147 - 26

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00804



R324A240147 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00805

R324A240147 - 26

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

EMILY WEAVER    Digitally signed by EMILY WEAVER
Date: 2026.06.29 11:35:26 -04'00'

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED00806

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**   A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**   A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**   The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**           The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00807

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00808

R324A240155 - 26
Melissa Dvorsky
Children's Research Institute
111 Michigan Ave NW
Washington, DC 20010 - 2916

ED00809

R324A240155 - 26

Conrad Hohenlohe
Children's Research Institute
111 Michigan Avenue NW
Washington, DC 20010

ED00810

R324A240155 - 26



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>Children's Research Institute<br>111 Michigan Avenue NW<br>Washington, DC 20010 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER    R324A240155 - 26<br>ACTION NUMBER    7<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>  Melissa Dvorsky          (202) 476-1752<br>  mdvorsky@childrensnational.org<br>EDUCATION PROGRAM CONTACT<br>  Courtney Pollack          (202) 987-0999<br>  courtney.pollack@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK      888-336-8930<br>  obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.324A<br>Longitudinal Evaluation of Promotive and Protective Factors for Academic Functioning for Students with ADHD Across the Transition to Middle School |

**5** **KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Melissa Dvorsky | Project Director | 27 % |
| Stephen Becker | CO-PI | 15 % |

**6** **AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2028 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $401,412.00 |

**7** **AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $413,555.00 |
| BUDGET PERIOD | $413,555.00 |
| PERFORMANCE PERIOD | $1,298,574.00 |

**8** **ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | M3KHEEYRM1S6 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** **LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002 |
| PROGRAM TITLE: | SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES |
| CFDA/SUBPROGRAM NO: | 84.324A |

ED00811



R324A240155 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $413,555.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R324A240155 - 26 |
| RECIPIENT NAME: | Children's Research Institute |
| GRANTEE NAME: | CHILDREN'S RESEARCH INSTITUTE |
| | 111 MICHIGAN AVE NW, |
| | WASHINGTON, DC 20010 - 2916 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 20% |

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00812

R324A240155 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY
ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE
APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY;
AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET
THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR
OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE
REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN
THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5
MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE
IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY
TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE
RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY
TAKES FOR THIS AWARD.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based
organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide
beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on
FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and
2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including
FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you
have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this
GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations.
These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness
of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES
logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used
to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white
papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and
approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will
be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to
all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission
from the commissioner of the research center from which the grant was awarded as well as the IES communications
office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the
Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to
[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the
Institute or the U.S. Department of Education.

ED00813



R324A240155 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00814

R324A240155 - 26

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

COURTNEY POLLACK  Digitally signed by COURTNEY POLLACK
Date: 2026.06.29 11:42:12 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00815

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

   **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**            The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00816

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

R324A240162 - 26

Jessica Toste

The University of Texas at Austin

3925 West Braker Lane, Building 156, Suite 3.340

Austin, TX 78759

ED00818

R324A240162 - 26

Elena Mota
The University of Texas at Austin
3925 West Braker Lane, Building 156, Suite 3.340
Austin, TX 78759

ED00819



R324A240162 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| The University of Texas at Austin<br>3925 West Braker Lane, Building 156, Suite 3.340<br>Austin, TX 78759 | PR/AWARD NUMBER   R324A240162 - 26<br>ACTION NUMBER   7<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>Jessica Toste     (512) 475-6551<br>jrtoste@austin.utexas.edu<br>EDUCATION PROGRAM CONTACT<br>Sarah J Brasiel     (202) 245-6734<br>sarah.brasiel@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK    888-336-8930<br>obssed@servicenowservices.com | 84.324A<br>Disentangling Intervention Practices Aligned with<br>Motivational, Agentic, and Self Theories (MAST): An<br>Integrative Meta-Analysis and Scoping Review |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Tyler Hicks | CO-INVESTIGATOR | 10 % |
| Jessica Toste | Project Director | 12 % |
| Peng Peng | CO-INVESTIGATOR | 3 % |
| Karrie Shogren | CO-PI | 6 % |

**6** AWARD PERIODS

BUDGET PERIOD     08/01/2026 - 07/31/2027
PERFORMANCE PERIOD     08/01/2024 - 07/31/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 08/01/2027 - 07/31/2028 | $419,120.00 |

**7** AUTHORIZED FUNDING

THIS ACTION     $444,426.00
BUDGET PERIOD     $444,426.00
PERFORMANCE PERIOD     $1,280,880.00

**8** ADMINISTRATIVE INFORMATION

UEI     V6AFQPN18437
REGULATIONS     CFR PART 200
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS     D072026

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:     PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

PROGRAM TITLE:     SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00820

R324A240162 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $444,426.00 |

PR/AWARD NUMBER:          R324A240162 - 26
RECIPIENT NAME:           The University of Texas at Austin
GRANTEE NAME:             UNIVERSITY OF TEXAS AT AUSTIN
                          110 INNER CAMPUS DR,
                          AUSTIN, TX 78712 - 1139
PROGRAM INDIRECT COST TYPE:    Unrestricted
PROJECT INDIRECT COST RATE:    58.5%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00821



R324A240162 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00822



R324A240162 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful

ED00823



R324A240162 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

SARAH BRASIEL    Digitally signed by SARAH BRASIEL
Date: 2026.07.30 07:48:10 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED00824

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

> **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

> **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

> **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

> **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

> **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

> **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

> **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

> **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

> **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

> **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

> **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

> **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

> **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

> **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

> **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

> **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00825

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00826

R324A240173 - 26
Nancy Nelson
Trustees of Boston University
2 Silber Way
Boston, MA 02215 - 1723

ED00827

R324A240173 - 26

Diane Baldwin
Trustees of Boston University
881 Commonwealth Avenue
Boston, MA 02215

ED00828

R324A240173 - 26



## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1  RECIPIENT NAME**

Trustees of Boston University
881 Commonwealth Avenue
Boston, MA 02215

**2  AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R324A240173 - 26 |
| ACTION NUMBER | 5 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3  PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
  Nancy Nelson        (617) 353-4667
  njnelson@bu.edu
EDUCATION PROGRAM CONTACT
  Sarah J Brasiel       (202) 245-6734
  sarah.brasiel@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4  PROJECT TITLE**

84.324A
A Randomized Controlled Trial to Assess the Efficacy of the NumberShire Level K Gaming Intervention for Improving Math Outcomes for Students With or At Risk for Mathematics Learning Disabilities

**5  KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Sam Choo | CO-PI | 30 % |
| Derek Kosty | CO-PI | 16 % |
| Ben Clarke | CO-PI | 10 % |
| Keith Smolkowski | CO-PI | 10 % |
| Nancy Nelson | Project Director | 20 % |

**6  AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 07/01/2026 - 06/30/2027 |
| PERFORMANCE PERIOD | 07/01/2024 - 06/30/2029 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $823,740.00 |
| 5 | 07/01/2028 - 06/30/2029 | $731,302.00 |

**7  AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $808,976.00 |
| BUDGET PERIOD | $808,976.00 |
| PERFORMANCE PERIOD | $2,444,958.00 |

**8  ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | THL6A6JLE1S7 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9  LEGISLATIVE AND FISCAL DATA**

AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

ED00829

R324A240173 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:          SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                        SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:     84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $808,976.00 |

**10**

PR/AWARD NUMBER:        R324A240173 - 26

RECIPIENT NAME:         Trustees of Boston University

GRANTEE NAME:           TRUSTEES OF BOSTON UNIVERSITY

                        1 SILBER WAY,

                        BOSTON, MA 02215 - 1703

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    65%

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00830

R324A240173 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00831



R324A240173 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https:// ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00832

R324A240173 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

KATHERINE TAYLOR  Digitally signed by KATHERINE TAYLOR
Date: 2026.06.29 12:03:54 -04'00'

—————————————————————————————    ——————————

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED00833

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

   **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**        The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

R324A240176 - 26



# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | Portland State University<br>PO Box 751 (SPA)<br>Portland, OR 97207 | | PR/AWARD NUMBER    R324A240176 - 26<br>ACTION NUMBER    9<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>   Mary Morningstar    (503) 725-4628<br>   mem28@pdx.edu<br>EDUCATION PROGRAM CONTACT<br>   Akilah Nelson    (202) 804-7493<br>   akilah.nelson@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK    888-336-8930<br>   obssed@servicenowservices.com | | 84.324A<br>TRANSITION COALITION SELF-STUDY(TCSS+):<br>ENHANCING A TEAM-BASED PROFESSIONAL<br>DEVELOPMENT TO IMPROVE TRANSITION<br>OUTCOMES |

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Mathew C Uretsky | CO-PI | 13 % |
| Todd Bodner | CO-PI | 5 % |
| Mary Morningstar | Project Director | 20 % |

**6 AWARD PERIODS**

BUDGET PERIOD    07/01/2026 - 06/30/2027
PERFORMANCE PERIOD    07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $480,248.00 |

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $494,557.00 |
| BUDGET PERIOD | $494,557.00 |
| PERFORMANCE PERIOD | $1,430,179.00 |

**8 ADMINISTRATIVE INFORMATION**

UEI    H4CAHK2RD945
REGULATIONS    CFR PART 200
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY:    PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002
PROGRAM TITLE:    SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00836

R324A240176 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $494,557.00 |

PR/AWARD NUMBER:         R324A240176 - 26

RECIPIENT NAME:          Portland State University

GRANTEE NAME:            PORTLAND STATE UNIVERSITY

1600 SW 4TH AVE,

PORTLAND, OR 97201 -

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    26%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY

ED00837



R324A240176 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00838



R324A240176 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00839

R324A240176 - 26

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

AKILAH NELSON  Digitally signed by AKILAH NELSON
Date: 2026.06.29 12:10:47 -04'00'

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 1

ED00840

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**       (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**           The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00841

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00842

R324A240204 - 26

Phil Capin
President and Fellows of Harvard College
14 Appian Way
Larsen 310
Cambridge, MA 02138 - 3763

ED00843

R324A240204 - 26

Adair Swain
President and Fellows of Harvard College
1033 Massachusetts Avenue
5th Floor
Cambridge, MA 02138

R324A240204 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** | RECIPIENT NAME

President and Fellows of Harvard College
1033 Massachusetts Avenue
5th Floor
Cambridge, MA 02138

**2** | AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A240204 - 26 |
| ACTION NUMBER | 8 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** | PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Phil Capin                    (617) 496-2978
  phil_capin@gse.harvard.edu
EDUCATION PROGRAM CONTACT
  Shirley Huang                (202) 453-7777
  shirley.huang@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK      888-336-8930
  obssed@servicenowservices.com

**4** | PROJECT TITLE

84.324A
Development of a Narrative Language and Reading Comprehension Program for Emergent Bilinguals with or At Risk for Reading Disabilities

**5** | KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Phil Capin | Project Director | 23 % |
| Sandra Gillam | Co-Principal Investigator | 25 % |
| Ronald Gillam | Co-Principal Investigator | 4 % |

**6** | AWARD PERIODS

          BUDGET PERIOD        07/01/2026 - 06/30/2027
     PERFORMANCE PERIOD      10/28/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 07/01/2027 - 06/30/2028 | $562,742.00 |

**7** | AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $693,480.00 |
| BUDGET PERIOD | $693,480.00 |
| PERFORMANCE PERIOD | $1,436,717.00 |

**8** | ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | LN53LCFJFL45 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** | LEGISLATIVE AND FISCAL DATA

AUTHORITY:            PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002
PROGRAM TITLE:     SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

ED00845

R324A240204 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:          84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $693,480.00 |

PR/AWARD NUMBER:              R324A240204 - 26

RECIPIENT NAME:              President and Fellows of Harvard College

GRANTEE NAME:               PRESIDENT AND FELLOWS OF HARVARD COLLEGE

1033 MASSACHUSETTS AVE STE 3,

CAMBRIDGE, MA 02138 - 5366

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00847



R324A240204 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00848

R324A240204 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

SHIRLEY HUANG Digitally signed by SHIRLEY HUANG
Date: 2026.06.29 12:44:10 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                                      **DATE**

Ver. 1

ED00849

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**  (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00850

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00851

R324A250055 - 26

Chad Rose
University of South Carolina at Columbia
1600 Hampton Street, Suite 805
Columbia, SC 29208

ED00852

R324A250055 - 26

Sylvira Grady
University of South Carolina at Columbia
1600 Hampton Street, Suite 805
Columbia, SC 29208

ED00853



R324A250055 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of South Carolina at Columbia<br>1600 Hampton Street, Suite 805<br>Columbia, SC 29208 | PR/AWARD NUMBER    R324A250055 - 26<br>ACTION NUMBER    4<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>   Chad Rose    (803) 777-8074<br>   chadrose@sc.edu<br>EDUCATION PROGRAM CONTACT<br>   Courtney Pollack    (202) 987-0999<br>   courtney.pollack@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK    888-336-8930<br>   obssed@servicenowservices.com | 84.324A<br>Special Education Research |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Dorothy Espelage | Co PI | 9 % |
| Chad Rose | Project Director | 16 % |
| Kyle Nickodem | Co PI | 20 % |
| Anna Long | Co PI | 13 % |
| Francis Huang | Consultant | 1 % |

**6** AWARD PERIODS

BUDGET PERIOD    07/01/2026 - 06/30/2027
PERFORMANCE PERIOD    01/23/2026 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 3 | 07/01/2027 - 06/30/2028 | $943,312.00 |
| 4 | 07/01/2028 - 06/30/2029 | $386,861.00 |

**7** AUTHORIZED FUNDING

THIS ACTION    $892,341.00
BUDGET PERIOD    $892,341.00
PERFORMANCE PERIOD    $1,751,365.29

**8** ADMINISTRATIVE INFORMATION

UEI    J22LNTMEDP73
REGULATIONS    CFR PART 200
     EDGAR AS APPLICABLE
     2 CFR AS APPLICABLE
ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:    PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

ED00854

R324A250055 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:                    SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                                  SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:               84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $892,341.00 |

PR/AWARD NUMBER:          R324A250055 - 26

RECIPIENT NAME:           University of South Carolina at Columbia

GRANTEE NAME:             UNIVERSITY OF SOUTH CAROLINA

                          1600 HAMPTON ST,

                          COLUMBIA, SC 29208 - 3403

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    49%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

ED00855



R324A250055 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00856



US Department of Education
Washington, D.C. 20202

R324A250055 - 26

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00857

R324A250055 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK  Digitally signed by COURTNEY POLLACK
Date: 2026.06.29 11:44:50 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED00858

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**         The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00859

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00860

R324A250056 - 26
Chad Rose
University of South Carolina
1600 Hampton Street
Suite 805
Columbia, SC 29208

ED00861

R324A250056 - 26

Sylvira Grady
University of South Carolina
1600 Hampton Street
Suite 805
Columbia, SC 29208

ED00862



R324A250056 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

University of South Carolina
1600 Hampton Street
Suite 805
Columbia, SC 29208

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324A250056 - 26 |
| ACTION NUMBER | 4 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Chad Rose                (803) 777-8074
chadrose@sc.edu
EDUCATION PROGRAM CONTACT
Courtney Pollack        (202) 987-0999
courtney.pollack@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK      888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.324A
Special Education Research

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Catherine Cavanaugh | CO-PI | 1 % |
| Chad Rose | Project Director | 25 % |
| Alberto Valido Delgado | CO-PI | 100 % |
| Dorothy Espelage | CO-PI | 18 % |
| Kyle Nickodem | CO-PI | 20 % |
| Philip Poekert | CO-PI | 1 % |

**6** AWARD PERIODS

BUDGET PERIOD          07/01/2026 - 06/30/2027
PERFORMANCE PERIOD     01/23/2026 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 3 | 07/01/2027 - 06/30/2028 | $869,065.00 |
| 4 | 07/01/2028 - 06/30/2029 | $726,135.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $838,028.00 |
| BUDGET PERIOD | $838,028.00 |
| PERFORMANCE PERIOD | $1,773,677.17 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | J22LNTMEDP73 |
| REGULATIONS | CFR PART 200 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA



R324A250056 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AUTHORITY:                    PL 107-279 1 PART E OF THE EDUCATION SCIENCES REFORM ACT OF 2002

PROGRAM TITLE:                SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES

CFDA/SUBPROGRAM NO:           84.324A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101J | $838,028.00 |

PR/AWARD NUMBER:              R324A250056 - 26

RECIPIENT NAME:              University of South Carolina

GRANTEE NAME:               UNIVERSITY OF SOUTH CAROLINA

1600 HAMPTON ST,

COLUMBIA, SC 29208 - 3403

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   49%

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND

R324A250056 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER

(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND

(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR

(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT

(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND

(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;

2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;

3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;

4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND

5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.

For questions regarding use of the IES visual identity, email iescommunications@ed.gov.

Appropriate and Authorized Use by Grantees

The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.

Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00865



R324A250056 - 26

### US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department

ED00866

R324A250056 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK   Digitally signed by COURTNEY POLLACK
Date: 2026.06.29 11:49:52 -04'00'

————————————————————————————      ——————————

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED00867

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00868

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00869

R324B230012 - 26

Sara Estrapala
The Curators of the University of Missouri
Research, Innovation & Impact
311 Townsend Hall
Columbia, MO 65211

ED00870

R324B230012 - 26

Melissa Old
The Curators of the University of Missouri
Research, Innovation & Impact
601 Turner Avenue
Turner Avenue Garage, Rm. 201

Columbia, MO 65211

ED00871

R324B230012 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| The Curators of the University of Missouri<br>Research, Innovation & Impact<br>601 Turner Avenue<br>Turner Avenue Garage, Rm. 201<br>Columbia, MO 65211 | PR/AWARD NUMBER   R324B230012 - 26<br>ACTION NUMBER   7<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Sara Estrapala    (224) 430-4745<br>  sle9bb@missouri.edu<br>EDUCATION PROGRAM CONTACT<br>  Courtney Pollack    (202) 987-0999<br>  courtney.pollack@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | 84.324B<br>Project SELF: Teaching High School Students with<br>Disabilities to Self-Regulate Their Behavior |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Sara Estrapala | Project Director | 40 % |
| Erica Lembke | Primary Mentor | 5 % |
| Howard Wills | Co-Mentor | 5 % |

**6** AWARD PERIODS

      BUDGET PERIOD    07/01/2026 - 06/30/2027
   PERFORMANCE PERIOD    07/01/2023 - 06/30/2027

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

        THIS ACTION    $137,036.00
        BUDGET PERIOD    $137,036.00
    PERFORMANCE PERIOD    $519,939.00

**8** ADMINISTRATIVE INFORMATION

        UEI    LBFJB8N7LME3
   REGULATIONS    CFR PART Not Available
            EDGAR AS APPLICABLE
            2 CFR AS APPLICABLE
   ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:        PL 107-279 1 PART E OF THE EDUCATION SCIENCE REFORM ACT OF
                  2002
  PROGRAM TITLE:      SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                  SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES
  CFDA/SUBPROGRAM NO:    84.324B

ED00872

R324B230012 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101C | $137,036.00 |

PR/AWARD NUMBER:                R324B230012 - 26

RECIPIENT NAME:                 The Curators of the University of Missouri
                                Research, Innovation & Impact

GRANTEE NAME:                   UNIVERSITY OF MISSOURI SYSTEM

                                118 UNIVERSITY HALL,

                                COLUMBIA, MO 65211 - 3020

PROGRAM INDIRECT COST TYPE:     Training

PROJECT INDIRECT COST RATE:     8%

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
      1) THE RECIPIENT'S APPLICATION (BLOCK 2);
      2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT
      DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED
      AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM
      REGULATIONS SPECIFIED IN BLOCK 8; AND
      3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD
      APPLY UNTIL CHANGED.
      IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5
      MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
      THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS
      REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN
      120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329
      (BLOCK 6).

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the
      Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part
      200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number
      (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN.
      If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned
      PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a
      subrecipient under this grant.
      The term subaward means:
      1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and
      objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not
      include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided
      through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through
      entity considers a contract. See 2 CFR 200.1.

      In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion
      of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that
      support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

      1) Determines who is eligible to receive what Federal assistance;
      2) Has its performance measured in relation to whether the objectives of a Federal program were met;
      3) Has responsibility for programmatic decision-making;
      4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award and

ED00873

R324B230012 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00874

R324B230012 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)  The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)  Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

COURTNEY POLLACK
Digitally signed by COURTNEY POLLACK
Date: 2026.06.29 11:52:52 -04'00'

_____         _____

**AUTHORIZING OFFICIAL**                                      **DATE**

Ver. 1

ED00875

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00876

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00877

R324B230029 - 26

Kelly J Williams
The University of Georgia Research Foundation, Inc.
MFE College of Education
Aderhold Hall
110 Carlton St.
Athens, GA 30602

ED00878

R324B230029 - 26

Scott Causey
The University of Georgia Research Foundation, Inc.
MFE College of Education
310 East Campus Rd, 409 Tucker Hall
Athens, GA 30602

ED00879

R324B230029 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1 RECIPIENT NAME**

The University of Georgia Research Foundation, Inc.
MFE College of Education
310 East Campus Rd, 409 Tucker Hall
Athens, GA 30602

**2 AWARD INFORMATION**

| | | |
|---|---|---|
| PR/AWARD NUMBER | R324B230029 - 26 |
| ACTION NUMBER | 8 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
  Kelly J Williams    (706) 542-4510
  kjwilliams@uga.edu
EDUCATION PROGRAM CONTACT
  Courtney Pollack    (202) 987-0999
  courtney.pollack@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4 PROJECT TITLE**

84.324B
Research Training Programs in Special Education

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Marcia Barnes | Primary Mentor | 3 % |
| Deborah Reed | Co-Mentor | 1 % |
| Scott Ardoin | Co-Mentor | 1 % |
| Kelly J Williams | Project Director | 29 % |

**6 AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2027 |
| PERFORMANCE PERIOD | 09/15/2023 - 07/31/2027 |

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $210,851.00 |
| BUDGET PERIOD | $210,851.00 |
| PERFORMANCE PERIOD | $697,177.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | Q2LKTLYJM4P8 |
| REGULATIONS | CFR PART Not Available |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 PART E OF THE EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES |
| CFDA/SUBPROGRAM NO: | 84.324B |

ED00880

R324B230029 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101C | $210,851.00 |

PR/AWARD NUMBER:    R324B230029 - 26

RECIPIENT NAME:    The University of Georgia Research Foundation, Inc.
MFE College of Education

GRANTEE NAME:    UNIVERSITY OF GEORGIA

623 BOYD GRADUATE RESEARCH CTR,

ATHENS, GA 30602 - 0001

PROGRAM INDIRECT COST TYPE:    Training

PROJECT INDIRECT COST RATE:    8%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal program; and

ED00881



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00882



R324B230029 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

ED00883

R324B230029 - 26

**US Department of Education**
**Washington, D.C. 20202**

## GRANT AWARD NOTIFICATION

COURTNEY POLLACK   Digitally signed by COURTNEY POLLACK
Date: 2026.07.30 08:23:32 -04'00'

_____         _____

**AUTHORIZING OFFICIAL**                                  **DATE**

Ver. 1

ED00884

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00885

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

R324B240004 - 26

Hannah Mathews
University of Florida
1801 Norman Hall
PO Box 117050
Gainesville, FL 32611 - 7050

ED00887

R324B240004 - 26

Stephanie Gray
University of Florida
207 Grinter Hall
PO Box 115500
Gainesville, FL 32611

ED00888

R324B240004 - 26



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of Florida<br>207 Grinter Hall<br>PO Box 115500<br>Gainesville, FL 32611 | PR/AWARD NUMBER  R324B240004 - 26<br>ACTION NUMBER  5<br>ACTION TYPE  Continuation<br>AWARD TYPE  Discretionary |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>Hannah Mathews          (352) 273-4275<br>hmmathews@coe.ufl.edu<br>EDUCATION PROGRAM CONTACT<br>Katherine Taylor          (202) 987-0071<br>Katherine.Taylor@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK      888-336-8930<br>obssed@servicenowservices.com | 84.324B<br>Project Design: Exploring How Special Educators' Working Conditions Relate to Their Role Enactment, Engagement, and Effectiveness in Inclusive Service Delivery Models |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Melinda Leko | Primary Mentor | 5 % |
| Benjamin Kelcey | Co-Mentor | 2 % |
| Hannah Mathews | Project Director | 40 % |

**6** AWARD PERIODS

BUDGET PERIOD          07/01/2026 - 06/23/2027
PERFORMANCE PERIOD          07/01/2024 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 06/24/2027 - 06/30/2028 | $45,368.00 |

**7** AUTHORIZED FUNDING

THIS ACTION          $171,420.00
BUDGET PERIOD          $171,420.00
PERFORMANCE PERIOD          $654,062.00

**8** ADMINISTRATIVE INFORMATION

UEI          NNFQH1JAPEP3
REGULATIONS          CFR PART Not Available
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS          2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 1 PART E OF THE EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:          SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES
CFDA/SUBPROGRAM NO:          84.324B

ED00889



R324B240004 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101C | $171,420.00 |

**10**

PR/AWARD NUMBER:            R324B240004 - 26

RECIPIENT NAME:            University of Florida

GRANTEE NAME:            UNIVERSITY OF FLORIDA

1523 UNION RD RM 207,

GAINESVILLE, FL 32611 - 1941

PROGRAM INDIRECT COST TYPE:            Training

PROJECT INDIRECT COST RATE:            8%

TERMS AND CONDITIONS

(1)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00890

R324B240004 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

ED00891



R324B240004 - 26

### US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED00892

R324B240004 - 26

## US Department of Education
### Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

KATHERINE TAYLOR   Digitally signed by KATHERINE TAYLOR
Date: 2026.06.29 11:56:48 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED00893

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**  The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00894

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00895

R324B250046 - 26

Ana Duenas
UNIVERSITY OF WASHINGTON
4333 BROOKLYN AVE NE
BOX 359472
SEATTLE, WA 98195

R324B250046 - 26

Amanda Snyder
UNIVERSITY OF WASHINGTON
4333 BROOKLYN AVE NE
BOX 359472
SEATTLE, WA 98195

R324B250046 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>UNIVERSITY OF WASHINGTON<br>4333 BROOKLYN AVE NE<br>BOX 359472<br>SEATTLE, WA 98195 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER    R324B250046 - 26<br>ACTION NUMBER    2<br>ACTION TYPE    Continuation<br>AWARD TYPE    Discretionary |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>  Ana Duenas<br>  adduenas@uw.edu<br>EDUCATION PROGRAM CONTACT<br>  Courtney Pollack    (202) 987-0999<br>  courtney.pollack@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.324B<br>Research Training Programs in Special Education |

| | |
|---|---|
| **5** | **KEY PERSONNEL** |

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Ana Duenas | Project Director | 25 % |
| Melinda Leko | Co-Mentor | 2 % |
| Angel Fettig | Primary Mentor | 1 % |

| | |
|---|---|
| **6** | **AWARD PERIODS**<br><br>      BUDGET PERIOD    08/01/2026 - 07/31/2027<br>    PERFORMANCE PERIOD    07/07/2026 - 07/31/2027<br><br>FUTURE BUDGET PERIODS<br><br>N/A |
| **7** | **AUTHORIZED FUNDING**<br><br>        THIS ACTION    $243,275.00<br>      BUDGET PERIOD    $243,275.00<br>  PERFORMANCE PERIOD    $405,159.00 |
| **8** | **ADMINISTRATIVE INFORMATION**<br><br>      UEI    NFJ3CMQ4B418<br>  REGULATIONS    CFR PART Not Available<br>        EDGAR AS APPLICABLE<br>        2 CFR AS APPLICABLE<br>  ATTACHMENTS    D072026 |
| **9** | **LEGISLATIVE AND FISCAL DATA**<br><br>  AUTHORITY:    PL 107-279 1 PART E OF THE EDUCATION SCIENCE REFORM ACT OF 2002<br>  PROGRAM TITLE:    SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES<br>  CFDA/SUBPROGRAM NO:    84.324B |

ED00898

R324B250046 - 26



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101C | $243,275.00 |

PR/AWARD NUMBER:          R324B250046 - 26

RECIPIENT NAME:            UNIVERSITY OF WASHINGTON

GRANTEE NAME:             UNIVERSITY OF WASHINGTON

                          4300 ROOSEVELT WAY NE # 300,

                          SEATTLE, WA 98105 - 4718

PROGRAM INDIRECT COST TYPE:     Training

PROJECT INDIRECT COST RATE:     8%

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THIS AWARD SUPPORTS THE FINAL BUDGET PERIOD FOR THIS PROJECT. THE RECIPIENT IS REQUIRED TO SUBMIT ALL NECESSARY REPORTS TO THE DEPARTMENT OF EDUCATION WITHIN 120 DAYS AFTER THE END OF FEDERAL SUPPORT IN ACCORDANCE WITH 2 CFR 200.328 AND 200.329 (BLOCK 6).

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and

ED00899



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.
IES may, at any time, require that grantees remove the IES logo from grantee work.
Partnerships and Placement Among Other Logos
When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.
All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or

ED00900



R324B250046 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

ED00901

R324B250046 - 26

**US Department of Education**
**Washington, D.C. 20202**

## GRANT AWARD NOTIFICATION

COURTNEY POLLACK
Digitally signed by COURTNEY POLLACK
Date: 2026.07.30 08:20:53 -04'00'

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED00902

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00904

R324C230008 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

The University of Texas at Austin
3925 West Braker Lane, Building 156, Suite 3.340
Austin, TX 78759

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R324C230008 - 26 |
| ACTION NUMBER | 6 |
| ACTION TYPE | Continuation |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Stephanie Cawthon          (512) 471-0378
stephanie.cawthon@austin.utexas.edu
EDUCATION PROGRAM CONTACT
Akilah Nelson          (202) 804-7493
akilah.nelson@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK        888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.324C
National Disability Center for Student Success

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Stephanie Cawthon | Project Director | 21 % |
| Andrew Dillon | CO-INVESTIGATOR | 8 % |
| Gregory Roberts | CO-INVESTIGATOR | 1 % |

**6** AWARD PERIODS

BUDGET PERIOD          08/01/2026 - 07/31/2027
PERFORMANCE PERIOD      08/01/2023 - 07/31/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 5 | 08/01/2027 - 07/31/2028 | $1,017,029.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $1,024,134.00 |
| BUDGET PERIOD | $1,024,134.00 |
| PERFORMANCE PERIOD | $3,974,172.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | V6AFQPN18437 |
| REGULATIONS | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 I PART E OF THE EDUCATION REFORM ACT OF 2002
PROGRAM TITLE:      SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                    SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES
CFDA/SUBPROGRAM NO:      84.324C

ED00905



R324C230008 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2026 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101N | $1,024,134.00 |

**10**

PR/AWARD NUMBER: R324C230008 - 26

RECIPIENT NAME: The University of Texas at Austin

GRANTEE NAME: UNIVERSITY OF TEXAS AT AUSTIN

110 INNER CAMPUS DR,

AUSTIN, TX 78712 - 1139

PROGRAM INDIRECT COST TYPE: Unrestricted

PROJECT INDIRECT COST RATE: 58.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING

ED00906



R324C230008 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)  The grantee will administer its grant under the terms of a cooperative agreement with ED, which is to be finalized by ED and the grantee. Once finalized, ED will attach the cooperative agreement to the GAN, and the cooperative agreement will apply retroactively to the grant start date and will remain in effect for the duration of the grant project. The terms of the cooperative agreement will reflect program requirements contained in the program's statute and regulations. The grantee will carry out the project in accordance with all requirements as established in the cooperative agreement, and in accordance with its approved application.

(6)  The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

ED00907



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(7) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(8) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(9) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

ED00908



R324C230008 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

**AKILAH NELSON** Digitally signed by AKILAH NELSON
Date: 2026.07.29 20:22:59 -04'00'

| | |
|---|---|
| **AUTHORIZING OFFICIAL** | **DATE** |

Ver. 1

ED00909

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00910

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00911

R324C240002 - 26
Allison Gilmour
American Institutes for Research
1400 Crystal Drive, 10th Floor
Arlington, VA 22202 - 3289

R324C240002 - 26

Kate Haaf
American Institutes for Research
1400 Crystal Drive, 10th Floor
Arlington, VA 22202

ED00913



R324C240002 - 26

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>American Institutes for Research<br>1400 Crystal Drive, 10th Floor<br>Arlington, VA 22202 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER   R324C240002 - 26<br>ACTION NUMBER   7<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary<br>(Research and Development) |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>  Allison Gilmour<br>  agilmour@air.org<br>EDUCATION PROGRAM CONTACT<br>  Katherine Taylor   (202) 987-0071<br>  Katherine.Taylor@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.324C<br>The Special Educator Workforce: A Research Collaborative (SPARC) |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Tuan Nguyen | Consultant | 1 % |
| Christopher Redding | CO-INVESTIGATOR | 3 % |
| Lynn Holdheide | CO-INVESTIGATOR | 5 % |
| Lindsey Hayes | CO-INVESTIGATOR | 10 % |
| LaRon Scott | CO-PI | 18 % |
| Elizabeth Bettini | CO-PI | 15 % |
| Roddy Theobald | CO-PI | 20 % |
| Li Feng | CO-PI | 17 % |
| Loretta Mason Williams | CO-PI | 15 % |
| Melinda Leko | Consultant | 2 % |
| Brendan Bartanen | CO-INVESTIGATOR | 18 % |
| Allison Gilmour | Project Director | 20 % |

**6** AWARD PERIODS

BUDGET PERIOD   08/01/2026 - 07/31/2027
PERFORMANCE PERIOD   08/01/2024 - 07/31/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 08/01/2027 - 07/31/2028 | $1,020,420.00 |
| 5 | 08/01/2028 - 07/31/2029 | $1,063,199.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $967,675.00 |
| BUDGET PERIOD | $967,675.00 |
| PERFORMANCE PERIOD | $2,915,933.00 |

**8** ADMINISTRATIVE INFORMATION

UEI   MCN6J5L6M3T4
REGULATIONS   EDGAR AS APPLICABLE
2 CFR AS APPLICABLE

ED00914

R324C240002 - 26

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

ATTACHMENTS        D072026

**9**  LEGISLATIVE AND FISCAL DATA

AUTHORITY:                  PL 107-279 I PART E OF THE EDUCATION REFORM ACT OF 2002
PROGRAM TITLE:              SPECIAL EDUCATION - RESEARCH AND INNOVATION TO IMPROVE
                           SERVICES AND RESULTS FOR CHILDREN WITH DISABILITIES
CFDA/SUBPROGRAM NO:         84.324C

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101N | $723,398.92 |
| 1100M | 2026 | 2026 | ER000000 | B | RMB | 000 | 324 | 4101N | $244,276.08 |

**10**  PR/AWARD NUMBER:          R324C240002 - 26
RECIPIENT NAME:           American Institutes for Research
GRANTEE NAME:             AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES
                          1400 CRYSTAL DR FL 10,
                          ARLINGTON, VA 22202 - 3289

PROGRAM INDIRECT COST TYPE:    Unrestricted
PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED

ED00915

R324C240002 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST 1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.

IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The grantee will administer its grant under the terms of a cooperative agreement with ED, which is to be finalized by ED and the grantee. Once finalized, ED will attach the cooperative agreement to the GAN, and the cooperative agreement will apply retroactively to the grant start date and will remain in effect for the duration of the grant project. The terms of the cooperative agreement will reflect program requirements contained in the program's statute and regulations. The grantee will carry out the project in accordance with all requirements as established in the cooperative agreement, and in accordance with its approved application.

(6) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees

ED00916



R324C240002 - 26

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.

Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.

Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(7)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(8)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request

R324C240002 - 26

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(9)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.07.30 09:08:59 -04'00'

_____        _____

**AUTHORIZING OFFICIAL**                                      **DATE**

Ver. 1

ED00918

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00919

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED00920

R305D260006

Margarita Olivera Aguilar

American Institutes for Research in the Behavioral Sciences

1400 Crystal Drive, 10th Floor

Arlington, VA 22202

ED00921

R305D260006

Joseph Wagner
American Institutes for Research in the Behavioral Sciences
1400 Crystal Drive, 10th Floor
Arlington, VA 22202

ED00922

R305D260006

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** | RECIPIENT NAME | **2** | AWARD INFORMATION |
|---|---|---|---|

**1** RECIPIENT NAME

American Institutes for Research in the Behavioral Sciences
1400 Crystal Drive, 10th Floor
Arlington, VA 22202

**2** AWARD INFORMATION

PR/AWARD NUMBER   R305D260006
ACTION NUMBER   1
ACTION TYPE   New
AWARD TYPE   Discretionary
(Research and Development)

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
   Margarita Olivera
   Aguilar
   molivera-aguilar@air.org
EDUCATION PROGRAM CONTACT
   Elizabeth R Albro        (202) 245-8495
   ELIZABETH.ALBRO@ED.GOV
EDUCATION PAYMENT HOTLINE
   G5 PAYEE HELPDESK        888-336-8930
   obssed@servicenowservices.com

**4** PROJECT TITLE

84.305D
Toolkit for Examining Measurement Invariance to Support High-Quality Measures

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Margarita Olivera Aguilar | Project Director | 17 % |
| Samuel Rikoon | Co-Principal Investigator | 10 % |
| Kristina Zeiser | Senior Advisor/QA Reviewer | 1 % |

**6** AWARD PERIODS

         BUDGET PERIOD        09/01/2026 - 08/31/2027
   PERFORMANCE PERIOD        09/01/2026 - 08/31/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 09/01/2027 - 08/31/2028 | $187,870.00 |

**7** AUTHORIZED FUNDING

                  THIS ACTION        $162,069.00
                  BUDGET PERIOD        $162,069.00
         PERFORMANCE PERIOD        $162,069.00

**8** ADMINISTRATIVE INFORMATION

              UEI      MCN6J5L6M3T4
   REGULATIONS      CFR PART 74
                  EDGAR AS APPLICABLE
                  2 CFR AS APPLICABLE
   ATTACHMENTS      2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

   AUTHORITY:                PL 107-279 1 EDUCATION SCIENCES REFORM ACT OF 2002
   PROGRAM TITLE:           EDUCATION RESEARCH

ED00923

R305D260006

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:        84.305D

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $162,069.00 |

**10**

PR/AWARD NUMBER:          R305D260006

RECIPIENT NAME:           American Institutes for Research in the Behavioral Sciences

GRANTEE NAME:             AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES
1400 CRYSTAL DR FL 10,
ARLINGTON, VA 22202 - 3289

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE

ED00924

US Department of Education
Washington, D.C. 20202

R305D260006

# GRANT AWARD NOTIFICATION

RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED00925



**US Department of Education**
**Washington, D.C. 20202**

R305D260006

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful

ED00926

R305D260006

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs.

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

KATHERINE TAYLOR
Digitally signed by KATHERINE TAYLOR
Date: 2026.07.27 10:12:55 -04'00'

_____         _____
**AUTHORIZING OFFICIAL**                                                      **DATE**

Ver. 1

ED00927

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

  **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

  **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

  **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

  **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

  **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

  **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

  **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

  **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

  **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

  **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

  **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

  **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

  **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

  **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

  **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

  **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED00929

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Margarita Olivera Aguilar
American Institutes for Research in the Behavioral Sciences
1400 Crystal Drive, 10th Floor

Arlington, VA 22202

SUBJECT: Payee Verification for Grant Award R305D260006

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: MCN6J5L6M3T4
Grantee Name: AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES

Payee UEI: MCN6J5L6M3T4
Payee Name: AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED00930

**SPECIFIC GRANT TERMS AND CONDITIONS FOR
FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

ED00931

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

ED00932

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED00933

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

4

ED00934

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES,
## LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1. Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2. Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3. Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4. Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5. Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

ED00935

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6. The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
    o List Federal programs by Federal agency
    o For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
    o Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
    o Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

ED00936

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

ED00937

**GAN ATTACHMENT 6**
**Revised 10/2024**

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED00938

**GAN ATTACHMENT 8**
**Revised 10/2024**

## TRAFFICKING IN PERSONS

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

(1) Severe forms of trafficking in persons;

(2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

(3) The use of forced labor in the performance of the grant or cooperative agreement; or

(4) Acts that directly support or advance trafficking in persons, including the following acts:

(i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

(ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(A) exempted from the requirement to provide or pay for such return transportation by the Department; or

(B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(iv) Charging recruited employees a placement or recruitment fee; or

1

ED00939

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED00940

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

ED00941

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1. Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2. Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3. Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4. Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with [2 CFR Part 170—Reporting Subaward And Executive Compensation Information](.).

1. ***Reporting of First-tier Subawards -***

a. *Applicability and what to report.*

   Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

   You must report the information about each obligating action that are specified in the submission instructions posted at [FSRS](.).

b. *Where and when to report.*

   The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to [FSRS](.).

   Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

ED00942

2. *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii   In the preceding fiscal year, you received—

A.   80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

B.   $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

C.   The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.    As part of your registration profile at https://www.sam.gov.

ii.   No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. *Reporting of Total Compensation of Subrecipient Executives –*

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

2

ED00943

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

A.    80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.    *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

ii.    No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

4.    *Exemptions –*

a.    If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

i.    Subawards, and

ii.    The total compensation of the five most highly compensated executives of any **subrecipient**.

5.    *Definitions -*

a.    For purposes of this award term:

3

ED00944

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

ED00945

**GAN ATTACHMENT 11**
**Revised 10/2024**

**SPECIFIC CONDITIONS FOR DISCLOSING**
**FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS**

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

1

ED00946

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

1

ED00947

**GAN ATTACHMENT 13**
**Revised 10/2024**

**REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)**

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI?  SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN?  A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov.  Allow at least ten business days after you submit your registration for it to become active in SAM.gov.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the Federal Service Desk (FSD).  Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED00948

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

1.    **Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

2.    **Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

3.    **Definitions**

For purposes of this award term:

1.   System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.   Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.   Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.   Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

1

ED00949

5.  Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

2

ED00950

**GAN ATTACHMENT 17**
**07/2024**

## PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1.  A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2.  A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3.  If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED00951

GAN ATTACHMENT 18
07/2024

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED00952

GAN ENCLOSURE 1
Revised 10/2024

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED00953

### SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS

**I.        Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.       Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

ED00954

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

### III.    Federal Payment (2 CFR § 200.305)

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### IV.    Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

3

ED00955

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.        Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.        Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.        Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

4

ED00956

B.  Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.  De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.  Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

ED00957

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate. Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
iii.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**VIII.   Audit Requirements (2 CFR Part 200 Subpart F)**

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

ED00958

## IX.     Other Considerations

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED00959

**GAN  ENCLOSURE 2**
**Revised 10/2024**

## MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED00960

**GAN  ENCLOSURE 2**
**Revised 10/2024**

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

ED00961

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**

August 2024

## Using Federal ED Grant (Discretionary and Formula) Funds for Food

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

1

ED00962

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED00963

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

3. **What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference

4. **May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

5. **What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may <u>not</u> be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must <u>not</u> be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

ED00965

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9. **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

5

ED00966

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

ED00967

**13. May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

**14. May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

## <u>Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party</u>

**15. May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

**16. What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

**17. What travel expenses may be paid for with Federal grant funds?**

7

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

**18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?**

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

## Questions Regarding the Allowable Use of Federal Grant Funds

**19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?**

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

**20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?**

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED00970

**GAN Enclosure 4**
**Revised 10/2024**

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1.  Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2.  Payments to States under programs that are not covered by a TSA; and

3.  Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

1

ED00971

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED00972

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at [Returning Funds/Interest | HHS PSC FMP Payment Management Services](). 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1.    **Returning Interest to PMS**

PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

a.    **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

ACH account information to be included:

- PSC ACH Routing Number is: 051036706
- PSC DFI Accounting Number: 303000
- Bank Name: Credit Gateway - ACH Receiver
- Location: St. Paul, MN

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

b.    **International** Automated Clearing House (ACH) Returns (Direct Deposit)

ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

- Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
- Bank: Citibank N.A. (New York)
- SWIFT Code: CITIUS33
- Account Number: 36838868
- Routing Number: 021000089
- Bank Address: 388 Greenwich Street, New York, NY 10013

3

ED00973

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

c.  FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

d.  Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

4

ED00974

- Interests returned by check are to be mailed (USPS only) to:

  HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

  A brief statement explaining the nature of the return must be included.

  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300.  Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

ED00975

**GAN Enclosure 4**
**Revised 10/2024**

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

ED00976

R305D260017
Sean Reardon
Board of Trustees of the Leland Stanford Junior University
450 Jane Stanford Way
Stanford, CA 94305

ED00977

R305D260017

Jennifer Scerri
Board of Trustees of the Leland Stanford Junior University
450 Jane Stanford Way
Stanford, CA 94305

## US Department of Education
## Washington, D.C. 20202

R305D260017

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Board of Trustees of the Leland Stanford Junior University<br>450 Jane Stanford Way<br>Stanford, CA 94305 | PR/AWARD NUMBER    R305D260017<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Sean Reardon<br>  sean.reardon@stanford.edu<br>EDUCATION PROGRAM CONTACT<br>  Elizabeth R Albro    (202) 245-8495<br>  ELIZABETH.ALBRO@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.305D<br>Curating School Demographic Data for Education Research |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Sean Reardon | Project Director | 4 % |
| Ann Owens | Co-Principal Investigator | 12 % |

**6** AWARD PERIODS

BUDGET PERIOD        08/01/2026 - 07/31/2027
PERFORMANCE PERIOD        08/01/2026 - 07/31/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 08/01/2027 - 07/31/2028 | $300,895.00 |
| 3 | 08/01/2028 - 07/31/2029 | $297,215.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $301,868.00 |
| BUDGET PERIOD | $301,868.00 |
| PERFORMANCE PERIOD | $301,868.00 |

**8** ADMINISTRATIVE INFORMATION

UEI        HJD6G4D6TJY5
REGULATIONS        CFR PART 74
        EDGAR AS APPLICABLE
        2 CFR AS APPLICABLE
ATTACHMENTS        2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:        PL 107-279 1 EDUCATION SCIENCES REFORM ACT OF 2002
PROGRAM TITLE:        EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:        84.305D

ED00979

US Department of Education
Washington, D.C. 20202

R305D260017

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $301,868.00 |

**10**

PR/AWARD NUMBER:              R305D260017

RECIPIENT NAME:              Board of Trustees of the Leland Stanford Junior University

GRANTEE NAME:              THE LELAND STANFORD JUNIOR UNIVERSITY

450 JANE STANFORD WAY,

STANFORD, CA 94305 - 2004

PROGRAM INDIRECT COST TYPE:              Unrestricted

PROJECT INDIRECT COST RATE:              54%

TERMS AND CONDITIONS

(1)     THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

ED00980



R305D260017

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED00981



R305D260017

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https:// ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs

ED00982

R305D260017

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

KATHERINE TAYLOR  Digitally signed by KATHERINE TAYLOR
Date: 2026.07.27 10:20:02 -04'00'

_____      _____

**AUTHORIZING OFFICIAL**                                **DATE**

Ver. 1

ED00983

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants** (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED00984

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED00985

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Sean Reardon
Board of Trustees of the Leland Stanford Junior University
450 Jane Stanford Way

Stanford, CA 94305

SUBJECT: Payee Verification for Grant Award R305D260017

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: HJD6G4D6TJY5
Grantee Name: THE LELAND STANFORD JUNIOR UNIVERSITY

Payee UEI: HJD6G4D6TJY5
Payee Name: THE LELAND STANFORD JUNIOR UNIVERSITY

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED00986

**SPECIFIC GRANT TERMS AND CONDITIONS FOR**
**FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

ED00987

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

3

ED00989

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

4

ED00990

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1. Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2. Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3. Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4. Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5. Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

1

ED00991

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6. The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
    - List Federal programs by Federal agency
    - For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
    - Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
    - Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

ED00992

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

ED00993

GAN ATTACHMENT 6
**Revised 10/2024**

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

\_\_\_\_\_ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

\_\_\_\_\_ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

\_\_\_\_\_ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED00994

GAN ATTACHMENT 8
**Revised 10/2024**

**TRAFFICKING IN PERSONS**

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

(1) Severe forms of trafficking in persons;

(2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

(3) The use of forced labor in the performance of the grant or cooperative agreement; or

(4) Acts that directly support or advance trafficking in persons, including the following acts:

(i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

(ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(A) exempted from the requirement to provide or pay for such return transportation by the Department; or

(B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(iv) Charging recruited employees a placement or recruitment fee; or

1

ED00995

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED00996

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

ED00997

FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT
REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1. Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2. Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3. Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4. Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1. ***Reporting of First-tier Subawards -***

a. *Applicability and what to report.*

Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b. *Where and when to report.*

The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

1

ED00998

2. ***Reporting Total Compensation of the Department's Grant Recipients' Executives -***

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i   The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii   In the preceding fiscal year, you received—

    A.   80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.   $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.   The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.   As part of your registration profile at https://www.sam.gov.

ii.   No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. ***Reporting of Total Compensation of Subrecipient Executives –***

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

2

ED00999

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

    A.   80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.   $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.   The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.   *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

    i.   In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

    ii.   No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

**4.   *Exemptions –***

a.   If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    i.   Subawards, and

    ii.   The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.   *Definitions -***

a.   For purposes of this award term:

ED01000

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

ED01001

**GAN ATTACHMENT 11**
**Revised 10/2024**

**SPECIFIC CONDITIONS FOR DISCLOSING**
**FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS**

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

1

ED01002

**GAN ATTACHMENT 12**
**10/2024**

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED01003

**GAN ATTACHMENT 13**
**Revised 10/2024**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury). The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment. Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI? SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN? A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov. Allow at least ten business days after you submit your registration for it to become active in SAM.gov. If you need a new TIN, please allow 2-5 weeks for your TIN to become active. If you need assistance during the registration process, you may contact the Federal Service Desk (FSD). Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes. However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01004

**GAN ATTACHMENT 14**
**Revised 10/2024**

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

**1.   Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.   Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

**3.   Definitions**

For purposes of this award term:

1.   System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.   Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.   Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.   Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

1

ED01005

5.  Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

ED01006

**GAN ATTACHMENT 17**
**07/2024**

## PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1.  A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2.  A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3.  If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED01007

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1)  We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2)  We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3)  We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4)  You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01008

**GAN ENCLOSURE 1**
**Revised 10/2024**

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED01009

### SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS

**I.      Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.      Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

2

ED01010

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**III.    Federal Payment (2 CFR § 200.305)**

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

**IV.    Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)**

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

ED01011

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.      Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.      Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.      Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

4

ED01012

B.   Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.   De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.   Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

5

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
iii.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**VIII.    Audit Requirements (2 CFR Part 200 Subpart F)**

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

ED01014

IX.       **Other Considerations**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED01015

GAN  ENCLOSURE 2
**Revised 10/2024**

### MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED01016

**GAN  ENCLOSURE 2**
**Revised 10/2024**

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

2

ED01017

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees
to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

## Using Federal ED Grant (Discretionary and Formula) Funds for Food

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

1

ED01018

19 of 2910 e 3
08 2024

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED01019

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

**3. What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference

**4. May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

**5. What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may <u>not</u> be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must <u>not</u> be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

ED01021

08 2024

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9.  **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

ED01022

28 November 3
08 2024

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

ED01023

**13. May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

**14. May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

## <u>Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party</u>

**15. May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

**16. What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

**17. What travel expenses may be paid for with Federal grant funds?**

7

ED01024

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

**18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?**

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

**Questions Regarding the Allowable Use of Federal Grant Funds**

**19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?**

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

**20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?**

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

ED01025

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01026

GAN Enclosure 4
Revised 10/2024

**MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS**

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1. Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2. Payments to States under programs that are not covered by a TSA; and

3. Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

ED01027

**GAN Enclosure 4**
**Revised 10/2024**

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED01028

**GAN Enclosure 4**
**Revised 10/2024**

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1.   **Returning Interest to PMS**

PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

a.   **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

ACH account information to be included:

- PSC ACH Routing Number is: 051036706
- PSC DFI Accounting Number: 303000
- Bank Name: Credit Gateway - ACH Receiver
- Location: St. Paul, MN

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

b.   **International** Automated Clearing House (ACH) Returns (Direct Deposit)

ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

- Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
- Bank: Citibank N.A. (New York)
- SWIFT Code: CITIUS33
- Account Number: 36838868
- Routing Number: 021000089
- Bank Address: 388 Greenwich Street, New York, NY 10013

3

ED01029

**GAN Enclosure 4**
**Revised 10/2024**

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

    c.   FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

    d.   Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

ED01030

- Interests returned by check are to be mailed (USPS only) to:

     HHS Program Support Center
     PO Box 979132
     St. Louis, MO 63197

   A brief statement explaining the nature of the return must be included.

   To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300.  Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

5

ED01031

**GAN Enclosure 4**
**Revised 10/2024**

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

6

ED01032

R305D260022

Kevin Ayres

University of Georgia Research Foundation Inc.

310 East Campus Rd Tucker Hall Room 409

Athens, GA 30602

R305D260022

Jessica Hudgins
University of Georgia Research Foundation Inc.
310 East Campus Rd Tucker Hall Room 409
Athens, GA 30602

ED01034



R305D260022

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1 RECIPIENT NAME**

University of Georgia Research Foundation Inc.
310 East Campus Rd Tucker Hall Room 409
Athens, GA 30602

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R305D260022 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Kevin Ayres
kayres@uga.edu
EDUCATION PROGRAM CONTACT
Emily Weaver          (202) 245-7114
emily.weaver@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK      888-336-8930
obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305D
Quality Enhancement for Single Case Proposals (QualiCase)

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kevin M Ayres | Project Director | 19 % |
| Jennifer Ledford | Co-Principal Investigator | 11 % |
| Shawn P Gilroy | Co-Principal Investigator | 5 % |

**6 AWARD PERIODS**

BUDGET PERIOD          08/01/2026 - 07/31/2027
PERFORMANCE PERIOD     08/01/2026 - 07/31/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 08/01/2027 - 07/31/2028 | $173,577.00 |

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $176,408.00 |
| BUDGET PERIOD | $176,408.00 |
| PERFORMANCE PERIOD | $176,408.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | NMJHD63STRC5 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCES REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305D |

ED01035

US Department of Education
Washington, D.C. 20202

R305D260022

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $176,408.00 |

**10**

PR/AWARD NUMBER:  R305D260022

RECIPIENT NAME:  University of Georgia Research Foundation Inc.

GRANTEE NAME:  UNIVERSITY OF GEORGIA RESEARCH FOUNDATION, INC.

310 E CAMPUS RD RM 409,

ATHENS, GA 30602 - 1589

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  51%

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

ED01036



R305D260022

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED01037



R305D260022

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs

ED01038

R305D260022

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.07.27 09:59:37 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED01039

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01040

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED01041

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Kevin Ayres
University of Georgia Research Foundation Inc.
310 East Campus Rd Tucker Hall Room 409

Athens, GA 30602


SUBJECT: Payee Verification for Grant Award R305D260022

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: NMJHD63STRC5
Grantee Name: UNIVERSITY OF GEORGIA RESEARCH FOUNDATION, INC.

Payee UEI: NMJHD63STRC5
Payee Name: UNIVERSITY OF GEORGIA RESEARCH FOUNDATION, INC.

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED01042

**SPECIFIC GRANT TERMS AND CONDITIONS FOR**
**FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

ED01043

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

ED01044

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

3

ED01045

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

4

ED01046

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1.  Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2.  Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3.  Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4.  Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5.  Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

1

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6. The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
    - List Federal programs by Federal agency
    - For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
    - Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
    - Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

2

ED01048

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

ED01049

**GAN ATTACHMENT 6**
**Revised 10/2024**

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

\_\_\_\_\_ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

\_\_\_\_\_ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

\_\_\_\_\_ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED01050

**GAN ATTACHMENT 8**
**Revised 10/2024**

## TRAFFICKING IN PERSONS

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

(1) Severe forms of trafficking in persons;

(2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

(3) The use of forced labor in the performance of the grant or cooperative agreement; or

(4) Acts that directly support or advance trafficking in persons, including the following acts:

(i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

(ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(A) exempted from the requirement to provide or pay for such return transportation by the Department; or

(B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(iv) Charging recruited employees a placement or recruitment fee; or

1

ED01051

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

ED01052

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

3

ED01053

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1.  Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2.  Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3.  Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4.  Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1.  ***Reporting of First-tier Subawards -***

a.  *Applicability and what to report.*

Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b.  *Where and when to report.*

The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

1

ED01054

2. *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii   In the preceding fiscal year, you received—

A.  80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**
B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,
C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.   As part of your registration profile at https://www.sam.gov.

ii.  No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. *Reporting of Total Compensation of Subrecipient Executives –*

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

2

ED01055

    i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

    ii    In the preceding fiscal year, you received—

    A.  80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.  *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

    i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

    ii.    No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

**4.**  *Exemptions –*

a.  If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    i.    Subawards, and

    ii.    The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.**  *Definitions -*

a.  For purposes of this award term:

ED01056

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

4

ED01057

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

1

ED01058

### PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED01059

**GAN ATTACHMENT 13**
**Revised 10/2024**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI?  SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN?  A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov.  Allow at least ten business days after you submit your registration for it to become active in SAM.gov.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the Federal Service Desk (FSD).  Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01060

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

**1.   Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

2.   **Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

**3.   Definitions**

For purposes of this award term:

1.   System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.   Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.   Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.   Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

ED01061

5. Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

ED01062

GAN ATTACHMENT 17
07/2024

**PARTICIPATION OF FAITH-BASED ORGANIZATIONS**

1.  A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2.  A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3.  If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED01063

GAN ATTACHMENT 18
07/2024

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01064

**GAN ENCLOSURE 1**
**Revised 10/2024**

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED01065

**SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS**

### I.    Financial Management Systems (2 CFR § 200.302)

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

### II.    Internal controls (2 CFR § 200.303)

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

2

ED01066

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**III.    Federal Payment (2 CFR § 200.305)**

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods. The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

**IV.    Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)**

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E. Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

3

ED01067

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.       Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.      Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.     Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

ED01068

B.   Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.   De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.   Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

5

ED01069

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate. Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

  i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
  ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
  iii.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
  iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## VIII.   Audit Requirements (2 CFR Part 200 Subpart F)

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

ED01070

**IX.      Other Considerations**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED01071

GAN  ENCLOSURE 2
**Revised 10/2024**

### MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED01072

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

2

ED01073

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

## Using Federal ED Grant (Discretionary and Formula) Funds for Food

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

1

ED01074

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED01075

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

**3. What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

**Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference**

**4. May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

**5. What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

ED01076

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may not be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must not be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9. **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

5

ED01078

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

6

ED01079

13. **May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

14. **May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

<u>**Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party**</u>

15. **May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

16. **What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

17. **What travel expenses may be paid for with Federal grant funds?**

7

ED01080

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

**18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?**

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

## Questions Regarding the Allowable Use of Federal Grant Funds

**19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?**

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

**20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?**

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

ED01081

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01082

**GAN Enclosure 4**
**Revised 10/2024**

**MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS**

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1. Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2. Payments to States under programs that are not covered by a TSA; and

3. Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

ED01083

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED01084

**GAN Enclosure 4**
**Revised 10/2024**

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1. **Returning Interest to PMS**

    PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

    a. **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

    Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

    ACH account information to be included:

    - PSC ACH Routing Number is: 051036706
    - PSC DFI Accounting Number: 303000
    - Bank Name: Credit Gateway - ACH Receiver
    - Location: St. Paul, MN

    Additionally, include the following:

    - An explanation stating that the refund is for interest
    - The name of the awarding agency
    - The grant number(s) for which the interest was earned
    - The return should be made payable to: Department of Health and Human Services.

    b. **International** Automated Clearing House (ACH) Returns (Direct Deposit)

    ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

    - Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
    - Bank: Citibank N.A. (New York)
    - SWIFT Code: CITIUS33
    - Account Number: 36838868
    - Routing Number: 021000089
    - Bank Address: 388 Greenwich Street, New York, NY 10013

3

ED01085

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

    c.   FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

    d.   Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

ED01086

- Interests returned by check are to be mailed (USPS only) to:

    HHS Program Support Center
    PO Box 979132
    St. Louis, MO 63197

    A brief statement explaining the nature of the return must be included.

    To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300. Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

5

ED01087

**GAN Enclosure 4**
**Revised 10/2024**

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

6

ED01088

R305D260024

Walter Leite
University of Florida
207 Grinter Hall
PO Box 115500
Gainesville, FL 32611

ED01089

R305D260024

Stephanie Gray
University of Florida
207 Grinter Hall
PO Box 115500
Gainesville, FL 32611

R305D260024



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| University of Florida<br>207 Grinter Hall<br>PO Box 115500<br>Gainesville, FL 32611 | PR/AWARD NUMBER R305D260024<br>ACTION NUMBER 1<br>ACTION TYPE New<br>AWARD TYPE Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Walter Leite<br>  walter.leite@coe.ufl.edu<br>EDUCATION PROGRAM CONTACT<br>  Elizabeth R Albro    (202) 245-8495<br>  ELIZABETH.ALBRO@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.305D<br>Propensity Score Analysis of Multilevel Data: A systemic review |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Walter Leite | Project Director | 12 % |
| Wei Li | Co-Principal Investigator | 5 % |
| Huibin Zhang | Co-Principal Investigator | 50 % |

**6** AWARD PERIODS

BUDGET PERIOD    08/01/2026 - 07/31/2027
PERFORMANCE PERIOD    08/01/2026 - 07/31/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 08/01/2027 - 07/31/2028 | $147,642.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $201,275.00 |
| BUDGET PERIOD | $201,275.00 |
| PERFORMANCE PERIOD | $201,275.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | NNFQH1JAPEP3 |
| REGULATIONS | CFR PART 74<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL 107-279 1 EDUCATION SCIENCES REFORM ACT OF 2002
PROGRAM TITLE:      EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:    84.305D

R305D260024

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $201,275.00 |

**10**

PR/AWARD NUMBER:  R305D260024

RECIPIENT NAME:  University of Florida

GRANTEE NAME:  UNIVERSITY OF FLORIDA

1523 UNION RD RM 207,

GAINESVILLE, FL 32611 - 1941

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  53.5%

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

ED01092



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED01093



R305D260024

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs

ED01094

R305D260024

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.07.27 10:42:31 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

ED01095

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED01097

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Walter Leite
University of Florida
207 Grinter Hall
PO Box 115500

Gainesville, FL 32611

SUBJECT: Payee Identification for Grant Award R305D260024

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED01098

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01099

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED01100

## Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

   a. User Type (Select Payee unless you are specifically a Servicer)

   b. Unique Entity Identifier (UEI)

   b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

   **U.S. Department of Education**
   **Office of the Chief Information Officer**
   **Mail Stop - 4110**
   **400 Maryland Avenue S.W.**
   **Washington DC 20202**
   **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED01101

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled | Leave Blank. |
| | to Payment | |
| ITEM C | Claim or Payroll ID | Enter the following information |
| | Number | Prefix: 9 digit D-U-N-S Number, |
| | | Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of | Leave Blank. |
| | Payment Only | |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW |
| | | Room 4C138 |
| | | Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED01102

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. R305D260024

Dear Sir:

Please transfer FEDWIRE payments for University of Florida to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution                                    Corresponding Bank (if applicable):

Name:_____    Name:_____
Street:_____    Street:_____
City:_____    City:_____
State:_____    State:_____
Zip:_____     Zip:_____

ABA Number:_____    ABA Number:_____
Account Number:_____    Telegraphic Abbrev.:_____
Contact Name:_____
Telephone No:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (_____) _____.


                                    Sincerely,



                                    Chief Financial Officer

ED01103

GAN ATTACHMENT 2
**Revised 10 2024**

**SPECIFIC GRANT TERMS AND CONDITIONS FOR
FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1.  That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3.  That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2.  Program income was earned;

1

ED01104

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

ED01105

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4.  *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01106

**GAN ATTACHMENT 2**
**Revised 04/2024**

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

4

ED01107

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1.  Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2.  Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3.  Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4.  Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5.  Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

ED01108

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6. The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier). If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day. The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation. Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
    o List Federal programs by Federal agency
    o For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
    o Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN). For a cluster of programs, also provide the total for the cluster
    o Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors. Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors. Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov. Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html. For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov. Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

2

ED01109

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

ED01110

GAN ATTACHMENT 6
**Revised 10/2024**

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED01111

**GAN ATTACHMENT 8**
**Revised 10/2024**

## TRAFFICKING IN PERSONS

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

(1) Severe forms of trafficking in persons;

(2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

(3) The use of forced labor in the performance of the grant or cooperative agreement; or

(4) Acts that directly support or advance trafficking in persons, including the following acts:

(i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

(ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(A) exempted from the requirement to provide or pay for such return transportation by the Department; or

(B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(iv) Charging recruited employees a placement or recruitment fee; or

1

ED01112

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED01113

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

ED01114

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1.  Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2.  Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3.  Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4.  Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1.  ***Reporting of First-tier Subawards -***

a.  *Applicability and what to report.*

Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b.  *Where and when to report.*

The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

1

ED01115

2. *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii   In the preceding fiscal year, you received—

    A.  80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.    As part of your registration profile at https://www.sam.gov.

ii.   No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. *Reporting of Total Compensation of Subrecipient Executives –*

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

2

ED01116

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

A.   80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

B.   $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

C.   The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.    *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

ii.    No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

**4.**    *Exemptions –*

a.   If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

i.    Subawards, and

ii.    The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.**    *Definitions -*

a.   For purposes of this award term:

ED01117

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

4

ED01118

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

ED01119

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
## DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

1

ED01120

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury). The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment. Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI? SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN? A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov. Allow at least ten business days after you submit your registration for it to become active in SAM.gov. If you need a new TIN, please allow 2-5 weeks for your TIN to become active. If you need assistance during the registration process, you may contact the Federal Service Desk (FSD). Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes. However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01121

**GAN ATTACHMENT 14**
**Revised 10/2024**

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

**1.    Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.    Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

**3.    Definitions**

For purposes of this award term:

1.  System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.  Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.  Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.  Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

1

ED01122

5.  Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

2

ED01123

**GAN ATTACHMENT 17**
**07/2024**

**PARTICIPATION OF FAITH-BASED ORGANIZATIONS**

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3. If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED01124

GAN ATTACHMENT 18
07/2024

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01125

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED01126

**SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS**

I.      **Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

II.     **Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

2

ED01127

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**III.    Federal Payment (2 CFR § 200.305)**

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

**IV.    Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)**

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

3

ED01128

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.      Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.      Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.      Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

4

ED01129

B.  Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.  De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.  Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

ED01130

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

  i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
  ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
  iii.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
  iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**VIII.   Audit Requirements (2 CFR Part 200 Subpart F)**

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

ED01131

**IX.      Other Considerations**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED01132

### MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED01133

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

2

ED01134

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

## Using Federal ED Grant (Discretionary and Formula) Funds for Food

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

1

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED01136

37 N of 2910e 3
08 2024

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

**3. What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- <u>Food costs at networking sessions</u>: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- <u>Food costs at regular staff meetings</u>: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- <u>Food costs for remote meetings</u>: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- <u>Entertainment</u>: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- <u>Alcohol</u>: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## <u>Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference</u>

**4. May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

**5. What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

ED01137

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may <u>not</u> be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must <u>not</u> be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

ED01138

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9. **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

5

ED01139

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

6

ED01140

**13. May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

**14. May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

### <u>Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party</u>

**15. May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

**16. What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

**17. What travel expenses may be paid for with Federal grant funds?**

7

ED01141

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

### 18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

### Questions Regarding the Allowable Use of Federal Grant Funds

### 19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

### 20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

ED01142

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01143

**GAN Enclosure 4**
**Revised 10/2024**

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1.  Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2.  Payments to States under programs that are not covered by a TSA; and

3.  Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

1

ED01144

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED01145

**GAN Enclosure 4**
**Revised 10/2024**

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1.  **Returning Interest to PMS**

    PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

    a.  **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

    Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

    ACH account information to be included:

    - PSC ACH Routing Number is: 051036706
    - PSC DFI Accounting Number: 303000
    - Bank Name: Credit Gateway - ACH Receiver
    - Location: St. Paul, MN

    Additionally, include the following:

    - An explanation stating that the refund is for interest
    - The name of the awarding agency
    - The grant number(s) for which the interest was earned
    - The return should be made payable to: Department of Health and Human Services.

    b.  **International** Automated Clearing House (ACH) Returns (Direct Deposit)

    ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

    - Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
    - Bank: Citibank N.A. (New York)
    - SWIFT Code: CITIUS33
    - Account Number: 36838868
    - Routing Number: 021000089
    - Bank Address: 388 Greenwich Street, New York, NY 10013

ED01146

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

c.   FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

d.   Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

4

ED01147

- Interests returned by check are to be mailed (USPS only) to:

  HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

  A brief statement explaining the nature of the return must be included.

  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

  - An explanation stating that the refund is for interest
  - The name of the awarding agency
  - The grant number(s) for which the interest was earned
  - The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds. For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards. We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities. Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300. Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring. See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward. The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations. These program-specific requirements may supplement or override general cash management or payment requirements. If you

5

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

ED01149

R305D260042

Andrew Gelman

The Trustees of Columbia University in the City of New York

615 West 131st St

6th Floor, Mail Code 8725

New York, NY 10027

ED01150

R305D260042

Jessica Mason
The Trustees of Columbia University in the City of New York
615 West 131st St
6th Floor, Mail Code 8725
New York, NY 10027

ED01151



R305D260042

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** | RECIPIENT NAME

The Trustees of Columbia University in the City of
New York
615 West 131st St
6th Floor, Mail Code 8725
New York, NY 10027

**2** | AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305D260042 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3** | PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
   Andrew Gelman
   gelman@stat.columbia.edu
EDUCATION PROGRAM CONTACT
   Elizabeth R Albro        (202) 245-8495
   ELIZABETH.ALBRO@ED.GOV
EDUCATION PAYMENT HOTLINE
   G5 PAYEE HELPDESK        888-336-8930
   obssed@servicenowservices.com

**4** | PROJECT TITLE

84.305D
Statistical tools for generalizing in education research

**5** | KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Andrew Gelman | Project Director | 4 % |
| Tyler Watts | Consultant | 8 % |

**6** | AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2027 |
| PERFORMANCE PERIOD | 08/01/2026 - 07/31/2029 |

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 08/01/2027 - 07/31/2028 | $264,307.00 |
| 3 | 08/01/2028 - 07/31/2029 | $272,109.00 |

**7** | AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $361,010.00 |
| BUDGET PERIOD | $361,010.00 |
| PERFORMANCE PERIOD | $361,010.00 |

**8** | ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | F4N1QNPB95M4 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4 |

**9** | LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCES REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305D |

ED01152



US Department of Education
Washington, D.C. 20202

R305D260042

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $361,010.00 |

**PR/AWARD NUMBER:** R305D260042

**RECIPIENT NAME:** The Trustees of Columbia University in the City of New York

**GRANTEE NAME:** THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK
615 W 131ST ST, MC 8741
NEW YORK, NY 10027 - 7922

**PROGRAM INDIRECT COST TYPE:** Unrestricted

**PROJECT INDIRECT COST RATE:** 64.5%

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

ED01153



US Department of Education
Washington, D.C. 20202

R305D260042

# GRANT AWARD NOTIFICATION

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED01154



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice s July 29, 2025, non-regulatory Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, which clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ( DEI ) programs

R305D260042

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

Such activities may risk violating federal civil rights laws and may jeopardize federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of discriminatory equity ideology is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all Financial Assistance General Certifications and Representations annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

KATHERINE TAYLOR
Digitally signed by KATHERINE TAYLOR
Date: 2026.07.27 10:25:19 -04'00'

| | |
|---|---|
| **AUTHORIZING OFFICIAL** | **DATE** |

Ver. 1

ED01156

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

  **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

  **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

  **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

  **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

  **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

  **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

  **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

  **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

  **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

  **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

  **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

  **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

  **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

  **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

  **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

  **UEI -**         The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01157

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01158

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Andrew Gelman
The Trustees of Columbia University in the City of New York
615 West 131st St
6th Floor, Mail Code 8725

New York, NY 10027

SUBJECT: Payee Identification for Grant Award R305D260042

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED01159

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01160

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED01161

## Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1.  Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2.  Compete each data element of the form including the following elements:

    a.  User Type (Select Payee unless you are specifically a Servicer)

    b.  Unique Entity Identifier (UEI)

    b.  Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3.  Print the form and then Submit your online registration.

4.  You will immediately receive an email asking you to activate your account.

5.  Click on the link in the email and select your password and Secret Question and Answer.

6.  Congratulations! You now have an active account. Only one more step!!

7.  Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8.  Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9.  Mail the completed, notarized G5 External User Access Request Form to the following address:

    **U.S. Department of Education**
    **Office of the Chief Information Officer**
    **Mail Stop - 4110**
    **400 Maryland Avenue S.W.**
    **Washington DC 20202**
    **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED01162

**INSTRUCTIONS**
**ACH DIRECT DEPOSIT SIGN-UP FORM**
**SF-1199A**

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

**INSTRUCTIONS - SECTION 1**

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled | Leave Blank. |
| | to Payment | |
| ITEM C | Claim or Payroll ID | Enter the following information |
| | Number | Prefix: 9 digit D-U-N-S Number, |
| | | Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of | Leave Blank. |
| | Payment Only | |
| Payee/Joint | | Authorized Certifying Official for the payee is to sign the form. |
| Certification | | |

**INSTRUCTIONS - SECTION 2**

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW |
| | | Room 4C138 |
| | | Washington, DC 20202 |

**INSTRUCTIONS - SECTION 3**
To be completed by financial institution.

ED01163

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. R305D260042

Dear Sir:

Please transfer FEDWIRE payments for The Trustees of Columbia University in the City of New York to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (____) _____.

Sincerely,

Chief Financial Officer

ED01164

**SPECIFIC GRANT TERMS AND CONDITIONS FOR
FINANCIAL AND PERFORMANCE REPORTS**

<u>**PERFORMANCE REPORTS:**</u>

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

ED01165

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

ED01166

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

3

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

ED01168

GAN ATTACHMENT 3
**Revised 10/2024**

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1.  Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2.  Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3.  Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4.  Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5.  Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

ED01169

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6. The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
    - o List Federal programs by Federal agency
    - o For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
    - o Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
    - o Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

ED01170

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

ED01171

**GAN ATTACHMENT 6**
**Revised 10/2024**

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED01172

## TRAFFICKING IN PERSONS

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

(1) Severe forms of trafficking in persons;

(2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

(3) The use of forced labor in the performance of the grant or cooperative agreement; or

(4) Acts that directly support or advance trafficking in persons, including the following acts:

(i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

(ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(A) exempted from the requirement to provide or pay for such return transportation by the Department; or

(B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(iv) Charging recruited employees a placement or recruitment fee; or

1

ED01173

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED01174

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

ED01175

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1.  Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2.  Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3.  Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4.  Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1.  ***Reporting of First-tier Subawards -***

a.  *Applicability and what to report.*

   Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

   You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b.  *Where and when to report.*

   The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

   Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

ED01176

2. *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

    A.  80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.    As part of your registration profile at https://www.sam.gov.

ii.    No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. *Reporting of Total Compensation of Subrecipient Executives –*

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

ED01177

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

A.    80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.    *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

ii.    No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

4.    *Exemptions –*

a.    If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

i.    Subawards, and

ii.    The total compensation of the five most highly compensated executives of any **subrecipient**.

5.    *Definitions -*

a.    For purposes of this award term:

3

ED01178

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

4

ED01179

**GAN ATTACHMENT 11**
**Revised 10/2024**

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

1

ED01180

### PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
### DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED01181

**GAN ATTACHMENT 13**
**Revised 10/2024**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI?  SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN?  A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov.  Allow at least ten business days after you submit your registration for it to become active in SAM.gov.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the Federal Service Desk (FSD).  Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01182

**GAN ATTACHMENT 14**
**Revised 10/2024**

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

**1.  Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.  Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

**3.  Definitions**

For purposes of this award term:

1.  System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.  Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.  Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.  Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

1

ED01183

5.  Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

ED01184

**PARTICIPATION OF FAITH-BASED ORGANIZATIONS**

1.  A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2.  A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3.  If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

**GAN ATTACHMENT 18**
**07/2024**

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01186

**GAN ENCLOSURE 1**
**Revised 10/2024**

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED01187

### SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS

**I.      Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.      Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

ED01188

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

### III.    Federal Payment (2 CFR § 200.305)

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### IV.    Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

3

ED01189

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.      Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.      Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.      Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

4

ED01190

B.  Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.  De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.  Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

5

ED01191

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate. Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

   i.   The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
   ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
   iii.   Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
   iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**VIII.   Audit Requirements (2 CFR Part 200 Subpart F)**

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

ED01192

**IX.      Other Considerations**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED01193

### MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED01194

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

2

ED01195

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees
to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

**Using Federal ED Grant (Discretionary and Formula) Funds for Food**

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

ED01196

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

08 2024

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

3.  **What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference

4.  **May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

5.  **What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

ED01198

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may not be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must not be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

ED01199

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9. **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

5

ED01200

01 Confidence 3
08 2024

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

ED01201

**13. May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

**14. May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

## <u>Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party</u>

**15. May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

**16. What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

**17. What travel expenses may be paid for with Federal grant funds?**

7

ED01202

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

### 18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

## Questions Regarding the Allowable Use of Federal Grant Funds

### 19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

### 20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01204

**GAN Enclosure 4**
**Revised 10/2024**

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1. Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2. Payments to States under programs that are not covered by a TSA; and

3. Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

1

ED01205

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED01206

**GAN Enclosure 4**
**Revised 10/2024**

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1.     **Returning Interest to PMS**

PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

a.     **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

ACH account information to be included:

- PSC ACH Routing Number is: 051036706
- PSC DFI Accounting Number: 303000
- Bank Name: Credit Gateway - ACH Receiver
- Location: St. Paul, MN

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

b.     **International** Automated Clearing House (ACH) Returns (Direct Deposit)

ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

- Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
- Bank: Citibank N.A. (New York)
- SWIFT Code: CITIUS33
- Account Number: 36838868
- Routing Number: 021000089
- Bank Address: 388 Greenwich Street, New York, NY 10013

3

ED01207

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

   c.   FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

   d.   Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

ED01208

- Interests returned by check are to be mailed (USPS only) to:

  HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

  A brief statement explaining the nature of the return must be included.

  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300.  Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

5

ED01209

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

ED01210

R305S260003

Katherine Michelmore
Regents of the University of Michigan
Gerald R. Ford School of Public Policy
3003 S. State Street
Ann Arbor, MI 48109

ED01211

R305S260003

Karen Sampson
Regents of the University of Michigan
Gerald R. Ford School of Public Policy
3003 S. State Street
Ann Arbor, MI 48109

ED01212

R305S260003



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Regents of the University of Michigan<br>Gerald R. Ford School of Public Policy<br>3003 S. State Street<br>Ann Arbor, MI 48109 | PR/AWARD NUMBER  R305S260003<br>ACTION NUMBER  1<br>ACTION TYPE  New<br>AWARD TYPE  Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Katherine Michelmore<br>  kmichelm@umich.edu<br>EDUCATION PROGRAM CONTACT<br>  Katherine Taylor    (202) 987-0071<br>  Katherine.Taylor@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.305S<br>Studying the impact of statewide free meals on student achievement, attainment, and social well-being |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Katherine Michelmore | Project Director | 19 % |
| Natasha Pilkauskas | Co-Principal Investigator | 19 % |
| Deanne Kelleher | Co-Principal Investigator | 6 % |

**6** AWARD PERIODS

BUDGET PERIOD    07/01/2026 - 06/30/2027
PERFORMANCE PERIOD    07/01/2026 - 06/30/2028

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 07/01/2027 - 06/30/2028 | $472,388.00 |

**7** AUTHORIZED FUNDING

THIS ACTION    $527,192.00
BUDGET PERIOD    $527,192.00
PERFORMANCE PERIOD    $527,192.00

**8** ADMINISTRATIVE INFORMATION

UEI    GNJ7BBP73WE9
REGULATIONS    CFR PART 74
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:    PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:    EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:    84.305S

R305S260003

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $527,192.00 |

PR/AWARD NUMBER: R305S260003

RECIPIENT NAME: Regents of the University of Michigan
Gerald R. Ford School of Public Policy

GRANTEE NAME: REGENTS OF THE UNIVERSITY OF MICHIGAN

1109 GEDDES AVE STE 3300,

ANN ARBOR, MI 48109 - 1015

PROGRAM INDIRECT COST TYPE: Unrestricted

PROJECT INDIRECT COST RATE: 56%

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

ED01214



**US Department of Education**
**Washington, D.C. 20202**

R305S260003

# GRANT AWARD NOTIFICATION

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED01215



**US Department of Education**
**Washington, D.C. 20202**

R305S260003

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this dgrant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED01216

R305S260003

# US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.07.01 09:40:05 -04'00'

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

ED01217

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

  **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

  **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

  **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

  **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

  **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

  **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

  **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

  **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

  **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

  **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

  **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

  **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

  **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

  **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

  **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

  **UEI -**        The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01218

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**   The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01219

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Katherine Michelmore
Regents of the University of Michigan
Gerald R. Ford School of Public Policy
3003 S. State Street

Ann Arbor, MI 48109

SUBJECT: Payee Identification for Grant Award R305S260003

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED01220

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01221

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED01222

Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

   a. User Type (Select Payee unless you are specifically a Servicer)

   b. Unique Entity Identifier (UEI)

   b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

   **U.S. Department of Education**
   **Office of the Chief Information Officer**
   **Mail Stop - 4110**
   **400 Maryland Avenue S.W.**
   **Washington DC 20202**
   **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED01223

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information<br>    Prefix: 9 digit D-U-N-S Number,<br>    Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW<br>Room 4C138<br>Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED01224

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. R305S260003

Dear Sir:

Please transfer FEDWIRE payments for Regents of the University of Michigan to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution                           Corresponding Bank (if applicable):

Name:_____           Name:_____
Street:_____           Street:_____
City:_____           City:_____
State:_____           State:_____
Zip:_____           Zip:_____

ABA Number:_____           ABA Number:_____
Account Number:_____           Telegraphic Abbrev.:_____
Contact Name:_____
Telephone No:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (____) _____.

Sincerely,

Chief Financial Officer

ED01225

**SPECIFIC GRANT TERMS AND CONDITIONS FOR**
**FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

ED01226

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

ED01227

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01228

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

ED01229

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1. Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2. Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3. Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4. Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5. Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

1

ED01230

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6. The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
    o List Federal programs by Federal agency
    o For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
    o Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
    o Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

ED01231

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:

https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

ED01232

GAN ATTACHMENT 6
**Revised 10/2024**

### REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED01233

**GAN ATTACHMENT 8**
**Revised 10/2024**

**TRAFFICKING IN PERSONS**

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

(1) Severe forms of trafficking in persons;

(2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

(3) The use of forced labor in the performance of the grant or cooperative agreement; or

(4) Acts that directly support or advance trafficking in persons, including the following acts:

(i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

(ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(A) exempted from the requirement to provide or pay for such return transportation by the Department; or

(B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(iv) Charging recruited employees a placement or recruitment fee; or

1

ED01234

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED01235

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

3

ED01236

**GAN ATTACHMENT – 9**
**Revised 10/2024**

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1.  Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2.  Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3.  Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4.  Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1.  ***Reporting of First-tier Subawards -***

a.  *Applicability and what to report.*

Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b.  *Where and when to report.*

The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

1

ED01237

2. ***Reporting Total Compensation of the Department's Grant Recipients' Executives -***

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii   In the preceding fiscal year, you received—

    A.   80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.   $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.   The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.    As part of your registration profile at https://www.sam.gov.

ii.   No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. ***Reporting of Total Compensation of Subrecipient Executives –***

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

ED01238

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

A.    80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.    *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

ii.    No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

**4.    *Exemptions –***

a.    If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

i.    Subawards, and

ii.    The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.    *Definitions -***

a.    For purposes of this award term:

3

ED01239

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

ED01240

**GAN ATTACHMENT 11**
**Revised 10/2024**

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

ED01241

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED01242

**GAN ATTACHMENT 13**
**Revised 10/2024**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury). The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment. Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI? SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN? A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov. Allow at least ten business days after you submit your registration for it to become active in SAM.gov. If you need a new TIN, please allow 2-5 weeks for your TIN to become active. If you need assistance during the registration process, you may contact the Federal Service Desk (FSD). Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes. However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01243

GAN ATTACHMENT 14
Revised 10/2024

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

1.  **Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency. To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

2.  **Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI). Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

3.  **Definitions**

For purposes of this award term:

1.  System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.  Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.  Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.  Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

ED01244

5. Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

ED01245

**PARTICIPATION OF FAITH-BASED ORGANIZATIONS**

1.  A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2.  A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3.  If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED01246

GAN ATTACHMENT 18
07/2024

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01247

**GAN ENCLOSURE 1**
**Revised 10/2024**

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

1

ED01248

**SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS**

**I.      Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.      Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

2

ED01249

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

### III.    Federal Payment (2 CFR § 200.305)

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### IV.    Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

3

ED01250

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.        Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.       Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.      Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.  Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

ED01251

B.   Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.   De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.   Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

5

ED01252

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate. Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.    Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
iii.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.    Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**VIII.    Audit Requirements (2 CFR Part 200 Subpart F)**

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

6

ED01253

**IX.     Other Considerations**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED01254

<div align="right">**GAN  ENCLOSURE 2**
**Revised 10/2024**</div>

## MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

<div align="center">1</div>

<div align="right">ED01255</div>

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

ED01256

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees
to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

<u>**Using Federal ED Grant (Discretionary and Formula) Funds for Food**</u>

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB*) *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

1

ED01257

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED01258

08 2024

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

**3. What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference

**4. May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

**5. What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

ED01259

08 2024

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may <u>not</u> be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must <u>not</u> be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

ED01260

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9. **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

5

ED01261

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

ED01262

13. **May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

14. **May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

## <u>Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party</u>

15. **May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

16. **What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

17. **What travel expenses may be paid for with Federal grant funds?**

7

ED01263

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

### 18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

## Questions Regarding the Allowable Use of Federal Grant Funds

### 19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

### 20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

ED01264

08 2024

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01265

GAN Enclosure 4
Revised 10/2024

**MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS**

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1.  Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2.  Payments to States under programs that are not covered by a TSA; and

3.  Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

1

ED01266

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED01267

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1.   **Returning Interest to PMS**

    PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

    a.   **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

    Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

    ACH account information to be included:

    - PSC ACH Routing Number is: 051036706
    - PSC DFI Accounting Number: 303000
    - Bank Name: Credit Gateway - ACH Receiver
    - Location: St. Paul, MN

    Additionally, include the following:

    - An explanation stating that the refund is for interest
    - The name of the awarding agency
    - The grant number(s) for which the interest was earned
    - The return should be made payable to: Department of Health and Human Services.

    b.   **International** Automated Clearing House (ACH) Returns (Direct Deposit)

    ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

    - Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
    - Bank: Citibank N.A. (New York)
    - SWIFT Code: CITIUS33
    - Account Number: 36838868
    - Routing Number: 021000089
    - Bank Address: 388 Greenwich Street, New York, NY 10013

ED01268

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

c.  FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

d.  Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

ED01269

- Interests returned by check are to be mailed (USPS only) to:

  HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

  A brief statement explaining the nature of the return must be included.

  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

  - An explanation stating that the refund is for interest
  - The name of the awarding agency
  - The grant number(s) for which the interest was earned
  - The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300.  Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

5

ED01270

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

ED01271

R305S260007

Julie Harris
Westat, Inc.
1600 Research Boulevard
Rockville, MD 20850

ED01272

R305S260007

Eric Gevirtz
Westat, Inc.
1600 Research Boulevard
Rockville, MD 20850

ED01273



R305S260007

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>Westat, Inc.<br>1600 Research Boulevard<br>Rockville, MD 20850 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER  R305S260007<br>ACTION NUMBER  1<br>ACTION TYPE  New<br>AWARD TYPE  Discretionary<br>(Research and Development) |
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br> Julie Harris<br> JulieHarris@westat.com<br>EDUCATION PROGRAM CONTACT<br> Katherine Taylor  (202) 987-0071<br> Katherine.Taylor@ed.gov<br>EDUCATION PAYMENT HOTLINE<br> G5 PAYEE HELPDESK  888-336-8930<br> obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.305S<br>Using a State Longitudinal Data System to Understand the Relative Benefit of Postsecondary Education for Students From Traditionally Underserved Groups in Washington's Higher Education System |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Julie Harris | Project Director | 15 % |
| Amanda Hare | Project Manager | 10 % |
| Elizabeth Park | Data Acquisition and Analysis Support | 12 % |
| Daniel Oliver | Co-Principal Investigator | 5 % |
| Abby Chien | Dissemination Lead | 5 % |
| Ian Mikkelsen | Data Sharing and Management Lead | 20 % |

**6** AWARD PERIODS

 BUDGET PERIOD  07/01/2026 - 06/30/2027
 PERFORMANCE PERIOD  07/01/2026 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 07/01/2027 - 06/30/2028 | $393,974.00 |
| 3 | 07/01/2028 - 06/30/2029 | $318,102.00 |

**7** AUTHORIZED FUNDING

 THIS ACTION  $278,956.00
 BUDGET PERIOD  $278,956.00
 PERFORMANCE PERIOD  $278,956.00

**8** ADMINISTRATIVE INFORMATION

 UEI  NVUWAFWQ57S5
 REGULATIONS  CFR PART 74
  EDGAR AS APPLICABLE
  2 CFR AS APPLICABLE
 ATTACHMENTS  2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4

**9** LEGISLATIVE AND FISCAL DATA

ED01274

R305S260007

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

AUTHORITY:                      PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:                  EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:             84.305S

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $278,956.00 |

PR/AWARD NUMBER:            R305S260007
RECIPIENT NAME:            Westat, Inc.
GRANTEE NAME:             WESTAT, INC.
                          7501 WISCONSIN AVE STE 1000E,
                          BETHESDA, MD 20814 - 6527

PROGRAM INDIRECT COST TYPE:    Unrestricted
PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
      1) THE RECIPIENT'S APPLICATION (BLOCK 2);
      2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT
      DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED
      AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM
      REGULATIONS SPECIFIED IN BLOCK 8; AND
      3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD
      APPLY UNTIL CHANGED.
      THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34
      CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY
      FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT,
      MUST

      1) EITHER
      (I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
      (A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
      (B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY
      ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE
      APPLICATION NOTICE; OR
      (II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
      (A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY;
      AND
      (B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET
      THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR
      OBJECTIVES OF THE PROJECT;
      2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
      3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
      4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE
      REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
      5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN
      THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
      IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5
      MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
      THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE
      IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY
      TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN.

ED01275



## US Department of Education
## Washington, D.C. 20202

R305S260007

# GRANT AWARD NOTIFICATION

RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED01276



**US Department of Education**
**Washington, D.C. 20202**

R305S260007

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED01277

R305S260007

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

KATHERINE TAYLOR  Digitally signed by KATHERINE TAYLOR
Date: 2026.07.01 10:19:27 -04'00'

**AUTHORIZING OFFICIAL**                                         **DATE**

Ver. 1

ED01278

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01279

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01280

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Julie Harris
Westat, Inc.
1600 Research Boulevard

Rockville, MD 20850

SUBJECT: Payee Verification for Grant Award R305S260007

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: NVUWAFWQ57S5
Grantee Name: WESTAT, INC.

Payee UEI: NVUWAFWQ57S5
Payee Name: WESTAT, INC.

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED01281

<div align="right">

**GAN ATTACHMENT 2**
**Revised 10 2024**

</div>

## SPECIFIC GRANT TERMS AND CONDITIONS FOR
## FINANCIAL AND PERFORMANCE REPORTS

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

<div align="center">

1

</div>

<div align="right">

ED01282

</div>

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

ED01283

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

3

ED01284

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

ED01285

<div align="right">

**GAN ATTACHMENT 3**
**Revised 10/2024**

</div>

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1.  Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2.  Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3.  Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4.  Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5.  Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

<div align="center">1</div>

<div align="right">ED01286</div>

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6.  The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
  - List Federal programs by Federal agency
  - For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
  - Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
  - Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

ED01287

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

ED01288

**GAN ATTACHMENT 6**
**Revised 10/2024**

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED01289

## TRAFFICKING IN PERSONS

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

(1) Severe forms of trafficking in persons;

(2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

(3) The use of forced labor in the performance of the grant or cooperative agreement; or

(4) Acts that directly support or advance trafficking in persons, including the following acts:

(i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

(ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(A) exempted from the requirement to provide or pay for such return transportation by the Department; or

(B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(iv) Charging recruited employees a placement or recruitment fee; or

1

ED01290

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED01291

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

ED01292

<div align="right">

**GAN ATTACHMENT – 9**
**Revised 10/2024**

</div>

<div align="center">

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

</div>

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1. Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2. Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3. Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4. Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with [2 CFR Part 170—Reporting Subaward And Executive Compensation Information](#).

1. ***Reporting of First-tier Subawards -***

a. *Applicability and what to report.*

   Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

   You must report the information about each obligating action that are specified in the submission instructions posted at [FSRS](#).

b. *Where and when to report.*

   The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to [FSRS](#).

   Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

<div align="center">1</div>

<div align="right">ED01293</div>

2.  *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

a.  *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii   In the preceding fiscal year, you received—

A.  80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**
B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,
C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.  *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.   As part of your registration profile at https://www.sam.gov.

ii.  No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3.  *Reporting of Total Compensation of Subrecipient Executives –*

a.  *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

ED01294

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

    A.  80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.   *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

ii.    No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

**4.**  *Exemptions –*

a.  If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

i.    Subawards, and

ii.    The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.**  *Definitions -*

a.  For purposes of this award term:

ED01295

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

ED01296

**GAN ATTACHMENT 11**
**Revised 10/2024**

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

1

ED01297

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
## DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED01298

**GAN ATTACHMENT 13**
**Revised 10/2024**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI?  SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN?  A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov.  Allow at least ten business days after you submit your registration for it to become active in SAM.gov.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the Federal Service Desk (FSD).  Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01299

GAN ATTACHMENT 14
Revised 10/2024

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

**1.  Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.  Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

**3.  Definitions**

For purposes of this award term:

1.  System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.  Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.  Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.  Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

1

ED01300

5.  Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

ED01301

**PARTICIPATION OF FAITH-BASED ORGANIZATIONS**

1.  A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2.  A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3.  If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED01302

GAN ATTACHMENT 18
07/2024

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01303

**GAN ENCLOSURE 1**
**Revised 10/2024**

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED01304

### SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS

**I.      Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.      Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

2

ED01305

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

### III.    Federal Payment (2 CFR § 200.305)

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### IV.    Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

3

ED01306

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.      Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.      Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.      Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

4

ED01307

B.   Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.   De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.   Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

5

ED01308

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate. Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.    Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

   i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
   ii.    The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
   iii.    Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
   iv.    A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.    Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**VIII.    Audit Requirements (2 CFR Part 200 Subpart F)**

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

ED01309

**IX.    Other Considerations**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED01310

GAN  ENCLOSURE 2
**Revised 10/2024**

### MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED01311

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

ED01312

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

## Using Federal ED Grant (Discretionary and Formula) Funds for Food

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

ED01313

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED01314

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

3. **What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference

4. **May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

5. **What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

ED01315

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may <u>not</u> be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must <u>not</u> be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

ED01316

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9.  **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

5

ED01317

18 Nof 2910e 3
08 2024

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

ED01318

**13. May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

**14. May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

## <u>Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party</u>

**15. May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

**16. What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

**17. What travel expenses may be paid for with Federal grant funds?**

7

ED01319

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

### 18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

## Questions Regarding the Allowable Use of Federal Grant Funds

### 19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

### 20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

ED01320

21 Congressional 3
08 2024

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01321

**GAN Enclosure 4**
**Revised 10/2024**

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1.    Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2.    Payments to States under programs that are not covered by a TSA; and

3.    Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

1

**GAN Enclosure 4**
**Revised 10/2024**

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

2

ED01323

**GAN Enclosure 4**
**Revised 10/2024**

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1.  **Returning Interest to PMS**

    PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

    a.  **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

    Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

    ACH account information to be included:

    - PSC ACH Routing Number is: 051036706
    - PSC DFI Accounting Number: 303000
    - Bank Name: Credit Gateway - ACH Receiver
    - Location: St. Paul, MN

    Additionally, include the following:

    - An explanation stating that the refund is for interest
    - The name of the awarding agency
    - The grant number(s) for which the interest was earned
    - The return should be made payable to: Department of Health and Human Services.

    b.  **International** Automated Clearing House (ACH) Returns (Direct Deposit)

    ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

    - Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
    - Bank: Citibank N.A. (New York)
    - SWIFT Code: CITIUS33
    - Account Number: 36838868
    - Routing Number: 021000089
    - Bank Address: 388 Greenwich Street, New York, NY 10013

3

ED01324

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

c.   FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

d.   Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

4

ED01325

- Interests returned by check are to be mailed (USPS only) to:

  HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

  A brief statement explaining the nature of the return must be included.

  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300.  Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

5

ED01326

**GAN Enclosure 4**
**Revised 10/2024**

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

6

ED01327

R305S260008

Megan Hopkins
University of California, San Diego
9500 Gilman Drive

La Jolla, CA 92093

ED01328

R305S260008

Japhet Perez Estrada
University of California, San Diego
9500 Gilman Drive
La Jolla, CA 92093

ED01329



R305S260008

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | University of California, San Diego<br>9500 Gilman Drive<br>La Jolla, CA 92093 | | PR/AWARD NUMBER    R305S260008<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>Megan Hopkins<br>mbhopkins@ucsd.edu<br>EDUCATION PROGRAM CONTACT<br>Katherine Taylor    (202) 987-0071<br>Katherine.Taylor@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK    888-336-8930<br>obssed@servicenowservices.com | | 84.305S<br>Bilingual Teacher Pipeline in Massachusetts |

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Megan Hopkins | Project Director | 20 % |
| Hayley Weddle | Co-Principal Investigator | 12 % |
| Daniel Jones | Co-Principal Investigator | 25 % |

**6 AWARD PERIODS**

BUDGET PERIOD    07/01/2026 - 06/30/2027
PERFORMANCE PERIOD    07/01/2026 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 07/01/2027 - 06/30/2028 | $334,130.00 |
| 3 | 07/01/2028 - 06/30/2029 | $339,696.00 |

**7 AUTHORIZED FUNDING**

THIS ACTION    $325,674.00
BUDGET PERIOD    $325,674.00
PERFORMANCE PERIOD    $325,674.00

**8 ADMINISTRATIVE INFORMATION**

UEI    UYTTZT6G9DT1
REGULATIONS    CFR PART 74
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY:    PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:    EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:    84.305S

ED01330

R305S260008

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $325,674.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305S260008 |
| RECIPIENT NAME: | University of California, San Diego |
| GRANTEE NAME: | UNIVERSITY OF CALIFORNIA, SAN DIEGO |
| | 9500 GILMAN DR, |
| | LA JOLLA, CA 92093 - 0021 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 26% |

TERMS AND CONDITIONS

(1)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

ED01331



## US Department of Education
## Washington, D.C. 20202

R305S260008

# GRANT AWARD NOTIFICATION

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED01332



**US Department of Education**
**Washington, D.C. 20202**

R305S260008

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)    The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https:// ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)    Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this dgrant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED01333

R305S260008

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.07.01 09:56:20 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED01334

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**  The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED01336

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Megan Hopkins
University of California, San Diego
9500 Gilman Drive

La Jolla, CA 92093

SUBJECT: Payee Verification for Grant Award R305S260008

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: UYTTZT6G9DT1
Grantee Name: UNIVERSITY OF CALIFORNIA, SAN DIEGO

Payee UEI: QJ8HMDK7MRM3
Payee Name: UNIVERSITY OF CALIFORNIA SAN DIEGO

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED01337

## SPECIFIC GRANT TERMS AND CONDITIONS FOR
## FINANCIAL AND PERFORMANCE REPORTS

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

ED01338

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

ED01339

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.
[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

3

ED01340

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

ED01341

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1. Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2. Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3. Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4. Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5. Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

ED01342

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6. The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
    o List Federal programs by Federal agency
    o For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
    o Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
    o Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

2

ED01343

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

ED01344

**GAN ATTACHMENT 6**
**Revised 10/2024**

### REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED01345

**GAN ATTACHMENT 8**
**Revised 10/2024**

## TRAFFICKING IN PERSONS

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

(1) Severe forms of trafficking in persons;

(2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

(3) The use of forced labor in the performance of the grant or cooperative agreement; or

(4) Acts that directly support or advance trafficking in persons, including the following acts:

(i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

(ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(A) exempted from the requirement to provide or pay for such return transportation by the Department; or

(B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(iv) Charging recruited employees a placement or recruitment fee; or

1

ED01346

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED01347

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

ED01348

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1.  Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2.  Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3.  Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4.  Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1.  ***Reporting of First-tier Subawards -***

a.  *Applicability and what to report.*

Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b.  *Where and when to report.*

The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

1

ED01349

2. ***Reporting Total Compensation of the Department's Grant Recipients' Executives -***

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i   The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii  In the preceding fiscal year, you received—

    A.  80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.   As part of your registration profile at https://www.sam.gov.

ii.  No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. ***Reporting of Total Compensation of Subrecipient Executives –***

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

ED01350

    i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

    ii   In the preceding fiscal year, you received—

      A.  80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

      B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

      C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.   *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

    i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

    ii.   No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

**4.**  *Exemptions –*

a.  If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    i.    Subawards, and

    ii.   The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.**  *Definitions -*

a.  For purposes of this award term:

ED01351

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

4

ED01352

**GAN ATTACHMENT 11**
**Revised 10/2024**

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1)  the percentage of the total costs of the program or project which will be financed with Federal money;

2)  the dollar amount of Federal funds for the project or program; and

3)  the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

1

ED01353

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
## DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED01354

**GAN ATTACHMENT 13**
**Revised 10/2024**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI?  SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN?  A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov.  Allow at least ten business days after you submit your registration for it to become active in SAM.gov.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the Federal Service Desk (FSD).  Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01355

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

**1.    Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.    Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

**3.    Definitions**

For purposes of this award term:

1.  System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.  Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.  Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.  Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

ED01356

5.  Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

2

ED01357

**GAN ATTACHMENT 17**
**07/2024**

**PARTICIPATION OF FAITH-BASED ORGANIZATIONS**

1.  A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2.  A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3.  If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED01358

GAN ATTACHMENT 18
07/2024

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01359

**GAN ENCLOSURE 1**
**Revised 10/2024**

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED01360

**SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS**

**I.       Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.      Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

2

ED01361

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

### III. Federal Payment (2 CFR § 200.305)

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### IV. Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

ED01362

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.      Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.     Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.    Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

4

ED01363

B.   Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.   De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.   Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

ED01364

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

   i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
   ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
   iii.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
   iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**VIII.    Audit Requirements (2 CFR Part 200 Subpart F)**

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

ED01365

**IX.      Other Considerations**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED01366

**GAN  ENCLOSURE 2**
**Revised 10/2024**

## MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED01367

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

2

ED01368

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees
to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

## Using Federal ED Grant (Discretionary and Formula) Funds for Food

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

1

ED01369

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED01370

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

3. **What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference

4. **May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

5. **What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may <u>not</u> be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must <u>not</u> be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

ED01372

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

**9. When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

**10. May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

**11. What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

**12. May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

5

ED01373

74 of 2910
08 2024

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

ED01374

**13. May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

**14. May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

## <u>Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party</u>

**15. May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

**16. What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

**17. What travel expenses may be paid for with Federal grant funds?**

7

ED01375

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

### 18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

## Questions Regarding the Allowable Use of Federal Grant Funds

### 19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

### 20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

ED01376

CAN fin 2910 e 3
08 2024

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01377

**GAN Enclosure 4**
**Revised 10/2024**

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1. Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2. Payments to States under programs that are not covered by a TSA; and

3. Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

1

ED01378

GAN Enclosure 4
Revised 10/2024

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED01379

**GAN Enclosure 4**
**Revised 10/2024**

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1.  **Returning Interest to PMS**

    PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

    a.  **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

    Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

    ACH account information to be included:

    -   PSC ACH Routing Number is: 051036706
    -   PSC DFI Accounting Number: 303000
    -   Bank Name: Credit Gateway - ACH Receiver
    -   Location: St. Paul, MN

    Additionally, include the following:

    -   An explanation stating that the refund is for interest
    -   The name of the awarding agency
    -   The grant number(s) for which the interest was earned
    -   The return should be made payable to: Department of Health and Human Services.

    b.  **International** Automated Clearing House (ACH) Returns (Direct Deposit)

    ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

    -   Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
    -   Bank: Citibank N.A. (New York)
    -   SWIFT Code: CITIUS33
    -   Account Number: 36838868
    -   Routing Number: 021000089
    -   Bank Address: 388 Greenwich Street, New York, NY 10013

3

ED01380

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

c.    FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

d.    Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

4

ED01381

- Interests returned by check are to be mailed (USPS only) to:

  HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

  A brief statement explaining the nature of the return must be included.

  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300. Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

5

ED01382

**GAN Enclosure 4**
**Revised 10/2024**

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

6

ED01383

R305S260009
Elizabeth Talbott
The College of William & Mary
PO Box 8795
Williamsburg, VA 23187

ED01384

R305S260009

Katherine Davis Small
The College of William & Mary
PO Box 8795
Williamsburg, VA 23187

ED01385

R305S260009

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1 RECIPIENT NAME**

The College of William & Mary
PO Box 8795
Williamsburg, VA 23187

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | R305S260009 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Elizabeth Talbott
ehtalbott@wm.edu
EDUCATION PROGRAM CONTACT
Katherine Taylor          (202) 987-0071
Katherine.Taylor@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK     888-336-8930
obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305S
Advancing Youth Academic Success through the Virginia Literacy Act

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Elizabeth Talbott | Project Director | 26 % |
| Amanda Simpfenderfer | Co-Principal Investigator | 26 % |
| Kristin Conradi Smith | Co-Principal Investigator | 11 % |
| Xianxuan Xu | Co-Principal Investigator | 1 % |
| Alex Mattera | Key Research Staff | 1 % |
| Devin Kearns | Co-Principal Investigator | 14 % |

**6 AWARD PERIODS**

BUDGET PERIOD          08/01/2026 - 07/31/2027
PERFORMANCE PERIOD     08/01/2026 - 07/31/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 08/01/2027 - 07/31/2028 | $322,458.00 |
| 3 | 08/01/2028 - 07/31/2029 | $341,221.00 |

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $315,225.00 |
| BUDGET PERIOD | $315,225.00 |
| PERFORMANCE PERIOD | $315,225.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | EVWJPCY6AD97 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4 |

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY:          PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002     ED01386

R305S260009

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

PROGRAM TITLE:     EDUCATION RESEARCH
CFDA/SUBPROGRAM NO:     84.305S

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $315,225.00 |

PR/AWARD NUMBER:     R305S260009

RECIPIENT NAME:     The College of William & Mary

GRANTEE NAME:     COLLEGE OF WILLIAM AND MARY

1314 S MOUNT VERNON AVE,

WILLIAMSBURG, VA 23185 -

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     50.7%

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE

ED01387



US Department of Education
Washington, D.C. 20202

R305S260009

# GRANT AWARD NOTIFICATION

RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)    The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED01388



R305S260009

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https:// ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED01389

R305S260009

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

KATHERINE TAYLOR   Digitally signed by KATHERINE TAYLOR
Date: 2026.07.01 10:23:12 -04'00'

**AUTHORIZING OFFICIAL**                                 **DATE**

Ver. 1

ED01390

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01391

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED01392

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Elizabeth Talbott
The College of William & Mary
PO Box 8795

Williamsburg, VA 23187

SUBJECT: Payee Verification for Grant Award R305S260009

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: EVWJPCY6AD97
Grantee Name: COLLEGE OF WILLIAM AND MARY

Payee UEI: EVWJPCY6AD97
Payee Name: COLLEGE OF WILLIAM AND MARY

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED01393

**SPECIFIC GRANT TERMS AND CONDITIONS FOR
FINANCIAL AND PERFORMANCE REPORTS**

<u>**PERFORMANCE REPORTS:**</u>

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1.  That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3.  That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2.  Program income was earned;

1

ED01394

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;

4. Program regulations or statute require the submission of the FFR; or

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

3

ED01396

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

ED01397

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1.  Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2.  Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3.  Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4.  Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5.  Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

ED01398

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6. The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
  - List Federal programs by Federal agency
  - For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
  - Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
  - Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

2

ED01399

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

ED01400

<div align="right">**GAN ATTACHMENT 6**
**Revised 10/2024**</div>

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

<div align="right">ED01401</div>

**GAN ATTACHMENT 8**
**Revised 10/2024**

### TRAFFICKING IN PERSONS

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

(1) Severe forms of trafficking in persons;

(2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

(3) The use of forced labor in the performance of the grant or cooperative agreement; or

(4) Acts that directly support or advance trafficking in persons, including the following acts:

(i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

(ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

(A) exempted from the requirement to provide or pay for such return transportation by the Department; or

(B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

(iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

(iv) Charging recruited employees a placement or recruitment fee; or

ED01402

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED01403

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

ED01404

**GAN ATTACHMENT – 9**
**Revised 10/2024**

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1. Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2. Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3. Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4. Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with [2 CFR Part 170—Reporting Subaward And Executive Compensation Information](#).

1. ***Reporting of First-tier Subawards -***

   a. *Applicability and what to report.*

      Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

      You must report the information about each obligating action that are specified in the submission instructions posted at [FSRS](#).

   b. *Where and when to report.*

      The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to [FSRS](#).

      Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

1

ED01405

2. *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i   The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii   In the preceding fiscal year, you received—

A.   80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

B.   $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

C.   The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.   As part of your registration profile at https://www.sam.gov.

ii.   No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. *Reporting of Total Compensation of Subrecipient Executives –*

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

2

ED01406

    i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

    ii    In the preceding fiscal year, you received—

    A.    80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.  *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

    i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

    ii.    No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

**4.**  *Exemptions –*

a.  If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    i.    Subawards, and

    ii.    The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.**  *Definitions -*

a.  For purposes of this award term:

ED01407

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

4

ED01408

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

1

ED01409

**GAN ATTACHMENT 12**
**10/2024**

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
## DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED01410

**GAN ATTACHMENT 13**
**Revised 10/2024**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI?  SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN?  A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov.  Allow at least ten business days after you submit your registration for it to become active in SAM.gov.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the Federal Service Desk (FSD).  Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01411

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

**1.    Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.    Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

**3.    Definitions**

For purposes of this award term:

1.   System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.   Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.   Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.   Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

1

ED01412

5. Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

ED01413

**GAN ATTACHMENT 17**
**07/2024**

## PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3. If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED01414

GAN ATTACHMENT 18
07/2024

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01415

GAN ENCLOSURE 1
Revised 10/2024

**KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS
AWARDED BY THE DEPARTMENT OF EDUCATION**

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED01416

**SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS**

**I.      Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.      Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

2

ED01417

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

### III.    Federal Payment (2 CFR § 200.305)

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### IV.    Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

ED01418

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.        Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.       Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.      Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

4

ED01419

B.   Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.   De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.   Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

5

ED01420

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.    Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

  i.     The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
  ii.    The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
  iii.   Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
  iv.    A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.    Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**VIII.    Audit Requirements (2 CFR Part 200 Subpart F)**

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

ED01421

**IX.      Other Considerations**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED01422

## MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED01423

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

ED01424

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees
to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

## Using Federal ED Grant (Discretionary and Formula) Funds for Food

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages,
   or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable,
necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB*)
*Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards
(Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and
beverages with Department funds is necessary to meet the goals and objectives of a grant. When a
grantee is hosting an event related to its ED grant, the grantee should first consider structuring the
agenda for the meeting so that there is time for participants to bring or purchase their own food,
beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a
location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and
necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a
type generally recognized as ordinary and necessary for the operation of the grantee or the proper
and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document
their evidence and analysis that justify that the use of food or beverage is reasonable and necessary
in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration
must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's
  operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-
  length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms
  and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering
  their responsibilities to the recipient or grantee, its employees, its students or membership (if
  applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have
the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the
public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are
generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this
FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to
align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations
(EDGAR) in 34 CFR § 77.1.

1

ED01425

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED01426

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

3.  **What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference

4.  **May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

5.  **What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

ED01427

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may <u>not</u> be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must <u>not</u> be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

ED01428

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9. **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

ED01429

08 2024

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

ED01430

**13. May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

**14. May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

## <u>Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party</u>

**15. May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

**16. What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

**17. What travel expenses may be paid for with Federal grant funds?**

7

ED01431

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

### 18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

### Questions Regarding the Allowable Use of Federal Grant Funds

### 19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

### 20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

ED01432

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01433

**GAN Enclosure 4**
**Revised 10/2024**

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department. The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1. Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2. Payments to States under programs that are not covered by a TSA; and

3. Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

ED01434

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED01435

**GAN Enclosure 4**
**Revised 10/2024**

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1.  **Returning Interest to PMS**

    PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

    a.  **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

    Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

    ACH account information to be included:

    - PSC ACH Routing Number is: 051036706
    - PSC DFI Accounting Number: 303000
    - Bank Name: Credit Gateway - ACH Receiver
    - Location: St. Paul, MN

    Additionally, include the following:

    - An explanation stating that the refund is for interest
    - The name of the awarding agency
    - The grant number(s) for which the interest was earned
    - The return should be made payable to: Department of Health and Human Services.

    b.  **International** Automated Clearing House (ACH) Returns (Direct Deposit)

    ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

    - Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
    - Bank: Citibank N.A. (New York)
    - SWIFT Code: CITIUS33
    - Account Number: 36838868
    - Routing Number: 021000089
    - Bank Address: 388 Greenwich Street, New York, NY 10013

3

ED01436

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

c.  FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

d.  Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

ED01437

- Interests returned by check are to be mailed (USPS only) to:

  HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

  A brief statement explaining the nature of the return must be included.

  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

  - An explanation stating that the refund is for interest
  - The name of the awarding agency
  - The grant number(s) for which the interest was earned
  - The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300.  Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

5

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

ED01439

R305S260012

Bradley Marianno

Board of Regents NSHE OBO the University of Nevada Las Vegas

College of Education

4505 S. Maryland Parkway Box 451055

Las Vegas, NV 89154

ED01441

R305S260012

Lori Ciccone
Board of Regents NSHE OBO the University of Nevada Las Vegas
College of Education
4505 S. Maryland Parkway Box 451055
Las Vegas, NV 89154

R305S260012

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1 RECIPIENT NAME**

Board of Regents NSHE OBO the University of
Nevada Las Vegas
College of Education
4505 S. Maryland Parkway Box 451055
Las Vegas, NV 89154

**2 AWARD INFORMATION**

PR/AWARD NUMBER    R305S260012
ACTION NUMBER    1
ACTION TYPE    New
AWARD TYPE    Discretionary
(Research and Development)

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
    Bradley Marianno
    brad.marianno@unlv.edu
EDUCATION PROGRAM CONTACT
    Katherine Taylor    (202) 987-0071
    Katherine.Taylor@ed.gov
EDUCATION PAYMENT HOTLINE
    G5 PAYEE HELPDESK    888-336-8930
    obssed@servicenowservices.com

**4 PROJECT TITLE**

84.305S
Measuring the Impact of Equitable K-12 Funding: A Study of
Nevada's Pupil-Centered Funding Plan

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Bradley Marianno | Project Director | 8 % |
| Megan Griffard | Co-Principal Investigator | 12 % |
| Megan Peterson | Co-Principal Investigator | 2 % |
| Peter Zutz | Co-Principal Investigator | 2 % |
| David Knight | Co-Principal Investigator | 4 % |

**6 AWARD PERIODS**

BUDGET PERIOD    07/01/2026 - 06/30/2027
PERFORMANCE PERIOD    07/01/2026 - 06/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 07/01/2027 - 06/30/2028 | $330,643.00 |
| 3 | 07/01/2028 - 06/30/2029 | $336,800.00 |

**7 AUTHORIZED FUNDING**

THIS ACTION    $332,265.00
BUDGET PERIOD    $332,265.00
PERFORMANCE PERIOD    $332,265.00

**8 ADMINISTRATIVE INFORMATION**

UEI    DLUTVJJ15U66
REGULATIONS    CFR PART 74
    EDGAR AS APPLICABLE
    2 CFR AS APPLICABLE
ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY:    PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002
PROGRAM TITLE:    EDUCATION RESEARCH

ED01442

R305S260012

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:          84.305S

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $332,265.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | R305S260012 |
| RECIPIENT NAME: | Board of Regents NSHE OBO the University of Nevada Las Vegas College of Education |
| GRANTEE NAME: | BOARD OF REGENTS OF NEVADA SYSTEM OF HIGHER EDUCATION |
| | 4505 S MARYLAND PKWY, |
| | LAS VEGAS, NV 89154 - 9900 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 51.5% |

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE

ED01443



R305S260012

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2)   By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5)   The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval.
Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.

ED01444



R305S260012

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to [insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7) The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8) Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED01445

R305S260012

**US Department of Education**
**Washington, D.C. 20202**

**GRANT AWARD NOTIFICATION**

KATHERINE TAYLOR Digitally signed by KATHERINE TAYLOR
Date: 2026.07.01 09:46:49 -04'00'

**AUTHORIZING OFFICIAL**                                      **DATE**

Ver. 1

ED01446

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

   **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01447

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01448

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Bradley Marianno
Board of Regents NSHE OBO the University of Nevada Las Vegas
College of Education
4505 S. Maryland Parkway Box 451055

Las Vegas, NV 89154

SUBJECT: Payee Identification for Grant Award R305S260012

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED01449

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01450

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

      U.S. Department of Education

      Office of the Chief Information Officer

      Mail Stop - 4110

      400 Maryland Avenue S.W.

      Washington, DC 20202

      Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

      Sincerely,

      G5 Administration

ED01451

## Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:
   a. User Type (Select Payee unless you are specifically a Servicer)
   b. Unique Entity Identifier (UEI)
   b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

   **U.S. Department of Education**
   **Office of the Chief Information Officer**
   **Mail Stop - 4110**
   **400 Maryland Avenue S.W.**
   **Washington DC 20202**
   **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information |
| | |    Prefix: 9 digit D-U-N-S Number, |
| | |    Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW |
| | | Room 4C138 |
| | | Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED01453

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. R305S260012

Dear Sir:

Please transfer FEDWIRE payments for Board of Regents NSHE OBO the University of Nevada Las Vegas to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.


Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (_____) _____.


Sincerely,


Chief Financial Officer

ED01454

**SPECIFIC GRANT TERMS AND CONDITIONS FOR**
**FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

ED01455

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

ED01456

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01457

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

ED01458

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1.  Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2.  Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3.  Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4.  Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5.  Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

ED01459

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6.  The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
  - List Federal programs by Federal agency
  - For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
  - Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
  - Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

ED01460

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

3

ED01461

**GAN ATTACHMENT 6**
**Revised 10/2024**

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED01462

## TRAFFICKING IN PERSONS

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

   (1) Severe forms of trafficking in persons;

   (2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

   (3) The use of forced labor in the performance of the grant or cooperative agreement; or

   (4) Acts that directly support or advance trafficking in persons, including the following acts:

      (i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

      (ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

         (A) exempted from the requirement to provide or pay for such return transportation by the Department; or

         (B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

      (iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

      (iv) Charging recruited employees a placement or recruitment fee; or

1

ED01463

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED01464

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.


(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

ED01465

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1.  Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2.  Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3.  Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4.  Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1.  ***Reporting of First-tier Subawards -***

a.  *Applicability and what to report.*

Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b.  *Where and when to report.*

The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

1

ED01466

2. ***Reporting Total Compensation of the Department's Grant Recipients' Executives -***

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

    A.    80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.    As part of your registration profile at https://www.sam.gov.

ii.    No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. ***Reporting of Total Compensation of Subrecipient Executives –***

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

2

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

    A.    80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.    *Where and when to report.*

    You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

    i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

    ii.    No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

**4.    *Exemptions –***

a.    If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    i.    Subawards, and

    ii.    The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.    *Definitions -***

a.    For purposes of this award term:

ED01468

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

ED01469

**GAN ATTACHMENT 11**
**Revised 10/2024**

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

1

ED01470

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
## DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED01471

**GAN ATTACHMENT 13**
**Revised 10/2024**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI?  SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN?  A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov.  Allow at least ten business days after you submit your registration for it to become active in SAM.gov.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the Federal Service Desk (FSD).  Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01472

**GAN ATTACHMENT 14**
Revised 10/2024

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

**1.    Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.    Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

**3.    Definitions**

For purposes of this award term:

1.    System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.    Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.    Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.    Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

ED01473

5.  Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

ED01474

GAN ATTACHMENT 17
07/2024

## PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1.  A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2.  A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3.  If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED01475

GAN ATTACHMENT 18
07/2024

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01476

**GAN ENCLOSURE 1**
**Revised 10/2024**

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED01477

**GAN ENCLOSURE 1**
**Revised 10/2024**

### SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS

**I.       Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.      Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

ED01478

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**III.     Federal Payment (2 CFR § 200.305)**

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

**IV.     Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)**

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

ED01479

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.    Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.    Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.    Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

4

ED01480

B.   Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.   De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.   Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

5

ED01481

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
iii.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## VIII.    Audit Requirements (2 CFR Part 200 Subpart F)

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

ED01482

### IX.	Other Considerations

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

ED01483

## MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED01484

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

ED01485

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

## Using Federal ED Grant (Discretionary and Formula) Funds for Food

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

1

ED01486

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- <u>Food costs at a family engagement event</u>: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- <u>Food costs for a working lunch at a day-long meeting</u>: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- <u>Light refreshments at a series of regular after-hours meetings</u>: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- <u>Costs of light snacks at a day-long meeting</u>: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED01487

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

3.  **What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference

4.  **May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

5.  **What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6.  What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7.  Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8.  When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may <u>not</u> be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must <u>not</u> be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9. **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

5

ED01490

ANG finalize 3
08 2024

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

ED01491

**13. May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

**14. May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

<u>**Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party**</u>

**15. May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

**16. What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

**17. What travel expenses may be paid for with Federal grant funds?**

7

ED01492

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

### 18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

## Questions Regarding the Allowable Use of Federal Grant Funds

### 19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

### 20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

ED01493

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01494

**GAN Enclosure 4**
**Revised 10/2024**

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1.  Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2.  Payments to States under programs that are not covered by a TSA; and

3.  Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

ED01495

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED01496

**GAN Enclosure 4**
**Revised 10/2024**

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1.   **Returning Interest to PMS**

     PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

     a.   **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

     Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

     ACH account information to be included:

     - PSC ACH Routing Number is: 051036706
     - PSC DFI Accounting Number: 303000
     - Bank Name: Credit Gateway - ACH Receiver
     - Location: St. Paul, MN

     Additionally, include the following:

     - An explanation stating that the refund is for interest
     - The name of the awarding agency
     - The grant number(s) for which the interest was earned
     - The return should be made payable to: Department of Health and Human Services.

     b.   **International** Automated Clearing House (ACH) Returns (Direct Deposit)

     ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

     - Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
     - Bank: Citibank N.A. (New York)
     - SWIFT Code: CITIUS33
     - Account Number: 36838868
     - Routing Number: 021000089
     - Bank Address: 388 Greenwich Street, New York, NY 10013

ED01497

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

c.    FedWire Returns

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

d.    Check Returns (USPS Only)

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

ED01498

- Interests returned by check are to be mailed (USPS only) to:

    HHS Program Support Center
    PO Box 979132
    St. Louis, MO 63197

    A brief statement explaining the nature of the return must be included.

    To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300.  Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

ED01499

**GAN Enclosure 4**
**Revised 10/2024**

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

6

ED01500

R305S260013
Lorna Porter
WestEd
K-12 Systems
730 Harrison Street
San Francisco, CA 94107

ED01501

R305S260013

Lauren Wrotniak
WestEd
K-12 Systems
730 Harrison Street
San Francisco, CA 94107

ED01502

R305S260013

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME

WestEd
K-12 Systems
730 Harrison Street
San Francisco, CA 94107

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | R305S260013 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Lorna Porter
lorna_porter@brown.edu
EDUCATION PROGRAM CONTACT
Katherine Taylor          (202) 987-0071
Katherine.Taylor@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK      888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.305S
Understanding the Implementation of English Learner Reclassification Policy to Improve Outcomes for Multilingual Learners in California

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Lorna Porter | Project Director | 22 % |
| Molly Faulkner Bond | Co-Investigator | 11 % |
| Katie Drummond | Co-Principal Investigator | 20 % |

**6** AWARD PERIODS

BUDGET PERIOD          09/01/2026 - 08/31/2027
PERFORMANCE PERIOD     09/01/2026 - 08/31/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 09/01/2027 - 08/31/2028 | $358,455.00 |
| 3 | 09/01/2028 - 08/31/2029 | $339,083.00 |

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $302,462.00 |
| BUDGET PERIOD | $302,462.00 |
| PERFORMANCE PERIOD | $302,462.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | WNCAQMKJ7WZ9 |
| REGULATIONS | CFR PART 74 |
| | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , GE1 , GE2 , GE3 , GE4 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL 107-279 1 EDUCATION SCIENCE REFORM ACT OF 2002 |
| PROGRAM TITLE: | EDUCATION RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.305S |

ED01503

R305S260013

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1100M | 2025 | 2026 | ER000000 | B | RTE | 000 | 305 | 4101J | $302,462.00 |

**10**

PR/AWARD NUMBER:        R305S260013

RECIPIENT NAME:        WestEd
K-12 Systems

GRANTEE NAME:        WESTED

730 HARRISON ST FL 5,

SAN FRANCISCO, CA 94107 - 1242

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:
1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIFIC CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.
THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, A GRANTEE, IN ORDER TO RECEIVE A CONTINUATION AWARD FROM THE SECRETARY FOR A BUDGET PERIOD AFTER THE FIRST BUDGET PERIOD OF AN APPROVED MULTIYEAR PROJECT, MUST

1) EITHER
(I) DEMONSTRATE THAT IT HAS MADE SUBSTANTIAL PROGRESS IN ACHIEVING
(A) THE GOALS AND OBJECTIVES OF THE PROJECT; AND
(B) THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION, IF THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE; OR
(II) OBTAIN THE SECRETARY'S APPROVAL FOR CHANGES TO THE PROJECT THAT
(A) DO NOT INCREASE THE AMOUNT OF FUNDS OBLIGATED TO THE PROJECT BY THE SECRETARY; AND
(B) ENABLE THE GRANTEE TO ACHIEVE THE GOALS AND OBJECTIVES OF THE PROJECT AND MEET THE PERFORMANCE TARGETS OF THE PROJECT, IF ANY, WITHOUT CHANGING THE SCOPE OR OBJECTIVES OF THE PROJECT;
2) SUBMIT ALL REPORTS AS REQUIRED BY 75.118;
3) CONTINUE TO MEET ALL APPLICABLE ELIGIBILITY REQUIREMENTS OF THE GRANT PROGRAM;
4) MAINTAIN FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302 AND 200.303; AND
5) RECEIVE A DETERMINATION FROM THE SECRETARY THAT CONTINUATION OF THE PROJECT IS IN THE BEST INTEREST OF THE FEDERAL GOVERNMENT.
IN ACCORDANCE WITH 2 CFR 200.308(f)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.
THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

ED01504



R305S260013

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

(2) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(3) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(4) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(5) The following guidelines outline acceptable use of the IES logo by grantees and other IES-affiliated organizations. These standards are intended to protect the independent, nonpartisan status of IES while increasing public awareness of IES activities.
For questions regarding use of the IES visual identity, email iescommunications@ed.gov.
Appropriate and Authorized Use by Grantees
The IES logo may be used by recipients of IES support for the sole purpose of acknowledging that support. The IES logo cannot be used in a manner that falsely implies employment by, or affiliation with, IES. The logo cannot be used to imply or endorse a product or service.
Current grantees who would like to use the IES logo on materials, products, and presentations (for example, white papers, web pages, PowerPoint slides, multimedia) that result from IES-funded projects must first get approval. Any use of the logo, whether in print or digital products, must be discussed with the grantee program officer and approved in writing by the IES communications office. The decision as to whether grantees can use the IES logo will be dependent on an individual grantee s ability to continually to meet the requirements of the IES grants and adhere to all IES standards of research quality and grant compliance.
Past grantees who would like to use the IES logo after the award period has ended must secure written permission from the commissioner of the research center from which the grant was awarded as well as the IES communications office.
The logo must be accompanied with the following disclaimer: The research reported here was supported by the Institute of Education Sciences, U.S. Department of Education, through Grant [insert your grant number here] to

ED01505



**US Department of Education**
**Washington, D.C. 20202**

R305S260013

# GRANT AWARD NOTIFICATION

[insert your Institution s name here]. The opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

IES may, at any time, require that grantees remove the IES logo from grantee work.

Partnerships and Placement Among Other Logos

When IES is the primary funding agency and the IES logo will be placed among a horizontal series of outside organizational logos, the IES logo should always be placed furthest to the left of the series. In the case of placement in a vertical series, the IES logo should be placed at the top of the series.

All grantees must follow the IES visual style guidelines as it relates to co-branding, logo use, and whitespace.

(6)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(7)   The Principal Investigator and the Awardee Institution must comply with the Institute of Education Sciences policy on public access to scientific publications and data resulting from the research conducted through this grant award. The requirements for providing timely access to the results of IES-funded research are provided in the Request for Applications under which this award was made, the IES Policy Regarding Public Access to Research (https://ies.ed.gov/funding/researchaccess.asp), and the Performance Agreement between IES and the PI.

(8)   Grantees must not use federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq. or 42 U.S.C. 2000e et seq.), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 et seq.), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, the Department reserves the right to take appropriate enforcement actions, including the potential recovery of funds or may pursue termination or non-continuation.

ED01506

R305S260013

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

KATHERINE TAYLOR    Digitally signed by KATHERINE TAYLOR
Date: 2026.07.01 09:32:09 -04'00'

**AUTHORIZING OFFICIAL**                                **DATE**

Ver. 1

ED01507

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01508

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01509

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Lorna Porter
WestEd
K-12 Systems
730 Harrison Street

San Francisco, CA 94107

SUBJECT: Payee Verification for Grant Award R305S260013

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: WNCAQMKJ7WZ9
Grantee Name: WESTED

Payee UEI: WNCAQMKJ7WZ9
Payee Name: WESTED

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED01510

**SPECIFIC GRANT TERMS AND CONDITIONS FOR
FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, 200.332, and 34 CFR §§ 75.590; 75.718; 75.720; 75.623; and 75.732.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1.  That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3.  That other reports are required, e.g., program specific reports required in a program's statute or regulation or specific conditions are applied (2 CFR § 200.208).

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2.  Program income was earned;

1

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR § 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in item 2 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grant and FFR attachment reference found in item 2 of the Line Item Instructions for the FFR is not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

ED01512

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 15% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1.

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4.  *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

3

ED01513

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

Upon request of the Secretary, a grantee must, at the time of submission to the Secretary, post any performance and financial reports on a public-facing website maintained by the grantee, after redacting any privacy or confidential business information (34 CFR § 75.720).

ED01514

## AN OVERVIEW OF AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Audit Requirements for States, Local Governments, and Nonprofit Organizations:**

1. Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $1,000,000 or more in Federal awards during the non-Federal entity's fiscal year must have a single audit conducted annually in accordance with 2 CFR § 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2. Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3. Exemption when Federal awards expended are less than $1,000,000.  A non-Federal entity that expends less than $1,000,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR § 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4. Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity (2 CFR § 501(e)).

5. Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR § 200.512, as well as relevant

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

1

ED01515

SF-SAC workbook(s) electronically to the Federal Audit Clearinghouse at: https://www.fac.gov/.

6. The audit, the workbook(s), and reporting package must be submitted within of 30 calendar days after receipt of the auditor's report(s) or nine months after the end of the audit period (whichever is earlier).  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  The auditee must make copies available for public inspection unless restricted by Federal statutes or regulation.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information (2 CFR § 200.512).

Additional grantee requirements can be found in Uniform Guidance §200.510, including:

- Preparing financial statements that reflect the grantee's financial position, results of operations or changes in net assets, and where appropriate, cash flows for the fiscal year audited;
- Preparing a schedule of expenditures of Federal awards (SEFA) for the period covered by the grantee's financial statements;
  - List Federal programs by Federal agency
  - For Federal awards received as a subrecipient, the name of the pass-through entity and assigned identifying number
  - Provide the total Federal awards expended for each Federal program and the Assistance Listing Number (ALN).  For a cluster of programs, also provide the total for the cluster
  - Include the total amount provided to subrecipients from each Federal program

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance. This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." The Compliance Supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain the Current OMB Compliance Supplement

ED01516

in the right column).  The SF-SAC Workbooks and Instructions can be found at the Federal Audit Clearinghouse at:
https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff that can be downloaded by searching for "single audit report illustrations" at www.aicpa-cima.com.

3

ED01517

GAN ATTACHMENT 6

**Revised 10/2024**

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307, which addresses the use and expenditure of program income as well as the methods for use of program income

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

### TRAFFICKING IN PERSONS

The Department of Education adopts the requirements of the Trafficking Victims Protection Act (TVPA) of 2000, as codified at 22 U.S.C. 7101 to 7115, in 22 U.S.C. 7104(g); 22 U.S.C. 7104a; 22 U.S.C. 7104b; and 22 U.S.C. 7104c into this grant through this condition as per the Code of Federal Regulations at 2 CFR Part 175 .

(a) Condition:

The Department, as authorized by 22 U.S.C. 7104b(c), may without penalty, terminate a grant or take any remedial actions if a recipient or subrecipient engages in:

  (1) Severe forms of trafficking in persons;

  (2) The procurement of a commercial sex act during the period of time that the grant or cooperative agreement is in effect;

  (3) The use of forced labor in the performance of the grant or cooperative agreement; or

  (4) Acts that directly support or advance trafficking in persons, including the following acts:

    (i) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

    (ii) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

      (A) exempted from the requirement to provide or pay for such return transportation by the Department; or

      (B) the employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

    (iii) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

    (iv) Charging recruited employees a placement or recruitment fee; or

1

ED01519

(v) Providing or arranging housing that fails to meet the host country's housing and safety standards.

(b) Compliance plan and certification requirement:

(1) Prior to receiving a grant, if the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, you must certify that:

(i) You have implemented a plan to prevent the activities described in paragraph (a) of this section, and are in compliance with this plan;

(ii) You have implemented procedures to prevent any activities described in paragraph (a) of this section and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in paragraph (a) of this section; and

(iii) To the best of your knowledge, neither you, nor any subrecipient, contractor, or subcontractor of the recipient or any agent of the recipient or of such a subrecipient, contractor, or subcontractor, is engaged in any of the activities described in paragraph (a) of this section.

(2) Annual certification. You must submit an annual certification consistent with paragraph (b)(1) of this section for each year the award is in effect.

(3) Compliance plan. Any plan or procedures implemented pursuant to paragraph (b) must be appropriate to the size and complexity of the grant or cooperative agreement and to the nature and scope of its activities, including the number of non-United States citizens expected to be employed.

(4) Copies of the compliance plan. The recipient must provide a copy of the plan to the grant officer upon request, and as appropriate, must post the useful and relevant contents of the plan or related materials on its website and at the workplace.

(5) Minimum requirements of the compliance plan. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform recipient employees about the Government's policy prohibiting trafficking-related activities described in paragraph (a) of this section, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

2

ED01520

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employees or potential employees and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the recipient, subrecipient, contractor, or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents, subrecipients, contractors, or subcontractors at any tier and at any dollar value from engaging in trafficking in persons, including activities in paragraph (a) of this section, and to monitor, detect, and terminate any agents, subgrants, or subrecipient, contractor, or subcontractor employees that have engaged in such activities.

(c) Notification to Inspectors General and cooperation with government. In addition, you must:

(1) Immediately inform the Department and Inspector General of the Department of any information you receive from any source that alleges credible information that you, any subrecipient, contractor, or subcontractor, or any agent of your organization or subrecipient, contractor, or subcontractor, has engaged in conduct described in paragraph (a) of this section; and

(2) Fully cooperate with any Federal agencies responsible for audits, investigations, or corrective actions relating to trafficking in persons.

ED01521

FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT
REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1. Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2. Report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000;
3. Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
4. Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1. ***Reporting of First-tier Subawards -***

a. *Applicability and what to report.*

   Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

   You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b. *Where and when to report.*

   The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

   Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2025, the obligation must be reported by no later than December 31, 2025.

1

ED01522

2. *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

    A.    80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.    As part of your registration profile at https://www.sam.gov.

ii.    No later than the month following the month in which this award is made and annually after that. (For example, if the obligation was made on November 7, 2025, the executive compensation must be reported by no later than December 31, 2025, and annually thereafter.)

3. *Reporting of Total Compensation of Subrecipient Executives –*

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

2

ED01523

    i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

    ii    In the preceding fiscal year, you received—

    A.    80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receipt of a subaward.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

b.    *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

    i.    In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

    ii.    No later than the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2025 the subrecipient's executive compensation must be reported by no later than December 31, 2025.

**4.**    *Exemptions –*

a.    If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    i.    Subawards, and

    ii.    The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.**    *Definitions -*

a.    For purposes of this award term:

ED01524

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR § 200.1.

Subrecipient has the meaning given in 2 CFR § 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR § 229.402(c)(2).

4

ED01525

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

ED01526

**GAN ATTACHMENT 12**
**10/2024**

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
## DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, subrecipients, and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED01527

**GAN ATTACHMENT 13**
**Revised 10/2024**

### REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM.gov)

The U.S. Department of Education's (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number in SAM.gov, the U.S. Federal Government's primary registrant database.

What is a UEI?  SAM.gov assigns a UEI to entities when they pass validation in SAM.gov. The UEI is a 12-character alphanumeric identifier used in SAM.gov and other federal government systems to identify a unique entity.

If the payee UEI number is different than your grantee UEI number, both numbers must be registered in SAM.gov. Failure to register both will delay the receipt of payments from the Department.

What is a TIN?  A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with SAM.gov, you can easily register by going to www.sam.gov.  Allow at least ten business days after you submit your registration for it to become active in SAM.gov.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the Federal Service Desk (FSD).  Live chat information and other information about the FSD is available at: GSAFSD Service Portal Landing - GSA Federal Service Desk Service Portal.

If you are currently registered with SAM.gov, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED01528

## SYSTEM FOR AWARD MANAGEMENT REQUIREMENTS FOR RECIPIENTS AND THEIR SUBRECIPIENTS

**1.    Requirement for System for Award Management (SAM.gov)**

Unless you are exempted from this requirement under 2 CFR § 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM.gov registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in SAM.gov after your initial registration, you are required to review and update your information in SAM.gov on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.    Recipient Requirements of Subrecipients**

In accordance with 2 CFR § 25.300 you are required to ensure that your subrecipients have a Unique Entity Identifier (UEI).  Note that subrecipients are not required to complete full registration in SAM.gov to obtain a UEI, which is required for an entity to **directly** do business with the Federal government. Instead, subrecipients may obtain a UEI by signing up in SAM.gov to get an account and establish a profile.

You may not make a subaward to a subrecipient that has not obtained a UEI and provided it to you, and you are required to notify any potential subrecipients that you cannot make a subaward unless the subrecipient obtains a UEI and provides it to you.

**3.    Definitions**

For purposes of this award term:

1.   System for Award Management (SAM.gov) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient. See 2 CFR 25.400.

2.   Unique Entity Identifier (UEI) Means the universal identifier assigned by SAM.gov to uniquely identify business entities. See 2 CFR 25.400.

3.   Recipient means an entity that receives a Federal award directly from a Federal agency to carry out an activity under a Federal program. The term recipient does not include subrecipients or individuals that are participants or beneficiaries of the award. See 2 CFR 200.1.

4.   Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor, beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with § 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

1

ED01529

5.  Subrecipient means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency. See 2 CFR 200.1.

2

ED01530

**PARTICIPATION OF FAITH-BASED ORGANIZATIONS**

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3. If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED01531

GAN ATTACHMENT 18
07/2024

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

ED01532

**GAN ENCLOSURE 1**
**Revised 10/2024**

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations (EDGAR) in 34 CFR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

2 CFR 34 Subtitle A (see EDGAR Parts 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, & 99)

2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics explain requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to ensure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding the topics on page 2 of this enclosure, "Selected Topics in Administering Department Discretionary Grants," or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED01533

**SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS**

I.    **Financial Management Systems (2 CFR § 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see §§ 200.334, 200.335, 200.336, and 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in §§ 200.328 and 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must safeguard all assets and ensure they are used solely for authorized purposes. See § 200.303.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of § 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

II.    **Internal controls (2 CFR § 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.

ED01534

- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

### III.     Federal Payment (2 CFR § 200.305)

Under this part --

- the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
- where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;
- grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment.  All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.  The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### IV.     Personnel (EDGAR 34 CFR §§ 75.511-75.519 and 2 CFR Part 200 Subparts D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR § 200.308 (f)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200

3

ED01535

Subparts D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

**V.       Cost Principles (2 CFR Part 200 Subpart E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**VI.       Procurement Standards (2 CFR §§ 200.317-327)**

Under 2 CFR §§ 200.317 – 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**VII.       Indirect Costs (EDGAR §§§75.560-564, 76.560-569, and 2 CFR § 200.414)**

In addition to the information presented below, see GAN ATTACHMENT 2 and 4 for additional information including restrictions related to temporary, de minimis, training, restricted and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate the grantee may:
- negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR §200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant; or
- elect to utilize the de minimis rate under 2 CFR §200.414(f); or
- a temporary indirect cost rate subject to the limitations in 34 CFR §75.560(d)

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

4

ED01536

B.    Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR §§ 75.560(c) and 76.560(d)); or it may choose not to charge indirect costs to the grant.  The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.    De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million (appendix VII to this part, paragraph D.1.b) in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including a provisional[2]) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 15% of modified total direct costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs, and the portion of each subaward in excess of $50,000.  Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost (34 CFR §§ 75.563 and 76.563). The de minimis rate may be used indefinitely.  However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant Federal agency.  Once a grantee obtains a current federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

D.    Restricted Indirect Cost Rate (Programs with a Supplement-not-supplant requirement

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant Federal agency for indirect costs

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[2] Provisional rate means a temporary indirect cost rate applicable to a specified period which is used for funding, interim reimbursement, and reporting indirect costs on Federal awards pending the establishment of a final rate for the period.

5

or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR §§ 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.  Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[4], the grantee must negotiate a rate under 34 CFR § 75.562.  This provision limits indirect cost recovery to 8% of modified total direct costs or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
iii.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.  Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## VIII.    Audit Requirements (2 CFR Part 200 Subpart F)

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Act of 1984—Public Law No. 98-502 and its Amendments of 1996—Public Law No. 104-.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

---

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally recognized Tribe is not considered a Tribe for these purposes.

6

ED01538

**IX.      Other Considerations**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR § 200.307), cost sharing or matching (2 CFR § 200.306), property management requirements for equipment (2 CFR § 200.313), and equipment and other capital expenditures (2 CFR § 200.439).

7

ED01539

GAN ENCLOSURE 2
**Revised 10/2024**

## MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities. If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

1

ED01540

**GAN  ENCLOSURE 2**
**Revised 10/2024**

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

ED01541

**Frequently Asked Questions (FAQs) to Assist U.S. Department of Education (ED) Grantees
to Appropriately Use Federal Funds for Food, Conferences, and Meetings[1]**
August 2024

## Using Federal ED Grant (Discretionary and Formula) Funds for Food

1. **May a grantee use its U.S. Department of Education (ED) grant funds for food, beverages, or snacks at an event related to its grant?**

All grant expenditures, including those for food, beverages, or snacks, must be reasonable, necessary, allocable to the grant, and allowable. (Office of Management and Budget's (*OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance)* at 2 CFR §§ 200.403 through 200.405).[2]

Generally, a grantee needs to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant. When a grantee is hosting an event related to its ED grant, the grantee should first consider structuring the agenda for the meeting so that there is time for participants to bring or purchase their own food, beverages, and snacks. In addition, when planning a meeting, grantees may want to consider a location in which participants have easy access to food and beverages.

There may be limited circumstances under which providing food or beverages is reasonable and necessary to achieve the purpose of a particular grant. Because food and beverage costs are not of a type generally recognized as ordinary and necessary for the operation of the grantee or the proper and efficient performance of the Federal award (see 2 CFR § 200.404(a)), grantees must document their evidence and analysis that justify that the use of food or beverage is reasonable and necessary in each instance.

In determining reasonableness of a given cost, including those for food and drink, consideration must be given to:

- Whether the cost is generally recognized as ordinary and necessary for the grantee's operation or the proper and efficient performance of the Federal award;

- The restraints or requirements imposed by such factors as: sound business practices; arm's-length bargaining; Federal, State, local, Tribal, and other laws and regulations; and terms and conditions of the Federal award;

- Market prices for comparable costs for the geographic area;

- Whether the individuals concerned acted with prudence in the circumstances considering their responsibilities to the recipient or grantee, its employees, its students or membership (if applicable), the public at large, and the Federal Government; and

---

[1] Other than statutory and regulatory requirements included in the document, the contents of this FAQ document do not have the force and effect of law and are not meant to bind the public. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.
[2] Revisions to 2 CFR part 200, referred to as the "OMB Uniform Guidance," were published on April 22, 2024, and are generally effective on October 1, 2024. In general, the April 2024 revisions do not substantively affect the content in this FAQ document. While the OMB Uniform Guidance in 2 CFR § 200.1 defines recipient, this FAQ uses the term grantee to align with the definitions that apply to ED regulations in the Education Department General Administrative Regulations (EDGAR) in 34 CFR § 77.1.

1

ED01542

08 2024

- Whether the cost represents a deviation from the recipient or grantee's established written policies and procedures for incurring (2 CFR § 200.404).

Please note that, in addition to determining whether the costs are necessary and reasonable, State grantees also must determine whether the same costs are allowable under State law for the use of State funds. Under 2 CFR § 200.302(a), States are required to expend and account for Federal funds in accordance with State laws and procedures for expending and accounting for their own State funds. In other words, if State laws or procedures would not permit the use of State funds for conferences or meals, then State grantees may not use their Federal grant funds to pay those costs either.

2. **Are there examples of when food costs might be considered reasonable and necessary to the performance of a particular grant?**

The question of whether a food cost is reasonable and necessary to the performance of a grant will depend on the ED grant, including any program-specific rules or requirements that may apply to that grant, as well as the unique circumstances of the food cost. The following are some examples of situations when a food cost might be considered reasonable and necessary:

- Food costs at a family engagement event: For some ED programs, family engagement is a critical part of the purpose of the program or of the success of a project. In such a program, if a family meeting would occur during a typical mealtime, or if the grantee has evidence that attendance at the event would be affected by the absence of food or snacks, the grantee may be able to justify that is reasonable and necessary to provide light refreshments or meals to participants.

- Food costs for a working lunch at a day-long meeting: A grantee may find that one critical component of its grant activities is hosting an onsite day-long training for professionals working in a field that is a central focus of the grant. If the grantee is able to demonstrate that the lunchtime session is necessary to achieve the goals of the project, attendance at the lunchtime session is necessary to achieve full participation by attendees, and the business carried out at the lunchtime session could not be carried out at another reasonable time, the grantee may be able to justify that it is reasonable and necessary to provide meals or a snack to attendees.

- Light refreshments at a series of regular after-hours meetings: A grantee may find that an important part of its grant activities is hosting meetings after the traditional working day so that professionals from within the field but across different employers have an opportunity to collaborate on focused topics. If the grantee can demonstrate that the sessions have planned agendas that are central to the grant, that engaging this group of people is necessary to achieve the purposes of the grant, and that there is evidence that attendance at the meetings would be affected by the absence of food, the grantee may be able to justify that it is reasonable and necessary to provide light refreshments to participants.

- Costs of light snacks at a day-long meeting: To achieve the purposes of its grant, a grantee may find that is necessary to host day-long meetings or training sessions so that involved individuals can collaborate. If the grantee has evidence that providing light snacks (e.g., granola bars and water) at the meeting will result in improved participation, such as more

2

ED01543

time spent on grant activities and less time needed for breaks during the sessions, the grantee may be able to justify that is reasonable and necessary to provide light snacks to participants.

If an ED grantee has questions about a specific food cost, they should contact their ED program officer.

3.  **What are examples of situations when costs for food would not be considered reasonable and necessary?**

There are some situations when food costs would not be considered reasonable and necessary to a grant or would otherwise be unallowable under the *Uniform Guidance* found at 2 CFR part 200.

- Food costs at networking sessions: In nearly all cases, using grant funds to pay for food and beverages for networking sessions with a purely social focus is not justified because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs at regular staff meetings: Food costs for recurring business meetings, staff meetings, or other day-to-day activities are generally not reasonable because participation in such activities is rarely necessary to achieve the purpose of the grant.

- Food costs for remote meetings: Food costs for meetings conducted remotely, such as sending food to individual meeting participants' locations, are generally not justified since participants' participation is less impacted by them attending the meeting remotely.

- Entertainment: Federal grant funds may not be used to pay for entertainment, which includes costs for amusement, diversion, and social activities, unless they have a specific and direct programmatic purpose and are included in the Federal award. 2 CFR § 200.438. Celebrations, receptions, banquets, and other social events generally are not events where purchasing food with ED grant funds is appropriate.

- Alcohol: In all cases, use of Federal funds for alcoholic beverages is unallowable. 2 CFR § 200.423.

## Using ED Federal Grant (Discretionary and Formula) Funds to Host a Meeting or Conference

4.  **May a grantee receiving funds from ED use its Federal grant funds to host a meeting or conference?**

Yes. Federal grant funds may be used to host a meeting or conference if doing so is:

- Consistent with its approved application or plan;

- For purposes that are directly relevant to the program and the operation of the grant, such as for conveying technical information related to the objectives of the grant; and

- Reasonable and necessary to achieve the goals and objectives of the approved grant.

The *Uniform Guidance* in 2 CFR § 200.432 describes costs associated with conferences that may be allowable.

5.  **What are examples of "technical information" that may be conveyed at a meeting or conference?**

3

ED01544

Examples of technical information include, but are not limited to, the following, each of which must be related to implementing the program or project funded by the grant:

- Specific programmatic, administrative, or fiscal accountability requirements;

- Best practices in a particular field;

- Theoretical, empirical, or methodological advances in a particular field;

- Effective methods of training or professional development; and

- Effective grant management and accountability.

**6. What factors should a grantee consider when deciding whether to host a meeting or conference?**

Grantees should consider whether a face-to-face meeting or conference is the most effective or efficient way to achieve the desired result and whether there are alternatives, such as webinars or video conferences, that would be equally or similarly effective and more efficient in terms of time and costs than a face-to-face meeting. In addition, grantees should consider how the meeting or conference will be perceived by the public; for example, will the meeting or conference be perceived as a good use of taxpayer dollars?

**7. Are there conflict-of-interest rules that grantees should follow when selecting vendors, such as logistics contractors, to help with a meeting or conference?**

As specified in 2 CFR § 200.317, States and Indian Tribes[3] must comply with their own procurement policies and procedures, including any policies or procedures for ensuring that there are no conflicts of interest in the procurement process. In addition to its own policies and procedures, a State or Indian Tribe must also comply with the following procurement standards: 2 CFR §§ 200.321, 200.322, 200.323, and 200.327. If a State or Indian Tribe does not have its own procurement policies and procedures, it must follow the procurement standards in 2 CFR §§ 200.318 through 200.327.

Other grantees must follow procurement procedures that are consistent with their State, local, or Tribal laws and regulations, as appropriate, and that are also consistent with 2 CFR §§ 200.318 through 200.327, including the minimum requirements in 2 CFR § 200.318 related to conflict of interest rules.

**8. When a meeting or conference is hosted by a grantee and charged to a Federal grant, may the meeting or conference be promoted as a U.S. Department of Education event?**

No. Meetings and conferences hosted by grantees are directed by the grantee, not the U.S. Department of Education. Therefore, the meeting or conference may <u>not</u> be promoted as a U.S. Department of Education meeting or conference, and the seal of the U.S. Department of Education must <u>not</u> be used on conference materials or signage, without ED's written approval. In addition, all meeting or conference materials paid for with Federal grant funds must include appropriate disclaimers, such as the disclaimer provided in 34 CFR§ 75.620. That language reads:

---

[3] Please note that "States" were the only entities listed under 2 CFR § 200.317 prior to the revisions announced in OMB's April 22, 2024, *Federal Register* notice.

4

ED01545

The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed or materials provided by, any Federal agency.

**Please note that if a grantee charges a fee for attendance at a particular meeting or conference paid for with Federal grant funds, any income generated must be treated as program income under 2 CFR § 200.307 or specific program regulations addressing program income.**

9. **When a grantee is hosting a meeting or conference, may the grantee use Federal grant funds to pay for food, beverages, or snacks?**

As detailed in questions #1-3 above, in general there is a need to substantiate with specificity the rationale for why paying for food and beverages with Department funds is necessary to meet the goals and objectives of a grant, but there may be circumstances when providing food or beverages at a conference is reasonable and necessary to achieve the purpose of the grant. Please see those questions for information about requirements and considerations related to food costs.

10. **May a grantee contract with a hotel under which Federal grant funds will be used to provide meals, snacks, and beverages as part of the cost for meeting rooms and other allowable conference-related costs?**

Federal grant funds may only be used for expenses that are reasonable and necessary. In planning a conference or meeting and negotiating with vendors for meeting space and other relevant goods and services, grantees may only pay for allowable costs. The fact that food and beverages are embedded in a contract for meeting space does not mean that the food and beverages are being provided at no cost to the grantee. Therefore, if the food and beverage cost is not an allowable cost, and a hotel vendor embeds food and beverage costs into a hotel contract for meeting space, the grantee should work with the hotel to have the food and beverage costs identified and removed from the contract, and have the price for the meeting space appropriately adjusted.

11. **What if a hotel or other venue provides "complimentary" beverages (e.g., coffee, tea) and there is no charge to the grantee hosting the meeting?**

The grantee has an obligation, under these circumstances, to confirm that the beverages are truly complimentary and will not be reflected as a charge to the grant in another area. For example, many hotels provide complimentary beverages to all guests who attend a meeting at their facility without reflecting the costs of those beverages in other items that their guests or, in this case, the grantee purchases. As noted above, it would not be acceptable for a vendor to embed the cost of beverages in other costs, such as meeting space, without those costs being separately allowable.

12. **May indirect cost funds be used to pay for food and beverages?**

No. The cost of food and beverages, which are related to meetings that are easily associated with a specific cost and grant objectives, are more appropriately treated as direct costs rather than indirect

5

ED01546

ANSI finalize 3
08 2024

costs. As noted above, Federal grant funds cannot be used to pay for food and beverages unless doing so is reasonable and necessary.

ED01547

**13. May a grantee use <u>non-Federal</u> resources (e.g., State or local resources) to pay for food or beverages at a meeting or conference that is being held to meet the goals and objectives of its grant?**

Grantees should follow their own policies and procedures and State and local law for using <u>non-Federal</u> resources to pay for food or beverages, including its policies and procedures for accepting gifts or in-kind contributions from third parties. Grantees should be sure that any food and beverages provided with non-Federal funds are appropriate for the grantee event, and do not detract from the event's purpose. Please note that, in general, any funds that a grantee contributes to a project as part of the program's matching or cost-sharing requirement would be subject to the same rules that govern the Federal funds; therefore, the non-Federal funds used to pay for food and beverages for a meeting or conference could only be eligible for use in meeting cost-share or match obligations if Federal funds would also be allowable to pay for the food and beverages.

**14. May grantees provide meeting participants with the option of paying for food and beverages (e.g., could a grantee have boxed lunches provided at cost for participants)?**

Yes. Grantees may offer meeting participants the option of paying for food (such as lunch, breakfast, or snacks) and beverages, and arrange for these items to be available at the meeting.

## <u>Using Federal Grant Funds to Pay for Costs of Attending a Meeting or Conference Sponsored by ED or a Third Party</u>

**15. May grantees use Federal grant funds to pay for the cost of attending a meeting or conference?**

If attending a meeting or conference is necessary to achieve the goals and objectives of the grant, and if the expenses are reasonable (based on the grantee's own policies and procedures, and State and local laws), Federal grant funds may be used to pay for travel expenses of grantee employees, consultants, or experts to attend a meeting or conference. To determine whether a meeting or conference is "necessary," grantees should consider whether the goals and objectives of the grant can be achieved without the meeting or conference and whether there is an equally effective and more efficient way (in terms of time and money) to achieve the goals and objectives of the grant (see question #6). To determine whether the expenses are "reasonable," grantees should consider how the costs (e.g., lodging, travel, registration fees) compare with other similar events and whether the public would view the expenses as a worthwhile use of Federal funds.

**16. What should a grantee consider when planning to use Federal grant funds for attending a meeting or conference?**

Among other considerations, grantees should consider how many people should attend a meeting or conference on its behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant. The grantee should also determine whether it is necessary to attend the entire meeting or conference, or whether attending only a portion of the meeting or conference is reasonable and necessary.

**17. What travel expenses may be paid for with Federal grant funds?**

7

ED01548

08 2024

Grantees may use Federal grant funds for travel expenses only to the extent such costs are reasonable and necessary and do not exceed charges normally allowed by the grantee in its regular operations consistent with its written travel policies. See 2 CFR § 200.475. Federal grant funds may be used to pay expenses for transportation, per diem, and lodging if the costs are reasonable and necessary. Federal grant funds may not be spent on alcohol. See 2 CFR § 200.423. Grantees should follow their own travel and per diem rules and costs when charging travel expenses to their Federal grant. In the absence of an acceptable written policy regarding travel costs, grantees must satisfy the requirements of 2 CFR § 200.475(d).

### 18. What should grantees consider when including Federal employees at a grantee-sponsored meeting or conference?

In some situations, a grantee may invite a Federal employee to participate in or present at a grantee-organized meeting or conference. Federal employees are subject to Federal ethics laws and regulations. This includes laws and regulations governing conflicts of interest and gifts (e.g., waiver of a registration fee, travel expenses, and meals). Grantees may be subject to their own ethics laws and regulations, and grantee employees should ensure that they comply with them.

## Questions Regarding the Allowable Use of Federal Grant Funds

### 19. What resources are available to help grantees determine whether costs associated with meetings and conferences are reasonable and necessary?

Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable, necessary, and allowable, especially the regulations found at 2 CFR part 200.

### 20. Is it allowable for a person whose travel costs are being paid with Federal grant funds to attend a conference in Washington, D.C., and lobby members of Congress while in town?

Appropriated funds may not, except under very limited circumstances, be used for expenses related to any activity designed to influence the enactment of legislation, appropriations, regulations, administrative actions, or Executive Orders proposed or pending before the Congress or the Administration. See 2 CFR § 200.450. To the extent that a portion of time at a conference is spent on lobbying activities, costs associated with the lobbying, including transportation to and from Washington, D.C., lodging, and per diem, may not be charged to the Federal grant. For example, if a meeting or conference lasts for two days and a visit to lobby a member of Congress requires an additional day of travel, it could be determined that one-third (1/3) of all costs involved in attending the meeting or conference, including travel to and from Washington, D.C., may not be charged to the grant.

On the other hand, educating members of Congress about facts relevant to a particular grant program would not, absent other facts, constitute lobbying. For example, it would not be considered a prohibited lobbying activity for a grantee to inform a member of Congress about its program, the services it provides, and the individuals it serves. It also would not be considered a prohibited lobbying activity to attend a presentation by members of Congress related to issues relevant to a grantee's program or the population it serves in general. However, such education-oriented

8

ED01549

discussions could easily cross—or appear to cross—the thin line to prohibited lobbying activities. For example, a discussion about the challenges a grantee faces with respect to requirements governing matching funds could easily expand to a discussion about the need for more appropriated funds or legislative changes, which would constitute prohibited lobbying activities. Given that Congress frequently considers the reauthorization of ED programs, a grantee's interactions with members of Congress on such topics could meet the definition of lobbying, which is prohibited. In that case, the costs associated with those interactions could not be supported with Federal funds.

**21. What are the consequences of using Federal grant funds on unallowable expenses?**

ED may seek to recover any Federal grant funds identified, in an audit or through program monitoring, as having been used for unallowable costs, including unallowable conference expenses.

**22. Whom should grantees call if they have specific questions about the allowable use of Federal grant funds?**

ED grantees are encouraged to contact their ED program officer to discuss the allowable use of Federal grant funds, including the allowable use of Federal grant funds for meetings and conferences.

9

ED01550

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (the Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.

A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

**Excessive Drawdowns**

In the context of grants, excessive drawdown refers to the situation where a grantee withdraws more funds than necessary from the grantor, which can lead to financial and compliance issues. In accordance with cash management requirements, grant funds are drawn down incrementally to cover immediate expenses related to the grant activities. If a grantee draws down excessive funds, they may be required to return the surplus along with interest. This situation can arise from poor financial management, lack of proper accounting practices, or misalignment with the grant's stipulated budget and objectives.

To avoid excessive drawdown, it is crucial for grantees to implement and maintain robust accounting systems, track expenses accurately, and adhere to the grant's budget and reporting requirements. Proper planning and monitoring of fund allocation, maintaining accurate records, and ensuring timely drawdowns aligned with actual expenses are essential practices. Additionally, grantees should be aware of the specific drawdown procedures and requirements set by the grantor, which can vary depending on whether the grant is federally funded or comes from other sources.

**Cash Management Requirements**

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1.  Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2.  Payments to States under programs that are not covered by a TSA; and

3.  Payments to other non-Federal entities, including nonprofit organizations and local governments.

---

[1] The Department adopts the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

ED01551

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "For recipients and subrecipients other than States, payment methods must minimize the time elapsing between the transfer of funds from the Federal agency or the pass-through entity and the disbursement of funds by the recipient or subrecipient regardless of whether the payment is made by electronic funds transfer or by other means."  2 CFR § 200.305(b).

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the recipient or subrecipient, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (3) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

ED01552

**GAN Enclosure 4**
**Revised 10/2024**

**Returning Earned Interest**

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(11) for those conditions.  The requirements regarding interest accrual and remittance follow:

Recipients or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the recipient or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House (ACH) network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the recipient or subrecipient was paid through PMS. Instructions for returning interest can be found at Returning Funds/Interest | HHS PSC FMP Payment Management Services. 2 CFR § 200.305(b)(12). Additionally, these instructions are provided below.

1. **Returning Interest to PMS**

    PMS is the central collection point for interest earned on all federal grants, whether they are paid through the Payment Management System or not.

    a. **Domestic** Automated Clearing House (ACH) Returns (Direct Deposit)

    Returning funds via Automated Clearing House (ACH) means you will most likely be returning funds in the manner in which they were received at your organization.

    ACH account information to be included:

    - PSC ACH Routing Number is: 051036706
    - PSC DFI Accounting Number: 303000
    - Bank Name: Credit Gateway - ACH Receiver
    - Location: St. Paul, MN

    Additionally, include the following:

    - An explanation stating that the refund is for interest
    - The name of the awarding agency
    - The grant number(s) for which the interest was earned
    - The return should be made payable to: Department of Health and Human Services.

    b. **International** Automated Clearing House (ACH) Returns (Direct Deposit)

    ACH Account Information to be Included For Payments Sent in **U.S. Dollars (USD)**:

    - Beneficiary Account: Federal Reserve Bank of New York/ITS (Can abbreviate: FRBNY/ITS)
    - Bank: Citibank N.A. (New York)
    - SWIFT Code: CITIUS33
    - Account Number: 36838868
    - Routing Number: 021000089
    - Bank Address: 388 Greenwich Street, New York, NY 10013

ED01553

- Payment Details (Line 70): Agency Name (abbreviated when possible) and Agency Locator Code (ALC)
- Agency POC: James Kruper, (301) 492-4998

For a USD payment, the payment sender must include:

- **Agency Locator Code (ALC):** 75010501
- **Name:** US Department of Health and Human Services, PMS Account Number and Grant Subaccount Number in the Payment Details (Line 70) section of the SWIFT message.

This information must be in this section of the payment instructions, or the International Treasury Service (ITS) will not be able to identify the federal agency the payment is for. Without this identifying information, ITS will be required to return the payment as unidentified or unable to post. The receiving account is in the name of "Federal Reserve Bank of New York/ITS" and the payment originator should list that as the name on the beneficiary account.

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

   c.   <u>FedWire Returns</u>

Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

Additionally, include the following:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

   d.   <u>Check Returns (USPS Only)</u>

Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

ED01554

- Interests returned by check are to be mailed (USPS only) to:

  HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

  A brief statement explaining the nature of the return must be included.

  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

**Cash Management Monitoring Responsibilities of Pass-Through Entities**

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

1. Verify that the subrecipient is not excluded or disqualified in accordance with §180.300.  Verification methods are provided in § 180.300, which include confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

2. Ensure that every subaward is clearly identified to the subrecipient as a subaward and includes the information identified in § 200.332(b).

3. Evaluate each subrecipient's fraud risk and risk of noncompliance with a subaward to determine the appropriate subrecipient monitoring.  See § 200.332(b) & (f).

4. Monitor the activities of a subrecipient as necessary to ensure that the subrecipient complies with Federal statutes, regulations, and the terms and conditions of the subaward.  The pass-through entity is responsible for monitoring the overall performance of a subrecipient to ensure that the goals and objectives of the subaward are achieved. See § 200.332(e).

5. Consider taking enforcement action against noncompliant subrecipients as described in § 200.339 and in program regulations.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you

5

ED01555

**GAN Enclosure 4**
**Revised 10/2024**

have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

6

ED01556

During their normal course of business, third party conformity assessment bodies maintain testing records. In addition, CPSC requires that when a test conducted for purposes of section 14 of the CPSA is subcontracted, a prime contractor's report must clearly identify which test(s) were performed by a CPSC-accepted third party conformity assessment body acting as a subcontractor, and the test from the subcontractor must be appended to the prime contractor's report. Records maintained by a conformity assessment body during their normal course of business would not be considered in calculating Paperwork Reduction Act (PRA) burden, but we estimate that an average third party conformity assessment body engages in recordkeeping related to 12,000 tests annually pursuant to section 14 of the CPSA that may be considered PRA burden. We estimate that five percent of third party conformity assessment bodies, or 33.5 bodies (670 conformity assessment bodies × 5% = 33.5 subcontracting test bodies), will subcontract tests to other CPSC-accepted third party conformity assessment bodies. It is difficult to estimate how many tests will be subcontracted, but for current purposes, we estimate that the third party conformity assessment bodies who subcontract will subcontract 25 percent of their tests. We estimate that it will take seven minutes, on average, to comply with the recordkeeping requirements related to subcontracted tests. If five percent of third party conformity assessment bodies subcontract 25 percent of tests annually, that is a total of 100,500 subcontract tests per year (33.5 subcontracting test bodies × 12,000 tests per body × 25% tests subcontracted = 100,500 subcontract tests). Therefore, at seven minutes per test, we estimate a total burden for third party disclosure to be 11,725 hours (or 703,500 minutes) per year to comply with the subcontracting recordkeeping requirement.

- *Discontinue Burden.*

If a third party conformity assessment body wishes to voluntarily discontinue its participation with the CPSC, an estimated 30 minutes is needed to create and submit the required documentation. *See* 16 CFR 1112.29. From FY 2020–24, 106 labs withdrew from the CPSC program. Accordingly, we estimate 20 labs will withdraw at an estimated total hourly burden of 10 hours (or 600 minutes) annually.

- *Audit Burden.*

The CPSC portion of an audit is required no less than once every two years. *See* 16 CFR 1112.35(b). Therefore,

we estimated that 50 percent of third party conformity assessment bodies each year will go through an audit. This is based on FY2020–2024 data showing an average of 354 CPSC Audits per year. Based on the number of third party conformity assessment bodies that have already been accepted by the CPSC as of the end of May 2025 (686) and our experience with the rate of new successful applications, we predict that the total number of third party conformity assessment bodies will be 700 by FY26. Half of those, 350, will be audited annually. Depending on the type of conformity assessment body (*i.e.,* independent, firewalled, or governmental), and other factors not controlled by CPSC, audit burden would vary somewhat from body to body. We estimate that laboratories will spend approximately 15 minutes to resubmit their updated materials, including the CPSC Form 223, accredited scope listing and accreditation certificate for the CPSC Audits. Firewalled and governmental labs are also expected to submit an updated attestation, as well as an employee undue influence memorandum. In addition, for firewalled labs, a revised risk assessment of impartiality and undue influence is also included. Therefore, the total amount of time spent by conformity assessment bodies will be approximately 87.5 hours (350 bodies audited × 15 min. per audit = 5,250 minutes, or 87.5 hours).

*Total Estimated Annual Burden:* Adding all the annual estimated burden hours results in a total of approximately 11,977 hours (87.2 hours application burden + 67 hours updating burden + 11,725 hours disclosure burden + 10 hours discontinue burden + 87.5 hours audit burden = 11,976.7 total annual burden hours).

To calculate the total cost of this PRA burden, we use the total compensation for all civilian workers, available from the U.S. Bureau of Labor Statistics ''Employer Costs for Employee Compensation,'' which is $47.20 per hour worked as of December 2024. At $47.20 per hour, the total cost of the PRA burden is approximately $565,314 ($47.20 × 11,977 hours = $565,314.40).

**Alberta E. Mills,**

*Secretary, Consumer Product Safety Commission.*

[FR Doc. 2025–17666 Filed 9–11–25; 8:45 am]

**BILLING CODE 6355–01–P**

## DEPARTMENT OF EDUCATION

### Applications for New Awards; Education Innovation and Research (EIR) Program Mid-Phase Grants

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

**ACTION:** Notice.

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting applications for fiscal year (FY) 2025 for the EIR program Mid-phase Grants (Mid-phase Grants).

**DATES:**

*Applications Available:* September 12, 2025.

*Deadline for Transmittal of Applications:* October 14, 2025.

*Deadline for Intergovernmental Review:* December 11, 2025.

*Pre-Application Information:* The Department will post additional competition information for prospective applicants on the EIR program website: *https://www.ed.gov/grants-and-programs/grants-special-populations/grants-economically-disadvantaged-students/education-innovation-and-research.*

**ADDRESSES:** For the addresses for obtaining and submitting an application, please refer to our Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on August 29, 2025 (90 FR 42234), and available at *https://www.federalregister.gov/documents/2025/08/29/2025-16571/common-instructions-and-information-for-applicants-to-department-of-education-discretionary-grantams.*

**FOR FURTHER INFORMATION CONTACT:** Dr. Sonji Jones-Manson, U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202–5900. Telephone: 202–987–1753. Email: *eir@ed.gov.*

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:**

### Full Text of Announcement

### I. Funding Opportunity Description

*Purpose of Program:* The EIR program, established under section 4611 of the Elementary and Secondary Education Act of 1965, as amended (ESEA), provides funding to create, develop, implement, replicate, or take to scale entrepreneurial, evidence-based (as defined in this notice), field-initiated innovations to improve student

ED01557

achievement and attainment for high-need students; and to rigorously evaluate such innovations.

This notice invites applications for Mid-phase grants only. The notice inviting applications for Expansion grants within the EIR program is published elsewhere in this issue of the **Federal Register**. The Department does not intend to offer an Early-phase competition, yet may fund high-scoring, unfunded applicants from any of the FY 2024 EIR competitions.

*Assistance Listing Number:* 84.411B.
*OMB Control Number:* 1894–0006.

### Background

The central design element of the EIR program is its multi-tier structure that links the amount of funding an applicant may receive to the quality of the evidence supporting the efficacy of the proposed project, through three distinct grant tiers: ''Early-phase,'' ''Mid-phase,'' and ''Expansion.''

Mid-phase grants provide funding for the implementation and rigorous evaluation (as defined in this notice) of a program that has been successfully implemented under an Early-phase grant or other similar effort, such as developing and testing an innovative education practice at a local level, for the purpose of measuring the program's impact and cost-effectiveness.

Mid-phase grant projects refine and expand the use of practices with prior evidence of effectiveness to improve outcomes for high-need students. They implement and rigorously evaluate an intervention's impact and effectiveness, including cost considerations such as economies of scale. Mid-phase grant projects are uniquely positioned to help answer questions about the process of scaling a practice across geographies as well as locale types.

Mid-phase grants measure the cost-effectiveness of their practices using administrative or other readily available data. These types of efforts are critical to sustaining and scaling EIR-funded effective practices after the EIR grant period ends, assuming that the practice has positive effects on important student outcomes.

The FY 2025 Mid-phase competition prioritizes projects that tackle persistent challenges in education through the absolute priority on Promoting Evidence-Based Literacy, aligned with national efforts to improve literacy achievement nationwide. Projects that directly benefit all students, but especially high-need students, through effective literacy instruction, aligned to the science of reading, are strongly encouraged. By focusing on literacy—the foundation of all learning, the

Department aims to support scalable solutions that address one of the most urgent academic needs facing schools today.

All EIR applicants and grantees should also indicate how they will develop their organizational capacity, project financing, and business plans to sustain their projects and continue implementation and adaptation after Federal funding ends.

Further advancing the Department's commitment to restoring excellence and expanding state leadership, applicants may also respond to two competitive preference priorities.

*Competitive Preference Priority 1:* Returning Education to the States encourages projects that elevate State- and Tribal-led efforts to take the lead in serving the students, families, and educators within their communities.

*In addition, Competitive Preference Priority 2:* Education Choice (High-Impact Tutoring) supports projects such as those proposing individualized or small-group tutoring programs through innovative delivery models, a proven approach in demonstrating results in helping students accelerate academic progress.[1]

Collectively, these priorities reflect the Department's vision of empowering States to lead, investing in evidence-based strategies, and ensuring that all students have access to high-quality instruction and support. Mid-phase grants represent a critical opportunity to scale effective strategies and measure impact through proven, locally driven innovation.

*Priorities:* This notice includes one absolute priority and two competitive preference priorities. In accordance with 34 CFR 75.105(b)(2)(ii), the absolute priority is from section 4611(a)(1)(A) of the ESEA and the Supplemental Priorities and Definitions for Discretionary Grants Programs, published in the **Federal Register** on September 9, 2025 (90 FR 43514) (Supplemental Priorities), and the competitive preference priorities are from the Supplemental Priorities.

*Absolute Priority:* For FY 2025 and any subsequent year in which we make awards from the list of unfunded applications from this competition, this priority is an absolute priority. Under 34 CFR 75.105(c)(3), we consider only applications that meet this priority.

This priority is:

*Field-Initiated Innovations: Promoting Evidence-Based Literacy.*

---

[1] Robinson, C.D., & Loeb, S. (2021, May). High-Impact Tutoring: State of the Research and Priorities for Future Learning. *https://nssa.stanford.edu/sites/default/files/Accelerator_Research_Agenda.pdf.*

Projects or proposals to—
(a) Create, develop, implement, replicate, or take to scale entrepreneurial, evidence-based, field-initiated innovations to improve student achievement and attainment for high-need students; and

(b) Advance, increase, or expand evidence-based literacy instruction (as defined in this notice).

*Competitive Preference Priorities:* For FY 2025 and any subsequent year in which we make awards from the list of unfunded applications from this competition, these priorities are competitive preference priorities. Under 34 CFR 75.105(c)(2)(i), we award up to an additional 10 points to an application, depending on how well the application addresses Competitive Preference Priority 1, and up to an additional 5 points to an application, depending on how well the application addresses Competitive Preference Priority 2.

These priorities are:
*Competitive Preference Priority 1: Returning Education to the States (up to 10 points).*

Projects or proposals that will be carried out by one or more of the following entities:

(a) State educational agencies (as defined in 20 U.S.C. 7801(49)),

(b) An Indian Tribe (as defined in 25 U.S.C. 5304(e)), Tribal organization (as defined in 25 U.S.C. 5304(l)), or Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or

(c) Consortia of the entities identified under this priority.

*Competitive Preference Priority 2: Expanding Education Choice (High-Impact Tutoring) (up to 5 points).*

Projects or proposals that will expand access to education services that accelerate learning such as high-impact tutoring.

*Note:* Applicants are encouraged to review the evidence related to education services that accelerate learning, including high-impact tutoring, and to cite the highest-level of evidence supporting their response to the competitive preference priority in their application.

*Definitions:* The following definitions apply to this program. The definitions of ''baseline,'' ''continuous improvement,'' ''evaluation,'' ''evidence-building,'' ''independent evaluation,'' ''logic model,'' ''nonprofit,'' ''performance measure,'' ''performance target,'' ''project component,'' ''quality data,'' ''relevant outcome,'' and ''What Works Clearinghouse Handbooks (WWC Handbooks)'' are from 34 CFR 77.1. The definitions of ''evidence-based,'' ''local educational agency,'' and ''State

educational agency'' are from section 8101 of the ESEA. The definitions of ''evidenced-based literacy instruction,'' ''evidence framework,'' ''experimental study,'' and ''quasi-experimental design study'' are from the Supplemental Priorities.

*Baseline* means the starting point from which performance is measured and targets are set.

*Continuous improvement* means using plans for collecting and analyzing data about a project component's implementation and outcomes (including the pace and extent to which project outcomes are being met) to inform necessary changes throughout the project. These plans may include strategies to gather ongoing feedback from participants and stakeholders on the implementation of the project component.

*Evaluation* means an assessment using systematic data collection and analysis of one or more programs, policies, practices, and organizations intended to assess their implementation, outcomes, effectiveness, or efficiency.

*Evidence-building* means a systematic plan for identifying and answering questions relevant to programs and policies through performance measurement, exploratory studies, or program evaluation.

*Evidence-based* means an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on—

(i) Strong evidence from at least 1 well-designed and well-implemented experimental study; or

(ii) Moderate evidence from at least 1 well-designed and well-implemented quasi-experimental study.

*Evidence-based literacy instruction* means literacy instruction that relates to explicit, systematic and intentional instruction in phonological awareness, phonic decoding, oral and sign language, vocabulary, language structure, reading fluency, reading comprehension, and writing; promotes knowledge-rich materials; and is backed by one or more of the following, as supported by an evidence framework (as defined in this notice):

(a) strong evidence, meaning an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on at least one well-designed and well-implemented experimental study (strong evidence as defined in 20 U.S.C. 7801(21)(A)(i)(I)) or

(b) moderate evidence, meaning an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on at least one well-designed and well-implemented quasi-experimental study (moderate evidence as defined in 20 U.S.C. 7801(21)(A)(i)(II)).

*Evidence framework* means an approach to providing a determination about whether an activity, strategy, or intervention meets each aspect of the definition of strong evidence or moderate evidence (as defined in 20 U.S.C. 7801(21)(A)(i)(I–II)), as applicable.

(a) An evidence framework must include each of the following:

(i) Whether or not a study is an experimental study or quasi-experimental experimental design study;

(ii) Whether or not a study shows a positive, statistically significant effect on student outcomes or other relevant outcomes;

(iii) Whether or not a study uses outcome measures that demonstrate validity and reliability, that do not give an unfair advantage to participants in one condition over another, and that are measured consistently for the groups or participants that are being compared;

(iv) Whether or not a study design is otherwise of high quality, including whether it minimizes factors outside the intervention that could affect student or other relevant outcomes (confounds) and whether random assignment (if used) was done with integrity; and

(v) Whether or not study implementation and analysis is appropriate, including whether groups or participants being compared demonstrate baseline equivalence on key individual and other relevant characteristics, whether differences in baseline equivalence are statistically controlled, and by considering the impact on the validity of the study of any changes to the sample over time.

(b) An evidence framework may be implemented or verified by the Department or peer reviewers with statistical expertise who affirm an applicant's assertion that relevant information is strong evidence or moderate evidence because it is supported by study ratings included in the What Works Clearinghouse in one or more of:

(i) a practice guide;

(ii) an intervention report; or

(iii) individual studies otherwise assessed to meet strong evidence or moderate evidence.

*Experimental study* means a study that is designed to compare outcomes between two groups (such as students) that are otherwise equivalent except for their assignment to a treatment group receiving an activity, strategy, intervention, process, product, practice, or policy as compared with a control group that does not. Experimental studies can support claims of strong evidence. Randomized controlled trials and single-case design studies are specific types of experimental studies that meet this definition.

*Independent evaluation* means an evaluation of a project component that is designed and carried out independently of, but in coordination with, the entities that develop or implement the project component.

*Local educational agency* (LEA) means:

(a) In General. A public board of education or other public authority legally constituted within a State for either administrative control or direction of, or to perform a service function for, public elementary schools or secondary schools in a city, county, township, school district, or other political subdivision of a State, or of or for a combination of school districts or counties that is recognized in a State as an administrative agency for its public elementary schools or secondary schools.

(b) Administrative Control and Direction. The term includes any other public institution or agency having administrative control and direction of a public elementary school or secondary school.

(c) Bureau of Indian Education Schools. The term includes an elementary school or secondary school funded by the Bureau of Indian Education but only to the extent that including the school makes the school eligible for programs for which specific eligibility is not provided to the school in another provision of law and the school does not have a student population that is smaller than the student population of the LEA receiving assistance under the ESEA with the smallest student population, except that the school shall not be subject to the jurisdiction of any SEA (as defined in this notice) other than the Bureau of Indian Education.

(d) Educational Service Agencies. The term includes educational service agencies and consortia of those agencies.

(e) State Educational Agency. The term includes the SEA in a State in which the SEA is the sole educational agency for all public schools.

*Logic model* (also referred to as a theory of action) means a framework that identifies key project components of the proposed project (*i.e.,* the active ''ingredients'' that are hypothesized to

ED01559

**44176** **Federal Register** / Vol. 90, No. 175 / Friday, September 12, 2025 / Notices

be critical to achieving the relevant outcomes) and describes the theoretical and operational relationships among the key project components and relevant outcomes.

*Nonprofit,* as applied to an agency, organization, or institution, means that it is owned and operated by one or more corporations or associations whose net earnings do not benefit, and cannot lawfully benefit, any private shareholder or entity.

*Performance measure* means any quantitative indicator, statistic, or metric used to gauge program or project performance.

*Performance target* means a level of performance that an applicant would seek to meet during the course of a project or as a result of a project.

*Project component* means an activity, strategy, intervention, process, product, practice, or policy included in a project. Evidence may pertain to an individual project component or to a combination of project components (*e.g.,* training teachers on instructional practices for students who qualify for Title I services and follow-on coaching for these teachers).

*Quality data* encompasses utility, objectivity, and integrity of the information. ''Utility'' refers to how the data will be used, either for its intended use or other uses. ''Objectivity'' refers to data being accurate, complete, reliable, and unbiased. ''Integrity'' refers to the protection of data from being manipulated.

*Quasi-experimental design study* means a study using a design that attempts to approximate an experimental study by identifying a comparison group that is similar to the treatment group in important respects. Cross-sectional group designs, comparative interrupted time series, difference-in-difference designs, and growth curve designs are specific types of quasi-experimental studies that meet this definition. This type of study can meet the definition of moderate evidence but not strong evidence.

*Relevant outcome* means the student outcome(s) or other outcome(s) the key project component is designed to improve, consistent with the specific goals of the program.

*State educational agency* (SEA) means the agency primarily responsible for the State supervision of public elementary schools and secondary schools.

*What Works Clearinghouse Handbooks (WWC Handbooks)* means the standards and procedures set forth in the WWC Procedures and Standards Handbook, Version 5.0, or in the WWC Standards Handbook, Version 4.0 or 4.1,

or in the WWC Procedures Handbook, Version 4.0 or 4.1, the WWC Procedures and Standards Handbook, Version 3.0 or Version 2.1 (all incorporated by reference; see § 77.2). Study findings eligible for review under WWC standards can meet WWC standards without reservations, meet WWC standards with reservations, or not meet WWC standards. WWC practice guides and intervention reports include findings from systematic reviews of evidence as described in the WWC Handbooks documentation.

*Program Authority:* 20 U.S.C. 7261.

*Note:* Projects will be awarded and must be operated in a manner consistent with the nondiscrimination requirements contained in Federal civil rights laws.

*Applicable Regulations:* (a) The Education Department General Administrative Regulations in 34 CFR parts 75, 77, 79, 81, 82, 84, 86, 97, 98, and 99. (b) The Office of Management and Budget Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement) in 2 CFR part 180, as adopted and amended as regulations of the Department in 2 CFR part 3485. (c) Guidance for Federal Financial Assistance in 2 CFR part 200, as adopted and amended as regulations of the Department in 2 CFR part 3474.

*Note:* The regulations in 34 CFR part 86 apply to institutions of higher education (IHEs) only.

## II. Award Information

*Type of Award:* Discretionary grants.
*Estimated Available Funds:* $253,000,000.

These estimated funds are the total available for new awards for both the Mid-phase and Expansion competitions and any funding of high-scoring, unfunded applicants from any of the FY 2024 EIR competitions. Contingent upon the availability of funds and the quality of applications, we may make additional awards in subsequent years from the list of unfunded applications.

*Estimated Average Size of Awards:* Up to $10,000,000.

*Maximum Award:* We will not make an award exceeding $10,000,000 for a project period of 60 months. Under 34 CFR 75.104(b) the Secretary may reject, without consideration or evaluation, any application that proposes a project funding level that exceeds the stated maximum award amount. The Department intends to fund one or more projects under each of the EIR competitions, including Expansion grants (84.411A) and Mid-phase grants (84.411B). Entities may submit applications for different projects for

more than one competition (Mid-phase grants and Expansion grants).

*Estimated Number of Awards:* 8–15.
*Note:* The Department is not bound by any estimates in this notice.

*Project Period:* Up to 60 months.

*Note:* Under section 4611(c) of the ESEA, the Department must use at least 25 percent of EIR funds for a fiscal year to make awards to applicants serving rural areas, contingent on receipt of a sufficient number of applications of sufficient quality. For purposes of this competition, we will consider an applicant as rural if the applicant meets the qualifications for rural applicants as described in the *Eligible Applicants* section and the applicant certifies that it meets those qualifications through the application. In implementing this statutory provision and program requirement, the Department may fund high-quality applications from rural applicants out of rank order in the Mid-phase grants competition.

## III. Eligibility Information

1. *Eligible Applicants:*
(a) An LEA;
(b) An SEA;
(c) The Bureau of Indian Education (BIE);
(d) A consortium of SEAs or LEAs;
(e) A nonprofit organization; and
(f) An LEA, an SEA, the BIE, or a consortium described in clause (d), in partnership with—
(1) A nonprofit (as defined in this notice) organization;
(2) A business;
(3) An educational service agency; or
(4) An IHE.

To qualify as a rural applicant under the EIR program, an applicant must meet both of the following requirements:
(a) The applicant is—
(1) An LEA with an urban-centric district locale code of 32, 33, 41, 42, or 43, as determined by the Secretary;
(2) A consortium of such LEAs;
(3) An educational service agency or a nonprofit organization in partnership with such an LEA; or
(4) A grantee described in clause (1) or (2) in partnership with an SEA; and
(b) A majority of the schools to be served by the program are designated with a locale code of 32, 33, 41, 42, or 43, or a combination of such codes, as determined by the Secretary.

*Note:* An applicant that is a nonprofit organization may, under 34 CFR 75.51, demonstrate its nonprofit status by providing: (1) proof that the Internal Revenue Service currently recognizes the applicant as an organization to which contributions are tax deductible under section 501(c)(3) of the Internal

ED01560

Revenue Code; (2) a statement from a State taxing body or the State attorney general certifying that the organization is a nonprofit organization operating within the State and that no part of its net earnings may lawfully benefit any private shareholder or individual; (3) a certified copy of the applicant's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the applicant; or (4) any item described above if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the applicant is a local nonprofit affiliate.

In addition, with respect to IHEs and their affiliates, the following entities may apply for a grant under this competition: (1) As noted above, any IHE that is a partner in an application submitted by an LEA, SEA, BIE, consortium of SEAs or LEAs, or a nonprofit organization; (2) A private IHE that is a nonprofit organization; (3) A nonprofit organization, such as a development foundation, that is affiliated with a public IHE; and (4) A public IHE with 501(c)(3) status. A public IHE without 501(c)(3) status (even if that entity is tax exempt under Section 115 of the Internal Revenue Code or any other State or Federal provision), or that could not provide any other documentation of nonprofit status described above, however, would not qualify as a nonprofit organization, and therefore would not be eligible to apply for and receive an EIR grant.

2. a. *Cost Sharing or Matching:* Under section 4611(d) of the ESEA, each grant recipient must provide, from Federal, State, local, or private sources, an amount equal to 10 percent of funds provided under the grant, which may be provided in cash or through in-kind contributions, to carry out activities supported by the grant. Applicants must include a budget showing their matching contributions to the budget amount of EIR grant funds and must provide evidence of their matching contributions for the first year of the grant in their grant applications.

Section 4611(d) of the ESEA authorizes the Secretary to waive the matching requirement on a case-by-case basis, upon a showing of exceptional circumstances, such as:

(i) The difficulty of raising matching funds for a program to serve a rural area;

(ii) The difficulty of raising matching funds in areas with a concentration of LEAs or schools with a high percentage of students aged 5 through 17—

(A) Who are in poverty, as counted in the most recent census data approved by the Secretary;

(B) Who are eligible for a free or reduced-price lunch under the Richard B. Russell National School Lunch Act (42 U.S.C. 1751 *et seq.*);

(C) Whose families receive assistance under the State program funded under part A of title IV of the Social Security Act (42 U.S.C. 601 *et seq.*); or

(D) Who are eligible to receive medical assistance under the Medicaid program; and

(iii) The difficulty of raising funds on Tribal land.

An applicant that wishes to apply for a waiver must include a request in its application, describing the exceptional circumstances that make it difficult for the applicant to meet the matching requirement. Further information about applying for waivers can be found in the application package for this competition.

b. *Indirect Cost Rate Information:* This program uses an unrestricted indirect cost rate. For more information regarding indirect costs, or to obtain a negotiated indirect cost rate, please see *http://www.ed.gov/about/ed-offices/ofo#Indirect-Cost-Division.*

c. *Administrative Cost Limitation:* This program does not include any program-specific limitation on administrative expenses. All administrative expenses must be reasonable and necessary and conform to Cost Principles described in 2 CFR part 200 subpart E of the Guidance for Federal Financial Assistance.

3. *Subgrantees:* A grantee under this competition may not award subgrants to entities to directly carry out project activities described in its application.

4. *Other:* a. *Evaluation:* A grantee funded under this competition must conduct an independent evaluation (as defined in 34 CFR 77.1(c)). (see 34 CFR 75.590).

b. *Independent Evaluation Report:* A grantee funded under this competition must make public the final report, including results of any required independent evaluation and submit the final evaluation to the Education Resources Information Center (ERIC), which is administered by the Institute of Education Sciences. (see 34 CFR 75.590)

c. *High-need students:* The grantee must serve high-need students.

**IV. Application and Submission Information**

1. *Application Submission Instructions:* Applicants are required to follow the Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on August 29, 2025 (90 FR 42234), and available at *https://*

*www.federalregister.gov/documents/ 2025/08/29/2025-16571/common-instructions-and-information-for-applicants-to-department-of-education-discretionary-grant,* which contain requirements and information on how to submit an application.

2. *Intergovernmental Review:* This competition is subject to Executive Order 12372 and the regulations in 34 CFR part 79.

3. *Funding Restrictions:* We reference regulations outlining funding restrictions in the *Applicable Regulations* section of this notice.

4. *Recommended Page Limit:* The application narrative is where you, the applicant, will address the selection criteria that reviewers use to evaluate your application. We recommend that you (1) limit the application narrative for a Mid-phase grant to no more than 30 pages and (3) use the standards outlined in the Common Instructions.

**V. Application Review Information**

1. *Selection Criteria:* The selection criteria for the Mid-phase grants competition are from 34 CFR 75.210. The points assigned to each criterion are indicated in the parentheses next to the criterion.

A. *Significance (up to 15 points).*
The Secretary considers the significance of the proposed project. In determining the significance of the proposed project, the Secretary considers the extent to which the proposed project introduces an innovative approach, such as a modification of an evidence-based project component to serve different populations, an extension of an existing evidence-based project component, a unique composition of various project components to explore combined effects, or development of an emerging project component that needs further testing.

B. *Strategy to Scale (up to 35 points).*
The Secretary considers the applicant's strategy to effectively scale the proposed project for recipients, community members and partners. In determining the applicant's strategy to effectively scale the proposed project, the Secretary considers the following factors:

(1) The extent to which there is unmet demand for broader implementation of the project that is aligned with the proposed level of scale. (up to 10 points)

(2) The feasibility of the management plan to achieve project objectives and goals on time and within budget, including clearly defined responsibilities, timelines, and milestones for accomplishing project tasks. (up to 10 points)

(3) The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project. (up to 5 points)

(4) The quality of the plan to deliver project services more efficiently at scale and maintain effectiveness. (up to 5 points)

(5) The quality of the mechanisms the applicant will use to broadly disseminate information and resources on its project to support further development, adaptation, or replication by other entities to implement project components in additional settings or with other populations. (up to 5 points)

C. *Quality of the Project Design (up to 20 points).*

The Secretary considers the quality of the design of the proposed project. In determining the quality of the design of the proposed project, the Secretary considers the following factors:

(1) The quality of the logic model or other conceptual framework underlying the proposed project, including how inputs are related to outcomes. (up to 15 points)

(2) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified, measurable, and ambitious yet achievable within the project period, and aligned with the purposes of the grant program. (up to 5 points)

D. *Quality of the Project Evaluation or Other Evidence-Building (up to 30 points).*

The Secretary considers the quality of the evaluation or other evidence-building of the proposed project. In determining the quality of the evaluation or other evidence-building, the Secretary considers the following factors:

(1) The extent to which the methods of evaluation will, if well implemented, produce evidence about the effectiveness of the project on relevant outcomes that would meet the What Works Clearinghouse standards without reservations, as described in the What Works Clearinghouse Handbooks. (up to 15 points)

(2) The extent to which the evaluation will provide guidance about effective strategies suitable for replication or testing and potential implementation in other settings. (up to 5 points)

(3) The quality of the evaluation plan for measuring fidelity of implementation, including thresholds for acceptable implementation, to inform how implementation is associated with outcomes. (up to 5 points)

(4) The extent to which the design for implementing and evaluating the proposed project will result in information to guide possible replication of project activities or strategies, including valid and reliable information about the effectiveness of the approach or strategies employed by the project. (up to 5 points)

*Note:* Applicants may wish to review the following technical assistance resources on evaluation: (1) WWC Procedures and Standards Handbooks: *https://ies.ed.gov/ncee/wwc/ Handbooks;* (2) ''Technical Assistance Materials for Conducting Rigorous Impact Evaluations'': *http://ies.ed.gov/ ncee/projects/evaluationTA.asp;* and (3) Institute of Education Sciences/National Center for Education Evaluation and Regional Assistance Technical Methods papers: *http://ies.ed.gov/ncee/tech_ methods/.* In addition, applicants may view an optional webinar recording that was hosted by the Institute of Education Sciences. The webinar focused on more rigorous evaluation designs, discussing strategies for designing and executing experimental studies that meet WWC evidence standards without reservations. This webinar is available at: *https://ies.ed.gov/ncee/wwc/ Multimedia/18.*

2. *Review and Selection Process:* We remind potential applicants that in reviewing applications in any discretionary grant competition, the Secretary may consider, under 34 CFR 75.217, information outside the rank order of applications, including: the information in each application; and any other information—

(1) Relevant to a criterion, priority, or other requirement that applies to the selection of applications for new grants;

(2) Concerning the applicant's performance and use of funds under a previous award under any Department program; and

(3) Concerning the applicant's failure under any Department program to submit a performance report or its submission of a performance report of unacceptable quality.

Before making awards, Department staff will screen applications submitted in accordance with the requirements in this notice to determine whether applications have met eligibility and other requirements, including whether an application may fail to meet the ''General Terms and Conditions'' applicable to awarded funds referenced elsewhere within this notice. This screening process may occur at various stages of the review and selection process. Applicants that are determined to be ineligible will not receive a grant, regardless of the whether the application was included in the peer review process. Applications not selected for funding will be informed of the Secretary's decision in accordance with 34 CFR 75.218.

Peer reviewers will read, prepare a written evaluation of, and score the assigned applications, using the selection criteria provided in this notice.

3. *In General:* In accordance with the Office of Management and Budget's guidance located at 2 CFR part 200, all applicable Federal laws and regulations, and relevant Executive guidance, the Department will review and consider applications for funding pursuant to this notice inviting applications in accordance with:

(a) Selecting recipients most likely to be successful in delivering results based on the program objectives through an objective process of evaluating Federal award applications (2 CFR 200.205);

(b) Prohibiting the purchase of certain telecommunication and video surveillance services or equipment in alignment with section 889 of the National Defense Authorization Act of 2019 (Pub. L. 115–232) (2 CFR 200.216);

(c) Providing a preference, to the extent permitted by law, to maximize use of goods, products, and materials produced in the United States (2 CFR 200.322); and

(d) Terminating agreements in whole or in part pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals and agency priorities (2 CFR 200.340).

**VI. Award Administration Information**

1. *General terms and conditions:* If you are awarded a grant under this competition, you must ensure and may be required to demonstrate that federal funds will not be used under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that a grantee uses grant funds for such unallowable activities, the Department may take appropriate enforcement action including under section 451 of the General Education Provisions Act

(GEPA), including the potential recovery of funds under section 452 of GEPA, or may pursue termination under 2 CFR 200.340. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

2. *Open Licensing Requirements:* Unless an exception applies, if you are awarded a grant under this competition, you will be required to openly license to the public grant deliverables created in whole, or in part, with Department grant funds. See the Common Instructions for additional information.

3. *Performance Measures:* For the purpose of Department reporting under 34 CFR 75.110, the Department has established a set of performance measures (as defined in this notice) for the Mid-phase grants.

*Annual performance measures:* (1) The percentage of grantees that reach their annual target number of students as specified in the application; (2) the percentage of grantees that reach their annual target number of high-need students as specified in the application; (3) the percentage of grantees with ongoing well-designed and independent evaluations that will provide evidence of their effectiveness at improving student outcomes in multiple contexts; (4) the percentage of grantees that implement an evaluation that provides information about the key practices and the approach of the project so as to facilitate replication; (5) the percentage of grantees that implement an evaluation that provides information on the cost-effectiveness of the key practices to identify potential obstacles and success factors to scaling; and (6) the cost per student served by the grant.

*Cumulative performance measures:* (1) The percentage of grantees that reach the targeted number of students specified in the application; (2) the percentage of grantees that reach the targeted number of high-need students specified in the application; (3) the percentage of grantees that complete a well-designed, well-implemented, and independent evaluation that provides evidence of their effectiveness at improving student outcomes at scale; (4) the percentage of grantees that complete a well-designed, well-implemented, and independent evaluation that provides information about the key elements and the approach of the project so as to facilitate replication or testing in other settings; (5) the percentage of grantees with a completed evaluation that provides information on the cost-effectiveness of the key practices to

identify potential obstacles and success factors to scaling; and (6) the cost per student served by the grant.

*Data collection and reporting:* (1) The data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data; and (2) the applicant's capacity to collect and report the quality of the performance data, as evidenced by quality data collection, analysis, and reporting in other projects or research.

*Project-Specific Performance Measures:* Applicants must propose project-specific performance measures and performance targets (both as defined in this notice) consistent with the objectives of the proposed project. Applications must provide the following information as directed under 34 CFR 75.110(b) and (c):

(1) Project-specific performance measures. How each proposed project-specific performance measure would: accurately measure the performance of the project; be consistent with the program performance measures established under this notice; and be used to inform continuous improvement of the project.

(2) Baseline (as defined in this notice) data. (i) Why each proposed baseline is valid and reliable, including an assessment of the quality data used to establish the baseline; or (ii) if the applicant has determined that there are no established baseline data for a particular performance measure, an explanation of why there is no established baseline and of how and when, during the project period, the applicant would establish a valid baseline for the performance measure.

(3) Performance targets. Why each proposed performance target is ambitious yet achievable compared to the baseline for the performance measure and when, during the project period, the applicant would meet the performance target(s).

All grantees must submit an annual performance report with information that is responsive to these performance measures.

**Hayley B. Sanon,**

*Principal Deputy Assistant Secretary and Acting Assistant Secretary, Office of Elementary and Secondary Education.*

[FR Doc. 2025–17670 Filed 9–11–25; 8:45 am]

**BILLING CODE 4000–01–P**

## DEPARTMENT OF EDUCATION

### Applications for New Awards; Education Innovation and Research (EIR) Program Expansion Grants

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

**ACTION:** Notice.

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting applications for fiscal year (FY) 2025 for the EIR program Expansion Grants (Expansion Grants).

**DATES:**

*Applications Available:* September 12, 2025.

*Deadline for Transmittal of Applications:* October 14, 2025.

*Deadline for Intergovernmental Review:* December 11, 2025.

*Pre-Application Information:* The Department will post additional competition information for prospective applicants on the EIR program website: *https://www.ed.gov/grants-and-programs/grants-special-populations/ grants-economically-disadvantaged-students/education-innovation-and-research.*

**ADDRESSES:** For the addresses for obtaining and submitting an application, please refer to our Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on August 29, 2025 (90 FR 42234), and available at *https:// www.federalregister.gov/documents/ 2025/08/29/2025-16571/common-instructions-and-information-for-applicants-to-department-of-education-discretionary-grant.*

**FOR FURTHER INFORMATION CONTACT:** Dr. Sonji Jones-Manson, U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202–5900. Telephone: 202–987–1753. Email: *eir@ ed.gov.*

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:**

**Full Text of Announcement**

**I. Funding Opportunity Description**

*Purpose of Program:* The EIR program, established under section 4611 of the Elementary and Secondary Education Act of 1965, as amended (ESEA), provides funding to create, develop, implement, replicate, or take to scale entrepreneurial, evidence-based (as defined in this notice), field-initiated innovations to improve student

(GEPA), including the potential recovery of funds under section 452 of GEPA, or may pursue termination under 2 CFR 200.340. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

2. *Open Licensing Requirements:* Unless an exception applies, if you are awarded a grant under this competition, you will be required to openly license to the public grant deliverables created in whole, or in part, with Department grant funds. See the Common Instructions for additional information.

3. *Performance Measures:* For the purpose of Department reporting under 34 CFR 75.110, the Department has established a set of performance measures (as defined in this notice) for the Mid-phase grants.

*Annual performance measures:* (1) The percentage of grantees that reach their annual target number of students as specified in the application; (2) the percentage of grantees that reach their annual target number of high-need students as specified in the application; (3) the percentage of grantees with ongoing well-designed and independent evaluations that will provide evidence of their effectiveness at improving student outcomes in multiple contexts; (4) the percentage of grantees that implement an evaluation that provides information about the key practices and the approach of the project so as to facilitate replication; (5) the percentage of grantees that implement an evaluation that provides information on the cost-effectiveness of the key practices to identify potential obstacles and success factors to scaling; and (6) the cost per student served by the grant.

*Cumulative performance measures:* (1) The percentage of grantees that reach the targeted number of students specified in the application; (2) the percentage of grantees that reach the targeted number of high-need students specified in the application; (3) the percentage of grantees that complete a well-designed, well-implemented, and independent evaluation that provides evidence of their effectiveness at improving student outcomes at scale; (4) the percentage of grantees that complete a well-designed, well-implemented, and independent evaluation that provides information about the key elements and the approach of the project so as to facilitate replication or testing in other settings; (5) the percentage of grantees with a completed evaluation that provides information on the cost-effectiveness of the key practices to

identify potential obstacles and success factors to scaling; and (6) the cost per student served by the grant.

*Data collection and reporting:* (1) The data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data; and (2) the applicant's capacity to collect and report the quality of the performance data, as evidenced by quality data collection, analysis, and reporting in other projects or research.

*Project-Specific Performance Measures:* Applicants must propose project-specific performance measures and performance targets (both as defined in this notice) consistent with the objectives of the proposed project. Applications must provide the following information as directed under 34 CFR 75.110(b) and (c):

(1) Project-specific performance measures. How each proposed project-specific performance measure would: accurately measure the performance of the project; be consistent with the program performance measures established under this notice; and be used to inform continuous improvement of the project.

(2) Baseline (as defined in this notice) data. (i) Why each proposed baseline is valid and reliable, including an assessment of the quality data used to establish the baseline; or (ii) if the applicant has determined that there are no established baseline data for a particular performance measure, an explanation of why there is no established baseline and of how and when, during the project period, the applicant would establish a valid baseline for the performance measure.

(3) Performance targets. Why each proposed performance target is ambitious yet achievable compared to the baseline for the performance measure and when, during the project period, the applicant would meet the performance target(s).

All grantees must submit an annual performance report with information that is responsive to these performance measures.

**Hayley B. Sanon,**

*Principal Deputy Assistant Secretary and Acting Assistant Secretary, Office of Elementary and Secondary Education.*

[FR Doc. 2025–17670 Filed 9–11–25; 8:45 am]

**BILLING CODE 4000–01–P**

# DEPARTMENT OF EDUCATION

## Applications for New Awards; Education Innovation and Research (EIR) Program Expansion Grants

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

**ACTION:** Notice.

---

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting applications for fiscal year (FY) 2025 for the EIR program Expansion Grants (Expansion Grants).

**DATES:**

*Applications Available:* September 12, 2025.

*Deadline for Transmittal of Applications:* October 14, 2025.

*Deadline for Intergovernmental Review:* December 11, 2025.

*Pre-Application Information:* The Department will post additional competition information for prospective applicants on the EIR program website: *https://www.ed.gov/grants-and-programs/grants-special-populations/grants-economically-disadvantaged-students/education-innovation-and-research.*

**ADDRESSES:** For the addresses for obtaining and submitting an application, please refer to our Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on August 29, 2025 (90 FR 42234), and available at *https://www.federalregister.gov/documents/2025/08/29/2025-16571/common-instructions-and-information-for-applicants-to-department-of-education-discretionary-grant.*

**FOR FURTHER INFORMATION CONTACT:** Dr. Sonji Jones-Manson, U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202–5900. Telephone: 202–987–1753. Email: *eir@ed.gov.*

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:**

**Full Text of Announcement**

**I. Funding Opportunity Description**

*Purpose of Program:* The EIR program, established under section 4611 of the Elementary and Secondary Education Act of 1965, as amended (ESEA), provides funding to create, develop, implement, replicate, or take to scale entrepreneurial, evidence-based (as defined in this notice), field-initiated innovations to improve student

achievement and attainment for high-need students; and to rigorously evaluate such innovations.

This notice invites applications for Expansion grants only. The notice inviting applications for Mid-phase grants within the EIR program is published elsewhere in this issue of the **Federal Register**. The Department does not intend to offer an Early-phase competition, yet may fund high-scoring, unfunded applicants from any of the FY 2024 EIR Competitions.

*Assistance Listing Number:* 84.411A.
*OMB Control Number:* 1894–0006.

*Background*

Expansion grants are supported by strong evidence for at least one population and setting, and grantees are encouraged to implement at the national level (as defined in this notice). Expansion grants provide funding for the implementation and rigorous evaluation (as defined in this notice) of a program that has been found to produce sizable, significant impacts under a Mid-phase grant or other effort meeting similar criteria, for the purposes of (a) determining whether such impacts can be successfully reproduced and sustained over time, and (b) identifying the conditions in which the program is most effective.

All EIR applicants and grantees should also indicate how they will develop their organizational capacity, project financing, and business plans to sustain their projects and continue implementation and adaptation after Federal funding ends.

Expansion grant projects scale practices that have prior evidence of effectiveness to improve outcomes for high-need students. They implement and rigorously evaluate the replication of an intervention that has been found to produce sizable, important impact and effectiveness, including cost considerations such as economies of scale, to determine if the impact of the intervention can be successfully reproduces and sustained over time, and the conditions in which the program is most effective. Expansion grant projects are uniquely positioned to help answer critical questions about the process of scaling a practice to the national level across geographies as well as locale types.

Expansion grant applicants design an evaluation that has the potential to meet strong evidence. Expansion grants shall measure the cost—effectiveness of their practices using administrative or other readily available data. These types of efforts are critical to sustaining and scaling EIR-funded effective practices after the EIR grant period ends.

The FY 2025 Expansion competition prioritizes projects that tackle persistent challenges in education through the absolute priority on Promoting Evidence-Based Literacy, aligned with national efforts to improve literacy achievement nationwide. Projects that directly benefit all students, but especially high-need students, through effective literacy instruction, aligned to the science of reading, are strongly encouraged. By focusing on literacy—the foundation of all learning, the Department aims to support scalable solutions that address one of the most urgent academic needs facing schools today.

Further advancing the Department's commitment to restoring excellence and expanding State leadership, applicants may also respond to two competitive preference priorities.

Competitive Preference Priority 1: Returning Education to the States encourages projects that elevate State- and Tribal-led efforts to take the lead in serving the students, families, and educators within their communities.

In addition, Competitive Preference Priority 2: Education Choice (High-Impact Tutoring) supports projects such as those proposing individualized or small-group tutoring programs through innovative delivery models, a proven approach in demonstrating results in helping students accelerate academic progress.[1]

Collectively, these priorities reflect the Department's vision of empowering States to lead, investing in evidence-based strategies, and ensuring that all students have access to high-quality instruction and support. Expansion grants represent a critical opportunity to scale effective strategies and measure impact through proven, locally driven innovation.

*Priorities:* This notice includes one absolute priority and two competitive preference priorities. In accordance with 34 CFR 75.105(b)(2)(ii), the absolute priority is from section 4611(a)(1)(A) of the ESEA and the Supplemental Priorities and Definitions for Discretionary Grants Programs, published in the **Federal Register** on September 9, 2025 (90 FR 43514) (Supplemental Priorities), and the competitive preference priorities are from the Supplemental Priorities.

*Absolute Priority:* For FY 2025 and any subsequent year in which we make awards from the list of unfunded applications from this competition, this

priority is an absolute priority. Under 34 CFR 75.105(c)(3), we consider only applications that meet this priority.

This priority is:
*Field-Initiated Innovations: Promoting Evidence-Based Literacy.*

Projects or proposals to—
(a) Create, develop, implement, replicate, or take to scale entrepreneurial, evidence-based, field-initiated innovations to improve student achievement and attainment for high-need students; and

(b) Advance, increase, or expand evidence-based literacy instruction (as defined in this notice).

*Competitive Preference Priorities:* For FY 2025 and any subsequent year in which we make awards from the list of unfunded applications from this competition, these priorities are competitive preference priorities. Under 34 CFR 75.105(c)(2)(i), we award up to an additional 10 points to an application, depending on how well the application addresses Competitive Preference Priority 1, and up to an additional 5 points to an application, depending on how well the application addresses Competitive Preference Priority 2.

These priorities are:
*Competitive Preference Priority 1: Returning Education to the States (up to 10 points).*

Projects or proposals that will be carried out by one or more of the following entities:
(a) State educational agencies (as defined in 20 U.S.C. 7801(49)),

(b) An Indian Tribe (as defined in 25 U.S.C. 5304(e)), Tribal organization (as defined in 25 U.S.C. 5304(l)), or Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or

(c) Consortia of the entities identified under this priority.

*Competitive Preference Priority 2: Expanding Education Choice (High-Impact Tutoring) (up to 5 points).*

Projects or proposals that will expand access to education services that accelerate learning such as high-impact tutoring.

*Note:* Applicants are encouraged to review the evidence related to education services that accelerate learning, including high-impact tutoring, and to cite the highest-level of evidence supporting their response to the competitive preference priority in their application.

*Definitions:* The following definitions apply to this program. The definitions of ''baseline,'' ''continuous improvement,'' ''evaluation,'' ''evidence-building,'' ''independent evaluation,'' ''logic model,'' ''national level,'' ''nonprofit,'' ''performance measure,'' ''performance

---

[1] Robinson, C.D., & Loeb, S. (2021, May). High-Impact Tutoring: State of the Research and Priorities for Future Learning. *https://nssa.stanford.edu/sites/default/files/Accelerator_Research_Agenda.pdf.*

target,'' ''project component,'' ''quality data,'' ''regional level,'' ''relevant outcome,'' and ''What Works Clearinghouse Handbooks (WWC Handbooks)'' are from 34 CFR 77.1. The definitions of ''evidence-based,'' ''local educational agency,'' and ''State educational agency'' are from section 8101 of the ESEA. The definitions of ''evidenced-based literacy instruction,'' ''evidence framework,'' ''experimental study,'' and ''quasi-experimental design study'' are from the Supplemental Priorities.

*Baseline* means the starting point from which performance is measured and targets are set.

*Continuous improvement* means using plans for collecting and analyzing data about a project component's implementation and outcomes (including the pace and extent to which project outcomes are being met) to inform necessary changes throughout the project. These plans may include strategies to gather ongoing feedback from participants and stakeholders on the implementation of the project component.

*Evaluation* means an assessment using systematic data collection and analysis of one or more programs, policies, practices, and organizations intended to assess their implementation, outcomes, effectiveness, or efficiency.

*Evidence-building* means a systematic plan for identifying and answering questions relevant to programs and policies through performance measurement, exploratory studies, or program evaluation.

*Evidence-based* means an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on strong evidence from at least 1 well-designed and well-implemented experimental study.

*Evidence-based literacy instruction* means literacy instruction that relates to explicit, systematic and intentional instruction in phonological awareness, phonic decoding, oral and sign language, vocabulary, language structure, reading fluency, reading comprehension, and writing; promotes knowledge-rich materials; and is backed by the following, as supported by an evidence framework (as defined in this notice): strong evidence, meaning an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on at least one well-designed and well-implemented experimental study (strong evidence as defined in 20 U.S.C. 7801(21)(A)(i)(I)).

*Evidence framework* means an approach to providing a determination about whether an activity, strategy, or intervention meets each aspect of the definition of strong evidence or moderate evidence (as defined in 20 U.S.C. 7801(21)(A)(i)(I–II)), as applicable.

(a) An evidence framework must include each of the following:

(i) Whether or not a study is an experimental study or quasi-experimental experimental design study;

(ii) Whether or not a study shows a positive, statistically significant effect on student outcomes or other relevant outcomes;

(iii) Whether or not a study uses outcome measures that demonstrate validity and reliability, that do not give an unfair advantage to participants in one condition over another, and that are measured consistently for the groups or participants that are being compared;

(iv) Whether or not a study design is otherwise of high quality, including whether it minimizes factors outside the intervention that could affect student or other relevant outcomes (confounds) and whether random assignment (if used) was done with integrity; and

(v) Whether or not study implementation and analysis is appropriate, including whether groups or participants being compared demonstrate baseline equivalence on key individual and other relevant characteristics, whether differences in baseline equivalence are statistically controlled, and by considering the impact on the validity of the study of any changes to the sample over time.

(b) An evidence framework may be implemented or verified by the Department or peer reviewers with statistical expertise who affirm an applicant's assertion that relevant information is strong evidence or moderate evidence because it is supported by study ratings included in the What Works Clearinghouse in one or more of:

(i) a practice guide;

(ii) an intervention report; or

(iii) individual studies otherwise assessed to meet strong evidence or moderate evidence.

*Experimental study* means a study that is designed to compare outcomes between two groups (such as students) that are otherwise equivalent except for their assignment to a treatment group receiving an activity, strategy, intervention, process, product, practice, or policy as compared with a control group that does not. Experimental studies can support claims of strong evidence. Randomized controlled trials and single-case design studies are specific types of experimental studies that meet this definition.

*Independent evaluation* means an evaluation of a project component that is designed and carried out independently of, but in coordination with, the entities that develop or implement the project component.

*Local educational agency* (LEA) means:

(a) In General. A public board of education or other public authority legally constituted within a State for either administrative control or direction of, or to perform a service function for, public elementary schools or secondary schools in a city, county, township, school district, or other political subdivision of a State, or of or for a combination of school districts or counties that is recognized in a State as an administrative agency for its public elementary schools or secondary schools.

(b) Administrative Control and Direction. The term includes any other public institution or agency having administrative control and direction of a public elementary school or secondary school.

(c) Bureau of Indian Education Schools. The term includes an elementary school or secondary school funded by the Bureau of Indian Education but only to the extent that including the school makes the school eligible for programs for which specific eligibility is not provided to the school in another provision of law and the school does not have a student population that is smaller than the student population of the LEA receiving assistance under the ESEA with the smallest student population, except that the school shall not be subject to the jurisdiction of any SEA (as defined in this notice) other than the Bureau of Indian Education.

(d) Educational Service Agencies. The term includes educational service agencies and consortia of those agencies.

(e) State Educational Agency. The term includes the SEA in a State in which the SEA is the sole educational agency for all public schools.

*Logic model* (also referred to as a theory of action) means a framework that identifies key project components of the proposed project (*i.e.,* the active ''ingredients'' that are hypothesized to be critical to achieving the relevant outcomes) and describes the theoretical and operational relationships among the key project components and relevant outcomes.

*National level* means the level of a project component that is able to be

effective in a wide variety of communities, including rural and urban areas, as well as with different characteristics (such as socioeconomic status, race, ethnicity, gender, disability, language, and migrant status), populations, and settings.

*Nonprofit,* as applied to an agency, organization, or institution, means that it is owned and operated by one or more corporations or associations whose net earnings do not benefit, and cannot lawfully benefit, any private shareholder or entity.

*Performance measure* means any quantitative indicator, statistic, or metric used to gauge program or project performance.

*Performance target* means a level of performance that an applicant would seek to meet during the course of a project or as a result of a project.

*Project component* means an activity, strategy, intervention, process, product, practice, or policy included in a project. Evidence may pertain to an individual project component or to a combination of project components (*e.g.,* training teachers on instructional practices for students who qualify for Title I services and follow-on coaching for these teachers).

*Quality data* encompasses utility, objectivity, and integrity of the information. ''Utility'' refers to how the data will be used, either for its intended use or other uses. ''Objectivity'' refers to data being accurate, complete, reliable, and unbiased. ''Integrity'' refers to the protection of data from being manipulated.

*Quasi-experimental design study* means a study using a design that attempts to approximate an experimental study by identifying a comparison group that is similar to the treatment group in important respects. Cross-sectional group designs, comparative interrupted time series, difference-in-difference designs, and growth curve designs are specific types of quasi-experimental studies that meet this definition. This type of study can meet the definition of moderate evidence but not strong evidence.

*Regional level* means the level of scope or effectiveness of a project component that is able to serve a variety of communities within a State or multiple States, including rural and urban areas, as well as with different groups (such as socioeconomic status, race, ethnicity, gender, disability, language, and migrant status). For an LEA-based project, to be considered a regional-level project, a project component must serve students in more than one LEA, unless the project component is implemented in a State in which the SEA is the sole educational agency for all schools.

*Relevant outcome* means the student outcome(s) or other outcome(s) the key project component is designed to improve, consistent with the specific goals of the program.

*State educational agency* (SEA) means the agency primarily responsible for the State supervision of public elementary schools and secondary schools.

*What Works Clearinghouse Handbooks (WWC Handbooks)* means the standards and procedures set forth in the WWC Procedures and Standards Handbook, Version 5.0, or in the WWC Standards Handbook, Version 4.0 or 4.1, or in the WWC Procedures Handbook, Version 4.0 or 4.1, the WWC Procedures and Standards Handbook, Version 3.0 or Version 2.1 (all incorporated by reference; see § 77.2). Study findings eligible for review under WWC standards can meet WWC standards without reservations, meet WWC standards with reservations, or not meet WWC standards. WWC practice guides and intervention reports include findings from systematic reviews of evidence as described in the WWC Handbooks documentation.

*Program Authority:* 20 U.S.C. 7261.

*Note:* Projects will be awarded and must be operated in a manner consistent with the nondiscrimination requirements contained in Federal civil rights laws.

*Applicable Regulations:* (a) The Education Department General Administrative Regulations in 34 CFR parts 75, 77, 79, 81, 82, 84, 86, 97, 98, and 99. (b) The Office of Management and Budget Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement) in 2 CFR part 180, as adopted and amended as regulations of the Department in 2 CFR part 3485. (c) Guidance for Federal Financial Assistance in 2 CFR part 200, as adopted and amended as regulations of the Department in 2 CFR part 3474.

*Note:* The regulations in 34 CFR part 86 apply to institutions of higher education (IHEs) only.

## II. Award Information

*Type of Award:* Discretionary grants.
*Estimated Available Funds:* $253,000,000.

These estimated available funds are the total available for new awards for both Mid-phase and Expansion competitions and any funding of high-scoring, unfunded applicants from any of the FY 2024 competitions.

Contingent upon the availability of funds and the quality of applications, we may make additional awards in subsequent years from the list of unfunded applications.

*Estimated Average Size of Awards:* Up to $15,000,000.

*Maximum Award:* We will not make an award exceeding $15,000,000 for a project period of 60 months. Under 34 CFR 75.104(b) the Secretary may reject, without consideration or evaluation, any application that proposes a project funding level that exceeds the stated maximum award amount. The Department intends to fund one or more projects under each of the EIR competitions, including Expansion grants (84.411A) and Mid-phase grants (84.411B). Entities may submit applications for different projects for more than one competition (Mid-phase grants and Expansion grants).

*Estimated Number of Awards:* 4–8.
*Note:* The Department is not bound by any estimates in this notice.

*Project Period:* Up to 60 months.
*Note:* Under section 4611(c) of the ESEA, the Department must use at least 25 percent of EIR funds for a fiscal year to make awards to applicants serving rural areas, contingent on receipt of a sufficient number of applications of sufficient quality. For purposes of this competition, we will consider an applicant as rural if the applicant meets the qualifications for rural applicants as described in the *Eligible Applicants* section and the applicant certifies that it meets those qualifications through the application. In implementing this statutory provision and program requirement, the Department may fund high-quality applications from rural applicants out of rank order in the Mid-phase grants competition.

## III. Eligibility Information

1. *Eligible Applicants:*
(a) An LEA;
(b) An SEA;
(c) The Bureau of Indian Education (BIE);
(d) A consortium of SEAs or LEAs;
(e) A nonprofit organization; and
(f) An LEA, an SEA, the BIE, or a consortium described in clause (d), in partnership with—
(1) A nonprofit (as defined in this notice) organization;
(2) A business;
(3) An educational service agency; or
(4) An IHE.

To qualify as a rural applicant under the EIR program, an applicant must meet both of the following requirements:
(a) The applicant is—
(1) An LEA with an urban-centric district locale code of 32, 33, 41, 42, or 43, as determined by the Secretary;
(2) A consortium of such LEAs;

(3) An educational service agency or a nonprofit organization in partnership with such an LEA; or

(4) A grantee described in clause (1) or (2) in partnership with an SEA; and

(b) A majority of the schools to be served by the program are designated with a locale code of 32, 33, 41, 42, or 43, or a combination of such codes, as determined by the Secretary.

*Note:* An applicant that is a nonprofit organization may, under 34 CFR 75.51, demonstrate its nonprofit status by providing: (1) proof that the Internal Revenue Service currently recognizes the applicant as an organization to which contributions are tax deductible under section 501(c)(3) of the Internal Revenue Code; (2) a statement from a State taxing body or the State attorney general certifying that the organization is a nonprofit organization operating within the State and that no part of its net earnings may lawfully benefit any private shareholder or individual; (3) a certified copy of the applicant's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the applicant; or (4) any item described above if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the applicant is a local nonprofit affiliate.

In addition, with respect to IHEs and their affiliates, the following entities may apply for a grant under this competition: (1) As noted above, any IHE that is a partner in an application submitted by an LEA, SEA, BIE, consortium of SEAs or LEAs, or a nonprofit organization; (2) A private IHE that is a nonprofit organization; (3) A nonprofit organization, such as a development foundation, that is affiliated with a public IHE; and (4) A public IHE with 501(c)(3) status. A public IHE without 501(c)(3) status (even if that entity is tax exempt under Section 115 of the Internal Revenue Code or any other State or Federal provision), or that could not provide any other documentation of nonprofit status described above, however, would not qualify as a nonprofit organization, and therefore would not be eligible to apply for and receive an EIR grant.

2. a. *Cost Sharing or Matching:* Under section 4611(d) of the ESEA, each grant recipient must provide, from Federal, State, local, or private sources, an amount equal to 10 percent of funds provided under the grant, which may be provided in cash or through in-kind contributions, to carry out activities supported by the grant. Applicants must include a budget showing their matching contributions to the budget

amount of EIR grant funds and must provide evidence of their matching contributions for the first year of the grant in their grant applications.

Section 4611(d) of the ESEA authorizes the Secretary to waive the matching requirement on a case-by-case basis, upon a showing of exceptional circumstances, such as:

(i) The difficulty of raising matching funds for a program to serve a rural area;

(ii) The difficulty of raising matching funds in areas with a concentration of LEAs or schools with a high percentage of students aged 5 through 17—

(A) Who are in poverty, as counted in the most recent census data approved by the Secretary;

(B) Who are eligible for a free or reduced-price lunch under the Richard B. Russell National School Lunch Act (42 U.S.C. 1751 *et seq.*);

(C) Whose families receive assistance under the State program funded under part A of title IV of the Social Security Act (42 U.S.C. 601 *et seq.*); or

(D) Who are eligible to receive medical assistance under the Medicaid program; and

(iii) The difficulty of raising funds on Tribal land.

An applicant that wishes to apply for a waiver must include a request in its application, describing the exceptional circumstances that make it difficult for the applicant to meet the matching requirement. Further information about applying for waivers can be found in the application package for this competition.

b. *Indirect Cost Rate Information:* This program uses an unrestricted indirect cost rate. For more information regarding indirect costs, or to obtain a negotiated indirect cost rate, please see *http://www.ed.gov/about/ed-offices/ofo#Indirect-Cost-Division.*

c. *Administrative Cost Limitation:* This program does not include any program-specific limitation on administrative expenses. All administrative expenses must be reasonable and necessary and conform to Cost Principles described in 2 CFR part 200 subpart E of the Guidance for Federal Financial Assistance.

3. *Subgrantees:* A grantee under this competition may not award subgrants to entities to directly carry out project activities described in its application.

4. *Other:* a. *Evaluation:* A grantee funded under this competition must conduct an independent evaluation (as defined in 34 CFR 77.1(c)). (see 34 CFR 75.590).

b. *Independent Evaluation Report:* A grantee funded under this competition must make public the final report, including results of any required

independent evaluation and submit the final evaluation to the Education Resources Information Center (ERIC), which is administered by the Institute of Education Sciences. (see 34 CFR 75.590)

c. *High-need students:* The grantee must serve high-need students.

## IV. Application and Submission Information

1. *Application Submission Instructions:* Applicants are required to follow the Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on August 29. 2025 (90 FR 42234), and available at *https:// www.federalregister.gov/documents/ 2025/08/29/2025-16571/common- instructions-and-information-for- applicants-to-department-of-education- discretionary-grant,* which contain requirements and information on how to submit an application.

2. *Intergovernmental Review:* This competition is subject to Executive Order 12372 and the regulations in 34 CFR part 79.

3. *Funding Restrictions:* We reference regulations outlining funding restrictions in the *Applicable Regulations* section of this notice.

4. *Recommended Page Limit:* The application narrative is where you, the applicant, will address the selection criteria that reviewers use to evaluate your application. We recommend that you (1) limit the application narrative for an Expansion grant to no more than 35 pages and (3) use the standards outlined in the Common Instructions.

## V. Application Review Information

1. *Selection Criteria:* The selection criteria for the Mid-phase grants competition are from 34 CFR 75.210. The points assigned to each criterion are indicated in the parentheses next to the criterion.

A. *Significance (up to 15 points).*

The Secretary considers the significance of the proposed project. In determining the significance of the proposed project, the Secretary considers the extent to which the proposed project introduces an innovative approach, such as a modification of an evidence-based project component to serve different populations, an extension of an existing evidence-based project component, a unique composition of various project components to explore combined effects, or development of an emerging project component that needs further testing.

B. *Strategy to Scale (up to 35 points).*

The Secretary considers the applicant's strategy to effectively scale the proposed project for recipients, community members and partners. In determining the applicant's strategy to effectively scale the proposed project, the Secretary considers the following factors:

(1) The extent to which there is unmet demand for broader implementation of the project that is aligned with the proposed level of scale. (up to 10 points)

(2) The feasibility of the management plan to achieve project objectives and goals on time and within budget, including clearly defined responsibilities, timelines, and milestones for accomplishing project tasks. (up to 10 points)

(3) The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project. (up to 5 points)

(4) The quality of the plan to deliver project services more efficiently at scale and maintain effectiveness. (up to 5 points)

(5) The quality of the mechanisms the applicant will use to broadly disseminate information and resources on its project to support further development, adaptation, or replication by other entities to implement project components in additional settings or with other populations. (up to 5 points)

C. *Quality of the Project Design (up to 20 points).*

The Secretary considers the quality of the design of the proposed project. In determining the quality of the design of the proposed project, the Secretary considers the following factors:

(1) The quality of the logic model or other conceptual framework underlying the proposed project, including how inputs are related to outcomes. (up to 15 points)

(2) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified, measurable, and ambitious yet achievable within the project period, and aligned with the purposes of the grant program. (up to 5 points)

D. *Quality of the Project Evaluation or Other Evidence-Building (up to 30 points).*

The Secretary considers the quality of the evaluation or other evidence-building of the proposed project. In determining the quality of the evaluation or other evidence-building, the Secretary considers the following factors:

(1) The extent to which the methods of evaluation will, if well implemented, produce evidence about the effectiveness of the project on relevant outcomes that would meet the What Works Clearinghouse standards without reservations, as described in the What Works Clearinghouse Handbooks. (up to 15 points)

(2) The extent to which the evaluation will provide guidance about effective strategies suitable for replication or testing and potential implementation in other settings. (up to 5 points)

(3) The quality of the evaluation plan for measuring fidelity of implementation, including thresholds for acceptable implementation, to inform how implementation is associated with outcomes. (up to 5 points)

(4) The extent to which the design for implementing and evaluating the proposed project will result in information to guide possible replication of project activities or strategies, including valid and reliable information about the effectiveness of the approach or strategies employed by the project. (up to 5 points)

*Note:* Applicants may wish to review the following technical assistance resources on evaluation: (1) WWC Procedures and Standards Handbooks: *https://ies.ed.gov/ncee/wwc/ Handbooks;* (2) ''Technical Assistance Materials for Conducting Rigorous Impact Evaluations'': *http://ies.ed.gov/ ncee/projects/evaluationTA.asp;* and (3) Institute of Education Sciences/National Center for Education Evaluation and Regional Assistance Technical Methods papers: *http://ies.ed.gov/ncee/tech_ methods/.* In addition, applicants may view an optional webinar recording that was hosted by the Institute of Education Sciences. The webinar focused on more rigorous evaluation designs, discussing strategies for designing and executing experimental studies that meet WWC evidence standards without reservations. This webinar is available at: *https://ies.ed.gov/ncee/wwc/ Multimedia/18.*

2. *Review and Selection Process:* We remind potential applicants that in reviewing applications in any discretionary grant competition, the Secretary may consider, under 34 CFR 75.217, information outside the rank order of applications, including: the information in each application; and any other information—

(1) Relevant to a criterion, priority, or other requirement that applies to the selection of applications for new grants;

(2) Concerning the applicant's performance and use of funds under a previous award under any Department program; and

(3) Concerning the applicant's failure under any Department program to submit a performance report or its submission of a performance report of unacceptable quality.

Before making awards, Department staff will screen applications submitted in accordance with the requirements in this notice to determine whether applications have met eligibility and other requirements, including whether an application may fail to meet the ''General Terms and Conditions'' applicable to awarded funds referenced elsewhere within this notice. This screening process may occur at various stages of the review and selection process. Applicants that are determined to be ineligible will not receive a grant, regardless of the whether the application was included in the peer review process. Applications not selected for funding will be informed of the Secretary's decision in accordance with 34 CFR 75.218.

Peer reviewers will read, prepare a written evaluation of, and score the assigned applications, using the selection criteria provided in this notice.

3. *In General:* In accordance with the Office of Management and Budget's guidance located at 2 CFR part 200, all applicable Federal laws and regulations, and relevant Executive guidance, the Department will review and consider applications for funding pursuant to this notice inviting applications in accordance with:

(a) Selecting recipients most likely to be successful in delivering results based on the program objectives through an objective process of evaluating Federal award applications (2 CFR 200.205);

(b) Prohibiting the purchase of certain telecommunication and video surveillance services or equipment in alignment with section 889 of the National Defense Authorization Act of 2019 (Pub. L. 115–232) (2 CFR 200.216);

(c) Providing a preference, to the extent permitted by law, to maximize use of goods, products, and materials produced in the United States (2 CFR 200.322); and

(d) Terminating agreements in whole or in part pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals and agency priorities (2 CFR 200.340).

**VI. Award Administration Information**

1. *General terms and conditions:* If you are awarded a grant under this competition, you must ensure and may be required to demonstrate that federal funds will not be used under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964

ED01569

(42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable federal law. To the extent that a grantee uses grant funds for such unallowable activities, the Department may take appropriate enforcement action including under section 451 of the General Education Provisions Act (GEPA), including the potential recovery of funds under section 452 of GEPA, or may pursue termination under 2 CFR 200.340. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

2. *Open Licensing Requirements:* Unless an exception applies, if you are awarded a grant under this competition, you will be required to openly license to the public grant deliverables created in whole, or in part, with Department grant funds. See the Common Instructions for additional information.

3. *Performance Measures:* For the purpose of Department reporting under 34 CFR 75.110, the Department has established a set of performance measures (as defined in this notice) for the Mid-phase grants.

*Annual performance measures:* (1) The percentage of grantees that reach their annual target number of students as specified in the application; (2) the percentage of grantees that reach their annual target number of high-need students as specified in the application; (3) the percentage of grantees with ongoing well-designed and independent evaluations that will provide evidence of their effectiveness at improving student outcomes in multiple contexts; (4) the percentage of grantees that implement an evaluation that provides information about the key practices and the approach of the project so as to facilitate replication; (5) the percentage of grantees that implement an evaluation that provides information on the cost-effectiveness of the key practices to identify potential obstacles and success factors to scaling; and (6) the cost per student served by the grant.

*Cumulative performance measures:* (1) The percentage of grantees that reach the targeted number of students

specified in the application; (2) the percentage of grantees that reach the targeted number of high-need students specified in the application; (3) the percentage of grantees that complete a well-designed, well-implemented, and independent evaluation that provides evidence of their effectiveness at improving student outcomes at scale; (4) the percentage of grantees that complete a well-designed, well-implemented, and independent evaluation that provides information about the key elements and the approach of the project so as to facilitate replication or testing in other settings; (5) the percentage of grantees with a completed evaluation that provides information on the cost-effectiveness of the key practices to identify potential obstacles and success factors to scaling; and (6) the cost per student served by the grant.

*Data collection and reporting:* (1) The data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data; and (2) the applicant's capacity to collect and report the quality of the performance data, as evidenced by quality data collection, analysis, and reporting in other projects or research.

*Project-Specific Performance Measures:* Applicants must propose project-specific performance measures and performance targets (both as defined in this notice) consistent with the objectives of the proposed project. Applications must provide the following information as directed under 34 CFR 75.110(b) and (c):

(1) Project-specific performance measures. How each proposed project-specific performance measure would: accurately measure the performance of the project; be consistent with the program performance measures established under this notice; and be used to inform continuous improvement of the project.

(2) Baseline (as defined in this notice) data. (i) Why each proposed baseline is valid and reliable, including an assessment of the quality data used to establish the baseline; or (ii) if the applicant has determined that there are no established baseline data for a particular performance measure, an explanation of why there is no established baseline and of how and when, during the project period, the applicant would establish a valid baseline for the performance measure.

(3) Performance targets. Why each proposed performance target is ambitious yet achievable compared to the baseline for the performance measure and when, during the project

period, the applicant would meet the performance target(s).

All grantees must submit an annual performance report with information that is responsive to these performance measures.

**Hayley B. Sanon,**
*Principal Deputy Assistant Secretary and Acting Assistant Secretary, Office of Elementary and Secondary Education.*

[FR Doc. 2025–17671 Filed 9–11–25; 8:45 am]

**BILLING CODE 4000–01–P**

---

**DEPARTMENT OF ENERGY**

**Federal Energy Regulatory Commission**

**Combined Notice of Filings**

Take notice that the Commission has received the following Natural Gas Pipeline Rate and Refund Report filings:

**Filings Instituting Proceedings**

*Docket Numbers:* RP25–1145–000.
*Applicants:* Piedmont Natural Gas Company, Inc., Spire Inc.
*Description:* Joint Petition for Limited Waiver of Capacity Release Regulations, et al. of Piedmont Natural Gas Company, Inc., et al.
*Filed Date:* 9/8/25.
*Accession Number:* 20250908–5115.
*Comment Date:* 5 p.m. ET 9/22/25.

Any person desiring to intervene, to protest, or to answer a complaint in any of the above proceedings must file in accordance with Rules 211, 214, or 206 of the Commission's Regulations (18 CFR 385.211, 385.214, or 385.206) on or before 5:00 p.m. Eastern time on the specified comment date. Protests may be considered, but intervention is necessary to become a party to the proceeding.

**Filings in Existing Proceedings**

*Docket Numbers:* RP24–744–000.
*Applicants:* Southern Natural Gas Company, L.L.C.
*Description:* Refund Report: SNG Refund Report Filing Associated With Docket Nos. RP24–744, RP24–982, RP25–36 to be effective N/A.
*Filed Date:* 9/9/25.
*Accession Number:* 20250909–5011.
*Comment Date:* 5 p.m. ET 9/22/25.

Any person desiring to protest in any of the above proceedings must file in accordance with Rule 211 of the Commission's Regulations (18 CFR 385.211) on or before 5:00 p.m. Eastern time on the specified comment date.

The filings are accessible in the Commission's eLibrary system (*https://elibrary.ferc.gov/idmws/search/*

# 2025 Call for Peer Reviewers

**EDUCATION INNOVATION AND RESEARCH CALL FOR PEER REVIEWERS**

The U.S. Department of Education (ED) has received Fiscal Year 2025 funding for the Education Innovation and Research (EIR) program. EIR grants support: 1) innovative pre-kindergarten through 12 education projects that have the potential to increase student achievement, particularly among high-need students; and 2) the expansion (or scaling) of education practices that have evidence of effectiveness. For the application review this fall, we are seeking evaluation reviewers, content, and evidence reviewers.

**Evaluation and Evidence Peer Reviewers** with evaluation and research experience, who can review applicants' proposed evaluation plans (typically randomized control trials and quasi-experimental designs) and submitted evidence. Knowledge of What Works Clearinghouse standards is required.

**Content Peer Reviewers** who have direct and significant pre-kindergarten through grade 12 education experience in one or more of the following content areas:

| Rural Education | Literacy* | High-Impact Tutoring |
| --- | --- | --- |

*Related Literacy expertise may include phonological awareness, phonic decoding, oral and sign language, vocabulary, language structure, reading fluency, reading comprehension, and writing.

We are seeking individuals able to review applications by: 1) reading and analyzing applications, 2) discussing ratings with other reviewers, and 3) formalizing scores and written analysis for public posting.

**Examples of Relevant Prior Experience**
- State/district education leaders, school leaders, teachers, foundation officers, university faculty (who work with schools), and researchers;
- Persons with administrative, project management, or other leadership experience who have implemented, sustained, expanded, and disseminated innovative school projects;
- Professionals with wide-ranging experience informing an ability to distinguish varying merits of innovative and potentially promising project ideas;
- Excellent writers, good critical thinkers, and reflective individuals open to feedback from others;
- Individuals with scheduling flexibilities who can commit to completing tasks in a timely manner; and
- Former grant reviewers or grantees for education programs.

**Reviewer Application and Selection Process**
- **To apply as a reviewer, send your resume (maximum of 2 pages) to eir@ed.gov.**

ED01571

# 2025 Call for Peer Reviewers

- Reviewers who are selected to participate will be contacted by the EIR team and or EIR Contractor and asked for additional contact information, availability, and potential conflicts of interest. Those not selected will remain in the EIR reviewer pool for future competitions.

- If selected, register and submit a PDF-version resume in G5 (www.g5.gov). For support, consult the PowerPoint instructions or contact edcaps.user@ed.gov or 1-888-336-8930.

- The Department solicits reviewers without regard to race, color, national origin, gender, age, or disability. The Department will provide reasonable accommodation for an individual with a disability, so that the individual is able to participate in the review process.

**Conflict of Interest**

You are **not** eligible to be a reviewer if you apply to any of the EIR competitions in FY 2025, if you will be involved in the preparation of a grant application, or if you would stand to benefit from an application that were to receive funding in this new competition.

You **are** eligible if you are a current or past EIR or i3 grantee and are not submitting a new application under the EIR competition.

**Responsibilities/Payment**

- Please review the tentative schedule against work professional and personal calendars to determine availability. If selected, you will be contacted to confirm availability for each panel sections; reviewers may serve on multiple sections.

| Panel Section | Type of Reviewer | Timeframe |
|---|---|---|
| Mid-phase and Expansion | Evaluation, Content, and Evidence | October-November |

- You will be expected to:
    1. participate in one 90-minute training and introductory video calls;
    2. read, review, and evaluate approximately 8-10 applications (25-35 pages of narrative as well as appendices);
    3. participate in approximately 4-6 panel calls (each several hours in length);
    4. complete written evaluations of applications based on the selection criteria;
    5. revise your reviews after panel discussion and facilitator feedback; and
    6. submit reviews in ED's online G5 system.
- Payment will be $500 per application (approximately $4,000-$5,000 total) after successful completion of all required tasks.

**Program Information**

Visit the EIR program website for additional information about the grant program. Please direct all questions to eir@ed.gov.

ED01572

# 2025 Call for Peer Reviewers

ED01573

# Education Innovation and Research (EIR)
# FY 2025
# Grant Competition 101

These slides are for informational purposes only. Please refer to the official Notices as they are published in the *Federal Register*.

ED01574

Note: Projects will be awarded and must be operated in a manner consistent with the nondiscrimination requirements contained in Federal civil rights laws.

Department staff will screen applications submitted in accordance with the requirements in the NIA to determine whether applications have met eligibility and other requirements, including whether an application may fail to meet the "General Terms and Conditions" applicable to awarded funds referenced within the NIA .

If you are awarded a grant under this competition, language will be added to the Grant Award Notification (GAN) regarding compliance with these general terms and conditions.

ED01575

## As it relates to identifying, defining and/or describing your project's high-need population(s), please take note of the following additional guidance:

"Prohibition on Protected Characteristics as Criteria: Using race, sex, or other protected characteristics for employment, program participation, resource allocation, or other similar activities, opportunities, or benefits, is unlawful, except in rare cases where such discrimination satisfies the relevant level of judicial scrutiny."

"Unlawful Proxy Discrimination: Facially neutral criteria (e.g., "cultural competence," "lived experience," geographic targeting) that function as proxies for protected characteristics violate federal law if designed or applied with the intention of advantaging or disadvantaging individuals based on protected characteristics."

(2025, July 29). Guidance for Recipients of Federal Funding Regarding Unlawful. U.S. Department of Justice. https://www.justice.gov/ag/media/1409486/dl?inline=&utm_medium=email&utm_source=govdelivery.

ED01576

# What is the **E**ducation **I**nnovation and **R**esearch (EIR) program?

ED01577

EIR was created to support the exploration of INNOVATIVE approaches to addressing persistent challenges facing K-12 education in the United States in a way that other educators can build upon.

The Education Innovation and Research (EIR) program was established under section 4611 of the Elementary and Secondary Education Act (ESEA), as amended by Every Student Succeeds Act (ESSA).

ED01578

# Discovering Your Innovative Concept:

# Is your "innovative" idea being done?

 What practice/program already exists to address the issue I'm focused on?

 Could it work a bit differently?

 Is there some way to make an innovative change that would be pivotal in adding to the existing practice/program to make it unique or more effective?

 How could an innovation help the program/practice work for another group of students (e.g. older, differently abled, in a different geographical setting)?

ED01579

# Discovering Your Innovative Concept:
# Is there enough evidence to support your Innovative Idea?



- Is there at the very least a logic model or theory change to support my innovation?

- If not, what evidence can I find to support the development of one?

- Would an evaluation of the innovation help advance educational research and practice?

- Does my innovation offer a solution to a significant need that exists widely in the education field?

- How can my innovation be tested for replicability or scalability?

ED01580

# The GOAL of Education Innovation and Research (EIR) Program is to provide funding to enable eligible applicants to:

 1) Create, develop, implement, replicate, or scale-up entrepreneurial innovations which are evidence-based and field-initiated, and

 2) Rigorously evaluate such innovations.

ED01581







**EXPLORE** new ways of addressing persistent challenges that other educators can build upon.

**SUSTAIN, REPLICATE AND SCALE** successful evidence-based practices in new schools, districts, and States, while addressing the barriers to scale, like cost-effectiveness and implementation fidelity.

**BUILD THE EVIDENCE** based on effective educational practices to improve achievement for high-needs students.

## USING AND BUILDING EVIDENCE

ED01582

# How does the EIR program meet its goal of supporting high-need students?

ED01583

# The (EIR) Program Office

Runs a competitive grant application process that awards discretionary grants (grants evaluated based on merit and available funding) to eligible applicants.

Proposed projects must:

- Serve high-need students

- Be evidence-based

- Include an independent evaluation of the effectiveness of its project

ED01584

# There are 3 Types of EIR Grants

- EIR grants are designed in a tiered structure. The tiers are differentiated by the level of evidence required to support the ability of the project to produce the proposed project outcomes.

  - **Early-Phase Grants**
  - **Mid-Phase Grants**
  - **Expansion Grants**

- Funding levels are linked to the evidence requirement.

- It is hoped that the awarded projects will build evidence to advance through EIR's grant tiers in future competitions.

ED01585

# Common Elements of EIR Grants

**Target** high need students;

**Build** the knowledge base of effective practices;

**Evaluate** projects to measure the impact of the innovation with new populations and in new settings. Identify the core element for replication and examine the cost-effectiveness.

ED01586

# Mid-Phase Grants

**A MODERATE LEVEL OF EVIDENCE EXISTS** to support the project.

**SCALES AN EXISTING INNOVATIVE PRACTICE** to regional or national level to increase understanding about the context in which practices are most effective and cost-effective.

NOTE: The samples used in the evidence provided should overlap with the population OR setting targeted in your application.

ED01587

# Expansion Grants

**There EXISTS STRONG EVIDENCE** to support the project.

**SCALE INNOVATIVE PRACTICES** to regional or national level to increase understanding about context in which practices are most effective and cost-effective.

NOTE: Samples used in the evidence provided should overlap with the population AND setting targeted in your application.

ED01588

# A TIERED EVIDENCE GRANT PROGRAM

| | **Mid-phase** | **Expansion** |
| --- | --- | --- |
| **Level of Innovation/ Scale** | Refines innovative education practices at a regional or national scale | Scales innovative education practices nationally |
| **Evidence** | **Moderate Evidence** | **Strong Evidence** |
| **Grant Amount** | Up to $10 Million | Up to $15 million |
| **Anticipated Award** | 8-15 awards | 4-8 awards |

ED01589

# What is evidence?

ED01590

# Each EIR tier requires a difference level of **evidence** to support the proposed projects.

**"Moderate" (mid-phase grant requirement)** evidence from at least one well designed and well implemented quasi-experimental study;

**"Strong" (expansion grant requirement)** evidence from at least one well designed and well implemented experimental study.

The definition for evidence can be found in section 34 CFR 77.1 in the Code of Federal Regulations available at the embedded link.

ED01591

# Who is eligible to apply for an EIR grant?

ED01592

# **ELIGIBLE** APPLICANTS

*An LEA includes a public charter school that operates as an LEA, Bureau of Indian Education schools, and education service agencies (refer to every student succeeds act section 8101(30)).*

**A public institute of higher education (IHE) that has 501(c)(3) status would also qualify as a nonprofit organization.**

A local educational agency (LEA);*

A State educational agency (SEA);

The Bureau of Indian Education (BIE);

A consortium of SEAs or LEAs;

A nonprofit organization**

ED01593

# What qualifies as an eligible consortium?

A single SEA, a single LEA, a consortium of SEAs/LEAs (as described in (d) of the NIA) or a BIE, in partnership with:

- A nonprofit organization;
- A business;
- An educational service agency; or
- An institution of higher education.

ED01594

# APPLICANTS THAT ARE **NOT** ELIGIBLE

**INDIVIDUALS**

**FOR PROFIT ORGANIZATIONS (LLCs, S and Corps)**

An IHE **without** 501(c)(3) status (even if that entity is tax exempt under Section 115 of the Internal Revenue Code or any other State or Federal provision)  OR that **could not provide** any other documentation  described in 34 CFR 75.51(b).

ED01595

# Funds Reserved for Rural Applicants

Under section 4611(c) of the ESEA, the Department must use at least 25% of EIR funds for a fiscal year to make awards to applicants serving rural areas, contingent on receipt of a sufficient number of applications of sufficient quality.

ED01596

# Funds Reserved for Rural Applicants

To qualify as a rural applicant, **TWO** requirements must be met:

**The applicant is:**

i.   An LEA with an urban-centric district local code of 32, 33, 41, 42 or 43, as determined by the Secretary

ii.  A consortium of such LEAs;

iii. An educational service agency or a nonprofit organization in partnership with such an LEA; or

iv.  A grantee described in the first two bullets in partnership with an SEA;

AND…

ED01597

# Funds Reserved for Rural Applicants

To qualify as a rural applicant, **TWO** requirements must be met:

**B. The applicant –**

The majority of the schools to be served by the program are designated with a locale code of 32, 33, 41, 42, or 43, or a combination of such codes, as determined by the Secretary.

ED01598

# Resources and Supports

ED01599

# PREPARE TO SUBMIT A STRONG APPLICATION

## EXPLORE EVIDENCE AND PROJECT IDEAS:

- What Works Clearinghouse

- EIR website: application narratives and completed evaluations for previously funded grants
- Other Department of Education Sources:
    - ERIC, National Library of Education, IES Regional Education Labs, IES Research Centers, Google Scholar

## STAY CONNECTED:

- Federal Register Announcements

- Grants.gov

TIP: Key terms for notifications:

- Mid-phase CFDA: 84.411B

- Expansion CFDA: 84.411A

ED01600

# Questions?

Contact us at
[eir@ed.gov](mailto:eir@ed.gov)

ED01601

# Thank you



The EIR Grants Competition Team



EIR@ED.GOV



FY 2025 <u>Competition</u> - Office of Elementary and Secondary Education

ED01602

Updated September 2025

**EIR Mid-phase Grant Applicants – Absolute Priority (Field-Initiated Innovations:
Promoting Evidence-Based Literacy)
Evidence Standards Checklist**

This **Evidence Requirements Checklist** is intended to help applicants determine what studies to include on the **Evidence Form** with their application for the purposes of meeting the evidence requirement. This checklist is a resource and not required in the grant application. As such, the checklist should not be submitted with the application. Applicants can use the checklist as an informal worksheet to understand the evidence criteria used to review studies and learn about additional evidence-related resources available online.

| Factors | Evidence-Based – Requirements |
|---|---|
| Evidence-Based | ☐ 1. Does the study demonstrate a statistically significant effect on improving student outcomes or other relevant outcomes? |
| Study Design- Moderate Evidence | ☐ 2. Did applicant submit at least one study citation of a well-designed and well-implemented quasi-experimental design study? |
| Study Design- Moderate Evidence | ☐ 3. Is the study otherwise of high quality, including whether it minimizes factors outside the intervention that could affect student or other relevant outcomes (confounds) and whether random assignment (if used) was done with integrity? |
| Study Ratings Included in the What Works Clearinghouse | ☐ 4. Is the study supported by study ratings, based on a review completed under What Works Clearinghouse (WWC) standards 2.1, 3.0, 4.0, 4.1, or 5.0, included in the WWC in one or more of:<br>☐ A practice guide;<br>☐ An intervention report; or<br>☐ Individual studies otherwise assessed to meet strong evidence or moderate evidence? |
| Study Impact and Analysis | ☐ 5. Is the study's implementation and analysis appropriate, including whether groups or participants being compared demonstrate baseline equivalence on key individual and other relevant characteristics, whether differences in baseline equivalence are statistically controlled, and by considering the impact on the validity of the study of any changes to the sample over time? |
| Outcome Measures | ☐ 6. Does the study use outcome measures that demonstrate validity and reliability, that do not give an unfair advantage to participants in one condition over another, and that are measured consistently for the groups or participants that are being compared? |
| Evidence-Based Literacy Instruction | ☐ 7. Does the study support literacy instruction that relates to explicit, systematic and intentional instruction in phonological awareness, phonic decoding, oral and sign language, vocabulary, language structure, reading fluency, reading comprehension, and writing; promotes knowledge-rich materials? |
| Sample Overlap (related to Relevant Outcome) | ☐ 8. Was the relevant finding in the study based on a sample that is **similar to the applicant's proposed target population(s)**? –*AND*–<br>☐ 9. Was the relevant finding in the study based on sites **similar to the applicant's proposed setting(s)**? |

ED01603

Updated September 2025

## RELATED RESOURCES

### Definitions from the Notice Inviting Applications

*Evidence-based* means an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on—
(i) Strong evidence from at least 1 well-designed and well-implemented experimental study; or
(ii) Moderate evidence from at least 1 well-designed
and well-implemented quasi-experimental study.

*Evidence-based literacy instruction* means literacy instruction that relates to explicit, systematic and intentional instruction in phonological awareness, phonic decoding, oral and sign language, vocabulary, language structure, reading fluency, reading comprehension, and writing; promotes knowledge-rich materials; and is backed by one or more of the following, as supported by an evidence framework (as defined in this notice):
(a) strong evidence, meaning an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on at least one well-designed and well-implemented experimental study (strong evidence as defined in 20 U.S.C. 7801(21)(A)(i)(I)) or
(b) moderate evidence, meaning an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on at least one well-designed and well-implemented quasi-experimental study (moderate evidence as defined in 20 U.S.C. 7801(21)(A)(i)(II)).

*Evidence framework* means an approach to providing a determination about whether an activity, strategy, or intervention meets each aspect of the definition of strong evidence or moderate evidence (as defined in 20 U.S.C. 7801(21)(A)(i)(I-II)), as applicable.
(a) An evidence framework must include each of the following:
(i) Whether or not a study is an experimental study or quasi-experimental experimental design study;
(ii) Whether or not a study shows a positive, statistically significant effect on student outcomes or other relevant outcomes;
(iii) Whether or not a study uses outcome measures that demonstrate validity and reliability, that do not give an unfair advantage to participants in one condition over another, and that are measured consistently for the groups or participants that are being compared;
(iv) Whether or not a study design is otherwise of high quality, including whether it minimizes factors outside the intervention that could affect student or other relevant outcomes (confounds) and whether random assignment (if used) was done with integrity; and
(v) Whether or not study implementation and analysis is appropriate, including whether groups or participants being compared demonstrate baseline equivalence on key individual and other relevant characteristics, whether differences in baseline equivalence are statistically controlled, and by considering the impact on the validity of the study of any changes to the sample over time.
(b) An evidence framework may be implemented or verified by the Department or peer reviewers with statistical expertise who affirm an applicant's assertion that relevant information is strong evidence or moderate evidence because it is supported by study ratings included in the What Works Clearinghouse in one or more of:
(i) a practice guide;
(ii) an intervention report; or

2

ED01604

Updated September 2025

(iii) individual studies otherwise assessed to meet strong evidence or moderate evidence.

**What Works Clearinghouse**

Applicants can access online learning resources about evidence of effectiveness for education interventions through the Institute of Education Sciences' What Works Clearinghouse (WWC) website. The WWC has released numerous reviews of evidence, disseminated through intervention reports, practice guides, and single study reviews. The WWC also offers a wide range of information about the criteria they use to assess and characterize evidence of effectiveness for education interventions. These resources include tutorials and webinars that help introduce you to the WWC website, features such as "Finding What Works," "Practice Guide Level of Evidence," and "Introduction to WWC Reviews of Individual Studies Database."

- WWC Main Website: https://ies.ed.gov/ncee/wwc/
- WWC Reviews of Individual Studies Database: https://ies.ed.gov/ncee/wwc/ReviewedStudies
- WWC Intervention Reports: https://ies.ed.gov/ncee/wwc/AllInterventionReports
- WWC Practice Guides: https://ies.ed.gov/ncee/wwc/PracticeGuides
- WWC Handbooks and Related Resources:  https://ies.ed.gov/ncee/wwc/Handbooks
- WWC Tutorials: https://ies.ed.gov/ncee/wwc/Resources

**Logic Models**

A logic model is intended to display the relationship between project components, such as academic services and supports, and the outcomes of the targeted populations. The following resources on logic models, developed through the Institute of Education Sciences' Regional Educational Laboratory (REL) program, are available online.

- **REL Pacific** - Logic models: A tool for effective program planning, collaboration, and monitoring https://ies.ed.gov/ncee/rel/regions/pacific/pdf/LogicModelsELM_effectiveProgramPlanning.pdf
- **EL NEI** - Logic models for program design, implementation, and evaluation: Workshop toolkit https://ies.ed.gov/ncee/rel/Products/Region/northeast/Publication/3670
- **Kellogg Foundation** - Logic Model Development Guide https://wkkf.issuelab.org/resource/logic-model-development-guide.html
- **Univ of Wisconsin** - Enhancing program performance with logic models https://fyi.extension.wisc.edu/programdevelopment/files/2016/03/lmcourseall.pdf
  **Community Toolbox** – Developing a Logic Model or Theory of Change
- https://ctb.ku.edu/en/table-of-contents/overview/models-for-community-health-and-development/logic-model-development/example

ED01605

Update September 2025

**EIR Expansion Grant Applicants – Absolute Priority (Field-Initiated Innovations: Promoting Evidence-Based Literacy)**
**Evidence Standards Checklist**

This **Evidence Requirements Checklist** is intended to help applicants determine what studies to include on the **Evidence Form** with their application for the purposes of meeting the evidence requirement. This checklist is a resource and not required in the grant application. As such, the checklist should not be submitted with the application. Applicants can use the checklist as an informal worksheet to understand the evidence criteria used to review studies and learn about additional evidence-related resources available online.

| Factors | Strong Evidence – Requirements |
|---|---|
| Evidence-Based | ☐ 1. Does the study demonstrate a statistically significant effect on improving student outcomes or other relevant outcomes? |
| Study Design- Moderate Evidence | ☐ 2. Did applicant submit at least one study citation of a well-designed and well-implemented quasi-experimental design study? |
| Study Design- Strong Evidence | ☐ 3. Is the study otherwise of high quality, from at least one well-designed and well-implemented experimental study, including whether it minimizes factors outside the intervention that could affect student or other relevant outcomes (confounds) and whether random assignment (if used) was done with integrity? |
| Study Ratings Included in the What Works Clearinghouse | ☐ 4. Is the study supported by study ratings, based on a review completed under What Works Clearinghouse (WWC) standards 2.1, 3.0, 4.0, 4.1, or 5.0, included in the WWC in one or more of:<br>☐ A practice guide;<br>☐ An intervention report; or<br>☐ Individual studies otherwise assessed to meet strong evidence or moderate evidence? |
| Study Impact and Analysis | ☐ 5. Is the study's implementation and analysis appropriate, including whether groups or participants being compared demonstrate baseline equivalence on key individual and other relevant characteristics, whether differences in baseline equivalence are statistically controlled, and by considering the impact on the validity of the study of any changes to the sample over time? |
| Outcome Measures | ☐ 6. Does the study use outcome measures that demonstrate validity and reliability, that do not give an unfair advantage to participants in one condition over another, and that are measured consistently for the groups or participants that are being compared? |
| Evidence-Based Literacy Instruction | ☐ 7. Does the study support literacy instruction that relates to explicit, systematic and intentional instruction in phonological awareness, phonic decoding, oral and sign language, vocabulary, language structure, reading fluency, reading comprehension, and writing; promotes knowledge-rich materials? |
| Sample Overlap (related to Relevant Outcome) | ☐ 8. Was the relevant finding in the study based on a sample that is **similar to the applicant's proposed target population(s)**? *–AND–*<br>☐ 9. Was the relevant finding in the study based on sites **similar to the applicant's proposed setting(s)**? |

ED01606

Update September 2025

## RELATED RESOURCES

**Definitions from the Notice Inviting Applications**

*Evidence-based* means an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on—
(i) Strong evidence from at least 1 well-designed and well-implemented experimental study; or
(ii) Moderate evidence from at least 1 well-designed
and well-implemented quasi-experimental study.

*Evidence-based literacy instruction* means literacy instruction that relates to explicit, systematic and intentional instruction in phonological awareness, phonic decoding, oral and sign language, vocabulary, language structure, reading fluency, reading comprehension, and writing; promotes knowledge-rich materials; and is backed by one or more of the following, as supported by an evidence framework (as defined in this notice):
(a) strong evidence, meaning an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on at least one well-designed and well-implemented experimental study (strong evidence as defined in 20 U.S.C. 7801(21)(A)(i)(I)) or
(b) moderate evidence, meaning an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on at least one well-designed and well-implemented quasi-experimental study (moderate evidence as defined in 20 U.S.C. 7801(21)(A)(i)(II)).

*Evidence framework* means an approach to providing a determination about whether an activity, strategy, or intervention meets each aspect of the definition of strong evidence or moderate evidence (as defined in 20 U.S.C. 7801(21)(A)(i)(I-II)), as applicable.
(a) An evidence framework must include each of the following:
(i) Whether or not a study is an experimental study or quasi-experimental experimental design study;
(ii) Whether or not a study shows a positive, statistically significant effect on student outcomes or other relevant outcomes;
(iii) Whether or not a study uses outcome measures that demonstrate validity and reliability, that do not give an unfair advantage to participants in one condition over another, and that are measured consistently for the groups or participants that are being compared;
(iv) Whether or not a study design is otherwise of high quality, including whether it minimizes factors outside the intervention that could affect student or other relevant outcomes (confounds) and whether random assignment (if used) was done with integrity; and
(v) Whether or not study implementation and analysis is appropriate, including whether groups or participants being compared demonstrate baseline equivalence on key individual and other relevant characteristics, whether differences in baseline equivalence are statistically controlled, and by considering the impact on the validity of the study of any changes to the sample over time.
(b) An evidence framework may be implemented or verified by the Department or peer reviewers with statistical expertise who affirm an applicant's assertion that relevant information is strong evidence or moderate evidence because it is supported by study ratings included in the What Works Clearinghouse in one or more of:

ED01607

Update September 2025

(i) a practice guide;
(ii) an intervention report; or
(iii) individual studies otherwise assessed to meet strong evidence or moderate evidence.

**What Works Clearinghouse**
Applicants can access online learning resources about evidence of effectiveness for education interventions through the Institute of Education Sciences' What Works Clearinghouse (WWC) website. The WWC has released numerous reviews of evidence, disseminated through intervention reports, practice guides, and single study reviews. The WWC also offers a wide range of information about the criteria they use to assess and characterize evidence of effectiveness for education interventions. These resources include tutorials and webinars that help introduce you to the WWC website, features such as "Finding What Works," "Practice Guide Level of Evidence," and "Introduction to WWC Reviews of Individual Studies Database."

- WWC Main Website: https://ies.ed.gov/ncee/wwc/
- WWC Reviews of Individual Studies Database: https://ies.ed.gov/ncee/wwc/ReviewedStudies
- WWC Intervention Reports: https://ies.ed.gov/ncee/wwc/AllInterventionReports
- WWC Practice Guides: https://ies.ed.gov/ncee/wwc/PracticeGuides
- WWC Handbooks and Related Resources:  https://ies.ed.gov/ncee/wwc/Handbooks
- WWC Tutorials: https://ies.ed.gov/ncee/wwc/Resources

**Logic Models**
A logic model is intended to display the relationship between project components, such as academic services and supports, and the outcomes of the targeted populations. The following resources on logic models, developed through the Institute of Education Sciences' Regional Educational Laboratory (REL) program, are available online.

- **REL Pacific** - Logic models: A tool for effective program planning, collaboration, and monitoring
- https://ies.ed.gov/ncee/rel/regions/pacific/pdf/LogicModelsELM_effectiveProgramPlanning.pdf
- **EL NEI** - Logic models for program design, implementation, and evaluation: Workshop toolkit
- https://ies.ed.gov/ncee/rel/Products/Region/northeast/Publication/3670
- **Kellogg Foundation** - Logic Model Development Guide
- https://wkkf.issuelab.org/resource/logic-model-development-guide.html
- **Univ of Wisconsin** - Enhancing program performance with logic models
- https://fyi.extension.wisc.edu/programdevelopment/files/2016/03/lmcourseall.pdf
- **Community Toolbox** – Developing a Logic Model or Theory of Change
- https://ctb.ku.edu/en/table-of-contents/overview/models-for-community-health-and-development/logic-model-development/example

ED01608

🇺🇸 An official website of the United States government   Here's how you know

U.S. Department of Education

HOME  /  GRANTS AND PROGRAMS  /  GRANTS FOR SPECIAL POPULATIONS  /  GRANTS FOR ECONOMICALLY DISADVANTAGED STUDENTS

# Education Innovation and Research

**GRANT TYPE**

Discretionary grant

---

**OFFICE**

Office of Elementary and Secondary Education (OESE)

More Grants from OESE >

---

**ALN**

84.411A/B/C

---

**CONTACT**

Sonji Jones-Manson, Ph.D.
eir@ed.gov
(202) 219-1724

**ELIGIBILITY**

- Congressionally Funded/Appointed

**APPLICATION DEADLINE**

10/14/2025 – 11:59 PM EDT

ED01609

APPLICATION STATUS

Closed

| HOME | FY 2025 COMPETITION | ELIGIBILITY AND HISTORICAL EIR COMPETITION APPLICANT INFO | GRANTEE PRESENTATIONS AND PAPERS |

# FY 2025 Education Innovation and Research (EIR) Competitions

**FY 2025 Education Innovation and Research (EIR) Competition**

On September 12, 2025, the U.S. Department of Education published in the Federal Register, the notice inviting applications for the FY 2025 Education Innovation and Research (EIR) program's Mid-phase and Expansion competitions. The deadline for the transmittal of applications is October 14, 2025. The deadline for Intergovernmental Review is December 11, 2025.
Please review the notice inviting applications for Education Innovation and Research (EIR) programs Mid-Phase and Expansion competitions.

**TIMELINE FOR FY 2025 MID-PHASE AND EXPANSION COMPETITIONS**

**Mid-phase**

Applications Available: September 12, 2025
Deadline for Transmittal of Applications: October 14, 2025
Deadline for Intergovernmental Review: December 11, 2025

**Expansion**

Applications Available: September 12, 2025
Deadline for Transmittal of Applicaions: October 14, 2025
Deadline for Intergovernmental Review: December 11, 2025

ED01610

**The following competition-specific Notice includes additional details:**

- Mid Phase
- Expansion

**Application Materials for Mid and Expansion Phase Competitions**

All applications are carefully reviewed under the competition in which they were submitted through the Grants.gov system. Only those applications that meet the established deadline will be eligible for peer review. To ensure that your application is considered for the intended EIR competition, please download the correct EIR package and submit it accordingly. It is important to take the time to carefully review the application requirements before submitting the application.

- Mid-phase Application Package
- Expansion Application Package
- Education Innovation and Research Program Project Abstract
- Education Innovation and Research Program Rural Eligibility Checklist

**Call for FY 2025 Peer Reviewers**

**POTENTIAL APPLICANT RESOURCES**

These following resources are meant to organize key details about the EIR program for preparing an application. If you are planning to apply to EIR, you should read carefully the specific notice inviting applications (NIA) when it is released and application package for the competition to which you are applying. **These resources are for information purposes only, and applicants should rely upon the NIA for the official competition requirements**.

| Title | Description | Resource |
|---|---|---|
| EIR 101 – What is EIR? | Basic information for new applicants about the EIR program and competitions:<br><br>• Program purpose and structure<br>• Evidence expectations<br>• Eligibility | • EIR Grant Competition 101 FY25<br>• EIR FAQs |

ED01611

- Frequently Asked Questions (FAQs)

Overview of key elements in the Notice Inviting Applications (NIA):

| | | |
|---|---|---|
| Pre-Application Information | • Priorities<br>• Selection Criteria<br>• Key Resources and Dates<br>• Cost Principles<br>• Considerations by cost category<br>• Documents to Include in an Application<br>• Prohibition on subgrants<br>• Applying in Grants.gov | • Pre-Application Slides<br>• EIR Preparing a Budget Narrative<br>• Applying in Grants.gov<br>• Common instructions |
| Evidence | • Evidence requirements and resources, by tier | • Applicant Evidence Checklist Mid-phase<br>• Applicant Evidence Checklist Expansion |

**TAGS**

GRANT APPLICANTS / GRANTEES

EDUCATION INNOVATION AND RESEARCH - EARLY-PHASE

EDUCATION INNOVATION AND RESEARCH - MID-PHASE

GRANTS

**Office of Elementary and Secondary Education (OESE)**

ED01612

Page Last Reviewed: January 13, 2026

## Pay for College

Fill out the FAFSA

529 Plans

Repay Your Loans

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

ED01613

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

**News**

Press Releases

Homeroom Blog

Subscriptions

**Research**

Data

Education Research

What Works Clearinghouse

**Site Notices and Privacy Policies**

**ED Archive**

# U.S. Department of Education

      

ES

  www.ed.gov

**An official website of the Department of Education**

About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**

ED01614

ED01615

# Education Innovation and Research

FY26 Hill Briefing

ED01616

# Funding Considerations

- Appropriations: $235m

- Available for new awards: ~$220m

- Funding directives
  - 25% to rural ($59m)

- Funding considerations across 1 rank order

ED01617

# Absolute and Competitive Priorities

| Mid-phase | |
|---|---|
| **Absolute Priority** | Field-Initiated Innovations: Promoting Evidence-Based Literacy |
| **Competitive Preference Priority 1** | Returning Education to the States |
| **Competitive Preference Priority 2** | Expanding Education Choice (High-Impact Tutoring) |

ED01618

# FY 26 EIR Grantee Profile – 25 awards

## Statutory Directive – <u>Far Exceeded</u>:

➡ 25% ($59M) Rural set-aside; 66% ($156M) Met

## Entity Type:

➡ 15 Novice (to the EIR program)

➡ 1 Prior EIR grantee (moving up the Tier)

➡ 9 Awards to SEAs

## Geographic Spread

➡ NE: 8, SE: 7, MW: 3, SW: 4, W: 3

ED01619

# Applicant Pool

| Tier | Applications received | Ineligible | Duplicates | Peer reviewed |
|---|---|---|---|---|
| Mid-phase | 110 | 4 | 6 | 100 |

ED01620

# Mid-phase

| Tier | Absolute Priority | Number of Grants | $ |
|---|---|---|---|
| Mid-phase | AP1: Evidence-based Literacy and Evidence | 25 | $219,523,999 |

ED01621

# Moving Up the Tier

## Appalachian State University

| Tier | Prior Tier | Prior Cohort | Project Topic |
|---|---|---|---|
| **Mid-phase** | Early-phase | FY 2020 | Literacy: Teachers earn recertification by through micro-credentials rather than attending traditional classes. Over three years, teachers learn reading and tutoring techniques, using them with their students, and receiving professional support from coaches and an online community. *[Rural]* |

ED01622

# Grantee Spotlight

**Ohio Department of Education and Workforce (OH)** Will test and scale the adoption of Promoting Adolescents' Comprehension of Text (PACT), an evidence-based literacy program, in high-needs Ohio middle schools, specifically in science and social studies classrooms to tackle critical gaps in adolescent literacy and content understanding.

➤ **Cheyenne and Arapaho Tribes (OK)** Will strengthen early literacy in K-2 schools with high-dosage tutoring, systematic phonics, the University of Florida Literacy Institute Foundations, and targeted small group support. A randomized controlled trial with a cost-effectiveness study will guide statewide scale-up.

➤ **Connecticut State Department of Education (CT)** Will implement Enhanced Core Reading Instruction and integrate Positive Behavioral Interventions and Supports in 75 Connecticut schools supporting K-3 students at risk for reading difficulties. The approach relies on intensive training for educators, small-group interventions, and embedding PBIS into daily reading routines.

ED01623

S411B260010

Lisa Foehr

Rhode Island Department of Elementary & Secondary Education

Instructional Programs

255 Westminster St

255 Westminster St

Providence, RI 02903

ED01624

S411B260010

Drew Echelson
Rhode Island Department of Elementary & Secondary Education
Instructional Programs
255 Westminster St
Providence, RI 02903

ED01625

S411B260010

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Rhode Island Department of Elementary & Secondary Education<br>Instructional Programs<br>255 Westminster St<br>Providence, RI 02903 | PR/AWARD NUMBER S411B260010<br>ACTION NUMBER 1<br>ACTION TYPE New<br>AWARD TYPE Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>Lisa Foehr (401) 222-8809<br>lisa.foehr@ride.ri.gov<br>EDUCATION PROGRAM CONTACT<br>Ruben J Vazquez (202) 401-1434<br>RUBEN.VAZQUEZ@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK 888-336-8930<br>obssed@servicenowservices.com | 84.411B<br>Rhode Island Students Excel through AI (RISE-AI) |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Lisa Foehr | Project Director | 100 % |

**6** AWARD PERIODS

BUDGET PERIOD 08/01/2026 - 07/31/2031
PERFORMANCE PERIOD 08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

THIS ACTION $8,379,202.00
BUDGET PERIOD $8,379,202.00
PERFORMANCE PERIOD $8,379,202.00
RECIPIENT COST-SHARE 10.00%
RECIPIENT NON-FEDERAL AMOUNT $837,920.20

**8** ADMINISTRATIVE INFORMATION

UEI UCYMDNJ8VHV3
REGULATIONS CFR PART 34, 74, 75, 77, 79, 80,
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY: PL P.L. 114–95 IV ESSA
PROGRAM TITLE: EDUCATION INNOVATION AND RESEARCH
CFDA/SUBPROGRAM NO: 84.411B

ED01626



**US Department of Education**
**Washington, D.C. 20202**

S411B260010

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $8,379,202.00 |

PR/AWARD NUMBER:        S411B260010

RECIPIENT NAME:         Rhode Island Department of Elementary & Secondary Education
                        Instructional Programs

PARTICIPANT NUMBER:     0

GRANTEE NAME:           RI DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION

                        255 WESTMINSTER ST,

                        PROVIDENCE, RI 02903 - 3414

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     13.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw



S411B260010

### US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)   This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

## TIAWANA PIERCE
Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:49:42 -04'00'

_____    _____
**AUTHORIZING OFFICIAL**                                          **DATE**

Ver. 2

ED01628

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

   **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**        The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01629

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01630

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Lisa Foehr
Rhode Island Department of Elementary & Secondary Education
Instructional Programs
255 Westminster St

Providence, RI 02903

SUBJECT: Payee Identification for Grant Award S411B260010

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED01631

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01632

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED01633

## Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

    a. User Type (Select Payee unless you are specifically a Servicer)

    b. Unique Entity Identifier (UEI)

    b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

    **U.S. Department of Education**
    **Office of the Chief Information Officer**
    **Mail Stop - 4110**
    **400 Maryland Avenue S.W.**
    **Washington DC 20202**
    **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED01634

<div align="center">

**INSTRUCTIONS**
**ACH DIRECT DEPOSIT SIGN-UP FORM**
**SF-1199A**

</div>

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

**INSTRUCTIONS - SECTION 1**

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information  Prefix: 9 digit D-U-N-S Number,  Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

**INSTRUCTIONS - SECTION 2**

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW  Room 4C138  Washington, DC 20202 |

**INSTRUCTIONS - SECTION 3**
To be completed by financial institution.

ED01635

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260010

Dear Sir:

Please transfer FEDWIRE payments for Rhode Island Department of Elementary & Secondary Education to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (____) _____.

Sincerely,

Chief Financial Officer

ED01636

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED01637

**Discretionary GAN Attachment**
**Revised 7/2026**

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED01638

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA) <br> • Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest <br> • See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED01639

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED01640

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
|  |  | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED01641

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

ED01642

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | <ul><li>False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)</li><li>Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)</li><li>2 CFR 200.113, Mandatory disclosures</li><li>See Certifications</li></ul> |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | <ul><li>Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)</li><li>48 CFR 22.403, Copeland Act</li></ul> |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | <ul><li>The Davis-Bacon Act (40 USC 3141 *et seq*)</li></ul> |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | <ul><li>Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)</li><li>See Certifications</li></ul> |

ED01643

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.      ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1.  Congress has appropriated sufficient funds under the program;
2.  The Secretary has determined that continuing the project would be in the best interest of the government;
3.  The grantee has made substantial progress toward meeting the goals and objectives of the project;
4.  The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5.  The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6.  The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED01644

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II. GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

2.  That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
    - 2 CFR 200.328, Financial reporting;
    - 2 CFR 200.329, Monitoring and reporting program performance;
    - 2 CFR 200.332, Requirements for pass-through entities;
    - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
    - Applicable reporting requirements stipulated in program statutes or regulations.

3.  That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5.  That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2.  Program income was earned;
3.  Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4.  Program regulations or statute require the submission of the FFR; or

10

ED01646

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED01647

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01648

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III. LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

ED01649

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

## A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

## B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED01650

## C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

## D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

15

ED01651

### E. EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

ED01652

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED01654

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED01655

basis;
- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208  and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED01657

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

# SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01658

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

ED01659

S411B260011

Phyllis Lynch

Rhode Island Department of Elementary & Secondary Education

Instructional Programs

255 Westminster St

Providence, RI 02903

ED01660

S411B260011

Drew Echelson
Rhode Island Department of Elementary & Secondary Education
Instructional Programs
255 Westminster St
Providence, RI 02903

ED01661

S411B260011

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Rhode Island Department of Elementary & Secondary Education<br>Instructional Programs<br>255 Westminster St<br>Providence, RI 02903 | PR/AWARD NUMBER    S411B260011<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>   Phyllis Lynch      (401) 222-4693<br>   phyllis.lynch@ride.ri.gov<br>EDUCATION PROGRAM CONTACT<br>   Ruben J Vazquez      (202) 401-1434<br>   RUBEN.VAZQUEZ@ED.GOV<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK      888-336-8930<br>   obssed@servicenowservices.com | 84.411B<br>Project REACH: Responsive Evidence-based AI Coaching for High-impact literacy Instruction |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Phyllis Lynch | Project Director | 50 % |

**6** AWARD PERIODS

       BUDGET PERIOD      08/01/2026 - 07/31/2031
       PERFORMANCE PERIOD      08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

       THIS ACTION      $10,000,000.00
       BUDGET PERIOD      $10,000,000.00
       PERFORMANCE PERIOD      $10,000,000.00
       RECIPIENT COST-SHARE      10.00%
       RECIPIENT NON-FEDERAL AMOUNT      $1,000,000.00

**8** ADMINISTRATIVE INFORMATION

       UEI      UCYMDNJ8VHV3
       REGULATIONS      CFR PART 34, 74, 75, 77, 79, 80,
              EDGAR AS APPLICABLE
              2 CFR AS APPLICABLE
       ATTACHMENTS      D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

   AUTHORITY:      PL P.L. 114–95 IV ESSA
   PROGRAM TITLE:      EDUCATION INNOVATION AND RESEARCH
   CFDA/SUBPROGRAM NO:      84.411B

ED01662

S411B260011

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $10,000,000.00 |

PR/AWARD NUMBER:               S411B260011

RECIPIENT NAME:               Rhode Island Department of Elementary & Secondary Education
Instructional Programs

PARTICIPANT NUMBER:           0

GRANTEE NAME:               RI DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION
255 WESTMINSTER ST,
PROVIDENCE, RI 02903 - 3414

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   13.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01663



S411B260011

### US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)     This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

## TIAWANA PIERCE
Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:07:15 -04'00'

_____     _____
**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 2

ED01664

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01665

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED01666

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Phyllis Lynch
Rhode Island Department of Elementary & Secondary Education
Instructional Programs
255 Westminster St

Providence, RI 02903

SUBJECT: Payee Identification for Grant Award S411B260011

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED01667

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01668

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

U.S. Department of Education

Office of the Chief Information Officer

Mail Stop - 4110

400 Maryland Avenue S.W.

Washington, DC 20202

Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

Sincerely,

G5 Administration

ED01669

Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

   a. User Type (Select Payee unless you are specifically a Servicer)

   b. Unique Entity Identifier (UEI)

   b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

   **U.S. Department of Education**
   **Office of the Chief Information Officer**
   **Mail Stop - 4110**
   **400 Maryland Avenue S.W.**
   **Washington DC 20202**
   **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED01670

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information<br>   Prefix: 9 digit D-U-N-S Number,<br>   Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW<br>Room 4C138<br>Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED01671

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260011

Dear Sir:

Please transfer FEDWIRE payments for Rhode Island Department of Elementary & Secondary Education to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (_____)
_____.

Sincerely,

Chief Financial Officer

ED01672

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

OVERVIEW

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

APPLICABILITY OF LAWS AND POLICIES

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED01673

- - o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
  - o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
  - o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

ED01675

| Requirement | Description | Source |
|---|---|---|
|  | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. |  |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 et seq)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED01676

Discretionary GAN Attachment
Revised 7/2026

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

ED01677

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

ED01678

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED01679

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.    Enforcement Provisions
II.   Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III.  Limitations on Indirect Cost Recovery
IV.   Participation of Faith-Based Organizations
V.    Written Notice of Beneficiary Protections
VI.   Key Financial Management Requirements

## I.    ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

ED01680

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

ED01681

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:

   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

10

ED01682

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

ED01683

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.

[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

12

ED01684

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
    - PR/Award Number (also known as the Federal Identifying Number or FAIN),
    - Recipient organization,
    - UEI,
    - Employer Identification Number (EIN), and
    - Period covered by the report.

### III.   LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED01685

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

ED01686

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01687

## E. Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

## F. Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

## G. Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED01688

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

### IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

### V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED01690

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

ED01691

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208  and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED01693

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

**SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS**

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o  The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o  The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o  The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o  The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o  The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01694

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED01695

S411B260012
Melissa Weber-Mayrer
Ohio Department of Education and Workforce
25 S Front St
5th Floor
Columbus, OH 43215

ED01696

S411B260012

Stephen Dackin
Ohio Department of Education and Workforce
25 S Front St
Columbus, OH 43215

ED01697

S411B260012

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>Ohio Department of Education and Workforce<br>25 S Front St<br>Columbus, OH 43215 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER   S411B260012<br>ACTION NUMBER   1<br>ACTION TYPE   New<br>AWARD TYPE   Discretionary<br>(Research and Development) |
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>Melissa Weber-Mayrer   (614) 728-8095<br>melissa.weber-mayrer@education.gov<br>EDUCATION PROGRAM CONTACT<br>Yolanda Hadnot-Benjamin<br>yolanda.hadnot@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK   888-336-8930<br>obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.411B<br>Accelerating Literacy Outcomes in High-Needs Ohio Middle Schools through PACT |

| | |
|---|---|
| **5** | KEY PERSONNEL |

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Melissa Weber Mayrer | Project Director | 35 % |

| | |
|---|---|
| **6** | AWARD PERIODS<br><br>     BUDGET PERIOD    08/01/2026 - 07/31/2031<br>   PERFORMANCE PERIOD    08/01/2026 - 07/31/2031<br><br>FUTURE BUDGET PERIODS<br><br>N/A |

| | |
|---|---|
| **7** | AUTHORIZED FUNDING |

| | |
|---|---|
| THIS ACTION | $9,999,997.00 |
| BUDGET PERIOD | $9,999,997.00 |
| PERFORMANCE PERIOD | $9,999,997.00 |
| RECIPIENT COST-SHARE | 11.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,000,000.00 |

| | |
|---|---|
| **8** | ADMINISTRATIVE INFORMATION |

| | |
|---|---|
| UEI | HSJPJD8GUQM4 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80, EDGAR AS APPLICABLE 2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

| | |
|---|---|
| **9** | LEGISLATIVE AND FISCAL DATA |

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED01698

S411B260012

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $9,999,997.00 |

PR/AWARD NUMBER:           S411B260012

RECIPIENT NAME:            Ohio Department of Education and Workforce

PARTICIPANT NUMBER:        0

GRANTEE NAME:              OHIO DEPARTMENT OF EDUCATION

25 S FRONT ST,

COLUMBUS, OH 43215 - 4176

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    11.6%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01699



S411B260012

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

(6) Based on the program office s review of the budget narrative for matching funds, the grantee may not conduct activities nor draw down funds under this grant until after 1) the grantee has participated in a post award conference call with the program officer assigned to the grant, and 2) the program officer has provided written approval of the grantee s budget for matching funds, to align with the general requirements and match contribution requirements detailed in the Education Innovation and Research Program Mid-phase Grants notice inviting applications published in the Federal Register on September 12, 2025. The grantee may request reconsideration of this specific condition by sending a written notification describing why such condition should not be imposed on this grant to its Department program officer.

TIAWANA PIERCE Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 12:04:02 -04'00'

_____          _____

**AUTHORIZING OFFICIAL**                                            **DATE**

Ver. 2

ED01700

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01701

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01702

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Melissa Weber-Mayrer
Ohio Department of Education and Workforce
25 S Front St

Columbus, OH 43215

SUBJECT: Payee Identification for Grant Award S411B260012

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1)  All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2)  First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3)  The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4)  All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

    - UEI

    - e-mail address (if available) for the person to receive automated notification

    - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110
Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01703

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED01704

Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

    a. User Type (Select Payee unless you are specifically a Servicer)

    b. Unique Entity Identifier (UEI)

    b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

    **U.S. Department of Education**
    **Office of the Chief Information Officer**
    **Mail Stop - 4110**
    **400 Maryland Avenue S.W.**
    **Washington DC 20202**
    **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED01705

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information Prefix: 9 digit D-U-N-S Number, Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW Room 4C138 Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED01706

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260012

Dear Sir:

Please transfer FEDWIRE payments for Ohio Department of Education and Workforce to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.


Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (_____) _____.


Sincerely,



Chief Financial Officer


ED01707

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

ED01708

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED01709

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA) <br> • Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest <br> • See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

ED01710

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED01711

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED01712

| Requirement | Description | Source |
|---|---|---|
|  |  | amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

ED01713

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED01714

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV. Participation of Faith-Based Organizations
V.  Written Notice of Beneficiary Protections
VI. Key Financial Management Requirements

## I.   ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

ED01715

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

### PERFORMANCE REPORTS

#### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

#### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

10

ED01717

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED01718

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01719

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - o PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - o Recipient organization,
  - o UEI,
  - o Employer Identification Number (EIN), and
  - o Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED01720

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01722

E.  **EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)**

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

F.  **TRAINING GRANT INDIRECT COST RATE**

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1.  The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4.  A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

G.  **PROGRAM-SPECIFIC INDIRECT COST RATE**

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED01724

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

18

ED01725

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

## PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED01727

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED01728

# SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01729

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED01730

S411B260016

Brandon Hubbard-Heitz
Chattanooga Chamber Foundation
811 Broad St.
Ste. 200
Chattanooga, TN 37402

ED01731

S411B260016

Brandon J Hubbard-Heitz
Chattanooga Chamber Foundation
811 Broad St.
Ste. 200
Chattanooga, TN 37402

ED01732



S411B260016

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1** RECIPIENT NAME

Chattanooga Chamber Foundation
811 Broad St.
Ste. 200
Chattanooga, TN 37402

**2** AWARD INFORMATION

| | |
|---|---|
| PR/AWARD NUMBER | S411B260016 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
   Brandon Hubbard-Heitz      (423) 756-2121
   brandon@chatt2.org
EDUCATION PROGRAM CONTACT
   Zabrina Lard      (202) 987-0942
   Zabrina.Lard@ed.gov
EDUCATION PAYMENT HOTLINE
   G5 PAYEE HELPDESK      888-336-8930
   obssed@servicenowservices.com

**4** PROJECT TITLE

84.411B
Community-Based Partnerships for High-Impact Tutoring (C-PHIT): Scaling Literacy First to Improve Early Literacy Outcomes in Hamilton County, Tennessee

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Brandon Hubbard Heitz | Project Director | 15 % |

**6** AWARD PERIODS

| | |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2031 |
| PERFORMANCE PERIOD | 08/01/2026 - 07/31/2031 |

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $2,397,843.00 |
| BUDGET PERIOD | $2,397,843.00 |
| PERFORMANCE PERIOD | $2,397,843.00 |
| RECIPIENT COST-SHARE | 45.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,063,102.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | FD63KNFFGV11 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80, EDGAR AS APPLICABLE 2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED01733

S411B260016

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $2,397,843.00 |

PR/AWARD NUMBER:                S411B260016

RECIPIENT NAME:                 Chattanooga Chamber Foundation

PARTICIPANT NUMBER:            0

GRANTEE NAME:                   CHATTANOOGA CHAMBER FOUNDATION

811 BROAD ST STE 200,

CHATTANOOGA, TN -

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    58.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01734



**US Department of Education**
**Washington, D.C. 20202**

S411B260016

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)   This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

**TIAWANA PIERCE**  Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:50:56 -04'00'

_____   _____

**AUTHORIZING OFFICIAL**                                          **DATE**

Ver. 2

ED01735

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

   **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**         The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01736

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01737

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Brandon Hubbard-Heitz
Chattanooga Chamber Foundation
811 Broad St.
Ste. 200

Chattanooga, TN 37402

SUBJECT: Payee Identification for Grant Award S411B260016

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1)  All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2)  First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3)  The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4)  All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED01738

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01739

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED01740

Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

   a. User Type (Select Payee unless you are specifically a Servicer)

   b. Unique Entity Identifier (UEI)

   b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

   **U.S. Department of Education**
   **Office of the Chief Information Officer**
   **Mail Stop - 4110**
   **400 Maryland Avenue S.W.**
   **Washington DC 20202**
   **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED01741

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information<br>    Prefix: 9 digit D-U-N-S Number,<br>    Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW<br>Room 4C138<br>Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3
To be completed by financial institution.

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260016

Dear Sir:

Please transfer FEDWIRE payments for Chattanooga Chamber Foundation to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution                                          Corresponding Bank (if applicable):

Name:_____                    Name:_____
Street:_____                    Street:_____
City:_____                      City:_____
State:_____                      State:_____
Zip:_____                       Zip:_____

ABA Number:_____                   ABA Number:_____
Account Number:_____                   Telegraphic Abbrev.:_____
Contact Name:_____
Telephone No:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (____) _____.

                              Sincerely,


                              Chief Financial Officer

ED01743

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED01744

**Discretionary GAN Attachment**
**Revised 7/2026**

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
  - o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
  - o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED01745

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA) <br> • Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest <br> • See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

ED01746

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED01747

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED01748

| Requirement | Description | Source |
|---|---|---|
|  |  | amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

ED01749

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED01750

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.        ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

ED01751

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II. GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED01752

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED01753

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

ED01754

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01755

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III.   LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED01756

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

**A.  UNRESTRICTED INDIRECT COST RATE**

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

**B.  TEMPORARY INDIRECT COST RATE**

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

ED01757

## C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

## D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01758

### E. EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED01759

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

### IV.   PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

### V.   WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED01761

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

ED01762

basis;
- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

ED01763

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED01764

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01765

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED01766

S411B260019

Rebecca Monnier

Nebraska Children and Families Foundation

Sixpence / NGR

215 Centennial Mall South, Ste 200

Lincoln, NE 68508

ED01767

S411B260019

Mary Jo Pankoke
Nebraska Children and Families Foundation
Sixpence / NGR
215 Centennial Mall South, Ste 200
Lincoln, NE 68508

## US Department of Education
## Washington, D.C. 20202

S411B260019

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Nebraska Children and Families Foundation<br>Sixpence / NGR<br>215 Centennial Mall South, Ste 200<br>Lincoln, NE 68508 | PR/AWARD NUMBER   S411B260019<br>ACTION NUMBER   1<br>ACTION TYPE   New<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Rebecca Monnier          (402) 973-8309<br>  rmonnier@nebraskachildren.org<br>EDUCATION PROGRAM CONTACT<br>  Yolanda Hadnot-<br>  Benjamin<br>  yolanda.hadnot@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK     888-336-8930<br>  obssed@servicenowservices.com | 84.411B<br>Nebraska Growing Readers Plus (NGR+) |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Rebecca Monnier | Project Director | 100 % |

**6** AWARD PERIODS

BUDGET PERIOD          08/01/2026 - 07/31/2031
PERFORMANCE PERIOD     08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $9,993,669.00 |
| BUDGET PERIOD | $9,993,669.00 |
| PERFORMANCE PERIOD | $9,993,669.00 |
| RECIPIENT COST-SHARE | 10.01% |
| RECIPIENT NON-FEDERAL AMOUNT | $999,636.69 |

**8** ADMINISTRATIVE INFORMATION

UEI          UGGGQZW7NCL5
REGULATIONS  CFR PART 34, 74, 75, 77, 79, 80,
             EDGAR AS APPLICABLE
             2 CFR AS APPLICABLE
ATTACHMENTS  D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:            PL P.L. 114–95 IV ESSA
PROGRAM TITLE:        EDUCATION INNOVATION AND RESEARCH
CFDA/SUBPROGRAM NO:   84.411B

ED01769

S411B260019

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $9,993,669.00 |

**10**

PR/AWARD NUMBER:       S411B260019

RECIPIENT NAME:       Nebraska Children and Families Foundation
Sixpence / NGR

PARTICIPANT NUMBER:       0

GRANTEE NAME:       NEBRASKA CHILDREN & FAMILIES FOUNDATION

215 CENTENNIAL MALL S STE 200,

LINCOLN, NE 68508 - 1813

PROGRAM INDIRECT COST TYPE:       Unrestricted

PROJECT INDIRECT COST RATE:       15%

TERMS AND CONDITIONS

(1)     By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)     The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)     Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)     Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01770

S411B260019

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)    This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

TIAWANA PIERCE    Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:34:21 -04'00'

_____    _____
**AUTHORIZING OFFICIAL**                                 **DATE**

Ver. 2

ED01771

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

> **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

> **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

> **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

> **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

> **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

> **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

> **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

> **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

> **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

> **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

> **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

> **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

> **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

> **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

> **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

> **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01772

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01773

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Rebecca Monnier
Nebraska Children and Families Foundation
Sixpence / NGR
215 Centennial Mall South, Ste 200

Lincoln, NE 68508


SUBJECT: Payee Verification for Grant Award S411B260019

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: UGGGQZW7NCL5
Grantee Name: NEBRASKA CHILDREN & FAMILIES FOUNDATION

Payee UEI: UGGGQZW7NCL5
Payee Name: NEBRASKA CHILDREN & FAMILIES FOUNDATION

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED01774

<div align="right"><b>Discretionary GAN Attachment<br>Revised 7/2026</b></div>

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

ED01775

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
  - o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
  - o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination,](#)" which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED01776

[Management](#).

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in [2 CFR 25.110, Exemptions to this part](#).

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov [Entity Registration Checklist](#) and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • [Payment Integrity Information Act of 2019 (PIIA)](#)<br>• [Cash Management Improvement Act of 1990 (CMIA)](#) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • [2 CFR 200.112, Conflict of interest](#)<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • [2 CFR 200, Appendix II](#) |

ED01777

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 et seq)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED01778

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED01779

| Requirement | Description | Source |
|---|---|---|
|  |  | amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

ED01780

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED01781

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.   ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

ED01782

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED01783

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED01784

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED01785

4. *Indirect Costs*
- A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
- A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
  - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
  - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
  - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
- A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
- A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
  - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
  - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
  - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
  - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
- Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
- Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
- For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01786

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - o PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - o Recipient organization,
  - o UEI,
  - o Employer Identification Number (EIN), and
  - o Period covered by the report.

### III.   LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

ED01787

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED01788

## C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

## D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01789

### E.  Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F.  Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G.  Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

ED01790

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.   PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.   WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED01791

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED01792

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and

- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);

- Subjected to further corrective action;

- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or

- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED01794

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED01795

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01796

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ED01797

S411B260020

Michelle Korbakes
State of New Mexico Public Education Department
Teaching, Learning, & Instruct
300 Don Gaspar Avenue
Santa Fe , NM 87501

S411B260020

Jacqueline Costales
State of New Mexico Public Education Department
Teaching, Learning, & Instruct
300 Don Gaspar Avenue
Santa Fe, NM 87501

ED01799

S411B260020

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| State of New Mexico Public Education Department<br>Teaching, Learning, & Instruct<br>300 Don Gaspar Avenue<br>Santa Fe, NM 87501 | PR/AWARD NUMBER  S411B260020<br>ACTION NUMBER  1<br>ACTION TYPE  New<br>AWARD TYPE  Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Michelle Korbakes  (575) 491-5773<br>  mkorbakes@swrecnm.org<br>EDUCATION PROGRAM CONTACT<br>  Zabrina Lard  (202) 987-0942<br>  Zabrina.Lard@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK  888-336-8930<br>  obssed@servicenowservices.com | 84.411B<br>Literacy Expansion through Accelerated Rural Networks:<br>Building Reading Success with High-Impact Tutoring in a<br>Rural State (Project LEARN) |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Michelle Korbakes | Project Director | 100 % |

**6** AWARD PERIODS

BUDGET PERIOD  08/01/2026 - 07/31/2029
PERFORMANCE PERIOD  08/01/2026 - 07/31/2029

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $9,986,328.00 |
| BUDGET PERIOD | $9,986,328.00 |
| PERFORMANCE PERIOD | $9,986,328.00 |
| RECIPIENT COST-SHARE | 12.20% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,210,285.80 |

**8** ADMINISTRATIVE INFORMATION

UEI  NT29R9PE2MF8
REGULATIONS  CFR PART 34, 74, 75, 77, 79, 80,
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS  D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:  PL P.L. 114–95 IV ESSA
PROGRAM TITLE:  EDUCATION INNOVATION AND RESEARCH
CFDA/SUBPROGRAM NO:  84.411B

ED01800



S411B260020

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $9,986,328.00 |

PR/AWARD NUMBER:     S411B260020

RECIPIENT NAME:     State of New Mexico Public Education Department
Teaching, Learning, & Instruct

PARTICIPANT NUMBER:     0

GRANTEE NAME:     STATE OF NEW MEXICO PUBLIC EDUCATION DEPARTMENT

300 DON GASPAR AVE,

SANTA FE, NM 87501 - 2744

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     8%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to w

ED01801

S411B260020

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)    This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

**TIAWANA PIERCE** Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 12:05:00 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                            **DATE**

Ver. 2

ED01802

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**         The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award


**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED01804

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Michelle Korbakes
State of New Mexico Public Education Department
Teaching, Learning, & Instruct
300 Don Gaspar Avenue

Santa Fe, NM 87501

SUBJECT: Payee Identification for Grant Award S411B260020

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED01805

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01806

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

U.S. Department of Education

Office of the Chief Information Officer

Mail Stop - 4110

400 Maryland Avenue S.W.

Washington, DC 20202

Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

Sincerely,

G5 Administration

ED01807

Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1.  Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2.  Compete each data element of the form including the following elements:

    a.  User Type (Select Payee unless you are specifically a Servicer)

    b.  Unique Entity Identifier (UEI)

    b.  Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3.  Print the form and then Submit your online registration.

4.  You will immediately receive an email asking you to activate your account.

5.  Click on the link in the email and select your password and Secret Question and Answer.

6.  Congratulations! You now have an active account. Only one more step!!

7.  Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8.  Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9.  Mail the completed, notarized G5 External User Access Request Form to the following address:

    **U.S. Department of Education**
    **Office of the Chief Information Officer**
    **Mail Stop - 4110**
    **400 Maryland Avenue S.W.**
    **Washington DC 20202**
    **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED01808

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information<br>    Prefix: 9 digit D-U-N-S Number,<br>    Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW<br>Room 4C138<br>Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3
To be completed by financial institution.

ED01809

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260020

Dear Sir:

Please transfer FEDWIRE payments for State of New Mexico Public Education Department to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.


Financial Institution                                        Corresponding Bank (if applicable):

Name:_____            Name:_____
Street:_____           Street:_____
City:_____              City:_____
State:_____            State:_____
Zip:_____               Zip:_____

ABA Number:_____    ABA Number:_____
Account Number:_____  Telegraphic Abbrev.:_____
Contact Name:_____
Telephone No:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (____) _____.


                                        Sincerely,



                                        Chief Financial Officer

ED01810

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED01811

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
  - o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
  - o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED01812

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED01813

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED01814

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED01815

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED01817

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.   ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

### PERFORMANCE REPORTS

#### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

#### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

2.  That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
    -   2 CFR 200.328, Financial reporting;
    -   2 CFR 200.329, Monitoring and reporting program performance;
    -   2 CFR 200.332, Requirements for pass-through entities;
    -   34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
    -   Applicable reporting requirements stipulated in program statutes or regulations.

3.  That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5.  That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2.  Program income was earned;
3.  Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4.  Program regulations or statute require the submission of the FFR; or

10

ED01820

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

ED01821

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01822

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

ED01823

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED01824

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01825

### E. Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED01827

## VI.     SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED01828

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED01831

GAN ATTACHMENT HS 2
Revised 03/2021

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01832

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED01833

S411B260024
Misty Sailors
WestEd
730 Harrison Street
San Francisco, CA 94107

ED01834

S411B260024

Lauren Wrotniak
WestEd
730 Harrison Street
San Francisco, CA 94107

ED01835

S411B260024

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1 RECIPIENT NAME**

WestEd
730 Harrison Street
San Francisco, CA 94107

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | S411B260024 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Misty Sailors          (512) 718-8684
misty.sailors@wested.org
EDUCATION PROGRAM CONTACT
Ruben J Vazquez          (202) 401-1434
RUBEN.VAZQUEZ@ED.GOV
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK          888-336-8930
obssed@servicenowservices.com

**4 PROJECT TITLE**

84.411B
Reading Apprenticeship Academic Literacy - Tutoring
(RAAL-T)

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Misty Sailors | Project Director | 27 % |

**6 AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2031 |
| PERFORMANCE PERIOD | 08/01/2026 - 07/31/2031 |

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $10,000,000.00 |
| BUDGET PERIOD | $10,000,000.00 |
| PERFORMANCE PERIOD | $10,000,000.00 |
| RECIPIENT COST-SHARE | 10.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,000,000.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | WNCAQMKJ7WZ9 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80, EDGAR AS APPLICABLE 2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED01836

S411B260024

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $10,000,000.00 |

PR/AWARD NUMBER:          S411B260024

RECIPIENT NAME:          WestEd

PARTICIPANT NUMBER:          0

GRANTEE NAME:          WESTED

730 HARRISON ST FL 5,

SAN FRANCISCO, CA 94107 - 1242

PROGRAM INDIRECT COST TYPE:          Unrestricted

PROJECT INDIRECT COST RATE:          13.1%

TERMS AND CONDITIONS

(1)    By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)    Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)    Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01837



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)    This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

**TIAWANA PIERCE** Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:22:27 -04'00'

—————————————————————————————    ——————————

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 2

ED01838

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01839

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01840

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Misty Sailors
WestEd
730 Harrison Street

San Francisco, CA 94107


SUBJECT: Payee Verification for Grant Award S411B260024

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: WNCAQMKJ7WZ9
Grantee Name: WESTED

Payee UEI: WNCAQMKJ7WZ9
Payee Name: WESTED

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

> U.S. Department of Education
> 550 12th Street, SW
> Room 6087
> Washington, DC 20202
>
> Attn: Stephanie Barnes
> Phone: 202-245-8006

ED01841

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

## OVERVIEW

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

## APPLICABILITY OF LAWS AND POLICIES

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - o 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED01842

- o 34 CFR Part 76–State-Administered Formula Grant Programs
  - o 34 CFR Part 77–Definitions that Apply to Department Regulations
  - o 34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

#### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management (SAM.gov) and obtain a Unique Entity Identifier (UEI) before receiving an award per 2 CFR Part 25, Unique Entity Identifier and System for Award

ED01843

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

ED01844

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

ED01845

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED01846

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

ED01847

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED01848

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.   ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED01849

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

### PERFORMANCE REPORTS

#### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

#### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED01850

2.  That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:

    - 2 CFR 200.328, Financial reporting;
    - 2 CFR 200.329, Monitoring and reporting program performance;
    - 2 CFR 200.332, Requirements for pass-through entities;
    - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
    - Applicable reporting requirements stipulated in program statutes or regulations.

3.  That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5.  That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2.  Program income was earned;
3.  Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4.  Program regulations or statute require the submission of the FFR; or

ED01851

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   • While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   • Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   • ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   • Grantees must complete and submit one FFR for each of its grants.
   • FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   • FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   • Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   • A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED01852

4.  *Indirect Costs*
    - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
    - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
        - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
        - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
        - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
    - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
    - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
        - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
        - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
        - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
        - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
    - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
    - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
    - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01853

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

## III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

## TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

ED01854

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

## A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

## B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

15

### E.  EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F.  TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1.  The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4.  A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G.  PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

ED01857

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

### IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

### V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

## VI.   SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

18

ED01859

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT ([2 CFR 200.305](#))

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED01860

basis;
- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

## PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

ED01861

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED01862

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01863

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ED01864

S411B260027
Todd Glover
Rutgers, The State University of New Jersey
Graduate School Applied Psych
41 Gordon Road
Piscataway, NJ 08854

ED01865

S411B260027

Justin Samolewicz
Rutgers, The State University of New Jersey
Graduate School Applied Psych
3 Rutgers Plaza
New Brunswick, NJ 08901

ED01866

S411B260027

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Rutgers, The State University of New Jersey<br>Graduate School Applied Psych<br>3 Rutgers Plaza<br>New Brunswick, NJ 08901 | PR/AWARD NUMBER    S411B260027<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Todd Glover    (402) 617-2399<br>  todd.glover@rutgers.edu<br>EDUCATION PROGRAM CONTACT<br>  Gay Ojugbana    (202) 260-1461<br>  gay.ojugbana@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.411B<br>Scaling Enhanced Data-Driven Instructional Coaching to Support Students with Early Reading Difficulties |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Todd Glover | Project Director | 40 % |

**6** AWARD PERIODS

        BUDGET PERIOD    08/01/2026 - 07/31/2031
      PERFORMANCE PERIOD    08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

             THIS ACTION    $5,718,114.00
          BUDGET PERIOD    $5,718,114.00
    PERFORMANCE PERIOD    $5,718,114.00
    RECIPIENT COST-SHARE    36.00%
RECIPIENT NON-FEDERAL AMOUNT    $2,010,783.00

**8** ADMINISTRATIVE INFORMATION

          UEI    M1LVPE5GLSD9
    REGULATIONS    CFR PART 34, 74, 75, 77, 79, 80,
            EDGAR AS APPLICABLE
            2 CFR AS APPLICABLE
    ATTACHMENTS    D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:    PL P.L. 114–95 IV ESSA
  PROGRAM TITLE:    EDUCATION INNOVATION AND RESEARCH
  CFDA/SUBPROGRAM NO:    84.411B

ED01867

S411B260027

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $5,718,114.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S411B260027 |
| RECIPIENT NAME: | Rutgers, The State University of New Jersey |
| | Graduate School Applied Psych |
| PARTICIPANT NUMBER: | 0 |
| GRANTEE NAME: | RUTGERS, THE STATE UNIVERSITY |
| | 3 RUTGERS PLZ, |
| | NEW BRUNSWICK, NJ 08901 - 8559 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 26% |

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01868

S411B260027

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)  This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

## TIAWANA PIERCE
Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 12:06:01 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                             **DATE**

Ver. 2

ED01869

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01870

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01871

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Todd Glover
Rutgers, The State University of New Jersey
Graduate School Applied Psych
3 Rutgers Plaza

New Brunswick, NJ 08901

SUBJECT: Payee Verification for Grant Award S411B260027

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: M1LVPE5GLSD9
Grantee Name: RUTGERS, THE STATE UNIVERSITY

Payee UEI: M1LVPE5GLSD9
Payee Name: RUTGERS, THE STATE UNIVERSITY

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED01872

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

ED01873

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED01874

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED01875

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED01876

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED01877

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

ED01878

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED01879

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.    ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

ED01880

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

### PERFORMANCE REPORTS

#### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

#### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED01881

2.  That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:

    - 2 CFR 200.328, Financial reporting;
    - 2 CFR 200.329, Monitoring and reporting program performance;
    - 2 CFR 200.332, Requirements for pass-through entities;
    - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
    - Applicable reporting requirements stipulated in program statutes or regulations.

3.  That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5.  That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2.  Program income was earned;
3.  Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4.  Program regulations or statute require the submission of the FFR; or

ED01882

5.  Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1.  Quarterly - due within 30 days after each reporting period.
2.  Semi-annual - due within 30 days after each reporting period.
3.  Annual - due within 30 days after the reporting period.
4.  Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1.  *Multiple Grant Reporting Using SF 425A Not Required*
    -   While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
    -   Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2.  *Completing an SF 425 for Each Grant*
    -   ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
    -   Grantees must complete and submit one FFR for each of its grants.
    -   FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
    -   FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3.  *Program Income*
    -   Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
    -   A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED01883

4.  *Indirect Costs*
    - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
    - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
        - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
        - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
        - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
    - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
    - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
        - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
        - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
        - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
        - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
    - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
    - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
    - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

12

ED01884

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

ED01885

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

**A. UNRESTRICTED INDIRECT COST RATE**

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

**B. TEMPORARY INDIRECT COST RATE**

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01887

### E. Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED01888

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED01889

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED01890

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**FEDERAL PAYMENT (2 CFR 200.305)**

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED01891

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

ED01892

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01894

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED01895

S411B260028
Andrew Hodge
Texas Education Agency
William B. Travis Building
1701 N. Congress Ave,
Austin, TX 78701

ED01896

S411B260028

Cory Green
Texas Education Agency
William B. Travis Building
1701 N. Congress Ave,
Austin, TX 78701

ED01897



S411B260028

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 RECIPIENT NAME | 2 AWARD INFORMATION |
|---|---|
| Texas Education Agency<br>William B. Travis Building<br>1701 N. Congress Ave,<br>Austin, TX 78701 | PR/AWARD NUMBER  S411B260028<br>ACTION NUMBER  1<br>ACTION TYPE  New<br>AWARD TYPE  Discretionary<br>(Research and Development) |

| 3 PROJECT STAFF | 4 PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>Andrew Hodge          (512) 463-7271<br>Andrew.hodge@tea.texas.gov<br>EDUCATION PROGRAM CONTACT<br>Zabrina Lard          (202) 987-0942<br>Zabrina.Lard@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK      888-336-8930<br>obssed@servicenowservices.com | 84.411B<br>High-Impact Cross-Age Tutoring to Improve Literacy<br>Achievement in Rural Texas Elementary Schools |

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Andrew Hodge | Project Director | 0 % |

**6 AWARD PERIODS**

BUDGET PERIOD      08/01/2026 - 07/31/2031
PERFORMANCE PERIOD      08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $9,999,835.00 |
| BUDGET PERIOD | $9,999,835.00 |
| PERFORMANCE PERIOD | $9,999,835.00 |
| RECIPIENT COST-SHARE | 10.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $999,983.50 |

**8 ADMINISTRATIVE INFORMATION**

UEI      L1KZHL6HXYS5
REGULATIONS      CFR PART 34, 74, 75, 77, 79, 80,
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS      D072026 , HS-2

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY:          PL P.L. 114–95 IV ESSA
PROGRAM TITLE:          EDUCATION INNOVATION AND RESEARCH
CFDA/SUBPROGRAM NO:          84.411B

S411B260028

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $9,999,835.00 |

PR/AWARD NUMBER:        S411B260028

RECIPIENT NAME:          Texas Education Agency

PARTICIPANT NUMBER:     0

GRANTEE NAME:            TX EDUCATION AGENCY

1701 CONGRESS AVE,

AUSTIN, TX 78701 - 1402

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     10%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01899



S411B260028

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)    This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

**TIAWANA PIERCE** Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:52:47 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                          **DATE**

Ver. 2

ED01900

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

   **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -**           The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01901

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01902

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Andrew Hodge
Texas Education Agency
William B. Travis Building
1701 N. Congress Ave,

Austin, TX 78701

SUBJECT: Payee Verification for Grant Award S411B260028

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: L1KZHL6HXYS5
Grantee Name: TX EDUCATION AGENCY

Payee UEI: L1KZHL6HXYS5
Payee Name: TX EDUCATION AGENCY

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED01903

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED01904

- o 34 CFR Part 76–State-Administered Formula Grant Programs
  - o 34 CFR Part 77–Definitions that Apply to Department Regulations
  - o 34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

**FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS**

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management (SAM.gov) and obtain a Unique Entity Identifier (UEI) before receiving an award per 2 CFR Part 25, Unique Entity Identifier and System for Award

ED01905

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED01906

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED01907

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED01908

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*) <br> • See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA) <br> • 2 CFR Part 170, Reporting Subaward and Executive Compensation Information <br> • See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement) <br> • 2 CFR 200.214, Suspension and debarment <br> • Executive Orders 12549 and 12689, Debarment and suspension <br> • See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g)) <br> • 2 CFR Part 175, Award Term for Trafficking in Persons <br> • See Certifications |

6

ED01909

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED01910

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.     ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

ED01911

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

### PERFORMANCE REPORTS

#### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

#### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED01912

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED01913

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

ED01914

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

12

ED01915

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

## III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

## TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED01916

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED01917

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

15

### E. EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED01920

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

18

ED01921

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**FEDERAL PAYMENT (2 CFR 200.305)**

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

ED01922

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED01923

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED01924

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

ED01925

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED01926

S411B260031

Tondaleya Green Jackson

Center of Excellence for Educator Preparation and Innovation

213 Wiggins Dr.

PO Box 290250

Denmark, SC 29229

ED01927

S411B260031

Damara Hightower Mitchell
Center of Excellence for Educator Preparation and Innovation
213 Wiggins Dr.
P.O. Box 290250
Denmark, SC 29042

ED01928

S411B260031

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1** RECIPIENT NAME

Center of Excellence for Educator Preparation and
Innovation
213 Wiggins Dr.
P.O. Box 290250
Denmark, SC 29042

**2** AWARD INFORMATION

PR/AWARD NUMBER      S411B260031
ACTION NUMBER          1
ACTION TYPE              New
AWARD TYPE              Discretionary
(Research and Development)

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
   Tondaleya Green              (854) 236-1018
   Jackson
   tgjackson@epicenter1.org
EDUCATION PROGRAM CONTACT
   Gay Ojugbana               (202) 260-1461
   gay.ojugbana@ed.gov
EDUCATION PAYMENT HOTLINE
   G5 PAYEE HELPDESK       888-336-8930
   obssed@servicenowservices.com

**4** PROJECT TITLE

84.411B
IMPACTFUL: Improvement Science Propels Achievement
and Critical Thinking for Unfinished Learning!

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Tondaleya Green Jackson | Project Director | 80 % |

**6** AWARD PERIODS

         BUDGET PERIOD        08/01/2026 - 07/31/2031
   PERFORMANCE PERIOD      08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

                        THIS ACTION        $10,000,000.00
                    BUDGET PERIOD        $10,000,000.00
            PERFORMANCE PERIOD        $10,000,000.00
              RECIPIENT COST-SHARE              10.00%
   RECIPIENT NON-FEDERAL AMOUNT        $1,000,000.00

**8** ADMINISTRATIVE INFORMATION

         UEI        VF67HS7SJNK5
   REGULATIONS   CFR PART 34, 74, 75, 77, 79, 80,
                    EDGAR AS APPLICABLE
                    2 CFR AS APPLICABLE
   ATTACHMENTS   D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

   AUTHORITY:             PL P.L. 114–95 IV ESSA
   PROGRAM TITLE:         EDUCATION INNOVATION AND RESEARCH
   CFDA/SUBPROGRAM NO:    84.411B

ED01929

S411B260031

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $10,000,000.00 |

PR/AWARD NUMBER: S411B260031

RECIPIENT NAME: Center of Excellence for Educator Preparation and Innovation

PARTICIPANT NUMBER: 0

GRANTEE NAME: CENTER OF EXCELLENCE FOR EDUCATOR PREPARATION & INNOVATION, INC.

213 WIGGENS DR,

DENMARK, SC 29042 - 2533

PROGRAM INDIRECT COST TYPE: Unrestricted

PROJECT INDIRECT COST RATE: 15%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01930

**US Department of Education**
**Washington, D.C. 20202**

S411B260031

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)  This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

**TIAWANA PIERCE**  Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:23:32 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 2

ED01931

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01932

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01933

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Tondaleya Green Jackson
Center of Excellence for Educator Preparation and Innovation
213 Wiggins Dr.
P.O. Box 290250

Denmark, SC 29042

SUBJECT: Payee Identification for Grant Award S411B260031

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1)  All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2)  First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3)  The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4)  All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED01934

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED01935

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED01936

## Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

    a. User Type (Select Payee unless you are specifically a Servicer)

    b. Unique Entity Identifier (UEI)

    b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

    **U.S. Department of Education**
    **Office of the Chief Information Officer**
    **Mail Stop - 4110**
    **400 Maryland Avenue S.W.**
    **Washington DC 20202**
    **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED01937

**INSTRUCTIONS**
**ACH DIRECT DEPOSIT SIGN-UP FORM**
**SF-1199A**

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information<br>   Prefix: 9 digit D-U-N-S Number,<br>   Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW<br>Room 4C138<br>Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED01938

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260031

Dear Sir:

Please transfer FEDWIRE payments for Center of Excellence for Educator Preparation and Innovation to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.


Financial Institution                                    Corresponding Bank (if applicable):

Name:_____            Name:_____
Street:_____            Street:_____
City:_____                City:_____
State:_____              State:_____
Zip:_____                  Zip:_____

ABA Number:_____    ABA Number:_____
Account Number:_____  Telegraphic Abbrev.:_____
Contact Name:_____
Telephone No:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (_____) _____.


                                        Sincerely,



                                        Chief Financial Officer

ED01939

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED01940

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED01941

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED01942

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 et seq)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED01943

| Requirement | Description | Source |
|---|---|---|
|  |  | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED01944

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*) <br> • See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA) <br> • 2 CFR Part 170, Reporting Subaward and Executive Compensation Information <br> • See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement) <br> • 2 CFR 200.214, Suspension and debarment <br> • Executive Orders 12549 and 12689, Debarment and suspension <br> • See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g)) <br> • 2 CFR Part 175, Award Term for Trafficking in Persons <br> • See Certifications |

6

ED01945

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED01946

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.    ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II. GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED01948

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:

    - 2 CFR 200.328, Financial reporting;
    - 2 CFR 200.329, Monitoring and reporting program performance;
    - 2 CFR 200.332, Requirements for pass-through entities;
    - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
    - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

10

ED01949

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED01950

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01951

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED01952

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED01953

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01954

### E. EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED01955

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

18

ED01957

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

ED01958

basis;
- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

ED01959

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o  The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o  The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o  The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o  The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o  The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01961

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED01962

S411B260034

Amanda B Merritt
Board of Control for Southern Regional Education
592 10th Street NW
Atlanta, GA 30318

ED01963

S411B260034

Dale Winkler
Board of Control for Southern Regional Education
592 10th Street NW
Atlanta, GA 30318

ED01964



S411B260034

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | Board of Control for Southern Regional Education<br>592 10th Street NW<br>Atlanta, GA 30318 | | PR/AWARD NUMBER  S411B260034<br>ACTION NUMBER  1<br>ACTION TYPE  New<br>AWARD TYPE  Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Amanda B Merritt    (404) 879-5609<br>  amanda.merritt@sreb.org<br>EDUCATION PROGRAM CONTACT<br>  Gay Ojugbana    (202) 260-1461<br>  gay.ojugbana@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK  888-336-8930<br>  obssed@servicenowservices.com | | 84.411B<br>Georgia Tutoring Study (GTS): Understanding How AI and Human Tutors Impact Reading Achievement in Upper Elementary Grades |

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Amanda B Merritt | Project Director | 20 % |

**6 AWARD PERIODS**

|  |  |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2031 |
| PERFORMANCE PERIOD | 08/01/2026 - 07/31/2031 |

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

|  |  |
|---|---|
| THIS ACTION | $9,984,655.00 |
| BUDGET PERIOD | $9,984,655.00 |
| PERFORMANCE PERIOD | $9,984,655.00 |
| RECIPIENT COST-SHARE | 16.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,532,626.00 |

**8 ADMINISTRATIVE INFORMATION**

|  |  |
|---|---|
| UEI | PA23NZMKS6F2 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80,<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9 LEGISLATIVE AND FISCAL DATA**

|  |  |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED01965

S411B260034

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $9,984,655.00 |

PR/AWARD NUMBER:        S411B260034

RECIPIENT NAME:        Board of Control for Southern Regional Education

PARTICIPANT NUMBER:        0

GRANTEE NAME:        BOARD OF CONTROL FOR SOUTHERN REGIONAL EDUCATION

592 10TH ST NW,

ATLANTA, GA 30318 - 5776

PROGRAM INDIRECT COST TYPE:        Unrestricted

PROJECT INDIRECT COST RATE:        15.2%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01966

S411B260034

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)  This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

TIAWANA PIERCE  Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:08:45 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                                            **DATE**

Ver. 2

ED01967

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED01969

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Amanda B Merritt
Board of Control for Southern Regional Education
592 10th Street NW

Atlanta, GA 30318

SUBJECT: Payee Verification for Grant Award S411B260034

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: PA23NZMKS6F2
Grantee Name: BOARD OF CONTROL FOR SOUTHERN REGIONAL EDUCATION

Payee UEI: PA23NZMKS6F2
Payee Name: BOARD OF CONTROL FOR SOUTHERN REGIONAL EDUCATION

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED01970

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED01971

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

**FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS**

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED01972

[Management](#).

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in [2 CFR 25.110, Exemptions to this part](#).

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov [Entity Registration Checklist](#) and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • [Payment Integrity Information Act of 2019 (PIIA)](#) <br> • [Cash Management Improvement Act of 1990 (CMIA)](#) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • [2 CFR 200.112, Conflict of interest](#) <br> • See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • [2 CFR 200, Appendix II](#) |

ED01973

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

ED01974

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

ED01975

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | | amended (20 USC 1681 *et seq*) <br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA) <br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information <br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement) <br>• 2 CFR 200.214, Suspension and debarment <br>• Executive Orders 12549 and 12689, Debarment and suspension <br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g)) <br>• 2 CFR Part 175, Award Term for Trafficking in Persons <br>• See Certifications |

6

ED01976

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED01977

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.        ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1.  Congress has appropriated sufficient funds under the program;
2.  The Secretary has determined that continuing the project would be in the best interest of the government;
3.  The grantee has made substantial progress toward meeting the goals and objectives of the project;
4.  The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5.  The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6.  The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED01978

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.   GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED01979

2.  That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
    - 2 CFR 200.328, Financial reporting;
    - 2 CFR 200.329, Monitoring and reporting program performance;
    - 2 CFR 200.332, Requirements for pass-through entities;
    - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
    - Applicable reporting requirements stipulated in program statutes or regulations.

3.  That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5.  That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2.  Program income was earned;
3.  Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4.  Program regulations or statute require the submission of the FFR; or

10

ED01980

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

### SUBMISSION TIMELINES

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

### SUBMISSION GUIDANCE

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

ED01981

4. *Indirect Costs*
- A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
- A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
  - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
  - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
  - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
- A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
- A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
  - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
  - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
  - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
  - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
- Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
- Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
- For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED01982

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
    - PR/Award Number (also known as the Federal Identifying Number or FAIN),
    - Recipient organization,
    - UEI,
    - Employer Identification Number (EIN), and
    - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED01983

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED01984

## C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

## D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

15

### E. Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

### IV.   PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

### V.   WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

ED01987

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED01988

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED01989

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED01990

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED01991

GAN ATTACHMENT HS 2
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED01992

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED01993

S411B260035
Carrie Whitlow
Cheyenne and Arapaho Tribes
100 Redmoon Circle
Concho, OK 73022

ED01994

S411B260035

Reggie Wassana
Cheyenne and Arapaho Tribes
100 Redmoon Circle
Concho, OK 73022

ED01995

S411B260035

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>Cheyenne and Arapaho Tribes<br>100 Redmoon Circle<br>Concho, OK 73022 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER    S411B260035<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary<br>(Research and Development) |
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>  Carrie Whitlow    (405) 422-7562<br>  cwhitlow@cheyenneandarapaho-nsn.gov<br>EDUCATION PROGRAM CONTACT<br>  Yolanda Hadnot-Benjamin<br>  yolanda.hadnot@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.411B<br>Oklahoma Reads: High Dosage Tutoring to Improve Early Decoding Skills Acquisition |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Carrie Whitlow | Project Director | 30 % |

**6** AWARD PERIODS

BUDGET PERIOD    08/01/2026 - 07/31/2031
PERFORMANCE PERIOD    08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $10,000,000.00 |
| BUDGET PERIOD | $10,000,000.00 |
| PERFORMANCE PERIOD | $10,000,000.00 |
| RECIPIENT COST-SHARE | 10.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,000,000.00 |

**8** ADMINISTRATIVE INFORMATION

UEI    K26TL2SG17E7
REGULATIONS    CFR PART 34, 74, 75, 77, 79, 80,
    EDGAR AS APPLICABLE
    2 CFR AS APPLICABLE
ATTACHMENTS    D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:    PL P.L. 114–95 IV ESSA
PROGRAM TITLE:    EDUCATION INNOVATION AND RESEARCH
CFDA/SUBPROGRAM NO:    84.411B

ED01996

S411B260035

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $10,000,000.00 |

PR/AWARD NUMBER:     S411B260035

RECIPIENT NAME:     Cheyenne and Arapaho Tribes

PARTICIPANT NUMBER:     0

GRANTEE NAME:     CHEYENNE ARAPAHO TRIBE

100 REDMOON CI,

CONCHO, OK 73022 -

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     21.13%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED01997



S411B260035

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

## TIAWANA PIERCE
Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 12:06:59 -04'00'

_____    _____
**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 2

ED01998

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED01999

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED02000

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Carrie Whitlow
Cheyenne and Arapaho Tribes
100 Redmoon Circle

Concho, OK 73022

SUBJECT: Payee Verification for Grant Award S411B260035

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: K26TL2SG17E7
Grantee Name: CHEYENNE ARAPAHO TRIBE

Payee UEI: K26TL2SG17E7
Payee Name: CHEYENNE ARAPAHO TRIBE

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED02001

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02002

- - o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
  - o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
  - o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02003

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA) <br> • Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest <br> • See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

ED02004

| Requirement | Description | Source |
|---|---|---|
|  | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. |  |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 et seq)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02005

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

ED02006

| Requirement | Description | Source |
|---|---|---|
| | | amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

ED02007

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED02008

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**

I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.   ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1.  Congress has appropriated sufficient funds under the program;
2.  The Secretary has determined that continuing the project would be in the best interest of the government;
3.  The grantee has made substantial progress toward meeting the goals and objectives of the project;
4.  The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5.  The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6.  The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED02009

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II. GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:

   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED02011

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED02012

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02013

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
    - o PR/Award Number (also known as the Federal Identifying Number or FAIN),
    - o Recipient organization,
    - o UEI,
    - o Employer Identification Number (EIN), and
    - o Period covered by the report.

## III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

## TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02014

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A.   UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B.   TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02016

### E.  EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F.  TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1.  The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4.  A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G.  PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED02017

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

ED02018

## VI.  SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

18

ED02019

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

ED02020

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED02021

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02023

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ED02024

S411B260048

Lori Renfro

Maricopa County Education Service Agency

Teaching and Learning

4041 N. Central Ave

Ste 1100

Phoenix, AZ 85012

ED02025

S411B260048

Lori Renfro
Maricopa County Education Service Agency
Teaching and Learning
4041 N. Central Ave
Ste 1100
Phoenix, AZ 85012

ED02026

S411B260048

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | Maricopa County Education Service Agency<br>Teaching and Learning<br>4041 N. Central Ave<br>Ste 1100<br>Phoenix, AZ 85012 | | PR/AWARD NUMBER   S411B260048<br>ACTION NUMBER   1<br>ACTION TYPE   New<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Lori Renfro      (602) 574-9114<br>  lori.renfro@maricopa.gov<br>EDUCATION PROGRAM CONTACT<br>  Yolanda Hadnot-<br>  Benjamin<br>  yolanda.hadnot@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | | 84.411B<br>Learning Acceleration Partnership |

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Lori Renfro | Project Director | 100 % |

**6 AWARD PERIODS**

BUDGET PERIOD     08/01/2026 - 07/31/2031
PERFORMANCE PERIOD     08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $9,598,442.00 |
| BUDGET PERIOD | $9,598,442.00 |
| PERFORMANCE PERIOD | $9,598,442.00 |
| RECIPIENT COST-SHARE | 35.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $3,351,409.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | JLJNMJ6C9R76 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80,<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED02027

S411B260048

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $9,598,442.00 |

PR/AWARD NUMBER: S411B260048

RECIPIENT NAME: Maricopa County Education Service Agency
Teaching and Learning

PARTICIPANT NUMBER: 0

GRANTEE NAME: MARICOPA COUNTY SUPERINTENDENT OF SCHOOLS

4041 N CENTRAL AVE STE 1200,

PHOENIX, AZ 85012 - 3312

PROGRAM INDIRECT COST TYPE: Unrestricted

PROJECT INDIRECT COST RATE: 1.01%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02028

S411B260048

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

## TIAWANA PIERCE
Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:35:27 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                      **DATE**

Ver. 2

ED02029

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02030

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED02031

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Lori Renfro
Maricopa County Education Service Agency
Teaching and Learning
4041 N. Central Ave
Ste 1100

Phoenix, AZ 85012

SUBJECT: Payee Verification for Grant Award S411B260048

This is to inform you of the payee for the above listed grant award issued by the United States
Department of Education

Grantee UEI: JLJNMJ6C9R76
Grantee Name: MARICOPA COUNTY SUPERINTENDENT OF SCHOOLS

Payee UEI: JLJNMJ6C9R76
Payee Name: MARICOPA COUNTY SUPERINTENDENT OF SCHOOLS

If any of the above information is not correct, please contact a Payee Customer Support
Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or
bank information changes to the following address:

> U.S. Department of Education
> 550 12th Street, SW
> Room 6087
> Washington, DC 20202
>
> Attn: Stephanie Barnes
> Phone: 202-245-8006

ED02032

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

ED02033

**Discretionary GAN Attachment**
**Revised 7/2026**

- - 34 CFR Part 76–State-Administered Formula Grant Programs
  - 34 CFR Part 77–Definitions that Apply to Department Regulations
  - 34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management (SAM.gov) and obtain a Unique Entity Identifier (UEI) before receiving an award per 2 CFR Part 25, Unique Entity Identifier and System for Award

ED02034

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

## LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

ED02035

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 et seq)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02036

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED02037

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

ED02038

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED02039

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I. Enforcement Provisions
II. Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV. Participation of Faith-Based Organizations
V. Written Notice of Beneficiary Protections
VI. Key Financial Management Requirements

## I.   ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED02040

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.     GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

10

ED02042

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

ED02043

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02044

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02045

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

## A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

## B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED02046

### C.  DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D.  RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02047

### E.  EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F.  TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G.  PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED02048

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.   PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.   WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED02049

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

18

ED02050

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED02053

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02054

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02055

S411B260060

Angelica Cruz
Oregon Department of Education
255 Capitol St NE
Salem, OR 97310

S411B260060

Charlene Williams
Oregon Department of Education
255 Capitol Street NE
Salem, OR 97310

ED02057

S411B260060

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | Oregon Department of Education<br>255 Capitol Street NE<br>Salem, OR 97310 | | PR/AWARD NUMBER S411B260060<br>ACTION NUMBER 1<br>ACTION TYPE New<br>AWARD TYPE Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>Angelica Cruz (503) 931-0775<br>angelica.cruz@ode.oregon.gov<br>EDUCATION PROGRAM CONTACT<br>Yolanda Hadnot-Benjamin<br>yolanda.hadnot@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK 888-336-8930<br>obssed@servicenowservices.com | | 84.411B<br>Oregon ELEVATE – Early Literacy Enhanced Via AI Tutoring & Evaluation |

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Angelica Cruz | Project Director | 75 % |

**6 AWARD PERIODS**

BUDGET PERIOD 08/01/2026 - 07/31/2031
PERFORMANCE PERIOD 08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

THIS ACTION $7,596,250.00
BUDGET PERIOD $7,596,250.00
PERFORMANCE PERIOD $7,596,250.00
RECIPIENT COST-SHARE 12.00%
RECIPIENT NON-FEDERAL AMOUNT $896,140.00

**8 ADMINISTRATIVE INFORMATION**

UEI CENWLTPXH9A1
REGULATIONS CFR PART 34, 74, 75, 77, 79, 80,
EDGAR AS APPLICABLE
2 CFR AS APPLICABLE
ATTACHMENTS D072026 , HS-2

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY: PL P.L. 114–95 IV ESSA
PROGRAM TITLE: EDUCATION INNOVATION AND RESEARCH
CFDA/SUBPROGRAM NO: 84.411B

S411B260060

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $7,596,250.00 |

PR/AWARD NUMBER:           S411B260060

RECIPIENT NAME:              Oregon Department of Education

PARTICIPANT NUMBER:       0

GRANTEE NAME:               OREGON DEPARTMENT OF EDUCATION

255 CAPITOL ST NE,

SALEM, OR 97310 - 1341

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:     19.5%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02059

S411B260060

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)    This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

**TIAWANA PIERCE** Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:14:17 -04'00'

_____    _____
**AUTHORIZING OFFICIAL**                        **DATE**

Ver. 2

ED02060

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02061

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED02062

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Angelica Cruz
Oregon Department of Education
255 Capitol Street NE

Salem, OR 97310

SUBJECT: Payee Identification for Grant Award S411B260060

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

    - UEI

    - e-mail address (if available) for the person to receive automated notification

    - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110
Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED02063

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

>U.S. Department of Education
>
>Office of the Chief Information Officer
>
>Mail Stop - 4110
>
>400 Maryland Avenue S.W.
>
>Washington, DC 20202
>
>Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

>Sincerely,
>
>G5 Administration

ED02064

Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

    a. User Type (Select Payee unless you are specifically a Servicer)

    b. Unique Entity Identifier (UEI)

    b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

   **U.S. Department of Education**
   **Office of the Chief Information Officer**
   **Mail Stop - 4110**
   **400 Maryland Avenue S.W.**
   **Washington DC 20202**
   **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED02065

**INSTRUCTIONS**
**ACH DIRECT DEPOSIT SIGN-UP FORM**
**SF-1199A**

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information |
| | | Prefix: 9 digit D-U-N-S Number, |
| | | Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW |
| | | Room 4C138 |
| | | Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED02066

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260060

Dear Sir:

Please transfer FEDWIRE payments for Oregon Department of Education to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (____) _____.

Sincerely,

Chief Financial Officer

ED02067

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR
# U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
    - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

ED02068

- 34 CFR Part 76–State-Administered Formula Grant Programs
- 34 CFR Part 77–Definitions that Apply to Department Regulations
- 34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management (SAM.gov) and obtain a Unique Entity Identifier (UEI) before receiving an award per 2 CFR Part 25, Unique Entity Identifier and System for Award

ED02069

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA) <br> • Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest <br> • See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED02070

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables <br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106) <br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance) <br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA) <br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information <br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*) <br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*) <br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq) <br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02071

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED02072

| Requirement | Description | Source |
|---|---|---|
| | | amended (20 USC 1681 *et seq*) <br> • See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA) <br> • 2 CFR Part 170, Reporting Subaward and Executive Compensation Information <br> • See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement) <br> • 2 CFR 200.214, Suspension and debarment <br> • Executive Orders 12549 and 12689, Debarment and suspension <br> • See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g)) <br> • 2 CFR Part 175, Award Term for Trafficking in Persons <br> • See Certifications |

6

ED02073

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED02074

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV. Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI. Key Financial Management Requirements

## I.    ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

ED02075

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED02076

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

10

ED02077

5.  Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1.  Quarterly - due within 30 days after each reporting period.
2.  Semi-annual - due within 30 days after each reporting period.
3.  Annual - due within 30 days after the reporting period.
4.  Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1.  *Multiple Grant Reporting Using SF 425A Not Required*
    - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
    - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2.  *Completing an SF 425 for Each Grant*
    - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
    - Grantees must complete and submit one FFR for each of its grants.
    - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
    - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3.  *Program Income*
    - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
    - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

12

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - o PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - o Recipient organization,
  - o UEI,
  - o Employer Identification Number (EIN), and
  - o Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02080

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

## A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

## B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

ED02081

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02082

### E.  EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F.  TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G.  PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED02084

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

18

ED02085

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**FEDERAL PAYMENT (2 CFR 200.305)**

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED02086

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208  and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

ED02087

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED02088

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02089

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02090

S411B260065

Rob Kasher
Literacy Design Collaborative, Inc.
48 Wall Street
Suite 1100
New York, NY 10005

S411B260065

Chad Vignola
Literacy Design Collaborative, Inc.
48 Wall Street
Suite 1100
New York, NY 10005

ED02092

S411B260065

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | Literacy Design Collaborative, Inc.<br>48 Wall Street<br>Suite 1100<br>New York, NY 10005 | | PR/AWARD NUMBER   S411B260065<br>ACTION NUMBER   1<br>ACTION TYPE   New<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Rob Kasher     (301) 512-9776<br>  rob@ldc.org<br>EDUCATION PROGRAM CONTACT<br>  Zabrina Lard     (202) 987-0942<br>  Zabrina.Lard@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | | 84.411B<br>Instructional Leadership Teams Transform Whole Schools:<br>A Scalable, System-Wide Improvement to Increase Student<br>Literacy Outcomes |

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Rob Kasher | Project Director | 100 % |

**6 AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2031 |
| PERFORMANCE PERIOD | 08/01/2026 - 07/31/2031 |

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $5,719,734.00 |
| BUDGET PERIOD | $5,719,734.00 |
| PERFORMANCE PERIOD | $5,719,734.00 |
| RECIPIENT COST-SHARE | 21.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,150,042.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | UPC2LCMQSXX4 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80,<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED02093

S411B260065

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $5,719,734.00 |

PR/AWARD NUMBER:            S411B260065

RECIPIENT NAME:             Literacy Design Collaborative, Inc.

PARTICIPANT NUMBER:         0

GRANTEE NAME:               LITERACY DESIGN COLLABORATIVE, INC.

48 WALL ST STE 1100,

NEW YORK, NY 10005 - 2907

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   15%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02094



**US Department of Education**
**Washington, D.C. 20202**

S411B260065

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)   This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

**TIAWANA PIERCE** Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:53:52 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 2

ED02095

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02096

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED02097

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Rob Kasher
Literacy Design Collaborative, Inc.
48 Wall Street
Suite 1100

New York, NY 10005

SUBJECT: Payee Verification for Grant Award S411B260065

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: UPC2LCMQSXX4
Grantee Name: LITERACY DESIGN COLLABORATIVE, INC.

Payee UEI: UPC2LCMQSXX4
Payee Name: LITERACY DESIGN COLLABORATIVE, INC.

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED02098

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

## OVERVIEW

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

## APPLICABILITY OF LAWS AND POLICIES

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02099

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02100

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA) <br> • Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest <br> • See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

ED02101

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 et seq)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02102

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

ED02104

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED02105

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I. Enforcement Provisions
II. Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV. Participation of Faith-Based Organizations
V. Written Notice of Beneficiary Protections
VI. Key Financial Management Requirements

## I.      ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED02106

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II. GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED02107

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:

   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED02109

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

12

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III. LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02111

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED02112

## C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

## D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

E. **EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)**

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

F. **TRAINING GRANT INDIRECT COST RATE**

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

G. **PROGRAM-SPECIFIC INDIRECT COST RATE**

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**PROVISIONS APPLICABLE TO ALL GRANTEES**

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED02114

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

### IV.     PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

### V.     WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED02115

## <u>VI.</u>    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED02116

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED02117

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

## PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED02118

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED02119

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02120

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02121

S411B260066

Nancy Nelson
Boston University
881 COMMONWEALTH AVENUE

Boston, MA 02215

ED02122

S411B260066

Diane Baldwin
Boston University
881 COMMONWEALTH AVENUE
Boston, MA 02215

ED02123

S411B260066

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | Boston University<br>881 COMMONWEALTH AVENUE<br>Boston, MA 02215 | | PR/AWARD NUMBER   S411B260066<br>ACTION NUMBER   1<br>ACTION TYPE   New<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Nancy Nelson         (617) 353-4365<br>  ospera@bu.edu<br>EDUCATION PROGRAM CONTACT<br>  Gay Ojugbana         (202) 260-1461<br>  gay.ojugbana@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | | 84.411B<br>Enhanced Core Reading Instruction High Impact Tutoring Model |

**5**  KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Nancy Nelson | Project Director | 56 % |

**6**  AWARD PERIODS

| | | |
|---|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2031 |
| PERFORMANCE PERIOD | 08/01/2026 - 07/31/2031 |

FUTURE BUDGET PERIODS

N/A

**7**  AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $5,719,734.00 |
| BUDGET PERIOD | $5,719,734.00 |
| PERFORMANCE PERIOD | $5,719,734.00 |
| RECIPIENT COST-SHARE | 21.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,150,042.00 |

**8**  ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | THL6A6JLE1S7 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80,<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9**  LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED02124

S411B260066

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $5,719,734.00 |

PR/AWARD NUMBER:         S411B260066

RECIPIENT NAME:          Boston University

PARTICIPANT NUMBER:      0

GRANTEE NAME:            TRUSTEES OF BOSTON UNIVERSITY

                        1 SILBER WAY,

                        BOSTON, MA 02215 - 1703

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   26%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02125

S411B260066

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

## TIAWANA PIERCE
Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 12:08:04 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                                      **DATE**

Ver. 2

ED02126

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02127

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED02128

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Nancy Nelson
Boston University
881 COMMONWEALTH AVENUE

Boston, MA 02215

SUBJECT: Payee Verification for Grant Award S411B260066

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: THL6A6JLE1S7
Grantee Name: TRUSTEES OF BOSTON UNIVERSITY

Payee UEI: THL6A6JLE1S7
Payee Name: TRUSTEES OF BOSTON UNIVERSITY

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED02129

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02130

<div align="right">

**Discretionary GAN Attachment**
**Revised 7/2026**

</div>

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
  - o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
  - o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

**FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS**

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02131

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED02132

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

ED02133

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED02134

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

ED02135

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED02136

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.    ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED02137

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II. GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

ED02138

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02141

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - o PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - o Recipient organization,
  - o UEI,
  - o Employer Identification Number (EIN), and
  - o Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02142

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED02143

## C.  DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

## D.  RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

15

ED02144

### E. EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED02146

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED02147

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

ED02149

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02151

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02152

S411B260067

Melanie Hazelwood
Indiana Department of Education
100 N. Senate Ave
Indianapolis, IN 46204

ED02153

S411B260067

Derek J Deuth
Indiana Department of Education
100 N. Senate Ave
Indianapolis , IN 46204

ED02154

S411B260067

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1 RECIPIENT NAME**

Indiana Department of Education
100 N. Senate Ave
Indianapolis , IN 46204

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | S411B260067 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Melanie Hazelwood          (317) 232-6610
mhazelwood@doe.in.gov
EDUCATION PROGRAM CONTACT
Gay Ojugbana          (202) 260-1461
gay.ojugbana@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK     888-336-8930
obssed@servicenowservices.com

**4 PROJECT TITLE**

84.411B
Indiana Learns 2.0: Scaling High-Impact Early Literacy Tutoring for At-Risk Grade 3 Students

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Melanie Hazelwood | Project Director | 0 % |

**6 AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2031 |
| PERFORMANCE PERIOD | 08/01/2026 - 07/31/2031 |

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $8,595,708.00 |
| BUDGET PERIOD | $8,595,708.00 |
| PERFORMANCE PERIOD | $8,595,708.00 |
| RECIPIENT COST-SHARE | 10.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $859,570.80 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | J6ECJ41LDJ81 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80, EDGAR AS APPLICABLE 2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED02155

S411B260067

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $8,595,708.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S411B260067 |
| RECIPIENT NAME: | Indiana Department of Education |
| PARTICIPANT NUMBER: | 0 |
| GRANTEE NAME: | DEPARTMENT OF EDUCATION INDIANA |
| | 100 N SENATE AVE, |
| | INDIANAPOLIS, IN 46204 - 2273 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 9.5% |

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02156

US Department of Education
Washington, D.C. 20202

S411B260067

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)    This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

TIAWANA PIERCE   Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 12:09:03 -04'00'

_____   _____
**AUTHORIZING OFFICIAL**                     **DATE**

Ver. 2

ED02157

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02158

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED02159

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Melanie Hazelwood
Indiana Department of Education
100 N. Senate Ave

Indianapolis , IN 46204

SUBJECT: Payee Identification for Grant Award S411B260067

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

  - UEI

  - e-mail address (if available) for the person to receive automated notification

  - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

<div align="center">

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110
Attn: Financial Management Operations

</div>

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED02160

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

>U.S. Department of Education
>
>Office of the Chief Information Officer
>
>Mail Stop - 4110
>
>400 Maryland Avenue S.W.
>
>Washington, DC 20202
>
>Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

>Sincerely,
>
>G5 Administration

ED02161

## Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1.  Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2.  Compete each data element of the form including the following elements:

    a.  User Type (Select Payee unless you are specifically a Servicer)

    b.  Unique Entity Identifier (UEI)

    b.  Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3.  Print the form and then Submit your online registration.

4.  You will immediately receive an email asking you to activate your account.

5.  Click on the link in the email and select your password and Secret Question and Answer.

6.  Congratulations! You now have an active account. Only one more step!!

7.  Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8.  Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9.  Mail the completed, notarized G5 External User Access Request Form to the following address:

    **U.S. Department of Education**
    **Office of the Chief Information Officer**
    **Mail Stop - 4110**
    **400 Maryland Avenue S.W.**
    **Washington DC 20202**
    **Attn: Functional Applications Team**

10.  Allow two weeks for delivery and account updates.

11.  You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12.  Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED02162

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled | Leave Blank. |
| | to Payment | |
| ITEM C | Claim or Payroll ID | Enter the following information |
| | Number | Prefix: 9 digit D-U-N-S Number, |
| | | Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of | Leave Blank. |
| | Payment Only | |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW |
| | | Room 4C138 |
| | | Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED02163

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260067

Dear Sir:

Please transfer FEDWIRE payments for Indiana Department of Education to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (____) _____.

Sincerely,

Chief Financial Officer

ED02164

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02165

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02166

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

ED02167

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02168

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

ED02169

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*) <br> • See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA) <br> • 2 CFR Part 170, Reporting Subaward and Executive Compensation Information <br> • See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement) <br> • 2 CFR 200.214, Suspension and debarment <br> • Executive Orders 12549 and 12689, Debarment and suspension <br> • See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g)) <br> • 2 CFR Part 175, Award Term for Trafficking in Persons <br> • See Certifications |

6

ED02170

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED02171

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.  Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV. Participation of Faith-Based Organizations
V.  Written Notice of Beneficiary Protections
VI. Key Financial Management Requirements

## I.    ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED02172

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.     GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED02173

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED02174

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED02175

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

12

ED02176

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02177

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

## A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

## B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02179

### E. Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED02180

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED02182

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT ([2 CFR 200.305](#))

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

ED02183

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED02184

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED02185

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02186

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02187

S411B260072

Gregory Benner
The University of Alabama
Vice President, R&ED
Autherine Lucy Hall 301B
Box 870231

Tuscaloosa, AL 35487

S411B260072

Nichole Cavin
The University of Alabama
Vice President, R&ED
152 Rose Administration Building
Box 870104
Tuscaloosa, AL 35487

ED02189

S411B260072

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>The University of Alabama<br>Vice President, R&ED<br>152 Rose Administration Building<br>Box 870104<br>Tuscaloosa, AL 35487 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER   S411B260072<br>ACTION NUMBER   1<br>ACTION TYPE   New<br>AWARD TYPE   Discretionary<br>(Research and Development) |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>  Gregory Benner     (205) 348-1043<br>  gbenner@ua.edu<br>EDUCATION PROGRAM CONTACT<br>  Yolanda Hadnot-<br>  Benjamin<br>  yolanda.hadnot@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.411B<br>Expanding Access to an Evidence-Based Intervention for<br>High-Need Learners: Literacy Improvement through Focused<br>Tutoring (LIFT) |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Gregory Benner | Project Director | 17 % |

**6** AWARD PERIODS

       BUDGET PERIOD     08/01/2026 - 07/31/2031
     PERFORMANCE PERIOD     08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $9,974,499.00 |
| BUDGET PERIOD | $9,974,499.00 |
| PERFORMANCE PERIOD | $9,974,499.00 |
| RECIPIENT COST-SHARE | 13.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,226,102.00 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | RCNJEHZ83EV6 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80,<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED02190

S411B260072

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $9,974,499.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S411B260072 |
| RECIPIENT NAME: | The University of Alabama |
| | Vice President, R&ED |
| PARTICIPANT NUMBER: | 0 |
| GRANTEE NAME: | UNIVERSITY OF ALABAMA |
| | 801 UNIVERSITY BLVD, |
| | TUSCALOOSA, AL 35401 - 2029 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 51% |

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02191

S411B260072

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

TIAWANA PIERCE Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:54:53 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 2

ED02192

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02193

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED02194

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Gregory Benner
The University of Alabama
Vice President, R&ED
152 Rose Administration Building
Box 870104

Tuscaloosa, AL 35487

SUBJECT: Payee Identification for Grant Award S411B260072

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

    - UEI

    - e-mail address (if available) for the person to receive automated notification

    - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED02195

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED02196

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED02197

## Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:
   a. User Type (Select Payee unless you are specifically a Servicer)
   b. Unique Entity Identifier (UEI)
   b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

   **U.S. Department of Education**
   **Office of the Chief Information Officer**
   **Mail Stop - 4110**
   **400 Maryland Avenue S.W.**
   **Washington DC 20202**
   **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED02198

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information<br>    Prefix: 9 digit D-U-N-S Number,<br>    Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW<br>Room 4C138<br>Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED02199

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260072

Dear Sir:

Please transfer FEDWIRE payments for The University of Alabama to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (____) _____.

Sincerely,

Chief Financial Officer

ED02200

<div align="right">
**Discretionary GAN Attachment**
**Revised 7/2026**
</div>

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

- o 34 CFR Part 76–State-Administered Formula Grant Programs
  - o 34 CFR Part 77–Definitions that Apply to Department Regulations
  - o 34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management (SAM.gov) and obtain a Unique Entity Identifier (UEI) before receiving an award per 2 CFR Part 25, Unique Entity Identifier and System for Award

ED02202

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA) <br> • Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest <br> • See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED02203

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02204

Discretionary GAN Attachment
Revised 7/2026

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

ED02205

| Requirement | Description | Source |
|---|---|---|
| | | amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

ED02206

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED02207

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.  Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV. Participation of Faith-Based Organizations
V.  Written Notice of Beneficiary Protections
VI. Key Financial Management Requirements

## I.    ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED02208

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II. GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

ED02209

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED02210

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED02211

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02212

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02213

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

## A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

## B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02215

### E.  EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F.  TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1.  The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4.  A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G.  PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED02216

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

### IV.   PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

### V.   WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED02217

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED02218

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**FEDERAL PAYMENT (2 CFR 200.305)**

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED02219

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

ED02220

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED02221

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02222

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ED02223

S411B260077

Leslie Babinski
BELLA Learning
202 Edgewater Circle
Chapel Hill, NC 27516

ED02224

S411B260077

Leslie Babinski
BELLA Learning
202 Edgewater Circle
Chapel Hill, NC 27516

ED02225

S411B260077

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1 — RECIPIENT NAME**

BELLA Learning
202 Edgewater Circle
Chapel Hill, NC 27516

**2 — AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | S411B260077 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3 — PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Leslie Babinski          (919) 360-8563
leslie.babinski@gmail.com
EDUCATION PROGRAM CONTACT
Ruben J Vazquez          (202) 401-1434
RUBEN.VAZQUEZ@ED.GOV
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK       888-336-8930
obssed@servicenowservices.com

**4 — PROJECT TITLE**

84.411B
Implementing State Priorities for Literacy Instruction in
Vermont and Delaware: Scaling BELLA Learning

**5 — KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Leslie Babinski | Project Director | 40 % |

**6 — AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 08/01/2026 - 07/31/2031 |
| PERFORMANCE PERIOD | 08/01/2026 - 07/31/2031 |

FUTURE BUDGET PERIODS

N/A

**7 — AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $9,973,088.00 |
| BUDGET PERIOD | $9,973,088.00 |
| PERFORMANCE PERIOD | $9,973,088.00 |
| RECIPIENT COST-SHARE | 11.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $999,401.00 |

**8 — ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | DKWCHNDV71K5 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80, EDGAR AS APPLICABLE 2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9 — LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED02226

S411B260077

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $9,973,088.00 |

PR/AWARD NUMBER:         S411B260077

RECIPIENT NAME:          BELLA Learning

PARTICIPANT NUMBER:      0

GRANTEE NAME:            BELLA LEARNING

                        202 EDGEWATER CIR,

                        CHAPEL HILL, NC -

PROGRAM INDIRECT COST TYPE:   Unrestricted

PROJECT INDIRECT COST RATE:   15%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02227



S411B260077

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

## TIAWANA PIERCE
Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:37:04 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                                                          **DATE**

Ver. 2

ED02228

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**    Unique items of information that identify this notification.

    **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**    Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -**        The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02229

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED02230

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Leslie Babinski
BELLA Learning
202 Edgewater Circle

Chapel Hill, NC 27516

SUBJECT: Payee Identification for Grant Award S411B260077

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110
Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED02231

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED02232

Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

   a. User Type (Select Payee unless you are specifically a Servicer)

   b. Unique Entity Identifier (UEI)

   b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

   **U.S. Department of Education**
   **Office of the Chief Information Officer**
   **Mail Stop - 4110**
   **400 Maryland Avenue S.W.**
   **Washington DC 20202**
   **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED02233

<div align="center">

**INSTRUCTIONS**
**ACH DIRECT DEPOSIT SIGN-UP FORM**
**SF-1199A**

</div>

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

**INSTRUCTIONS - SECTION 1**

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information |
| | |    Prefix: 9 digit D-U-N-S Number, |
| | |    Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

**INSTRUCTIONS - SECTION 2**

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW |
| | | Room 4C138 |
| | | Washington, DC 20202 |

**INSTRUCTIONS - SECTION 3**

To be completed by financial institution.

ED02234

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260077

Dear Sir:

Please transfer FEDWIRE payments for BELLA Learning to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (____) _____.

Sincerely,

Chief Financial Officer

ED02235

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02236

**Discretionary GAN Attachment**
**Revised 7/2026**

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
  - o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
  - o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02237

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED02238

| Requirement | Description | Source |
|---|---|---|
|  | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. |  |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02239

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

ED02240

| Requirement | Description | Source |
|---|---|---|
| | | amended (20 USC 1681 *et seq*) <br> • See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA) <br> • 2 CFR Part 170, Reporting Subaward and Executive Compensation Information <br> • See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement) <br> • 2 CFR 200.214, Suspension and debarment <br> • Executive Orders 12549 and 12689, Debarment and suspension <br> • See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g)) <br> • 2 CFR Part 175, Award Term for Trafficking in Persons <br> • See Certifications |

6

ED02241

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED02242

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.   ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

ED02243

1.  By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2.  By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3.  By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4.  By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.   GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1.  All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

2.  That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
    - 2 CFR 200.328, Financial reporting;
    - 2 CFR 200.329, Monitoring and reporting program performance;
    - 2 CFR 200.332, Requirements for pass-through entities;
    - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
    - Applicable reporting requirements stipulated in program statutes or regulations.

3.  That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5.  That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2.  Program income was earned;
3.  Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4.  Program regulations or statute require the submission of the FFR; or

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED02246

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02247

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**)**;
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02248

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

## A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

## B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED02249

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02250

### E. EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

ED02252

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED02253

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

ED02254

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208  and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED02255

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED02256

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

ED02257

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02258

S411B260082

Melissa K Wlodarczyk Hickey
Connecticut State Department of Education
Center for Literacy
450 Columbus Boulevard
Hartford, CT 06103

ED02259

S411B260082

Melissa K Wlodarczyk Hickey
Connecticut State Department of Education
Center for Literacy
450 Columbus Boulevard
Hartford, CT 06103

ED02260

S411B260082

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1 RECIPIENT NAME**

Connecticut State Department of Education
Center for Literacy
450 Columbus Boulevard
Hartford, CT 06103

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | S411B260082 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
Melissa K Wlodarczyk Hickey    (860) 713-6680
melissa.hickey@ct.gov
EDUCATION PROGRAM CONTACT
Ruben J Vazquez    (202) 401-1434
RUBEN.VAZQUEZ@ED.GOV
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK    888-336-8930
obssed@servicenowservices.com

**4 PROJECT TITLE**

84.411B
Connecticut Research and Innovation in Literacy Intervention (CT-RILI)

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Melissa K Wlodarczyk Hickey | Project Director | 100 % |

**6 AWARD PERIODS**

BUDGET PERIOD    08/01/2026 - 07/31/2031
PERFORMANCE PERIOD    08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $10,000,000.00 |
| BUDGET PERIOD | $10,000,000.00 |
| PERFORMANCE PERIOD | $10,000,000.00 |
| RECIPIENT COST-SHARE | 11.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $1,005,534.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | ZJSAV61ENCF8 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80, EDGAR AS APPLICABLE 2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED02261

S411B260082

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $10,000,000.00 |

PR/AWARD NUMBER:     S411B260082

RECIPIENT NAME:     Connecticut State Department of Education
Center for Literacy

PARTICIPANT NUMBER:     0

GRANTEE NAME:     CONNECTICUT DEPARTMENT OF EDUCATION

450 COLUMBUS BLVD,

HARTFORD, CT 06103 - 1835

PROGRAM INDIRECT COST TYPE:     Unrestricted

PROJECT INDIRECT COST RATE:     6.2%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02262

S411B260082

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

**TIAWANA PIERCE** Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:38:05 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                              **DATE**

Ver. 2

ED02263

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

**PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02264

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED02265

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Melissa K Wlodarczyk Hickey
Connecticut State Department of Education
Center for Literacy
450 Columbus Boulevard

Hartford, CT 06103

SUBJECT: Payee Identification for Grant Award S411B260082

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED02266

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED02267

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

U.S. Department of Education

Office of the Chief Information Officer

Mail Stop - 4110

400 Maryland Avenue S.W.

Washington, DC 20202

Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

Sincerely,

G5 Administration

## Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

    a. User Type (Select Payee unless you are specifically a Servicer)

    b. Unique Entity Identifier (UEI)

    b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

    **U.S. Department of Education**
    **Office of the Chief Information Officer**
    **Mail Stop - 4110**
    **400 Maryland Avenue S.W.**
    **Washington DC 20202**
    **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED02269

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information Prefix: 9 digit D-U-N-S Number, Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW Room 4C138 Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED02270

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260082

Dear Sir:

Please transfer FEDWIRE payments for Connecticut State Department of Education to the following financial institution and depositor account beginning on this date: Month\_\_\_\_\_, Day\_\_\_\_\_, Year\_\_\_\_\_.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (\_\_\_\_) _____.

Sincerely,


Chief Financial Officer

ED02271

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02272

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

**FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS**

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02273

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED02274

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

ED02275

| Requirement | Description | Source |
|---|---|---|
|  |  | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

ED02276

| Requirement | Description | Source |
|---|---|---|
| | | amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

ED02277

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED02278

<div style="text-align:right"><strong>Discretionary GAN Attachment<br>Revised 7/2026</strong></div>

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I. Enforcement Provisions
II. Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV. Participation of Faith-Based Organizations
V. Written Notice of Beneficiary Protections
VI. Key Financial Management Requirements

## I.    ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

<div style="text-align:right">ED02279</div>

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

ED02280

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED02281

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

## SUBMISSION TIMELINES

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

## SUBMISSION GUIDANCE

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

ED02282

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02283

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

## III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

## TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02284

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

### C.  DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D.  RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02286

## E. EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

## F. TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

## G. PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

ED02287

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.     PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.     WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED02288

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

18

ED02289

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED02290

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208  and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED02291

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED02292

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

ED02293

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02294

S411B260085

Kathleen A McCaffery

New Hampshire Department of Education

Division of Learner Support

25 Hall Street

Concord, NH 03301

ED02295

S411B260085

Melissa White
New Hampshire Department of Education
Division of Learner Support
25 Hall Street
Concord, NH 03301

ED02296

S411B260085

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | New Hampshire Department of Education<br>Division of Learner Support<br>25 Hall Street<br>Concord, NH 03301 | | PR/AWARD NUMBER — S411B260085<br>ACTION NUMBER — 1<br>ACTION TYPE — New<br>AWARD TYPE — Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>Kathleen A McCaffery      (603) 978-0579<br>kathleen.a.mccaffery@doe.nh.gov<br>EDUCATION PROGRAM CONTACT<br>Yolanda Hadnot-Benjamin<br>yolanda.hadnot@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>G5 PAYEE HELPDESK      888-336-8930<br>obssed@servicenowservices.com | | 84.411B<br>Scaling Evidence-Based Writing Instruction through What Works Clearinghouse |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kathleen A McCaffery | Project Director | 40 % |

**6** AWARD PERIODS

BUDGET PERIOD        08/01/2026 - 07/31/2031
PERFORMANCE PERIOD   08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $8,755,969.00 |
| BUDGET PERIOD | $8,755,969.00 |
| PERFORMANCE PERIOD | $8,755,969.00 |
| RECIPIENT COST-SHARE | 10.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $875,596.90 |

**8** ADMINISTRATIVE INFORMATION

UEI            YUC4D2DQS6E1
REGULATIONS    CFR PART 34, 74, 75, 77, 79, 80,
               EDGAR AS APPLICABLE
               2 CFR AS APPLICABLE
ATTACHMENTS    D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:              PL P.L. 114–95 IV ESSA
PROGRAM TITLE:          EDUCATION INNOVATION AND RESEARCH
CFDA/SUBPROGRAM NO:     84.411B

ED02297

S411B260085

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $8,755,969.00 |

PR/AWARD NUMBER:      S411B260085

RECIPIENT NAME:      New Hampshire Department of Education
Division of Learner Support

PARTICIPANT NUMBER:      0

GRANTEE NAME:      DEPARTMENT OF EDUCATION NEW HAMPSHIRE

25 HALL ST,

CONCORD, NH 03301 -

PROGRAM INDIRECT COST TYPE:      Unrestricted

PROJECT INDIRECT COST RATE:      6.4%

TERMS AND CONDITIONS

(1)  By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02298

S411B260085

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)    This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

TIAWANA PIERCE  Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:39:06 -04'00'

——————————————————————————    ——————————

**AUTHORIZING OFFICIAL**                                        **DATE**

Ver. 2

ED02299

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02300

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

---

\* This item differs or does not appear on formula and block grants.

ED02301

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Kathleen A McCaffery
New Hampshire Department of Education
Division of Learner Support
25 Hall Street

Concord, NH 03301

SUBJECT: Payee Identification for Grant Award S411B260085

This is to inform you that the United States Department of Education does not have a payee and bank account of record designated for the above listed grant award. You will not be able to request funds for this grant award until a payee and bank account of record are established.

1) All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department of Education. The SF-1199A must contain original signatures for both the recipient and bank officials.

2) First time recipients establishing a bank account for a new award must include a copy of the grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-Up forms.

3) The Grant Administration and Payment System (GAPS) has been enhanced to produce an automated notification when bank account data has been changed or deleted. This automated notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients without an e-mail address.

4) All banking information requests, including establishing a new bank account, modifying an existing bank account or deleting a bank account must be accompanied with a cover letter requesting the specific action. The cover letter must be on the letterhead of the requesting payee. The cover letter must contain the following information:

   - UEI

   - e-mail address (if available) for the person to receive automated notification

   - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED02302

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED02303

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

> U.S. Department of Education
>
> Office of the Chief Information Officer
>
> Mail Stop - 4110
>
> 400 Maryland Avenue S.W.
>
> Washington, DC 20202
>
> Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

> Sincerely,
>
> G5 Administration

ED02304

Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

    a. User Type (Select Payee unless you are specifically a Servicer)

    b. Unique Entity Identifier (UEI)

    b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

    **U.S. Department of Education**
    **Office of the Chief Information Officer**
    **Mail Stop - 4110**
    **400 Maryland Avenue S.W.**
    **Washington DC 20202**
    **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED02305

<div align="center">

**INSTRUCTIONS**
**ACH DIRECT DEPOSIT SIGN-UP FORM**
**SF-1199A**

</div>

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

**INSTRUCTIONS - SECTION 1**

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information<br>    Prefix: 9 digit D-U-N-S Number,<br>    Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

**INSTRUCTIONS - SECTION 2**

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW<br>Room 4C138<br>Washington, DC 20202 |

**INSTRUCTIONS - SECTION 3**

To be completed by financial institution.

ED02306

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260085

Dear Sir:

Please transfer FEDWIRE payments for New Hampshire Department of Education to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (_____) _____.

Sincerely,

Chief Financial Officer

ED02307

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

## OVERVIEW

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

## APPLICABILITY OF LAWS AND POLICIES

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02308

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
  - o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
  - o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02309

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

### LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED02310

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

ED02311

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED02314

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.      ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED02315

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.   GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

ED02316

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:

   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

10

ED02317

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED02318

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02319

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

### III.     LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02320

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

## A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

## B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

ED02321

## C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

## D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02322

### E. Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

ED02323

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

ED02324

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

18

ED02325

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED02326

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED02327

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

21

ED02328

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02329

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02330

S411B260093

Rachel Shepherd
Appalachian State University
College Access Partnerships
730 Rivers St
Boone, NC 28608

ED02331

S411B260093

Charna K Howson
Appalachian State University
College Access Partnerships
438 Academy Street
Boone, NC 28608

ED02332

S411B260093

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | Appalachian State University<br>College Access Partnerships<br>438 Academy Street<br>Boone, NC 28608 | | PR/AWARD NUMBER    S411B260093<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>   Rachel Shepherd      (828) 262-8016<br>   shepherdra@appstate.edu<br>EDUCATION PROGRAM CONTACT<br>   Zabrina Lard      (202) 987-0942<br>   Zabrina.Lard@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK    888-336-8930<br>   obssed@servicenowservices.com | | 84.411B<br>Empowering Teacher Learning: Strengthening Professional<br>learning to Advance Reading Knowledge |

### 5 KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Rachel Shepherd | Project Director | 5 % |

### 6 AWARD PERIODS

BUDGET PERIOD      08/01/2026 - 07/31/2031
PERFORMANCE PERIOD      08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

### 7 AUTHORIZED FUNDING

THIS ACTION      $10,000,000.00
BUDGET PERIOD      $10,000,000.00
PERFORMANCE PERIOD      $10,000,000.00
RECIPIENT COST-SHARE      10.00%
RECIPIENT NON-FEDERAL AMOUNT      $1,000,000.00

### 8 ADMINISTRATIVE INFORMATION

UEI      F1NAKY5L1425
REGULATIONS      CFR PART 34, 74, 75, 77, 79, 80,
     EDGAR AS APPLICABLE
     2 CFR AS APPLICABLE
ATTACHMENTS      D072026 , HS-2

### 9 LEGISLATIVE AND FISCAL DATA

AUTHORITY:      PL P.L. 114–95 IV ESSA
PROGRAM TITLE:      EDUCATION INNOVATION AND RESEARCH
CFDA/SUBPROGRAM NO:      84.411B

ED02333

S411B260093

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $10,000,000.00 |

PR/AWARD NUMBER: S411B260093

RECIPIENT NAME: Appalachian State University
College Access Partnerships

PARTICIPANT NUMBER: 0

GRANTEE NAME: APPALACHIAN STATE UNIVERSITY

438 ACADEMY ST,

BOONE, NC 28608 - 0001

PROGRAM INDIRECT COST TYPE: Unrestricted

PROJECT INDIRECT COST RATE: 40%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02334



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)   This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

(6)   Based on the program office s review of the budget narrative for matching funds, the grantee may not conduct activities nor draw down funds under this grant until after 1) the grantee has participated in a post award conference call with the program officer assigned to the grant, and 2) the program officer has provided written approval of the grantee s budget for matching funds, to align with the general requirements and match contribution requirements detailed in the Education Innovation and Research Program Mid-phase Grants notice inviting applications published in the Federal Register on September 12, 2025. The grantee may request reconsideration of this specific condition by sending a written notification describing why such condition should not be imposed on this grant to its Department program officer.

TIAWANA PIERCE  Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:16:01 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                                      **DATE**

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02336

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED02337

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Rachel Shepherd
Appalachian State University
College Access Partnerships
438 Academy Street

Boone, NC 28608


SUBJECT: Payee Verification for Grant Award S411B260093

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: F1NAKY5L1425
Grantee Name: APPALACHIAN STATE UNIVERSITY

Payee UEI: F1NAKY5L1425
Payee Name: APPALACHIAN STATE UNIVERSITY

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED02338

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02339

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination,](#)" which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02340

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED02341

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 et seq)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02342

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

ED02343

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

ED02344

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED02345

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.    ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED02346

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

ED02347

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED02348

5.  Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1.  Quarterly - due within 30 days after each reporting period.
2.  Semi-annual - due within 30 days after each reporting period.
3.  Annual - due within 30 days after the reporting period.
4.  Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1.  *Multiple Grant Reporting Using SF 425A Not Required*
    -   While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
    -   Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2.  *Completing an SF 425 for Each Grant*
    -   ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
    -   Grantees must complete and submit one FFR for each of its grants.
    -   FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
    -   FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3.  *Program Income*
    -   Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
    -   A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED02349

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02350

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
    - PR/Award Number (also known as the Federal Identifying Number or FAIN),
    - Recipient organization,
    - UEI,
    - Employer Identification Number (EIN), and
    - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02351

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A. UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B. TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

## C.  DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

## D.  RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02353

### E. Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED02354

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED02355

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED02356

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**FEDERAL PAYMENT (2 CFR 200.305)**

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED02359

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02360

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02361

S411B260105

Kelly C Patrick
University of Utah
VP FOR RESEARCH
University of Utah Reading Clinic
5242 South College Drive, Suite 100
Murray, UT 84123

ED02362

S411B260105

Brent Brown
University of Utah
VP FOR RESEARCH
201 South President's Circle, Room 405
Salt Lake City, UT 84112

S411B260105

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>University of Utah<br>VP FOR RESEARCH<br>201 South President's Circle, Room 405<br>Salt Lake City, UT 84112 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER    S411B260105<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary<br>(Research and Development) |
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>  Kelly C Patrick    (801) 265-3951<br>  kelly.patrick@utah.edu<br>EDUCATION PROGRAM CONTACT<br>  Gay Ojugbana    (202) 260-1461<br>  gay.ojugbana@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.411B<br>Striving Readers Support (SRS) Program: Expanding Evidence-Based Literacy Tutoring and Evaluation through University–District Partnerships to Improve Reading Outcomes for Students in Rural Communities |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Kelly C Patrick | Project Director | 20 % |

**6** AWARD PERIODS

BUDGET PERIOD    08/01/2026 - 07/31/2031
PERFORMANCE PERIOD    08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

| | |
|---|---|
| THIS ACTION | $7,130,998.00 |
| BUDGET PERIOD | $7,130,998.00 |
| PERFORMANCE PERIOD | $7,130,998.00 |
| RECIPIENT COST-SHARE | 10.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $713,099.80 |

**8** ADMINISTRATIVE INFORMATION

| | |
|---|---|
| UEI | LL8GLEVH6MG3 |
| REGULATIONS | CFR PART 34, 74, 75, 77, 79, 80,<br>EDGAR AS APPLICABLE<br>2 CFR AS APPLICABLE |
| ATTACHMENTS | D072026 , HS-2 |

**9** LEGISLATIVE AND FISCAL DATA

| | |
|---|---|
| AUTHORITY: | PL P.L. 114–95 IV ESSA |
| PROGRAM TITLE: | EDUCATION INNOVATION AND RESEARCH |
| CFDA/SUBPROGRAM NO: | 84.411B |

ED02364

S411B260105

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $7,130,998.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S411B260105 |
| RECIPIENT NAME: | University of Utah |
| | VP FOR RESEARCH |
| PARTICIPANT NUMBER: | 0 |
| GRANTEE NAME: | UNIVERSITY OF UTAH |
| | 201 PRESIDENTS CIR, |
| | SALT LAKE CITY, UT 84112 - 9049 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 54% |

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to w

ED02365



S411B260105

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)   This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

## TIAWANA PIERCE
Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:24:41 -04'00'

_____     _____

**AUTHORIZING OFFICIAL**                                      **DATE**

Ver. 2

ED02366

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants** (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02367

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED02368

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Kelly C Patrick
University of Utah
VP FOR RESEARCH
201 South President's Circle, Room 405

Salt Lake City, UT 84112

SUBJECT: Payee Identification for Grant Award S411B260105

This is to inform you that the United States Department of Education does not have a payee
and bank account of record designated for the above listed grant award. You will not be able to
request funds for this grant award until a payee and bank account of record are established.

1)  All SF-1199A, Direct Deposit and Fedwire Sign-Up forms must be mailed to the Department
    of Education. The SF-1199A must contain original signatures for both the recipient and bank
    officials.
2)  First time recipients establishing a bank account for a new award must include a copy of the
    grant award document with the cover letter and SF-1199A, Direct Deposit or Fedwire Sign-
    Up forms.
3)  The Grant Administration and Payment System (GAPS) has been enhanced to produce an
    automated notification when bank account data has been changed or deleted. This automated
    notification is transmitted via e-mail to Payees having e-mail capacity or mailed to recipients
    without an e-mail address.
4)  All banking information requests, including establishing a new bank account, modifying an
    existing bank account or deleting a bank account must be accompanied with a cover letter
    requesting the specific action. The cover letter must be on the letterhead of the requesting
    payee. The cover letter must contain the following information:

    - UEI

    - e-mail address (if available) for the person to receive automated notification

    - signature and phone number of the person requesting the bank information change

Mail Cover Letters and accompanying forms to:

U.S. Department of Education
400 Maryland Ave, SW, Rm. 4C146
Washington, DC 20202-4110

ED02369

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Attn: Financial Management Operations

If you have any questions or require assistance concerning establishing a payee record for a bank account please contact the G5 Hotline at 1-888-336-8930.

ED02370

Dear G5 Payee:

To obtain your G5 Login ID, you will need to complete the G5 External User Access Request Form and return it notarized to the U.S. Department of Education. Attached are the instructions for accessing and completing the form. Upon receiving the notarized form, the Department will send you an email with your new G5 Login ID.

Please mail the form to:

U.S. Department of Education

Office of the Chief Information Officer

Mail Stop - 4110

400 Maryland Avenue S.W.

Washington, DC 20202

Attn: Functional Applications Team

Thank you for your continued support of the U.S. Department of Education's G5 Grant Management System. Please contact the G5 Hotline (888-336-8930) if you have any

Sincerely,

G5 Administration

ED02371

Instructions for Completing the G5 External User Access Request Form

To establish direct access to your U.S. Department of Education G5 Grant Management System account, please complete the G5 External User Access Request Form attached, have it notarized, and mail the completed form to the address below.

Steps for Completing the G5 External User Access Request Form -

1. Go to http://www.g5.gov and click on the link, "Not Registered? Sign up".

2. Compete each data element of the form including the following elements:

   a. User Type (Select Payee unless you are specifically a Servicer)

   b. Unique Entity Identifier (UEI)

   b. Desired Role (Select Full Access to enable you to continue to draw funds, or View Only if you will only need to review account activity).

3. Print the form and then Submit your online registration.

4. You will immediately receive an email asking you to activate your account.

5. Click on the link in the email and select your password and Secret Question and Answer.

6. Congratulations! You now have an active account. Only one more step!!

7. Sign the printed (from step 3) G5 External User Access Request Form as the Authorized Payee in the presence of a Notary Public.

8. Assure the G5 External User Access Request Form is notarized with appropriate seal and signature and expiration date.

9. Mail the completed, notarized G5 External User Access Request Form to the following address:

   **U.S. Department of Education**
   **Office of the Chief Information Officer**
   **Mail Stop - 4110**
   **400 Maryland Avenue S.W.**
   **Washington DC 20202**
   **Attn: Functional Applications Team**

10. Allow two weeks for delivery and account updates.

11. You will receive Email notification that your G5 External User Access Request Form has been processed and your roles have been assigned.

12. Congratulations, You're now able to access G5 directly.

As always, please contact the G5 Hotline (888-336-8930) with any questions.

ED02372

# INSTRUCTIONS
## ACH DIRECT DEPOSIT SIGN-UP FORM
### SF-1199A

Recipients can obtain an SF-1199A (Figure D-1) from their financial insitution. The preprinted instructions on the reverse side of the SF-1199A should be disregarded and the following instructions should be followed in completing the SF-1199A.

The recipient is to complete Sections 1 and 2 of the SF-1199A. The recipient's financial institution is to complete Section 3 and mail the completed form to the Department of Education. The financial institution will mail a copy of the completed SF-1199A to the recipient.

## INSTRUCTIONS - SECTION 1

| | | |
|---|---|---|
| ITEM A | Name of Payee | Enter the name and address of payee's organization. |
| | Address | Enter telephone number of person authorized to certify the |
| | Telephone Number | payment request. |
| ITEM B | Name of Person(s) Entitled to Payment | Leave Blank. |
| ITEM C | Claim or Payroll ID Number | Enter the following information |
| | | Prefix: 9 digit D-U-N-S Number, |
| | | Suffix: 11 character Grant Award nUmber. |
| ITEM D | Type of Depositor | Place an "X" in the Appropriate Box. |
| ITEM E | Depositor Account | Enter the payee's account number at the financial institution in which funds are to be deposited. Include blanks or dashes when entering the account number. |
| ITEM F | Type of Payement | Enter "X" in the "Other" box. |
| ITEM G | Box for Allotment of Payment Only | Leave Blank. |
| Payee/Joint Certification | | Authorized Certifying Official for the payee is to sign the form. |

## INSTRUCTIONS - SECTION 2

| | | |
|---|---|---|
| Government Agency Name | Enter: | U.S. Department of Education |
| Government Agency Address | Enter: | 400 Maryland Avenue, SW |
| | | Room 4C138 |
| | | Washington, DC 20202 |

## INSTRUCTIONS - SECTION 3

To be completed by financial institution.

ED02373

Director, Financial Payment Group
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202 - 4331

Ref: PR/Award No. S411B260105

Dear Sir:

Please transfer FEDWIRE payments for University of Utah to the following financial institution and depositor account beginning on this date: Month_____, Day_____, Year_____.

Information regarding the financial institution to which payments for D-U-N-S_____ are to be transferred is provided below.

Financial Institution

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Account Number:_____
Contact Name:_____
Telephone No:_____

Corresponding Bank (if applicable):

Name:_____
Street:_____
City:_____
State:_____
Zip:_____

ABA Number:_____
Telegraphic Abbrev.:_____

Please update my account with the information as indicated above. If you have any questions, I may be reached at (_____) _____.

Sincerely,

Chief Financial Officer

ED02374

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77–Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02375

- 34 CFR Part 76–State-Administered Formula Grant Programs
- 34 CFR Part 77–Definitions that Apply to Department Regulations
- 34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in SAM.gov, including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

**FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS**

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management (SAM.gov) and obtain a Unique Entity Identifier (UEI) before receiving an award per 2 CFR Part 25, Unique Entity Identifier and System for Award

ED02376

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED02377

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
|  | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. |  |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables <br> • See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106) <br> • 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance) <br> • See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA) <br> • 2 CFR Part 170, Reporting Subaward and Executive Compensation Information <br> • See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq) <br> • See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 et seq) <br> • See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq) <br> • Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02378

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

5

ED02379

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

ED02380

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

7

ED02381

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.   ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

ED02382

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

### PERFORMANCE REPORTS

#### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

#### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

ED02383

2.  That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:

    - 2 CFR 200.328, Financial reporting;
    - 2 CFR 200.329, Monitoring and reporting program performance;
    - 2 CFR 200.332, Requirements for pass-through entities;
    - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
    - Applicable reporting requirements stipulated in program statutes or regulations.

3.  That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4.  That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5.  That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1.  A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2.  Program income was earned;
3.  Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4.  Program regulations or statute require the submission of the FFR; or

ED02384

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

### SUBMISSION TIMELINES

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

### SUBMISSION GUIDANCE

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

ED02385

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

12

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
    - PR/Award Number (also known as the Federal Identifying Number or FAIN),
    - Recipient organization,
    - UEI,
    - Employer Identification Number (EIN), and
    - Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

14

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

15

ED02389

### E. EIGHT PERCENT RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. TRAINING GRANT INDIRECT COST RATE

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. PROGRAM-SPECIFIC INDIRECT COST RATE

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED02390

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.   PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.   WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED02391

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED02392

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

**FEDERAL PAYMENT (2 CFR 200.305)**

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

basis;
- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

ED02394

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED02395

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02396

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ED02397

S411B260106

Julia G Bryce
The University of New Hampshire
51 College Road
James Hall, Room 308
Durham, NH 03824

ED02398

S411B260106

Susan Sosa
The University of New Hampshire
51 College Road
Sponsored Programs Administration
Durham, NH 03824

ED02399



S411B260106

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|

**1** RECIPIENT NAME

The University of New Hampshire
51 College Road
Sponsored Programs Administration
Durham, NH 03824

**2** AWARD INFORMATION

PR/AWARD NUMBER    S411B260106
ACTION NUMBER    1
ACTION TYPE    New
AWARD TYPE    Discretionary
(Research and Development)

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Julia G Bryce            (603) 862-3139
Julie.Bryce@unh.edu
EDUCATION PROGRAM CONTACT
Ruben J Vazquez        (202) 401-1434
RUBEN.VAZQUEZ@ED.GOV
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK      888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.411B
STEM Language Arts Teaching/learning Ecosystems: Cross-Academic Bolstering of Literacy Engagement (SLATE: CABLE)

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Julia G Bryce | Project Director | 27 % |

**6** AWARD PERIODS

BUDGET PERIOD        08/01/2026 - 07/31/2031
PERFORMANCE PERIOD   08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

THIS ACTION            $9,999,934.00
BUDGET PERIOD          $9,999,934.00
PERFORMANCE PERIOD     $9,999,934.00
RECIPIENT COST-SHARE         11.00%
RECIPIENT NON-FEDERAL AMOUNT   $1,007,125.00

**8** ADMINISTRATIVE INFORMATION

UEI          GBNGC495XA67
REGULATIONS  CFR PART 34, 74, 75, 77, 79, 80,
             EDGAR AS APPLICABLE
             2 CFR AS APPLICABLE
ATTACHMENTS  D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:            PL P.L. 114–95 IV ESSA
PROGRAM TITLE:        EDUCATION INNOVATION AND RESEARCH
CFDA/SUBPROGRAM NO:   84.411B

ED02400

S411B260106

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $9,999,934.00 |

PR/AWARD NUMBER:  S411B260106

RECIPIENT NAME:  The University of New Hampshire

PARTICIPANT NUMBER:  0

GRANTEE NAME:  UNIVERSITY SYSTEM OF NEW HAMPSHIRE

51 COLLEGE RD, BLDG 107

DURHAM, NH 03824 - 2620

PROGRAM INDIRECT COST TYPE:  Unrestricted

PROJECT INDIRECT COST RATE:  53.5%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02401

S411B260106

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

TIAWANA PIERCE    Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:25:42 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**                             **DATE**

Ver. 2

ED02402

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**   Unique items of information that identify this notification.

> **PR/AWARD NUMBER -**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

> **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

> **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

> **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

> **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

> **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

> **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**   Project activities and funding are approved with respect to three different time periods, described below:

> **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

> **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

> **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

> **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

> **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

> **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

> **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

> **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

> **UEI -**          The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02403

**\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**  The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -**   The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED02404

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Julia G Bryce
The University of New Hampshire
51 College Road
Sponsored Programs Administration

Durham, NH 03824

SUBJECT: Payee Verification for Grant Award S411B260106

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: GBNGC495XA67
Grantee Name: UNIVERSITY SYSTEM OF NEW HAMPSHIRE

Payee UEI: SGSJKMBMKAM8
Payee Name: UNIVERSITY SYSTEM OF NEW HAMPSHIRE

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED02405

Discretionary GAN Attachment
Revised 7/2026

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02406

- o [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

### FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02407

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

## LAWS AND POLICIES

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

3

ED02408

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 *et seq*)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 *et seq*)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

ED02409

**Discretionary GAN Attachment**
**Revised 7/2026**

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED02410

| Requirement | Description | Source |
|---|---|---|
| | | amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

6

ED02411

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED02412

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.   Enforcement Provisions
II.  Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV.  Participation of Faith-Based Organizations
V.   Written Notice of Beneficiary Protections
VI.  Key Financial Management Requirements

## I.   ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1.  Congress has appropriated sufficient funds under the program;
2.  The Secretary has determined that continuing the project would be in the best interest of the government;
3.  The grantee has made substantial progress toward meeting the goals and objectives of the project;
4.  The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5.  The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6.  The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

ED02413

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II.    GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:

   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED02415

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

ED02416

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02417

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - o PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - o Recipient organization,
  - o UEI,
  - o Employer Identification Number (EIN), and
  - o Period covered by the report.

### III.    LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

### TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

ED02418

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

### A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

### B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED02419

### C.  DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)).

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D.  RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02420

### E. Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

ED02421

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

## IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

17

ED02422

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED02423

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT (2 CFR 200.305)

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: Returning Funds/Interest | HHS PSC FMP Payment Management Services.

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED02424

- basis;
- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208 and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

20

ED02425

## COST PRINCIPLES (2 CFR 200 SUBPART E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

## PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

## AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## OTHER CONSIDERATIONS

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED02426

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

## SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02427

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2

ED02428

S411B260109

Virginia Henry

Center for Strategic Leadership and Organizational Coherence

5100 Poplar Ave. Suite 2739

Memphis, TN 38137

ED02429

S411B260109

Pamela Yancy-Taylor
Center for Strategic Leadership and Organizational Coherence
5100 Poplar Ave. Suite 2739
Memphis, TN 38137



S411B260109

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| 1 | RECIPIENT NAME | 2 | AWARD INFORMATION |
|---|---|---|---|
| | Center for Strategic Leadership and Organizational Coherence<br>5100 Poplar Ave. Suite 2739<br>Memphis, TN 38137 | | PR/AWARD NUMBER   S411B260109<br>ACTION NUMBER   1<br>ACTION TYPE   New<br>AWARD TYPE   Discretionary<br>(Research and Development) |

| 3 | PROJECT STAFF | 4 | PROJECT TITLE |
|---|---|---|---|
| | RECIPIENT PROJECT DIRECTOR<br>  Virginia Henry      (901) 239-5269<br>  vhenry@cslfoc.org<br>EDUCATION PROGRAM CONTACT<br>  Zabrina Lard      (202) 987-0942<br>  Zabrina.Lard@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | | 84.411B<br>RISE: Reading Inspires Student Excellence! |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Virginia Henry | Project Director | 100 % |

**6** AWARD PERIODS

      BUDGET PERIOD     08/01/2026 - 07/31/2031
      PERFORMANCE PERIOD     08/01/2026 - 07/31/2031

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

      THIS ACTION     $10,000,000.00
      BUDGET PERIOD     $10,000,000.00
      PERFORMANCE PERIOD     $10,000,000.00
      RECIPIENT COST-SHARE     10.00%
      RECIPIENT NON-FEDERAL AMOUNT     $1,000,000.00

**8** ADMINISTRATIVE INFORMATION

      UEI     D6Z1KJKK3JY7
      REGULATIONS     CFR PART 34, 74, 75, 77, 79, 80,
           EDGAR AS APPLICABLE
           2 CFR AS APPLICABLE
      ATTACHMENTS     D072026 , HS-2

**9** LEGISLATIVE AND FISCAL DATA

      AUTHORITY:     PL P.L. 114–95 IV ESSA
      PROGRAM TITLE:     EDUCATION INNOVATION AND RESEARCH
      CFDA/SUBPROGRAM NO:     84.411B

S411B260109

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|-----------|--------------|------------|-----------|----------|------------|----------|------|--------------|--------|
| 0204M | 2026 | 2026 | ES000000 | B | UI6 | 000 | 411 | 4101C | $10,000,000.00 |

PR/AWARD NUMBER: S411B260109

RECIPIENT NAME: Center for Strategic Leadership and Organizational Coherence

PARTICIPANT NUMBER: 0

GRANTEE NAME: THE CENTER FOR STRATEGIC LEADERSHIP AND ORGANIZATIONAL COHERENCE INC.

5100 POPLAR AVE STE 2739,

MEMPHIS, TN 38137 - 4000

PROGRAM INDIRECT COST TYPE: Unrestricted

PROJECT INDIRECT COST RATE: 15%

TERMS AND CONDITIONS

(1) By the drawdown of funds under this GAN, the grantee accepts that this award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 as revised at 89 FR 30136-30208 (April 22, 2024).

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made to a subrecipient under this grant.
The term subaward means:
1) An award provided by a pass-through entity to a subrecipient for the subrecipient to contribute to the goals and objectives of the project by carrying out part of a Federal award received by the pass-through entity. It does not include payments to a contractor [See 2 CFR 200.331(a)(5)], beneficiary, or participant. A subaward may be provided through any form of legal agreement consistent with criteria in with 200.331, including an agreement the pass-through entity considers a contract. See 2 CFR 200.1.

In accordance with 2 CFR 200.331 (a), a subaward is made to a subrecipient for the purpose of carrying out a portion of the Federal award and creates a Federal financial assistance relationship with a subrecipient. Characteristics that support the classification of the entity as a subrecipient include, but are not limited to, when the entity:

1) Determines who is eligible to receive what Federal assistance;
2) Has its performance measured in relation to whether the objectives of a Federal program were met;
3) Has responsibility for programmatic decision-making;
4) Is responsible for adherence to applicable Federal program requirements specified in the Federal award; and
5) Implements a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the pass-through entity.

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions (34 CFR 75.564(a) and 34 CFR 76.562(a)). The negotiated indirect cost rate agreement authorizes a recipient to draw

ED02432



S411B260109

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

down indirect costs from the grant awards (34 CFR 75.564(b) and 34 CFR 76.562(b)). The following conditions apply to the below entities.

A. All entities (other than Institutions of Higher Education (IHE)

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under statutes, departmental regulations (Education Department General Administrative Regulations (EDGAR)), or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of Higher Education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) This grant is a frontloaded grant, i.e., funds indicated in Block 7 were requested by the grantee, and approved by the Department, for expenditure in more than one budget year. For the current budget year and any subsequent budget year, the grantee may only draw down funds in accordance with its approved budget for that budget year and may not draw down funds in excess of that amount without prior approval.

TIAWANA PIERCE   Digitally signed by TIAWANA PIERCE
Date: 2026.07.30 11:26:45 -04'00'

_____    _____
**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 2

ED02433

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**    (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -**  Unique items of information that identify this notification.

    **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -**  Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED02434

**\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award. **AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED02435

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Virginia Henry
Center for Strategic Leadership and Organizational Coherence
5100 Poplar Ave. Suite 2739

Memphis, TN 38137

SUBJECT: Payee Verification for Grant Award S411B260109

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: D6Z1KJKK3JY7
Grantee Name: THE CENTER FOR STRATEGIC LEADERSHIP AND ORGANIZATIONAL COHERENCE INC.

Payee UEI: D6Z1KJKK3JY7
Payee Name: THE CENTER FOR STRATEGIC LEADERSHIP AND ORGANIZATIONAL COHERENCE INC.

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED02436

# GOVERNMENT-WIDE ADMINISTRATIVE STATUTORY AND NATIONAL POLICY REQUIREMENTS FOR U.S. DEPARTMENT OF EDUCATION AWARDS

**OVERVIEW**

This portion of the Grant Award Notification (GAN) Attachment describes Federal government-wide sources of laws and policies that apply to grantees and subgrantees of Federal awards issued by the U.S. Department of Education (ED).[1] The sources of Federal government-wide laws and policy include the U.S. Constitution, statutes, regulations, executive orders, and statements of policy. By accepting this award, grantees must comply with 34 CFR 75.700, including all applicable executive orders. Grantees throughout the course of their grant must use Federal funds in accordance with executive orders currently applicable to their Federal award, to ensure project activities align with the interests of the Federal government.

This Attachment compiles many of the laws and policies that apply to awards; however, it is not intended to be an exhaustive list or to reproduce the full text. Some laws and policies are only applicable to awards with certain types of activities or to certain types of recipients. Additionally, ED award terms and conditions may incorporate statutes, regulations, or policies specific to an award.

Please note that some sources use different terms for grantee such as recipient. Per 34 CFR Part 77– Definitions that Apply to Department Regulations, ED uses grantee to mean the legal entity to which a grant is awarded and is accountable to the Federal Government for the use of the funds provided. Subgrantee means the government or other legal entity to which a subgrant is awarded and that is accountable to the grantee for the use of the funds provided.

**APPLICABILITY OF LAWS AND POLICIES**

The legal order of precedence determines the order in which laws and policies may apply to Federal awards. The following list includes examples of the types of laws and policies, and is not an exhaustive list:

- U.S. Constitution
- Program-Specific Authorizations and Appropriations
- Single Audit Amendments Act of 1996
- Federal Funding Accountability and Transparency Act of 2006 (FFATA)
- Digital Accountability and Transparency Act of 2014 (DATA Act)
- Grant Reporting Efficiency and Agreements Transparency Act of 2019 (GREAT Act)
- Uniform Administrative Requirements, Cost Principles, and Audit Requirements: 2 CFR Part 200 as adopted as regulations of ED in 2 CFR 3474.
- Education Department General Administrative Regulations: 34 CFR Parts 75, 76, 77, 79, etc. (ED-specific)
  - 34 CFR Part 75–Direct Grant Programs

---

[1] The content in this portion of the GAN Attachment consolidates information previously included in separate GAN Attachments and Enclosures.

1

ED02437

- o  [34 CFR Part 76–State-Administered Formula Grant Programs](#)
- o  [34 CFR Part 77–Definitions that Apply to Department Regulations](#)
- o  [34 CFR Part 79–Intergovernmental Review of Department of Education Programs and Activities](#)
- Executive Orders
- Office of Management and Budget Memoranda (OMB Memos)
- ED and Program-specific guidance such as grant notices, Frequently Asked Questions, and other program announcements

The following general condition is applicable to all grantees:

Grantees must not use Federal funds under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 ([42 U.S.C. 2000d](#) *et seq.* or [42 U.S.C. 2000e](#) *et seq.*), Title IX of the Education Amendments of 1972 ([20 U.S.C. 1681](#) *et seq.*), section 504 of the Rehabilitation Act ([29 U.S.C. 794](#)), the Age Discrimination Act of 1975 ([42 U.S.C. 6101](#) *et seq.*), Title II of the Americans with Disabilities Act of 1990 ([42 U.S.C. 12131](#) *et seq.*), the Boy Scouts of America Equal Access Act of 2001 ([20 U.S.C. 7905](#)), section 117 of the Higher Education Act of 1965, as amended ([20 U.S.C. 1011f](#)), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "[Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination](#)," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.

Additionally, grantees must comply with all "Financial Assistance General Certifications and Representations" annual registration requirements made in [SAM.gov](#), including any provisions in the annual registration that address civil rights, DEI programs or activities, and support of illegal aliens.

To the extent that a grantee uses grant funds for such unallowable activities, ED may take appropriate enforcement action including the potential recovery of funds, or may pursue termination or non-continuation. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

FINANCIAL ASSISTANCE GENERAL CERTIFICATIONS AND REPRESENTATIONS

All applicants, grantees, and subgrantees of Federal financial assistance are required to register in the System for Award Management ([SAM.gov](#)) and obtain a Unique Entity Identifier (UEI) before receiving an award per [2 CFR Part 25, Unique Entity Identifier and System for Award](#)

ED02438

Management.

An entity must be registered in SAM.gov before submitting applications, include their UEI in each application, maintain current and active registration in SAM.gov at all times during which it has an active Federal award, and review and update its information annually as a recipient or an application under consideration by a Federal agency. The applicant or recipient must review and update its information in SAM.gov annually from the date of initial registration or subsequent updates to ensure it is current and accurate.

Grantee authorized organization representatives agree to the Financial Assistance General Certifications and Representations that are binding on every award as part of registration and annual certification in SAM.gov. However, grantees may be exempted by Federal statute or the exceptions listed in 2 CFR 25.110, Exemptions to this part.

When applicants register or annually recertify in SAM.gov, their authorized organization representative agrees to the Financial Assistance General Certifications and Representations (Certifications). These Certifications are binding on every award. Laws and policies identified in these Certifications are identified in this document with the statement, "See Certifications." The Certifications in SAM.gov can be found in Appendix I of the SAM.gov Entity Registration Checklist and are incorporated by reference herein.

**LAWS AND POLICIES**

This section outlines various laws and policies that may apply to ED awards (including grantees and subgrantees). It is not intended to be an exhaustive list.

| Requirement | Description | Source |
|---|---|---|
| Cash Management | Grantees are required to manage Federal grant funds in compliance with the requirements in the Payment Integrity Information Act of 2019 (PIIA), Cash Management Improvement Act of 1990 (CMIA), and as further clarified in ED and government-wide regulations. | • Payment Integrity Information Act of 2019 (PIIA)<br>• Cash Management Improvement Act of 1990 (CMIA) |
| Conflict of Interest | Federal agencies must establish conflict of interest policies for Federal awards and grantees, and subgrantees must disclose in writing any potential conflict of interest to the Federal agency or pass-through entity in accordance with established Federal agency policies. | • 2 CFR 200.112, Conflict of interest<br>• See Certifications |
| Contract Provisions | In addition to other provisions required by the Federal agency or non-Federal entity, all contracts | • 2 CFR 200, Appendix II |

ED02439

| Requirement | Description | Source |
|---|---|---|
| | made by the non-Federal entity under the Federal award must contain certain provisions, as applicable. | |
| Debt Collection | After providing reasonable notice, Federal agencies or pass-through entities may withhold payments to grantee or subgrantees for financial obligations incurred after a specific date until conditions are corrected or the debt is repaid to the Federal Government. | • OMB Circular A-129, Policies for Federal Credit Programs and Non-Tax Receivables<br>• See Certifications |
| Drug-Free Workplace | Related to maintaining a drug-free workplace and notifying the awarding agency if an employee is convicted of violating a criminal drug law. Failure to follow these requirements may be cause for debarment. | • Drug-Free Workplace Act (41 USC 8101-8106)<br>• 2 CFR Part 182, Government-Wide Requirements for Drug-Free Workplace (Financial Assistance)<br>• See Certifications |
| Executive Compensation Reporting | Related to requirements to report certain information on compensation for executives. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Environmental Protections – Assess and Mitigate Environmental Impact | The National Environmental Protection Act includes policies to conduct reviews to assess and mitigate environmental impact. Applies to construction or major renovation activities. Does not apply to subcontractors. | • National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq)<br>• See Certifications |
| Fair Housing Practices | Related to protecting people from discrimination in housing under Federally funded programs. | • Title VIII of the Civil Rights Act of 1968 (42 USC 3601 et seq)<br>• See Certifications |
| Faith-Based Organizations | Related to protections for faith-based organizations to apply and receive Federal funds without discrimination or interference with their mission. Describes limitations on the use of Federal funds. | • Religious Freedom Restoration Act of 1993 (42 USC 2000bb et seq)<br>• Executive Order 13279, Equal Protection of the Laws for Faith-Based and Community Organizations |

4

ED02440

Discretionary GAN Attachment
Revised 7/2026

| Requirement | Description | Source |
|---|---|---|
| | | • Executive Order 13559, Fundamental Principles and Policymaking Criteria for Partnerships with Faith-Based and Other Neighborhood Organizations<br>• Executive Order 13831, Establishment of a White House Faith and Opportunity Initiative<br>• 28 CFR Part 38, Partnerships with Faith-Based and Other Neighborhood Organizations |
| Lobbying Disclosures | Related to requirements to disclose lobbying activities. | • Lobbying Disclosure Act of 1995 (2 USC 1601 *et seq*, Disclosure of Lobbying Activity)<br>• See Certifications |
| Procurement – American-Manufactured Goods | Related to required preferences for certain products and materials made in the US. Waivers may be possible. | • Buy American Act (41 USC 8301 *et seq*)<br>• Build America, Buy America Act<br>• 2 CFR 200.322, Domestic preferences for procurements |
| Procurement – Fly America Act | Related to requirements for travelers to use certified U.S. airlines for award-funded air travel. | • 49 USC 40118<br>• 41 CFR 301-10.132 - 142, Use of United States Flag Air Carriers |
| Procurement – Prohibition on certain telecommunications and video surveillance services or equipment | Related to restrictions on using Federal funds for telecommunications equipment produced by certain companies. | • 41 USC 3901 *et seq*<br>• 2 CFR 200.216, Prohibition on certain telecommunications and video surveillance equipment or services |
| Protections Against Discrimination | Related to protecting people from discrimination based on different criteria under Federal grants and programs. | • Age Discrimination Act of 1975 (42 USC 6101 *et seq*)<br>• Section 504 of the Rehabilitation Act (29 USC 794)<br>• Title VI of the Civil Rights Act (42 USC 2000d)<br>• Church Amendments (42 USC 300a-7)<br>• Coates-Snowe Amendment (42 USC 238n)<br>• Title IX of the Education Amendments of 1972, as |

ED02441

| Requirement | Description | Source |
|---|---|---|
| | | • amended (20 USC 1681 *et seq*)<br>• See Certifications |
| Public Announcements | Disclosure of Federal funding sources in public announcements when issuing statements, press releases, requests for proposals, bid solicitations, and other documents describing projects or programs funded in whole or in part with Federal money. | • Division H, Title V, Section 505 of Public Law 116260, Consolidated Appropriations Act, 2021 (pages 441-442) |
| Publications and Acknowledgement of Support | Describes requirement for grantees to publicly disclose when Federal funds from the ED are used in documents such as press releases, requests for proposals, and publications. | • 34 CFR 75.620(b) |
| Recipient Integrity and Performance | Describes the award terms and conditions for recipient integrity and performance matters. | • 2 CFR 200, Appendix XII |
| Subaward Reporting | Related to requirements to report certain information on subawards. | • Federal Funding Accountability and Transparency Act of 2006 (FFATA)<br>• 2 CFR Part 170, Reporting Subaward and Executive Compensation Information<br>• See Certifications |
| Suspension and Debarment | Related to restrictions on issuing Federal awards, subawards, and contracts to certain parties that are debarred, suspended, or otherwise excluded from receiving or participating in Federal awards. | • 2 CFR Part 180, OMB Guidelines to Agencies on Government-Wide Debarment and Suspension (Nonprocurement)<br>• 2 CFR 200.214, Suspension and debarment<br>• Executive Orders 12549 and 12689, Debarment and suspension<br>• See Certifications |
| Trafficking Victims Protection | Related to bans on providing funds to organizations involved in human trafficking. | • Trafficking Victims Protection Act (TVPA) of 2000, as amended, (22 USC 7104(g))<br>• 2 CFR Part 175, Award Term for Trafficking in Persons<br>• See Certifications |

ED02442

| Requirement | Description | Source |
|---|---|---|
| Violations of Federal Criminal Law and Civil Actions | Related to requirements to disclose certain violations of Federal criminal law. | • False Claims Act (31 USC 3729-3733, False claims and 31 USC 3730, Civil actions for false claims)<br>• Program Fraud and Civil Remedies Act (31 USC 3801 *et seq*)<br>• 2 CFR 200.113, Mandatory disclosures<br>• See Certifications |
| Wage Protections – Copeland Anti-Kickback Act | Related to protections that require contractors to follow construction, alteration, and renovation and weekly compliance statements on the wages paid to each employee in support of Federal awards. | • Copeland Anti-Kickback Act (18 USC 874 and 40 USC 3145)<br>• 48 CFR 22.403, Copeland Act |
| Wage Protections – Davis-Bacon Act | Related to protections that require using contractors that pay prevailing wages and benefits under awards that fund construction, alterations, or repairs. | • The Davis-Bacon Act (40 USC 3141 *et seq*) |
| Whistleblower Protections | Related to protecting employees from reprisal for disclosing information about violations. | • Protection from Reprisal of Disclosure of Certain Information (41 USC 4712)<br>• See Certifications |

ED02443

# SPECIFIC GRANT TERMS FOR
# U.S. DEPARTMENT OF EDUCATION DISCRETIONARY AWARDS

**ED TERMS AND CONDITIONS**
I.  Enforcement Provisions
II. Grant Terms and Conditions for Discretionary Grant Financial and Performance Reports
III. Limitations on Indirect Cost Recovery
IV. Participation of Faith-Based Organizations
V.  Written Notice of Beneficiary Protections
VI. Key Financial Management Requirements

## I.        ENFORCEMENT PROVISIONS

**Non-Continuation:**

Per the Secretary's authority in 34 CFR 75.253, this award may be non-continued at any point during the award's period of performance. In accordance with 34 CFR 75.253, the Secretary considers, among other things, continued funding if:

1. Congress has appropriated sufficient funds under the program;
2. The Secretary has determined that continuing the project would be in the best interest of the government;
3. The grantee has made substantial progress toward meeting the goals and objectives of the project;
4. The performance targets in the grantee's approved application, if the Secretary established performance measurement requirements for the grant in the application notice;
5. The recipient has submitted reports of project performance and budget expenditures that meet the reporting requirements found at 34 CFR 75.118, 2 CFR 200.328, and 200.329, and any other reporting requirements established by the Secretary; and
6. The grantee has maintained a financial and administrative management system that meets the requirements in 2 CFR 200.302, Financial management and 2 CFR 200.303, Internal controls.

When an award is non-continued, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and provide instructions regarding a reconsideration of the non-continuation determination consistent with 34 CFR 75.253(g).

For more information, see the Department Grant Discontinuation and Termination Processes page on the ED website.

**Termination**:

Per the Secretary's authority in 2 CFR 200.340, the Federal award may be terminated in part or its entirety at any point during the award's period of performance. The award may be terminated as follows:

8

1. By ED, if the recipient fails to comply with the terms and conditions of the award, including all conditions in this document;
2. By ED with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;
3. By the recipient upon sending to the ED program contact written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if ED determines in the case of partial termination that the reduced or modified portion of the award will not accomplish the purposes for which the award was made, ED may terminate the award in its entirety; or
4. By ED, to the extent authorized by law, if the award no longer effectuates the program goals or agency priorities.

When an award is terminated in part or its entirety, the recipient remains responsible for compliance with the closeout and post-closeout requirements in 2 CFR 200.344 and 2 CFR 200.345. ED will provide the necessary closeout instructions and instructions regarding an appeal of the termination consistent with applicable requirements.

For more information, see the Department Grant Discontinuation and Termination Processes page of the ED website.

## II. GRANT TERMS AND CONDITIONS FOR DISCRETIONARY GRANT FINANCIAL AND PERFORMANCE REPORTS

Financial and performance reports required for grants awarded by ED, and described in this term and condition, can be accessed on the Grant Application and Other Forms page of the ED website. Government-wide reports can be accessed on the Post-Award Reporting Forms page of the Grants.gov website.

## PERFORMANCE REPORTS

### FINAL REPORTS – ALL RECIPIENTS

ALL RECIPIENTS are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the GAN, or through another notification provided by ED (2 CFR 200.329(c)).

### ANNUAL, QUARTERLY, OR SEMIANNUAL REPORTS – ALL RECIPIENTS

Your ED program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by ED. The grant term or condition in box 10 on the GAN, or another notification, may reflect any of the following:

1. All recipients of a multi-year discretionary award must submit an annual Grant Performance Report per 34 CFR 75.118.

9

ED02445

2. That an annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements in the government-wide requirements located in 2 CFR 200. The terms reflected in this document are also consistent with:
   - 2 CFR 200.328, Financial reporting;
   - 2 CFR 200.329, Monitoring and reporting program performance;
   - 2 CFR 200.332, Requirements for pass-through entities;
   - 34 CFR 75.720, Education, Direct Grant Programs, Financial and performance reports; and
   - Applicable reporting requirements stipulated in program statutes or regulations.

3. That a performance report is due by the due date provided by your ED program contact. The report should contain current performance and financial expenditure information for this grant.

4. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated. For example, more frequent reports may be due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR 200.329(c)(1)).

5. That other reports are required. For example, program-specific reports may be required in a program's statute, regulation, or specific conditions of the Federal award (2 CFR 200.208).

## FINANCIAL REPORTS – SOME RECIPIENTS

If a financial report is required, your ED program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

ED uses the government-wide Standard Form (SF) 425, also known as the Federal Financial Report (FFR), for final reporting. Government-wide reports can be accessed on the Post-Award Reporting Forms page on the Grants.gov website.

### FINANCIAL REPORT OVERVIEW

A SF 425 FFR is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by OMB does not collect cost sharing information;
2. Program income was earned;
3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or

ED02446

5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 CFR 200.208 and 2 CFR 3474.10 and required the submission of the FFR.

**SUBMISSION TIMELINES**

If the FFR is required, the notification may indicate one of the following reporting frequencies and timelines:

1. Quarterly - due within 30 days after each reporting period.
2. Semi-annual - due within 30 days after each reporting period.
3. Annual - due within 30 days after the reporting period.
4. Final - In coordination with the submission of a final performance reports, grantees must submit FFRs no later than 120 calendar days after the conclusion of the period of performance. A subgrantee must submit a final financial report to a pass-through entity no later than 90 calendar days after the conclusion of the period of performance (2 CFR 200.328).

**SUBMISSION GUIDANCE**

When completing an FFR for submission in accordance with the above-referenced selection, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Not Required*
   - While the FFR is a government-wide form that is designed for single grant and multiple grant award reporting, ED's policy is that multiple grant award reporting is not permitted for ED grants.
   - Grantees are instructed to not use the FFR attachment (SF 425A), which is available for reporting multiple grants, for reporting on ED grants.

2. *Completing an SF 425 for Each Grant*
   - ED grantees are required to submit an FFR in accordance with any of the above-referenced selections.
   - Grantees must complete and submit one FFR for each of its grants.
   - FFR Form, Field 2: Grantees are instructed to disregard the note about using the SF 425A to report multiple grants.
   - FFR Instructions, Report Submissions: With regard to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple grants and FFR attachment references found in item 2 of the Line Item Instructions for the FFR are not applicable to ED grants.

3. *Program Income*
   - Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR 200.307.
   - A grantee is permitted, in accordance with 2 CFR 200.307, to add program income to its Federal share to further eligible project or program objectives; use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

11

ED02447

4. *Indirect Costs*
   - A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.
   - A ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the ED approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 15% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as an ED Temporary Rate or De Minimis Rate.
     - The de minimis rate of 15% of MTDC consists of: All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward.
     - MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000.
     - Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1, Modified Total Direct Cost (MTDC)).
   - A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with 34 CFR 75.562(c), must list its rate in 11(a) as an ED Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[2] as defined in 2 CFR 200.1.
   - A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).
     - A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% MTDC.
     - A State or local government[3] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.
     - Additionally, restricted program grantees may not utilize the de minimis rate but may utilize the temporary rate until a restricted indirect cost rate is negotiated.
     - If a restricted program grantee elects to utilize the temporary rate, it must list its rate as an ED Temporary Rate in 11(a).
   - Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).
   - Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.
   - For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see the Indirect Cost Division webpage on the ED website.

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally recognized Tribe is not considered a Tribe for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED02448

5. *Supplemental Pages*

- If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.
- Additional pages must indicate the following information at the top of each page:
  - PR/Award Number (also known as the Federal Identifying Number or FAIN),
  - Recipient organization,
  - UEI,
  - Employer Identification Number (EIN), and
  - Period covered by the report.

## III.   LIMITATIONS ON INDIRECT COST RECOVERY

If the entity identified in Box 1 of the GAN chooses to draw down on indirect costs, they are subject to limitations on indirect cost recovery as described in this section.

- All entities (other than institutions of higher education) - The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under the Education Department General Administrative Regulations or program regulations.
- Institutions of higher education - Under 2 CFR 200, Appendix III, ED must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR 200, Appendix III, C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant's project period, the indirect cost rate set at the start of the project period must still be applied to the end of the project period regardless of the fact that the rate has otherwise expired.

## TYPES OF INDIRECT COST RECOVERY

This grant is subject to one of the following:

1. An **unrestricted indirect cost rate** (described under A below);
2. A **temporary indirect cost rate** (described under B below);
3. A **de minimis indirect cost rate** (described under C below);
4. A supplement-not-supplant requirement under the program statute, requiring use of a **restricted indirect cost rate** or an eight percent restricted indirect cost rate (described under D and E below**);**
5. A **training grant indirect cost rate** (described under F below); or
6. A **program-specific limitation on indirect costs** (described under G below).

13

ED02449

The type of indirect cost rate for this grant is specified in the GAN or the application notice for discretionary grant programs. The grant award statutes dictate the indirect cost rate type. The sections below describe each type of indirect cost rate:

## A.  UNRESTRICTED INDIRECT COST RATE

To utilize an unrestricted indirect cost rate, the grant must not have restricted (supplement-not-supplant), training, or program specific indirect cost rate restrictions.

To obtain an unrestricted indirect cost rate, the grantee may:

- Negotiate an indirect cost agreement with its cognizant agency for indirect costs (2 CFR Part 200.1 "Cognizant agency for indirect costs"), by submitting an indirect cost proposal within 90 days after the award of this grant;
- Elect to utilize the de minimis rate under 2 CFR 200.414(f) with less than $35 million in direct Federal funding (2 CFR 200, Appendix VII, D.1.b)); or
- A temporary indirect cost rate subject to the limitations in 34 CFR 75.560(d)(e).

The grantee must provide proof of its negotiated indirect cost rate agreement to ED as soon as it has signed such an agreement with its cognizant agency.

## B.  TEMPORARY INDIRECT COST RATE

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR Part 75 Subpart E - Indirect Cost Rates); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply.

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a current Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The recovery of indirect costs using the temporary rate is subject to the following limitations:

1. If a grantee fails to submit an indirect cost rate proposal to its cognizant agency within the required 90 days, the grantee may not charge indirect costs to its grant from the end of the 90-day period until it obtains a Federally recognized indirect cost rate agreement applicable to the grant. ED, if it determines exceptional circumstances are present, can allow a grantee to use the temporary rate beyond the 90 days.
2. The grantee must obtain prior approval from ED to shift direct costs to indirect costs in order to recover indirect costs at a higher negotiated indirect cost rate.
3. The grantee may not request additional funds to recover indirect costs that it cannot recover by shifting direct costs to indirect costs.

ED02450

### C. DE MINIMIS INDIRECT COST RATE

Institutions of Higher Education, Federally-recognized Indian Tribes, State and Local Governments[4] receiving less than $35 million in direct Federal funding (Appendix VII, D.1.b), and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to ED's training rate or restricted rate (supplement-not-supplant provisions), may elect to charge a de minimis indirect cost rate of 15% of MTDC. This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $50,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $50,000. Other items, including contract costs in excess of $50,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (2 CFR 200.1 "Modified Total Direct Cost (MTDC)").

Additionally, the de minimis rate may not be used by grantees that are subject to ED's training indirect cost rate (34 CFR 75.562) or restricted indirect cost rate (34 CFR 75.563). The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a Federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

The de minimis indirect cost rate only allows the grantee to recover indirect costs incurred on or after the date of the beginning of the project period.

### D. RESTRICTED INDIRECT COST RATE (PROGRAMS WITH A SUPPLEMENT-NOT-SUPPLANT REQUIREMENT)

Programs that contain a supplement-not-supplant requirement are required to use a restricted indirect cost rate under 34 CR 75.563.

Grantees under these programs may use the temporary indirect cost rate described under B, Temporary Indirect Cost Rate, until a restricted indirect cost rate is negotiated. Grantees may not use the de minimis rate described under C, De Minimis Indirect Cost Rate.

If this grant is made under a program subject to a supplement-not supplant requirement, the grantee must notify the cognizant agency that the grant is subject to a restricted indirect cost rate, as calculated under 34 CFR 75.563 and 34 CFR 76.564 - 76.569 and negotiate a restricted indirect cost rate with ED. To accomplish this, the grantee should ask its cognizant agency to contact ED's Indirect Cost Division to coordinate a review of the restricted indirect cost proposal or determine eligibility for election of 8% MTDC or less, per 34 CFR 76.564(c).

---

[4] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

15

### E. Eight Percent Restricted Indirect Cost Rate (Programs with a Supplement-not-Supplant Requirement)

A grantee that is not a State or local government[5] under a program that contains supplement-not-supplant provisions may elect to utilize a restricted indirect cost rate of 8% modified total direct costs (MTDC) if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563, is not less than 8% modified total direct costs. The grantee must maintain documentation that it has an indirect cost rate of at least 8% MTDC.

### F. Training Grant Indirect Cost Rate

If the grantee is a training grant recipient, and is not a State, local, or Tribal government,[6] the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of MTDC or the grantee's negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

1. The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
2. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR 200.1, respectively.
3. Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
4. A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

### G. Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

### PROVISIONS APPLICABLE TO ALL GRANTEES

Based on the indirect cost request included in the budget for this grant, ED has obligated sufficient funds for this budget period to recover indirect costs at a rate we estimate is appropriate, and which is subject to adjustment as described in this section on Limitations on Indirect Cost Recovery.

Any funds allocated for indirect costs that have not been drawn for those costs of a single-budget project period or the end of a multi-year project period must be deobligated by ED at the end of the project period unless ED permits the grantee to use these funds for allowable direct costs incurred during the project period.

Reimbursement of indirect costs is subject to the availability of funds and statutory or administrative restrictions.

---

[5] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[6] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a Federally-recognized Tribe is not considered a Tribe for these purposes.

16

ED02452

The application of the rates and the determination of the direct cost base by a grantee must be in accordance with the indirect cost rate agreement approved by the grantee's cognizant agency.

Indirect cost reimbursement (34 CFR 75.564 and 34 CFR 76.562) is not allowable under grants for:

1. Fellowships and similar awards if Federal financing is exclusively in the form of fixed amounts such as scholarships, stipend allowances, or the tuition and fees of an institution;
2. Construction grants;
3. Grants to individuals;
4. Grants to organizations located outside the territorial limits of the United States;
5. Grants to Federal organizations; and
6. Grants made exclusively to support conferences.

### IV.    PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from ED to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by ED, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

### V.    WRITTEN NOTICE OF BENEFICIARY PROTECTIONS

In accordance with 34 CFR 75.712, all grantees and subgrantees providing social services under an ED program supported by direct Federal financial assistance (e.g., programs that provide employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 CFR Part 75 (See 34 CFR 75.712). Grantees and subgrantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple ED programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. Unless notified by the applicable program office, a grantee or subgrantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 CFR Part 75 (i.e., the opportunity of a beneficiary to receive information about other similar providers).

## VI.    SELECT TOPICS IN ADMINISTERING DISCRETIONARY GRANTS

**FINANCIAL MANAGEMENT SYSTEMS (2 CFR 200.302)**

The grantee's and subrecipient's financial management system must provide for the following (see 2 CFR 200.334, 2 CFR 200.335, 2 CFR 200.336, and 2 CFR 200.337):

- Identification of all Federal awards received and expended and the Federal programs under which they were received. Federal program and Federal award identification must include, as applicable, the Assistance Listings title and number, Federal award identification number, year the Federal award was issued, and name of the Federal agency or pass-through entity.
- Accurate, current, and complete disclosure of the financial results of each Federal award or program in accordance with the reporting requirements in 2 CFR 200.328 and 2 CFR 200.329.
- Maintaining records that sufficiently identify the amount, source, and expenditure of Federal funds for Federal awards. These records must contain information necessary to identify Federal awards, authorizations, financial obligations, unobligated balances, as well as assets, expenditures, income, and interest. All records must be supported by source documentation.
- Effective control over, and accountability for, all funds, property, and assets. The grantee or subrecipient must-safeguard all assets and ensure they are used solely for authorized purposes. See 2 CFR 200.305.
- Comparison of expenditures with budget amounts for each Federal award.
- Written procedures to implement the requirements of 2 CFR 200.305.
- Written procedures for determining the allowability of costs in accordance with subpart E of 2 CFR Part 200 and the terms and conditions of the Federal award.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**INTERNAL CONTROLS (2 CFR 200.303)**

The grantee and subrecipient must:

- Establish, document, and maintain effective internal control over the Federal award that provides reasonable assurance that the grantee or subrecipient is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should align with the guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States or the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission.

ED02454

- Comply with the U.S. Constitution, Federal statutes, regulations, and the terms and conditions of the Federal award.
- Evaluate and monitor the grantee's or subrecipient's compliance with statutes, regulations, and the terms and conditions of Federal awards.
- Take prompt action when instances of noncompliance are identified.
- Take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information and other types of information consistent with applicable Federal, State, local, and tribal laws regarding privacy and responsibility over confidentiality.

## FEDERAL PAYMENT ([2 CFR 200.305](#))

Under this part:

- ED pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;

- Where the time between the transfer of funds to the grantee and the disbursement of funds cannot be minimized, the preferred method of payment is reimbursement of expenditures incurred by the non-Federal entity;

- Grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts that are insured; grantees or subrecipients may retain up to $500 per year of interest earned on Federal funds to use for administrative expenses of the grantee or subrecipient. Any additional interest earned on Federal funds must be returned annually to the Department of Health and Human Services Payment Management System (PMS) through either the Automated Clearing House network or a Fedwire Funds Service payment. All interest in excess of $500 per year must be returned to PMS regardless of whether the grantee or subrecipient was paid through PMS. Instructions for returning interest can be found at: [Returning Funds/Interest | HHS PSC FMP Payment Management Services](#).

For any cash that you draw from your ED grant account, you must:

- Draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- Keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- Return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses.

In order to meet these requirements, you are urged to:

- Take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- Monitor the fiscal activity (drawdowns and payments) under your grant on a continuous

19

ED02455

basis;

- Plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- Pay out grant funds for project activities as soon as it is practical to do so after receiving cash from ED.

Keep in mind that ED monitors cash drawdown activity for all grants. ED staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation.

Grantees that do not follow Federal cash management requirements and/or consistently appear on ED's reports of excessive drawdowns could be:

- Subjected to specific award conditions or designated as a "high-risk" grantee (2 CFR 200.208  and 2 CFR 3474.10), which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by ED afterwards);
- Subjected to further corrective action;
- Denied selection for funding on future ED grant applications (34 CFR 75.217(d)(3)(ii)); and/or
- Debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

ED has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant. Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury. In some cases grantees have requested funds too late for ED to be able to pay the grantees for legitimate costs incurred during their project periods. ED urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the grants management system at the time those funds are needed for payments to vendors and employees.

**PERSONNEL (34 CFR 75.511 - 75.519 AND 2 CFR PART 200 SUBPART D AND SUBPART E)**

The rules governing personnel costs are located in 34 CFR Part 75 and 2 CFR Part 200 Subpart D and Subpart E. 34 CFR Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director. The rules clarifying changes in key project staff are located in 2 CFR 200.308(f)(2). General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the post Federal award requirements and cost principles in 2 CFR Part 200 Subpart D and Subpart E. In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort. For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

ED02456

**COST PRINCIPLES (2 CFR 200 SUBPART E)**

All costs incurred under any grant are subject to the cost principles found in 2 CFR 200 Subpart E. The cost principles provide a list of selected items of allowable and unallowable costs and must be used in determining the allowability of costs funded under the grant.

**PROCUREMENT STANDARDS (2 CFR 200.317 - 200.327)**

Under 2 CFR 200.317 - 200.327, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources. When procuring goods and services for a grant's purposes, all other grantees (i.e., grantees that are not States) may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations. These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations. These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

**AUDIT REQUIREMENTS (2 CFR PART 200 SUBPART F)**

2 CFR Part 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $1,000,000 in Federal funds in one fiscal year. 2 CFR Part 200 Subpart F contains the requirements imposed on grantees for audits conducted in connection with the Single Audit Amendments Act of 1996.

ED recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

**OTHER CONSIDERATIONS**

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR 200.307), cost sharing or matching (2 CFR 200.306), property management requirements for equipment (2 CFR 200.313), and equipment and other capital expenditures (2 CFR 200.439).

ED02457

### SPECIFIC GRANT TERM FOR THE PROTECTION OF HUMAN RESEARCH SUBJECTS

HS 2.  Pending IRB Reviews and Indefinite Activities.

This grant includes nonexempt research activities involving human subjects--research that is not exempt under Sections 97.104 and 97.401(b) of 34 CFR Part 97, the Departments Regulations for the Protection of Human Subjects.  The grantee met the pre-award requirements for assurances and initial Institutional Review Board (IRB) certifications; however, some IRB reviews are pending and/or some research activities are indefinite at the time of award and remain to be selected.  The following grant term applies.

Under governing regulations, 34 CFR Part 97, Federal funds administered by the Department of Education must not be expended for nonexempt research involving human subjects unless the requirements of the regulations have been met.  Under no condition may a grantee or any other institution involved in the research initiate a nonexempt research activity prior to receipt by the Department of a certification that the research has been reviewed and approved by the Institutional Review Board (IRB) designated in the assurance of compliance.

- o   The grantee shall submit the IRB certifications for the research activities identified under one or both of the charts supplied in 2a. and/or 2b. below before the activities are initiated.

- o   The grantee shall submit the required IRB certifications to the Program Office immediately following review by the IRB.

- o   The grantee shall ensure that the Department receives the required certifications from any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant before the institution initiates the research activity.  For "collaborative research" with more than one entity "engaged" in conducting the covered research, there can only be a single IRB (sIRB) of record.  The grantee shall submit a copy of the reliance agreement(s) between the sIRB and each engaged entity to the Program Office immediately following the IRB review.

- o   The grantee shall ensure that any legally separate institution (not owned or operated by the grantee) that is involved in nonexempt research under this grant is operating under an approved assurance before it initiates the nonexempt research activity.

- o   The certifications must be submitted to the Program Contact identified in Block 3 of the Grant Award Notification in accordance with the instructions provided for the submission of the Performance Report.

1

ED02458

**GAN ATTACHMENT HS 2**
**Revised 03/2021**

**2a**. IRB reviews are pending for the following nonexempt research activities:

| Research Activity | Site of Covered Activity | Institution Involved in Research |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2b.** The specific research activities are not known at the time of award, e.g., the activities remain to be selected [34 CFR 97.118, Applications and Proposals Lacking Definite Plans for Involvement of Human Subjects].

| Indefinite Activity (refer to grant application narrative or other narrative) | Institution Involved in Indefinite Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ED02459

*Annual Burden Hours:* 300.

*Needs and Uses:* The United States Marine Corps is collecting this information to identify and notify individuals who may have been exposed to contaminated drinking water at Marine Corps Base Camp Lejeune between 1953 and 1987. This collection is necessary to comply with Section 315 of the 2008 Defense Authorization Act (Pub. L. 110–181), which mandates that the Secretary of the Navy notify all persons, including residents and workers, who were potentially affected.

The information is used to build and maintain the Camp Lejeune Notification Database. The Marine Corps uses this database to send an official notification letter and provide registrants with current information and research updates. The collected information may also be used by federal health agencies, such as the Department of Veteran Affairs and the Agency for Toxic Substances and Diseases Registry, to assist with future health studies related to exposure.

The respondents are former residents and workers of Camp Lejeune during the specified timeframe who voluntarily register for the database via the official website, email, or toll-free number. Without this information collection, the Marine Corps would be unable to fulfill its legal obligation to directly contact and inform this population about their potential exposure and related health information.

*Affected Public:* Individuals or households.

*Frequency:* On occasion.

*Respondent's Obligation:* Voluntary.

*DoD Clearance Officer:* Mr. Reginald Lucas.

Dated: May 8, 2026.

**Stephanie J. Bost,**
*Alternate OSD Federal Register Liaison Officer, Department of Defense.*
[FR Doc. 2026–09485 Filed 5–12–26; 8:45 am]
**BILLING CODE 6001–FR–P**

---

## DEPARTMENT OF EDUCATION

**[Docket No.: ED–2026–SCC–0001]**

### Agency Information Collection Activities; Submission to the Office of Management and Budget for Review and Approval; Comment Request; State Authorization

**AGENCY:** Federal Student Aid (FSA), Department of Education (ED).

**ACTION:** Notice.

**SUMMARY:** In accordance with the Paperwork Reduction Act (PRA) of 1995, the Department is proposing a reinstatement without change of a previously approved information collection request (ICR).

**DATES:** Interested persons are invited to submit comments on or before June 12, 2026.

**ADDRESSES:** Written comments and recommendations for proposed information collection requests should be submitted within 30 days of publication of this notice. Click on this link *www.reginfo.gov/public/do/PRAMain* to access the site. Find this information collection request (ICR) by selecting ''Department of Education'' under ''Currently Under Review,'' then check the ''Only Show ICR for Public Comment'' checkbox. Reginfo.gov provides two links to view documents related to this information collection request. Information collection forms and instructions may be found by clicking on the ''View Information Collection (IC) List'' link. Supporting statements and other supporting documentation may be found by clicking on the ''View Supporting Statement and Other Documents'' link.

**FOR FURTHER INFORMATION CONTACT:** For specific questions related to collection activities, please contact Carolyn Rose, 202–453–5967.

**SUPPLEMENTARY INFORMATION:** The Department is especially interested in public comment addressing the following issues: (1) is this collection necessary to the proper functions of the Department; (2) will this information be processed and used in a timely manner; (3) is the estimate of burden accurate; (4) how might the Department enhance the quality, utility, and clarity of the information to be collected; and (5) how might the Department minimize the burden of this collection on the respondents, including through the use of information technology. Please note that written comments received in response to this notice will be considered public records.

*Title of Collection:* State Authorization.

*OMB Control Number:* 1845–0144.

*Type of Review:* A reinstatement of a previously approved ICR.

*Respondents/Affected Public:* Private Sector; State, Local, and Tribal Governments.

*Total Estimated Number of Annual Responses:* 5,428.

*Total Estimated Number of Annual Burden Hours:* 2,714.

*Abstract:* The regulations in § 600.9(c)(2)(i) require an institution to determine in accordance with the institution's policies and procedures in which State a student is located while enrolled in a distance education or correspondence course, under either State jurisdiction or when the institution participates in a State authorization reciprocity agreement under which it is covered.

The Department of Education requests reinstatement of this information collection regarding Institutional Eligibility regulations in § 600.9—State Authorization. The requirements to these regulations have not changed.

**Ross Santy,**
*Chief Data Officer, Office of Planning, Evaluation and Policy Development.*
[FR Doc. 2026–09449 Filed 5–12–26; 8:45 am]
**BILLING CODE 4000–01–P**

---

## DEPARTMENT OF EDUCATION

### Competition Announcement; Comprehensive Centers

**AGENCY:** Department of Education.

**ACTION:** Notice.

**SUMMARY:** The Department of Education (ED) announces the opportunity to apply for competitive grants for the Fiscal Year (FY) 2026 under the Comprehensive Centers program, Assistance Listing Numbers (ALNs) 84.283B and 84.283D.

**DATES:** Complete proposals must be submitted electronically through the *Grants.gov* ''APPLY'' function by 11:59:59 p.m. Eastern time June 30, 2026.

**FOR FURTHER INFORMATION CONTACT:** Dr. Michelle Daley. Telephone: (202) 987–1057. Email: *OESE.ComprehensiveCenters@ed.gov.*

**SUPPLEMENTARY INFORMATION:** The purpose of the Comprehensive Centers program is to provide capacity-building services to state educational agencies, regional educational agencies, local educational agencies, and schools that improve educational opportunities and student outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for groups of students with the greatest need. The FY 2026 competition includes six absolute priorities and three competitive preference priorities, selection criteria, and requirements. The absolute priorities are: National Center, Regional Centers, National Comprehensive Center on Improving Literacy for Students with Disabilities, Field-Initiated Content Centers, Emerging Needs Content Centers, and Meaningful Learning Opportunities. The competitive preference priorities are: Returning Education to the States, Meaningful Learning Opportunities, and Promoting Evidence-Based Literacy.

ED02460

*To Apply:* The complete funding opportunity announcement and all information needed to apply, including the priorities and program requirements, are available on ED's website at *https://www.ed.gov/grants-and-programs/grants-birth-grade-12/school-and-community-improvement-grants/comprehensive-centers-program#applicant-information.* The information for the National Center, Regional Centers, Field-Initiated Content Centers, and Emerging Needs Center (ALN 84.283B) is also available on *Grants.gov* at *https://grants.gov/search-results-detail/362342.* The information for the National Comprehensive Center on Improving Literacy for Students with Disabilities (ALN 84.283D) is also available on *Grants.gov* at *https://grants.gov/search-results-detail/362346.* There are separate application notice and instructions documents for the National Center; for Regional Centers; for Field-Initiated and Emerging Needs Content Centers, and for the National Comprehensive Center on Improving Literacy for Students with Disabilities. The application notice and instructions documents on *Grants.gov* are the official documents governing the grant competitions under this program.

*Maximum Award:* The Department will not make an award exceeding the following amount for each Center below in a single budget period of 12 months.

| Comprehensive Center type | Maximum annual award |
| --- | --- |
| National Center | $6,750,000 |
| National Comprehensive Center on Improving Literacy for Students with Disabilities | 1,500,000 |
| Field-Initiated Content Centers | 1,150,000 |
| Emerging Needs Content Center | 1,150,000 |
| Region 1 (Northeast) | 2,548,041 |
| Region 2 (Islands) | 1,250,000 |
| Region 3 (Mid-Atlantic) | 2,293,378 |
| Region 4 (Appalachia) | 1,991,002 |
| Region 5 (Southeast) | 2,626,321 |
| Region 6 (Gulf) | 2,866,431 |
| Region 7 (Great Lakes) | 2,524,549 |
| Region 8 (Midwest) | 2,342,815 |
| Region 9 (Central) | 2,355,596 |
| Region 10 (Southwest) | 5,265,052 |
| Region 11 (West) | 4,712,583 |
| Region 12 (Northwest) | 3,024,323 |
| Region 13 (Pacific East) | 1,250,000 |
| Region 14 (Pacific West) | 1,250,000 |
| Region 15 (Bureau of Indian Education) | 1,000,000 |

*Eligible Entities:* Research organizations, institutions, agencies, institutes of higher education, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002).

*Program Authority:* 20 U.S.C. 9601 *et seq.* and 20 U.S.C. 6674.

*Accessible Format:* On request to the person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document in an accessible format.

**Kirsten Baesler,**

*Assistant Secretary, Office ofElementary and Secondary Education.*

[FR Doc. 2026–09557 Filed 5–12–26; 8:45 am]

**BILLING CODE 4000–01–P**

## DEPARTMENT OF ENERGY

### Federal Energy Regulatory Commission

**[Project No. 7887–019]**

### Ashuelot River Hydro, Inc.; Notice of Intent To Prepare an Environmental Assessment

On June 28, 2024, Ashuelot River Hydro, Inc. filed an application to relicense the 1,000-kilowatt Minnewawa Hydroelectric Project No. 7887. The project is located on the Minnewawa Brook in the Town of Marlborough in Cheshire County, New Hampshire.

In accordance with the Commission's regulations, on February 13, 2026, Commission staff issued a notice that the project was ready for environmental analysis (REA notice). Based on the information in the record, including comments filed on the REA notice, staff does not anticipate that licensing the project would constitute a major federal action significantly affecting the quality of the human environment. Therefore, staff intends to prepare an environmental assessment (EA) on the application to relicense the project.[1]

The EA will be issued and circulated for review by all interested parties. All comments filed on the EA will be analyzed by staff and considered in the Commission's final licensing decision.

For public inquiries and assistance with making filings such as interventions, comments, or requests for rehearing, contact the Office of Public Participation at (202) 502–6595 or *OPP@ferc.gov.*

The application will be processed according to the following schedule. The EA will be issued for a 30-day comment period. Revisions to the schedule may be made as appropriate.

| Milestone | Target date |
| --- | --- |
| Commission issues EA | February 26, 2027. |

Any questions regarding this notice may be directed to Justin R. Robbins by telephone at (202) 502–8308 or by email at *justin.robbins@ferc.gov.*

(Authority: 18 CFR 2.1)

---

[1] For tracking purposes under the National Environmental Policy Act, the unique identification number for documents relating to this environmental review is EAXX–019–20–000–1768993568.

# DEPARTMENT OF EDUCATION

[Docket ID ED–2026–OESE–0364]

## Comprehensive Centers Program

**AGENCY:** U.S. Department of Education.

**ACTION:** Final priorities, requirements, and definitions.

---

**SUMMARY:** The Department of Education (Department) announces final priorities, requirements, and definitions under the Comprehensive Centers (CC) Program, Assistance Listing Numbers (ALNs) 84.283B and 84.283D. We may use one or more of these priorities, requirements, and definitions for competitions in fiscal year (FY) 2026 and later years. These final priorities, requirements, and definitions are intended to redesign the CC program to better meet its statutory purpose to provide high-quality capacity-building services to State, regional, and local educational agencies and schools that improve educational opportunities and outcomes, close achievement gaps, and improve the quality of instruction for all students.

**DATES:** The final priorities, requirements and definitions are effective June 8, 2026.

**FOR FURTHER INFORMATION CONTACT:** Dr. Michelle Daley. Telephone: (202) 987–1057. Email: *OESE.ComprehensiveCenters@ed.gov.*

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:** *Purpose of this Regulatory Action:* On March 3, 2026, the Department published a notice of proposed priorities, requirements, and definitions (NPP) in the **Federal Register** (91 FR 10353). Through this regulatory action, we establish final priorities, requirements, and definitions that the Department may use for competitions in FY 2026 and later years. To the extent not otherwise specified or incorporated herein, this NFP supersedes and revokes the 2024 Notice of Final Priorities, Requirements, Definitions, and Selection Criteria (2024 NFP) published in the **Federal Register** on May 13, 2024 (89 FR 41498) and the 2019 Notice of Final Priorities, Requirements, Definitions, and Performance Measures (2019 NFP) published in the **Federal Register** on April 4, 2019 (84 FR 13122). As discussed below, following the publication of these priorities, requirements, and definitions, the Department may decide to end the current CC awards and run a grant competition to award new CC grants in FY 2026 or in subsequent fiscal years.

*Summary of the Major Provisions of This Regulatory Action:* The NPP contained background information and our reasons for proposing the priorities, requirements, and definitions. There are changes between the proposed priorities, requirements, and definitions and the final priorities, requirements, and definitions established in this notice of final priorities, requirements, and definitions (NFP), as discussed in the *Analysis of Comments and Changes* section in this document.

*Purpose of Program:* The purpose of the CC program is to provide capacity-building services to State educational agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), and schools that improve educational opportunities and student outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for groups of students with the greatest need.

*Program Authority:* 20 U.S.C. 9601 *et seq.* and 20 U.S.C. 6674.

*Public Comment:* In response to our invitation in the NPP, the Department received comments from 49 commenters on the proposed priorities, requirements, definitions, and directed questions.

Generally, we do not address technical and other minor changes, or suggested changes that the law does not authorize us to make under applicable statutory authority. In addition, we do not address general comments regarding concerns not directly related to the proposed priorities, requirements, or definitions.

*Analysis of Comments and Changes:* An analysis of the comments and of any changes in the priorities, requirements, and definitions since publication of the NPP follows.

## General Comments

*Comments:* Multiple commenters expressed general support for the proposed priorities for the CC program. A few commenters noted the opportunity for further individualization based on State needs in the proposed model and made suggestions to strengthen the federal technical assistance infrastructure to align more closely with State-identified needs. A few endorsed the concierge style role of the National Center. One commenter appreciated the Department's effort to reduce administrative burden on States by streamlining technical assistance, and noted this model further decentralizes services to ensure access in rural and urban centers serving students with the highest need. Several commenters noted the importance of service providers with appropriate expertise, including deep expertise in implementation and demonstrated results working with State and local clients in improving student outcomes.

*Discussion:* We appreciate the commenters' support for the priorities. The Department appreciates the support for the prioritization of providing high-quality capacity-building services to State, regional, and local educational agencies and schools that improve educational opportunities and outcomes, close achievement gaps, and improve the quality of instruction for all students. We agree with the importance of applicant expertise in implementation and note Application Requirement 4 which requires applicants to demonstrate expertise in the current research on adult learning principles, coaching, and implementation science. We also emphasize that applicants should have experience working with State and local clients and amend Application Requirement 1 to include demonstration of results in similar projects as evidence of the applicant's ability to provide effective capacity building services.

*Changes:* We amend Application Requirement 1 to include demonstrating results from prior experience.

*Comments:* Several commenters discussed the aspects of the notice that promote alignment between the Regional Educational Laboratories (RELs) and Regional Centers, including geographic alignment, alignment of funding cycles, and operational coordination. A few commenters suggested that stronger regional alignment and coordination between RELs and CCs will reduce State burden and further clarify the distinct roles of each provider in supporting State's needs. One commenter noted the proposed priorities would improve coordination and promote greater coherence between the RELs and Regional Centers.

A few commenters also recommended clarification on distinct roles of Regional Centers and RELs where there might be overlapping work. They highlighted the importance of having structures that support continuity of staff, consistent points of contact, collaboration essential for meaningful systems change, strong understanding of the policy, demographic, and operational contexts of the States they serve, the ability to respond to emerging State and federal priorities, and; staffing models support both rapid-response support and sustained, and in-depth

**Federal Register** / Vol. 91, No. 89 / Friday, May 8, 2026 / Notices

**25453**

engagement. A few commenters recommended establishing joint coordination and collaboration between RELs and the Comprehensive Center Network (CCNetwork).

*Discussion:* The Department appreciates the commenters' general support for stronger coordination and agrees that close collaboration between the RELs and CCs is necessary to successfully meet the needs of States and utilize program resources most effectively. We appreciate the commenters that shared preferences for stronger regional alignment to reduce burden on State agencies, support stronger alignment of REL and CC work to State priorities, and more explicitly differentiate support from RELs and CCs. The Department agrees that, where functions align, RELs and CCs can achieve efficiencies in working together to support States in their assigned regions, such as through joint planning, coordinated support of State Learning Agendas, and having a joint Governing/Advisory Board so that both programs advance work driven by State-defined priorities and promote coherence and strategic use of program resources.

We appreciate comments regarding opportunities for stronger coordination between RELs and Regional Centers. The REL and CC programs, both authorized under the Education Sciences Reform Act of 2002 (P.L. 107–279), are related programs with distinct but complementary functions in supporting State educational systems. The RELs are responsible for conducting applied research and developing and disseminating activities, as well as providing related technical assistance. The CCs focus on capacity-building support to facilitate, implement, and provide sustainable evidence-based policies and practices. The Department highlights that Program Requirement 1 for Regional Centers requires collaboration with the REL serving their region, including joint annual planning and establishing joint advisory boards, and Program Requirement 2 for Regional Centers requires partnering with the REL serving their region to work with States to develop or refine State Learning Agendas, which serve as a basis for both REL and CC annual planning. We believe the existing requirements provide a strong basis for ongoing collaboration within the priorities and requirements and do not believe additional changes are needed.

*Changes:* None.

*Comments:* A few commenters noted their concerns regarding potential duplication of efforts of Centers within and beyond the CC program and the importance of strong coordination across the CCNetwork, with most comments focusing on the potential role of the National Center in mitigating concerns with duplication and coordination. One commenter argued that issues of duplication of efforts across CCs and RELs and other federally funded initiatives stemmed from a lack of coordination through a single, clearly authorized coordinating entity and suggested this was not sufficiently addressed in the proposed priorities. Another commenter noted the risk of duplication of work created by the overlap in the approach of both RELs and the National Center to manage a cadre of subject matter experts. Additionally, one commenter noted that clearly defining the roles of each type of CC would reduce the possibility of duplicating efforts in service provision across the CCNetwork.

*Discussion:* The Department appreciates the commenters' feedback regarding the need to reduce or eliminate duplication of efforts across technical assistance providers and ensure strong coordination of services across the CCNetwork. We appreciate the opportunity to clarify and discuss the rationale of how the priorities, requirements, and definitions reduce duplication of effort, particularly through Priority 1 and program requirements related to the National Center. Under Priority 1, the National Center will serve as a lead coordinator across the CC programs to ensure that all technical assistance provided by Centers reflects State-driven technical assistance priorities, reduces burdens and barriers to service for States and beneficiaries, and reflects efficient use of program resources, which includes efforts to reduce duplication of effort both within the CC program and with other Department technical assistance. This function will also include supporting coordination with RELs, including through supports for regional Learning Agenda development, identifying and coordinating support for national needs, and supporting dissemination of information, tools, resources, and best practices across CCs and RELs.

However, the Department agrees that further clarification related to the role of the National Center in reducing duplication and advancing coordination would be helpful to improving client experience, grantee operations, and efficient use of program resources. Specifically, the Department amends Priority 1 to clarify and enhance the coordination responsibilities for the National Center, including promoting overall alignment and coherence of CCNetwork services, conducting analyses of common high-leverage problems, and developing tools and resources to support service delivery across Centers. The Department additionally specifies that the National Center should support multi-State coordination, as needed, and should limit its own service delivery to needs identified through analysis of data, in consultation with its Advisory Board, that are not being addressed by other Centers, to avoid potential duplication.

The Department also amends Priority 1 to explicitly include responsibility to conduct a national needs analysis, to share this information with other Centers for planning purposes, and to use it to inform the identification of high-leverage problems for its own service plan, in consultation with its Advisory Board. To align with these amendments to Priority 1, the Department has added a new Program Requirement 1 for the National Center to clarify that National Center should focus on developing tools and resources to support coordination and collaboration in its first project year, and we have amended Program Requirement 3 for the National Center to incorporate the requirement to conduct and publish annual synthesis of common high-priority needs across states each year of the National Center's grant. The Department also amends the Application Requirement 1 for the National Center to include these additional coordination responsibilities.

The Department also appreciates the feedback from commenters related to the importance of coordination across the CCNetwork, including related to Regional Centers and Content Centers. We highlight that Proposed Priority 2: Regional Centers requires that Regional Centers must effectively work with the National Center, the REL in their region, federal technical assistance providers and Content Centers as appropriate to avoid duplication of efforts. Importantly, the program requirements for both Regional Centers and Content Centers include a focus on coordination with other CCs and other technical assistance providers. Regional Centers must, under the requirements, coordinate with the REL serving their region, including through joint planning and establishing a joint advisory board. Given the focus on coordination within these elements for Regional and Content Centers, the Department does not believe edits to Priority 2, Priority 3, or the requirements for Regional Centers or Content Centers are needed to address the commenters' feedback. The Department will also provide ongoing support to grantees to support efforts to

prevent and address any concerns related to duplication.

*Changes:* The Department updates Priority 1 language to specify that National Center services must address evidence-based national needs not already addressed by other federal investments and to include additional coordination responsibilities as noted above. The Department also amends the Program Requirements for the National Center to add a Requirement for the National Center to develop tools and resources to support coordination and collaboration, and to amend Program Requirement 3 for the National Center to include language to conduct and publish an annual synthesis of common high-priority needs across States, and to share this information with all Centers to identify potential opportunities for support. The Department also amends Application Requirement 1 for the National Center to ensure the required description of the approach to coordination incorporates the coordination responsibilities described in Priority 1 and the Program Requirements for the National Center.

*Comments:* Several commenters discussed the potential of the State Learning Agendas to strengthen federal technical assistance and create stronger alignment to State-identified priorities. A few commenters specifically noted the potential for this strategy to support a customer-driven Regional Center model anchored in State Learning Agendas, that will produce stronger State partnerships and support continuity across provider transitions by grounding Regional Center work in sustained State priorities. One commenter recommended that Regional Centers should focus on addressing high-leverage problems identified through States' Learning Agendas as they work with their States on State-directed service plans.

However, a few commenters raised considerations related to the implementation of the State Learning Agendas and suggested areas where additional clarity may be needed. One commenter noted that additional clarity would be needed related to oversight and reporting requirements if Regional Centers would be expected to directly work with clients other than through State-directed service plans. A few commenters noted that improved coordination across Regional Centers, Content Centers, the National Center, and RELs would be needed to effectively implement State Learning Agendas, and urged the Department to clearly define roles, expert capacity expectations, and processes to support

the development and use of State Learning Agendas.

*Discussion:* The Department appreciates commenters' feedback regarding the role of Regional Centers to support State Learning Agendas and agrees that State Learning Agendas may serve as an important lever to provide high-quality technical assistance on State-identified high priority topics. The Department emphasizes that, under Priority 2 and Program Requirement 2 for Regional Centers, Regional Centers are expected to partner with the National Center and the RELs serving their regions to develop or refine, as appropriate, a multi-year State Learning Agenda to identify needs and set priorities. We intend this requirement to be flexible to accommodate States that may already have Learning Agendas, those that do not but wish to develop one, or to accommodate States with other forms of articulated priorities, such as a Strategic Plan, that demonstrates the State's priorities, educational goals, and commitments. The Department recognizes that the development of a Learning Agenda may require significant engagement from the State and believes it to be an appropriate use of significant CC and REL resources to support Learning Agenda development. As discussed above, the Department has amended the National Center priority to include a focus on coordinating and refining tools and processes for Learning Agenda development to build on the current tools and processes under development in a current Learning Agenda pilot, in a manner that can be utilized and adapted by all RELs and Regional Centers. The Department expects the National Center to support RELs and Regional Centers in working with their States to develop Learning Agendas, such as by producing and adapting tools and resources, providing additional expertise, as needed, sharing examples of model Learning Agendas, or convening States across regions, as needed. The Department intends that Regional Centers should develop their annual service plans as an outgrowth from the priorities established by States in their Learning Agendas and gather feedback from key stakeholders including Chief State School officers, SEA leaders, TEAs, LEAS, educators, student and parents to reflect the most pressing needs of all States within the region to be served. The Department will provide programmatic oversight and guidance on program reporting requirements to grantees post-award and does not believe that changes to the

priority or requirements related to State Learning Agendas are needed.

*Changes:* None.

*Comments:* Several commenters suggested a preference for States as applicants for Comprehensive Center grants in a future grant competition, connected to the Department's goal to ensure that the program is aligned with State priorities. A few commenters noted their support for using the Secretary's Supplemental Priority on Returning Education to the States, published on September 9, 2025 (90 FR 43514), as a Competitive Preference Priority in the next grant competition, with a few commenters suggesting that the Department encourage States as lead applicants or lead consortium partners for applications under Priority 3: Content Centers and Priority 2: Regional Centers. Commenters identified potential benefits to State-led CCs such as strengthening accountability to State leadership, ensuring Center priorities are aligned with State needs, and reducing the administrative burden on States by allowing States to partner with established technical assistance providers for administrative and compliance support while maintaining client-led priorities at the forefront of the work.

*Discussion:* The Department appreciates the feedback from commenters on the potential benefits of State-led centers. Consistent with the program statute, we affirm that States are eligible entities under Section 9602(b) of the Educational Technical Assistance Act of 2002 (ETAA) and that States may choose to serve as the lead applicant under this program. States may also apply as consortium partners in collaboration with other eligible entities, depending on the design of the grant competition. We also appreciate the feedback on the ways the Department can prioritize applications from States for CC grants. Because there is a current Secretary's Supplemental Priority on Returning Education to the States that the Department could use in the upcoming competition to prioritize applications from SEAs, tribal education agencies, other relevant state or tribal organizations or agencies, or those endorsed by governors or chief State education officials, we do not believe that any changes to the priorities are needed.

*Changes:* None.

*Comments:* One commenter urged the Department to consider incorporating school safety measures into the current CC priorities to ensure that federal and State safety measures are not only adopted but operationalized effectively at the school level.

ED02464

*Discussion:* The Department appreciates the feedback from the commenter. While we agree with the commenter on the importance of school safety, the Department's intent is to focus the priorities in this notice on the statutory purposes of the CC program, while not overly prescribing certain topics for support proactively to ensure that State and local needs can drive the services areas of the CCs. We note that, as written, the Content Center priorities do not preclude the Department from proposing a Center focused on *s*chool *s*afety as an Emerging Needs Center, nor do they preclude applicants from proposing such a Center under the Field-Initiated focus area, if there is demonstrated need for support from CC clients on the topic. Similarly, should States choose to prioritize school safety as a need for support, CCs could provide support or partner with other federal providers to address State needs. As such, we decline to add school safety measures as a required focus area across the priorities, but emphasize that, to the extent that this focus area is aligned to the purpose of the program and identified as an area of need by clients, CCs may support clients in the adoption and implementation of school safety measures.

*Changes:* None.

*Comments:* One commenter raised several procedural concerns with the Department's proposed rulemaking action, notably that the proposed priorities, requirements, and definitions impose binding grant conditions on grantees. The commenter argued that ED should publish a Notice of Proposed Rulemaking with a 60-day comment period and more extensive Regulatory Impact Analysis. Additionally, the commenter raised concerns that the Department imposes undisclosed information collection burdens; that the proposed rulemaking action constitutes a major rule requiring congressional submission given the program's funding level; and that the Department's analysis of the rulemaking action does not provide a reasoned explanation including alternatives considered and an assessment of reliance interests. The commenter disagrees with the finding that the rulemaking action is not considered a significant action under Executive Order (E.O.) 12866 and argues that it should trigger a deregulatory offset pursuant to E.O. 14192; additional Office of Information and Regulatory Affairs (OIRA) review; cost accounting for all new grantee information collection and compliance requirements; an Initial Regulatory Flexibility Analysis; and an analysis of how burden will be reduced by eliminating existing requirements in place of the new requirements established in this action.

*Discussion:* The Department appreciates the commenters' feedback but disagrees with these assertions. The Regulatory Impact Analysis section of the NFP explains that this priority is determined by OIRA to not be economically significant and that application submission and participation in competitive grant programs that might use these priorities, requirements, and definitions is voluntary. With respect to the commenter's request for additional OIRA review and expanded cost accounting, the agency notes that the information collection and compliance obligations associated with this rule have been reviewed consistent with the Paperwork Reduction Act of 1995 (PRA).

Pursuant to those obligations, we believe, based on the Department's administrative experience, that entities preparing an application for this program would not need to expend more resources than they otherwise would have in the absence of these priorities, requirements, and definitions, as most potential costs result from statutory requirements and those we have determined are necessary for administering the Department's programs and activities, and that potential costs to applicants would be de minimis. The Department also clarifies that the priorities, requirements, and definitions contain information collection requirements that are approved by the Office of Management and Budget (OMB) under the Generic Application Package for Departmental Generic Grant Programs (OMB control number 1894–0006) consistent with the requirements of the PRA. The priorities, requirements, and definitions are accounted for in the currently approved data collection. Additionally, the Department clarifies that the program has in recent years received annual appropriations of no higher than $50–$55,000,000, which falls below the threshold to require Congressional Review under the Congressional Review Act. Moreover, the Department notes that reliance interests and alternatives considered are discussed in other portions of this NFP, and that ED need not consider every conceivable alternative to the proposed priorities but rather must consider a reasonable range of alternatives that fosters informed decision making, which it has done here.

*Changes:* None.

*Comments:* One commenter raised concerns with the Department's authority for the priorities, requirements, and definitions. Specifically, the commenter argued that the ETAA does not give the Department the authority to establish a coordinating National Center or to establish the configuration of regional centers on a competition-by-competition basis; or to establish application requirements beyond those explicitly listed in the ETAA.

*Discussion:* The Department appreciates the feedback from the commenter but disagrees with these assertions. Section 9602(a)(1) of the ETAA requires that the Department operate no fewer than 20 centers total, and Section 9602(b)(1) requires only that "not less than 1 comprehensive center is established in each of the 10 geographic regions served by the regional educational laboratories established under section 941(h) of the Educational Research, Development, Dissemination, and Improvement Act of 1994." Section 9602(b)(2) further authorizes the Department, after meeting the requirements of 9602(b)(1), to establish additional centers, considering "the school-age population, proportion of economically disadvantaged students, the increased cost burdens of service delivery in areas of sparse population, and the number of schools implementing comprehensive support and improvement activities and targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965 [20 U.S.C. 6311(d)] in the population served by the local entity or consortium of such entities." This provides substantial flexibility to the Department to define regions based on these considerations, while also recognizing that these needs-based factors may change over time and subsequently, regional configurations may need to be adjusted to take these changes into account. Further, to the extent that there are commonly identified needs across these considerations, the Department has defined "the Nation" as the region served for the National Center and Content Centers. The Department notes that it has funded Content Centers or a National Center in each competition of this program since last authorized under the ETAA in 2002. The Department has operated a National Center since 2019 and has, in each competition cycle, conducted rulemaking to establish the regional configuration for Regional Centers. Regarding application requirements, Section 9602(c)(1) of the ETAA requires that applicants for grants under the CC program "shall submit an

application at such time, in such manner, and containing such additional information as the Secretary may reasonably require.'' Given these statutory authorizations, the Department believes that the priorities, requirements, and definitions are well within the authority of the ETAA.

*Changes:* None.

*Comments:* Multiple commenters opposed new priorities that may lead to a competition to replace existing grants and to establish new grants prior to the end of the current grant awards made in 2024. Many of these commenters highlighted a primary concern that a mid-cycle competition would interrupt the current work of CCs and cause a disruption to the progress of multi-year projects. Several comments noted that a majority of existing CCs had recently been reinstated after a period of termination and highlighted negative experiences that these interruptions had on State work. A few commenters focused on concerns related to disrupting ongoing Regional Centers projects; losing existing capacity provided by current Regional Centers, particularly for small, rural school divisions that rely upon their support; or slowing progress on State priorities if CC work is transitioned to new providers. A few commenters highlighted ongoing projects between specific Regional Centers and their clients that they were concerned would be disrupted by a new competition, including ongoing work with the Puerto Rico and the U.S. Virgin Islands Departments of Education on priority initiatives; the work of the Northeast Center, the work of the West Center; and the work of the Appalachia Regional Center on career and technical education and workforce development initiatives. Other commenters also shared concerns related to a potential mid-cycle competition, including the potential negative impact on relationships between States and their Regional Centers should current awards be discontinued and an increased administrative burden on States and grantees if grants are terminated mid-cycle, which may result in States having to dedicate more time to engaging with potential applicants, navigating disruptions to currently scoped work, or onboarding and transitioning work to new grantees. A few commenters recommended the Department consider extending the current grants for two years at the end of the current five-year grant cycle to align with REL awards that would next be made in 2032. A few commenters recommended that, in lieu of running a competition and making new awards in 2026, the Department

could make adjustments to existing cooperative agreements to embed new priorities and goals for the program into the work of current grantees.

*Discussion:* The Department appreciates the feedback from commenters regarding the benefits of continuing to fund existing CC projects and specific examples of concerns with possible disruption of work for State clients. The Department has not made a final decision regarding the timing of new CC projects, and whether such new CC projects would necessitate a cessation of old CC project activity. However, if the Department were to make new CC awards within this fiscal year, an advantage would be the ability to align REL and CC funding cycles to achieve stronger program alignment and program efficiencies that support States and other clients in achieving improvements in student outcomes and building the necessary capacity to advance the Administration's priorities to return education to the States in the current funding year rather than waiting another year or years for the next potential funding cycle. In order to take advantage of this flexibility, the Department believes that finalizing these priorities, requirements, and definitions now is a significant and necessary step towards the Department's goals to improve the design of the CC program to better align to the statutory intent of the ETAA.

The Department also considered, as a countervailing factor, the potential for service gaps or other disruptions should a competition, award, and initiation of new grants occur within the current fiscal year. If the Department ultimately determines that existing project activities should be concluded, it will provide current grantees with a reasonable period to wind down their projects. In addition, the Department would require these grantees to coordinate with, and, as appropriate, transfer ongoing State level projects to the newly selected grantees to minimize any interruption in services. This transition process would be consistent with the procedures the Department employed when winding down and transferring work from prior CC grantees in 2019 and 2024. The Department also evaluated the alternative of directing existing CC grantees to modify their cooperative agreements to implement the priorities, requirements, and definitions set forth in this action. However, as explained in the NPP, a central objective of this Administration is to return education decision-making authority to the States. To most effectively advance that objective, the Department may determine that

conducting a competition under these priorities that provides preferences to entities to best reflect this focus is necessary. Therefore, while the Department may decide to end the current CC awards and run a grant competition to award new CC grants in FY 2026 or in subsequent fiscal years, we make no further changes based on these comments.

*Changes:* None.

*Comments:* One commenter discussed the connection of the priorities, requirements, and definitions to tribal interests, particularly related to tribal consultation and tribal sovereignty. The commenter argued that the Department should be required to complete Tribal Consultation prior to final rulemaking given the potential impact on services impacting tribal education. Additionally, the commenter raised concerns that the focus on State Learning Agendas could infringe upon the sovereignty of tribes to establish education priorities. The commenter shared additional recommendations such as to require coordination with the National Congress of American Indians and the Bureau of Indian Education and to create a pathway for tribal educational agencies (TEAs) to access technical assistance services separate from the Regional Centers, such as through the National Center.

*Discussion:* The Department appreciates the comments, and we agree with the importance of upholding tribal sovereignty and supporting tribal education priorities through the CC program. The Department conducted extensive engagement related to the CC program in 2023, including Tribal Consultation (see transcript at *https://www.ed.gov/sites/ed/files/2023/05/Jan-24.2023-Tribal-Consultation_transcript.pdf*) and the feedback from that process informs these priorities, requirements, and definitions. The development of State Learning Agendas or State service plans does not compel adoption of these priorities by TEAs; centers will be expected, aligned with the requirements in the ETAA and these priorities, to ensure that services reflect the needs of the clients they are serving, including TEAs. Finally, the Department has emphasized the importance of coordination with relevant partners and agencies throughout the priorities and requirements and does not believe that specific additions related to these comments are needed. We also emphasize that the Department believes, aligned with the requirements for service in the ETAA, the priorities allow for TEA clients to access services through multiple pathways similar to

what is available for SEA clients, through direct work with the Regional Center in the region, through Content Centers focused on relevant topics, or through the National Center, where applicable. To emphasize this, the Department has added serving the needs of tribal students to the National Center priority to confirm the importance of services to this population.

*Changes:* The Department added language to the National Center priority to emphasize that services shall address national needs identified to address the unique educational obstacles faced by tribal students.

*Comments:* One commenter raised concerns that the priorities, requirements, and definitions could impose burdens on small States, TEAs, and rural communities by mandating participation in proposed CC program activities, such as developing State Learning Agendas; program intake processes; and participation in joint advisory boards. The commenter also recommended that the Department take steps to reduce barriers for participation in the CC program for small entities, including Historically Black Colleges and Universities (HBCUs); Tribally Controlled Colleges and Universities (TCCUs), other minority serving institutions (MSIs), and small businesses, including a specific suggestion to reserve funds or provide priority points for applications from these types of entities.

*Discussion:* The Department appreciates the commenter's feedback around the need to support small entities, including those who are clients of the program and those who may apply for funding. We clarify that, while we believe that these priorities, requirements, and definitions will improve the CC program to make participation beneficial to all clients, these actions do not compel any clients, including TEAs or small States, to participate, and that all clients would be able to weigh the benefits of participation in the program against any time and resource obligations such participation may require. To the extent that certain groups are identified to participate in CC Advisory Boards, the Department notes that the requirements for participation and input are statutory, while providing flexibility for Chief State School Officers (CSSOs) to appoint designees to participate on behalf of the CSSO, as well as to recommend appropriate representation from constituent groups and partners within their States who have the capacity to participate. By establishing joint rather than separate governing and advisory boards with RELs, the Department

intends to significantly reduce the participation burden on regional participants. Additionally, the Department disagrees with the suggestion to create a priority related to small businesses, HBCUs, TCCUs, or MSIs because we do not believe that it is necessary to advancing the statutory intent of this program under the ETAA or the Department's policy goals for this program, particularly related to returning education to the States. We therefore decline to establish a specific priority for small businesses, HBCUs, TCCUs, or MSIs in this program, though we welcome applications from these entities to the extent that they are eligible entities under Section 9602(b) of the ETAA.

*Changes:* None.

## Priorities

### Priority 1: National Center

*Comments:* Multiple commenters provided feedback on the role of the National Center as outlined in Priority 1, specifically related to the degree to which the National Center should provide direct services to CC clients. Many commenters supported the National Center primarily serving in a coordinating role for the CCNetwork and RELs and several commenters suggested that the National Center should not provide direct services but instead serve only as a broker and coordinator of services, aligned to State-identified, rather than federally-identified needs. Another commenter recommended that the National Center's primary role should focus on leading coordination, escalation, and quality-assurance across the CCNetwork, supporting cross-center alignment, addressing unresolved or cross-cutting issues, and providing States with a clear pathway to raise concerns around service provision.

*Discussion:* The Department appreciates the opportunity to clarify its intent that the National Center both implement *and* coordinate client-driven technical assistance. The Department appreciates commenters' recognition of the importance as a primary role of the National Center to coordinate services to both support client needs and the broader functioning of the CCNetwork. However, The Department disagrees that the National Center should not provide services. We believe the National Center must retain the ability to address multi-State needs that may arise throughout the course of a multi-year grant cycle that cannot be addressed by Regional Centers given their focus on region-specific support. The Department also recognizes that national needs may arise

that cannot be addressed by Content Centers who are focused on specific topical areas. The Department believes that the National Center has an important role in addressing cross-State priorities, provided these needs are not already being addressed by another federal provider. However, we agree that these needs should be State-identified, rather than identified by the Department. For this reason, the Department amends the priority language for the National Center to further clarify its role to provide cross-State targeted or universal services, when appropriate and grounded in demonstrated need, consistent with the statutory priorities and focus areas of this program, and as identified by analysis of high-leverage needs across State Learning Agendas, Regional Service Plans, its Advisory Board, or other data-based means of needs identification.

*Changes:* The Department amends Priority 1: National Center to clarify how its services should be focused to ensure that needs addressed are State-identified.

*Comments:* Many commenters supported the creation of a National Center concierge service, while several commenters emphasized the importance of clarifying the National Center's role in relation to the Regional Centers in identifying and selecting expertise through its cadre of national subject matter experts. Several commenters noted the concierge service strategy would promote better access to expertise and support through the CCNetwork.

Several commenters indicated concerns about the proposed concierge role as a single point of entry to CC services. Commenters noted the importance of Regional Centers' long-term, sustained relationships with States in understanding needs and context and shaping complex capacity-building projects. Commenters shared concerns with transitioning this primary contact role to the National Center, including that the concierge role would add an unnecessary layer between States and Regional Centers, that the approach risks unintentionally limiting States' ability to strategically leverage available supports, that the National Center may avoid distributing requests to potential competitors, and that a centralized process may slow rather than expedite service intake and delivery timelines and delay needed services to State clients.

Several commenters recommended that States' primary relationships and entry points to the CCNetwork should continue to be driven through Regional

Centers, but suggested that the National Center can serve as a helpful ''clearinghouse'', coordinating information sharing and learning, a coordinating hub to support coordination and connection across Centers where multi-provider engagement is needed, and to promote overall alignment and coherence of CCNetwork services.

A few commenters also suggested that the National Center serve as a ''broker'' to connect States and Centers with a broad registry of national subject matter experts with proven expertise and results supporting CC clients. One commenter suggested that such a registry should include client reviews and transparency in service pricing. One commenter proposed that the National Center should create a publicly accessible database of pre-qualified providers, and that it should be regularly updated based on evidence of demonstrated effectiveness and State-reported satisfaction with services provided. One commenter recommended that the National Center directly contract services with the national cadre of experts on behalf of States.

*Discussion:* The Department appreciates commenters' thoughtful reflections and recommendations on how the National Center concierge service can best improve access to services and expertise and reduce burden for potential CC clients. The Department agrees that States should retain direct relationships with their Regional Centers who serve as their primary service providers and as discussed in the General Comments section, amended language to clarify the National Center's role as a facilitator and connector rather than a necessary entry point. The Department also notes that we have consistently received client feedback that they are not aware of all the Department-funded Centers and therefore do not always know how to direct requests or which Centers can support their needs. The Department intends not that the National Center serve as an obligatory starting point for those inquiries, but instead that the National Center concierge service can provide a voluntary point of entry for any State or other client seeking federal technical assistance on a particular issue or high-leverage problem. In this capacity, the National Center can make potential clients aware of their options and facilitate access to available resources across the federal technical assistance ecosystem. To clarify this element, the Department amended the National Center priority language and Program Requirement 6 for the National

Center to reflect the voluntary aspect of utilizing this service.

The Department disagrees that the National Center should directly contract work on behalf of States, and notes that individualized State support should still be directed through a State's Regional Center, with support from the National Center to identify options for qualified providers and subject matter experts that may meet State needs. The Department does agree, however, that the National Center should play a role in soliciting, vetting, and providing access to a broad range of subject matter experts and service providers with proven track records of providing high-quality, outcomes-based services that could be contracted by Centers, and that States should have choice in selecting subject matter experts they deem best qualified to meet their needs. The Department has further clarified this intention by amending the Program and Application Requirements for the National Center related to establishing a national cadre of subject matter experts to ensure that the cadre includes a broad range of expertise from providers with proven outcomes working with CC clients and sufficient information to help clients make informed selections among potential providers. The Department agrees that this information should be made available to clients and include client reviews, examples of work, and transparency in pricing. The Department also notes the Program Requirement for Regional Centers to partner with clients on determining their needs for expertise and provide clients with transparent options, including via the national cadre of subject matter experts, with the intention that clients can select the expertise for each project best suited for their needs, including expertise beyond the immediate staff of the Center. We have amended the language of Program Requirement 3 for Regional Centers to reinforce the importance of client-driven selection.

*Changes:* The Department has amended Priority 1 and Program Requirement 6 for the National Center to reflect the voluntary aspect of the concierge service. The Department additionally amends Program and Application Requirements for the National Center related to the establishment of a national cadre of subject matter experts to specify that the cadre must include providers with proven results working with State clients to improve student outcomes. The Department also amended Program Requirement 3 for Regional Centers to incorporate language supporting client selection of providers and the Regional

Centers' role to support evaluation of options.

*Comments:* One commenter noted the broad variation among SEAs in size, funding, political context, and operational sophistication that produce varying levels of State agency capacity, resulting in each agency's need for differentiated support from CCs. The commenter suggested adding a requirement to this priority for the National Center to conduct and maintain biennial comprehensive capacity assessments of SEAs to assist Regional and Content Centers in developing differentiated support based on State capacities for strategic planning, evidence use, organizational learning, data infrastructure, and talent management dimensions.

*Discussion:* We appreciate the commenter's suggestions regarding how to address variations in State agency capacities and agree it would be appropriate for the National Center to create assessments to assist in identifying SEA needs related to specific dimensions of capacity, including strategic planning, evidence use, organizational learning, data infrastructure, and talent management. However, we believe these assessments would best be conducted voluntarily and led by Regional Centers in their direct engagement with States, rather than required and conducted by the National Center. Therefore, we have added language to the National Center priority and added a program requirement for the National Center related to developing tools and resources that will promote service delivery across the CCNetwork, which could include the suggested capacity assessments.

*Changes:* The Department added language to Priority 1 to include developing tools and resources that support delivery of high-quality, high-impact technical assistance and capacity-building services across the CCNetwork, including capacity assessments. Additionally, the Department added a program requirement for the National Center aligned to the Priority 1 additions.

*Comments:* One commenter recommended adding a requirement to this priority for the National Center to identify common high-priority needs across States prior to soliciting applications for Regional Centers and Content Centers.

*Discussion:* The Department appreciates the commenter's suggestion that the National Center could play an important role in identifying common high priority needs that could be addressed by Regional or Content

Centers and has added a program requirement related to this focus area for the National Center. The Department agrees that the National Center could draw these data from State Learning Agendas and other organizational assessments, as well as from analysis of REL and Regional Center annual plans. The Department disagrees that the National Center should be responsible for identifying priorities prior to the Department inviting applications for Regional Centers and Content Centers. We believe that the Regional Advisory Committees (RACs) required under Section 206 of the ETAA are intended to serve this purpose, and that these are appropriate vehicles, among others, to identify priorities for the program according to current statutory intent. The Secretary established 10 RACs in 2023 to conduct an education needs assessment and identify each region's most critical educational needs and develop recommendations for technical assistance to meet those needs, and the priorities and needs identified through this process informed the priorities, requirements, and definitions in this notice.[1]

*Changes:* The Department added a Program Requirement for the National Center to conduct and publish an annual synthesis of common high-priority needs across States to inform and enable cross-regional peer learning on shared challenges and targeted and universal support needs from Content Centers, or other Centers, as needed.

*Comments:* One commenter suggested that the National Center advisory board should be comprised primarily of current CSSOs and should include representation from the leadership of national representative organizations to increase accountability and ensure the National Center's services are focused on State priorities.

*Discussion:* The Department generally agrees with the commenters' recommendations, and notes that the Department currently requires National Center Advisory Board membership from national organizations representing CSSOs, chief executive officers (*e.g.,* governors), Regional Centers and other organizations with expertise relevant to the goals of the project. The Department notes that membership requirements for the National Center Advisory Board have typically been addressed through cooperative agreements issued after grant awards are made. The Department also agrees with the importance of the

Advisory Board in helping the Center to identify common issues that should be addressed by the National Center in its annual service plan and adds language to this priority to clarify that services shall address national needs identified by the Center's Advisory Board.

*Changes:* The Department has added language to the priority to ensure services address needs identified by the Center's Advisory Board.

*Comments:* One commenter recommended enhancements to this priority to ensure that the National Center intentionally and effectively serves rural students through service plans that reflect rural needs, embeds rural expertise in its personnel, expands outreach to rural partners and supports cross-agency coordination that aligns education, workforce, health, and community services.

*Discussion:* The Department appreciates the commenter's suggestions and agrees that serving the needs of rural students is an important focus area of this program. The Department notes that serving rural populations has been an area of focus in previous competitions and would be an appropriate use of National Center resources. The Department also notes that in any competition where the Field-Initiated or Emerging Needs priorities are used for Content Centers, applicants may propose Content Centers focused on the unique needs of rural students, in which case the National Center should not duplicate those services. Therefore, the Department proposes amending the language of the priority to note the importance of support for rural students, while also noting the imperative to ensure services do not duplicate those provided by other federal Centers.

*Changes:* The Department added language to the National Center priority to emphasize that services shall address national needs identified to address the unique educational obstacles faced by rural students.

*Priority 2: Regional Centers*

*Comments:* Many commenters provided feedback on Priority 2: Regional Centers and the Directed Question regarding the optimal configuration of Regional Centers. A few of these commenters emphasized that the ideal regional configuration should ensure Centers understand the local context of the States they serve and have sufficient capacity relative to the number of States served to develop deep, long-term relationships with clients.

Commenters discussed the optimal number of states served by each

Regional Center, ranging from 1–2 States up to all States in a given REL region. A few commenters noted that serving large geographic areas can add complexity to service delivery or prove difficult to manage for Regional Centers. A few commenters highlighted the value of smaller or moderately sized regions, noting that such arrangements allow for stronger relationships, stronger multi-year collaboration, rapid-response support, and meaningful peer-to-peer learning among states. One commenter noted that previous models, with more regions, provided more balanced support and recommended a more flexible or expanded regional structure. Another commenter cautioned that close alignment to REL regions could give longtime REL operators an unfair competitive edge in applying for Regional Center grants.

One commenter recommended serving States through a hybrid model of a smaller number of Regional Centers along with 8–10 national thematic Content Centers to offer States both regional relationships and deep national expertise.

Overall, commenters stress that alignment should balance operational efficiencies with State needs for differentiated and intensive supports.

*Discussion:* The Department appreciates the thoughtful feedback from commenters on Priority 2 and the Directed Question regarding the optimal configuration of Regional Centers that best supports clients while meeting the requirements of the ETAA. The Department agrees that retaining a regional configuration that aligns with and does not cross boundaries with the established REL regions is beneficial to effective coordination and clear lines of support for States. We disagree with commenters that suggest regions should not be bound by REL region boundaries and would point to commenters who spoke to challenges in operation, coordination, and partnerships during prior cycles in which regional boundaries crossed multiple RELs.

The Department additionally appreciates commenter suggestions on how the Department might determine additional regions, based on need, State size or capacity, or other factors. The Department has designed Priority 2 to allow the Department flexibility to establish the regional configuration for each competition, in compliance with the requirements in Section 9602(a)(2) of the ETAA. We also emphasize the factors from the ETAA that the Department will consider to determine the configuration of Regional Centers for any given competition, including the school-age population, proportion of

---

[1] Final RAC reports were published in December 2023 on the Department's website at *https://www.ed.gov/grants-and-programs/regional-advisory-committees.*

economically disadvantaged students, the increased cost burdens of service delivery in areas of sparse population, and the number of schools implementing comprehensive support and improvement activities and targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965 in the population served by the local entity or consortium of such entities.

The Department does not believe that specific changes to Priority 2 are needed given this flexibility, but we will consider feedback from commenters in determining the regional configuration, along with these statutory factors, in subsequent competitions where this priority is used.

*Changes:* None.

*Comments:* One commenter expressed concern about potential alignment of Regional Centers with existing REL regions, expressing that one-to-one alignment may disadvantage smaller States, and recommended the Department adopt a differentiated regional structure to ensure equitable access to services nationwide and avoid administrative or structural changes that could inadvertently reduce responsiveness or effectiveness of Regional Centers. This commenter urged the Department to avoid strict alignment with REL regions, to increase the number of Regional Centers, and incorporate features that ensure smaller States receive an equitable share of resources and support from Regional Centers. The commenter additionally recommended that the Department prioritize State-driven service models, to ensure all States have access to intensive, customized support and to better position the program to achieve its goals of improving outcomes, closing achievement gaps, and strengthening educational systems nationwide and ensure equitable access to services and funding by incorporating safeguards that prevent larger States from disproportionately consuming regional resources.

*Discussion:* The Department appreciates this comment and agrees with the importance of ensuring sufficient resources and differentiation to States, and particularly to smaller States or States with unique needs. The Department appreciates the commenters' input on the potential impacts of strict alignment to existing REL regions, as well as the challenges of providing equal support to large and small States alike in the same regions. The Department notes that Section 9602(b)(1) of the ETAA requires only that at "not less than 1 comprehensive center is established in each of the 10

geographic regions served" by the RELs, which implies that some Regional alignment is needed. However, Section 9602(b)(2) further authorizes the Department to, after meeting the requirements of 9602(b)(1), to establish additional centers, considering factors related State contexts, needs, and capacities. The Department also notes that it has established, in competitions, minimum funding levels for Regional Centers to ensure that all Regional Centers have sufficient resources to operate according to regional needs, including needs related to economically disadvantaged students, student attending schools identified for improvement, or needs associated with areas of sparse population or large geographic service areas.

Finally, we note that Section 9602(d) requires that "(e)ach comprehensive center established under this section shall allocate such center's resources to and within each State in a manner which reflects the need for assistance" based on multiple factors which ensure that all States within a region receive adequate support regardless of the State population or size, and potentially advantage smaller States with more acute needs for assistance. The Department maintains alignment to statutory requirements for service provision in section 9602(f) of the ETAA across Priority 1, Priority 2, and Priority 3, as well as Program Requirement 1 for All Centers, which requires that all Centers' service plans must demonstrate how services will prioritize support for students and communities with the highest needs, as described in section 9602(e) of the ETAA. We believe this combination of statutory and regulatory requirements provides the necessary flexibility to consider the needs of smaller States in regional configurations and provides existing leverage for differentiation to ensure each State receives equitable, tailored, and sustained capacity-building support.

*Changes:* None.

*Comments:* Several commenters urged the Department to make supporting SEA and LEA school improvement capacity an explicit priority for Regional Centers.

*Discussion:* The Department appreciates the commenters' suggestion and notes that Priority 2 reinforces the focus on the statutory intent of the program described in section 9602(f) of the ETAA to address the unique educational challenges, and improve the outcomes, of schools implementing comprehensive support and improvement activities or targeted or additional targeted support and improvement activities under title I, part A of the ESEA (ESEA sec. 1111(d)).

The Department also reinforces this statutory emphasis in Program Requirement 1 for All Centers which requires that service plans must demonstrate how services will prioritize support for students and communities with the highest needs, as described in section 203(e) of the ETAA, which requires Centers to give priority to schools in the region that have been identified for school improvement under section 1116(b) of the ESEA. We believe the current priority and requirement sufficiently address the statutory focus of the program on school improvement and that no additional changes are needed.

*Changes:* None.

*Comments:* One commenter recommended that Regional Centers should conduct baseline capacity assessments of the States they serve, and then differentiate support based on SEA capacity, with suggested tiers for high, middle, and emerging capacity, to promote intensive organizational development across states. This commenter also recommended that Regional Centers establish structured mentorship programs between States, and allow explicit use of intermediate capacity indicators, including, for example, adoption and regular use of SEA organizational learning and improvement processes, gains in evidence-based decision-making, and evidence of skill building in transformation-related topics, among others. The commenter suggests that these indicators could be compared against a known standard that aligns to expectations for State leadership, and that expected changes in State capacity should be specified in annual service plans alongside outcomes related to improvements in student outcomes.

*Discussion:* The Department appreciates the suggestion to support differentiated support based on SEA capacity under Priority 2: Regional Centers and agrees in the importance of setting explicit goals for building State capacity and demonstrating that capacity is being built through measuring and reporting on intermediate capacity measures. In the Application Requirements for Regional Centers, applicants must describe how they intend to "measure the readiness of clients and recipients to work with the Center; co-design projects and define outcomes; measure and monitor client and recipient capacity across the four dimensions of capacity-building; and measure the outcomes achieved throughout and at the conclusion of a project."

The *Definitions* section of this notice includes explanations of the four

dimensions of capacity-building for this program that form the basis for Centers' work with clients. The Department believes these dimensions generally and adequately capture the types of organizational capacity the commenter describes. The Department also notes that Program Requirement 1 requires Centers to define capacity-building outcomes related to their work with each client, including short-, medium-, and long-term outcomes, in their annual service plans. These outcomes, as included in the *Definitions* section of this notice, must describe the "demonstrable effects of receiving capacity-building services and must reflect the result of capacity built in at least one of the four dimensions of capacity building."

The Department amends Program Requirement 2 to ensure services are designed with clients to address specific client needs and desired outcomes. The Department agrees on the importance of having available capacity assessments that would assist Centers in assessing, tracking and reporting State capacity indicators, and in having standards of State capacity against which States might identify opportunities to focus development and improvement. However, the Department declines to require use of specific indicators at this time, as we believe applicants may each propose effective strategies to measure "readiness", and that standards would be best developed in collaboration with Centers and their clients after award. The Department believes this is an appropriate role for the National Center to compile examples of capacity assessments and develop common tools and resources to align capacity assessment, tracking, and reporting across Centers and, as discussed in a prior discussion and changes section, have added language to Priority 1 and the Program Requirements to add the responsibility. We do not believe that further changes are needed.

*Changes:* We amended Program Requirement 2 to require that services are designed to address specific client needs and desired outcomes.

*Comments:* One commenter raised concerns related to the work of centers around supporting clients to address corrective actions related to audit findings or the Department's ESEA program monitoring and if that work may undermine the collaborative relationship between CCs and States.

*Discussion:* We appreciate the commenter's concern related to how potential CC work to support clients in addressing corrective actions may impact CC-client relationships. We note that States are not required to work with Centers to address corrective actions or results from audit findings and ESEA program monitoring conducted by the Department, but may do so at the State's request, and do not believe this type of work undermines the collaborative relationship of the Regional Center with the State but rather elevates specific technical assistance needs identified by the Department and provides a free and cost-effective support to remedy Department monitoring findings or corrective actions where building state capacity is needed. Because State engagement around corrective actions would be voluntary and at a State's request, and this notice neither requires nor prohibits this engagement, we do not believe changes are needed.

*Changes:* None

*Priority 3: Content Centers*

*Comments:* Several commenters shared general concerns with Priority 3: Content Centers, particularly related to the Emerging Needs and Field-Initiated Content Centers. Specifically, a few commenters noted concerns that the inclusion of Content Centers could decrease resources available for Regional Centers or decrease coherence across the program. One commenter shared concerns that past iterations of Content Centers had not been effective and had negatively constrained research in their relevant fields, and another commenter noted that the focus on Emerging Needs Centers with Department-identified topics appeared contrary to the focus on State-driven needs.

*Discussion:* The Department appreciates the perspectives shared by commenters. We note that the priorities do not indicate funding levels and that, based on Congressional appropriations, the Department will determine and publish funding levels for Regional and Content Centers in an Application Notice and Instructions (ANI) for a specific competition. In setting funding levels, the Department considers the factors identified in Section 9602(a)(2)(B) as well as any expected minimum funding levels needed to provide services and maintain the Center. Further, the Department believes that Priority 3 establishes strong expectations for the performance of the Centers and their alignment to statutory requirements of the ETAA, State needs and coordination with other CCs and Department TA providers. We do not believe changes to the priorities or specific focus areas are needed.

*Changes:* None.

*Comments:* A few commenters strongly recommended that the Department maintain the Content Center on English Learners and Multilingualism and expressed support for the expertise provided by the Center during the current grant cycle. In addition, a few commenters expressed their support to preserve the current Content Center for Early Learning Success and the focus within the CC program on the continuum of PK–3, emphasizing the critical importance of strengthening early learning, addressing persistent national challenges in early literacy and math and minimizing disruptions to current work plans.

*Discussion:* The Department appreciates the commenters' perspectives. The CC program aims to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly those with the greatest need. Section 9602(f) of the ETAA requires that the CCs include technical assistance activities focused on supporting English language acquisition. As such, the Department believes that, according to the needs of local school, district, and State clients of the CC program, supporting the needs of English learners in English language acquisition will continue to be a focus area of the CC program. Additionally, related to early learning, the Department believes that, based on the needs of clients such as States, LEAs, and schools, supporting early learning will remain a significant area of focus for the program. Therefore, we do not believe that it is necessary for the Department to dictate either of these as a required topic for a dedicated content center. W*e* emphasize that the Department could, in a future competition cycle and based on the evolving needs of CC clients, identify these as topic areas for Emerging Needs content centers. Additionally, we note that applicants can, under the Field-Initiated topic area under Priority 3: Content Centers, propose centers that focus on a specific topic on national need, as emphasized by the demonstrated needs of States, districts, and other CC clients.

*Changes:* None.

*Comments:* Several commenters provided feedback on the potential focus areas for Emerging Needs Centers under Priority 3: Content Centers. One of these commenters discussed the importance of Emerging Needs Centers being relevant across States and recommended that, in any competition using this focus area, the Department share a clear explanation of how the focus of the Emerging Needs Centers were determined and how they reflect input from stakeholders across States and regions. Several commenters provided suggestions for potential

specific focus areas of Emerging Needs Centers aligned to the current Secretary's Supplemental Priorities, including literacy acceleration and achievement, numeracy acceleration and achievement, advancing artificial intelligence in education, civics education, school choice, and career pathways and workforce readiness or career and technical education. Another commenter cautioned that focus areas for Emerging Needs Centers should be grounded in clear areas of need, such as school improvement and literacy, where there is evidence of gaps in State capacity rather than setting content areas to align primarily with Administration priorities. The commenter shared concern about potential alignment between Emerging Needs center topic areas and the Secretary's Supplemental Priorities on Returning Education to the States; Expanding Education Choice; and Promoting Patriotic Education. One commenter suggested additional potential focus areas including school finance, open education resources, and effective communication and engagement strategies. Other commenters suggested Emerging Needs should focus on building SEA capacity, including, for example, organizational development, strategic planning, evidence-use infrastructure, and data and research infrastructure, to support State agencies in building their internal capacity for solution-building and evidence use. Another commenter suggested potential focus areas for Emerging Needs Centers related to national security and STEM industry workforce needs, such as those in the defense industrial base, in semiconductor production, or those addressing National Security Education Program-designated critical language instruction areas. This commenter also recommended evaluating proposals for Emerging Needs centers against Workforce Innovation and Opportunity Act priorities, Perkins State plans and workforce security goals.

*Discussion:* The Department appreciates the commenters' suggestions related to Emerging Needs centers. We agree that these centers must be grounded in areas of shared need across States and believe that is sufficiently emphasized in the priority through the language noting that centers established under this priority will focus on an ''education topic of significant national or regional need.'' Because this focus area under Priority 3 is currently written to provide flexibility for the Department to define topics for Emerging Needs centers in any given competition, we do not believe changes to the priority are necessary to reflect the specific topical feedback from commenters. The Department reiterates as stated in the priority that we will establish the specific topic area or areas for Emerging Needs Centers that are ''aligned to the Secretary's Supplemental Priorities, areas of need identified in the Regional Advisory Committee reports, the technical assistance topics identified in the ETAA, or other critical aspects of need related to quality implementation of programs under the ESEA'' in a ANI for any future grant competition, and therefore decline to propose specific topical focus areas in this priority.

*Changes:* None.

*Comments:* Several commenters provided feedback on the focus area for Field-Initiated Centers under Priority 3: Content Centers. Overall, commenters supported the shift toward field-initiated centers, noting that this approach allows for a more targeted, sustained technical assistance response to emerging State and regional needs. One commenter recommended strengthening this approach by identifying specific topics areas for field-initiated applications, such as strategic school staffing, skill validation and competency aligned pathways, and the educator workforce. A few commenters suggested ensuring field-initiated centers align to State-identified needs and that applicants demonstrate engagement with multi-region stakeholders to validate any proposed topic for a Center. One commenter suggested establishing a threshold or minimum number of States or Regions supporting the proposal for consideration as a Field-Initiated topic. Another commenter emphasized the importance of incorporating mechanisms for ongoing feedback from States and partners to continuously refine and guide the work of Field-Initiated Centers. One commenter recommended clarifying priority topics for Content Centers to be identified and updated based on emerging evidence and field needs.

*Discussion:* The Department appreciates the commenters' suggestions related to Focus Area 1: Field-Initiated Centers. Because this focus area under Priority 3 is currently written to provide flexibility for education topics of significant national or regional need that are aligned to the statutory purposes described in section 9602(f)(1) of the ETAA, we do not believe specific topics need to be identified in the priority; however we amend the application requirements for Content Centers to require applicants to describe how their proposed topic is aligned to the statutory program purposes. We appreciate commenters' suggestions to define what may constitute a significant need and add language to the priority to require evidence that the need must be ''national'' or identified as a need in more than one region to support its identification as a topic of significant national or regional need. As outlined in the priority, educational topics for Field-Initiated Centers may include an array of topics based on State and regional needs and priorities, State learning agendas or another similar identification set forth by SEAs, REAs, TEAs or LEAs. With all proposed priorities, the Department acknowledges the importance of ensuring the relevance, responsiveness, and stakeholder's input to ensure Centers remain aligned to clients' needs.

*Changes:* The Department adds language to the priority to clarify how applicants may identify topics of national or regional significance. The Department additionally adds language to Application Requirement 3 for Content Centers to require applicants to identify how the proposed project aligns to statutory purposes in Section 9602(f)(1) of the ETAA and provide data to support the national or regional significance of the project.

*Comments:* One commenter supported the focus on principals, teachers, paraprofessionals, other school leaders, and specialized instructional support personnel in the focus area for the National Comprehensive Center for Improving Literacy for Students with Disabilities (NCIL), under Priority 3: Content Centers. The commenter recommended that the Department reinforce this focus on educators in the Emerging Needs and Field-Initiated focus areas as well by adding a definition for ''educator workforce'' inclusive of teachers, paraprofessionals, principals, other school leaders, and specialized instructional support personnel, and amending the priority language for these focus areas to make reference to this definition of the educator workforce to ensure that all individuals in these specific roles in schools are included.

*Discussion:* The Department appreciates the commenter's support for the importance of a definition of ''educator workforce'' that focuses on a broad range of professionals, and we agree that further clarity would be helpful to better define the types of educators and practitioners that the Department envisions would benefit from services. Specifically, the Department notes its definition of *educator* for this program established in the 2024 NFP, which means ''an

ED02472

individual who is a teacher (including an early education teacher), principal or other school leader, administrator, specialized instructional support personnel (*e.g.,* school psychologist, counselor, school social worker, librarian, early intervention service personnel), paraprofessional, faculty, and others,'' clarifies the intention of this program to support educators across a range of roles and will include this term in the *Definitions* section for greater clarity. However, we disagree that Priority 3 should be amended to include the term ''educator workforce'' as a specific topical focus area because the flexibility to address this topic already exists in the Priority.

*Changes:* The Department has included the definition of *educator* established in the 2024 NFP in the *Definitions* section of this notice for greater clarity.

*Comments:* Several commenters supported the proposed focus area for the NCIL under Priority 3: Content Centers and also provided feedback on the activities and scope of center. One commenter recommended strengthening requirements related to access to education materials, assistive technology (AT), and training opportunities for students, families, and educators. Additionally, the commenter emphasized the importance of supporting literacy instruction for students who use augmented and alternative communication (AAC), American sign language (ASL), and braille, to more effectively support students with diverse learning needs. One commenter suggested that the Center should focus on essential technical assistance and support in States and local jurisdictions, to improve the literacy skills development for students, including those with disabilities. The commenter also emphasized that the proposed center should assist States and districts to understand the flexibility and allowable uses of general and special education funding. Another commenter suggested that the Center should serve all SEAs and LEAs, including charter schools that operate as their own LEAs, and proposed changes to add additional requirements for the NCIL to be more specific regarding the creation of evidence based universal screeners and the components of these tools.

*Discussion:* The Department appreciates the commenters' support for the NCIL and the perspectives from commenters on topics such as the importance of AT in meeting the individual needs of students and supporting their learning. The Center is dedicated to advancing evidence-based

teaching methods for pre-K through grade 12 students with literacy-related disabilities, including dyslexia. The language of this focus area under Priority 3 reflects the authorizing language for this Center in ESEA, and therefore the Department declines to revise the priority text in order to remain closely aligned to the statutory intent for this Center. However, related to supporting effective use of AT, the Department affirms that, as noted under part (b) of this Focus Area, a grantee may develop products and services that better support educators, families, and students in the effective use of AT. Given the population of students served under the NCIL, as defined in statute as students at risk of not attaining full literacy skills due to a disability, including dyslexia impacting reading or writing, or developmental delay impacting reading, writing, language processing, comprehension, or executive functioning, the Center is expected to be responsive to these needs, including serving students who use AAC, ASL, and braille. In addition, the Department funds a Center on Technology Systems that provides technical assistance to LEAs to support the implementation of comprehensive and sustainable assistive and instructional technology systems. The Center funded under this priority may, as needed based on client input, collaborate with other centers to ensure access to specialized expertise and avoid duplication of efforts across the Department's technical assistance landscape.

The recommendation to support States and districts in understanding the flexible and allowable uses of general and special education funding falls outside of the statutory responsibilities of the Center and therefore we decline to make edits to the priority to incorporate this as a focus area. The Department clarifies that the center serves SEAs, and LEAs, and charter schools operating as LEAs as outlined in the ESEA Section 8101(30) and does not believe that changes are needed because these types of charter schools are already included as potential clients.

Related to the screener tools, the Department believes it is aligned with the statutory authorization for this center to allow the focus on developing screening assessments and tools to be broad, as long as such tools and assessments are evidence-based and therefore declines to make revisions to the priority related to this topic.

*Changes:* None.

**Requirements**

*Program Requirements*

*Comments:* Many commenters expressed opposition to the proposed restricted indirect cost rate, which would reduce the amount of grant funds going to supporting program overhead. One commenter argued that it is not legally permissible for the Department to impose this as a program requirement in this circumstance. Many commenters believed that the addition of this requirement would disadvantage smaller nonprofits and university-based centers, limit the pool of high-quality applicants, and slow implementation. One commenter noted that caps such as an 8 percent limit would prevent applicants from recovering actual costs, create inequitable barriers, and conflict with the program's goals of providing high-quality, State-responsive technical assistance. Commenters also emphasized practical concerns, including rate-approval backlogs at cognizant agencies and administrative burden associated with negotiating rates—and urged the Department to instead rely on each applicant's existing negotiated indirect cost rate, to the extent existing applicants had one. Many commenters recommended that the Department remove the restricted indirect cost rate requirement entirely to preserve competition and program effectiveness.

*Discussion:* The Department appreciates the commenters feedback regarding the use of a restricted indirect cost rate for this program. To begin, the Department notes that indirect cost rates for all of its grant and cooperative agreement programs are established through regulations issued via notice and comment rulemaking, including program specific regulations such as those proposed in the NPP. Accordingly, commenters' assertions that the Department is prohibited from setting an appropriate indirect cost rate for a program through rulemaking are incorrect. We appreciate the opportunity to clarify how restricted indirect cost rate requirements work. For example, restricted indirect cost rates may exceed eight percent of modified total direct costs (MTDC) under 34 CFR 75.564. The difference between restricted and unrestricted rates is not a fixed percentage; rather, it depends on which organizational expenses are permitted in the underlying calculation. As a result, grantees using a restricted rate may still recover general management costs, as permitted under 34 CFR 76.565. The primary general administrative costs excluded from a restricted indirect cost

rate are expenditures related to governing bodies, salaries of chief executive officers, and reimbursing organizational components that are unrelated to the specific work of the grant or pertain solely to the office of the organization's chief executive (*see* 34 CFR 76.565(c)), which we believe would be appropriate restrictions for this program. The Department agrees that grantees without an approved restricted indirect cost rate would need to obtain one in order to recover indirect costs. However, the Department disagrees that these existing grantees or applicants would be disadvantaged. Grantees and applicants are generally permitted to recover indirect costs from either the date they submit their initial request or back to the start of the project period for the grant (*see* 34 CFR 75.560(e)(3)). Moreover, any applicant without a current negotiated indirect cost rate agreement with the Federal Government is already in the position of needing to negotiate one unless the applicant elects to use the *de minimis* rate permitted under 2 CFR 200.414(f). In other words, to the extent there is any disadvantage, it would only place current CC grantees in the same position as organizations that apply for the CC competition that lack a current negotiated indirect cost rate agreement.

However, the Department acknowledges some commenters' suggestions that, given the burdens and expenses associated with operating CCs, maintaining the unrestricted indirect cost rate would best support effective program implementation. Particularly, comments suggesting that adopting a restricted indirect cost rate may unfairly limit the range of eligible applicants who would be interested in applying to the program, and may in fact exclude some new applicants that the Department may want to encourage to participate, suggest that adopting a restricted rate may result in undesirable impacts on a future competition. The Department finds these arguments regarding the nature and operation of the CC program persuasive at this time. As such, given these concerns, the Department is removing the requirement applying the restricted indirect rate from this notice. The Department remains interested in management approaches that will maximize the use of grant funds for direct program services while allowing flexibility to account for differences in applicant context and cost structure and will consider regulatory and non-regulatory alternative approaches in the future.

*Changes:* The Department removes the program requirement that all Centers be subject to, and all subgrantees subject to, a negotiated restricted indirect cost rate.

*Comments:* One commenter recommended that the program requirement for the National Center cadre of subject matter experts should include speech and language professionals, including speech-language pathologists and audiologists.

*Discussion:* The Department appreciates the commenter's suggestion and agrees that speech and language professionals would be appropriate professionals to include in the national subject matter expert cadre. The Department notes that this program requirement includes that the National Center recruit and retain an expansive and comprehensive cadre of national subject matter experts that includes qualified education practitioners, researchers, policy professionals, and other implementation consultants. We decline the recommendation to add these specific professions, as we believe the current program requirement does not restrict the inclusion of speech and language professionals. We additionally note that there are a wide range of specializations that would likely be beneficial to support State and local needs for support, and that the language of the program requirement is intended to be broad so as to include any types of professionals who may be needed to assist CC clients with needs aligned to this program's statutory purpose.

*Changes:* None.

*Comments:* One commenter requested clarification on how CC Advisory and REL Governing Boards would function under the proposed structure, specifically whether existing REL Governing Boards would satisfy the requirements for CC Advisory Boards or if new boards would be required.

*Discussion:* The Department appreciates the opportunity to clarify the intent behind the program requirement for Regional Centers to establish joint advisory boards with the REL serving their region. The Department proposes the establishment of jointly constructed boards that meet requirements under both ESRA Sec. 174 (h) (20 U.S.C. 9564) and ETAA Sec. 203 (g) (20 U.S.C. 9602), with both RELs and CCs contributing to their composition and operation. The Department intends that participation on joint boards would reduce burden and make most efficient use of time for State agencies and other member categories that are duplicative across the REL and CC program requirements. Additionally, we believe that joint advisory boards will promote more strategic use of program resources, improved service delivery and coordination of REL and CCs, and

greater clarity in the distinct roles of RELs and CCs to support regional priorities. Both RELs and CCs would be expected to share in the costs associated with operating these jointly constructed boards. The Department notes that REL and CCs regularly constitute new boards in each funding cycle and would be expected to jointly constitute new boards in the next funding cycle.

*Changes:* None.

*Comments:* A few commenters raised concerns about the proposed FTE requirements for Project Directors, noting that high director FTE levels could reduce resources available for technical assistance, create challenges for smaller centers with limited budgets, and restrict flexibility in staffing models. One commenter suggested that it may be important and beneficial for Project Directors to have time available to participate in other research and evidence-building activities to remain abreast of the latest trends and best practices in the field. A few commenters recommended lowering the minimum FTE requirements for Project Directors of Regional and Content Centers from 0.75 to 0.50 FTE to better allow for shared Co-Director structures. One commenter suggested aligning the National Center's FTE expectations with those of Regional and Content Centers from collective 1.5 FTE to 1.0 FTE to promote consistency across the program. One commenter suggested the Department could encourage clear delineation of responsibilities between the Director and Co-Director, succession planning, and sufficient administrative support for grant operations.

*Discussion:* We appreciate commenters' input on appropriate FTE requirements for Center leadership. We believe the FTE requirements for both the National Center and Regional Centers are reasonable as the proposed structure provides flexible staffing options while ensuring sufficient leadership capacity required for the depth and intensity of the work. The Department declines to changes these requirements.

However, specifically for Content Centers, we do agree with the commenters that there may be valuable reasons for Project Directors to dedicate a portion of their time engaged in related research and work that supports their ability to serve effectively in their roles as national experts. We also agree that the FTE requirement for Content Centers should be reduced to ensure Centers have sufficient resources for service provision. Therefore, to allow for greater flexibility in the allocation of resources for Content Centers, we have amended the Program Requirement 4 for

ED02474

Content Centers to reduce the minimum FTE levels for project leadership.

With the updates to the minimum levels for Content Centers, we believe the flexibility for all Centers to distribute FTE across a leadership team below the individual FTE requirement accommodates any Director to participate in activities outside the CCNetwork while maintaining an appropriate level of leadership dedicated to the project,; however, the Department believes it is important for applicants to further explain how they are allocating their leadership capacity across roles (*e.g.* Director, Co-Director, or Deputies) to meet program needs. Therefore, we are adding an application requirement for all applicants to specify their proposed leadership structure and describe how their organizational leadership will effectively manage the project according to the needs of the program.

*Changes:* We have amended the program requirement for Content Center to reduce the required minimum FTE for a Content Center Project Director from 0.75 FTE to 0.50 FTE, or, when more than one Project Director is proposed, the cumulative total must meet or exceed 0.75 FTE collectively. In addition, we have added an application requirement for all centers directing applicants to describe their leadership structure and organizational capacity to assess, manage, and strategically utilize program resources.

*Comments:* One commenter recommended that the Department make State feedback mechanisms explicit and embed continuous feedback loops into program design to support ongoing service refinement. The commenter also urged the Department to provide grantees with timely CC performance data to enable real-time adjustment and improvements in program implementation.

*Discussion:* We agree that developing and implementing an effective performance management system that integrates client feedback and continuous improvement is an essential component of effective program implementation. Accordingly, the Department will retain the FY 2024 Program Requirement for All Centers to ''Develop and implement an effective performance management system that integrates continuous improvement to promote effective achievement of client outcomes. The system must include methods to measure and monitor progress towards agreed upon outcomes, outputs, and milestones and to measure the reach, use, and impact of the services being delivered to ensure capacity-building services are

implemented as intended, reaching intended clients and recipients, and achieving desired results. Progress monitoring must include periodic assessment of client satisfaction and timely identification of changes in State contexts that may impact the project's success. The performance management system must include strategies to report on defined program performance measures.'' Retaining this requirement ensures that Centers have the structures needed to maintain accountability, support continuous improvement, and advance the achievement of meaningful client outcomes.

*Changes:* The Department is adding the performance management system program requirement from the 2024 NFP to the Program Requirements for All Centers.

*Comments:* One commenter shared feedback on ways in which the program could present risks to national security given the potential for involvement of adversary nation individuals in the program as subject matter experts or partners or through exposure of program data or products to adversary nation audiences. The commenter also raised concerns with other ways in which the program may be vulnerable to financial or administrative risk, such as through fraud or anticompetitive behavior. The commenter suggested several program requirements for additional coordination or oversight activities related to national and financial security concerns, such as coordination activities with additional government agencies for centers conducting work related to STEM or manufacturing or other industries with national security connections; required briefings with government agencies on topics of national and financial security, such as related to fraud prevention or screening partners for foreign influence; and required safeguards related to the development and dissemination of any curriculum products developed through the CC program.

*Discussion:* The Department appreciates the commenter's perspective on ensuring the security of the CC program. The Department conducts routine risk evaluations of applicants before award, and of grantees over the course of the grant period, as well as ongoing monitoring of and communication with grantees regarding risk, compliance, and performance, aligned with the Guidance for Federal Financial Assistance in 2 CFR part 200, as adopted and amended as regulations of ED in 2 CFR part 3474, and the Education Department General Administrative Regulations in 34 CFR part 75. We believe these processes are

sufficient to address the potential risks relevant to this program and decline to introduce additional program requirements. Additionally, the Department clarifies that the CC program, through these priorities, requirements, and definitions, does not develop, require, nor endorse any particular curriculum, program, or intervention. Furthermore, under the Department of Education Organization Act, the Secretary is not authorized to exercise any direction, supervision, or control over the curriculum, or program of instruction at any school or institution of higher education (see 20 U.S.C. 3403). The priorities, requirements, and definitions in the document further the purpose of the CC program to support State and local educational systems to implement activities described in the ESEA to improve academic opportunities and outcomes for students.

*Changes:* None.

Comments: One commenter recommended that the Department impose additional requirements to ensure products and services are 508-compliant, accessible to educators with disabilities, and aligned to other industry standards for accessibility identified by the commenter. Additionally, the commenter recommended that the Department implement additional requirements mandating CCs are compliant with privacy and security laws such as Family Educational Rights and Privacy Act (FERPA) and the Privacy Act of 1974.

*Discussion:* We note that projects funded through discretionary grants using these priorities must already be consistent with the requirements of the Americans with Disabilities Act) and Section 504 of the Rehabilitation Act of 1973, where applicable, as well as requirements in the Individuals with Disabilities Education Act, Elementary and Secondary Education Act, and civil rights and other laws, where applicable, and does not believe that changes are necessary. Therefore, the Department declines to add accessibility or privacy requirements to these priorities because they would be duplicative of existing law.

*Changes:* None.

*Application Requirements*

*Comments:* One commenter suggested that the Department set a firm maximum limit on the number of pages that could be submitted as part of an application narrative under this program in order to provide clear expectations for potential applicants around the level of detail that

is needed for an application to be considered competitive.

*Discussion:* We appreciate the commenter's feedback. The Department establishes any page limits on the application narrative, if applicable, in the ANI for a given competition. We believe it is appropriate to maintain the flexibility to establish any maximums or recommended maximums for each competition and therefore decline to identify a specific maximum or recommendation in the application requirements in this NFP.

*Changes:* None.

## Definitions

*Comments:* One commenter identified a need for clarity on who the Department considered to be primary clients of the CC program. The commenter expressed concern related to the potential inclusion of students, families, REAs, and LEAs as primary clients of CC services, noting that these entities may be the ultimate beneficiaries of services but that they are best served through plans developed with SEAs and TEAs as primary clients.

*Discussion:* The Department appreciates the commenter's feedback. The Department clarifies that the priorities and requirements incorporate a definition of "client" that was established in the 2024 NFP and that focuses on the "organization with which the Center enters into agreement for negotiated capacity-building services." This definition was established to align to Section 9602(e) of the ETAA, which notes that each CC "shall work with State educational agencies, local educational agencies, regional educational agencies, and schools in the region where such center is located . . ." on school improvement activities. The Department further clarifies that families are included as primary clients of the NCIL, based on the statutory focus on families for that center, and that students are not included in the definition of clients for any center, though both students and families may be beneficiaries of any CC services. The Department agrees with the commenter on the importance of SEA and TEA coordination to ensure coherence across CC services. We believe this focus is supported both by the requirements in the ETAA for State service plans under 9602(c)(2) and for coordination and collaboration under 9602(f)(2), as well as through the emphasis on coordination throughout the priorities, requirements, and definitions. However, we believe it is aligned with statutory intent to allow the definition of clients to be open to the other types of organizations identified in the ETAA.

*Changes:* None.

*Comments:* One commenter noted concern with the use of the term "evidence" in Program Requirement #1 for all centers, in the context of the requirement for centers to provide evidence that services reflect State-identified needs. The commenter recommended that the Department establish a clear definition of evidence for this element of the requirement, including what qualifies as evidence of State needs, how such evidence must be documented, and how it will be used to assess whether proposed services meet the identified needs.

*Discussion:* The Department appreciates the commenter's feedback. We agree that this requirement could be clarified to better capture the Department's intent for this requirement to convey that centers must be able to demonstrate how their proposed services align to State needs. As such, we have amended the language in this requirement to remove the reference to evidence and provide more clarity regarding the Department's expectations for the requirement.

*Changes:* We have amended Program Requirement 1 for All Centers to remove the reference to providing "evidence" and include additional language clarifying the requirement related to demonstrating how service plans reflect State priorities such as through documentation of State approval of services or alignment to State learning agendas.

*Comments:* One commenter recommended that the Department provide definitions of several terms or concepts included throughout the priorities, requirements, and definitions, including: students with the greatest need; intensive and targeted projects, including the duration and intensity of each; and short, medium, and long-term outcomes, including the timeframes of each.

*Discussion:* We appreciate the commenter's feedback. The Department clarifies that, where the phrase "students with the greatest need" is used in Application Requirement 1 for All Centers, we refer in the requirement to Section 9602(e) of the ETAA, which discusses the scope of work for centers and how such work should be prioritized according to need. This also aligns with the reference to "students with the greatest need" incorporated into the definition of "high-leverage problems" established in the 2024 NFP and incorporated into the priorities, requirements, and definitions. This definition provides specific language that such students include students from low-income families and students

attending schools implementing comprehensive support and improvement or targeted or additional targeted support and improvement activities under ESEA section 1111(d). Given these references where the term is used, we do not believe a specific definition of "students with the greatest need" is needed. Additionally, the Department notes that the priorities, requirements, and definitions already incorporate definitions from the 2024 NFP for the following terms: "intensive capacity-building services", "targeted capacity-building services", and "outcomes," which includes definitions of short-term, medium-term, and long-term outcomes, including time frames for each type of outcome. We believe these existing definitions provide sufficient guidance as to the Department's understanding of these terms and do not believe additions or edits are needed. The full definitions of these terms can be reviewed in Appendix I.

*Changes:* None.

## Final Priorities

The Department establishes the following priorities for use in this program. We may use one or more of these priorities in any year in which this program is in effect.

### Priority 1: National Center

Projects that propose to establish and operate a National Center to coordinate client-driven technical assistance to address SEA, REA, TEA, and LEA priorities related to evidence use and implementation of evidence-based practices to improve student outcomes. The National Center will serve as a lead coordinator across the CC program to promote alignment and coherence of CCNetwork services, reduce burdens and barriers to service for States and beneficiaries, support coordination, dissemination, knowledge sharing, and connection across Centers where multi-provider engagement is needed, and facilitate efficient use of program resources. The Center must conduct and share annual analyses of high-leverage problems identified by States; develop tools and resources that support delivery of high-quality, high-impact, differentiated technical assistance and capacity-building services across the CCNetwork, including common tools and resources to align capacity assessment, tracking, and reporting, support for State Learning Agendas, and quality assurance processes.

The Center must also procure expertise to provide high-quality, high-impact technical assistance to address

common multi-State needs through targeted and universal capacity-building services through avenues such as State-to-State learning communities, in coordination with Regional and Content Centers; RELs; and other Department technical assistance providers, as applicable, to promote State engagement and avoid duplication.

Services must be designed to improve educational opportunities, educator practice, and student outcomes as described in section 9602(f) of the ETAA. Services shall address evidence-based national needs not already addressed by other federal investments, in consultation with the Center's Advisory Board, including: priorities identified through the analysis of high-leverage problems across the entire CCNetwork; priorities publicly established by clients and potential clients, such as those identified in State Learning Agendas; common high-leverage problems identified in Regional Center service plans; findings from finalized Department monitoring reports or audit findings; implementation challenges faced by States and LEAs related to teaching, learning, and development; needs of schools designated for improvement; needs to improve core academic instruction; needs to address unique educational obstacles faced by rural and tribal students; and emerging education topics of national importance.

The Center will streamline access to qualified technical assistance providers by serving as a concierge-style support to intake technical assistance requests from SEAs, REAs, TEAs, and LEAs and facilitate access to Department technical assistance services within and beyond the CC program. In this capacity, the Center will design and implement a system to review inquiries and voluntary requests for technical assistance; identify technical assistance providers with relevant expertise, which may include Regional Centers and Content Centers within the CCNetwork, other Department technical assistance providers, and providers from a maintained registry cadre of qualified national subject matter experts to meet client needs; and coordinate support as needed for clients to access services from identified TA providers.

*Priority 2: Regional Centers*

Projects that propose to establish Regional Centers to provide intensive, client-driven technical assistance aligned to State and local priorities and needs related to selecting, implementing, and sustaining evidence-based programs, practices, and interventions in support of improved educator practice and student outcomes, especially in math and literacy.

Regional Centers must effectively work with the National Center, the REL in their region, federal technical assistance providers and Content Centers, as relevant and needed, to assist clients, reduce burdens and barriers to service for States and other clients, and avoid duplicative efforts and interventions. Regional Centers must develop cost-effective strategies to make their services available to as many SEAs, REAs, TEAs, LEAs, and schools within the region in need of support as possible. Services must be designed to improve educational opportunities, educator practice, and student outcomes as described in section 9602(f) of the ETAA.

In compliance with the requirements of Section 9602(a)(2) of the ETAA, the Department intends to establish through this priority a minimum of 10 Regional Centers that will each serve a subset of States, with at least one Regional Center per REL region. For FY 2026 or any year in which this priority is used, the Department will publish the list of Regional Centers to be established in an application notice and instructions. To determine the configuration of Regional Centers for any given competition, the Department will consider the factors outlined in the ETAA, including the school-age population, proportion of economically disadvantaged students, the increased cost burdens of service delivery in areas of sparse population, and the number of schools implementing comprehensive support and improvement activities and targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965 in the population served by the local entity or consortium of such entities.

*Priority 3: Content Centers*

Projects that propose to establish and implement a Content Center to provide technical assistance on a specific topic of national or regional importance reflected across State and local needs and priorities. Content Centers must provide high-quality, useful, and relevant client-driven, targeted and universal capacity-building services to SEA, REA, TEA, LEA, and, for the National Comprehensive Center on Improving Literacy for Students with Disabilities, (NCIL), family clients designed to build State and local capacity and improve educational opportunities, educator practice, and student outcomes (as described in section 9602(f) of the ETAA) related to their specified topic area. Content Centers must support Regional Centers,

as needed, with subject matter expertise to enhance the intensive capacity-building services provided by the Regional Centers or to design universal or targeted capacity-building services to meet identified client needs.

The project must be aligned to one of the following focus areas:

*Focus Area 1: Field-Initiated:* To meet this focus area, an applicant must propose to establish and operate a Content Center to provide technical assistance to CC clients on an education topic of significant national or regional need, as identified by States and other CC clients. Proposals for Field-Initiated Centers must clearly identify the topic to be addressed and utilize applicable regional, State, and local educational data and needs analyses to provide evidence to demonstrate the national need for the proposed Center. Field-initiated topics must be aligned to authorized purposes described in section 9602(f) of the ETAA and may include, but are not limited to, proposals that focus on specific educational needs, such as improving math and literacy achievement, college and career readiness, closing achievement gaps, or encouraging and sustaining school improvement. Applicants must propose priority topics based on national or cross-regional needs expressed in State Learning Agendas or another similar identification of needs and priorities set forth by SEAs, REAs, TEAs or LEAs from more than one region.

Field-Initiated Centers must provide high-quality, useful, and relevant targeted and universal capacity-building services in the designated content area of expertise to SEA, REA, TEA, and LEA clients. Services must be designed to improve educational opportunities, educator practice, and student outcomes as described in section 9602(f) of the ETAA. Content Centers must identify, synthesize, and disseminate evidence-based practices to build the capacity of practitioners, education system leaders, schools, LEAs, and SEAs to use evidence in the designated content area.

*Focus Area 2: Emerging Need Centers:* To meet this focus area, an applicant must propose to establish and operate a Content Center to provide technical assistance to CC clients on an education topic of significant national or regional need. For FY 2026 or any year in which this priority is used, the Department will identify specific topics of emerging national or regional need for the Center; topics will be aligned to the Secretary's Supplemental Priorities, areas of need identified in the Regional Advisory Committee reports, the technical assistance topics identified in the

ETAA, or other critical aspects of need related to quality implementation of programs under the ESEA. Applicants will be required to address the identified topic areas in order to be considered for funding under this focus area.

Proposals for Emerging Need Centers must clearly demonstrate how the Center will address the established topic, provide data and evidence to illustrate the technical assistance needs of CC clients related to the topic and propose an approach to capacity-building services that meet these technical assistance needs in the established topic area.

Emerging Need Centers must provide high-quality, useful, and relevant targeted and universal capacity-building services in the designated content area of expertise to SEA, REA, TEA, and LEA clients. Services must be designed to improve educational opportunities, educator practice, and student outcomes as described in section 9602(f) of the ETAA. Content Centers must identify, synthesize, and disseminate evidence-based practices to build the capacity of practitioners, education system leaders, schools, LEAs, and SEAs to use evidence in the designated content area.

*Focus Area 3: National Comprehensive Center on Improving Literacy for Students with Disabilities (ALN 84.283D):* To meet this priority, an applicant under this focus area must propose to establish and operate a National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL) focused on children in early childhood education programs through high school at risk of not attaining full literacy skills due to a disability, including dyslexia impacting reading or writing, or developmental delay impacting reading, writing, language processing, comprehension, or executive functioning.

The Center must:

(a) Identify or develop free or low-cost evidence-based literacy assessment tools for identifying students at risk of not attaining full literacy skills due to a disability,

(b) Identify evidence-based literacy instruction, strategies, and accommodations, including assistive technology, designed to meet the specific needs of such students;

(c) Provide families of such students with information to assist such students;

(d) Identify or develop evidence-based professional development for teachers, paraprofessionals, principals, other school leaders, and specialized instructional support personnel to: understand early indicators of students at risk of not attaining full literacy skills

due to a disability, including dyslexia impacting reading or writing, or developmental delay impacting reading, writing, language processing, comprehension, or executive functioning; use evidence-based screening assessments for early identification of such students beginning not later than kindergarten; and implement evidence-based instruction designed to meet the specific needs of such students; and

(e) disseminate the products of the Comprehensive Center to regionally diverse SEAs, LEAs, REAs, and schools, including, as appropriate, through partnerships with other CCs established under section 9602 of this title, and RELs established under section 9564 of this title.

*Types of Priorities*

When inviting applications for a competition using one or more priorities, we designate the type of each priority as absolute, competitive preference, or invitational through an application notice and instructions document. The effect of each type of priority follows:

*Absolute priority:* Under an absolute priority, we consider only applications that meet the priority (34 CFR 75.105(c)(3)).

*Competitive preference priority:* Under a competitive preference priority, we give competitive preference to an application by (1) awarding additional points, depending on the extent to which the application meets the priority (34 CFR 75.105(c)(2)(i)); or (2) selecting an application that meets the priority over an application of comparable merit that does not meet the priority (34 CFR 75.105(c)(2)(ii)).

*Invitational priority:* Under an invitational priority, we are particularly interested in applications that meet the priority. However, we do not give an application that meets the priority a preference over other applications (34 CFR 75.105(c)(1)).

**Final Requirements**

The Department establishes the following application and program requirements for this program. We may apply one or more of these requirements in any year in which the program is in effect.

*Program Requirements*

*Program Requirements for All Centers:* National, Regional, and Content Center grantees under this program must:

(1) Create client driven service plans annually for carrying out the technical assistance and capacity-building

services to be delivered by the Center in response to identified educational challenges facing students, practitioners, and education system leaders. In developing the annual service plan, the Center must demonstrate that services reflect State-identified needs and leadership priorities for assistance, such as through documentation of State approval of services and alignment to State Learning Agendas. Plans must include: High-leverage problems to be addressed, including identified client needs, capacity-building services to be delivered,[2] time-based outcomes (*i.e.,* short-term, mid-term, long-term), responsible personnel, key technical assistance partners, milestones, outputs, dissemination plans, fidelity measures, if appropriate, and any other elements specified by the Department. Additionally, plans must demonstrate how services will prioritize support for students and communities with the highest needs, as described in section 9602(e) of the ETAA.[3]

(2) Design and implement streamlined client-driven capacity-building services in partnership with State and local beneficiaries to reflect and address specific client needs and desired outcomes.

(3) Demonstrate to the Department that it has engaged clients in defining proposed service projects and that it has secured client and partner commitments to carry out proposed annual service plans.

(4) Develop and implement an effective performance management and evaluation system that integrates continuous improvement to promote effective achievement of client outcomes. The system must include methods to measure and monitor progress towards agreed upon outcomes, outputs, and milestones and to measure the reach, use, and impact of the services being delivered to ensure capacity-building services are implemented as intended, reaching

---

[2] Services may include universal, targeted, and intensive capacity-building services in any of the four dimensions of capacity building services as defined by this program: human capacity, organizational capacity, policy capacity, and resource capacity.

[3] Section 9602(e) of the ETAA requires each CC to prioritize school serving high percentages or number of students from low-income families, including such schools in rural and urban areas and those receiving assistance under Title I of the ESEA; LEAs with high percentages or numbers of school-age children from low-income families, including such LEAs in rural and urban areas; and schools implementing comprehensive support and improvement activities or targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965 [20 U.S.C. 6311(d)].

intended clients and recipients, and achieving desired results. Progress monitoring must include periodic assessment of client satisfaction and timely identification of changes in State contexts that may impact the project's success. The performance management system must include strategies to report on defined program performance measures.

(5) Participate in a national evaluation of the CC Program.

*Program Requirements for National Comprehensive Center:* In addition to the requirements for all Centers, National Center grantees under this program must:

(1) Include in its service plan specifically in the first year, and additionally in subsequent years, projects to develop the tools, resources, services, and processes it will implement to adequately support collaboration, coordination, continuous improvement, dissemination and knowledge sharing across the CCNetwork, including common tools and resources to align capacity assessment, tracking, and reporting to deliver services that effectively build client capacity for evidence use and implementation of evidence-based practices to improve student outcomes.

(2) Coordinate and refine processes, tools, and resources to support Regional Centers and RELs to work with individual States to develop or refine, as appropriate, and implement a multi-year State Learning Agenda to identify needs and set priorities for evidence building and educational program implementation and that will serve as a key input in annual service plans and capacity-building services.

(3) Design and implement a coordinated process to identify emerging high-leverage problems that could be effectively addressed through client driven annual service plans. Conduct and publish an annual synthesis of common high-priority needs across States and consult with and integrate ongoing feedback from its Advisory Board, the Department, Regional Centers, and Content Centers to inform targeted and universal support needs from the National Center, Content Centers, or other Centers, as needed, and enable cross-regional peer learning on shared challenges.

(4) Design effective services to meet demonstrated collective needs with tangible, achievable capacity-building outcomes resulting from beneficiary participation. Provide opportunities for beneficiaries, including States, to learn from their peers and subject matter experts through targeted and universal capacity-building services. Universal

services must be produced in a manner that beneficiaries are most likely to use, be shared via multiple digital platforms, such as the CCNetwork website, social media, and other channels as appropriate, and be relevant for a variety of education stakeholders, including the general public.

(5) Solicit, vet, and provide access to an expansive and comprehensive cadre of national subject matter experts available to support CC services, that includes qualified education practitioners, researchers, policy professionals, and other implementation consultants with (i) direct experience and demonstrated impact working in or with SEAs, REAs, TEAs and LEAs to improve student outcomes and (ii) in-depth expertise in specific subject areas available to support universal, targeted and intensive services in a variety of content areas as reflected by State and local priorities and other emerging needs to be made available to support State needs for any National, Regional Center, REL or Content Center projects. Make the cadre available through a registry containing sufficient and transparent information that clients may request in determining the most appropriate providers to meet their needs, including client reviews of past performance, demonstrated products and outcomes of services provided, and transparent service pricing. The cadre should reflect client input and be continually expanded to include new providers, as needed, to meet client needs.

(6) Design and implement a concierge-style service to intake and assess inquiries and voluntary technical assistance requests from CC clients, including States, identify technical assistance providers with relevant expertise, and direct client requests for technical assistance to their Regional Center, REL, and other Department technical assistance providers to streamline awareness and access to technical assistance while maintaining client autonomy in selecting the technical assistance services, provider(s), and supports received. This service must encompass systems to review incoming inquiries and requests for technical assistance from CC clients; to identify appropriate resources and technical assistance providers, which may include Regional Centers and Content Centers within the CCNetwork, other Department technical assistance providers, and national subject matter experts as needed to meet client needs; and to coordinate support for clients to access services from identified TA providers. This service must encompass Department technical assistance

investments within and beyond the CCNetwork.

(7) Design, operate and maintain communications and dissemination vehicles for the CCNetwork, including maintaining the CCNetwork website with an easy-to-navigate design that meets government or industry recognized standards for accessibility, including compliance with section 504 of the Rehabilitation Act of 1973, and maintain a consistent media presence, in collaboration with Regional and Content Centers and the Department, utilizing effective media and dissemination strategies that promote increased access and engagement with CCNetwork resources.

(8) Create peer learning opportunities for CCNetwork staff (and other partners, as appropriate) to address implementation challenges and scale effective best practices to improve service delivery across the CCNetwork.

(9) Ensure that the Project Director can manage all aspects of the Center and is either staffed at 1 FTE or the Project Director and Co-Director or Deputies are staffed at a minimum of 1.5 FTE collectively. Dedicate sufficient resources within the Center's annual budget to meet all aspects of the priority and program requirements, including sufficient capacity for coordination responsibilities and direct services, as needed.

*Program Requirements for Regional Centers:* In addition to the requirements for all Centers, Regional Center grantees under this program must:

(1) Actively coordinate and collaborate with the REL serving their region to implement technical assistance in response to needs and priorities of shared clients. Coordination must include annual joint planning and establishment of a joint advisory board that meets the requirements under the ETAA Sec 203(g) (20 U.S.C. 9602). The joint advisory board must be designed to inform and improve service delivery across both programs while reducing burden on State agencies.

(2) Partner with the REL serving their region, with support from the National Center, as needed, to work with each State in the region to develop or refine, as appropriate, and implement a multi-year State Learning Agenda to identify needs and set priorities for evidence building and educational program implementation. The Center must develop the annual service plan from the priorities established by States in their Learning Agendas, as well as other relevant feedback from stakeholders, including Chief State School Officers and other SEA leaders, TEAs, LEAs, educators, students, and parents, to

reflect the most pressing needs of all States (and to the extent practicable, of LEAs) within the region to be served.

(3) Partner with clients to identify and select the subject matter expertise needed to provide effective capacity building services for all annual service plan projects, including utilizing the National Center cadre of subject matter experts, to evaluate options and procure expertise from a broad range of sources.

(4) Establish and provide the Department copies of partnership agreements with the REL(s) in the region that the Center serves, the National Center, and as appropriate, other Department-funded technical assistance providers. Partnership agreements must define processes to meet relevant program requirements.

(5) Be located in the region served. The Project Director must be capable of managing all aspects of the Center and be either at a minimum of 0.75 FTE or there must be two Co-Project Directors at a minimum of 1.0 FTE collectively.

*Program Requirements for Content Centers:* In addition to the requirements for all Centers, grantees under this program must:

(1) Consult and integrate feedback from States, CC clients (including, for the NCIL, families), the Department, National and Regional Centers, and other stakeholders and Department technical assistance Centers, as relevant to the Center's content area in developing the annual service plan to inform high-quality tools, resources, and overall technical assistance in priority areas.

(2) Partner with the National Center and Regional Centers as needed to directly support their States in the development and implementation of State Learning Agendas; to address requests for assistance from States within the regions; and to strengthen Regional Center staff knowledge and expertise on the evidence base and effective practices as appropriate based on the Content Center's specific focus area.

(3) Establish and provide copies to the Department of partnership agreements with the National Center, Regional Centers, as needed, and Department-funded technical assistance providers with expertise relevant to the Center's area. Partnership agreements must define processes to meet relevant CC program requirements.

(4) The Project Director must be capable of managing all aspects of the Center and be either at a minimum of 0.5 FTE or there must be two Co-Project Directors at a minimum of 0.75 FTE collectively.

*Application Requirements*

Application Requirements for All Centers

(1) Describe its proposed approach to capacity-building services. This must include a logic model, as well as a description of the evidence base and strategies that support its approach to capacity building services; evidence of the applicant's ability to provide effective capacity building services, such as relevant expertise and demonstrated results from similar projects and demonstrated expertise of key personnel; the impact the Center plans to achieve and how they will measure that impact; and the proposed approach to providing capacity-building services to students with the greatest need as described in Sec. 9602(e) of the ETAA, to address the needs of all SEAs, REAs, TEAs, LEAs, and, as appropriate, schools served.

(2) Describe the proposed process to identify, in partnership with CC clients, the most urgent educational challenges to be addressed, including how the Center will ensure that the challenges to be addressed are supported by data and evidence and reflected by State and local needs and priorities.

(3) Describe the proposed approach to measure and monitor client progress or success in overcoming the challenges to be addressed, including how the Center will use data and evidence to demonstrate outcomes of universal, targeted, and intensive capacity building services, as applicable.

(4) Demonstrate expertise in providing highly relevant and highly effective technical assistance, including by demonstrating expertise in the current research on adult learning principles, coaching, and implementation science.

(5) Include in the budget narrative explanation of and estimated costs for intensive, targeted, and universal capacity-building services. Describe how the Center will promote cost-effectiveness of services, including ensuring that the estimated costs are aligned to market expectations for similar services.

(6) Describe the proposed leadership structure for the Center and how the organizational leadership will effectively manage the project according to the needs of the program, including how the leadership structure provides organizational capacity to assess, manage, and strategically utilize program resources.

(7) Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs that are consistent with the proposed project's intended outcomes.

*Application Requirements for the National Center:* In addition to meeting the application requirements for all Centers, a National Center applicant must:

(1) Propose an approach to leading coordination and collaboration of the entire CCNetwork, including how the Center will fulfill the requirements to serve as a concierge-level point of entry to Department technical assistance for States and other CC clients; to develop and administer access to a national cadre of subject matter experts with a broad range of expertise, demonstrated impact, and proven satisfaction serving CC clients; to coordinate and refine processes, tools, and resources to support Regional Centers and RELs to develop or refine and implement multi-year State Learning Agendas; and to identify emerging high-leverage problems that could be effectively addressed through client driven annual service plans.

(2) Demonstrate a high-level of expertise in leading communication and digital engagement strategies to attract and sustain the involvement of a wide range of education stakeholders. Provide an approach to creating a robust web and social media presence, overseeing customer relations management, providing editorial support to Regional and Content Centers, and utilizing web analytics and other tools to improve content engagement.

(3) Propose an approach to procuring expertise to provide targeted and universal capacity-building services to support beneficiaries in addressing common high-leverage problems, including how the applicant intends to collaborate with Regional Centers to identify potential beneficiaries, and to maximize how many SEAs, REAs, TEAs, and LEAs it has the capacity to reach with available services.

*Application Requirements for Regional Centers:* In addition to meeting the application requirements for all Centers, a Regional Center applicant must—

(1) Propose an approach to intensive capacity-building services, including identification of intended beneficiaries based on available data for specific regions, and details on how the Center will ensure proposed capacity-building services are driven by client needs and co-developed with client input.

*Application Requirements for Content Centers:* In addition to meeting the application requirements for all Centers, a Content Center applicant must—

(1) Propose an approach to carry out capacity-building services that address

client needs and priorities (to include those of families, for applicants to NCIL) that amplify the use of evidence-based practices, products or tools amongst practitioners, education system leaders, elementary schools and secondary schools, LEAs, REAs and TEAs, and SEAs.

(2) Propose an approach to providing universal capacity-building services, including how the Center will develop and widely disseminate evidence-based products or tools; outreach to practitioners, education system leaders, and policymakers in formats that are high quality, easily accessible, and understandable; identify intended beneficiaries; and ensure that proposed capacity-building services are driven by client needs and co-developed with client input.

(3) Describe the educational challenges to be addressed by the project, including how the challenges to be addressed are aligned to Section 9602(f)(1) of the ETAA and supported by data and evidence and reflected by cross-regional State and local needs and priorities. The description must utilize applicable national, regional, State, and local educational data to demonstrate the identified needs that could be addressed through the proposed capacity-building approach to implement and scale up evidence-based programs, practices, and interventions.

**Final Definitions**

The Department establishes the following definition of "beneficiary" for use in this program in any year in which this program is in effect. We may apply this definition in any year in which this program is in effect.

We also use in the final priorities and requirements the following terms, which are defined in the ESEA: "evidence-based" and "tribal educational agency" and the term "logic model", which is defined in CFR 77.1. The final priorities, requirements, and definitions also incorporate definitions from a 2019 Notice of Final Priorities, Requirements, Definition, and Performance Measures (2019 NFP) published in the **Federal Register** on April 4, 2019 (84 FR 13122) and a 2024 Notice of Final Priorities, Requirements, Definitions, and Selection Criteria (2024 NFP) published in the **Federal Register** on May 13, 2024 (89 FR 41498). The terms from the 2019 NFP are: "milestone" and "outputs." The terms from the 2024 NFP are: "capacity-building services," "client," "collaboration", "coordination", "educator", "four dimensions of capacity-building services," "high-leverage problems," "intensive capacity-

building services", "key personnel", "outcomes", "regional educational agency", "targeted capacity-building services," and "universal capacity-building services." We have included the definitions of those terms in Appendix I to this document.

*Beneficiary* means organizations including, but not limited to, SEAs, LEAs, REAs, TEAs, and schools that have received "intensive" and "targeted" capacity-building services and products from Regional Centers, or that received "targeted" or "universal" capacity-building services and products from the National Center or Content Centers.

*Evidence-based* has the meaning ascribed in section 7801(21) of the ESEA.

*Logic model* has the meaning ascribed in 34 CFR 77.1(c).

*Tribal educational agency* has the meaning ascribed in section 6132(b)(3) of the ESEA.

*Note:* This document does not solicit applications.

In any year in which we choose to use any of the final priorities, requirements, and definitions, we invite applications through an ANI.

*Executive Orders 12866, 13563, and 14192*

*Regulatory Impact Analysis:* This regulatory action is not a significant regulatory action subject to review by the Office of Management and Budget under section 3(f) of Executive Order 12866. Since this regulatory action is not a significant regulatory action under section 3(f) of Executive Order 12866, it is not considered an "Executive Order 14192 regulatory action." We have also reviewed this regulatory action under Executive Order 13563. We are issuing the priorities, requirements, and definitions only on a reasoned determination that their benefits would justify their costs. The Department believes that this regulatory action is consistent with the principles in Executive Order 13563. We also have determined that this regulatory action would not unduly interfere with State, local, and Tribal governments in the exercise of their governmental functions. In accordance with these Executive Orders, the Department has assessed the potential costs and benefits, both quantitative and qualitative, of this regulatory action. The potential costs are limited to those resulting from statutory requirements; those we have determined are necessary for administering the Department's programs and activities; or those routinely associated with the adoption of new program priorities, including the

potential early end of the prior cohort project activities in favor of re-competition under the new priorities.

*Discussion of Costs and Benefits:* The Department believes that these priorities, requirements, and definitions would not impose significant costs on eligible entities, whose participation in this program is voluntary, and whose costs can generally be covered with grant funds. As addressed in part above, in response to certain comments regarding the potential cessation of previously-funded CC project activities, the Department recognizes that this rulemaking may result in some economic impact to current CC grantees or future CC applicants. For example, the Department anticipates that grantees within the 2024 cohort will incur some costs if the Department makes a determination to end their projects in FY2026. However, the Department believes any reliance interests at issue in continued implementation of the 2024 cohort project activities to not be significant for four reasons: first, grantee funding in a multi-year project is never guaranteed for a subsequent budget period, and eligibility for non-competitive continuation funding is always contingent upon a number of prospective factors, including grantee performance, the availability of funding, the grantee continuing to meet all eligibility requirements, and changing administration priorities . Second, if it is decided to end projects early, as part of their orderly closeout, 2024 cohort grantees would be able to charge reasonable and necessary closeout costs to their respective grants under their current budget year, thereby further limiting economic impact to previously-obligated federal funds. Third, the benefits of aligning the CC and REL programs, and the fact that resource sharing and reduced burden to States from stronger coordination and alignment will be created with the REL cohort scheduled to begin at approximately same time as a new CC cohort, outweigh these costs. Finally, the Department anticipates that the potential costs articulated for the 2024 cohort above will be minimal for program beneficiaries, as the Department will be able to facilitate in any transfer of services that could arise if there is a change in providers resulting from a new competition, consistent with the procedures the Department employed when winding down and transferring work from prior CC grantees in 2019 and 2024. Overall, the priorities, requirements, and definitions would not impose any particular burden, except when an

ED02481

entity voluntarily elects to apply for a grant. The priorities, requirements, and definitions would help ensure that the grant program selects high-quality applicants to implement activities that meet the goals of the program. For the reasons described above, we believe these benefits would outweigh any associated costs.

*Intergovernmental Review:* This action is subject to Executive Order 12372 and the regulations in 34 CFR part 79. This document provides early notification of our specific plans and actions for this program.

*Regulatory Flexibility Act Certification:* This section considers the effects that the final regulations may have on small entities in the educational sector as required by the Regulatory Flexibility Act, 5 U.S.C. 601 *et seq.* The Secretary certifies that this regulatory action would not have a significant economic impact on a substantial number of small entities. The U.S. Small Business Administration Size Standards define proprietary institutions as small businesses if they are independently owned and operated, are not dominant in their field of operation, and have total annual revenue below $7,000,000. Nonprofit institutions are defined as small entities if they are independently owned and operated and not dominant in their field of operation. Public institutions are defined as small organizations if they are operated by a government overseeing a population below 50,000. Participation in this program is voluntary. For this reason, the final priorities, requirements, and definitions would impose no burden on small entities unless they applied for funding under the program. We expect that in determining whether to apply for any project under the CC program, an eligible applicant would evaluate the requirements of preparing an application and any associated costs and weigh them against the benefits likely to be achieved by receiving a CC grant. Eligible applicants most likely would apply only if they determine that the likely benefits exceed the costs of preparing an application. The likely benefits include the potential receipt of a grant as well as other benefits that may accrue to an entity through its development of an application.

*Paperwork Reduction Act:* The final priorities, requirements, and definitions contain information collection requirements that are approved by OMB under the Generic Application Package for Departmental Generic Grant Programs (OMB control number 1894–0006). The priorities, requirements, and definitions do not affect the currently approved data collection.

*Accessible Format:* On request to the program contact person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, braille, large print, audiotape, compact disc, or another accessible format.

**Kirsten Baesler,**

*Assistant Secretary for Elementary and Secondary Education.*

### Appendix I

The priorities, requirements, and definitions incorporate the following terms established for use in this program by the 2019 and 2024 NFPs:

*Capacity-building services* means assistance that strengthens an individual's or organization's ability to engage in continuous improvement and achieve expected outcomes. (2024 NFP)

*Client* means the organization with which the Center enters into agreement for negotiated capacity-building services. The client is engaged in defining the high-leverage problems, capacity-building services, and time-based outcomes for each project noted in the Center's annual service plan. Representatives of clients include but are not limited to Chief State School Officers or their designees, LEA leaders, and other system leaders. (2024 NFP)

*Collaboration* means exchanging information, altering activities, and sharing in the creation of ideas and resources to enhance the capacity of one another for mutual benefit to accomplish a common goal. (2024 NFP)

*Coordination* means exchanging information, altering activities, and synchronizing efforts to make unique contributions to shared goals. (2024 NFP)

*Educator* means an individual who is a teacher (including an early education teacher), principal or other school leader, administrator, specialized instructional support personnel (*e.g.,* school psychologist, counselor, school social worker, librarian, early intervention service personnel), paraprofessional, faculty, and others. (2024 NFP)

*Four dimensions of capacity-building services* are:

(1) *Human capacity* means development or improvement of individual knowledge, skills, technical expertise, and ability to adapt and be resilient to policy and leadership changes.

(2) *Organizational capacity* means structures that support clear communication and a shared understanding of an organization's visions and goals and delineated individual roles and responsibilities in functional areas.

(3) *Policy capacity* means structures that support alignment, differentiation, or enactment of local, State, and Federal policies and initiatives.

(4) *Resource capacity* means tangible materials and assets that support alignment

and use of Federal, State, private, and local funds. (2024 NFP)

*High-leverage problems* means problems that (1) if addressed could result in substantial improvements for groups of students with the greatest need, including for students from low-income families and for students attending schools implementing comprehensive support and improvement or targeted or additional targeted support and improvement activities under ESEA section 1111(d)); (2) are priorities for education policymakers, particularly at the State level; and (3) require intensive capacity-building services to achieve outcomes that address the problem. (2024 NFP)

*Intensive capacity-building services* means assistance often provided on-site and requiring a stable, ongoing relationship between the Comprehensive Center and its clients and recipients, as well as periodic reflection, continuous feedback, and use of evidence-based improvement strategies. This category of capacity-building services should support increased recipient capacity in more than one dimension of capacity-building services and result in medium-term and long-term outcomes at one or more system levels. (2024 NFP)

*Key personnel* means any personnel considered to be essential to the work being performed on the project. (2024 NFP)

*Milestone* means an activity that must be completed. Examples include: Identifying key district administrators responsible for professional development, sharing key observations from needs assessment with district administrators and identified stakeholders, preparing a logic model, planning for State-wide professional development, identifying subject matter experts, and conducting train-the-trainer sessions. (2019 NFP)

*Outcomes* means demonstrable effects of receiving capacity-building services and must reflect the result of capacity built in at least one of the four dimensions of capacity building. ''Outcomes'' includes short-term outcomes, medium-term outcomes, and long-term outcomes:

(1) *Short-term outcomes* means effects of receiving capacity-building services after 1 year.

(2) *Medium-term outcomes* means effects of receiving capacity-building services after 2 to 3 years.

(3) *Long-term outcomes* means effects of receiving capacity-building services after 4 or more years. (2024 NFP)

*Outputs* means products and services that must be completed. Examples include: Needs assessment, logic model, training modules, evaluation plan, and 12 workshop presentations. (2024 NFP)

*Note:* A product output under this program would be considered a deliverable under the open licensing regulations at 2 CFR 3474.20.

*Regional educational agency* means educational agencies that serve regional areas within a State. (2024 NFP)

*Targeted capacity-building services* means assistance based on needs common to multiple clients and recipients and not extensively individualized. A relationship is established between the recipient(s), the National Center or Content Center, and

**Federal Register** / Vol. 91, No. 89 / Friday, May 8, 2026 / Notices    **25473**

Regional Center(s), as appropriate. This category of capacity-building services includes one-time, labor-intensive events, such as facilitating strategic planning or hosting national or regional conferences. It can also include services that extend over a period of time, such as facilitating a series of conference calls, virtual or in-person meetings, or learning communities on single or multiple topics that are designed around the needs of the recipients. Facilitating communities of practice can also be considered targeted capacity-building services. (2024 NFP)

*Universal capacity-building services* means assistance and information provided to independent users through their own initiative, involving minimal interaction with National or Content Center staff. This category of capacity-building services includes information or products, such as newsletters, guidebooks, policy briefs, or research syntheses, downloaded from the Center's website by independent users, and may include one-time, invited or offered webinar or conference presentations by National or Content Center staff. Brief communications or consultations by National or Content Center staff with recipients, either by telephone or email, are also considered universal services. (2024 NFP)

[FR Doc. 2026–09203 Filed 5–7–26; 8:45 am]

**BILLING CODE 4000–01–P**

ED02483



U.S. Department of Education

# Comprehensive Centers Program: Content Centers
## Assistance Listing Number: 84.283B
### FY 2026 Grant Competition
Posted May 8, 2026

## Contents

**Comprehensive Centers Program: Content Centers** ....................................................1

Program Information ........................................................................................2

Award Details ...............................................................................................3

Eligibility...................................................................................................3

    Eligible Applicants ....................................................................................3

    Costs....................................................................................................3

Submission Requirements and Deadlines........................................................................4

Program Description .........................................................................................4

    Priorities Overview....................................................................................4

    Priorities: Emerging Needs Content Centers ............................................................5

    Priorities: Field-Initiated Content Centers............................................................7

    Selection Criteria....................................................................................10

    Performance Measures .................................................................................12

Requirements ...............................................................................................13

    Program Requirements .................................................................................13

    Application Requirements..............................................................................15

Application Submission Information..........................................................................16

Application Review Information..............................................................................19

Definitions................................................................................................20

Award Requirements.........................................................................................25

Application Checklist ......................................................................................27

# Program Information

The purpose of the Comprehensive Centers (CC) program is to provide capacity-building services to state educational agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), and schools that improve educational opportunities and student outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for groups of students with the greatest need.

On May 8, 2026, the Department published a Notice of Final Priorities, Requirements, and Definitions (NFP) (91 FR 25452) establishing a redesigned CC program that aims to better support SEAs, LEAs, REAs, TEAs, and schools and advance the Administration's priorities to return education to the States and promote meaningful learning opportunities to improve academic outcomes for all students.

Through this notice, the Department intends to fund three Content Centers, including Content Centers based on field-initiated priorities, and a Content Center focused on Emerging Needs. The Department may choose to make awards in this or subsequent fiscal years.

*Assistance Listing Number*: 84.283B.

*Program Authority*: 20 U.S.C. 9601 *et seq*.

*OMB Control Number:* 1894–0006[1].

*For Further Information:* Dr. Michelle Daley. Telephone: (202) 987-1057. Email: *OESE.ComprehensiveCenters@ed.gov*.

*Type of Award*: Cooperative Agreements.

*Estimated Available Funds*: $3,450,000.

*Maximum Annual Award:* See Award Details section below.

*Estimated Range of Awards:* See Award Details section below.

*Estimated Number of Awards:* 3-4.

*Project Period:* Up to 60 months.

*Application Deadline:* June 30, 2026

*Note:* This application notice and instructions is the official document governing the grant competition.  ED is not bound by any estimates in this notice.

---

[1] According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 80 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit and voluntary. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0006. *Note:* Please do not return completed applications to this address.

ED02485

# Award Details

The Department anticipates making at least 3 awards to Content Centers as specified below.   The Department will not make an award exceeding the maximum amounts specified below for a single budget period of 12 months.

| Content Center Priority | Estimated Number of Awards | Estimated Range of Awards | Maximum Annual Award |
|---|---|---|---|
| Field-Initiated Content Centers | At least 2 | $750,000-1,150,000 | $1,150,000 |
| Emerging Needs Content Centers | 1 | $750,000-1,150,000 | $1,150,000 |

# Eligibility

## Eligible Applicants

Research organizations, institutions, agencies, institutions of higher education (IHEs), or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002). A group of eligible entities may apply as a consortium, in accordance with the requirements in 34 CFR 75.127-129.

## Costs

**Cost Sharing**

This competition does not require cost sharing or matching.

**Indirect Cost Rate Information:**

This program uses an unrestricted indirect cost rate.  For more information regarding indirect costs, or to obtain a negotiated indirect cost rate, please see this webpage.

**Administrative Cost Limitation**

This program does not include any program-specific limitation on administrative expenses. All administrative expenses must be reasonable and necessary and conform to Cost Principles described in 2 CFR part 200 subpart E of the Uniform Guidance.

**Subgrantees**

Under 34 CFR 75.708(b) and (c) a grantee under this competition may award subgrants—to directly carry out project activities described in its application—to the following types of entities: Research organizations, institutions, agencies, IHEs, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice.  The grantee may award subgrants to entities it has identified in an approved application.

# Submission Requirements and Deadlines

| Applications Available | May 8, 2026 |
| Application Deadline | June 30, 2026 |
| Deadline for Intergovernmental Review | September 8, 2026 |

**Applicants are required to follow the 2025 Common Instructions for Applicants to Department of Education Discretionary Grant Programs**, published in the Federal Register on August 29, 2025 (90 FR 42234) and available at ED 2025 Common Instructions.

*Note:* For new potential grantees unfamiliar with grantmaking at ED, please consult our "Getting Started with Discretionary Grant Applications" webpage.

# Program Description

## Priorities Overview

This notice includes three absolute priorities and four competitive preference priorities. Absolute Priorities 1 and 3 are from the NFP.  Absolute Priority 2 and Competitive Preference Priority 4 are from the Secretary's Supplemental Priority and Definitions on Meaningful Learning Opportunities (Meaningful Learning Opportunities Supplemental Priority), published in the *Federal Register* on February 12, 2026 (91 FR 6625).  Competitive Preference Priorities 1-3 are from the 2025 Supplemental Priorities and Definitions for Discretionary Grants Programs (2025 SSPs), published in the Federal Register on September 9, 2025 (90 FR 43514).

An applicant must identify in the abstract form and the project narrative section of the application any priority that it addresses.

4

ED02487

For FY 2026, and any subsequent year in which we make awards from the list of unfunded applications for this competition, these absolute and competitive preference priorities are as reflected in this document.

Note: The Department is concurrently accepting applications for the National Comprehensive Center, Regional Centers, and for the National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL) under separate competitions and priorities, in addition to applications for Emerging Needs and Field-Initiated Content Centers through this competition.  Please visit Grants.gov for information on those competitions.  If an applicant wishes to apply to operate more than one Comprehensive Center, the applicant must submit a separate application for each Center it wishes to serve.  The Department intends to create multiple separate funding slates: one for awards under the Field-Initiated Content Center priority, one for awards under the Emerging Needs Content Center priority, one for NCIL, one for each Regional Center, and one for the National Center.

## Priorities: Emerging Needs Content Centers

*Absolute Priorities:* Under 34 CFR 75.105(c)(3), we consider only applications that meet the absolute priorities. Absolute Priority 1 establishes an Emerging Needs Content Center. Absolute Priority 2 (Meaningful Learning Opportunities: Strategic Staffing) establishes the focus area of this Emerging Needs Content Center.  Applicants must respond to both Absolute Priority 1 and Absolute Priority 2.

*Competitive Preference Priority:* Applicants applying to establish Emerging Needs Centers under Absolute Priorities 1 and 2 may also apply under Competitive Preference Priority 1 (Returning Education to the States).  An application may receive a maximum of 10 additional points under Competitive Preference Priority 1.  ED will not review or award points for the competitive preference priority if an applicant fails to clearly identify it as a competitive preference priority that it wishes ED to consider.

**Emerging Needs Centers Priority Summary Table**

| Priority Type | Priority Title | Required | Points | Priority Language |
|---|---|---|---|---|
| Absolute Priority 1 | Content Centers: Emerging Needs Centers | Yes | N/A | See below. |

5

ED02488

| Priority Type | Priority Title | Required | Points | Priority Language |
|---|---|---|---|---|
| Absolute Priority 2 | Meaningful Learning Opportunities (Strategic Staffing) | Yes | N/A | Projects or proposals that are designed to strengthen core instruction through creating and supporting principals and other school leaders in implementing strategic staffing models, instructional leadership roles, or developing models for teacher and paraprofessional advancement that incentivize high-performing educators with opportunities and leverage their time, resources, and talent in innovative ways to better support student learning and achievement. |
| Competitive Preference Priority 1 | Returning Education to the States | No | 0 or 10 points | Projects or proposals that will be carried out by one or more of the following:<br><br>(a) State educational agencies (as defined in 20 U.S.C. 7801(49)),<br><br>(b) Entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal,<br><br>(c) A Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or<br><br>(d) Consortia of the entities identified under this priority. |

**Absolute Priority 1 Language**

*Content Centers: Emerging Needs Centers*

Projects that propose to establish and implement a Content Center to provide technical assistance on a specific topic of national or regional importance reflected across State and local needs and priorities.  Content Centers must provide high-quality, useful, and relevant

6

client-driven, targeted and universal capacity-building services to SEA, REA, TEA, LEA, and, for the NCIL, family clients designed to build State and local capacity and improve educational opportunities, educator practice, and student outcomes (as described in section 203(f) of the Education Technical Assistance Act of 2002 (ETAA)) related to their specified topic area.  Content Centers must support Regional Centers, as needed, with subject matter expertise to enhance the intensive capacity-building services provided by the Regional Centers or to design universal or targeted capacity-building services to meet identified client needs.

The project must be aligned to the following focus area:

*Emerging Need Centers:* To meet this focus area, an applicant must propose to establish and operate a Content Center to provide technical assistance to CC clients on an education topic of significant national or regional need.  For FY 2026 or any year in which this priority is used, the Department will identify specific topics of emerging national or regional need for the Center; topics will be aligned to the Secretary's Supplemental Priorities, areas of need identified in the Regional Advisory Committee reports, the technical assistance topics identified in the ETAA, or other critical aspects of need related to quality implementation of programs under the ESEA.  Applicants will be required to address the identified topic areas in order to be considered for funding under this focus area.

Proposals for Emerging Need Centers must clearly demonstrate how the Center will address the established topic, provide data and evidence to illustrate the technical assistance needs of CC clients related to the topic and propose an approach to capacity-building services that meet these technical assistance needs in the established topic area.

Emerging Need Centers must provide high-quality, useful, and relevant targeted and universal capacity-building services in the designated content area of expertise to SEA, REA, TEA, and LEA clients.  Services must be designed to improve educational opportunities, educator practice, and student outcomes as described in section 203(f) of the ETAA.  Content Centers must identify, synthesize, and disseminate evidence-based practices to build the capacity of practitioners, education system leaders, schools, LEAs, and SEAs to use evidence in the designated content area.

## Priorities: Field-Initiated Content Centers

*Absolute Priorities:* Under 34 CFR 75.105(c)(3), we consider only applications that meet the absolute priority.  Absolute Priority 3 establishes Field-Initiated Content Centers.

ED02490

*Competitive Preference Priorities:* Applicants under Absolute Priority 3 may also apply for competitive preference points under Competitive Preference Priority 2 (Returning Education to the States) and either Competitive Preference Priority 3 (Evidence-Based Literacy) or Competitive Preference Priority 4 (Meaningful Learning Opportunities: Mathematics).  Applicants are not required to address Competitive Preference Priorities.  An application may receive a maximum of 10 additional points under Competitive Preference Priority 2 and a maximum of 5 additional points for either Competitive Preference Priority 3 or Competitive Preference Priority 4.  ED will not review or award points for the competitive preference priority if an applicant fails to clearly identify it as a competitive preference priority that it wishes ED to consider.

Note: The Secretary intends to fund no more than one Field-Initiated Center under either the Promoting Evidence-Based Literacy Competitive Preference Priority, the Meaningful Learning Opportunities (Mathematics) Competitive Preference Priority, or any other field-initiated topic proposed by applicants.  Thus, the Secretary may fund applications out of rank order to ensure distinct focus areas of Field-Initiated Centers.

**Field-Initiated Centers Priority Summary Table**

| Priority Type | Priority Title | Required | Points | Priority Language |
|---|---|---|---|---|
| Absolute Priority 3 | Content Centers: Field-Initiated | Yes | N/A | See below. |
| Competitive Preference Priority 2 | Returning Education to the States | No | 0 or 10 points | Projects or proposals that will be carried out by one or more of the following:<br><br>(a) State educational agencies (as defined in 20 U.S.C. 7801(49)),<br><br>(b) Entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal,<br><br>(c) A Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or<br><br>(d) Consortia of the entities identified under this priority. |

8

ED02491

| Priority Type | Priority Title | Required | Points | Priority Language |
|---|---|---|---|---|
| Competitive Preference Priority 3 | Promoting Evidence-Based Literacy | No | 0 or 5 points | Projects or proposals to do one or more of the following: <br><br> (a) Advance, increase, or expand evidence-based literacy instruction (as defined in this notice), or <br><br> (b) Focus on evidence-based literacy instruction (as defined in this notice). |
| Competitive Preference Priority 4 | Meaningful Learning Opportunities (Mathematics) | No | 0 or 5 points | Projects or proposals that are designed to strengthen core instruction through improving mathematics instruction to promote student achievement through assisting states in developing comprehensive statewide plans to raise mathematics achievement that align with mathematics instruction based on strong, moderate, or promising evidence (as defined in 34 CFR 77.1). |

**Absolute Priority 3 Language**

*Content Centers: Field Initiated*

Projects that propose to establish and implement a Content Center to provide technical assistance on a specific topic of national or regional importance reflected across State and local needs and priorities.  Content Centers must provide high-quality, useful, and relevant client-driven, targeted and universal capacity-building services to SEA, REA, TEA, LEA, and, for the NCIL, family clients designed to build State and local capacity and improve educational opportunities, educator practice, and student outcomes (as described in section 203(f) of the ETAA) related to their specified topic area.  Content Centers must support Regional Centers, as needed, with subject matter expertise to enhance the intensive capacity-building services provided by the Regional Centers or to design universal or targeted capacity-building services to meet identified client needs.

The project must be aligned to the following focus area:

9

ED02492

*Field-Initiated:*  To meet this focus area, an applicant must propose to establish and operate a Content Center to provide technical assistance to CC clients on an education topic of significant national or regional need, as identified by States and other CC clients. Proposals for Field-Initiated Centers must clearly identify the topic to be addressed and utilize applicable regional, State, and local educational data and needs analyses to provide evidence to demonstrate the national need for the proposed Center.  Field-initiated topics must be aligned to authorized purposes described in section 203(f) of the ETAA and may include, but are not limited to, proposals that focus on specific educational needs, such as improving math and literacy achievement, college and career readiness, closing achievement gaps, or encouraging and sustaining school improvement.  Applicants must propose priority topics based on national or cross-regional needs expressed in State Learning Agendas or another similar identification of needs and priorities set forth by SEAs, REAs, TEAs or LEAs from more than one region[2].

Field-Initiated Centers must provide high-quality, useful, and relevant targeted and universal capacity-building services in the designated content area of expertise to SEA, REA, TEA, and LEA clients.  Services must be designed to improve educational opportunities, educator practice, and student outcomes as described in section 203(f) of the ETAA.  Content Centers must identify, synthesize, and disseminate evidence-based practices to build the capacity of practitioners, education system leaders, schools, LEAs, and SEAs to use evidence in the designated content area.

## Selection Criteria

Selection criteria outline how the application will be scored.  The maximum possible total score an application can receive for addressing the criteria is 100 points.  The maximum possible score for addressing each criterion is indicated in parentheses following the criterion.  The selection criteria for this competition are from 34 CFR 75.210.

(a) *Significance (up to 30 points):* The Secretary considers the significance of the proposed project.  In determining the significance of the proposed project, the Secretary considers the following factors:

---

[2] In accordance with ETAA section 203, the Secretary established 10 Regional Advisory Committees (RACs) in 2023 to conduct an education needs assessment and identify each region's most critical educational needs and develop recommendations for technical assistance to meet those needs. Final RAC reports were published in December 2023 on the Department's website at *https://www.ed.gov/grants-and-programs/ regional-advisory-committees*.

ED02493

*(1)* The data presented (including a comparison to local, State, regional, national, or international data) that demonstrates the issue, challenge, or opportunity to be addressed by the proposed project (*up to 15 points).*

(2) The extent to which the proposed project is likely to build local, State, regional, or national capacity to provide, improve, sustain, or expand training or services that address the needs of underserved populations (*up to 15 points)*.

(b) *Quality of the Project Design (up to 40 points):* The Secretary considers the quality of the design of the proposed project.  In determining the quality of the design of the proposed project, the Secretary considers:

(1) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified, measurable, and ambitious yet achievable within the project period, and aligned with the purposes of the grant program (*up to 15 points).*

(2) The adequacy of plans for ensuring the use of quantitative and qualitative data, including meaningful community member and partner input, to inform continuous improvement in the operation of the proposed project (*up to 5 points).*

(3) The extent to which the training or professional development services to be provided by the proposed project are of sufficient quality, intensity, and duration to build recipient and project capacity in ways that lead to improvements in practice among the recipients of those services (*up to 10 points).*

(4) The extent to which the proposed project will include coordination with other Federal investments, as well as appropriate agencies and organizations providing similar services to the target population (*up to 5 points).*

(5) The extent to which the proposed project is supported by the target population that it is intended to serve (*up to 5 points*).

(c) *Quality of the Management Plan (up to 30 points)*: The Secretary considers the quality of the management plan for the proposed project.  In determining the quality of the management plan for the proposed project, the Secretary considers:

(1) The feasibility of the management plan to achieve project objectives and goals on time and within budget, including clearly defined responsibilities, timelines, and milestones for accomplishing project tasks (*up to 10 points).*

11

ED02494

(2) The extent to which the key personnel in the project, when hired, have the qualifications required for the proposed project, including formal training or work experience in fields related to the objectives of the project, and represent or have lived experiences of the target population (*up to 10 points).*

(3) The qualifications, including relevant training and experience, of project consultants or subcontractors (*up to 5 points*).

(4) The extent to which the budget is adequate to support the proposed project and the costs are reasonable in relation to the objectives, design, and potential significance of the proposed project (*up to 5 points*).

Note: In responding to the selection criteria factor (a)(1) under *Significance,* applicants are encouraged to define "underserved population" in the context of students identified for prioritization under the ETAA, namely those from low-income families and students attending schools implementing comprehensive support and improvement or targeted or additional targeted support and improvement activities under ESEA section 1111(d)).  In responding to the selection criteria factor (c)(3) under *Quality of the Management Plan*, applicants are encouraged to define "target population" in the context of the universe of CC clients (i.e., SEAs, REAs, LEAs, and schools identified for support under the ETAA) to be served by the applicant.  In both cases, applicants should ensure these terms are defined in a manner that is consistent with the U.S. Department of Justice's Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination released on July 29, 2025.

## Performance Measures

ED has developed the following performance measures for the purpose of reporting to ED under 34 CFR 75.110:

*Program Performance Measures*. The Department has established the following set of performance measures that are designed to evaluate the effectiveness of each Center, as well as the Comprehensive Centers Program as a whole.

| Program Measure | Description |
|---|---|
| Program Performance Measure 1 | The extent to which Comprehensive Center clients are satisfied with the quality, usefulness, and relevance of services provided. |
| Program Performance Measure 2 | The extent to which Comprehensive Centers provide services and products to a wide range of recipients. |

12

ED02495

| Program Measure | Description |
|---|---|
| Program Performance Measure 3 | The extent to which Comprehensive Centers demonstrate that capacity-building services were implemented as intended. |
| Program Performance Measure 4 | The extent to which Comprehensive Centers demonstrate recipient outcomes were met. |

In accordance with 34 CFR 75.110(b), applications must describe:

1. The data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data.

2. The applicant's capacity to collect and report reliable, valid, and meaningful performance data, as evidenced by high-quality data collection, analysis, and reporting in other projects or research.

# Requirements

## Program Requirements

Content Center grantees under this program must:

1) Create client driven service plans annually for carrying out the technical assistance and capacity-building services to be delivered by the Center in response to identified educational challenges facing students, practitioners, and education system leaders.  In developing the annual service plan, the Center must demonstrate that services reflect State-identified needs and leadership priorities for assistance, such as through documentation of State approval of services and alignment to State Learning Agendas.  Plans must include: High-leverage problems to be addressed, including identified client needs, capacity-building services to be delivered[3], time-based outcomes (i.e., short-term, mid-term, long-term), responsible personnel, key technical assistance partners, milestones, outputs, dissemination plans, fidelity measures, if appropriate, and any other elements specified by the Department.  Additionally, plans must demonstrate how services

---

[3] Services may include universal, targeted, and intensive capacity-building services in any of the four dimensions of capacity building services as defined by this program: human capacity, organizational capacity, policy capacity, and resource capacity.

13

will prioritize support for students and communities with the highest needs, as described in section 203(e) of the ETAA.[4]

2) Design and implement streamlined client-driven capacity-building services in partnership with State and local beneficiaries to reflect and address specific client needs and desired outcomes.

3) Demonstrate to the Department that it has engaged clients in defining proposed service projects and that it has secured client and partner commitments to carry out proposed annual service plans.

4) Develop and implement an effective performance management and evaluation system that integrates continuous improvement to promote effective achievement of client outcomes. The system must include methods to measure and monitor progress towards agreed upon outcomes, outputs, and milestones and to measure the reach, use, and impact of the services being delivered to ensure capacity-building services are implemented as intended, reaching intended clients and recipients, and achieving desired results. Progress monitoring must include periodic assessment of client satisfaction and timely identification of changes in State contexts that may impact the project's success. The performance management system must include strategies to report on defined program performance measures.

5) Participate in a national evaluation of the CC Program.

6) Consult and integrate feedback from States, CC clients (including, for the NCIL, families), the Department, National and Regional Centers, and other stakeholders and Department technical assistance Centers, as relevant to the Center's content area in developing the annual service plan to inform high-quality tools, resources, and overall technical assistance in priority areas.

7) Partner with the National Center and Regional Centers as needed to directly support their States in the development and implementation of State Learning Agendas; to address requests for assistance from States within the regions; and to strengthen Regional Center staff knowledge and expertise on the evidence base and effective practices as appropriate based on the Content Center's specific focus area.

8) Establish and provide copies to the Department of partnership agreements with the National Center, Regional Centers, as needed, and Department-funded technical

---

[4] Section 203(e) of the ETAA requires each CC to prioritize school serving high percentages or number of students from low-income families, including such schools in rural and urban areas and those receiving assistance under Title I of the ESEA; LEAs with high percentages or numbers of school-age children from low-income families, including such LEAs in rural and urban areas; and schools implementing comprehensive support and improvement activities or targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965 [20 U.S.C. 6311(d)].

14

ED02497

assistance providers with expertise relevant to the Center's area. Partnership agreements must define processes to meet relevant CC program requirements.

9) The Project Director must be capable of managing all aspects of the Center and be either at a minimum of 0.5 FTE or there must be two Co-Project Directors at a minimum of 0.75 FTE collectively.

## Application Requirements

Applicants for Content Center grants under this program must:

1) Describe its proposed approach to capacity-building services.  This must include a logic model, as well as a description of the evidence base and strategies that support its approach to capacity building services; evidence of the applicant's ability to provide effective capacity building services, such as relevant expertise and demonstrated results from similar projects and demonstrated expertise of key personnel; the impact the Center plans to achieve and how they will measure that impact; and the proposed approach to providing capacity-building services to students with the greatest need as described in Sec. 203(e) of the ETAA, to address the needs of all SEAs, REAs, TEAs, LEAs, and, as appropriate, schools served.

2) Describe the proposed process to identify, in partnership with CC clients, the most urgent educational challenges to be addressed, including how the Center will ensure that the challenges to be addressed are supported by data and evidence and reflected by State and local needs and priorities.

3) Describe the proposed approach to measure and monitor client progress or success in overcoming the challenges to be addressed, including how the Center will use data and evidence to demonstrate outcomes of universal, targeted, and intensive capacity building services, as applicable.

4) Demonstrate expertise in providing highly relevant and highly effective technical assistance, including by demonstrating expertise in the current research on adult learning principles, coaching, and implementation science.

5) Include in the budget narrative explanation of and estimated costs for intensive, targeted, and universal capacity-building services.  Describe how the Center will promote cost-effectiveness of services, including ensuring that the estimated costs are aligned to market expectations for similar services.

6) Describe the proposed leadership structure for the Center and how the organizational leadership will effectively manage the project according to the needs of the program, including how the leadership structure provides organizational capacity to assess, manage, and strategically utilize program resources.

15

ED02498

7) Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs that are consistent with the proposed project's intended outcomes.

8) Propose an approach to carry out capacity-building services that address client needs and priorities (to include those of families, for applicants to NCIL) that amplify the use of evidence-based practices, products or tools amongst practitioners, education system leaders, elementary schools and secondary schools, LEAs, REAs and TEAs, and SEAs.

9) Propose an approach to providing universal capacity-building services, including how the Center will develop and widely disseminate evidence-based products or tools; outreach to practitioners, education system leaders, and policymakers in formats that are high quality, easily accessible, and understandable; identify intended beneficiaries; and ensure that proposed capacity-building services are driven by client needs and co-developed with client input.

10) Describe the educational challenges to be addressed by the project, including how the challenges to be addressed are aligned to Section 203(f)(1) of the ETAA and supported by data and evidence and reflected by cross-regional State and local needs and priorities.  The description must utilize applicable national, regional, State, and local educational data to demonstrate the identified needs that could be addressed through the proposed capacity-building approach to implement and scale up evidence-based programs, practices, and interventions.

# Application Submission Information

**Competition Resources**

Pre-application webinars and other resources specific to this competition will be available at the program website.

**Registration**

To apply, you must first be registered in two systems: SAM.gov and Grants.gov.  If you are already registered, make sure your registration is active and up to date.

Grants.gov registration involves several steps, including registration on SAM.gov.  You may begin working on your application while completing the registration process, but you cannot apply until all registration steps are complete.  Once your SAM registration is active, it will take 24-48 hours for the information to become available in Grants.gov.  For detailed information on the registration steps, please go to: Grants.gov Applicant Registration. Please note that your organization will need to update its SAM registration annually.

ED02499

---

**SAM.gov**

You must have an active account with SAM.gov. This includes having a Unique Entity Identifier. SAM.gov registration can take several weeks. **Begin that process early.**

To register, go to SAM.gov and click on "Get Started."

Click on the Entity Registration Checklist for the information you will need to register in SAM.gov.

If you need help, you can call 866-606-8220 or live chat with the Federal Service Desk.

---

**Grants.gov**

You must also have an active account with Grants.gov.

To register, go to Grants.gov and click "Register." When ready, click on "Get Registered Now" and complete the required fields.

For more information or assistance, click on "Applicant Registration Page."

---

ED strongly recommends that you do not wait until the last day to submit your application. Grants.gov will put a date/time stamp on your application and then process it after it is fully uploaded.  If Grants.gov rejects your application, you will need to resubmit successfully to Grants.gov before 11:59:59 p.m. Eastern Time on the deadline date.

You must provide the Unique-Entity ID (UEI) on your application that was used when you registered as an Authorized Organization Representative (AOR) on Grants.gov.  This UEI is assigned to your organization in SAM at the time your organization registers in SAM.  If you do not enter the UEI assigned by SAM on your application, Grants.gov will reject your application.

A *Grants.gov* applicant must apply online using Workspace, a shared environment in *Grants.gov* where members of a grant team may simultaneously access and edit different web forms within an application.  The Grants.gov website contains further instructions on how to apply.

**Intergovernmental Review**

This is subject to Executive Order 12372 (Intergovernmental Review of Federal Programs) and the regulations in 34 CFR Part 79.  One of the objectives of Executive Order 12372 is to strengthen federalism – or the distribution of responsibility between localities, States, and the Federal government – by fostering intergovernmental partnerships.  This idea includes supporting processes that State or local governments have developed to coordinate, and

17

ED02500

review proposed Federal financial grant applications.  Grant applicants need to contact State Single Points of Contact (SPOC) for information on their State's procedures. Multi-State applicants should follow procedures specific to each state.  Further information about the SPOC List and the official list of entities can be found online.

**Verify Submission**

Verify that Grants.gov received your application submission on time and that it was validated successfully.  To see the date/time your application was received, log in to Grants.gov and click on the Track My Application link.  For a successful submission, the date/time received should be earlier than 11:59:59 p.m. Eastern Time, on the deadline date, AND the application status should be: Validated, Received by Agency, or Agency Tracking Number Assigned. Once ED receives your application from Grants.gov, an Agency Tracking Number (PR/award number) will be assigned to your application and will be available for viewing on Grants.gov's Track My Application link.

If the date/time received is later than 11:59:59 p.m. Eastern Time on the deadline date, your application is late.  If your application has a status of "Received," it is still awaiting validation by Grants.gov.  Once validation is complete, the status will either change to "Validated" or "Rejected with Errors."  If the status is "Rejected with Errors," your application has not been received successfully.  Some of the reasons Grants.gov may reject an application can be found on the Encountering Error Messages page at Grants.gov.

For more detailed information on troubleshooting Adobe errors, you can review the Adobe Reader Software Tip Sheet.  If you discover your application is late or has been rejected, please see the instructions below.  Note: You will receive a series of confirmations both online and via e-mail about the status of your application.  Please do not rely solely on e-mail to confirm whether your application has been received timely and validated successfully.

**Helpful Hints When Working with Grants.gov**

Please go to the Grants.gov Support Center for help with Grants.gov.  For additional tips related to submitting grant applications, please refer to the Grants.gov Applicant FAQs as well as additional information on Workspace.

**Submission Problems – What should you do?**

If you have problems submitting to Grants.gov before the closing date, please contact Grants.gov Customer Support at 1-800-518-4726 or via email at: support@grants.gov.  You may also access the Grants.gov Self- Service Knowledge Base web portal.

ED02501

# Application Review Information

*Review and Selection Process:* We remind potential applicants that in reviewing applications in any discretionary grant competition, the Secretary may consider, under 34 CFR 75.217, information outside the rank order of applications, including: the information in each application; and any other information—

(1) Relevant to a criterion, priority, or other requirement that applies to the selection of applications for new grants;

(2) Concerning the applicant's performance and use of funds under a previous award under any ED program; and

(3) Concerning the applicant's failure under any ED program to submit a performance report or its submission of a performance report of unacceptable quality.

Before making awards, ED staff will screen applications submitted in accordance with the requirements in this notice to determine whether applications have met eligibility and other requirements, including whether an application may fail to meet the "General Terms and Conditions" applicable to awarded funds referenced elsewhere within this notice. This screening process may occur at various stages of the review and selection process. Applicants that are determined to be ineligible will not receive a grant, regardless of whether the application was included in the peer review process. Applications not selected for funding will be informed of the Secretary's decision in accordance with 34 CFR 75.218.

Peer reviewers will read, prepare a written evaluation of, and score the assigned applications, using the selection criteria provided in this notice.

In addition, in making a competitive grant award, the Secretary requires various assurances, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from ED (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

*Tiebreaker:* If two or more applicants for any one Center under the same Absolute Priority (e.g., two applications for Field-Initiated Centers) receive the same total scores, the Secretary will select for funding among the tied applications, as appropriate, according to the following factors:

1. The applicant that has the lower effective indirect cost rate, as indicated in the ED Form 524 Section A submitted with the application.

ED02502

2. If still tied after implementing the first tiebreaker, an applicant that has not received the highest overall score in this competition for any other Comprehensive Center will be ranked higher than an applicant that has received the highest overall score in this competition for any other Comprehensive Center.

3. If still tied after implementing the second tiebreaker, an application that scores higher on a selection criterion following this order will be ranked higher than an application with the same overall score: Quality of Project Design; Quality of the Management Plan; and Significance.

*Page Limit Recommendation*: ED encourages applicants to limit the Project Narrative section of the application to the equivalent of no more than 75 pages.  While applicants may exceed this limit, ED will instruct peer reviewers to read and score only the first 75 pages of this section of the application.

# Definitions

The definitions are from the NFP; the ESEA; and CFR 77.1; the 2025 SSPs; and the Meaningful Learning Opportunities Supplemental Priority.  The source of each definition is indicated below.

*Beneficiary* means organizations including, but not limited to, SEAs, LEAs, REAs, TEAs, and schools that have received "intensive" and "targeted" capacity-building services and products from Regional Centers, or that received "targeted" or "universal" capacity-building services and products from the National Center or Content Centers.  (NFP)

*Capacity-building services* means assistance that strengthens an individual's or organization's ability to engage in continuous improvement and achieve expected outcomes.  (NFP)

*Client* means the organization with which the Center enters into agreement for negotiated capacity-building services.  The client is engaged in defining the high-leverage problems, capacity-building services, and time-based outcomes for each project noted in the Center's annual service plan.  Representatives of clients include but are not limited to Chief State School Officers or their designees, LEA leaders, and other system leaders. (NFP)

*Collaboration* means exchanging information, altering activities, and sharing in the creation of ideas and resources to enhance the capacity of one another for mutual benefit to accomplish a common goal.  (NFP)

20

*Coordination* means exchanging information, altering activities, and synchronizing efforts to make unique contributions to shared goals.  (NFP)

*Educator* means an individual who is a teacher (including an early education teacher), principal or other school leader, administrator, specialized instructional support personnel (e.g., school psychologist, counselor, school social worker, librarian, early intervention service personnel), paraprofessional, faculty, and others.  (NFP)

*Evidence-based* has the meaning ascribed in section 7801(21) of the ESEA.

*Evidence-based literacy instruction* means literacy instruction that relates to explicit, systematic and intentional instruction in phonological awareness, phonic decoding, oral and sign language, vocabulary, language structure, reading fluency, reading comprehension, and writing; promotes knowledge-rich materials; and is backed by one or more of the following, as supported by an evidence framework (as defined in this notice):

(a) strong evidence, meaning an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on at least one well-designed and well-implemented experimental study (strong evidence as defined in 20 U.S.C. 7801(21)(A)(i)(I)) or

(b) moderate evidence, meaning an activity, strategy, or intervention that demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on at least one well-designed and well-implemented quasi-experimental study (moderate evidence as defined in 20 U.S.C. 7801(21)(A)(i)(II)). (2025 SSPs)

*Evidence framework* means an approach to providing a determination about whether an activity, strategy, or intervention meets each aspect of the definition of strong evidence or moderate evidence (as defined in 20 U.S.C. 7801(21)(A)(i)(I-II)), as applicable.

(a) An evidence framework must include each of the following:

(i) Whether or not a study is an experimental study or quasi-experimental design study;

(ii) Whether or not a study shows a positive, statistically significant effect on student outcomes or other relevant outcomes;

(iii) Whether or not a study uses outcome measures that demonstrate validity and reliability, that do not give an unfair advantage to participants in one condition over

21

another, and that are measured consistently for the groups or participants that are being compared;

(iv) Whether or not a study design is otherwise of high quality, including whether it minimizes factors outside the intervention that could affect student or other relevant outcomes (confounds) and whether random assignment (if used) was done with integrity; and

(v) Whether or not study implementation and analysis is appropriate, including whether groups or participants being compared demonstrate baseline equivalence on key individual and other relevant characteristics, whether differences in baseline equivalence are statistically controlled, and by considering the impact on the validity of the study of any changes to the sample over time.

(b) An evidence framework may be implemented or verified by an organization with relevant expertise that has demonstrated to the Department that it has a rigorous, transparent (*i.e.,* publicly accessible) process for determining each aspect identified in (a). (2025 SSPs)

*Experimental study* means a study that is designed to compare outcomes between two groups (such as students) that are otherwise equivalent except for their assignment to either a treatment group receiving an activity, strategy, intervention, process, product, practice, or policy as compared with a control group that does not.  Experimental studies can support claims of strong evidence.  Randomized controlled trials and single-case design studies are specific types of experimental studies that meet this definition.  (2025 SSPs)

*Four dimensions of capacity-building services* are:

(1) *Human capacity* means development or improvement of individual knowledge, skills, technical expertise, and ability to adapt and be resilient to policy and leadership changes.

(2) *Organizational capacity* means structures that support clear communication and a shared understanding of an organization's visions and goals and delineated individual roles and responsibilities in functional areas.

(3) *Policy capacity* means structures that support alignment, differentiation, or enactment of local, State, and Federal policies and initiatives.

(4) *Resource capacity* means tangible materials and assets that support alignment and use of Federal, State, private, and local funds.  (2024 NFP)

ED02505

*High-leverage problems* means problems that (1) if addressed could result in substantial improvements for groups of students with the greatest need, including for students from low-income families and for students attending schools implementing comprehensive support and improvement or targeted or additional targeted support and improvement activities under ESEA section 1111(d)); (2) are priorities for education policymakers, particularly at the State level; and (3) require intensive capacity-building services to achieve outcomes that address the problem.  (NFP)

*Intensive capacity-building services* means assistance often provided on-site and requiring a stable, ongoing relationship between the Comprehensive Center and its clients and recipients, as well as periodic reflection, continuous feedback, and use of evidence-based improvement strategies.  This category of capacity-building services should support increased recipient capacity in more than one dimension of capacity-building services and result in medium-term and long-term outcomes at one or more system levels.  (NFP)

*Key personnel* means any personnel considered to be essential to the work being performed on the project.  (NFP)

*Logic model* has the meaning ascribed in 34 CFR 77.1(c).

*Milestone* means an activity that must be completed. Examples include: Identifying key district administrators responsible for professional development, sharing key observations from needs assessment with district administrators and identified stakeholders, preparing a logic model, planning for State-wide professional development, identifying subject matter experts, and conducting train-the-trainer sessions.  (NFP)

*Outcomes* means demonstrable effects of receiving capacity-building services and must reflect the result of capacity built in at least one of the four dimensions of capacity building.  "Outcomes" includes short-term outcomes, medium-term outcomes, and long-term outcomes:

(1) *Short-term outcomes* means effects of receiving capacity-building services after 1 year.

(2) *Medium-term outcomes* means effects of receiving capacity-building services after 2 to 3 years.

(3) *Long-term outcomes* means effects of receiving capacity-building services after 4 or more years. (NFP)

*Outputs* means products and services that must be completed. Examples include: Needs assessment, logic model, training modules, evaluation plan, and 12 workshop presentations.  (NFP)

ED02506

*Note:* A product output under this program would be considered a deliverable under the open licensing regulations at 2 CFR 3474.20.

*Quasi-experimental design study* means a study using a design that attempts to approximate an experimental study by identifying a comparison group that is similar to the treatment group in important respects.  Cross-sectional group designs, comparative interrupted time series, difference-in-difference designs, and growth curve designs are specific types of quasi-experimental studies that meet this definition.  This type of study can meet the definition of moderate evidence but not strong evidence.  (2025 SSPs)

*Regional educational agency* means educational agencies that serve regional areas within a State.  (NFP)

*Strategic Staffing* means a team-based approach to school staffing that replaces the traditional one-teacher, one-classroom model.  In this model, at least two professional educators, which can include paraprofessionals and other licensed educators, share responsibility for a common roster of students during the same blocks of time in the school day.  Teamed educators have differentiated roles and distributed expertise, allowing for flexible student grouping, more effective use of instructional time, and expanded career entry and advancement opportunities.  (Meaningful Learning Opportunities Supplemental Priority)

*Targeted capacity-building services* means assistance based on needs common to multiple clients and recipients and not extensively individualized.  A relationship is established between the recipient(s), the National Center or Content Center, and Regional Center(s), as appropriate.  This category of capacity-building services includes one-time, labor-intensive events, such as facilitating strategic planning or hosting national or regional conferences.  It can also include services that extend over a period of time, such as facilitating a series of conference calls, virtual or in-person meetings, or learning communities on single or multiple topics that are designed around the needs of the recipients.  Facilitating communities of practice can also be considered targeted capacity-building services.  (NFP)

*Tribal educational agency* has the meaning ascribed in section 6132(b)(3) of the ESEA.

*Universal capacity-building services* means assistance and information provided to independent users through their own initiative, involving minimal interaction with National or Content Center staff.  This category of capacity-building services includes information or products, such as newsletters, guidebooks, policy briefs, or research syntheses, downloaded from the Center's website by independent users, and may include one-time,

24

ED02507

invited or offered webinar or conference presentations by National or Content Center staff. Brief communications or consultations by National or Content Center staff with recipients, either by telephone or email, are also considered universal services.  (NFP)

# Award Requirements

**Terms and Conditions**

If you are awarded a grant under this competition, you must ensure and may be required to demonstrate that federal funds will not be used under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination" clarify the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding.  This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law.  A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.  To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, ED reserves the right to take appropriate enforcement actions, including the recovery of grant funds.  The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

**Applicable Regulations**

The Education Department General Administrative Regulations in 34 CFR parts 75, 77, 79, 81, 82, 84, 86, 97, 98, and 99. (b) The Office of Management and Budget Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement) in 2 CFR part 180, as adopted and amended as regulations of the Department in 2 CFR part 3485. (c) The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal

25

ED02508

Awards in 2 CFR part 200, as adopted and amended as regulations of the Department in 2 CFR part 3474. (d) The NFP. (f) The 2025 SSPs; (g) The Meaningful Learning Opportunities Supplemental Priority.

*Note:* The regulations in 34 CFR part 86 apply to institutions of higher education only.

**Continuation Awards**

In making a continuation award determination under 34 CFR 75.253, ED considers, among other things: whether a grantee has made substantial progress in achieving the goals and objectives of the project; whether the grantee has expended funds in a manner that is consistent with its approved application and budget; if ED has established performance measurement requirements, whether the grantee has made substantial progress in achieving the performance targets in the grantee's approved application; or whether the grant continues to be in the best interest in the federal government.

In making a continuation award determination, ED also considers whether the grantee is operating in compliance with the terms and conditions specified elsewhere in this notice and the assurances in its approved application, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from ED (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23). In making any continuation award determination, ED may consider all relevant information.

26

ED02509

# Application Checklist

The application will require you to fill out several forms, which are listed and linked in Grants.gov.  See below for a description of forms and sections:

1. **Standard Documents**
   - ❑ Application for Federal Assistance (SF 424)
   - ❑ ED Supplemental Information for SF 424
   - ❑ ED Grant Application Form for Project Objectives and Performance Measures Information

2. **Budget Information**
   - ❑ ED Budget Information Non-Construction Programs (ED Form 524)

3. **ED Abstract Form**
   - ❑ Project Abstract

4. **Project Narrative**
   - ❑ Application Narrative (Project Narrative Attachment Form)

5. **Budget Narrative**
   - ❑ Budget Narrative Attachment Form

6. **Other Attachment Forms**
   - ❑ Reference List/Bibliography
   - ❑ Individual Resumes for Project Director & Key Personnel
   - ❑ Copy of Indirect Cost Rate Agreements, if applicable
   - ❑ Letters of Designation/Endorsement, if applicable

7. **Assurances and Certifications**
   - ❑ Disclosure of Lobbying Activities (Standard Form LLL)
   - ❑ Grants.gov Lobbying Form

**Part 1: Standard Documents**

❑      Application for Federal Assistance (SF 424)

For additional information on Form SF 424, please visit Forms Repository for SF-424 and SF-424 Instructions.

ED02510

❑    ED Supplemental Information for SF 424

These forms require basic identifying information about the applicant and the application.  Please provide all requested applicant information (including name, address, e-mail address and UEI).

**When applying electronically via Grants.gov, you will need to ensure that the UEI on your application is the same as the UEI your organization used when it registered with the System for Award Management.**

Applicants are advised to complete the Application for Federal Assistance (Form SF 424) first.  Grants.gov will automatically insert the correct Assistance Listing Number and program name automatically wherever needed on other forms.

Please do not attach any narratives, supporting files, or application components to the Standard Form (SF 424).  Although this form accepts attachments, ED will only review materials/files attached in accordance with the instructions provided within this application.

For more information, review the Grants.gov Forms Repository.

❑    ED Grant Application Form for Project Objectives and Performance Measures Information

This form collects project objectives and quantitative and/or qualitative program and project-specific performance measures at the time of application submission.

**Part 2: Budget Information**

❑    ED Budget Information Non-Construction Programs (ED Form 524)

This part of your application contains information about the Federal funding you are requesting.  Remember that you must provide all the budget information requested for each year of the project and the total column in order to be considered for Federal funding.  Specific instructions for completing the budget forms are provided within this application package.

Applicants must provide a summary of requested Federal funds for each line-item category included on the worksheet. Applicants should provide dollar amounts for all requested years of the desired grant award. Please see Example ED 524 Budget Information Form.

Instructions for completing ED Form 524 Section A:

- *Name of Institution/Organization*: Enter the name of the applicant in the space provided.

28

ED02511

- *Personnel (line 1)*: Enter project personnel salaries and wages only.  Include fees and expenses for consultants on line 6.

- *Fringe Benefits (line 2)*: The institution's normal fringe benefits contribution may be charged to the program.  Leave this line blank if fringe benefits applicable to direct salaries and wages are treated as part of the indirect cost.

- *Travel (line 3)*: Indicate the travel costs of employees and participants only.  Include travel of persons such as consultants on line 6.

- *Equipment (line 4)*: Indicate the cost of tangible, non-expendable personal property that has a usefulness greater than one year and acquisition costs that are the lesser of the capitalization level established by the applicant entity for financial statement purposes or $10,000 per article.  Lower limits may be established to maintain consistency with the applicant's policy.

- *Supplies (line 5)*: Show all tangible, expendable personal property.  Direct supplies and materials differ from equipment in that they are consumable, expendable, and of a relatively low unit cost.  Supplies purchased with grant funds should directly benefit the grant project and be necessary for achieving the goals of the project.

- *Contractual (line 6)*: The contractual category should include all costs specifically incurred with actions that the applicant takes in conjunction with an established internal procurement system.  Include consultant fees, expenses, and travel costs in this category if the consultant's services are obtained through a written binding agreement or contract.

- *Construction (line 7)*: Construction funds are not authorized.

- *Other (line 8)*: Indicate all direct costs not covered on lines 1-6.  For example, include costs such as space rental, required fees, honoraria and travel (where a contract is not in place for services), training, and communication and printing costs.  Do not include costs that are included in the indirect cost rate.

- *Total Direct Costs (line 9)*: The sum of lines 1-8.

- *Indirect Costs (line 10)*: Indicate the applicant's approved indirect cost rate, per sections 75.560-75.564 of EDGAR.  If an applicant does not have an approved indirect cost rate agreement with a cognizant Federal agency, the applicant must apply to ED for a temporary indirect cost rate if it wishes to charge indirect costs to the grant.  For more information, go to ED's website.  In addition, a grantee, if it is eligible, may also use a de minimis rate as provided for under 2 CFR 200.414(f).

- *Training Stipends (line 11)*: Not Applicable for this program.

29

- *Total Cost (line 12)*: This should equal to sum of lines 9-11 (total direct costs + indirect + stipends).  The sum for column one, labeled Project Year 1 (a), should also be equal to item 15a on the application cover sheet (SF Form 424).

**Part 3: ED Abstract Form**

The project abstract should not exceed two double spaced pages and should include a concise description of the following information:

- Project title, objectives and activities
- Absolute Priority or Priorities being addressed
- Applicable competitive preference priorities
- Proposed project outcomes
- Proposed project partners, if applicable

Ensure that you only attach the ED approved file types detailed in the 2025 Common Instructions.

**Part 4: Project Narrative**

This section should be attached as a single document to the Project Narrative Attachment Form and should be organized in the following manner and include the following parts in order to expedite the review process.

Ensure that you only attach the Education approved file types detailed in the 2025 Common Instructions.

❑ **Table of Contents**

The Table of Contents shows where and how the important sections of your proposal are organized and should not exceed one double-spaced page.

❑ **Application Narrative**

ED encourages applicants to limit this section of the application to the equivalent of no more than 75 pages.  While applicants may exceed this limit, ED will instruct peer reviewers to read and score only the first 75 pages of this section of the application.  The recommended page limit does not apply to the cover sheet; the budget section, including the narrative budget justification; the assurances and certifications; or the project abstract, the resumes, the bibliography, or the letters of support.  However, the recommended page limit does apply to the Project Narrative, including all text in charts, tables, figures, graphs, and screen shots.

**Part 5: Budget Narrative**

This section should be attached as a single document to the Budget Narrative Attachment Form in accordance with the instructions found on Grants.gov.  It should be organized in the following manner and include the following parts in order to expedite the review

ED02513

process. Ensure that you attach the Education approved file types detailed in the 2025 Common Instructions.

Each application must also provide a Budget Narrative (which serves to meet the requirements of ED Form 524, Section C) for requested Federal funds. The Budget Narrative for requested Federal funds should provide a justification of how the money requested for each budget item will be spent.

This section requires an itemized budget breakdown for each project year and the basis for estimating the costs of personnel salaries, benefits, project staff travel, materials and supplies, consultants and subcontracts, indirect costs and any other projected expenditures.  Be sure to complete an itemized budget breakdown and narrative for each year of the proposed project.

The Budget Narrative provides an opportunity for the applicant to identify the nature and amount of the proposed expenditures.  The applicant should provide sufficient detail to enable reviewers and project staff to understand how requested funds will be used, how much will be expended, and the relationship between the requested funds and project activities and outcomes.

In accordance with 34 CFR 75.232, Department of Education staff perform a cost analysis of each recommended project to ensure that costs relate to the activities and objectives of the project, are reasonable, allowable and allocable.  ED may delete or reduce costs from the budget during this review.

**Suggested Guidelines for the Budget Narrative**

1. Provide an itemized budget breakdown and justification by project year.  The budget narrative fulfils the requirement of Form ED 524 -Section C Budget Narrative.  Find information below in Part 5 on completing the budget narrative.  For this program, applicants do not need to fill in non-Federal funds or resources listed in Section B.

2. If you are requesting reimbursement for indirect costs on line 10, this information is to be completed by your Business Office.  Specify the estimated amount of the base to which the indirect cost rate is applied and the total indirect expense.  Depending on the grant program to which you are applying and/or your approved Indirect Cost Rate Agreement, some direct cost budget categories in your grant application budget may not be included in the base and multiplied by your indirect cost rate.  Please indicate which costs are included and which costs are excluded from the base to which the indirect cost rate is applied.

**Part 6: Other Attachment Forms**

Attach one or more documents to the Other Attachments Form. You may provide all of the required information in a single document, or in multiple documents.

31

ED02514

Ensure that you only attach the Education approved file types detailed in the 2025 Common Instructions and that you upload the attachments in the order they should appear in the application.

Suggested order:

❑    Reference List/Bibliography

❑    Resumes/Vitae for Project Directors & Key Personnel

❑    Copy of Indirect Cost Rate Agreements, if applicable

❑    Letters of Designation/Endorsement, if applicable

**Part 7: Assurances and Certifications**

Be certain to complete all required assurances and certifications in Grants.gov and include all required information in the appropriate place on each form. The assurances and certifications required for this application are:

❑    **Disclosure of Lobbying Activities (SF LLL Form)**

❑    **Grants.Gov Lobbying Form – "Certification Regarding Lobbying"**

**Note***:* While it is required to submit the lobbying form that best meets an applicants' situation, the two forms are classified as "optional" in Grants.gov to avoid submission errors when only one of the lobbying forms is submitted.

**Attaching Files – Additional Tips**

Please note the following tips related to attaching files to your application:

- When you submit your application electronically, you must upload any narrative sections and all other attachments to your application as read-only flattened Portable Document Formats (PDFs), meaning any fillable PDF files must be saved and submitted as non-fillable PDF files and not as interactive or fillable PDF files, to better ensure applications are processed in a more timely, accurate, and efficient manner.

- Grants.gov cannot process an application that includes two or more files that have the same name within a grant submission.  Therefore, each file uploaded to your application package should have a unique file name.

- When attaching files, applicants should follow the guidelines established by Grants.gov on the size and content of file names.  Uploaded file names must be fewer than 50 characters, and, in general, applicants should not use any special characters.  However, Grants.gov does allow for the following UTF-8 characters when naming your attachments: A-Z, a-z, 0-9, underscore, hyphen, space, period, parenthesis, curly braces, square brackets, ampersand, tilde, exclamation point, comma, semi colon, apostrophe, at sign, number sign, dollar sign, percent sign,

32

ED02515

plus sign, and equal sign.  Applications submitted that do not comply with the Grants.gov guidelines will be rejected at Grants.gov and not forwarded to ED.

- Applicants should limit the size of their file attachments.  Documents submitted that contain graphics and/or scanned material often greatly increase the size of the file attachments and can result in difficulties opening the files. For reference, the average discretionary grant application package with all attachments is less than 5 MB.  Therefore, you may want to check the total size of your package before submission.

ED02516



U.S. Department of Education

# Comprehensive Centers Program: National Center Assistance Listing Number: 84.283B

## FY 2026 Grant Competition

May 8, 2026

## Contents

**Comprehensive Centers Program: National Center** .......................................................1

Program Information ..........................................................................................2

Eligibility.........................................................................................................3

    Eligible Applicants ........................................................................................3

    Costs..............................................................................................................3

Submission Requirements and Deadlines..........................................................4

Program Description .........................................................................................4

    Priorities .......................................................................................................4

    Selection Criteria..........................................................................................7

    Performance Measures ................................................................................9

Requirements ................................................................................................. 10

    Program Requirements ............................................................................... 10

    Application Requirements........................................................................... 13

Application Submission Information................................................................. 14

Application Review Information....................................................................... 17

Definitions..................................................................................................... 18

Award Requirements....................................................................................... 21

Application Checklist ...................................................................................... 23

ED02517

## Program Information

The purpose of the Comprehensive Centers (CC) program is to provide capacity-building services to state educational agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), and schools that improve educational opportunities and student outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for groups of students with the greatest need.

On May 8, 2026, the Department published a Notice of Final Priorities, Requirements, and Definitions (NFP) (91 FR 25452) establishing a redesigned Comprehensive Centers program that aims to better support SEAs, LEAs, REAs, TEAs, and schools and advance the Administration's priorities to return education to the States and promote meaningful learning opportunities to improve academic outcomes for all students.

Through this notice, the Department intends to fund one National Center to provide nationally relevant technical assistance to CC clients and coordination across the Comprehensive Centers program. The Department may choose to make awards in this or subsequent fiscal years.

*Assistance Listing Number*: 84.283B.

*Program Authority*: 20 U.S.C. 9601 *et seq*.

*OMB Control Number:* 1894–0006[1].

*For Further Information:* Dr. Michelle Daley. Telephone: (202) 987-1057. Email: *OESE.ComprehensiveCenters@ed.gov*.

*Type of Award*: Cooperative Agreements.

*Estimated Available Funds*: $6,500,000.

*Maximum Annual Award:* We will not make an award exceeding $6,750,000 for a single budget period of 12 months.

*Estimated Number of Awards:* 1.

*Project Period:* Up to 60 months.

*Application Deadline:* June 30, 2026

*Note:* This application notice and instructions is the official document governing the grant competition. ED is not bound by any estimates in this notice.

---

[1] According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 80 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit and voluntary. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0006. *Note:* Please do not return completed applications to this address.

2

ED02518

# Eligibility

## Eligible Applicants

Research organizations, institutions, agencies, institutions of higher education (IHEs), or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002).  A group of eligible entities may apply as a consortium, in accordance with the requirements in 34 CFR 75.127-129.

## Costs

**Cost Sharing**

This competition does not require cost sharing or matching.

**Indirect Cost Rate Information:**

This program uses an unrestricted indirect cost rate.  For more information regarding indirect costs, or to obtain a negotiated indirect cost rate, please see this webpage.

**Administrative Cost Limitation**

This program does not include any program-specific limitation on administrative expenses. All administrative expenses must be reasonable and necessary and conform to Cost Principles described in 2 CFR part 200 subpart E of the Uniform Guidance.

**Subgrantees**

Under 34 CFR 75.708(b) and (c) a grantee under this competition may award subgrants—to directly carry out project activities described in its application—to the following types of entities: Research organizations, institutions, agencies, IHEs, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice.  The grantee may award subgrants to entities it has identified in an approved application.

3

ED02519

# Submission Requirements and Deadlines

| Applications Available | May 8, 2026 |
|---|---|
| Application Deadline | June 30, 2026 |
| Deadline for Intergovernmental Review | September 8, 2026 |

**Applicants are required to follow the 2025 Common Instructions for Applicants to Department of Education Discretionary Grant Programs**, published in the Federal Register on August 29, 2025 (90 FR 42234) and available at ED 2025 Common Instructions.

*Note:* For new potential grantees unfamiliar with grantmaking at ED, please consult our "Getting Started with Discretionary Grant Applications" webpage.

# Program Description

## Priorities

This notice includes one absolute priority and one competitive preference priority.  The Absolute Priority is from the NFP.  The Competitive Preference Priority is from the 2025 Supplemental Priorities and Definitions for Discretionary Grants Programs (2025 SSPs), published in the Federal Register on September 9, 2025 (90 FR 43514).

An applicant must identify in the abstract form and the project narrative section of the application any priority that it addresses.

For FY 2026, and any subsequent year in which we make awards from the list of unfunded applications for this competition, the absolute and competitive preference priorities are as reflected in this document.

*Absolute Priority:* Under 34 CFR 75.105(c)(3), we consider only applications that meet the absolute priority.

Note: The Department is concurrently accepting applications for Regional Centers, Emerging Needs Content Centers, Field-Initiated Content Centers, and for the National Center on Improving Literacy for Students with Disabilities under separate competitions and priorities, in addition to applications for the National Center through this competition. Please visit Grants.gov for information on these competitions.  If an applicant wishes to apply to operate more than one CC, the applicant must submit a separate application for each Center it wishes to operate.  The Department intends to create multiple separate funding slates: one for the National Center, one for each Regional Center, one for the National Center on Improving Literacy for Students with Disabilities, one for awards under

ED02520

the Field-Initiated Content Center priority, and one for awards under the Emerging Needs Content Center priority.

*Competitive Preference Priority:* An application may receive a maximum of 10 additional points under the Competitive Preference Priority.   ED will not review or award points for the competitive preference priority if an applicant fails to clearly identify it as a competitive preference priority.

**Priority Summary Table**

| Priority Type | Priority Title | Required | Points | Priority Language |
|---|---|---|---|---|
| Absolute Priority | National Center | Yes | N/A | See below. |
| Competitive Preference Priority | Returning Education to the States | No | Up to 10 points | Projects or proposals that will be carried out by entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal. |

Note: ED will advise reviewers to score the Competitive Preference Priority based on the number of States that have identified, designated or endorsed the applicant's proposal, as demonstrated by formal letter of designation or endorsement signed by the Governor or Chief State School Officer from a State, based on the suggested rubric below:

| Number of Endorsements | Suggested Points |
|---|---|
| 0 / Not Addressed | 0 points |
| Identification, designation or endorsement from officials of 1 State | 1 point |
| Identification, designation or endorsement from officials of 2-4 States | 2 points |
| Identification, designation or endorsement from officials of 5-7 States | 3 points |
| Identification, designation or endorsement from officials of 8-9 States | 4 points |
| Identification, designation or endorsement from officials of 10-11 States | 5 points |

ED02521

| Number of Endorsements | Suggested Points |
|---|---|
| Identification, designation or endorsement from officials of 12-13 States | 6 points |
| Identification, designation or endorsement from officials of 14-15 States | 7 points |
| Identification, designation or endorsement from officials of 16-17 States | 8 points |
| Identification, designation or endorsement from officials of 18-19 States | 9 points |
| Identification, designation or endorsement from officials of 20+ States | 10 points |

**Absolute Priority Language**

*National Center*

Projects that propose to establish and operate a National Center to coordinate client-driven technical assistance to address SEA, REA, TEA, and LEA priorities related to evidence use and implementation of evidence-based practices to improve student outcomes. The National Center will serve as a lead coordinator across the CC program to promote overall alignment and coherence of CCNetwork services, reduce burdens and barriers to service for States and beneficiaries, support coordination, knowledge sharing, and connection across Centers where multi-provider engagement is needed, and facilitate efficient use of program resources.  The Center must conduct and share annual analyses of high-leverage problems identified by States; develop tools and resources that support delivery of high-quality, high-impact, differentiated technical assistance and capacity-building services across the CCNetwork, including common tools and resources to align capacity assessment, tracking, and reporting, support for State Learning Agendas, and quality assurance processes.

The Center must also procure expertise to provide high-quality, high-impact technical assistance to address common multi-State needs through targeted and universal capacity-building services through avenues such as State-to-State learning communities, in coordination with Regional and Content Centers; RELs; and other Department technical assistance providers, as applicable, to promote State engagement and avoid duplication.

Services must be designed to improve educational opportunities, educator practice, and student outcomes as described in section 203(f) of the Education Technical Assistance Act of 2002 (ETAA).  Services shall address evidence-based national needs not already addressed by other federal investments, in consultation with the Center's Advisory Board,

ED02522

including: priorities identified through the analysis of high-leverage problems across the entire CCNetwork; priorities publicly established by clients and potential clients, such as those identified in State Learning Agendas; common high-leverage problems identified in Regional Center service plans; findings from finalized Department monitoring reports or audit findings; implementation challenges faced by States and LEAs related to teaching, learning, and development; needs of schools designated for improvement; needs to improve core academic instruction; needs to address unique educational obstacles faced by rural and tribal students; and emerging education topics of national importance.

The Center will streamline access to qualified technical assistance providers by serving as a concierge-style support to intake technical assistance requests from SEAs, REAs, TEAs, and LEAs and facilitate access to Department technical assistance services within and beyond the CC program.  In this capacity, the Center will design and implement a system to review inquiries and voluntary requests for technical assistance; identify technical assistance providers with relevant expertise, which may include Regional Centers and Content Centers within the CCNetwork, other Department technical assistance providers, and providers from a maintained registry cadre of qualified national subject matter experts to meet client needs; and coordinate support as needed for clients to access services from identified TA providers.

## Selection Criteria

Selection criteria outline how the application will be scored. The maximum possible total score an application can receive for addressing the criteria is 110 points. The maximum possible score for addressing each criterion is indicated in parentheses following the criterion.  The selection criteria for this competition are from 34 CFR 75.210.

(a) *Significance (up to 20 points):* The Secretary considers the significance of the proposed project.  In determining the significance of the proposed project, the Secretary considers the following factors:

    (1) The extent to which the proposed project is likely to build local, State, regional, or national capacity to provide, improve, sustain, or expand training or services that address the needs of underserved populations (*up to 10 points).*

    (2) The extent to which the resources, tools, and implementation lessons of the proposed project will be disseminated in ways to the target population and local community that will enable them and others (including practitioners, researchers, education leaders, and partners) to implement similar strategies (*up to 10 points).*

7

ED02523

(b) *Quality of the Project Design (up to 55 points):* The Secretary considers the quality of the design of the proposed project.  In determining the quality of the design of the proposed project, the Secretary considers:

(1) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified, measurable, and ambitious yet achievable within the project period, and aligned with the purposes of the grant program (*up to 10 points).*

(2) The adequacy of plans for ensuring the use of quantitative and qualitative data, including meaningful community member and partner input, to inform continuous improvement in the operation of the proposed project (*up to 10 points).*

(3) The extent to which the training or professional development services to be provided by the proposed project are of sufficient quality, intensity, and duration to build recipient and project capacity in ways that lead to improvements in practice among the recipients of those services (*up to 15 points).*

(4) The extent to which the proposed project will include coordination with other Federal investments, as well as appropriate agencies and organizations providing similar services to the target population (*up to 15 points).*

(5) The quality of the logic model or other conceptual framework underlying the proposed project, including how inputs are related to outcomes (*up to 5 points).*

(c) *Quality of the Management Plan (up to 35 points)*: The Secretary considers the quality of the management plan for the proposed project.  In determining the quality of the management plan for the proposed project, the Secretary considers:

(1) The feasibility of the management plan to achieve project objectives and goals on time and within budget, including clearly defined responsibilities, timelines, and milestones for accomplishing project tasks (*up to 15 points).*

(2) The extent to which the time commitments of the project director and principal investigator and other key project personnel are appropriate and adequate to meet the objectives of the proposed project *(up to 5 points).*

(3) The extent to which the key personnel in the project, when hired, have the qualifications required for the proposed project, including formal training or work experience in fields related to the objectives of the project, and represent or have lived experiences of the target population (*up to 10 points).*

ED02524

(4) The extent to which the budget is adequate to support the proposed project and the costs are reasonable in relation to the objectives, design, and potential significance of the proposed project (*up to 5 points*).

Note: In responding to the selection criteria factor (a)(1) under *Significance,* applicants are encouraged to define "underserved population" in the context of students identified for prioritization under the ETAA, namely those from low-income families and students attending schools implementing comprehensive support and improvement or targeted or additional targeted support and improvement activities under ESEA section 1111(d)).  In responding to the selection criteria factor (c)(3) under *Quality of the Management Plan*, applicants are encouraged to define  "target population" in the context of the universe of CC clients (i.e., SEAs, REAs, LEAs, and schools identified for support under the ETAA) to be served by the applicant.  In both cases, applicants should ensure these terms are defined in a manner that is consistent with the U.S. Department of Justice's Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination released on July 29, 2025.

## Performance Measures

ED has developed the following performance measures for the purpose of reporting to ED under 34 CFR 75.110:

*Program Performance Measures*.  The Department has established the following set of performance measures that are designed to evaluate the effectiveness of each Center, as well as the Comprehensive Centers Program as a whole.

| Program Measure | Description |
|---|---|
| Program Performance Measure 1 | The extent to which Comprehensive Center clients are satisfied with the quality, usefulness, and relevance of services provided. |
| Program Performance Measure 2 | The extent to which Comprehensive Centers provide services and products to a wide range of recipients. |
| Program Performance Measure 3 | The extent to which Comprehensive Centers demonstrate that capacity-building services were implemented as intended. |
| Program Performance Measure 4 | The extent to which Comprehensive Centers demonstrate recipient outcomes were met. |

In accordance with 34 CFR 75.110(b), applications must describe:

1. The data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data.

9

ED02525

2. The applicant's capacity to collect and report reliable, valid, and meaningful performance data, as evidenced by high-quality data collection, analysis, and reporting in other projects or research.

# Requirements

## Program Requirements

National Center grantees under this program must:

1) Create client driven service plans annually for carrying out the technical assistance and capacity-building services to be delivered by the Center in response to identified educational challenges facing students, practitioners, and education system leaders. In developing the annual service plan, the Center must demonstrate that services reflect State-identified needs and leadership priorities for assistance, such as through documentation of State approval of services and alignment to State Learning Agendas.  Plans must include: High-leverage problems to be addressed, including identified client needs, capacity-building services to be delivered[2], time-based outcomes (i.e., short-term, mid-term, long-term), responsible personnel, key technical assistance partners, milestones, outputs, dissemination plans, fidelity measures, if appropriate, and any other elements specified by the Department.  Additionally, plans must demonstrate how services will prioritize support for students and communities with the highest needs, as described in section 203(e) of the ETAA.[3]

2) Design and implement streamlined client-driven capacity-building services in partnership with State and local beneficiaries to reflect and address specific client needs and desired outcomes.

3) Demonstrate to the Department that it has engaged clients in defining proposed service projects and that it has secured client and partner commitments to carry out proposed annual service plans.

---

[2] Services may include universal, targeted, and intensive capacity-building services in any of the four dimensions of capacity building services as defined by this program: human capacity, organizational capacity, policy capacity, and resource capacity.

[3] Section 203(e) of the ETAA requires each CC to prioritize school serving high percentages or number of students from low-income families, including such schools in rural and urban areas and those receiving assistance under Title I of the ESEA; LEAs with high percentages or numbers of school-age children from low-income families, including such LEAs in rural and urban areas; and schools implementing comprehensive support and improvement activities or targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965 [20 U.S.C. 6311(d)].

10

ED02526

4) Develop and implement an effective performance management and evaluation system that integrates continuous improvement to promote effective achievement of client outcomes.  The system must include methods to measure and monitor progress towards agreed upon outcomes, outputs, and milestones and to measure the reach, use, and impact of the services being delivered to ensure capacity-building services are implemented as intended, reaching intended clients and recipients, and achieving desired results.  Progress monitoring must include periodic assessment of client satisfaction and timely identification of changes in State contexts that may impact the project's success.  The performance management system must include strategies to report on defined program performance measures.

5) Participate in a national evaluation of the CC Program.

6) Include in its service plan, specifically in the first year, and additionally in subsequent years, projects to develop the tools, resources, services, and processes it will implement to adequately support collaboration, coordination, continuous improvement, dissemination and knowledge sharing across the CCNetwork, including common tools and resources to align capacity assessment, tracking, and reporting to deliver services that effectively build client capacity for evidence use and implementation of evidence-based practices to improve student outcomes.

7) Coordinate and refine processes, tools, and resources to support Regional Centers and RELs to work with individual States to develop or refine, as appropriate, and implement a multi-year State Learning Agenda to identify needs and set priorities for evidence building and educational program implementation and that will serve as a key input in annual service plans and capacity-building services.

8) Design and implement a coordinated process to identify emerging high-leverage problems that could be effectively addressed through client driven annual service plans. Conduct and publish an annual synthesis of common high-priority needs across States and consult with and integrate ongoing feedback from its Advisory Board, the Department, Regional Centers, and Content Centers to inform targeted and universal support needs from the National Center, Content Centers, or other Centers, as needed, and enable cross-regional peer learning on shared challenges.

9) Design effective services to meet demonstrated collective needs with tangible, achievable capacity-building outcomes resulting from beneficiary participation. Provide opportunities for beneficiaries, including States, to learn from their peers and subject matter experts through targeted and universal capacity-building services.  Universal services must be produced in a manner that beneficiaries are most likely to use, be shared via multiple digital platforms, such as the CCNetwork

ED02527

website, social media, and other channels as appropriate, and be relevant for a variety of education stakeholders, including the general public.

10) Solicit, vet, and provide access to an expansive and comprehensive cadre of national subject matter experts available to support Comprehensive Center services, that includes qualified education practitioners, researchers, policy professionals, and other implementation consultants with (i) direct experience and demonstrated impact working in or with SEAs, REAs, TEAs and LEAs to improve student outcomes, and (ii) in-depth expertise in specific subject areas available to support universal, targeted and intensive services in a variety of content areas as reflected by State and local priorities and other emerging needs to be made available to support State needs for any National, Regional Center, REL or Content Center projects.  Make the cadre available through a registry containing sufficient and transparent information that clients may request in determining the most appropriate providers to meet their needs, including client reviews of past performance, demonstrated products and outcomes of services provided, and transparent service pricing.  The cadre should reflect client input and be continually expanded to include new providers, as needed, to meet client needs.

11) Design and implement a concierge-style service to intake and assess inquiries and voluntary technical assistance requests from CC clients, including States, identify technical assistance providers with relevant expertise, and direct client requests for technical assistance to their Regional Center, REL, and other Department technical assistance providers to streamline awareness and access to technical assistance while maintaining client autonomy in selecting the technical assistance services, provider(s), and supports received.  This service must encompass systems to review incoming inquiries and requests for technical assistance from CC clients; to identify appropriate resources and technical assistance providers, which may include Regional Centers and Content Centers within the CCNetwork, other Department technical assistance providers, and national subject matter experts as needed to meet client needs; and to coordinate support for clients to access services from identified TA providers. This service must encompass Department technical assistance investments within and beyond the CCNetwork.

12) Design, operate and maintain communications and dissemination vehicles for the CCNetwork, including maintaining the CCNetwork website with an easy-to-navigate design that meets government or industry recognized standards for accessibility, including compliance with section 504 of the Rehabilitation Act of 1973, and maintain a consistent media presence, in collaboration with Regional and Content Centers and the Department, utilizing effective media and dissemination strategies that promote increased access and engagement with CCNetwork resources.

12

ED02528

13) Create peer learning opportunities for CCNetwork staff (and other partners, as appropriate) to address implementation challenges and scale effective best practices to improve service delivery across the CCNetwork.

14) Ensure that the Project Director can manage all aspects of the Center and is either staffed at 1 FTE or the Project Director and Co-Director or Deputies are staffed at a minimum of 1.5 FTE collectively. Dedicate sufficient resources within the Center's annual budget to meet all aspects of the priority and program requirements, including sufficient capacity for coordination responsibilities and direct services, as needed.

## Application Requirements

Applicants for National Center grants under this program must:

1) Describe its proposed approach to capacity-building services. This must include a logic model, as well as a description of the evidence base and strategies that support its approach to capacity building services; evidence of the applicant's ability to provide effective capacity building services, such as relevant expertise and demonstrated results from similar projects and demonstrated expertise of key personnel; the impact the Center plans to achieve and how they will measure that impact; and the proposed approach to providing capacity-building services to students with the greatest need as described in Sec. 203(e) of the ETAA, to address the needs of all SEAs, REAs, TEAs, LEAs, and, as appropriate, schools served.

2) Describe the proposed process to identify, in partnership with CC clients, the most urgent educational challenges to be addressed, including how the Center will ensure that the challenges to be addressed are supported by data and evidence and reflected by State and local needs and priorities.

3) Describe the proposed approach to measure and monitor client progress or success in overcoming the challenges to be addressed, including how the Center will use data and evidence to demonstrate outcomes of universal, targeted, and intensive capacity building services, as applicable.

4) Demonstrate expertise in providing highly relevant and highly effective technical assistance, including by demonstrating expertise in the current research on adult learning principles, coaching, and implementation science.

5) Include in the budget narrative explanation of and estimated costs for intensive, targeted, and universal capacity-building services. Describe how the Center will promote cost-effectiveness of services, including ensuring that the estimated costs are aligned to market expectations for similar services.

13

ED02529

6) Describe the proposed leadership structure for the Center and how the organizational leadership will effectively manage the project according to the needs of the program, including how the leadership structure provides organizational capacity to assess, manage, and strategically utilize program resources.

7) Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs that are consistent with the proposed project's intended outcomes.

8) Propose an approach to leading coordination and collaboration of the entire CCNetwork, including how the Center will fulfill the requirements to serve as a concierge-level point of entry to Department technical assistance for States and other CC clients; to develop and administer access to a national cadre of subject matter experts with a broad range of expertise, demonstrated impact, and proven satisfaction serving CC clients; to coordinate and refine processes, tools, and resources to support Regional Centers and RELs to develop or refine and implement multi-year State Learning Agendas; and to identify emerging high-leverage problems that could be effectively addressed through client driven annual service plans.

9) Demonstrate a high level of expertise in leading communication and digital engagement strategies to attract and sustain the involvement of a wide range of education stakeholders.  Provide an approach to creating a robust web and social media presence, overseeing customer relations management, providing editorial support to Regional and Content Centers, and utilizing web analytics and other tools to improve content engagement.

10) Propose an approach to procuring expertise to provide targeted and universal capacity-building services to support beneficiaries in addressing common high-leverage problems, including how the applicant intends to collaborate with Regional Centers to identify potential beneficiaries, and to maximize how many SEAs, REAs, TEAs, and LEAs it has the capacity to reach with available services.

# Application Submission Information

**Competition Resources**

Pre-application webinars and other resources specific to this competition will be available at the Comprehensive Centers program website.

**Registration**

To apply, you must first be registered in two systems: SAM.gov and Grants.gov.  If you are already registered, make sure your registration is active and up to date.

14

ED02530

Grants.gov registration involves several steps, including registration on SAM.gov.  You may begin working on your application while completing the registration process, but you cannot apply until all registration steps are complete.  Once your SAM registration is active, it will take 24-48 hours for the information to become available in Grants.gov.  For detailed information on the registration steps, please go to: Grants.gov Applicant Registration.  Please note that your organization will need to update its SAM registration annually.

> **SAM.gov**
>
> You must have an active account with SAM.gov. This includes having a Unique Entity Identifier. SAM.gov registration can take several weeks. **Begin that process early.**
>
> To register, go to SAM.gov and click on "Get Started."
>
> Click on the Entity Registration Checklist for the information you will need to register in SAM.gov.
>
> If you need help, you can call 866-606-8220 or live chat with the Federal Service Desk.

> **Grants.gov**
>
> You must also have an active account with Grants.gov.
>
> To register, go to Grants.gov and click "Register." When ready, click on "Get Registered Now" and complete the required fields.
>
> For more information or assistance, click on "Applicant Registration Page."

ED strongly recommends that you do not wait until the last day to submit your application. Grants.gov will put a date/time stamp on your application and then process it after it is fully uploaded.  If Grants.gov rejects your application, you will need to resubmit successfully to Grants.gov before 11:59:59 p.m. Eastern Time on the deadline date.

You must provide the Unique-Entity ID (UEI) on your application that was used when you registered as an Authorized Organization Representative (AOR) on Grants.gov.  This UEI is assigned to your organization in SAM at the time your organization registers in SAM.  If you do not enter the UEI assigned by SAM on your application, Grants.gov will reject your application.

A *Grants.gov* applicant must apply online using Workspace, a shared environment in *Grants.gov* where members of a grant team may simultaneously access and edit different web forms within an application.  The Grants.gov website contains further instructions on how to apply.

15

ED02531

**Intergovernmental Review**

This is subject to Executive Order 12372 (Intergovernmental Review of Federal Programs) and the regulations in 34 CFR Part 79. One of the objectives of Executive Order 12372 is to strengthen federalism – or the distribution of responsibility between localities, States, and the Federal government – by fostering intergovernmental partnerships.  This idea includes supporting processes that State or local governments have developed to coordinate and review proposed Federal financial grant applications.  Grant applicants need to contact State Single Points of Contact (SPOC) for information on their State's procedures.  Multi-State applicants should follow procedures specific to each state.  Further information about the SPOC List and the official list of entities can be found online.

**Verify Submission**

Verify that Grants.gov received your application submission on time and that it was validated successfully.  To see the date/time your application was received, log in to Grants.gov and click on the Track My Application link.  For a successful submission, the date/time received should be earlier than 11:59:59 p.m. Eastern Time, on the deadline date, AND the application status should be: Validated, Received by Agency, or Agency Tracking Number Assigned.  Once ED receives your application from Grants.gov, an Agency Tracking Number (PR/award number) will be assigned to your application and will be available for viewing on Grants.gov's Track My Application link.

If the date/time received is later than 11:59:59 p.m. Eastern Time on the deadline date, your application is late.  If your application has a status of "Received," it is still awaiting validation by Grants.gov.  Once validation is complete, the status will either change to "Validated" or "Rejected with Errors."  If the status is "Rejected with Errors," your application has not been received successfully.  Some of the reasons Grants.gov may reject an application can be found on the Encountering Error Messages page at Grants.gov.

For more detailed information on troubleshooting Adobe errors, you can review the Adobe Reader Software Tip Sheet.  If you discover your application is late or has been rejected, please see the instructions below.  Note: You will receive a series of confirmations both online and via e-mail about the status of your application.  Please do not rely solely on e-mail to confirm whether your application has been received in a timely manner and was validated successfully.

**Helpful Hints When Working with Grants.gov**

Please go to the Grants.gov Support Center for help with Grants.gov.  For additional tips related to submitting grant applications, please refer to the Grants.gov Applicant FAQs as well as additional information on Workspace.

16

**Submission Problems – What should you do?**

If you have problems submitting to Grants.gov before the closing date, please contact Grants.gov Customer Support at 1-800-518-4726 or via email at: support@grants.gov.  You may also access the Grants.gov Self- Service Knowledge Base web portal.

# Application Review Information

*Review and Selection Process:* We remind potential applicants that in reviewing applications in any discretionary grant competition, the Secretary may consider, under 34 CFR 75.217,  information outside the rank order of applications, including: the information in each application; and any other information—

(1) Relevant to a criterion, priority, or other requirement that applies to the selection of applications for new grants;

(2) Concerning the applicant's performance and use of funds under a previous award under any ED program; and

(3) Concerning the applicant's failure under any ED program to submit a performance report or its submission of a performance report of unacceptable quality.

Before making awards, ED staff will screen applications submitted in accordance with the requirements in this notice to determine whether applications have met eligibility and other requirements, including whether an application may fail to meet the "General Terms and Conditions" applicable to awarded funds referenced elsewhere within this notice.  This screening process may occur at various stages of the review and selection process. Applicants that are determined to be ineligible will not receive a grant, regardless of whether the application was included in the peer review process.  Applications not selected for funding will be informed of the Secretary's decision in accordance with 34 CFR 75.218.

Peer reviewers will read, prepare a written evaluation of, and score the assigned applications, using the selection criteria provided in this notice.

In addition, in making a competitive grant award, the Secretary requires various assurances, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from ED (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

ED02533

*Tiebreaker:* If two or more applicants for any one Center receive the same total scores, the Secretary will select for funding among the tied applications, as appropriate, according to the following factors:

1. The applicant that has the lower effective indirect cost rate, as indicated in the ED Form 524 Section A submitted with the application.

2. If still tied after implementing the first tiebreaker, an applicant that has not received the highest overall score in this competition for any other Comprehensive Center will be ranked higher than an applicant that has received the highest overall score in this competition for any other Comprehensive Center.

3. If still tied after implementing the second tiebreaker, an application that scores higher on a selection criterion following this order will be ranked higher than an application with the same overall score: Quality of Project Design; Quality of the Management Plan; and Significance.

*Page Limit Recommendation*: ED encourages applicants to limit the Project Narrative section of the application to the equivalent of no more than 75 pages.  While applicants may exceed this limit, ED will instruct peer reviewers to read and score only the first 75 pages of this section of the application.

# Definitions

The definitions are from the NFP; the Elementary and Secondary Education Act of 1965, as amended (ESEA); and 34 CFR 77.1.  The source of each definition is indicated below.

*Beneficiary* means organizations including, but not limited to, SEAs, LEAs, REAs, TEAs, and schools that have received "intensive" and "targeted" capacity-building services and products from Regional Centers, or that received "targeted" or "universal" capacity-building services and products from the National Center or Content Centers.  (NFP)

*Capacity-building services* means assistance that strengthens an individual's or organization's ability to engage in continuous improvement and achieve expected outcomes.  (NFP)

*Client* means the organization with which the Center enters into agreement for negotiated capacity-building services.  The client is engaged in defining the high-leverage problems, capacity-building services, and time-based outcomes for each project noted in the Center's annual service plan.  Representatives of clients include but are not limited to Chief State School Officers or their designees, LEA leaders, and other system leaders. (NFP)

18

ED02534

*Collaboration* means exchanging information, altering activities, and sharing in the creation of ideas and resources to enhance the capacity of one another for mutual benefit to accomplish a common goal.  (NFP)

*Coordination* means exchanging information, altering activities, and synchronizing efforts to make unique contributions to shared goals.  (NFP)

*Educator* means an individual who is a teacher (including an early education teacher), principal or other school leader, administrator, specialized instructional support personnel (e.g., school psychologist, counselor, school social worker, librarian, early intervention service personnel), paraprofessional, faculty, and others.  (NFP)

*Evidence-based* has the meaning ascribed in section 7801(21) of the ESEA.

*Four dimensions of capacity-building services* are:

(1) *Human capacity* means development or improvement of individual knowledge, skills, technical expertise, and ability to adapt and be resilient to policy and leadership changes.

(2) *Organizational capacity* means structures that support clear communication and a shared understanding of an organization's visions and goals and delineated individual roles and responsibilities in functional areas.

(3) *Policy capacity* means structures that support alignment, differentiation, or enactment of local, State, and Federal policies and initiatives.

(4) *Resource capacity* means tangible materials and assets that support alignment and use of Federal, State, private, and local funds.  (NFP)

*High-leverage problems* means problems that (1) if addressed could result in substantial improvements for groups of students with the greatest need, including for students from low-income families and for students attending schools implementing comprehensive support and improvement or targeted or additional targeted support and improvement activities under ESEA section 1111(d)); (2) are priorities for education policymakers, particularly at the State level; and (3) require intensive capacity-building services to achieve outcomes that address the problem.  (NFP)

*Intensive capacity-building services* means assistance often provided on-site and requiring a stable, ongoing relationship between the Comprehensive Center and its clients and recipients, as well as periodic reflection, continuous feedback, and use of evidence-based improvement strategies.  This category of capacity-building services should support increased recipient capacity in more than one dimension of capacity-building services and result in medium-term and long-term outcomes at one or more system levels.  (NFP)

19

ED02535

*Key personnel* means any personnel considered to be essential to the work being performed on the project.  (NFP)

*Logic model* has the meaning ascribed in 34 CFR 77.1(c).

*Milestone* means an activity that must be completed.  Examples include: Identifying key district administrators responsible for professional development, sharing key observations from needs assessment with district administrators and identified stakeholders, preparing a logic model, planning for State-wide professional development, identifying subject matter experts, and conducting train-the-trainer sessions.  (NFP)

*Outcomes* means demonstrable effects of receiving capacity-building services and must reflect the result of capacity built in at least one of the four dimensions of capacity building.  "Outcomes" includes short-term outcomes, medium-term outcomes, and long-term outcomes:

(1) *Short-term outcomes* means effects of receiving capacity-building services after 1 year.

(2) *Medium-term outcomes* means effects of receiving capacity-building services after 2 to 3 years.

(3) *Long-term outcomes* means effects of receiving capacity-building services after 4 or more years.  (NFP)

*Outputs* means products and services that must be completed.  Examples include: Needs assessment, logic model, training modules, evaluation plan, and 12 workshop presentations.  (NFP)

*Note:* A product output under this program would be considered a deliverable under the open licensing regulations at 2 CFR 3474.20.

*Regional educational agency* means educational agencies that serve regional areas within a State.  (NFP)

*Targeted capacity-building services* means assistance based on needs common to multiple clients and recipients and not extensively individualized.  A relationship is established between the recipient(s), the National Center or Content Center, and Regional Center(s), as appropriate.  This category of capacity-building services includes one-time, labor-intensive events, such as facilitating strategic planning or hosting national or regional conferences.  It can also include services that extend over a period of time, such as facilitating a series of conference calls, virtual or in-person meetings, or learning communities on single or multiple topics that are designed around the needs of the

20

ED02536

recipients.  Facilitating communities of practice can also be considered targeted capacity-building services.  (NFP)

*Tribal educational agency* has the meaning ascribed in section 6132(b)(3) of the ESEA.

*Universal capacity-building services* means assistance and information provided to independent users through their own initiative, involving minimal interaction with National or Content Center staff.  This category of capacity-building services includes information or products, such as newsletters, guidebooks, policy briefs, or research syntheses, downloaded from the Center's website by independent users, and may include one-time, invited or offered webinar or conference presentations by National or Content Center staff.  Brief communications or consultations by National or Content Center staff with recipients, either by telephone or email, are also considered universal services.  (NFP)

# Award Requirements

**Terms and Conditions**

If you are awarded a grant under this competition, you must ensure and may be required to demonstrate that federal funds will not be used under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination" clarify the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding.  This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law.  A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190.  To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, ED reserves the right to take appropriate enforcement actions, including the recovery of grant funds.  The Grant Award Notification document accompanying your award may contain further terms and

21

ED02537

conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

**Applicable Regulations**

The Education Department General Administrative Regulations in 34 CFR parts 75, 77, 79, 81, 82, 84, 86, 97, 98, and 99.  (b) The Office of Management and Budget Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement) in 2 CFR part 180, as adopted and amended as regulations of the Department in 2 CFR part 3485. (c) The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in 2 CFR part 200, as adopted and amended as regulations of the Department in 2 CFR part 3474.  (d) The NFP.  (f) The 2025 SSPs.

*Note:* The regulations in 34 CFR part 86 apply to institutions of higher education only.

**Continuation Awards**

In making a continuation award determination under 34 CFR 75.253, ED considers, among other things: whether a grantee has made substantial progress in achieving the goals and objectives of the project; whether the grantee has expended funds in a manner that is consistent with its approved application and budget; if ED has established performance measurement requirements, whether the grantee has made substantial progress in achieving the performance targets in the grantee's approved application; or whether the grant continues to be in the best interest in the federal government.

In making a continuation award determination, ED also considers whether the grantee is operating in compliance with the terms and conditions specified elsewhere in this notice and the assurances in its approved application, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from ED (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).  In making any continuation award determination, ED may consider all relevant information.

22

ED02538

# Application Checklist

The application will require you to fill out several forms, which are listed and linked in grants.gov.  See below for a description of forms and sections:

1. **Standard Documents**

   ❑ Application for Federal Assistance (SF 424)

   ❑ ED Supplemental Information for SF 424

   ❑ ED Grant Application Form for Project Objectives and Performance Measures Information

2. **Budget Information**

   ❑ ED Budget Information Non-Construction Programs (ED Form 524)

3. **ED Abstract Form**

   ❑ Project Abstract

4. **Project Narrative**

   ❑ Application Narrative (Project Narrative Attachment Form)

5. **Budget Narrative**

   ❑ Budget Narrative Attachment Form

6. **Other Attachment Forms**

   ❑ Reference List/Bibliography

   ❑ Individual Resumes for Project Director & Key Personnel

   ❑ Copy of Indirect Cost Rate Agreement, if applicable

   ❑ Letters of Designation/Endorsement, if applicable

7. **Assurances and Certifications**

   ❑ Disclosure of Lobbying Activities (Standard Form LLL)

   ❑ Grants.gov Lobbying Form

**Part 1: Standard Documents**

❑    Application for Federal Assistance (SF 424)

   For additional information on Form SF 424, please visit Forms Repository for SF-424 and SF-424 Instructions.

❑    ED Supplemental Information for SF 424

23

ED02539

These forms require basic identifying information about the applicant and the application.  Please provide all requested applicant information (including name, address, e-mail address and UEI).  **When applying electronically via Grants.gov, you will need to ensure that the UEI on your application is the same as the UEI your organization used when it registered with the System for Award Management.**

Applicants are advised to complete the Application for Federal Assistance (Form SF 424) first.  Grants.gov will automatically insert the correct Assistance Listing Number and program name automatically wherever needed on other forms.

Please do not attach any narratives, supporting files, or application components to the Standard Form (SF 424).  Although this form accepts attachments, ED will only review materials/files attached in accordance with the instructions provided within this application.

For more information, review the Grants.gov Forms Repository.

❑    ED Grant Application Form for Project Objectives and Performance Measures Information

This form collects project objectives and quantitative and/or qualitative program and project-specific performance measures at the time of application submission.

**Part 2: Budget Information**

❑    ED Budget Information Non-Construction Programs (ED Form 524)

This part of your application contains information about the Federal funding you are requesting.  Remember that you must provide all the budget information requested for each year of the project and the total column in order to be considered for Federal funding.  Specific instructions for completing the budget forms are provided within this application package.

Applicants must provide a summary of requested Federal funds for each line-item category included on the worksheet.  Applicants should provide dollar amounts for all requested years of the desired grant award.  Please see Example ED 524 Budget Information Form.

Instructions for completing ED Form 524 Section A:

- *Name of Institution/Organization*: Enter the name of the applicant in the space provided.

- *Personnel (line 1)*: Enter project personnel salaries and wages only.  Include fees and expenses for consultants on line 6.

24

- *Fringe Benefits (line 2)*: The institution's normal fringe benefits contribution may be charged to the program.  Leave this line blank if fringe benefits applicable to direct salaries and wages are treated as part of the indirect cost.

- *Travel (line 3)*: Indicate the travel costs of employees and participants only. Include travel of persons such as consultants on line 6.

- *Equipment (line 4)*: Indicate the cost of tangible, non-expendable personal property that has a usefulness greater than one year and acquisition costs that are the lesser of the capitalization level established by the applicant entity for financial statement purposes or $10,000 per article.  Lower limits may be established to maintain consistency with the applicant's policy.

- *Supplies (line 5)*: Show all tangible, expendable personal property.  Direct supplies and materials differ from equipment in that they are consumable, expendable, and of a relatively low unit cost.  Supplies purchased with grant funds should directly benefit the grant project and be necessary for achieving the goals of the project.

- *Contractual (line 6)*: The contractual category should include all costs specifically incurred with actions that the applicant takes in conjunction with an established internal procurement system.  Include consultant fees, expenses, and travel costs in this category if the consultant's services are obtained through a written binding agreement or contract.

- *Construction (line 7)*: Construction funds are not authorized.

- *Other (line 8)*: Indicate all direct costs not covered on lines 1-6.  For example, include costs such as space rental, required fees, honoraria and travel (where a contract is not in place for services), training, and communication and printing costs.  Do not include costs that are included in the indirect cost rate.

- *Total Direct Costs (line 9)*: The sum of lines 1-8.

- *Indirect Costs (line 10)*: Indicate the applicant's approved indirect cost rate, per sections 75.560-75.564 of EDGAR.  If an applicant does not have an approved indirect cost rate agreement with a cognizant Federal agency, the applicant must apply to ED for a temporary indirect cost rate if it wishes to charge indirect costs to the grant.  For more information, go to ED's website.  In addition, a grantee, if it is eligible, may also use a de minimis rate as provided for under 2 CFR 200.414(f).

- *Training Stipends (line 11)*: Not Applicable for this program.

ED02541

- *Total Cost (line 12)*: This should equal to sum of lines 9-11 (total direct costs + indirect + stipends).  The sum for column one, labeled Project Year 1 (a), should also be equal to item 15a on the application cover sheet (SF Form 424).

**Part 3: ED Abstract Form**

The project abstract should not exceed two double spaced pages and should include a concise description of the following information:

- Project title, objectives and activities
- Absolute Priority being addressed
- Applicable competitive preference priorities
- Proposed project outcomes
- Proposed project partners, if applicable

Ensure that you only attach the ED approved file types detailed in the 2025 Common Instructions.

**Part 4: Project Narrative**

This section should be attached as a single document to the Project Narrative Attachment Form and should be organized in the following manner and include the following parts in order to expedite the review process.

Ensure that you only attach the Education approved file types detailed in the 2025 Common Instructions.

❑    **Table of Contents**

The Table of Contents shows where and how the important sections of your proposal are organized and should not exceed one double-spaced page.

❑    **Application Narrative**

ED encourages applicants to limit this section of the application to the equivalent of no more than 75 pages.  While applicants may exceed this limit, ED will instruct peer reviewers to read and score only the first 75 pages of this section of the application.  The recommended page limit does not apply to the cover sheet; the budget section, including the narrative budget justification; the assurances and certifications; or the project abstract, the resumes, the bibliography, or the letters of support.  However, the recommended page limit does apply to the Project Narrative, including all text in charts, tables, figures, graphs, and screen shots.

**Part 5: Budget Narrative**

This section should be attached as a single document to the Budget Narrative Attachment Form in accordance with the instructions found on Grants.gov.  It should be organized in the following manner and include the following parts in order to expedite the review

process.  Ensure that you attach the Education approved file types detailed in the 2025 Common Instructions.

Each application must also provide a Budget Narrative (which serves to meet the requirements of ED Form 524, Section C) for requested Federal funds.  The Budget Narrative for requested Federal funds should provide a justification of how the money requested for each budget item will be spent.

This section requires an itemized budget breakdown for each project year and the basis for estimating the costs of personnel salaries, benefits, project staff travel, materials and supplies, consultants and subcontracts, indirect costs and any other projected expenditures.  Be sure to complete an itemized budget breakdown and narrative for each year of the proposed project.

The Budget Narrative provides an opportunity for the applicant to identify the nature and amount of the proposed expenditures.  The applicant should provide sufficient detail to enable reviewers and project staff to understand how requested funds will be used, how much will be expended, and the relationship between the requested funds and project activities and outcomes.

In accordance with 34 CFR 75.232, Department of Education staff perform a cost analysis of each recommended project to ensure that costs relate to the activities and objectives of the project, are reasonable, allowable and allocable.  ED may delete or reduce costs from the budget during this review.

**Suggested Guidelines for the Budget Narrative**

1. Provide an itemized budget breakdown and justification by project year.  The budget narrative fulfils the requirement of Form ED 524 -Section C Budget Narrative.  Find information below in Part 5 on completing the budget narrative.  For this program, applicants do not need to fill in non-Federal funds or resources listed in Section B.

2. If you are requesting reimbursement for indirect costs on line 10, this information is to be completed by your Business Office.  Specify the estimated amount of the base to which the indirect cost rate is applied and the total indirect expense.  Depending on the grant program to which you are applying and/or your approved Indirect Cost Rate Agreement, some direct cost budget categories in your grant application budget may not be included in the base and multiplied by your indirect cost rate.  Please indicate which costs are included and which costs are excluded from the base to which the indirect cost rate is applied.

**Part 6: Other Attachment Forms**

Attach one or more documents to the Other Attachments Form.  You may provide all of the required information in a single document, or in multiple documents.

27

ED02543

Ensure that you only attach the Education approved file types detailed in the 2025 Common Instructions and that you upload the attachments in the order they should appear in the application.

Suggested order:

❑ Reference List/Bibliography

❑ Resumes/Vitae for Project Directors & Key Personnel

❑ Copy of Indirect Cost Rate Agreement, if applicable

❑ Letters of Designation/Endorsement, if applicable

**Part 7: Assurances and Certifications**

Be certain to complete all required assurances and certifications in Grants.gov and include all required information in the appropriate place on each form.  The assurances and certifications required for this application are:

❑ **Disclosure of Lobbying Activities (SF LLL Form)**

❑ **Grants.Gov Lobbying Form – "Certification Regarding Lobbying"**

**Note***:* While it is required to submit the lobbying form that best meets an applicants' situation, the two forms are classified as "optional" in Grants.gov to avoid submission errors when only one of the lobbying forms is submitted.

**Attaching Files – Additional Tips**

Please note the following tips related to attaching files to your application:

- When you submit your application electronically, you must upload any narrative sections and all other attachments to your application as read-only flattened Portable Document Formats (PDFs), meaning any fillable PDF files must be saved and submitted as non-fillable PDF files and not as interactive or fillable PDF files, to better ensure applications are processed in a more timely, accurate, and efficient manner.

- Grants.gov cannot process an application that includes two or more files that have the same name within a grant submission.  Therefore, each file uploaded to your application package should have a unique file name.

- When attaching files, applicants should follow the guidelines established by Grants.gov on the size and content of file names.  Uploaded file names must be fewer than 50 characters, and, in general, applicants should not use any special characters.  However, Grants.gov does allow for the following UTF-8 characters when naming your attachments: A-Z, a-z, 0-9, underscore, hyphen, space, period, parenthesis, curly braces, square brackets, ampersand, tilde, exclamation point, comma, semi colon, apostrophe, at sign, number sign, dollar sign, percent sign,

28

plus sign, and equal sign.  Applications submitted that do not comply with the Grants.gov guidelines will be rejected at Grants.gov and not forwarded to ED.

- Applicants should limit the size of their file attachments.  Documents submitted that contain graphics and/or scanned material often greatly increase the size of the file attachments and can result in difficulties opening the files.  For reference, the average discretionary grant application package with all attachments is less than 5 MB. Therefore, you may want to check the total size of your package before submission.

ED02545



U.S. Department of Education

# Comprehensive Centers Program: Regional Centers

# Assistance Listing Number: 84.283B

## FY 2026 Grant Competition

May 8, 2026

## Contents

**Comprehensive Centers Program: Regional Centers** ....................................................1

Program Information ........................................................................................................2

Award Details ..................................................................................................................3

    Maximum Award per Center ........................................................................................3

Eligibility.........................................................................................................................3

    Eligible Applicants ......................................................................................................3

    Costs...........................................................................................................................4

Submission Requirements and Deadlines.......................................................................4

Program Description .......................................................................................................5

    Priorities ....................................................................................................................5

    Selection Criteria.......................................................................................................7

    Performance Measures .............................................................................................9

Requirements ...............................................................................................................10

    Program Requirements ............................................................................................10

    Application Requirements.........................................................................................12

Application Submission Information...............................................................................13

Application Review Information......................................................................................16

Definitions.....................................................................................................................17

Award Requirements.....................................................................................................20

Application Checklist .....................................................................................................22

ED02546

# Program Information

The purpose of the Comprehensive Centers (CC) program is to provide capacity-building services to state educational agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), and schools that improve educational opportunities and student outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for groups of students with the greatest need.

On May 8, 2026, the Department published a Notice of Final Priorities, Requirements, and Definitions (NFP) (91 FR 25452) establishing a redesigned Comprehensive Centers program that aims to better support SEAs, LEAs, REAs, TEAs, and schools and advance the Administration's priorities to return education to the States and promote meaningful learning opportunities to improve academic outcomes for all students.

Through this notice, the Department intends to fund 15 Regional Comprehensive Centers to provide technical assistance to clients of the CC program. The Department may choose to make awards in this or subsequent fiscal years.

*Assistance Listing Number*: 84.283B.

*Program Authority*: 20 U.S.C. 9601 *et seq.*

*OMB Control Number:* 1894–0006[1].

*For Further Information:* Dr. Michelle Daley. Telephone: (202) 987-1057. Email: *OESE.ComprehensiveCenters@ed.gov*.

*Type of Award*: Cooperative Agreements.

*Estimated Available Funds*: $36,065,000.

*Maximum Annual Award:* See Award Details section for the maximum award for each Regional Center.

*Estimated Number of Awards:* 15. See Award Details section for details.

*Project Period:* Up to 60 months.

*Application Deadline: June 30, 2026*

*Note:* This application notice and instructions is the official document governing the grant competition. ED is not bound by any estimates in this notice.

---

[1] According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 80 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit and voluntary. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0006. *Note:* Please do not return completed applications to this address.

2

ED02547

# Award Details

## Maximum Award per Center

The Department anticipates making 15 awards to Regional Centers, with one grant funded per region below.  The Department will not make an award exceeding the maximum amount specific to each center for a single budget period of 12 months.

| Region | Estimated Range of Awards | Maximum Annual Award |
|---|---|---|
| Region 1 (Northeast) | $2,353,513 - $2,548,041 | $2,548,041 |
| Region 2 (Islands) | $1,250,000 - $1,250,000 | $1,250,000 |
| Region 3 (Mid-Atlantic) | $2,118,292 - $2,293,378 | $2,293,378 |
| Region 4 (Appalachia) | $1,839,000 - $1,991,002 | $1,991,002 |
| Region 5 (Southeast) | $2,425,817 - $2,626,321 | $2,626,321 |
| Region 6 (Gulf) | $2,647,596 - $2,866,431 | $2,866,431 |
| Region 7 (Great Lakes) | $2,331,815 - $2,524,549 | $2,524,549 |
| Region 8 (Midwest) | $2,163,955 - $2,342,815 | $2,342,815 |
| Region 9 (Central) | $2,175,760 - $2,355,596 | $2,355,596 |
| Region 10 (Southwest) | $4,863,096 - $5,265,052 | $5,265,052 |
| Region 11 (West) | $4,352,805 - $4,712,583 | $4,712,583 |
| Region 12 (Northwest) | $2,793,350 - $3,024,323 | $3,024,323 |
| Region 13 (Pacific East) | $1,250,000 - $1,250,000 | $1,250,000 |
| Region 14 (Pacific West) | $1,250,000 - $1,250,000 | $1,250,000 |
| Region 15 (Bureau of Indian Education) | $1,000,000 - $1,000,000 | $1,000,000 |

# Eligibility

## Eligible Applicants

Research organizations, institutions, agencies, institutions of higher education (IHEs), or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002). A group of eligible entities may apply as a consortium, in accordance with the requirements in 34 CFR 75.127-129.

3

ED02548

## Costs

**Cost Sharing**

This competition does not require cost sharing or matching.

**Indirect Cost Rate Information:**

This program uses an unrestricted indirect cost rate. For more information regarding indirect costs, or to obtain a negotiated indirect cost rate, please see this webpage.

**Administrative Cost Limitation**

This program does not include any program-specific limitation on administrative expenses. All administrative expenses must be reasonable and necessary and conform to Cost Principles described in 2 CFR part 200 subpart E of the Uniform Guidance.

**Subgrantees**

Under 34 CFR 75.708(b) and (c) a grantee under this competition may award subgrants—to directly carry out project activities described in its application—to the following types of entities: Research organizations, institutions, agencies, IHEs, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice. The grantee may award subgrants to entities it has identified in an approved application.

# Submission Requirements and Deadlines

| Applications Available | May 8, 2026 |
| Application Deadline | June 30, 2026 |
| Deadline for Intergovernmental Review | September 8, 2026 |

**Applicants are required to follow the 2025 Common Instructions for Applicants to Department of Education Discretionary Grant Programs**, published in the Federal Register on August 29, 2025 (90 FR 42234) and available at ED 2025 Common Instructions.

*Note:* For new potential grantees unfamiliar with grantmaking at ED, please consult our "Getting Started with Discretionary Grant Applications" webpage.

ED02549

# Program Description

## Priorities

This notice includes one absolute priority and one competitive preference priority.  The Absolute Priority is from the NFP.  The Competitive Preference Priority is from the 2025 Supplemental Priorities and Definitions for Discretionary Grants Programs (2025 SSPs), published in the Federal Register on September 9, 2025 (90 FR 43514).

An applicant must identify in the abstract form and the project narrative section of the application any priority that it addresses.

For FY 2026, and any subsequent year in which we make awards from the list of unfunded applications for this competition, the absolute and competitive preference priorities are as reflected in this document.

Note: The Department is concurrently accepting applications for the National Comprehensive Center, Emerging Needs Content Centers, Field-Initiated Content Centers, and for the National Center on Improving Literacy for Students with Disabilities under separate competitions and priorities, in addition to applications for Regional Centers through this competition. Please visit Grants.gov for information on these competitions.  If an applicant wishes to apply to operate more than one Comprehensive Center, the applicant must submit a separate application for each Center. The Department intends to create multiple separate funding slates: one for each Regional Center, one for the National Center, one for the National Center on Improving Literacy for Students with Disabilities, one for awards under the Field-Initiated Content Center priority, and one for the award under the Emerging Needs Content Center priority.

*Absolute Priority:* Under 34 CFR 75.105(c)(3), we consider only applications that meet the absolute priority.

*Competitive Preference Priority:* An application may receive a maximum of 10 additional points under the Competitive Preference Priority. ED will not review or award points for the competitive preference priority if an applicant fails to clearly identify it as a competitive preference priority.

**Priority Summary Table**

| Priority Type | Priority Title | Required | Points | Priority Language |
|---|---|---|---|---|
| Absolute Priority | Regional Centers | Yes | N/A | See below. |

5

ED02550

| Priority Type | Priority Title | Required | Points | Priority Language |
|---|---|---|---|---|
| Competitive Preference Priority | Returning Education to the States | No | 0 or 10 points | Projects or proposals that will be carried out by one or more of the following:<br><br>(a) State educational agencies (as defined in 20 U.S.C. 7801(49)),<br><br>(b) Entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal,<br><br>(c) A Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or<br><br>(d) Consortia of the entities identified under this priority. |

**Absolute Priority Language**

*Absolute Priority: Regional Centers*

Projects that propose to establish Regional Centers to provide intensive, client-driven technical assistance aligned to State and local priorities and needs related to selecting, implementing, and sustaining evidence-based programs, practices, and interventions in support of improved educator practice and student outcomes, especially in math and literacy.

Regional Centers must effectively work with the National Center, the REL in their region, federal technical assistance providers and Content Centers, as relevant and needed, to assist clients, reduce burdens and barriers to service for States and other clients, and avoid duplicative efforts and interventions. Regional Centers must develop cost-effective strategies to make their services available to as many SEAs, REAs, TEAs, LEAs, and schools within the region in need of support as possible. Services must be designed to improve educational opportunities, educator practice, and student outcomes as described in section 203(f) of the Education Technical Assistance Act of 2002 (ETAA).

In compliance with the requirements of Section 203(a)(2) of the ETAA, the Department intends to establish through this priority a minimum of 10 Regional Centers that will each serve a subset of States, with at least one Regional Center per REL region. For FY 2026 or

6

any year in which this priority is used, the Department will publish the list of Regional Centers to be established in an application notice and instructions. To determine the configuration of Regional Centers for any given competition, the Department will consider the factors outlined in the ETAA, including the school-age population, proportion of economically disadvantaged students, the increased cost burdens of service delivery in areas of sparse population, and the number of schools implementing comprehensive support and improvement activities and targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965, as amended in the population served by the local entity or consortium of such entities.

Applicants must propose to establish and operate a Regional Center in one of the following regions:

- *Region 1 (Northeast):* Connecticut, Massachusetts, Maine, New Hampshire, New York, Rhode Island, Vermont
- *Region 2 (Islands):* Puerto Rico, Virgin Islands
- *Region 3 (Mid-Atlantic):* Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania
- *Region 4 (Appalachia):* Kentucky, Tennessee, Virginia, West Virginia
- *Region 5 (Southeast):* Georgia, North Carolina, South Carolina
- *Region 6 (Gulf):* Alabama, Florida, Mississippi
- *Region 7 (Great Lakes):* Indiana, Michigan, Ohio
- *Region 8 (Midwest):* Illinois, Iowa, Minnesota, Wisconsin
- *Region 9 (Central):* Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, Wyoming
- *Region 10 (Southwest):* Arkansas, Louisiana, New Mexico, Oklahoma, Texas
- *Region 11 (West):* Arizona, California, Nevada, Utah
- *Region 12 (Northwest):* Alaska, Oregon, Washington, Idaho, Montana
- *Region 13 (Pacific East):* American Samoa, Hawaii, Republic of the Marshall Islands *Region 14 (Pacific West):* Commonwealth of the Northern Mariana Islands, Federated States of Micronesia, Guam, Palau
- *Region 15:* Bureau of Indian Education

## Selection Criteria

Selection criteria outline how the application will be scored. The maximum possible total score an application can receive for addressing the criteria is 100 points. The maximum possible score for addressing each criterion is indicated in parentheses following the criterion. The selection criteria for this competition are from 34 CFR 75.210.

7

(a) *Significance (up to 20 points)*. The Secretary considers the significance of the proposed project. In determining the significance of the proposed project, the Secretary considers the following factors:

    (1) The data presented (including a comparison to local, State, regional, national, or international data) that demonstrates the issue, challenge, or opportunity to be addressed by the proposed project (*up to 5 points)*.

    (2) The extent to which the proposed project is likely to build local, State, regional, or national capacity to provide, improve, sustain, or expand training or services that address the needs of underserved populations (*up to 15 points)*.

(b) *Quality of the Project Design (up to 50 points):* The Secretary considers the quality of the design of the proposed project.  In determining the quality of the design of the proposed project, the Secretary considers:

    (1) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified, measurable, and ambitious yet achievable within the project period, and aligned with the purposes of the grant program (*up to 5 points)*.

    (2) The adequacy of plans for ensuring the use of quantitative and qualitative data, including meaningful community member and partner input, to inform continuous improvement in the operation of the proposed project (*up to 10 points)*.

    (3) The extent to which the training or professional development services to be provided by the proposed project are of sufficient quality, intensity, and duration to build recipient and project capacity in ways that lead to improvements in practice among the recipients of those services (*up to 15 points)*.

    (4) The extent to which the proposed project will include coordination with other Federal investments, as well as appropriate agencies and organizations providing similar services to the target population (*up to 10 points)*.

    (5) The extent to which the proposed project is supported by the target population that it is intended to serve (*up to 5 points*).

    (6) The quality of the logic model or other conceptual framework underlying the proposed project, including how inputs are related to outcomes (*up to 5 points)*.

ED02553

(c) *Quality of the Management Plan (up to 30 points)*: The Secretary considers the quality of the management plan for the proposed project.  In determining the quality of the management plan for the proposed project, the Secretary considers:

    (1)  The feasibility of the management plan to achieve project objectives and goals on time and within budget, including clearly defined responsibilities, timelines, and milestones for accomplishing project tasks (*up to 10 points)*.

    (2)  The extent to which the time commitments of the project director and principal investigator and other key project personnel are appropriate and adequate to meet the objectives of the proposed project *(up to 5 points)*.

    (3)  The extent to which the key personnel in the project, when hired, have the qualifications required for the proposed project, including formal training or work experience in fields related to the objectives of the project, and represent or have lived experiences of the target population (*up to 10 points)*.

    (4)  The extent to which the budget is adequate to support the proposed project and the costs are reasonable in relation to the objectives, design, and potential significance of the proposed project (*up to 5 points*).

Note: In responding to the selection criteria factor (c)(3) under *Quality of the Management Plan*, applicants are encouraged to define "target population" in the context of the universe of CC clients (i.e., SEAs, REAs, LEAs, and schools identified for support under the ETAA) to be served by the applicant and in a manner that is consistent with the U.S. Department of Justice's Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination released on July 29, 2025.

## Performance Measures

ED has developed the following performance measures for the purpose of reporting to ED under 34 CFR 75.110:

*Program Performance Measures*. The Department has established the following set of performance measures that are designed to evaluate the effectiveness of each Center, as well as the Comprehensive Centers Program as a whole.

| Program Measure | Description |
| --- | --- |
| Program Performance Measure 1 | The extent to which Comprehensive Center clients are satisfied with the quality, usefulness, and relevance of services provided. |

ED02554

| Program Measure | Description |
|---|---|
| Program Performance Measure 2 | The extent to which Comprehensive Centers provide services and products to a wide range of recipients. |
| Program Performance Measure 3 | The extent to which Comprehensive Centers demonstrate that capacity-building services were implemented as intended. |
| Program Performance Measure 4 | The extent to which Comprehensive Centers demonstrate recipient outcomes were met. |

In accordance with 34 CFR 75.110(b), applications must describe:

1. The data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data.

2. The applicant's capacity to collect and report reliable, valid, and meaningful performance data, as evidenced by high-quality data collection, analysis, and reporting in other projects or research.

# Requirements

## Program Requirements

Regional Center grantees under this program must:

1) Create client driven service plans annually for carrying out the technical assistance and capacity-building services to be delivered by the Center in response to identified educational challenges facing students, practitioners, and education system leaders. In developing the annual service plan, the Center must demonstrate that services reflect State-identified needs and leadership priorities for assistance, such as through documentation of State approval of services and alignment to State Learning Agendas. Plans must include: High-leverage problems to be addressed, including identified client needs, capacity-building services to be delivered[2], time-based outcomes (i.e., short-term, mid-term, long-term), responsible personnel, key technical assistance partners, milestones, outputs, dissemination plans, fidelity measures, if appropriate, and any other elements specified by the Department. Additionally, plans must demonstrate how services

---

[2] Services may include universal, targeted, and intensive capacity-building services in any of the four dimensions of capacity building services as defined by this program: human capacity, organizational capacity, policy capacity, and resource capacity.

ED02555

will prioritize support for students and communities with the highest needs, as described in section 203(e) of the ETAA.[3]

2) Design and implement streamlined client-driven capacity-building services in partnership with State and local beneficiaries to reflect and address specific client needs and desired outcomes.

3) Demonstrate to the Department that it has engaged clients in defining proposed service projects and that it has secured client and partner commitments to carry out proposed annual service plans.

4) Develop and implement an effective performance management and evaluation system that integrates continuous improvement to promote effective achievement of client outcomes. The system must include methods to measure and monitor progress towards agreed upon outcomes, outputs, and milestones and to measure the reach, use, and impact of the services being delivered to ensure capacity-building services are implemented as intended, reaching intended clients and recipients, and achieving desired results. Progress monitoring must include periodic assessment of client satisfaction and timely identification of changes in State contexts that may impact the project's success. The performance management system must include strategies to report on defined program performance measures.

5) Participate in a national evaluation of the CC Program.

6) Actively coordinate and collaborate with the REL serving their region to implement technical assistance in response to needs and priorities of shared clients. Coordination must include annual joint planning and establishment of a joint advisory board that meets the requirements under the ETAA section 203(g) ([20 U.S.C. 9602](#)). The joint advisory board must be designed to inform and improve service delivery across both programs while reducing burden on State agencies.

7) Partner with the REL serving their region, with support from the National Center, as needed, to work with each State in the region to develop or refine, as appropriate, and implement a multi-year State Learning Agenda to identify needs and set priorities for evidence building and educational program implementation. The Center must develop the annual service plan from the priorities established by States in their Learning Agendas, as well as other relevant feedback from stakeholders, including Chief State School Officers and other SEA leaders, TEAs,

---

[3] Section 203(e) of the ETAA requires each CC to prioritize school serving high percentages or number of students from low-income families, including such schools in rural and urban areas and those receiving assistance under Title I of the ESEA; LEAs with high percentages or numbers of school-age children from low-income families, including such LEAs in rural and urban areas; and schools implementing comprehensive support and improvement activities or targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965 [[20 U.S.C. 6311(d)](#)].

ED02556

LEAs, educators, students, and parents, to reflect the most pressing needs of all States (and to the extent practicable, of LEAs) within the region to be served.

8) Partner with clients to identify and select the subject matter expertise needed to provide effective capacity building services for all annual service plan projects, including utilizing the National Center cadre of subject matter experts, to evaluate options and procure expertise from a broad range of sources.

9) Establish and provide the Department copies of partnership agreements with the REL(s) in the region that the Center serves, the National Center, and as appropriate, other Department-funded technical assistance providers. Partnership agreements must define processes to meet relevant program requirements.

10) Be located in the region served. The Project Director must be capable of managing all aspects of the Center and be either at a minimum of 0.75 FTE or there must be two Co-Project Directors at a minimum of 1.0 FTE collectively.

## Application Requirements

Applicants for Regional Center grants under this program must:

1) Describe its proposed approach to capacity-building services. This must include a logic model, as well as a description of the evidence base and strategies that support its approach to capacity building services; evidence of the applicant's ability to provide effective capacity building services, such as relevant expertise and demonstrated results from similar projects and demonstrated expertise of key personnel; the impact the Center plans to achieve and how they will measure that impact; and the proposed approach to providing capacity-building services to students with the greatest need as described in Sec. 203(e) of the ETAA, to address the needs of all SEAs, REAs, TEAs, LEAs, and, as appropriate, schools served.

2) Describe the proposed process to identify, in partnership with CC clients, the most urgent educational challenges to be addressed, including how the Center will ensure that the challenges to be addressed are supported by data and evidence and reflected by State and local needs and priorities.

3) Describe the proposed approach to measure and monitor client progress or success in overcoming the challenges to be addressed, including how the Center will use data and evidence to demonstrate outcomes of universal, targeted, and intensive capacity building services, as applicable.

4) Demonstrate expertise in providing highly relevant and highly effective technical assistance, including by demonstrating expertise in the current research on adult learning principles, coaching, and implementation science.

ED02557

5)  Include in the budget narrative explanation of and estimated costs for intensive, targeted, and universal capacity-building services. Describe how the Center will promote cost-effectiveness of services, including ensuring that the estimated costs are aligned to market expectations for similar services.

6)  Describe the proposed leadership structure for the Center and how the organizational leadership will effectively manage the project according to the needs of the program, including how the leadership structure provides organizational capacity to assess, manage, and strategically utilize program resources.

7)  Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs that are consistent with the proposed project's intended outcomes.

8)  Propose an approach to intensive capacity-building services, including identification of intended beneficiaries based on available data for specific regions, and details on how the Center will ensure proposed capacity-building services are driven by client needs and co-developed with client input.

# Application Submission Information

**Competition Resources**

Pre-application webinars and other resources specific to this competition will be available on the program website.

**Registration**

To apply, you must first be registered in two systems: SAM.gov and Grants.gov. If you are already registered, make sure your registration is active and up to date.

Grants.gov registration involves several steps, including registration on SAM.gov. You may begin working on your application while completing the registration process, but you cannot apply until all registration steps are complete. Once your SAM registration is active, it will take 24-48 hours for the information to become available in Grants.gov. For detailed information on the registration steps, please go to: Grants.gov Applicant Registration. Please note that your organization will need to update its SAM registration annually.

13

ED02558

**SAM.gov**

You must have an active account with SAM.gov. This includes having a Unique Entity Identifier. SAM.gov registration can take several weeks. **Begin that process early.**

To register, go to SAM.gov and click on "Get Started."

Click on the Entity Registration Checklist for the information you will need to register in SAM.gov.

If you need help, you can call 866-606-8220 or live chat with the Federal Service Desk.

**Grants.gov**

You must also have an active account with Grants.gov.

To register, go to Grants.gov and click "Register." When ready, click on "Get Registered Now" and complete the required fields.

For more information or assistance, click on "Applicant Registration Page."

ED strongly recommends that you do not wait until the last day to submit your application. Grants.gov will put a date/time stamp on your application and then process it after it is fully uploaded. If Grants.gov rejects your application, you will need to resubmit successfully to Grants.gov before 11:59:59 p.m. Eastern Time on the deadline date.

You must provide the Unique-Entity ID (UEI) on your application that was used when you registered as an Authorized Organization Representative (AOR) on Grants.gov. This UEI is assigned to your organization in SAM at the time your organization registers in SAM. If you do not enter the UEI assigned by SAM on your application, Grants.gov will reject your application.

A *Grants.gov* applicant must apply online using Workspace, a shared environment in *Grants.gov* where members of a grant team may simultaneously access and edit different web forms within an application. The Grants.gov website contains further instructions on how to apply.

**Intergovernmental Review**

This is subject to Executive Order 12372 (Intergovernmental Review of Federal Programs) and the regulations in 34 CFR Part 79. One of the objectives of Executive Order 12372 is to strengthen federalism – or the distribution of responsibility between localities, States, and the Federal government – by fostering intergovernmental partnerships. This idea includes supporting processes that State or local governments have developed to coordinate and

14

review proposed Federal financial grant applications. Grant applicants need to contact State Single Points of Contact (SPOC) for information on their State's procedures. Multi-State applicants should follow procedures specific to each state. Further information about the SPOC List and the official list of entities can be found online.

**Verify Submission**

Verify that Grants.gov received your application submission on time and that it was validated successfully. To see the date/time your application was received, log in to Grants.gov and click on the Track My Application link. For a successful submission, the date/time received should be earlier than 11:59:59 p.m. Eastern Time, on the deadline date, AND the application status should be: Validated, Received by Agency, or Agency Tracking Number Assigned. Once ED receives your application from Grants.gov, an Agency Tracking Number (PR/award number) will be assigned to your application and will be available for viewing on Grants.gov's Track My Application link.

If the date/time received is later than 11:59:59 p.m. Eastern Time on the deadline date, your application is late. If your application has a status of "Received," it is still awaiting validation by Grants.gov. Once validation is complete, the status will either change to "Validated" or "Rejected with Errors." If the status is "Rejected with Errors," your application has not been received successfully. Some of the reasons Grants.gov may reject an application can be found on the Encountering Error Messages page at Grants.gov.

For more detailed information on troubleshooting Adobe errors, you can review the Adobe Reader Software Tip Sheet . If you discover your application is late or has been rejected, please see the instructions below. Note: You will receive a series of confirmations both online and via e-mail about the status of your application. Please do not rely solely on e-mail to confirm whether your application has been received timely and validated successfully.

**Helpful Hints When Working with Grants.gov**

Please go to the Grants.gov Support Center for help with Grants.gov. For additional tips related to submitting grant applications, please refer to the Grants.gov Applicant FAQs as well as additional information on Workspace.

**Submission Problems – What should you do?**

If you have problems submitting to Grants.gov before the closing date, please contact Grants.gov Customer Support at 1-800-518-4726 or via email at: support@grants.gov. You may also access the Grants.gov Self- Service Knowledge Base web portal.

15

ED02560

# Application Review Information

*Review and Selection Process:* We remind potential applicants that in reviewing applications in any discretionary grant competition, the Secretary may consider, under 34 CFR 75.217,  information outside the rank order of applications, including: the information in each application; and any other information—

(1) Relevant to a criterion, priority, or other requirement that applies to the selection of applications for new grants;

(2) Concerning the applicant's performance and use of funds under a previous award under any ED program; and

(3) Concerning the applicant's failure under any ED program to submit a performance report or its submission of a performance report of unacceptable quality.

Before making awards, ED staff will screen applications submitted in accordance with the requirements in this notice to determine whether applications have met eligibility and other requirements, including whether an application may fail to meet the "General Terms and Conditions" applicable to awarded funds referenced elsewhere within this notice. This screening process may occur at various stages of the review and selection process. Applicants that are determined to be ineligible will not receive a grant, regardless of whether the application was included in the peer review process. Applications not selected for funding will be informed of the Secretary's decision in accordance with 34 CFR 75.218.

Peer reviewers will read, prepare a written evaluation of, and score the assigned applications, using the selection criteria provided in this notice.

In addition, in making a competitive grant award, the Secretary requires various assurances, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from ED (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

*Tiebreaker:* If two or more applicants for any one Center receive the same total scores, the Secretary will select for funding among the tied applications, as appropriate, according to the following factors:

1. The applicant that has the lower effective indirect cost rate, as indicated in the ED Form 524 Section A submitted with the application.

2. If still tied after implementing the first tiebreaker, an applicant that has not received the highest overall score in this competition for any other Comprehensive Center will be ranked

16

ED02561

higher than an applicant that has received the highest overall score in this competition for any other Comprehensive Center.

3. If still tied after implementing the second tiebreaker, an application that scores higher on a selection criterion following this order will be ranked higher than an application with the same overall score: Quality of Project Design; Quality of the Management Plan; and Significance.

*Page Limit Recommendation:* ED encourages applicants to limit the Project Narrative section of the application to the equivalent of no more than 75 pages.  While applicants may exceed this limit, ED will instruct peer reviewers to read and score only the first 75 pages of this section of the application.

# Definitions

The definitions are from the NFP the Elementary and Secondary Education Act of 1965, as amended (ESEA); and 34 CFR 77.1.  The source of each definition is indicated below.

*Beneficiary* means organizations including, but not limited to, SEAs, LEAs, REAs, TEAs, and schools that have received "intensive" and "targeted" capacity-building services and products from Regional Centers, or that received "targeted" or "universal" capacity-building services and products from the National Center or Content Centers.  (NFP)

*Capacity-building services* means assistance that strengthens an individual's or organization's ability to engage in continuous improvement and achieve expected outcomes. (NFP)

*Client* means the organization with which the Center enters into agreement for negotiated capacity-building services. The client is engaged in defining the high-leverage problems, capacity-building services, and time-based outcomes for each project noted in the Center's annual service plan. Representatives of clients include but are not limited to Chief State School Officers or their designees, LEA leaders, and other system leaders. (NFP)

*Collaboration* means exchanging information, altering activities, and sharing in the creation of ideas and resources to enhance the capacity of one another for mutual benefit to accomplish a common goal. (NFP)

*Coordination* means exchanging information, altering activities, and synchronizing efforts to make unique contributions to shared goals. NFP)

*Educator* means an individual who is a teacher (including an early education teacher), principal or other school leader, administrator, specialized instructional support personnel

17

(e.g., school psychologist, counselor, school social worker, librarian, early intervention service personnel), paraprofessional, faculty, and others. (NFP)

*Evidence-based* has the meaning ascribed in section 7801(21) of the ESEA.

*Four dimensions of capacity-building services* are:

(1) *Human capacity* means development or improvement of individual knowledge, skills, technical expertise, and ability to adapt and be resilient to policy and leadership changes.

(2) *Organizational capacity* means structures that support clear communication and a shared understanding of an organization's visions and goals and delineated individual roles and responsibilities in functional areas.

(3) *Policy capacity* means structures that support alignment, differentiation, or enactment of local, State, and Federal policies and initiatives.

(4) *Resource capacity* means tangible materials and assets that support alignment and use of Federal, State, private, and local funds. (NFP)

*High-leverage problems* means problems that (1) if addressed could result in substantial improvements for groups of students with the greatest need, including for students from low-income families and for students attending schools implementing comprehensive support and improvement or targeted or additional targeted support and improvement activities under ESEA section 1111(d)); (2) are priorities for education policymakers, particularly at the State level; and (3) require intensive capacity-building services to achieve outcomes that address the problem. (NFP)

*Intensive capacity-building services* means assistance often provided on-site and requiring a stable, ongoing relationship between the Comprehensive Center and its clients and recipients, as well as periodic reflection, continuous feedback, and use of evidence-based improvement strategies. This category of capacity-building services should support increased recipient capacity in more than one dimension of capacity-building services and result in medium-term and long-term outcomes at one or more system levels. (NFP)

*Key personnel* means any personnel considered to be essential to the work being performed on the project. (NFP)

*Logic model* has the meaning ascribed in 34 CFR 77.1(c).

*Milestone* means an activity that must be completed. Examples include: Identifying key district administrators responsible for professional development, sharing key observations from needs assessment with district administrators and identified stakeholders, preparing

18

a logic model, planning for State-wide professional development, identifying subject matter experts, and conducting train-the-trainer sessions. (NFP)

*Outcomes* means demonstrable effects of receiving capacity-building services and must reflect the result of capacity built in at least one of the four dimensions of capacity building. "Outcomes" includes short-term outcomes, medium-term outcomes, and long-term outcomes:

(1) *Short-term outcomes* means effects of receiving capacity-building services after 1 year.

(2) *Medium-term outcomes* means effects of receiving capacity-building services after 2 to 3 years.

(3) *Long-term outcomes* means effects of receiving capacity-building services after 4 or more years. (NFP)

*Outputs* means products and services that must be completed. Examples include: Needs assessment, logic model, training modules, evaluation plan, and 12 workshop presentations. (NFP)

*Note:* A product output under this program would be considered a deliverable under the open licensing regulations at 2 CFR 3474.20.

*Regional educational agency* means educational agencies that serve regional areas within a State. (NFP)

*Targeted capacity-building services* means assistance based on needs common to multiple clients and recipients and not extensively individualized. A relationship is established between the recipient(s), the National Center or Content Center, and Regional Center(s), as appropriate. This category of capacity-building services includes one-time, labor-intensive events, such as facilitating strategic planning or hosting national or regional conferences. It can also include services that extend over a period of time, such as facilitating a series of conference calls, virtual or in-person meetings, or learning communities on single or multiple topics that are designed around the needs of the recipients. Facilitating communities of practice can also be considered targeted capacity-building services. (NFP)

*Tribal educational agency* has the meaning ascribed in section 6132(b)(3) of the ESEA.

*Universal capacity-building services* means assistance and information provided to independent users through their own initiative, involving minimal interaction with National or Content Center staff. This category of capacity-building services includes information or products, such as newsletters, guidebooks, policy briefs, or research syntheses,

19

ED02564

downloaded from the Center's website by independent users, and may include one-time, invited or offered webinar or conference presentations by National or Content Center staff. Brief communications or consultations by National or Content Center staff with recipients, either by telephone or email, are also considered universal services. (NFP)

# Award Requirements

**Terms and Conditions**

If you are awarded a grant under this competition, you must ensure and may be required to demonstrate that federal funds will not be used under this project in any manner that violates the United States Constitution, Title VI or Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* or 42 U.S.C. 2000e *et seq.*), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.*), section 504 of the Rehabilitation Act (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.*), Title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131 *et seq.*), the Boy Scouts of America Equal Access Act of 2001 (20 U.S.C. 7905), section 117 of the Higher Education Act of 1965, as amended (20 U.S.C. 1011f), or other applicable Federal law.

Please note the provisions of Executive Orders 14151, 14168, 14173, and 14190 as well as the U.S. Department of Justice's July 29, 2025, non-regulatory "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination," which clarifies the application of Federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs.

Such activities may risk violating Federal civil rights laws and may jeopardize Federal funding. This includes any discriminatory equity ideology in violation of a Federal anti-discrimination law. A definition of "discriminatory equity ideology" is contained in Section 2(b) of Executive Order 14190. To the extent that any entity receiving grant funds under this grant uses those grant funds for such unallowable activities, ED reserves the right to take appropriate enforcement actions, including the recovery of grant funds. The Grant Award Notification document accompanying your award may contain further terms and conditions, as necessary, to ensure grantee compliance with applicable laws, regulations, and administrative priorities.

**Applicable Regulations**

The Education Department General Administrative Regulations in 34 CFR parts 75, 77, 79, 81, 82, 84, 86, 97, 98, and 99. (b) The Office of Management and Budget Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement) in 2 CFR part 180, as adopted and amended as regulations of the Department in 2 CFR part 3485. (c) The

20

ED02565

Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in 2 CFR part 200, as adopted and amended as regulations of the Department in 2 CFR part 3474. (d) The NFP. (f) The 2025 SSPs.

*Note:* The regulations in 34 CFR part 86 apply to institutions of higher education only.

**Continuation Awards**

In making a continuation award determination under 34 CFR 75.253, ED considers, among other things: whether a grantee has made substantial progress in achieving the goals and objectives of the project; whether the grantee has expended funds in a manner that is consistent with its approved application and budget; if ED has established performance measurement requirements, whether the grantee has made substantial progress in achieving the performance targets in the grantee's approved application; or whether the grant continues to be in the best interest in the federal government.

In making a continuation award determination, ED also considers whether the grantee is operating in compliance with the terms and conditions specified elsewhere in this notice and the assurances in its approved application, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from ED (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23). In making any continuation award determination, ED may consider all relevant information.

21

# Application Checklist

The application will require you to fill out several forms, which are listed and linked in Grants.gov. See below for a description of forms and sections:

1. **Standard Documents**
   - ❏ Application for Federal Assistance (SF 424)
   - ❏ ED Supplemental Information for SF 424
   - ❏ ED Grant Application Form for Project Objectives and Performance Measures Information

2. **Budget Information**
   - ❏ ED Budget Information Non-Construction Programs (ED Form 524)

3. **ED Abstract Form**
   - ❏ Project Abstract

4. **Project Narrative**
   - ❏ Application Narrative (Project Narrative Attachment Form)

5. **Budget Narrative**
   - ❏ Budget Narrative Attachment Form

6. **Other Attachment Forms**
   - ❏ Reference List/Bibliography
   - ❏ Individual Resumes for Project Director & Key Personnel
   - ❏ Copy of Indirect Cost Rate Agreement, if applicable
   - ❏ Letters of Designation/Endorsement, if applicable

7. **Assurances and Certifications**
   - ❏ Disclosure of Lobbying Activities (Standard Form LLL)
   - ❏ Grants.gov Lobbying Form

**Part 1: Standard Documents**

❏    Application for Federal Assistance (SF 424)

For additional information on Form SF 424, please visit Forms Repository for SF-424 and SF-424 Instructions.

❏    ED Supplemental Information for SF 424

22

ED02567

These forms require basic identifying information about the applicant and the application. Please provide all requested applicant information (including name, address, e-mail address and UEI). **When applying electronically via Grants.gov, you will need to ensure that the UEI on your application is the same as the UEI your organization used when it registered with the System for Award Management.**

Applicants are advised to complete the Application for Federal Assistance (Form SF 424) first. Grants.gov will automatically insert the correct Assistance Listing Number and program name automatically wherever needed on other forms.

Please do not attach any narratives, supporting files, or application components to the Standard Form (SF 424). Although this form accepts attachments, ED will only review materials/files attached in accordance with the instructions provided within this application.

For more information, review the Grants.gov Forms Repository.

❑    ED Grant Application Form for Project Objectives and Performance Measures Information

This form collects project objectives and quantitative and/or qualitative program and project-specific performance measures at the time of application submission.

**Part 2: Budget Information**

❑    ED Budget Information Non-Construction Programs (ED Form 524)

This part of your application contains information about the Federal funding you are requesting. Remember that you must provide all the budget information requested for each year of the project and the total column in order to be considered for Federal funding. Specific instructions for completing the budget forms are provided within this application package.

Applicants must provide a summary of requested Federal funds for each line-item category included on the worksheet. Applicants should provide dollar amounts for all requested years of the desired grant award. Please see Example ED 524 Budget Information Form.

Instructions for completing ED Form 524 Section A:

- *Name of Institution/Organization*: Enter the name of the applicant in the space provided.

- *Personnel (line 1)*: Enter project personnel salaries and wages only. Include fees and expenses for consultants on line 6.

ED02568

- *Fringe Benefits (line 2)*: The institution's normal fringe benefits contribution may be charged to the program. Leave this line blank if fringe benefits applicable to direct salaries and wages are treated as part of the indirect cost.

- *Travel (line 3)*: Indicate the travel costs of employees and participants only. Include travel of persons such as consultants on line 6.

- *Equipment (line 4)*: Indicate the cost of tangible, non-expendable personal property that has a usefulness greater than one year and acquisition costs that are the lesser of the capitalization level established by the applicant entity for financial statement purposes or $10,000 per article. Lower limits may be established to maintain consistency with the applicant's policy.

- *Supplies (line 5)*: Show all tangible, expendable personal property. Direct supplies and materials differ from equipment in that they are consumable, expendable, and of a relatively low unit cost. Supplies purchased with grant funds should directly benefit the grant project and be necessary for achieving the goals of the project.

- *Contractual (line 6)*: The contractual category should include all costs specifically incurred with actions that the applicant takes in conjunction with an established internal procurement system. Include consultant fees, expenses, and travel costs in this category if the consultant's services are obtained through a written binding agreement or contract.

- *Construction (line 7)*: Construction funds are not authorized.

- *Other (line 8)*: Indicate all direct costs not covered on lines 1-6. For example, include costs such as space rental, required fees, honoraria and travel (where a contract is not in place for services), training, and communication and printing costs. Do not include costs that are included in the indirect cost rate.

- *Total Direct Costs (line 9)*: The sum of lines 1-8.

- *Indirect Costs (line 10)*: Indicate the applicant's approved indirect cost rate, per sections 75.560-75.564 of EDGAR. If an applicant does not have an approved indirect cost rate agreement with a cognizant Federal agency, the applicant must apply to ED for a temporary indirect cost rate if it wishes to charge indirect costs to the grant. For more information, go to ED's website. In addition, a grantee, if it is eligible, may also use a de minimis rate as provided for under 2 CFR 200.414(f).

- *Training Stipends (line 11)*: Not Applicable for this program.

ED02569

- *Total Cost (line 12)*: This should equal to sum of lines 9-11 (total direct costs + indirect + stipends). The sum for column one, labeled Project Year 1 (a), should also be equal to item 15a on the application cover sheet (SF Form 424).

**Part 3: ED Abstract Form**

The project abstract should not exceed two double spaced pages and should include a concise description of the following information:

- Project title, objectives and activities
- Absolute Priority being addressed
- Applicable competitive preference priorities
- Proposed project outcomes
- Proposed project partners, if applicable

**Part 4: Project Narrative**

This section should be attached as a single document to the Project Narrative Attachment Form and should be organized in the following manner and include the following parts in order to expedite the review process.

Ensure that you only attach the Education approved file types detailed in the 2025 Common Instructions.

❏    **Table of Contents**

The Table of Contents shows where and how the important sections of your proposal are organized and should not exceed one double-spaced page.

❏    **Application Narrative**

ED encourages applicants to limit this section of the application to the equivalent of no more than 75 pages.  While applicants may exceed this limit, ED will instruct peer reviewers to read and score only the first 75 pages of this section of the application. The recommended page limit does not apply to the cover sheet; the budget section, including the narrative budget justification; the assurances and certifications; or the project abstract, the resumes, the bibliography, or the letters of support. However, the recommended page limit does apply to the **Project Narrative**.

**Part 5: Budget Narrative**

This section should be attached as a single document to the Budget Narrative Attachment Form in accordance with the instructions found on Grants.gov. It should be organized in the following manner and include the following parts in order to expedite the review process. Ensure that you attach the Education approved file types detailed in the 2025 Common Instructions.

25

ED02570

Each application must also provide a Budget Narrative (which serves to meet the requirements of ED Form 524, Section C) for requested Federal funds. The Budget Narrative for requested Federal funds should provide a justification of how the money requested for each budget item will be spent.

This section requires an itemized budget breakdown for each project year and the basis for estimating the costs of personnel salaries, benefits, project staff travel, materials and supplies, consultants and subcontracts, indirect costs and any other projected expenditures. Be sure to complete an itemized budget breakdown and narrative for each year of the proposed project.

The Budget Narrative provides an opportunity for the applicant to identify the nature and amount of the proposed expenditures. The applicant should provide sufficient detail to enable reviewers and project staff to understand how requested funds will be used, how much will be expended, and the relationship between the requested funds and project activities and outcomes.

In accordance with 34 CFR 75.232, Department of Education staff perform a cost analysis of each recommended project to ensure that costs relate to the activities and objectives of the project, are reasonable, allowable and allocable. ED may delete or reduce costs from the budget during this review.

**Suggested Guidelines for the Budget Narrative**

1. Provide an itemized budget breakdown and justification by project year. The budget narrative fulfils the requirement of Form ED 524 -Section C Budget Narrative. Find information below in Part 5 on completing the budget narrative. For this program, applicants do not need to fill in non-Federal funds or resources listed in Section B.

2. If you are requesting reimbursement for indirect costs on line 10, this information is to be completed by your Business Office. Specify the estimated amount of the base to which the indirect cost rate is applied and the total indirect expense. Depending on the grant program to which you are applying and/or your approved Indirect Cost Rate Agreement, some direct cost budget categories in your grant application budget may not be included in the base and multiplied by your indirect cost rate. Please indicate which costs are included and which costs are excluded from the base to which the indirect cost rate is applied.

**Part 6: Other Attachment Forms**

Attach one or more documents to the Other Attachments Form. You may provide all of the required information in a single document, or in multiple documents.

Ensure that you only attach the Education approved file types detailed in the 2025 Common Instructions and that you upload the attachments in the order they should appear in the application.

Suggested order:

ED02571

❑    Reference List/Bibliography

❑    Resumes/Vitae for Project Directors & Key Personnel

❑    Copy of Indirect Cost Rate Agreement, if applicable

❑    Letters of Designation/Endorsement, if applicable

**Part 7: Assurances and Certifications**

Be certain to complete all required assurances and certifications in Grants.gov and include all required information in the appropriate place on each form. The assurances and certifications required for this application are:

❑    **Disclosure of Lobbying Activities (SF LLL Form)**

❑    **Grants.Gov Lobbying Form – "Certification Regarding Lobbying"**

**Note**: While it is required to submit the lobbying form that best meets an applicants' situation, the two forms are classified as "optional" in Grants.gov to avoid submission errors when only one of the lobbying forms is submitted.

**Attaching Files – Additional Tips**

Please note the following tips related to attaching files to your application:

- When you submit your application electronically, you must upload any narrative sections and all other attachments to your application as read-only flattened Portable Document Formats (PDFs), meaning any fillable PDF files must be saved and submitted as non-fillable PDF files and not as interactive or fillable PDF files, to better ensure applications are processed in a more timely, accurate, and efficient manner.

- Grants.gov cannot process an application that includes two or more files that have the same name within a grant submission. Therefore, each file uploaded to your application package should have a unique file name.

- When attaching files, applicants should follow the guidelines established by Grants.gov on the size and content of file names. Uploaded file names must be fewer than 50 characters, and, in general, applicants should not use any special characters. However, Grants.gov does allow for the following UTF-8 characters when naming your attachments: A-Z, a-z, 0-9, underscore, hyphen, space, period, parenthesis, curly braces, square brackets, ampersand, tilde, exclamation point, comma, semi colon, apostrophe, at sign, number sign, dollar sign, percent sign, plus sign, and equal sign. Applications submitted that do not comply with the Grants.gov guidelines will be rejected at Grants.gov and not forwarded to ED.

- Applicants should limit the size of their file attachments. Documents submitted that contain graphics and/or scanned material often greatly increase the size of the file

27

attachments and can result in difficulties opening the files. For reference, the average discretionary grant application package with all attachments is less than 5 MB. Therefore, you may want to check the total size of your package before submission.

ED02573

# Comprehensive Centers Program 2026 Grant Competition

**Pre-Application Webinar for Prospective Applicants**

**National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL)**

**June 2026**

ED02574

# Welcome

**Dr. Michelle Daley**

Group Leader, Program and Grantee Support Services

**Erin Kelts**

Competition Manager, Program and Grantee Support Services

**Dr. Esley Newton**

Co- Competition Manager, Program and Grantee Support Services

U.S. Department of Education

ED02575

# Open Applications/Webinars

The Department is concurrently accepting applications for the following Priorities:

- **National Comprehensive Center**

- **Regional Centers**

- **Content Centers**

  - Emerging Needs: Meaningful Learning Opportunities

  - Field-Initiated

  - National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL)

Prospective applicants seeking to apply for more than **one** Comprehensive Center **must** submit a **separate application for each Center**.

*Please visit the **Department of Education's YouTube Channel** for more information on application requirements for each type of Center*

U.S. Department of Education

3

ED02576

# Agenda

1) Application Notice and Instructions (ANI)

   A. Priorities

   B. Program Requirements

   C. Application and Eligibility Requirements

2) Submission Procedures

3) Application Review Process

4) Resources

 U.S. Department of Education

4

ED02577

# Objectives

- Identify the application requirements and expectations outlined in the Application Notice and Instructions (ANI) (e.g., priorities, application requirements, due dates, and review process) for the 2026 National Center on Improving Literacy for Students with Disabilities grant competition.

- Understand the process for submitting the grant application, including online submission platforms, submission methods, and required forms.

U.S. Department of Education

5

ED02578

# Funding Opportunity

National Comprehensive Center on Improving Literacy for Students with Disabilities

- **Assistance Listing Number (ALN)**: 84.283D

- **Funding Opportunity Number**: ED-GRANTS-051126-001

U.S. Department of Education

6

ED02579

# IMPORTANT – Webinar Disclaimer

- **The Application Notice and Instructions (ANI) published on Grants.gov serves as the official announcement and instructions for the 2026 Comprehensive Centers Program grant competition.**

- This presentation does *not* contain the full-text of the ANI and should only be used as a reference in conjunction with the official instructions.

- **Before applying for this grant, interested applicants should thoroughly review the ANI for the specific funding opportunity:**

  - [National Comprehensive Center on Improving Literacy for Students with Disabilities](#)

U.S. Department of Education

7

ED02580

# Commonly Used Acronyms

| Acronyms | Meaning |
| --- | --- |
| ANI | Application Notice and Instructions |
| CC | Comprehensive Center |
| CPP | Competitive Preference Priority |
| ETAA | Education Technical Assistance Act of 2002 |
| REA | Regional Educational Agency |
| RELs | Regional Educational Laboratories |
| SEA | State Educational Agency |
| TEA | Tribal Educational Agency |
| UEI | Unique Entity Identifier |

U.S. Department of Education

8

ED02581

# Eligible Applicants

- **Who May Apply**: Research organizations, institutions, agencies, institutes of higher education, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002). A group of eligible entities may apply as a consortium, in accordance with the requirements in 34 CFR 75.127-129.

 U.S. Department of Education

ED02582

# The Comprehensive Center Network

The Comprehensive Center Network (CCNetwork) is comprised of three types of Comprehensive Centers:

1. National Comprehensive Center (National Center)
2. Regional Comprehensive Centers (Regional Centers),
3. Content Centers

**Content Centers** provide technical assistance on a specific topic of national or regional importance reflected across State and local needs and priorities.



U.S. Department of Education

10

ED02583

# Partnering with Regional Educational Laboratories (RELs)



**RELs**

- High-quality applied research
- Evidence-building
- Sharing information about "what works"

**NCIL Collaboration with RELs**

- Required to disseminate its products and services to diverse SEAs, LEAs, REAs, and schools.
- Including through partnership with other CCs.

**For more information:** https://ies.ed.gov/use-work/regional-educational-laboratories-rel

U.S. Department of Education

11

ED02584

# **Priorities**

National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL) 84.283D

ED02585

# National Comprehensive Center for Improving Literacy for Students with Disabilities (NCIL)

## Absolute Priority [Required]

- Content Center: National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL)

## Competitive Preference Priority:  0 or 10 points [Not required]

- Returning Education to the States

U.S. Department of Education

13

ED02586

# **Absolute Priority**

National Center on Improving Literacy for Students with Disabilities (NCIL) 84.283D

ED02587

# Absolute Priority: Content Center: National Comprehensive Center on Improving Literacy for Students with Disabilities (1 of 3)

Projects that propose to establish and implement a Content Center to provide technical assistance on a specific topic of national or regional importance reflected across State and local needs and priorities. Content Centers must provide high quality, useful, and relevant client-driven, targeted and universal capacity-building services to SEA, REA, TEA, LEA, and, for the NCIL, family clients designed to build State and local capacity and improve educational opportunities, educator practice, and student outcomes (as described in section 203 (f) of the Education Technical Assistance Act (ETAA)) related to their specified topic area. Content Centers must support Regional Centers, as needed, with subject matter expertise to enhance the intensive capacity-building services provided by the Regional Centers or to design universal or targeted capacity-building services to meet identified client needs.

*Note*: Review the ANI for full text of the Absolute Priorities.

 U.S. Department of Education

15

ED02588

# Absolute Priority: Content Centers (2 of 3)

The NCIL Center must:

a) Identify or develop free or low-cost evidence-based literacy assessment tools for identifying students at risk of not attaining full literacy skills due to a disability,

b) Identify evidence-based literacy instruction, strategies, and accommodations, including assistive technology, designed to meet the specific needs of such students;

c) Provide families of such students with information to assist such students;

 U.S. Department of Education

*Note*: Review the ANI for full Absolute Priorities.

16

ED02589

# Absolute Priority: Content Centers (3 of 3)

d) Identify or develop evidence-based professional development for teachers, paraprofessionals, principals, other school leaders, and specialized instructional support personnel to: understand early indicators of students at risk of not attaining full literacy skills due to a disability, including dyslexia impacting reading or writing, or developmental delay impacting reading, writing, language processing, comprehension, or executive functioning; use evidence-based screening assessments for early identification of such students beginning not later than kindergarten; and implement evidence-based instruction designed to meet the specific needs of such students; and

e) Disseminate the products of the Comprehensive Center to regionally diverse SEAs, LEAs, REAs, and schools, including, as appropriate, through partnerships with other CCs established under section 203 of this title, and RELs established under section 174 of the Education Sciences Reform Act of 2002.

 U.S. Department of Education

*Note*: Review the ANI for full Absolute Priorities.

17

ED02590

# Competitive Preference Priority

National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL) 84.283D

 U.S. Department of Education

ED02591

# CPP1: Returning Education to the States
## (0 or 10 Points)

Projects or proposals must be carried out by one or more of the following:

a) State educational agencies (as defined in 20 U.S.C. 7801(49)),

b) Entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal,

c) A Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or

d) Consortia of the entities identified under this priority.

U.S. Department of Education

19

ED02592

# Identification, Designation, or Endorsement

To qualify under the criterion as an entity "identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal", **applicants must provide specific evidence, at the time of submission that a Governor or chief State education official has identified, designated, or endorsed the project.**

This may include:

- A letter, on official letterhead, signed by the Governor or chief State education official, identifying, designating, or endorsing the application for purposes of implementing the project or proposal.

U.S. Department of Education

ED02593

# Program Requirements

National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL) 84.283D

 U.S. Department of Education

ED02594

# Program Requirements

- Requirements for **grantees** under this center.

- These requirements must be addressed **after award** and through cooperative agreements.

- They include:

  - General program requirements for all Centers, and

  - Specific program requirements for the Regional Center.

 U.S. Department of Education

ED02595

# Program Requirements for All Centers (1-5)

Grantees under this program must:

1) Create client driven service plans annually for carrying out the technical assistance and capacity-building services.

2) Design and implement streamlined client-driven capacity-building services.

3) Engage clients in defining proposed service projects and secure client and partner commitments.

4) Develop and implement an effective performance management and evaluation system.

5) Participate in a national evaluation of the CC Program.

*Note*: Review the ANI for full Program Requirements.

U.S. Department of Education

23

ED02596

# Program Requirements for Content Centers (6-8)

Content Center grantees under this program must:

6) Consult and integrate feedback from States, CC clients (including, for the NCIL, families), the Department, National and Regional Centers, and other stakeholders and Department technical assistance Centers, as relevant to the Center's content area in developing the annual service plan.

7) Partner with the National Center and Regional Centers as needed to directly support their States in the development and implementation of State Learning Agendas.

8) Establish partnership agreements with the National Center, Regional Centers, as needed, and Department-funded technical assistance providers.

*Note*: Review the ANI for full Program Requirements.

U.S. Department of Education

24

ED02597

# Program Requirements for Content Centers (9)

Content Center grantees under this program must [ensure]:

9)  The Project Director must be capable of managing all aspects of the Center and be either at a minimum of 0.5 FTE or there must be two Co-Project Directors at a minimum of 0.75 FTE collectively.

*Note*: Review the ANI for full Program Requirements.

U.S. Department of Education

25

ED02598

# Application Requirements

National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL) 84.283D

 U.S. Department of Education

ED02599

# Application Requirements

- Requirements for **applicants** under this program.

- These requirements must be addressed **in the grant application**.

- Application requirements are aligned to associated selection criteria.

- They include:

  - General application requirements for all Centers, and

  - Specific application requirements for National, Regional, or Content Centers.

U.S. Department of Education

27

ED02600

# Application Requirements for All Centers (1-5)

Applicants must:

1) Describe its proposed approach to capacity-building services

2) Describe the proposed process to identify, in partnership with CC clients, the most urgent educational challenges to be addressed.

3) Describe the proposed approach to measure and monitor client progress or success.

4) Demonstrate expertise in providing highly relevant and highly effective technical assistance.

5) Provide a budget that includes a narrative explanation of estimated costs for intensive, targeted, and universal capacity-building services.

*Note*: Review the ANI for full Application Requirements.

U.S. Department of Education

28

ED02601

# Application Requirements for All Centers (6-7)

Applicants must:

6) Describe the proposed leadership structure for the Center and how the organizational leadership will effectively manage the project according to the needs of the program.

7) Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs.

*Note*: Review the ANI for full Application Requirements.

U.S. Department of Education

ED02602

# Application Requirements for Content Centers (8-9)

A Content Center applicant must:

8) Propose an approach to carry out capacity-building services that address client needs and priorities.

9) Propose an approach to providing universal capacity-building services, including:

- How the Center will develop and widely disseminate evidence-based products or tools;

- Outreach to practitioners, education system leaders, and policymakers

- Identify intended beneficiaries; and

- Ensure that proposed capacity-building services are driven by client needs and co-developed with client input.

U.S. Department of Education

30

ED02603

# Application Requirements for Content Centers (10)

A Content Center applicant must:

10) Describe the educational challenges to be addressed by the project, including

- How the challenges to be addressed are aligned to Section 203(f)(1) of the ETAA ,

- Supported by data and evidence, and

- Reflected by cross-regional State and local needs and priorities.



U.S. Department of Education

*Note*: Review the ANI for full Application Requirements.

31

ED02604

# Selection Criteria

National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL) 84.283D

ED02605

# Selection Criteria

a) Significance

b) Quality of Project Design

c) Quality of the Management Plan

U.S. Department of Education

33

ED02606

# Selection Criteria Scoring

| Absolute Priority | Significance | Quality of Project Design | Quality of the Management Plan | Total Points |
|---|---|---|---|---|
| Content Center: National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL) | Up to 15 points | Up to 55 points | Up to 30 points | Up to 100 |

U.S. Department of Education

34

ED02607

# Significance (Content Centers)

In determining the **Significance** of the proposed project, the Secretary considers the following factors (up to 15 points):

1) The data presented (including a comparison to local, State, regional, national, or international data) that demonstrates the issue, challenge, or opportunity to be addressed by the proposed project (*up to 5 points*).

2) The extent to which the proposed project is likely to build local, State, regional, or national capacity to provide, improve, sustain, or expand training or services that address the needs of underserved populations (*up to 10 points*).

U.S. Department of Education

35

ED02608

# Quality of the Project Design (Content Centers) (1 of 3)

In determining the **quality of the project design** of the proposed center for which the applicant is applying, the Secretary considers the following factors:

1) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified, measurable, and ambitious yet achievable within the project period, and aligned with the purposes of the grant program (*up to 10 points).*

2) The adequacy of plans for ensuring the use of quantitative and qualitative data, including meaningful community member and partner input, to inform continuous improvement in the operation of the proposed project (*up to 10 points).*

U.S. Department of Education

36

ED02609

# Quality of the Project Design (Content Centers) (2 of 3)

In determining the quality of the project design of the proposed center for which the applicant is applying, the Secretary considers the following factors:

3) The extent to which the training or professional development services to be provided by the proposed project are of sufficient quality, intensity, and duration to build recipient and project capacity in ways that lead to improvements in practice among the recipients of those services (*up to 20 points).*

4) The extent to which the proposed project will include coordination with other Federal investments, as well as appropriate agencies and organizations providing similar services to the target population (*up to 5 points).*

U.S. Department of Education

37

ED02610

# Quality of the Project Design (Content Centers) (3 of 3)

In determining the quality of the project design of the proposed center for which the applicant is applying, the Secretary considers the following factors:

5) The extent to which the proposed project is supported by the target population that it is intended to serve (*up to 5 points*).

6) The quality of the logic model or other conceptual framework underlying the proposed project, including how inputs are related to outcomes (*up to 5 points).*

U.S. Department of Education

38

ED02611

# Quality of the Management Plan (Content Centers) (1 of 2)

In determining the quality of the management plan for the proposed center for which the applicant is applying, the Secretary considers the following factors:

1) The feasibility of the management plan to achieve project objectives and goals on time and within budget, including clearly defined responsibilities, timelines, and milestones for accomplishing project tasks (*up to 10 points*).

2) The extent to which the key personnel in the project, when hired, have the qualifications required for the proposed project, including formal training or work experience in fields related to the objectives of the project, and represent or have lived experiences of the target population (*up to 10 points*).

U.S. Department of Education

39

ED02612

# Quality of the Management Plan (Content Centers) (2 of 2)

In determining the quality of the management plan of the proposed center for which the applicant is applying, the Secretary considers the following factors:

3) The qualifications, including relevant training and experience, of project consultants or subcontractors (*up to 5 points*).

4) The extent to which the budget is adequate to support the proposed project and the costs are reasonable in relation to the objectives, design, and potential significance of the proposed project (*up to 5 points*).

U.S. Department of Education

40

ED02613

# Funding Range

- Estimated Available Funds: Approximately $1.5 Million

- Estimated Range of Awards:

  - **NCIL: $1,485,000 - $1,500,000**

- Subsequent Budget Periods: Funding for the subsequent budget periods beyond the first year is contingent on appropriation levels.

*The Department is not bound by any estimates in the ANI.*

U.S. Department of Education

41

ED02614

# Resources

# Competition Resources At-a-Glance

**Funding Opportunity:
ED-GRANTS-050826-001
(National, Regional, Content Centers)**

**Funding Opportunity
ED-GRANTS-051126-001 (NCIL**)

Comprehensive Centers Program
Website: Applicant Resources

NCIL Program Website:
Applicant Resources

**Submit Questions to: OESE.ComprehensiveCenters@ed.gov**

 U.S. Department of Education

43

ED02616

# Additional Webinars

- Webinars detailing the general requirements for each Center type can be found on the Program Websites on ed.gov.

| General Competition Information | National Center | Regional Centers | Content Centers (Field-Initiated, Emerging Needs) |

ED02617

# Accessible Format

- Upon request, individuals with disabilities can obtain the ANI and a copy of the application package in an accessible format.

- The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, braille, large print, or another accessible format.

- To submit a request, contact:

  - Dr. Michelle Daley, U.S. Department of Education

  - Email: OESE.ComprehensiveCenters@ed.gov.

U.S. Department of Education

45

ED02618

# Important Reminders

- Review the ANI for a complete description of the competition priorities, selection criteria, requirements, assurances, and definitions.

  - **84.283B**: National Center, Regional Centers, Field-Initiated Content Centers, Emerging Needs Content Center

  - **84.283D**: ANI for National Center on Improving Literacy for Students with Disabilities

- Submit Notice of Intent to Apply (optional) to OESE.ComprehensiveCenters@ed.gov by May 29, 2026

- Register on SAM.gov  and Grants.gov 

- Deadline Reminder: The deadline for the transmittal of applications is 11:59:59 p.m. EDT on **June 30, 2026.**

U.S. Department of Education

46

ED02619

# Contact Information

- For additional questions, email: [OESE.ComprehensiveCenters@ed.gov](mailto:OESE.ComprehensiveCenters@ed.gov)

- For more information and resources, visit:
  - [Comprehensive Centers Program Website](#)

U.S. Department of Education

47

ED02620

# Thank You

 U.S. Department of Education

ED02621

# Comprehensive Centers Program 2026 Grant Competition Application Instructions and Submission Procedures

Pre-Application Webinar for Prospective Applicants

ED02622

# Welcome

**Dr. Michelle Daley**

Group Leader, Program and Grantee Support Services

 U.S. Department of Education

2

ED02623

# Open Applications/Webinars

The Department is accepting applications for the following absolute priorities:

- **National Comprehensive Center**

- **Regional Centers**

- **Content Centers**

  - Emerging Needs: Meaningful Learning Opportunities

  - Field-Initiated

  - National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL)

Prospective applicants seeking to apply for more than **one** Comprehensive Center **must** submit a separate application for each Center.

*Visit the **Department of Education's YouTube Channel** for more information on application requirements for each types of Center.*

 U.S. Department of Education

3

ED02624

# Agenda

1) Application Review Process

2) Application Instructions

3) Submission Procedures

4) Resources

 U.S. Department of Education

4

ED02625

# Objectives

- Understand application instructions, the process for reviewing and submitting grant applications, including online submission platforms, methods, and required forms for the 2026 Comprehensive Centers grant competition.

U.S. Department of Education

ED02626

# IMPORTANT – Webinar Disclaimer

- **The Application Notice and Instructions (ANIs) published on Grants.gov serve as the official announcement and instructions for the 2026 Comprehensive Centers Program grant competition.**

- This presentation does *not* contain the full-text of the ANIs and should only be used as a reference in conjunction with the official instructions.

- **Before applying for this grant, interested applicants should thoroughly review the ANI for the specific funding opportunity they are interested in applying for.**

U.S. Department of Education

6

ED02627

# Eligible Applicants

- **Who May Apply**: Research organizations, institutions, agencies, institutes of higher education, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002). A group of eligible entities may apply as a consortium, in accordance with the requirements in 34 CFR 75.127-129.

 U.S. Department of Education

ED02628

# Application Review Process


U.S. Department of Education

ED02629

# Application Review Process



U.S. Department of Education

ED02630

# Application Instructions and Submission Procedures

 U.S. Department of Education

ED02631

# Application Instructions

- Access instructions on [Grants.gov](Grants.gov)

- Contains

  - Application Submission Information

  - Verify Submission

  - Electronic Application Submission Checklist

  - Other important information.

 U.S. Department of Education

11

ED02632

# Application Checklist

An Applicant Checklist is located on Grants.gov and in the ANI to help applicants verify that all forms, attachments, narratives are included during the application development

- Confirms that all mandatory sections and forms have been addressed

- Reduces the risk of submission errors or incomplete application

Required forms are listed in the ANI and linked in Grants.gov.

Applicants are **strongly encouraged** to use the checklist throughout the application development process and prior to submission to verify the completion of all required documentation.

U.S. Department of Education

12

ED02633

# Application Checklist (1 of 3)

**Standard Documents**

- Application for Federal Assistance (SF 424)
- ED Supplemental Information for (SF 424)
- ED Grant Application Form for Project Objectives and Performance Measures Information

**Budget Information**

- ED Budget Information Non-Construction Programs (ED Form 524)

 U.S. Department of Education

See the **Application Instructions**, available on Grants.gov, for official instructions.

ED02634

# Application Checklist (2 of 3)

| **ED Abstract Form** | • Project Abstract |
|---|---|
| **Project Narrative** | • Table of Contents<br>• Application Narrative (Project Narrative Attachment Form) proposed 75 pages limit |
| **Budget Narrative** | • Budget Narrative Attachment Form |

 U.S. Department of Education

See the **Application Instructions**, available on Grants.gov, for official instructions.

ED02635

# Application Checklist (3 of 3)

**Other Attachments**

- Reference List/Bibliography
- Individual Resumes for Project Director & Key Personnel
- Copy of Indirect Cost Rate Agreement, if applicable
- Letters of Designation/ Endorsement, if applicable

**Assurances and Certifications**

- Disclosure of Lobbying Activities (Standard Form LLL)
- Grants.gov Lobbying Form

See the **Application Instructions**, available on Grants.gov, for official instructions.

 U.S. Department of Education

ED02636

# Project Narrative

- The application narrative is where the applicant should describe the proposed project in response to the priorities in this competition.

- The narrative should address application requirements and selection criteria found in the ANI.

- Address each selection criterion with evidence.

- Follow the 2025 Common Instructions for Applicants to Department of Education Discretionary Grant Programs published in the Federal Register on August 29, 2025 (90 FR 42234) and available at ED 2025 Common Instructions.

- Ensure to only attach the Education approved file types outline in the 2025 Common Instructions for Applicants.

U.S. Department of Education

16

ED02637

# Budget Forms (ED Form 524)

- In line 10, indicate the applicant's approved indirect cost rate, per 34 C.F.R. §§ 75.560 – 75.564 of the Uniform Guidance

- For applicants that do not have an approved indirect cost rate with a cognizant Federal agency, the de minimis rate of up to 15% may be applied

Find more information on the Department's website at:
Office of Finance and Operation's Indirect Cost Division

U.S. Department of Education

17

ED02638

# Budget Narrative

- Provide justification for your itemized budget breakdown by project year.

  - For this program, applicants do not need to fill in non-Federal funds or resources listed in Section B.

- If you are requesting reimbursement for indirect costs on line 10 specify the estimated amount of the base to which the indirect cost rate is applied and the total indirect expense.

  - Please indicate which costs are included and which costs are excluded from the base to which the indirect cost rate is applied.

U.S. Department of Education

18

ED02639

# Funding Range

- Estimated Available Funds: Approximately $47.5 Million

- Estimated Range of Awards:

  - National Center: $6,500,000 - $6,750,000

  - Regional Centers: $1,000,000 - $5,265,052

  - Content Centers: $750,000 - $1,150,000

  - NCIL: $1,485,000 - $1,500,000

- Subsequent Budget Periods: Funding for the subsequent budget periods beyond the first year is contingent on appropriation levels.

*The Department is not bound by any estimates in the ANI.*

U.S. Department of Education

19

ED02640

# Electronic Submission: Using Workspace

- Applications must be submitted electronically in Workspace via Grants.gov and follow the Common Instructions for Applicants to Department of Education Discretionary Grant Programs (87 FR 75045).

- The Workspace Overview website contains resources, such as:

  - Get Started on Your Workspace Application

  - Resources to Help You Set Up Your Workspace

  - Video: How to Create a Workspace

U.S. Department of Education

20

ED02641

# Registration Process

**SAM.gov**

- You must have an active account with SAM.gov. This includes having a Unique Entity Identifier. SAM.gov registration can take several weeks. **Begin that process early.**

  To register, go to SAM.gov and click on "Get Started."

**Grants.gov**

- You must also have an active account with Grants.gov. To register, go to Grants.gov and click "Register." When ready, click on "Get Registered Now" and complete the required fields.

U.S. Department of Education

21

ED02642

# Submission Procedures

- To submit successfully, applicants must provide the Unique Entity Identifier (UEI) number used to registered as an Authorized Organization Representative (AOR) on Grants.gov.

- This UEI number is typically the same number used when your organization registered with the System for Award Management (SAM) (www.sam.gov).

- If you do not enter the same UEI number on your application as the UEI you registered with, Grants.gov will reject your application. Please see the related instructions in this application package.

U.S. Department of Education

22

ED02643

# Grants.gov Submission Tips (1 of 2)

- Review the [Training Resources and Videos](#) section for Grants.gov.

- Review the [Grants.gov "Applicant FAQs"](#)

- Applicants must download the correct version of [Adobe](#) in order to read any Grants.gov application packages.

- Save frequently!

U.S. Department of Education

ED02644

# Grants.gov Submission Tips (2 of 2)

- Submit all documents as Portable Document Format (PDF) files.

  - We recommend your file names be less than 50 characters and do not include special characters (e.g. colon, backslash).

- Once the application is complete, the "Save and Submit" button becomes active. Press the button before the final submission of the application.

- Users may resubmit an application at any point until the closing date and time. The Department will verify review the most recent submission.

- Download and save a copy of your application.

U.S. Department of Education

24

ED02645

# Application Submission

## Successful Submission

Applicants should receive:

- Confirmation email with a time and date stamp and an assigned tracking number from Grants.gov.

- Validation email from Grants.gov. This means the application is ready for Department pick-up.

- Email with their assigned PR Award Number (i.e., S283B26XXXX).

## Unsuccessful Submission

- Applicants should receive a confirmation email with a time and date stamp and an assigned tracking number from Grants.gov.

- If the application is received after 11:59:59 p.m. Eastern Time on June 30, 2026, or validation is not successful, the applicant should receive an error email.

- The error email may list the error, or the applicant can use their tracking number to find the submission error.

- Go here to learn more about error messages.

U.S. Department of Education

ED02646

# Helpful Application Reminders

- Only include substantive, project-related information you want peer reviewers to consider in the Project Narrative Form and Budget Narrative Form sections.

- Applicants should attach all applicable appendices to the Other Attachments Form.

  - The Other Attachments Form can support up to 5 attachments. The list of required attachments can be found in the application package.

  - Label each file with the appendix name (e.g., Appendix B Key Personnel Resumes) and attach it to the Other Attachments Form.

U.S. Department of Education

26

ED02647

# Attachment Tips

- When completing a PDF form using Adobe software, use only the Add Attachments buttons in the form to attach a document

- Do not use attachment functions, such as those built into Adobe Reader or the menu bar as this will cause errors in the submission and attachments will not transmit to the Department

U.S. Department of Education

27

ED02648

# Verifying and Tracking Your Submission

- Verify the submission is on time and validated successfully.

- To check, log in to Grants.gov and click on the Track My Application in the Applicants dropdown menu.

- The Date/Time received should be earlier than 11:59:59 p.m., Eastern Time, on June 30, 2026.

- The application status should be "Validated."

- Do not rely solely on email to confirm whether your application has been received on time and validated successfully. Check!!



 U.S. Department of Education

28

ED02649

# Grants.gov Technical Problems

- If you are experiencing problems submitting your application through Grants.gov, contact the Grants.gov Support Center at 1-800-518-4726 or email: support@grants.gov. You must obtain a Grants.gov Support Desk Ticket Number and keep a record of it.

U.S. Department of Education

ED02650

# Award Notification

- If your application is funded, you will receive a Grant Award Notification (GAN) via email.

- If your application is deemed ineligible, or not selected for funding, you will be notified via email.

- If the Department decides to make new awards this fiscal year, award decisions will be announced in September 2026.

U.S. Department of Education

30

ED02651

# Resources

ED02652

# Competition Resources At-a-Glance

**Funding Opportunity:
ED-GRANTS-050826-001
(National, Regional, Content Centers)**

**Funding Opportunity
ED-GRANTS-051126-001 (NCIL)**

Comprehensive Centers Program
Website: Applicant Resources

NCIL Program Website:
Applicant Resources

**Submit Questions to: OESE.ComprehensiveCenters@ed.gov**

 U.S. Department of Education

32

ED02653

# Additional Webinars

- Webinars detailing the general requirements for each Center type can be found on the Program Websites on ed.gov.

| General Competition Information | National Center | Regional Centers | Content Centers (Field-Initiated, Emerging Needs) |
|---|---|---|---|

| NCIL |
|---|

U.S. Department of Education

33

ED02654

# Accessible Format

- Upon request, individuals with disabilities can obtain the ANI and a copy of the application package in an accessible format.

- The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, braille, large print, or another accessible format.

- To submit a request, contact:

  - Dr. Michelle Daley, U.S. Department of Education

  - Email: OESE.ComprehensiveCenters@ed.gov.

U.S. Department of Education

34

ED02655

# Important Reminders

- Review the ANI for a complete description of the competition priorities, selection criteria, requirements, assurances, and definitions.

  - **84.283B**: National Center, Regional Centers, Field-Initiated Content Centers, Emerging Needs Content Center

  - **84.283D**: ANI for National Center on Improving Literacy for Students with Disabilities

- Register on SAM.gov  and Grants.gov 

- Deadline Reminder: The deadline for the transmittal of applications is 11:59:59 p.m. EDT on **June 30, 2026.**

U.S. Department of Education

35

ED02656

# Contact Information

- For additional questions, email: [OESE.ComprehensiveCenters@ed.gov](mailto:OESE.ComprehensiveCenters@ed.gov)

- For more information and resources, visit:
  - [Comprehensive Centers Program Website](#)

U.S. Department of Education

36

ED02657

# Thank You

 U.S. Department of Education

ED02658

# Comprehensive Centers Program 2026 Grant Competition Content Centers

Pre-Application Webinar for Prospective Applicants

June 2026

ED02659

# Welcome

**Dr. Michelle Daley**

Group Leader, Program and Grantee Support Services

**Erin Kelts**

Competition Manager, Program and Grantee Support Services

**Dr. Esley Newton**

Co-Competition Manager, Program and Grantee Support Services

U.S. Department of Education

2

ED02660

# Open Applications/Webinars

The Department is accepting applications for the following absolute priorities:

- **National Comprehensive Center**

- **Regional Centers**

- **Content Centers**

  - Emerging Needs: Meaningful Learning Opportunities

  - Field-Initiated

  - National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL)

Prospective applicants seeking to apply for more than **one** Comprehensive Center **must** submit a separate application for each Center.

*Visit the **Department of Education's YouTube Channel** for more information on application requirements for each types of Center.*

 U.S. Department of Education

3

ED02661

# Agenda

1) Application Notice and Instructions (ANI)

   A. Priorities

   B. Program Requirements

   C. Application and Eligibility Requirements

2) Submission Procedures

3) Application Review Process

4) Resources

 U.S. Department of Education

4

# Objectives

- Identify the application requirements and expectations outlined in the Application Notice and Instructions (ANI) (e.g., priorities, program and application requirements, selection criteria, due dates, and the review process) for the 2026 Content Centers grant competition.

- Understand the process for submitting the grant applications, including online submission platforms and methods, and required forms.

U.S. Department of Education

5

ED02663

# Funding Opportunity

National Center, Regional Centers, **Content Centers**

- **Assistance Listing Number (ALN)**: 84.283B

- **Funding Opportunity Number**: ED-GRANTS-050826-001

U.S. Department of Education

ED02664

# IMPORTANT – Webinar Disclaimer

- **The Application Notice and Instructions (ANI) published on Grants.gov serves as the official announcement and instructions for the 2026 Content Center grant competition.**

- This presentation does *not* contain the full-text of the ANI and should only be used as a reference in conjunction with the official instructions.

- **Before applying for this grant, interested applicants should thoroughly review the ANI for the specific funding opportunity:**

  - [Content Centers](Content Centers)

U.S. Department of Education

7

ED02665

# Commonly Used Acronyms

| Acronyms | Meaning |
| --- | --- |
| ANI | Application Notice and Instruction |
| CC | Comprehensive Center |
| CPP | Competitive Preference Priority |
| ETAA | Education Technical Assistance Act |
| NCIL | National Comprehensive Center on Improving Literacy for Students with Disabilities |
| REA | Regional Educational Agency |
| RELs | Regional Education Laboratories |
| TEA | Tribal Educational Agency |
| UEI | Unique Entity Identifier |

U.S. Department of Education

8

ED02666

# Eligible Applicants

- **Who May Apply**: Research organizations, institutions, agencies, institutes of higher education, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002). A group of eligible entities may apply as a consortium, in accordance with the requirements in 34 CFR 75.127-129.

 U.S. Department of Education

ED02667

# The Comprehensive Center Network

The Comprehensive Center Network (CCNetwork) is comprised of three types of Comprehensive Centers:

1. National Comprehensive Center (National Center)
2. Regional Comprehensive Centers (Regional Centers),
3. Content Centers

**Content Centers** provide technical assistance on a specific topic of national or regional importance reflected across State and local needs and priorities.



U.S. Department of Education

10

ED02668

# Partnering with Regional Educational Laboratories (RELs)



- High-quality applied research
- Evidence-building
- Sharing information about "what works"

**For more information:**
https://ies.ed.gov/use-work/regional-educational-laboratories-rel

U.S. Department of Education

11

ED02669

# State Learning Agendas

**A Learning Agenda is a strategic, multi-year plan to identify and address priority policy questions using data and evidence.**

**Learning Agendas** serve to:

- Identify high-priority questions that matter most for improving programs, policies, and outcomes.
- Guide research, evaluation, and data-collection activities in a coordinated way.
- Support evidence-based decision-making to improve effectiveness and efficiency.
- Promote transparency and collaboration through engagement with internal and external stakeholders.

*Source:  H.R.4174 - Foundations for Evidence-Based Policymaking Act of 2018*

U.S. Department of Education

12

ED02670

# State Learning Agendas drive REL & CC Support

**Strategic Plan**
**Priorities, strategies, & milestones**

**Learning Agenda**

**States set the agenda**

Research Activities

Practice Activities

**REL & CC Support**

 U.S. Department of Education

ED02671

# Priorities

Emerging Needs Content Center 84.283B

ED02672

# Emerging Needs Content Center

REQUIRED

## AP 1: Emerging Needs



## AP 2: Meaningful Learning Opportunities (Strategic Staffing)

## CPP 1: Returning Education to the States

OPTIONAL

 U.S. Department of Education

15

ED02673

# Absolute Priorities

Emerging Needs Content Center 84.283B

ED02674

# Absolute Priority 1: Emerging Needs Content Centers (1 of 2)

Projects that propose to establish and implement a Content Center to provide technical assistance on a specific topic of national or regional importance reflected across State and local needs and priorities.

Content Centers must:

- Provide high-quality, useful, and relevant client-driven, targeted and universal capacity-building services to SEA, REA, TEA, LEA clients designed to build State and local capacity and improve educational opportunities, educator practice, and student outcomes.

- Support Regional Centers, as needed, with subject matter expertise to enhance the intensive capacity-building services provided by the Regional Centers.

*Note*: Review the ANI for the full text of the Absolute Priorities.

U.S. Department of Education

17

ED02675

# Absolute Priority 1: Emerging Needs Centers (2 of 2)

Emerging Needs Content Center must:

- Demonstrate how the Center will address the established topic. Data and evidence is required to illustrate the technical assistance needs of CC clients.

- Provide high-quality, useful, and relevant **targeted** and **universal capacity-building services** in the designated content area of expertise to SEA, REA, TEA, and LEA clients.

- **Identify**, **synthesize**, and **disseminate evidence-based practices** to build the capacity of practitioners, education system leaders, schools, LEAs, and SEAs to use evidence in the designated content area.

*Note*: Review the ANI for the full text of the Absolute Priorities.

U.S. Department of Education

18

ED02676

# Absolute Priority 2: Meaningful Learning Opportunities: Strategic Staffing

- Applicants responding to Absolute Priority 1 **must** respond to Absolute Priority 2.

- Applicants for this Center must propose projects designed to strengthen core instruction by creating and supporting principals and other school leaders in:

  - Implementing strategic staffing models;

  - Establishing instructional leadership roles, or

  - Developing models for teachers and paraprofessional advancement that incentivize high-performing educators in innovative ways to better support student learning and achievement.

*Note*: Review the ANI for the full text of the Absolute Priorities.

U.S. Department of Education

19

ED02677

# Competitve Preference Priority

Emerging Needs Content Center 84.283B

 U.S. Department of Education

ED02678

# CPP1: Returning Education to the States
## (0 or 10 Points)

**Projects or proposals that will be carried out by one or more of the following:**

(a) State educational agencies (as defined in 20 U.S.C. 7801(49)),

(b) Entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal,

(c) Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or

(d) Consortia of the entities identified under this priority.

U.S. Department of Education

21

ED02679

# Identification, Designation, or Endorsement

To qualify under the criterion as an entity "identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal", **applicants must provide specific evidence, at the time of submission that a Governor or chief State education official has identified, designated, or endorsed the project.**

This may include:

- A letter, on official letterhead, signed by the Governor or chief State education official, identifying, designating, or endorsing the application for purposes of implementing the project or proposal.

U.S. Department of Education

22

ED02680

# **Priorities**

Field-Initiated Content Centers 84.283B

ED02681

# Field-Initiated Content Centers

**AP 3: Field Initiated Centers**

REQUIRED

| CPP 2: Returning Education to the States | CPP 3: Promoting Evidence-Based Literacy | OR | CPP 4: Meaningful Learning Opportunities (Mathematics) |

OPTIONAL

 U.S. Department of Education

24

ED02682

# Absolute Priority
Field Initiated Content Centers 84.283B

ED02683

# Absolute Priority 3: Field-Initiated Content Centers (1 of 3)

Projects that propose to establish and implement a Content Center to provide technical assistance to CC clients on **an education topic of significant national or regional need, as identified by States and other CC clients**.

Content Centers must:

- Provide high-quality, useful, and relevant client-driven, targeted and universal capacity-building services to SEA, REA, TEA, LEA clients designed to build State and local capacity and improve educational opportunities, educator practice, and student outcomes.

- Support Regional Centers, as needed, with subject matter expertise to enhance the intensive capacity-building services provided by the Regional Centers.

*Note*: Review the ANI for the full text of the Absolute Priorities.

U.S. Department of Education

26

ED02684

# Absolute Priority 3: Field-Initiated Content Centers (2 of 3)

The proposal must:

- Clearly identify the topic to be addressed, and

- Utilize applicable regional, State, and local educational data and needs analyses to provide evidence to demonstrate the national need for the proposed Center.

*Note*: Review the ANI for the full text of the Absolute Priorities.



U.S. Department of Education

27

ED02685

# Absolute Priority 3: Field-Initiated Content Centers (3 of 3)

Field-initiated topics must:

- Be aligned to authorized purposes described in section 203(f) of the ETAA and may include, but are not limited to proposals that focus on specific educational needs, such as:

  - Improving math and literacy achievement,

  - College and career readiness,

  - Closing achievement gaps, or

  - Encouraging and sustaining school improvement.

- Be based on national or cross-regional needs expressed in States or another similar identification of needs and priorities set forth by SEAs, REAs, TEAs or LEAs from more than one region (such as needs identified in the Regional Advisory Committee reports).

U.S. Department of Education

28

ED02686

# Competitive Preference Priorities

Field-Initiated Content Centers 84.283B

 U.S. Department of Education

ED02687

# CPP2: Returning Education to the States

**Projects or proposals that will be carried out by one or more of the following:**

(a) State educational agencies (as defined in 20 U.S.C. 7801(49)),

(b) Entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal,

(c) Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or

(d) Consortia of the entities identified under this priority.

U.S. Department of Education

30

ED02688

# Identification, Designation, or Endorsement

To qualify under the criterion as an entity "identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal", **applicants must provide specific evidence, at the time of submission that a Governor or chief State education official has identified, designated, or endorsed the project.**

This may include:

- A letter, on official letterhead, signed by the Governor or chief State education official, identifying, designating, or endorsing the application for purposes of implementing the project or proposal.

U.S. Department of Education

ED02689

# CPP3: Promoting Evidence-Based Literacy

Projects or proposals must be designed to do one or more of the following:

(a)  Advance, increase, or expand evidence-based literacy instruction (as defined in this notice), or

(b)  Focus on evidence-based literacy instruction (as defined in this notice).


- CPP3 is worth 5 points

U.S. Department of Education

32

ED02690

# CPP4: Meaningful Learning Opportunities (Mathematics)

Projects or proposals must be designed to strengthen core instruction through improving mathematics instruction to promote student achievement through assisting states in developing comprehensive statewide plans to raise mathematics achievement aligned with mathematics instruction based on strong, moderate, or promising evidence (as defined in 34 CFR 77.1).

- CPP4 is worth 5 points

U.S. Department of Education

33

ED02691

# Program Requirements

Content Centers 84.283B

 U.S. Department of Education

ED02692

# Program Requirements

- Requirements for **grantees** under this center.

- These requirements must be addressed **after award** and through cooperative agreements.

- They include:

  - General program requirements for all Centers, and

  - Specific program requirements for the Regional Center.

 U.S. Department of Education

ED02693

# Program Requirements for All Centers (1-5)

Grantees under this program must:

1) Create client driven service plans annually for carrying out the technical assistance and capacity-building services.

2) Design and implement streamlined client-driven capacity-building services.

3) Engage clients in defining proposed service projects and secure client and partner commitments.

4) Develop and implement an effective performance management and evaluation system.

5) Participate in a national evaluation of the CC Program.

*Note*: Review the ANI for full Program Requirements.

U.S. Department of Education

36

ED02694

# Program Requirements for Content Centers (6-8)

Content Center grantees under this program must:

6) Consult and integrate feedback from States, CC clients, the Department, National and Regional Centers, and other stakeholders and Department technical assistance Centers, as relevant to the Center's content area in developing the annual service plan.

7) Partner with the National Center and Regional Centers as needed to directly support their States in the development and implementation of State Learning Agendas.

8) Establish partnership agreements with the National Center, Regional Centers, as needed, and Department-funded technical assistance providers.

*Note*: Review the ANI for full Program Requirements.

U.S. Department of Education

37

ED02695

# Program Requirements for Content Centers (9)

Content Center grantees under this program must [ensure]:

9)  The Project Director must be capable of managing all aspects of the Center and be either at a minimum of 0.5 FTE or there must be two Co-Project Directors at a minimum of 0.75 FTE collectively.

*Note*: Review the ANI for full Program Requirements.

U.S. Department of Education

ED02696

# Application Requirements

Content Centers 84.283B

 U.S. Department of Education

ED02697

# Application Requirements

- Requirements for **applicants** under this program.

- These requirements must be addressed **in the grant application**.

- Application requirements are aligned to associated selection criteria.

- They include:

  - General application requirements for all Centers, and

  - Specific application requirements for National, Regional, or Content Centers.

ED02698

# Application Requirements for All Centers (1 - 5)

Applicants must:

1) Describe its proposed approach to capacity-building services.

2) Describe the proposed process to identify, in partnership with CC clients, the most urgent educational challenges to be addressed.

3) Describe the proposed approach to measure and monitor client progress or success in overcoming the challenges to be addressed.

4) Demonstrate expertise in providing highly relevant and highly effective technical assistance.

5) Provide a budget that includes a narrative explanation of estimated costs for intensive, targeted, and universal capacity-building services.

*Note*: Review the ANI for full text of Application Requirements.

U.S. Department of Education

41

ED02699

# Application Requirements for All Centers (6-7)

Applicants must:

6) Describe the proposed leadership structure for the Center and how the organizational leadership will effectively manage the project according to the needs of the program.

7) Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs.

*Note*: Review the ANI for full Application Requirements.

U.S. Department of Education

42

ED02700

# Application Requirements for Content Centers (8-9)

Applicants must:

- Propose an approach to carry out capacity-building services that address client needs and priorities.

- Propose an approach to providing universal capacity-building services, including

  - How the Center will develop and widely disseminate evidence-based products or tools;

  - Outreach to practitioners, education system leaders, and policymakers;

  - Identify intended beneficiaries; and

  - Ensure that proposed capacity-building services are driven by client needs and co-developed with client input.

U.S. Department of Education

43

ED02701

# Application Requirements for Content Centers (10)

Applicants must:

10) Describe the educational challenges to be addressed by the project, including how the challenges to be addressed are:

- Aligned to Section 203(f)(1) of the ETAA ,

- Supported by data and evidence, and

- Reflected by cross-regional State and local needs and priorities.

 U.S. Department of Education

*Note*: Review the ANI for full Application Requirements.

44

ED02702

# Selection Criteria

Content Centers 84.283B

ED02703

# Selection Criteria

1) Significance

2) Quality of Project Design

3) Quality of the Management Plan

U.S. Department of Education

ED02704

# Selection Criteria Scoring

| Absolute Priority | Significance | Quality of Project Design | Quality of the Management Plan | Total Points |
|---|---|---|---|---|
| **Content Centers** | Up to 30 points | Up to 40 points | Up to 30 points | **Up to 100** |

U.S. Department of Education

47

ED02705

# Significance (Content Centers)

In determining the **Significance** of the proposed project, the Secretary considers the following factors:

1) The data presented (including a comparison to local, State, regional, national, or international data) that demonstrates the issue, challenge, or opportunity to be addressed by the proposed project (*up to 15 points).*

2) The extent to which the proposed project is likely to build local, State, regional, or national capacity to provide, improve, sustain, or expand training or services that address the needs of underserved populations (*up to 15 points)*.

U.S. Department of Education

48

ED02706

# Quality of Project Design (Content Centers) (1 of 3)

In determining the **Quality of the Project Design** of the proposed center for which the applicant is applying, the Secretary considers the following factors:

1) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified, measurable, and ambitious yet achievable within the project period, and aligned with the purposes of the grant program (*up to 15 points).*

2) The adequacy of plans for ensuring the use of quantitative and qualitative data, including meaningful community member and partner input, to inform continuous improvement in the operation of the proposed project (*up to 5 points).*

U.S. Department of Education

49

ED02707

# Quality of Project Design (Content Centers) (2 of 3)

In determining the **Quality of the Project Design** of the proposed center for which the applicant is applying, the Secretary considers the following factors:

3) The extent to which the training or professional development services to be provided by the proposed project are of sufficient quality, intensity, and duration to build recipient and project capacity in ways that lead to improvements in practice among the recipients of those services (*up to 10 points).*

4) The extent to which the proposed project will include coordination with other Federal investments, as well as appropriate agencies and organizations providing similar services to the target population (*up to 5 points).*

U.S. Department of Education

50

ED02708

# Quality of Project Design (Content Centers) (3 of 3)

In determining the **Quality of the Project Design** of the proposed center for which the applicant is applying, the Secretary considers the following factors:

5) The extent to which the proposed project is supported by the target population that it is intended to serve (*up to 5 points*).

U.S. Department of Education

51

ED02709

# Quality of the Management Plan (Content Centers) (1 of 2)

In determining the **Quality of the Management Plan** project design of the proposed center for which the applicant is applying, the Secretary considers the following factors:

1) The feasibility of the management plan to achieve project objectives and goals on time and within budget, including clearly defined responsibilities, timelines, and milestones for accomplishing project tasks (*up to 10 points).*

2) The extent to which the key personnel in the project, when hired, have the qualifications required for the proposed project, including formal training or work experience in fields related to the objectives of the project, and represent or have lived experiences of the target population (*up to 10 points).*

U.S. Department of Education

52

ED02710

# Quality of the Management Plan (Content Centers) (2 of 2)

In determining the quality of the project design of the proposed center for which the applicant is applying, the Secretary considers the following factors:

3) The qualifications, including relevant training and experience, of project consultants or subcontractors (*up to 5 points*).

4) The extent to which the budget is adequate to support the proposed project and the costs are reasonable in relation to the objectives, design, and potential significance of the proposed project (*up to 5 points*).

U.S. Department of Education

53

ED02711

# Resources

ED02712

# Competition Resources At-a-Glance

**Funding Opportunity:**
**ED-GRANTS-050826-001**
**(National, Regional, Content Centers)**

Comprehensive Centers Program Website: Applicant Resources

Regional Advisory Committee Reports

**Submit Questions to: OESE.ComprehensiveCenters@ed.gov**

 U.S. Department of Education

55

ED02713

# Additional Webinars

- Webinars detailing the general requirements for each Center type can be found on the Program Websites on ed.gov.

| General Competition Information | Regional Center | National Center | NCIL |

U.S. Department of Education

56

ED02714

# Accessible Format

- On request, individuals with disabilities can obtain the NIA and a copy of the application package in an accessible format.

- The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, braille, large print, audiotape, or compact disc, or another accessible format.

- To request, contact:

  - Dr. Michelle Daley, U.S. Department of Education

  - Email: OESE.ComprehensiveCenters@ed.gov.

U.S. Department of Education

57

# Important Reminders

- Review the ANI for a complete description of the competition priorities, selection criteria, requirements, assurances, and definitions.

  - **84.283B**: National Center, Regional Centers, Field-Initiated Content Centers, Emerging Needs Content Center

- Register on SAM.gov and Grants.gov

- Deadline Reminder: The deadline for the transmittal of applications is 11:59:59 p.m. EDT on **June 30, 2026.**

U.S. Department of Education

58

ED02716

# Contact Information

- For additional questions, email: [OESE.ComprehensiveCenters@ed.gov](mailto:OESE.ComprehensiveCenters@ed.gov)

- For more information and resources, visit:
  - [Comprehensive Centers Program Website](#)

U.S. Department of Education

59

ED02717

# Thank You

 U.S. Department of Education

ED02718

# Comprehensive Centers Program 2026 Grant Competition National Centers

Pre-Application Webinar for Prospective Applicants

June 2026

ED02719

# Welcome

**Dr. Michelle Daley**

Group Leader, Program and Grantee Support Services

**Erin Kelts**

Competition Manager, Program and Grantee Support Services

**Dr. Esley Newton**

Co- Competition Manager, Program and Grantee Support Services

U.S. Department of Education

2

ED02720

# Open Applications/Webinars

The Department is accepting applications for the following absolute priorities:

- **National Comprehensive Center**

- **Regional Centers**

- **Content Centers**

  - Emerging Needs: Meaningful Learning Opportunities

  - Field-Initiated

  - National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL)

Prospective applicants seeking to apply for more than one Comprehensive Center must submit a separate application for each Center.

Visit the Department of Education's YouTube Channel for more information on application requirements for each types of Center.

 U.S. Department of Education

3

ED02721

# Agenda

1) Application Notice and Instructions (ANI)

   A. Priorities

   B. Program Requirements

   C. Application and Eligibility Requirements

2) Submission Procedures

3) Application Review Process

4) Resources

 U.S. Department of Education

4

ED02722

# Objectives

- Identify the application requirements and expectations outlined in the Application Notice and Instructions (ANI) (e.g., priorities, program and application requirements, selection criteria, due dates, and the review process) for the 2026 National Center grant competition.

- Understand the process for submitting the grant applications, including online submission platforms and methods, and required forms.

U.S. Department of Education

5

ED02723

# Funding Opportunity

**National Center**, Regional Centers, Content Centers

- **Assistance Listing Number (ALN)**: 84.283B

- **Funding Opportunity Number**: ED-GRANTS-050826-001

U.S. Department of Education

ED02724

# IMPORTANT – Webinar Disclaimer

- **The Application Notice and Instructions (ANI) published on Grants.gov serves as the official announcement and instructions for the 2026 Content Center grant competition.**

- This presentation does *not* contain the full-text of the ANI and should only be used as a reference in conjunction with the official instructions.

- **Before applying for this grant, interested applicants should thoroughly review the ANI for the specific funding opportunity:**

  - [National Center](#)

U.S. Department of Education

7

ED02725

# Commonly Used Acronyms

| Acronyms | Meaning |
| --- | --- |
| ANI | Application Notice and Instruction |
| CC | Comprehensive Center |
| CPP | Competitive Preference Priority |
| ETAA | Education Technical Assistance Act |
| NCC | National  Comprehensive Center |
| REA | Regional Educational Agencies |
| RELs | Regional Educational Laboratories |
| TEA | Tribal Educational Agency |
| UEI | Unique Entity Identifier |

U.S. Department of Education

ED02726

# Eligible Applicants

- **Who May Apply**: Research organizations, institutions, agencies, institutes of higher education, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002). A group of eligible entities may apply as a consortium, in accordance with the requirements in 34 CFR 75.127-129.

 U.S. Department of Education

ED02727

# The Comprehensive Center Network

The Comprehensive Center Network (CCNetwork) is comprised of three types of Comprehensive Centers:

1. National Comprehensive Center (National Center)
2. Regional Comprehensive Centers (Regional Centers),
3. Content Centers

The **National Center** coordinates client-driven technical assistance across the CCNetwork to address SEA, REA, TEA, and LEA priorities related to evidence use and implementation of evidence-based practices to improve student outcomes nationally.



U.S. Department of Education

10

ED02728

# The Role of the National Center

- Leads coordination across the entire CCNetwork; serving as centralized hub for the entire Network.

- Supports coordination, knowledge sharing, and connection across CCs and RELs.

- Serves as a concierge-level point of entry to the Department technical assistance for States and other CC Client.

- Streamlines access to cadre of qualified subject matter experts.

- Coordinates and refines processes, tools, and resources to support Regional Centers and RELs.

- Supports the development or refinement of multi-year State Learning Agendas.

U.S. Department of Education

11

ED02729

# Partnering with Regional Educational Laboratories (RELs)



- High-quality applied research

- Evidence-building

- Sharing information about "what works"

**For more information:**
https://ies.ed.gov/use-work/regional-educational-laboratories-rel

U.S. Department of Education

12

ED02730

# State Learning Agendas

**A Learning Agenda is a strategic, multi-year plan to identify and address priority policy questions using data and evidence.**

**Learning Agendas** serve to:

- Identify high-priority questions that matter most for improving programs, policies, and outcomes.

- Guide research, evaluation, and data-collection activities in a coordinated way.

- Support evidence-based decision-making to improve effectiveness and efficiency.

- Promote transparency and collaboration through engagement with internal and external stakeholders.

*Source:  H.R.4174 - Foundations for Evidence-Based Policymaking Act of 2018*

 U.S. Department of Education

13

ED02731

# State Learning Agendas drive REL & CC Support



U.S. Department of Education

ED02732

# **Priorities**

National Center 84.283B

ED02733

# National Center

## Absolute Priority [Required]

- National Center

## Competitive Preference Priority: 0 to 10 points [Not required]

- Returning Education to the States

U.S. Department of Education

16

ED02734

# Absolute Priority
National Center 84.283B

ED02735

# Absolute Priority: National Comprehensive Center (1 of 4)

- Propose projects to establish a National Center to coordinate client-driven technical assistance to address SEAs, REAs, Tribal TEAs, and LEA priorities related to evidence use and implementation of evidence-based practices to improve student outcomes.

- Serve as a lead coordinator across the CC program to promote overall alignment and coherence of CCNetwork services to reduce burdens and barriers to service for States and beneficiaries, and support coordination, knowledge sharing connection across Centers where multi-provider engagement is needed and facilitate efficient use of program resources.

U.S. Department of Education

18

ED02736

# Absolute Priority: National Comprehensive Center (2 of 4)

- Conduct and share annual analyses of high-leverage problems identified by States.

- Develop common tools and resources
  - Align capacity assessment, tracking, and reporting,
  - Support for State Learning Agendas,
  - Quality assurance processes.

U.S. Department of Education

19

ED02737

# Absolute Priority: National Comprehensive Center (3 of 4)

- Procure expertise to provide high-quality, high-impact technical assistance to address common multi-State needs through targeted and universal capacity-building services.

- Services shall address Evidence-based national needs not already addressed by other federal investments, in consultation with the Center's Advisory Board:

  - Identified through the analysis of high-leverage problems across the entire CCNetwork;
  - Publicly established by clients and potential clients, such as those identified in State Learning Agendas; and
  - Common high-leverage problems identified in Regional Center service plans.
  - Findings from finalized Department monitoring reports or audit findings, implementation challenges faced by States and LEAs related to teaching, learning, and development, and emerging educational topics of national importance.

U.S. Department of Education

20

ED02738

# Absolute Priority: National Comprehensive Center (4 of 4)

- Streamline access to qualified technical assistance providers by serving as a concierge-style support to intake technical assistance requests from SEAs, REAs, TEAs, and LEAs.

  - Design and implement a system to review inquiries and voluntary requests for technical assistance.

  - Maintain a registry of qualified national subject matter experts to meet client needs.

  - Identify technical assistance providers with relevant expertise, which may include Regional Centers, Content Centers within the CCNetwork, and other Department technical assistance providers.

  - Coordinate support as needed for clients to access services from identified TA providers.

U.S. Department of Education

21

ED02739

# Competitive Preference Priority

National Center 84.283B

ED02740

# CPP1: Returning Education to the States

**Projects or proposals that will be carried out by one or more of the following:**

(a)  Entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal.

 U.S. Department of Education

*Note*: Review the ANI for the full Absolute Priorities.

23

ED02741

# Identification, Designation, or Endorsement

To qualify as an entity "identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal", **applicants must provide specific evidence, at the time of submission that a Governor or chief State education official has identified, designated, or endorsed the project.**

This may include:

- A letter, on official letterhead, signed by the Governor or chief State education official, identifying, designating, or endorsing the application for purposes of implementing the project or proposal.

 U.S. Department of Education

*Note*: Review the ANI for the full Absolute Priorities.

24

ED02742

# CPP1 Scoring

| Identification, designation or endorsement from officials of States | Suggested Points |
|---|---|
| 0 / Not Addressed | 0 points |
| 1 State | 1 point |
| 2-4 States | 2 points |
| 5-7 States | 3 points |
| 8-9 States | 4 points |
| 10-11 States | 5 points |
| 12-13 States | 6 points |
| 14-15 States | 7 points |
| 16-17 States | 8 points |
| 18-19 States | 9 points |
| 20+ States | 10 points |

ED02743

# Program Requirements
## National Center 84.283B


U.S. Department of Education

ED02744

# Program Requirements

- Requirements for **grantees** under this center.

- These requirements must be addressed **after award** and through cooperative agreements.

- They include:

  - General program requirements for all Centers, and

  - Specific program requirements for the Regional Center.

 U.S. Department of Education

ED02745

# Program Requirements for All Center (1-5)

Regional Center grantees under this program must:

1) Create client driven service plans annually for carrying out the technical assistance and capacity-building services.

2) Design and implement streamlined client-driven capacity-building services.

3) Engage clients in defining proposed service projects and secure client and partner commitments.

4) Develop and implement an effective performance management and evaluation system.

5) Participate in a national evaluation of the CC Program.

*Note*: Review the ANI for the full text of the Program Requirements

U.S. Department of Education

28

ED02746

# Program Requirements for the National Center (6-7)

National Center grantees under this program must:

6) Include projects to develop CCNetwork tools, resources, services, and processes in its service plan, to align capacity assessment, tracking, and reporting to deliver services that effectively build client capacity for evidence use and implementation of evidence-based practices to improve student outcomes.

7) Coordinate and refine processes, tools, and resources to support Regional Centers and RELs to work with individual States to develop Learning Agendas.

   a. Producing and adapting tools and resources, providing additional expertise, as needed, sharing examples of model Learning Agendas, or convening States across regions, as needed.

*Note*: Review the ANI for the full Program Requirements

U.S. Department of Education

29

ED02747

# Program Requirements for the National Center (8-9)

National Center grantees under this program must:

8) Design and implement a coordinated process to identify emerging high-leverage problems to include in the annual service plan, including conducting and publishing an annual synthesis of common high-priority needs across States, with input from other sources including the Center's Advisory Board, to identify the collective needs that may require cross-regional peer learning and capacity-building at the national level

9) Design effective services to meet demonstrated collective needs with tangible, achievable capacity-building outcomes resulting from beneficiary participation, including targeted and universal capacity-building services where States and other beneficiaries can learn from each other and subject matter experts. .

*Note*: Review the ANI for the full Program Requirements

U.S. Department of Education

30

ED02748

# Program Requirements for the National Center (10-11)

National Center grantees under this program must:

10) Solicit, vet, and provide access to an expansive and comprehensive cadre of national subject matter experts to support the CCs.

   a) Broad range of expertise from providers with proven outcomes working with CC clients and sufficient information to help clients make informed selections among potential providers.

   b) Made available to clients and include, for example, client reviews, examples of expert work, and transparency in service pricing. The cadre should reflect client input and be continually expanded to include new providers, as needed, to meet client needs.

11) Design and implement a concierge-style service to intake and assess inquiries and voluntary technical assistance requests from CC clients.

*Note*: Review the ANI for the full Program Requirements

U.S. Department of Education

31

ED02749

# Program Requirements for the National Center (12-13)

10) Design, operate and maintain communications and dissemination vehicles for the CCNetwork.

11) Create peer learning opportunities for CCNetwork staff.

U.S. Department of Education

32

ED02750

# Program Requirements for the National Center (14)

National Center grantees under this program must:

14) Ensure that the Project Director can manage all aspects of the Center and is either staffed at **1 FTE** or the **Project Director** and **Co-Director or Deputies** are staffed at a minimum of **1.5 FTE collectively.**

*Note*: Review the ANI for the full Program Requirements

U.S. Department of Education

33

ED02751

# Application Requirements

National Center 84.283B

 U.S. Department of Education

ED02752

# Application Requirements

- Requirements for **applicants** under this program.

- These requirements must be addressed **in the grant application**.

- Application requirements are aligned to associated selection criteria.

- They include:

  - General application requirements for all Centers, and

  - Specific application requirements for National, Regional, or Content Centers.

U.S. Department of Education

35

ED02753

# Application Requirements for All Centers (1-5)

Applicants must:

1) Describe its proposed approach to capacity-building services, including a logic model.

2) Describe the proposed process to identify, in partnership with CC clients, the most urgent educational challenges to be addressed.

3) Describe the proposed approach to measure and monitor client progress or success.

4) Demonstrate expertise in providing highly relevant and highly effective technical assistance.

5) Provide a budget that includes a narrative explanation of estimated costs for intensive, targeted, and universal capacity-building services.

*Note*: Review the ANI for the full Application Requirements.

U.S. Department of Education

36

ED02754

# Application Requirements for All Centers (6-7)

Applicants must:

6) Describe the proposed leadership structure for the Center and how the organizational leadership will effectively manage the project according to the needs of the program.

7) Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs.

*Note*: Review the ANI for the full Application Requirements.

 U.S. Department of Education

37

ED02755

# Application Requirements for the National Center (8)

An applicants for the National Center must:

8) Propose an approach to leading coordination and collaboration of the entire CCNetwork, that includes:

- o How the Center will fulfill the requirements to serve as a concierge-level point of entry to Department technical assistance for States and other CC clients.

- o Develop and administer access to a national cadre of subject matter experts with a broad range of expertise, demonstrated impact, and proven satisfaction serving CC clients.

- o Coordinate and refine processes, tools, and resources to support Regional Centers and RELs for State Learning Agendas.

- o Identify emerging high-leverage problems that could be effectively addressed through client driven annual service plans. Describe the proposed approach to providing targeted capacity-building services.

*Note*: Review the ANI for the full Application Requirements.

U.S. Department of Education

38

ED02756

# Application Requirements for the National Center (9-10)

Applicants for the National Center must:

9) Demonstrate a high-level of expertise in leading communication and digital engagement strategies.

10) Propose an approach to procuring expertise to provide targeted and universal capacity-building services to support beneficiaries in addressing common high-leverage problems.

*Note*: Review the ANI for the full Application Requirements

 U.S. Department of Education

39

ED02757

# Selection Criteria

National Center 84.283B

ED02758

# Selection Criteria

1) Significance

2) Quality of Project Design

3) Quality of the Management Plan

U.S. Department of Education

ED02759

# Selection Criteria Scoring

| Absolute Priority | Significance | Quality of Project Design | Quality of the Management Plan | Total Points |
|---|---|---|---|---|
| **National Center** | Up to 20 points | Up to 55 points | Up to 35 points | **Up to 110** |

U.S. Department of Education

42

ED02760

# Significance (National Center)

In determining the overall quality of the **Significance** of the proposed project, the Secretary considers the following factors:

1) The extent to which the proposed project is likely to build local, State, regional, or national capacity to provide, improve, sustain, or expand training or services that address the needs of underserved populations (*up to 10 points)*.

2) The extent to which the resources, tools, and implementation lessons of the proposed project will be disseminated in ways to the target population and local community that will enable them and others (including practitioners, researchers, education leaders, and partners) to implement similar strategies (*up to 10 points)*.

U.S. Department of Education

*Note*: See the ANI for a complete description.

43

ED02761

# Quality of Project Design (National Center) (1 of 2)

In determining the overall quality of the **Quality of the Project Design** of the proposed project, the Secretary considers the following factors:

1) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified, measurable, and ambitious yet achievable within the project period, and aligned with the purposes of the grant program (up to 10 points).

2) The adequacy of plans for ensuring the use of quantitative and qualitative data, including meaningful community member and partner input, to inform continuous improvement in the operation of the proposed project (up to 10 points).

 U.S. Department of Education

*Note*: See the ANI for a complete description.

44

ED02762

# Quality of Project Design (National Center) (2 of 2)

3) The extent to which the training or professional development services to be provided by the proposed project are of sufficient quality, intensity, and duration to build recipient and project capacity in ways that lead to improvements in practice among the recipients of those services (up to 15 points).

4) The extent to which the proposed project will include coordination with other Federal investments, as well as appropriate agencies and organizations providing similar services to the target population (up to 15 points).

5) The quality of the logic model or other conceptual framework underlying the proposed project, including how inputs are related to outcomes (up to 5 points).

 U.S. Department of Education

*Note*: See the ANI for a complete description.

45

ED02763

# Quality of Management Plan (National Center) (1 of 2)

1) The feasibility of the management plan to achieve project objectives and goals on time and within budget, including clearly defined responsibilities, timelines, and milestones for accomplishing project tasks (*up to 15 points).*

2) The extent to which the time commitments of the project director and principal investigator and other key project personnel are appropriate and adequate to meet the objectives of the proposed project *(up to 5 points).*

U.S. Department of Education

*Note*: See the ANI for a complete description.

46

ED02764

# Quality of Management Plan (National Center) (2 of 2)

3)  The extent to which the key personnel in the project, when hired, have the qualifications required for the proposed project, including formal training or work experience in fields related to the objectives of the project, and represent or have lived experiences of the target population (*up to 10 points)*

4)  The extent to which the budget is adequate to support the proposed project and the costs are reasonable in relation to the objectives, design, and potential significance of the proposed project (*up to 5 points*).



U.S. Department of Education

*Note*: See the ANI for a complete description.

47

ED02765

# Thank You

 U.S. Department of Education

ED02766

# Comprehensive Centers Program 2026 Grant Competition Regional Centers

Pre-Application Webinar for Prospective Applicants

May 29, 2026

ED02767

# Welcome

**Dr. Michelle Daley**

Group Leader, Program and Grantee Support Services

**Erin Kelts**

Competition Manager, Program and Grantee Support Services

**Dr. Esley Newton**

Co- Competition Manager, Program and Grantee Support Services

U.S. Department of Education

ED02768

# Open Applications/Webinars

The Department is accepting applications for the following absolute priorities:

- **National Comprehensive Center**

- **Regional Centers**

- **Content Centers**

  - Emerging Needs: Meaningful Learning Opportunities

  - Field-Initiated

  - National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL)

Prospective applicants seeking to apply for more than **one** Comprehensive Center **must** submit a separate application for each Center.

*Visit the **Department of Education's YouTube Channel** for more information on application requirements for each types of Center.*

 U.S. Department of Education

3

ED02769

# Agenda

1) Application Notice and Instructions (ANI)

   A. Priorities

   B. Program Requirements

   C. Application and Eligibility Requirements

2) Submission Procedures

3) Application Review Process

4) Resources

 U.S. Department of Education

4

ED02770

# Objectives

- Identify the application requirements and expectations outlined in the Application Notice and Instructions (ANI) (e.g., priorities, program and application requirements, selection criteria, due dates, and the review process) for the 2026 Regional Center grant competition.

- Understand the process for submitting the grant applications, including online submission platforms and methods, and required forms.

U.S. Department of Education

5

ED02771

# Funding Opportunity

National Center, **Regional Centers**, and Content Centers

- **Assistance Listing Number (ALN)**: 84.283B

- **Funding Opportunity Number**: ED-GRANTS-050826-001

U.S. Department of Education

ED02772

# IMPORTANT – Webinar Disclaimer

- **The Application Notice and Instructions (ANIs) published on Grants.gov serve as the official announcement and instructions for the 2026 Comprehensive Centers Program grant competition.**

- This presentation does *not* contain the full-text of the ANIs and should only be used as a reference in conjunction with the official instructions.

- **Before applying for this grant, interested applicants should thoroughly review the ANI for the specific funding opportunity:**

  - [Regional centers](#)

U.S. Department of Education

7

ED02773

# Commonly Used Acronyms

| Acronyms | Meaning |
| --- | --- |
| ANI | Application Notice and Instruction |
| CC | Comprehensive Center |
| CPP | Competitive Preference Priority |
| ETAA | Education Technical Assistance Act of 2002 |
| REA | Regional Educational Agency |
| RELs | Regional Educational Laboratories |
| TEA | Tribal Educational Agency |
| UEI | Unique Entity Identifier |

U.S. Department of Education

8

ED02774

# Eligible Applicants

- **Who May Apply**: Research organizations, institutions, agencies, institutes of higher education, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002). A group of eligible entities may apply as a consortium, in accordance with the requirements in 34 CFR 75.127-129.

 U.S. Department of Education

ED02775

# The Comprehensive Center Network

The Comprehensive Center Network (CCNetwork) is comprised of three types of Comprehensive Centers:

1. National Comprehensive Center (National Center)
2. Regional Comprehensive Centers (Regional Centers),
3. Content Centers

These Centers work together to support SEAs, REAs, Tribal education agencies (TEAs), LEAs, and schools to improve instruction, expand opportunity, and close achievement gaps for all students, especially those with the greatest need.



U.S. Department of Education

10

ED02776

# Partnering with Regional Educational Laboratories (RELs)



- High-quality applied research

- Evidence-building

- Sharing information about "what works"

**For more information:**
https://ies.ed.gov/use-work/regional-educational-laboratories-rel

U.S. Department of Education

11

ED02777

# State Learning Agendas

**A Learning Agenda is a strategic, multi-year plan to identify and address priority policy questions using data and evidence.**

**Learning Agendas** serve to:

- Identify high-priority questions that matter most for improving programs, policies, and outcomes.
- Guide research, evaluation, and data-collection activities in a coordinated way.
- Support evidence-based decision-making to improve effectiveness and efficiency.
- Promote transparency and collaboration through engagement with internal and external stakeholders.

*Source:  H.R.4174 - Foundations for Evidence-Based Policymaking Act of 2018*

 U.S. Department of Education

12

ED02778

# State Learning Agendas drive REL & CC Support



U.S. Department of Education

13

ED02779

# Priorities
Regional Centers 84.283B

# Regional Centers

**REQUIRED**

## AP 1: Regional Centers

**OPTIONAL**

## CPP 1: Returning Education to the States

 U.S. Department of Education

15

ED02781

# Absolute Priority

Regional Centers 84.283B

ED02782

# Absolute Priority: Regional Centers (1 of 3)

Projects that propose to establish Regional Centers to provide intensive, client-driven technical assistance aligned to State and local priorities and needs related to selecting, implementing, and sustaining evidence-based programs, practices, and interventions in support of improved educator practice and student outcomes, especially in math and literacy.

*Note*: Review the ANI for the full text of the Absolute Priority.

U.S. Department of Education

17

ED02783

# Absolute Priority: Regional Centers (2 of 3)

Regional Centers must effectively work with the National Center, the REL in their region, federal technical assistance providers and Content Centers, as relevant and needed, to assist clients, reduce burdens and barriers to service for States and other clients, and avoid duplicative efforts and interventions.

*Note*: Review the ANI for the full text of the Absolute Priority

U.S. Department of Education

18

ED02784

# Absolute Priority: Regional Centers (3 of 3)

Regional Centers must develop cost-effective strategies to make their services available to as many SEAs, REAs, TEAs, LEAs, and schools within the region in need of support as possible.

Services must be designed to improve educational opportunities, educator practice, and student outcomes as described in section 203(f) of the Education Technical Assistance Act of 2002 (ETAA).

*Note*: Review the ANI for the full text of the Absolute Priority.

U.S. Department of Education

19

ED02785

# Regions

- **Region 1 (Northeast):** Connecticut, Massachusetts, Maine, New Hampshire, New York, Rhode Island, Vermont

- **Region 2 (Islands):** Puerto Rico, Virgin Islands

- **Region 3 (Mid-Atlantic):** Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania

- **Region 4 (Appalachia):** Kentucky, Tennessee, Virginia, West Virginia

- **Region 5 (Southeast):** Georgia, North Carolina, South Carolina

- **Region 6 (Gulf):** Alabama, Florida, Mississippi

- **Region 7 (Great Lakes):** Indiana, Michigan, Ohio

- **Region 8 (Midwest):** Illinois, Iowa, Minnesota, Wisconsin

- **Region 9 (Central):** Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, Wyoming

- **Region 10 (Southwest):** Arkansas, Louisiana, New Mexico, Oklahoma, Texas

- **Region 11 (West):** Arizona, California, Nevada, Utah

- **Region 12 (Northwest):** Alaska, Oregon, Washington, Idaho, Montana

- **Region 13 (Pacific East):** American Samoa, Hawaii, Republic of the Marshall Islands

- **Region 14 (Pacific West):** Commonwealth of the Northern Mariana Islands, Federated States of Micronesia, Guam, Palau

- **Region 15:** Bureau of Indian Education

 U.S. Department of Education

ED02786

# Competitive Preference Priority

Regional Centers 84.283B

 U.S. Department of Education

ED02787

# CPP1: Returning Education to the States

**Projects or proposals that will be carried out by one or more of the following:**

(a)  State educational agencies (as defined in 20 U.S.C. 7801(49)),

(b)  Entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal,

(c)  Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or

(d)  Consortia of the entities identified under this priority.

U.S. Department of Education

22

ED02788

# Identification, Designation, or Endorsement

To qualify under the criterion as an entity "identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal", **applicants must provide specific evidence, at the time of submission that a Governor or chief State education official has identified, designated, or endorsed the project.**

This may include:

- A letter, on official letterhead, signed by the Governor or chief State education official, identifying, designating, or endorsing the application for purposes of implementing the project or proposal.

U.S. Department of Education

23

ED02789

# Program Requirements

Regional Centers 84.283B


U.S. Department of Education

ED02790

# Program Requirements

- Requirements for **grantees** under this center.

- These requirements must be addressed **after award** and through cooperative agreements.

- They include:

  - General program requirements for all Centers, and

  - Specific program requirements for the Regional Center.

 U.S. Department of Education

ED02791

# Program Requirements for All Center (1-5)

Regional Center grantees under this program must:

1) Create client driven service plans annually for carrying out the technical assistance and capacity-building services.

2) Design and implement streamlined client-driven capacity-building services.

3) Engage clients in defining proposed service projects and secure client and partner commitments.

4) Develop and implement an effective performance management and evaluation system.

5) Participate in a national evaluation of the CC Program.

*Note*: Review the ANI for the full text of the Program Requirements

U.S. Department of Education

26

ED02792

# Program Requirements for Regional Centers (6-7)

Regional Center grantees under this program must:

6) Actively coordinate and collaborate with the REL serving their region to implement technical assistance in response to needs and priorities of shared clients, including annual joint planning and establishment of a joint advisory board.

7) Partner with the REL serving their region to develop or refine, as appropriate, and implement a multi-year State Learning Agenda to identify State needs and set priorities for evidence building and educational program implementation.

*Note*: Review the ANI for the full text of the Program Requirements

 U.S. Department of Education

27

# Program Requirements for Regional Centers (8-9)

8) Partner with clients to identify and select the subject matter expertise:

   a. Effective capacity building services for all annual service plan projects.

   b. Utilizing a National Center cadre of subject matter experts to evaluate options and procure expertise from a broad range of sources.

   c. Allow clients to select expertise for each project best suited for their needs, including expertise beyond the immediate staff of the Center.

9) Partnership agreements with the REL(s) in the region that the Center serves, the National Center, and as appropriate, other Department-funded technical assistance providers.

*Note*: Review the ANI for the full text of the Program Requirements

U.S. Department of Education

28

ED02794

# Program Requirements for Regional Centers (10)

Regional Center grantees under this program must:

9) Be located in the region served.

   a) The Project Director **must** be capable of managing all aspects of the Center and be either at a minimum of 0.75 FTE or there must be two Co-Project Directors at a  minimum of 1.0 FTE collectively.

*Note*: Review the ANI for the full text of the Absolute Priorities.

U.S. Department of Education

ED02795

# Application Requirements

Regional Centers 84.283B

 U.S. Department of Education

ED02796

# Application Requirements

- Requirements for **applicants** under this program.

- These requirements must be addressed **in the grant application**.

- Application requirements are aligned to associated selection criteria.

- They include:

  - General application requirements for all Centers, and

  - Specific application requirements for National, Regional, or Content Centers.

U.S. Department of Education

ED02797

# Application Requirements for All Centers (1 - 4)

Applicants must:

1) Describe its proposed approach to capacity-building services.

2) Describe the proposed process to identify, in partnership with CC clients, the most urgent educational challenges to be addressed.

3) Describe the proposed approach to measure and monitor client progress or success in overcoming the challenges to be addressed.

4) Demonstrate expertise in providing highly relevant and highly effective technical assistance.

*Note*: Review the ANI for full text of Application Requirements.

U.S. Department of Education

32

ED02798

# Application Requirements for All Centers (5-7)

Applicants must:

5) Provide a budget that includes a narrative explanation of estimated costs for intensive, targeted, and universal capacity-building services.

6) Describe the proposed leadership structure for the Center and how the organizational leadership will effectively manage the project according to the needs of the program.

7) Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs that are consistent with the proposed project's intended outcomes.

*Note*: Review the ANI for full text of Application Requirements.

U.S. Department of Education

33

ED02799

# Application Requirements for Regional Centers (8)

A Regional Center applicant must:

8) Propose an approach to intensive capacity-building services, including:

- Identification of intended beneficiaries based on available data for specific regions, and

- Details on how the Center will ensure proposed capacity-building services are driven by client needs and co-developed with client input.

*Note*: Review the ANI for full text of Application Requirements.

U.S. Department of Education

34

ED02800

# Selection Criteria

Regional Centers 84.283B

 U.S. Department of Education

ED02801

# Selection Criteria

1) Significance

2) Quality of Project Design

3) Quality of the Management Plan

U.S. Department of Education

36

ED02802

# Selection Criteria Scoring

| Absolute Priority | Significance | Quality of Project Design | Quality of the Management Plan | Total Points |
|---|---|---|---|---|
| **Regional Centers** | Up to 20 points | Up to 50 points | Up to 30 points | **Up to 100** |

# Significance (Regional Centers)

In determining the overall quality of the **Significance** of the proposed project, the Secretary considers the following factors:

1) The data presented (including a comparison to local, State, regional, national, or international data) that demonstrates the issue, challenge, or opportunity to be addressed by the proposed project (*up to 5 points).*

2) The extent to which the proposed project is likely to build local, State, regional, or national capacity to provide, improve, sustain, or expand training or services that address the needs of underserved populations (*up to 15 points).*

 U.S. Department of Education

*Note*: See the ANI for a complete description of Selection Criteria.

38

ED02804

# Quality of Project Design (Regional Centers) (1 of 3)

In determining the overall quality of the **Quality of the Project Design** of the proposed project, the Secretary considers the following factors:

1) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified, measurable, and ambitious yet achievable within the project period, and aligned with the purposes of the grant program (*up to 5 points*).

2) The adequacy of plans for ensuring the use of quantitative and qualitative data, including meaningful community member and partner input, to inform continuous improvement in the operation of the proposed project (*up to 10 points*).

 U.S. Department of Education

*Note*: See the ANI for a complete description of Selection Criteria.

39

ED02805

# Quality of Project Design (Regional Centers) (2 of 3)

In determining the overall quality of the **Quality of the Project Design** to capacity building of the proposed project, the Secretary considers the following factors:

3) The extent to which the training or professional development services to be provided by the proposed project are of sufficient quality, intensity, and duration to build recipient and project capacity in ways that lead to improvements in practice among the recipients of those services (*up to 15 points).*

4) The extent to which the proposed project will include coordination with other Federal investments, as well as appropriate agencies and organizations providing similar services to the target population (*up to 10 points).*

 U.S. Department of Education

*Note*: See the ANI for a complete description of Selection Criteria.

40

ED02806

# Quality of Project Design (Regional Centers) (3 of 3)

In determining the overall quality of the approach to capacity building of the proposed project, the Secretary considers the following factors:

4) The extent to which the proposed project is supported by the target population that it is intended to serve (*up to 5 points*).

5) The quality of the logic model or other conceptual framework underlying the proposed project, including how inputs are related to outcomes (*up to 5 points).*



U.S. Department of Education

*Note*: See the ANI for a complete description of Selection Criteria.

41

ED02807

# Quality of Management Plan (Regional Centers) (1 of 2)

In determining the overall quality of the approach to capacity building of the proposed project, the Secretary considers the following factors:

1) The feasibility of the management plan to achieve project objectives and goals on time and within budget, including clearly defined responsibilities, timelines, and milestones for accomplishing project tasks (*up to 10 points).*

2) The extent to which the time commitments of the project director and principal investigator and other key project personnel are appropriate and adequate to meet the objectives of the proposed project *(up to 5 points).*

 U.S. Department of Education

*Note*: See the ANI for a complete description of Selection Criteria.

42

ED02808

# Quality of Management Plan (Regional Centers) (2 of 2)

In determining the overall quality of the approach to capacity building of the proposed project, the Secretary considers the following factors:

3) The extent to which the key personnel in the project, when hired, have the qualifications required for the proposed project, including formal training or work experience in fields related to the objectives of the project, and represent or have lived experiences of the target population (*up to 10 points).*

4) The extent to which the budget is adequate to support the proposed project and the costs are reasonable in relation to the objectives, design, and potential significance of the proposed project (*up to 5 points*).

 U.S. Department of Education

*Note*: See the ANI for a complete description of Selection Criteria.

43

ED02809

# **Application Review Process**



U.S. Department of Education

ED02810

# Application Review Process



U.S. Department of Education

ED02811

# Application Instructions and Submission Procedures

 U.S. Department of Education

ED02812

# Application Instructions

- Access instructions on [Grants.gov](Grants.gov)

- Contains

  - Application Submission Information

  - Verify Submission

  - Electronic Application Submission Checklist

  - Other important information.

U.S. Department of Education

47

ED02813

# Application Checklist

An Applicant Checklist is located on Grants.gov and in the ANI to help applicants verify that all forms, attachments, narratives are included during the application development

- Confirms that all mandatory sections and forms have been addressed

- Reduces the risk of submission errors or incomplete application

Required forms are listed in the ANI and linked in Grants.gov.

Applicants are **strongly encouraged** to use the checklist throughout the application development process and prior to submission to verify the completion of all required documentation.

U.S. Department of Education

48

ED02814

# Application Checklist (1 of 3)

## Standard Documents

- Application for Federal Assistance (SF 424)
- ED Supplemental Information for (SF 424)
- ED Grant Application Form for Project Objectives and Performance Measures Information

## Budget Information

- ED Budget Information Non-Construction Programs (ED Form 524)



U.S. Department of Education

See the **Application Instructions**, available on Grants.gov, for official instructions.

ED02815

# Application Checklist (2 of 3)

| ED Abstract Form | • Project Abstract |
|---|---|
| Project Narrative | • Table of Contents<br>• Application Narrative (Project Narrative Attachment Form) proposed 75 pages limit |
| Budget Narrative | • Budget Narrative Attachment Form |

 U.S. Department of Education

See the **Application Instructions**, available on Grants.gov, for official instructions.

ED02816

# Application Checklist (3 of 3)

| Other Attachments | • Reference List/Bibliography<br>• Individual Resumes for Project Director & Key Personnel<br>• Copy of Indirect Cost Rate Agreement, if applicable<br>• Letters of Designation/ Endorsement, if applicable |
|---|---|
| Assurances and Certifications | • Disclosure of Lobbying Activities (Standard Form LLL)<br>• Grants.gov Lobbying Form |

See the **Application Instructions**, available on Grants.gov, for official instructions.

 U.S. Department of Education

ED02817

# Project Narrative

- The application narrative is where the applicant should describe the proposed project in response to the priorities in this competition.

- The narrative should address application requirements and selection criteria found in the ANI.

- Address each selection criteria with evidence.

- Follow the 2025 Common Instructions for Applicants to Department of Education Discretionary Grant Programs published in the Federal Register on August 29, 2025 (90 FR 42234) and available at ED 2025 Common Instructions.

- Ensure to only attach the Education approved file types outline in the 2025 Common Instructions for Applicants.

U.S. Department of Education

52

ED02818

# Budget Forms (ED Form 524)

- In line 10, indicate the applicant's approved indirect cost rate, per 34 C.F.R. §§ 75.560 – 75.564 of the Uniform Guidance

- For applicants that do not have an approved indirect cost rate with a cognizant Federal agency, the de minimis rate of up to 15% may be applied

Find more information on the Department's website at:
[Office of Finance and Operation's Indirect Cost Division](#)

U.S. Department of Education

53

ED02819

# Budget Narrative

- Provide an itemized budget breakdown and justification by project year.

  - For this program, applicants do not need to fill in non-Federal funds or resources listed in Section B.

- If you are requesting reimbursement for indirect costs on line 10 specify the estimated amount of the base to which the indirect cost rate is applied and the total indirect expense.

  - Please indicate which costs are included and which costs are excluded from the base to which the indirect cost rate is applied.

U.S. Department of Education

54

ED02820

# Funding Range

- Estimated Available Funds: Approximately $47.5 Million

- Estimated Range of Awards:

    - National Center: $6,500,000 - $6,750,000

    - Regional Centers: $1,000,000 - $5,265,052

    - Content Centers: $750,000 - $1,150,000

    - NCIL: $1,485,000 - $1,500,000

- Subsequent Budget Periods: Funding for the subsequent budget periods beyond the first year is contingent on appropriation levels.

    *The Department is not bound by any estimates in the ANI.*

U.S. Department of Education

55

ED02821

# Regional Center Funding Estimates

| Region | Estimated Funding Range | Region | Estimated Funding Range |
|---|---|---|---|
| Region 1 (Northeast) | $2,353,513 - $2,548,041 | Region 8 (Midwest) | $2,163,955 - $2,342,815 |
| Region 2 (Islands) | $1,250,000 - $1,250,000 | Region 9 (Central) | $2,175,760 - $2,355,596 |
| Region 3 (Mid-Atlantic) | $2,118,292 - $2,293,378 | Region 10 (Southwest) | $4,863,096 - $5,265,052 |
| Region 4 (Appalachia) | $1,839,000 - $1,991,002 | Region 11 (West) | $4,352,805 - $4,712,583 |
| Region 5 (Southeast) | $2,425,817 - $2,626,321 | Region 12 (Northwest) | $2,793,350 - $3,024,323 |
| Region 6 (Gulf) | $2,647,596 - $2,866,431 | Region 13 (Pacific East) | $1,250,000 - $1,250,000 |
| Region 7 (Great Lakes) | $2,331,815 - $2,524,549 | Region 14 (Pacific West) | $1,250,000 - $1,250,000 |
| | | Region 15 (Bureau of Indian Education) | $1,000,000 - $1,000,000 |

U.S. Department of Education

56

ED02822

# Electronic Submission: Using Workspace

- Applications must be submitted electronically in Workspace via Grants.gov and follow the Common Instructions for Applicants to Department of Education Discretionary Grant Programs (87 FR 75045).

- The Workspace Overview website contains resources, such as:
  - Get Started on Your Workspace Application
  - Resources to Help You Set Up Your Workspace
  - Video: How to Create a Workspace

U.S. Department of Education

57

ED02823

# Registration Process

**SAM.gov**

- You must have an active account with SAM.gov. This includes having a Unique Entity Identifier. SAM.gov registration can take several weeks. **Begin that process early.**

  To register, go to SAM.gov and click on "Get Started."

**Grants.gov**

- You must also have an active account with Grants.gov. To register, go to Grants.gov and click "Register." When ready, click on "Get Registered Now" and complete the required fields.

U.S. Department of Education

58

ED02824

# Submission Procedures

- To submit successfully, applicants must provide the Unique Entity Identifier (UEI) number used to registered as an Authorized Organization Representative (AOR) on Grants.gov.

- This UEI number is typically the same number used when your organization registered with the System for Award Management (SAM) (www.sam.gov).

- If you do not enter the same UEI number on your application as the UEI you registered with, Grants.gov will reject your application. Please see the related instructions in this application package.

U.S. Department of Education

59

ED02825

# Grants.gov Submission Tips (1 of 2)

- Review the <u>Training Resources and Videos</u> section for Grants.gov.

- Review the <u>Grants.gov "Applicant FAQs"</u>

- Applicants must download the correct version of <u>Adobe</u> in order to read any Grants.gov application packages.

- Save frequently!

U.S. Department of Education

60

# Grants.gov Submission Tips (2 of 2)

- Submit all documents as Portable Document Format (PDF) files.

  - We recommend your file names be less than 50 characters and do not include special characters (e.g. colon, backslash).

- Once the application is complete, the "Save and Submit" button becomes active. Press the button before the final submission of the application.

- Users may resubmit an application at any point until the closing date and time. The Department will verify review the most recent submission.

- Download and save a copy of your application.

U.S. Department of Education

61

ED02827

# Application Submission

## Successful Submission

Applicants should receive:

- Confirmation email with a time and date stamp and an assigned tracking number from Grants.gov.

- Validation email from Grants.gov. This means the application is ready for Department pick-up.

- Email with their assigned PR Award Number (i.e., S283B26XXXX).

## Unsuccessful Submission

- Applicants should receive a confirmation email with a time and date stamp and an assigned tracking number from Grants.gov.

- If the application is received after 11:59:59 p.m. Eastern Time on June 30, 2026, or validation is not successful, the applicant should receive an error email.

- The error email may list the error, or the applicant can use their tracking number to find the submission error.

- Go <u>here</u> to learn more about error messages.

U.S. Department of Education

62

ED02828

# Helpful Application Reminders

- Only include substantive, project-related information you want peer reviewers to consider in the Project Narrative Form and Budget Narrative Form sections.

- Applicants should attach all applicable appendices to the Other Attachments Form.
  - The Other Attachments Form can support up to 5 attachments. The list of required attachments can be found in the application package.
  - Label each file with the appendix name (e.g., Appendix B Key Personnel Resumes) and attach it to the Other Attachments Form.

U.S. Department of Education

63

ED02829

# Attachment Tips

- When completing a PDF form using Adobe software, use only the Add Attachments buttons in the form to attach a document

- Do not use attachment functions, such as those built into Adobe Reader or the menu bar as this will cause errors in the submission and attachments will not transmit to the Department

U.S. Department of Education

64

ED02830

# Verifying and Tracking Your Submission

- Verify the submission is on time and validated successfully.

- To check, log in to Grants.gov  and click on the Track My Application in the Applicants dropdown menu.

- The Date/Time received should be earlier than 11:59:59 p.m., Eastern Time, on June 30, 2026.

- The application status should be "Validated."

- Do not rely solely on email to confirm whether your application has been received on time and validated successfully. Check!!



 U.S. Department of Education

65

ED02831

# Grants.gov Technical Problems

- If you are experiencing problems submitting your application through Grants.gov, contact the Grants.gov Support Center at 1-800-518-4726 or email: support@grants.gov. You must obtain a Grants.gov Support Desk Ticket Number and keep a record of it.

U.S. Department of Education

66

ED02832

# Award Notification

- If your application is funded, you will receive a Grant Award Notification (GAN) via email.

- If your application is deemed ineligible, or not selected for funding, you will be notified via email.

- If the Department decides to make new awards this fiscal year, award decisions will be announced in September 2026.

U.S. Department of Education

67

ED02833

# Resources

ED02834

# Competition Resources At-a-Glance

| **Funding Opportunity:** **ED-GRANTS-050826-001** **(National, Regional, Content Centers)** | **Funding Opportunity** **ED-GRANTS-051126-001 (NCIL)** |
|---|---|
| Comprehensive Centers Program Website: Applicant Resources | NCIL Program Website: Applicant Resources |

**Submit Questions to: OESE.ComprehensiveCenters@ed.gov**

 U.S. Department of Education

69

ED02835

# **Additional Webinars**

- Webinars detailing the general requirements for each Center type can be found on the Program Websites on ed.gov.

| General Competition Information | National Center | Content Centers (Field-Initiated, Emerging Needs) | NCIL |

U.S. Department of Education

ED02836

# Accessible Format

- Upon request, individuals with disabilities can obtain the ANI and a copy of the application package in an accessible format.

- The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, braille, large print, or another accessible format.

- To submit a request, contact:

  - Dr. Michelle Daley, U.S. Department of Education

  - Email: OESE.ComprehensiveCenters@ed.gov.

U.S. Department of Education

71

ED02837

# Important Reminders

- Review the ANI for a complete description of the competition priorities, selection criteria, requirements, assurances, and definitions.

  - **84.283B**: National Center, Regional Centers, Field-Initiated Content Centers, Emerging Needs Content Center

  - **84.283D**: ANI for National Center on Improving Literacy for Students with Disabilities

- Submit Notice of Intent to Apply (optional) to OESE.ComprehensiveCenters@ed.gov by May 29, 2026

- Register on SAM.gov  and Grants.gov 

- Deadline Reminder: The deadline for the transmittal of applications is 11:59:59 p.m. EDT on **June 30, 2026.**

U.S. Department of Education

72

ED02838

# Contact Information

- For additional questions, email: [OESE.ComprehensiveCenters@ed.gov](mailto:OESE.ComprehensiveCenters@ed.gov)

- For more information and resources, visit:
    - [Comprehensive Centers Program Website](#)

U.S. Department of Education

ED02839



# Thank You

U.S. Department of Education

ED02840

# Comprehensive Centers Program 2026 Grant Competition General Information

Pre-Application Webinar for Prospective Applicants

May 19, 2026

ED02841

# Welcome

**Dr. Michelle Daley**

Group Leader, Program and Grantee Support Services

**Erin Kelts**

Competition Manager, Program and Grantee Support Services

**Dr. Esley Newton**

Co- Competition Manager, Program and Grantee Support Services

# Open Applications/Webinars

The Department is accepting applications for the following absolute priorities:

- **National Comprehensive Center**

- **Regional Centers**

- **Content Centers**

  - Emerging Needs: Meaningful Learning Opportunities

  - Field-Initiated

  - National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL)

Prospective applicants seeking to apply for more than <u>**one**</u> Comprehensive Center <u>**must**</u> **submit a separate application for each Center.**

*Visit the **Department of Education's YouTube Channel** for more information on application requirements for each types of Center.*

 U.S. Department of Education

3

ED02843

# Agenda

1) Program Overview

2) Competition Information

3) Definitions

4) Resources



U.S. Department of Education

4

ED02844

# Objectives

- As a result of this webinar, participants will:

  - Become familiar with key components and requirements of the Comprehensive Centers Program.

  - Increase understanding of the general grant competition requirements outlined in the Application Notice and Instructions (ANI) for the 2026 Comprehensive Centers Program grant competition.

U.S. Department of Education

5

ED02845

# Funding Opportunities

**National Center, Regional Centers, Content Centers**

- **Assistance Listing Number (ALN)**: 84.283B

- **Funding Opportunity Number**: ED-GRANTS-050826-001


**National Center on Improving Literacy for Students with Disabilities**

- **ALN**: 84.283D

- **Funding Opportunity Number**: ED-GRANTS-051126-001

U.S. Department of Education

ED02846

# IMPORTANT – Webinar Disclaimer

- **The Application Notice and Instructions (ANIs) published on Grants.gov serve as the official announcement and instructions for the 2026 Comprehensive Centers Program grant competition.**

- This presentation does *not* contain the full-text of the ANIs and should only be used as a reference in conjunction with the official instructions.

- **Before applying for this grant, interested applicants should thoroughly review the ANI for the specific funding opportunity:**

  - National Center, Regional Centers, Field-Initiated and Emerging Needs Content Centers

  - National Center on Improving Literacy for Students with Disabilities

U.S. Department of Education

7

ED02847

# Comprehensive Centers Program

Program Overview

ED02848

# Program Authority

The Comprehensive Center Program is authorized in Section 203 of the Educational Technical Assistance Act of 2002 (ETAA) ([20 U.S.C. 9601 et seq](.).).

U.S. Department of Education

ED02849

# Comprehensive Centers Program

The [Comprehensive Centers Program](#) supports the establishment of **Comprehensive Centers** to provide capacity-building services to State educational agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), and schools that:

- **improve educational opportunities and outcomes**,

- **close achievement gaps**, and

- **improve the quality of instruction** for all students, and **particularly for groups of students with the greatest need**, including

  - students from low-income families and

  - students attending schools implementing comprehensive support and improvement or targeted or additional targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965, as amended (ESEA).

U.S. Department of Education

10

ED02850

# The Comprehensive Center Network

The Comprehensive Center Network (CCNetwork) is comprised of three types of Comprehensive Centers:

1. National Comprehensive Center (National Center)
2. Regional Comprehensive Centers (Regional Centers),
3. Content Centers

These Centers work together to support SEAs, REAs, Tribal education agencies (TEAs), LEAs, and schools to improve instruction, expand opportunity, and close achievement gaps for all students, especially those with the greatest need.



U.S. Department of Education

11

ED02851

# Reimagining the CC Program

- The FY26 CC NFP shifts this program to return education to the States, placing greater decision-making over how resources are used to support State and local needs.

- Key features include:
  - Centering **State Learning Agendas** and priorities to drive the work of Regional Educational Laboratories (RELs) and CCs.
  - Increasing choice and access to broader expertise through a **national subject matter expert cadre**.
  - Improving access to federal support through a **National Center concierge**.
  - **Joint boards and planning** requirements for RELs and Regional CCs to improve alignment and reduce burden.
  - **Field Initiated Content Centers** that allow applicants to propose priority topics based on States' needs

U.S. Department of Education

12

ED02852

# Grounded in Capacity-Building

**Capacity-building services** means assistance that strengthens an individual's or organization's ability to engage in continuous improvement and achieve expected outcomes.

U.S. Department of Education

13

ED02853

# Three Tiers of Capacity Building (1 of 3)

**Intensive capacity-building services** means assistance often provided on-site and requiring a stable, ongoing relationship between the Comprehensive Center and its clients and recipients, as well as periodic reflection, continuous feedback, and use of evidence-based improvement strategies.



U.S. Department of Education

14

ED02854

# Three Tiers of Capacity Building (2 of 3)

**Targeted capacity-building services** means assistance based on needs common to multiple clients and recipients and not extensively individualized. A relationship is established between the recipient(s), the National Center or Content Center, and Regional Center(s), as appropriate.



U.S. Department of Education

15

ED02855

# Three Tiers of Capacity Building (3 of 3)

**Universal capacity-building services** means assistance and information provided to independent users through their own initiative, involving minimal interaction with National or Content Center staff.

Examples of universal services includes:

- Information or products, such as newsletters, guidebooks, policy briefs, or research syntheses
- One-time webinar or conference presentations



U.S. Department of Education

ED02856

# Four Dimensions of Capacity-Building

- **Human capacity** means development or improvement of individual knowledge, skills, technical expertise, and ability to adapt and be resilient to policy and leadership changes.

- **Organizational capacity** means structures that support clear communication and a shared understanding of an organization's visions and goals, and delineated individual roles and responsibilities in functional areas.

- **Policy capacity** means structures that support alignment, differentiation, or enactment of local, State, and Federal policy and initiatives.

- **Resource capacity** means tangible materials and assets that support alignment and use of Federal, State, private, and local funds.

U.S. Department of Education

17

ED02857

# Competition Overview

2026 Comprehensive Centers Competition

ED02858

# 2026 Competition At-a-Glance (1 of 3)

**National Center, Regional Centers, Content Centers (Field-Initiated and Emerging Needs)**

- Assistance Listing Number (ALN): 84.283B

- Funding Opportunity Number: ED-GRANTS-050826-001


**National Comprehensive Center on Improving Literacy for Students with Disabilities**

- Assistance Listing Number (ALN): 84.283D

- Funding Opportunity Number: ED-GRANTS-051126-001

U.S. Department of Education

19

ED02859

# 2026 Competition At-a-Glance (2 of 3)

- Type of Award: Cooperative Agreement

- Number of Awards: At least 20

- Project Period: Up to 60 months (five years)
  - The Department may choose to make awards in this or subsequent fiscal years.

U.S. Department of Education

20

ED02860

# 2026 Competition At-a-Glance (3 of 3)

- Estimated Available Funds: Approximately $47.5 Million

- Estimated Range of Awards:

  - National Center: $6,500,000 - $6,750,000

  - Regional Centers: $1,000,000 - $5,265,052

  - Content Centers: $750,000 - $1,150,000

  - NCIL: $1,485,000 - $1,500,000

- Subsequent Budget Periods: Funding for the subsequent budget periods beyond the first year is contingent on appropriation levels.

  *The Department is not bound by any estimates in the ANI.*

U.S. Department of Education

21

ED02861

# Eligible Applicants

- **Who May Apply**: Research organizations, institutions, agencies, institutes of higher education, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002). A group of eligible entities may apply as a consortium, in accordance with the requirements in 34 CFR 75.127-129.

 U.S. Department of Education

ED02862

# Returning Education to the States

**Projects or proposals that will be carried out by one or more of the following:**

(a)  State educational agencies (as defined in 20 U.S.C. 7801(49)),

(b)  Entities identified, designated, or endorsed by a Governor or chief State education official for purposes of implementing the project or proposal,

(c)  Tribal educational agency (as defined in 20 U.S.C. 7452(b)(3)), or

(d)  Consortia of the entities identified under this priority.

U.S. Department of Education

23

ED02863

# FY 2026 Competition Timeline



*Estimated. The Department may choose to make awards in this or subsequent fiscal years.

U.S. Department of Education

ED02864

# Application Notice and Instructions

## Overview

 U.S. Department of Education

ED02865

# Application Notice and Instructions (ANI)

On **May 8, 2026**, the U.S. Department of Education (Department) published an [Application Notice and Instructions](#) for New Awards for the Comprehensive Centers Program on *Grants.gov*.

On **May 11, 2026**, the U.S. Department of Education (Department) published an [Application Notice and Instructions](#) for New Awards for the National Comprehensive Center on Improving Literacy for Students with Disabilities on *Grants.gov*.

> **Disclaimer Reminder:** This presentation does not contain the full text of the ANI for the 2026 Comprehensive Center grant competition. Before applying for a grant, interested applicants should thoroughly review the **ANIs** on Grants.gov. Links to the ANIs and other competition resources can be found on the program websites:
> - [National, Regional, and Content Centers](#)
> - [NCIL](#)



U.S. Department of Education

26

ED02866

# ANI Overview

The ANI includes all official information needed to apply for a 2026 Comprehensive Center grant.

**Sections include:**

I. Program Information

II. Eligibility Information

III. Program Description

IV. Requirements

    I. Program Requirements

    II. Application Requirements

V. Application Review Information

VI. Definitions



 U.S. Department of Education

27

ED02867

# Program Information

Priorities, Selection Criteria, and Performance Measures

ED02868

# Priorities

The FY 2026 competition includes **six absolute priorities** and **three competitive preference priorities**.

| Absolute Priority (AP) - Required | Competitive Preference Priorities (CPP) - Optional |
|---|---|
| **AP1**: National Center | **CPP1**: Returning Education to the States |
| **AP1**: Regional Centers | **CPP1**: Returning Education to the States |
| **AP1**: Emerging Needs Content Center<br>**AP2:** Meaningful Learning Opportunities (Strategic Staffing) | **CPP1**: Returning Education to the States |
| **AP3:** Field-Initiated Content Centers | **CPP1**: Returning Education to the States<br>**CPP2:** Meaningful Learning Opportunities (Mathematics)<br>**CPP3:** Promoting Evidence-Based Literacy |
| **AP1**: National Comprehensive Center on Improving Literacy for Students with Disabilities | **CPP1**: Returning Education to the States |

U.S. Department of Education

29

ED02869

# National Center



**REQUIRED**

# AP 1: National Center



**OPTIONAL**

# CPP 1: Returning Education to the States


U.S. Department of Education

30

ED02870

# Regional Centers

REQUIRED

## AP 1: Regional Centers

OPTIONAL

## CPP 1: Returning Education to the States

 U.S. Department of Education

31

ED02871

# Regions

- **Region 1 (Northeast):** Connecticut, Massachusetts, Maine, New Hampshire, New York, Rhode Island, Vermont

- **Region 2 (Islands):** Puerto Rico, Virgin Islands

- **Region 3 (Mid-Atlantic):** Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania

- **Region 4 (Appalachia):** Kentucky, Tennessee, Virginia, West Virginia

- **Region 5 (Southeast):** Georgia, North Carolina, South Carolina

- **Region 6 (Gulf):** Alabama, Florida, Mississippi

- **Region 7 (Great Lakes):** Indiana, Michigan, Ohio

- **Region 8 (Midwest):** Illinois, Iowa, Minnesota, Wisconsin

- **Region 9 (Central):** Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, Wyoming

- **Region 10 (Southwest):** Arkansas, Louisiana, New Mexico, Oklahoma, Texas

- **Region 11 (West):** Arizona, California, Nevada, Utah

- **Region 12 (Northwest):** Alaska, Oregon, Washington, Idaho, Montana

- **Region 13 (Pacific East):** American Samoa, Hawaii, Republic of the Marshall Islands

- **Region 14 (Pacific West):** Commonwealth of the Northern Mariana Islands, Federated States of Micronesia, Guam, Palau

- **Region 15:** Bureau of Indian Education

 U.S. Department of Education

32

ED02872

# Emerging Needs Content Center



**REQUIRED**

## AP 1: Emerging Needs



## AP 2: Meaningful Learning Opportunities (Strategic Staffing)

## CPP 1: Returning Education to the States

**OPTIONAL**

 U.S. Department of Education

33

ED02873

# Field-Initiated Content Centers

**REQUIRED**

## AP 3: Field Initiated Centers

| CPP 2:<br>Returning Education to the States | CPP 3:<br>Promoting Evidence-Based Literacy | **OR** | CPP 4:<br>Meaningful Learning Opportunities (Mathematics) |

**OPTIONAL**

 U.S. Department of Education

34

ED02874

# National Center for Improving Literacy for Students with Disabilities (NCIL)

**REQUIRED**

## AP 1: Content Center: National Comprehensive Center on Improving Literacy for Students with Disabilities (NCIL)

**OPTIONAL**

## CPP 1: Returning Education to the States

 U.S. Department of Education

35

ED02875

# Selection Criteria

| | National Center | Regional Centers | Content Centers (EN, F-I) | NCIL |
|---|---|---|---|---|
| Significance | 20 | 20 | 30 | 15 |
| Quality of the project design | 55 | 50 | 50 | 55 |
| Quality of the management plan | 35 | 30 | 30 | 30 |
| **TOTAL POINTS** | **110** | **100** | **100** | **100** |
| CPP: Returning Education to the States | 10 | 10 | 10 | 10 |
| CPP: Literacy or Math | - | - | 5 | - |
| **MAXIMUM POINTS POSSIBLE** | **120** | **110** | **115** | **110** |

U.S. Department of Education

36

ED02876

# Performance Measures

- Measure 1: The extent to which Comprehensive Center clients are satisfied with the quality, usefulness, and relevance of services provided.

- Measure 2:  The extent to which Comprehensive Centers provide services and products to a wide range of recipients.

- Measure 3:  The extent to which Comprehensive Centers demonstrate that capacity-building services were implemented as intended.

- Measure 4:  The extent to which Comprehensive Centers demonstrate recipient outcomes were met.

U.S. Department of Education

37

ED02877

# Requirements

2026 Comprehensive Center Program

 U.S. Department of Education

ED02878

# Program Requirements

- Requirements for **grantees** under this program.

- These requirements must be addressed **after award** and through cooperative agreements.

- They include:

  - General program requirements for all Centers, and

  - Specific program requirements for National, Regional, or Content Centers.

 U.S. Department of Education

ED02879

# Application Requirements

- Requirements for **applicants** under this program.

- These requirements must be addressed **in the grant application**.

- Application requirements are aligned to associated selection criteria.

- They include:

  - General application requirements for all Centers, and

  - Specific application requirements for National, Regional, or Content Centers.

U.S. Department of Education

40

ED02880

# Definitions

2026 Comprehensive Center Program

 U.S. Department of Education

ED02881

# Definitions

- Beneficiary
- Capacity-building services
- Client
- Collaboration
- Coordination
- Demonstrates a rationale
- Educator
- Evidence-based
- Evidence-based Literacy
- Evidence Framework

- Experimental study
- Four dimensions of capacity-building services
- High-leverage problems
- Intensive capacity-building services
- Key personnel
- Logic model
- Milestone
- Outcomes
- Outputs

- Quasi-experimental design study
- Regional educational agency
- Strategic staffing
- Targeted capacity-building services
- Tribal educational agency
- Universal capacity-building

U.S. Department of Education

42

ED02882

# Resources

ED02883

# Competition Resources At-a-Glance

**Funding Opportunity:**
**ED-GRANTS-050826-001**
**(National, Regional, Content Centers)**

Comprehensive Centers Program
Website: Applicant Resources

**Funding Opportunity**
**ED-GRANTS-051126-001 (NCIL)**

NCIL Program Website:
Applicant Resources

**Submit Questions to: OESE.ComprehensiveCenters@ed.gov**

 U.S. Department of Education

44

ED02884

# Additional Webinars

- Webinars detailing the requirements for each Center type can be found on the Program Websites on ed.gov.

| National Center | Regional Centers | Content Centers (Field-Initiated, Emerging Needs) | NCIL |

 U.S. Department of Education

45

ED02885

# Accessible Format

- Upon request, individuals with disabilities can obtain the ANI and a copy of the application package in an accessible format.

- The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, braille, large print, or another accessible format.

- To submit a request, contact:

  - Dr. Michelle Daley, U.S. Department of Education

  - Email: OESE.ComprehensiveCenters@ed.gov.

U.S. Department of Education

46

ED02886

# Important Reminders

- Review the ANI for a complete description of the competition priorities, selection criteria, requirements, assurances, and definitions.

  - **84.283B**: National Center, Regional Centers, Field-Initiated Content Centers, Emerging Needs Content Center

  - **84.283D**: ANI for National Center on Improving Literacy for Students with Disabilities

- Submit Notice of Intent to Apply (optional) to OESE.ComprehensiveCenters@ed.gov by May 29, 2026

- Register on SAM.gov  and Grants.gov 

- Deadline Reminder: The deadline for the transmittal of applications is 11:59:59 p.m. EDT on **June 30, 2026.**

U.S. Department of Education

47

ED02887

# Contact Information

- For additional questions, email: [OESE.ComprehensiveCenters@ed.gov](mailto:OESE.ComprehensiveCenters@ed.gov)

- For more information and resources, visit:
  - [Comprehensive Centers Program Website](#)
  - [NCIL Program Website](#)

U.S. Department of Education

48

ED02888

# Thank You

 U.S. Department of Education

ED02889

🇺🇸 An official website of the United States government  Here's how you know

U.S. Department of Education

> **Historical Content**
>
> This page has been marked as historical and is no longer actively maintained by the Department of Education.

HOME  /  ABOUT US  /  DOING BUSINESS WITH ED  /  PEER REVIEWERS

# Call for Peer Reviewers: FY 2026 Comprehensive Centers Program Grant Competition

## Purpose

The Comprehensive Centers (CC) Program supports the establishment of Comprehensive Centers to provide capacity-building services to State educational agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), Tribal education agencies (TEAs), and schools that improve educational opportunities and outcomes, close achievement gaps, and improve the quality of instruction for all students, and particularly for groups of students with the greatest need.

The 2026 Comprehensive Center Program grant competition invites applications for the following types of Centers:

- **A National Center**;
- **Regional Centers**;
- **Content Centers**; and
- **A National Center for Improving Literacy (NCIL)**.

ED02890

For complete information about this competition, see the **Application Notice and Instructions** published on the program website and on Grants.gov for the following 2026 CC grant competitions:

- National, Regional, and Content Centers: ED-GRANTS-050826-001
- National Center for Improving Literacy for Students with Disabilities: ED-GRANTS-051126-001

# Peer Review Information

**Competition Name**: 2026 Comprehensive Centers Program (Assistance Listing Numbers 84.283B and 84.283D)

**Mandatory Dates of Availability:** July 16-31, 2026

**Deadline to Submit Resume for Consideration:** June 19, 2026

## How to Apply

**Please read the information about the 2026 CC Peer Reviewer Process in its entirety**. Please complete **both** of the following steps to be considered for this peer review:

1. Register as a peer reviewer in the Department's grants management system, G5, at G5.gov, and
2. Complete the requested information and upload an updated resume or curriculum vitae (limit to five pages or fewer) in the **Peer Reviewer Survey** located at the end of this web page by **June 19, 2026**.

By submitting your resume, you agree to share this information with Department staff and contractors facilitating the grant review. The Department solicits Peer Reviewers without regard to race, color, national origin, gender, age, or disability.  In your email, please indicate if you wish to be considered as a **Peer Reviewer** or **non-Federal Panel Monitor**, and whether you believe you meet the specialized qualifications to serve as a Peer Reviewer for the NCIL or BIE Center.

## Peer Review Process

ED02891

The Department's discretionary grants peer review process utilizes qualified individuals to review and evaluate applications for federal funding. The Department relies on its Peer Reviewers to use their professional experience, content knowledge, expertise, and judgment to evaluate, and score submitted applications. The peer review process is designed to identify and fund the highest-quality applications and create opportunities for the general public to participate in government and gain insight into the federal funding process.  The process generally consists of:

- **Panel Assignment**. Applications are organized into panels and assigned to Peer Reviewers for evaluation. Reviewers will be assigned to a panel consisting of at least two other non-federal Reviewers and one Alternate Reviewer and facilitated by a non-federal Panel Monitor. Each panel will review all applications for a single grant.
- **Training.** Peer Reviewers will receive training on the competition requirements and selection criteria to prepare for the review.
- **Reading Period**. During a Reading Period, each Reviewer will individually read, evaluate, and score their assigned applications.  Alternate Reviewers will read and score all applications and prepare to participate in the panel discussion if needed.
- **In-Person Panel Discussion**. Next, Reviewers will participate in panel meetings to engage in a comprehensive discussion of the applications with other panel members and finalize their scores and written comments. For this competition, panel discussions will be held in-person in the Washington, DC area.
- **Funding Decisions** Final peer reviewer scores are averaged and arranged in rank order to inform the Department's funding decisions.  Final scores and comments are shared with each applicant following award decisions.

## Desired Qualifications

The Department seeks Peer Reviewers from a broad range of educational backgrounds and experiences detailed below. Reviewers will be selected to review specific applications based on their experience and qualifications. Qualified reviewers should demonstrate relevant knowledge, understanding, and experience in at least **one** of the following areas:

- Providing technical assistance, capacity-building training, or implementation support to education professionals and organizations, grounded in adult learning principles and focused on improving educational outcomes.

ED02892

- Education policy and program subject matter expertise in literacy, mathematics achievement, strategic staffing, school improvement, or other topics related to improving implementation of Elementary and Secondary Education Act (ESEA) programs.
- Leading education research or program evaluation or applying evidence-based approaches to improve educational practices.
- Operating and administering State and local educational systems.
- Addressing unique educational obstacles faced by students from low-income families, students living in rural areas, Tribal students, English learners, students in foster care, migratory children, immigrant children and youth, and other student populations with specific needs defined in the ESEA.

## Specialized Expertise

**Practitioners:** The Department is especially interested in Peer Reviewers who are current school, district, or state administrators and practitioners with specific experience:

- Implementing comprehensive support and improvement activities or targeted or additional targeted support and improvement activities in Title I, Part A of the ESEA (ESEA sec. 1111(d));
- Accelerating academic achievement in math and literacy (including high-impact tutoring, high-quality summer and after-school learning and enrichment, and effective interventions to reduce chronic absenteeism and increase student engagement);
- Improving core academic instruction;
- Implementing strategic staffing strategies; or
- Developing aligned and integrated agency systems, educational interventions, and practices supporting public and tribally operated schools.

**Bureau of Indian Education (BIE):** Reviewers for the BIE Regional Center should demonstrate expertise or experience in at least **two** of the following areas:

- Direct instructional and/or administrative experience in schools and/or districts with significant Native American, Alaska Native student populations.
- Direct research and evaluation experience of K-12 programming with a specific focus on Native American, Alaska Native students.

ED02893

- Higher education administrators and faculty of teacher education programs who instruct Native American, Alaska Native professionals that will return to schools that serve significant Native American, Alaska Native populations.
- Persons who have administrative, project management or other leadership experience which helps their understanding of what happens in the classroom and how it applies to teacher/administrator training for high proportion Native American, Alaska Native educational programs.
- Responsible for partnership building between tribes and school districts/BIE funded schools.
- Responsible for the retention and persistence of traditional and non-traditional college age Native American students.

Direct cultural, language, and/or educational K–12 program experience serving Native American, Alaska Native students.

**National Center for Improving Literacy for Students with Disabilities (NCIL):**
Reviewers for the NCIL should demonstrate expertise in at least **one** of the following areas:

- Knowledge of the Science of Reading as it relates to the literacy needs of students at risk of not attaining full literacy skills due to a disability, including dyslexia impacting reading or writing, or developmental delay impacting reading, writing, language processing, comprehension, or executive functioning.
- Demonstrated experience implementing evidence-based literacy instruction, strategies, accommodations, and assessments for students at risk of not attaining full literacy skills due to a disability.
- Demonstrated experience implementing evidence-based assessment tools and resulting data to identify students and improve instruction for students at risk of not attaining full literacy skills due to a disability.
- Demonstrated experience providing technical assistance on evidence-based literacy practices to families of students at risk of not attaining full literacy skills due to a disability.

In addition to the specialized knowledge and experience described above, potential reviewers should also possess strong critical analysis skills, evaluative writing skills, and the ability to assess grant applications with objectivity.

## Non-Federal Panel Monitors

ED02894

Non-federal Panel Monitors will be responsible for facilitating the panel review discussion for each application assigned to the panel. They will read reviewer scores and comments, provide feedback, and work with Department staff to ensure fair evaluation of each application. In addition to meeting qualifications above, successful non-federal Panel Monitors will have:

- Participated previously in at least **one** Department of Education or other federal grant peer review;
- Strong organizational and time management skills;
- Excellent writing and communication skills; and
- Experience facilitating groups, leading discussion, and resolving conflicts.

## Compensation

Reviewers will be compensated based on the number of applications reviewed on each panel. Generally, the Department estimates that Reviewers will read approximately 4-8 applications per panel; however, the final number of applications will be dependent on the number of applications received.

- **Reviewers** will receive an honorarium of at least $400 per application** reviewed, evaluated and scored.
- **Alternate Reviewers** will receive an honorarium of $250 per application reviewed, evaluated and scored. Alternates should plan to be available for panel discussions in case a Reviewer has to be excused from the panel for any reason. If the Alternate needs to act as a Reviewer, they will be re-designated and will receive an honorarium as a Reviewer.
- **Non-Federal Panel Monitors** will receive an honorarium of at least $400 per application assigned to their panel.

*\*\*This is a minimum estimate. The actual honoraria may be higher, dependent on the number of applications received.*

## Requirements

### Availability

This review will take place during the month of July 2026. **Reviewers for the competition must make themselves available to participate in all peer review**

**activities between July 16-31, 2026.** The Department estimates that Peer Reviewers will dedicate approximately 30-60 hours, and Alternate Reviewers will dedicate approximately 30-45 hours to the entire review process. Approximate estimates for each phase of the review are provided below. The number of hours will vary depending on the number of applications assigned to the panel (estimated 4-8 applications per panel).

An estimated timeframe for the review is provided below:

1. Training (July 16 and 22). Peer Reviewers will participate in mandatory training sessions, read related program material, and submit required documentation to the Department before starting the independent review of applications. (Estimated time: 4 hours).
2. Reading Period (July 20-24). Peer Reviewers will independently review their assigned applications prior to the in-person panel discussions. Independent review includes reading, scoring, and writing evaluative comments. (Estimated time: 12-32 hours).
3. Panel Discussions (July 27-31). Reviewers will participate in in-person panel discussions about each assigned application. Following the discussion, Reviewers will revise and finalize comments and scores for each application. (Estimated time: 14-26 hours).

**Please Note:** The CC Peer Review **in-person panel discussions will be held in the Washington, DC area during the week of July 27-31, 2026.** Reviewers must be able to travel to Washington, DC to participate in the in-person panel discussions, arriving by the morning of July 27, 2026, and departing no later than Friday, July 31, 2026. All qualified travel expenses will be paid by the government.

4. Finalize Comments and Scores (by July 31). Once all evaluations are finalized and approved by the Department, the review will conclude, and Reviewers will receive compensation for the review.

**Note:** This is an estimated timeframe. The actual timing of the review activities will depend on several factors including, for example, number of applications received, reviewer timeliness in finalizing evaluations, or the need to reconstitute review panels. Once the review schedule is finalized, each Peer Reviewer, Alternate, and Non-Federal Panel Monitor must commit to the schedule in writing.

ED02896

Technology

Some peer review activities will be conducted remotely, such as trainings and independent reading.

Each peer reviewer **must** have access to the internet, a phone, and a computer to participate.  Peer Reviewers must also be able to interact within the web environment, and be basically proficient in using Microsoft Word, Microsoft SharePoint, and Microsoft Teams applications, or a similar virtual platform such as Zoom for virtual meetings and be familiar with G5 (www.G5.gov) (the Department's enterprise grants management system).

In addition, Reviewers **must** be fully available for the virtual and in-person peer review process. **Reviewers must be available for virtual meetings from July 16-24, 2026, and the in-person peer review panel discussions from July 27-31, 2026.**

## Conflict of Interest

Reviewers will be screened for conflict of interest. No individual with a conflict of interest will be permitted to serve as a peer reviewer for applications where a conflict has been identified.  If you are affiliated with an organization that intends to apply for a grant, depending on the nature of your affiliation, you may not be eligible to serve as a peer reviewer.

You will have a conflict of interest if, for example:

- You helped prepare an application, regardless of financial interest in the success or failure of that application;
- You have agreed to serve, or you have been offered a position, as an employee, advisor, or consultant on the project; and/or
- Your personal financial interest will be affected by the outcome of the competition, which would include any family members, employees, or associates of the project applying for funding.

These and other potential conflicts of interest will be addressed on a case-by-case basis once identified or disclosed.

ED02897

Reasonable Accommodations

After a candidate is notified of his or her appointment as a Reviewer, it is the Reviewer's responsibility to inform the Department in a timely manner of any disability that would require a need for a Reasonable Accommodations (RA) in order to perform the duties of the position.  The Department will provide RA for a qualified individual with a disability so that the individual might participate in the peer reviewer application process.  If you require a RA to apply to participate in this review, please contact the program office via email at OESE.compcenterspeerreview@ed.gov no later than **June 12, 2026**, to ensure we can properly facilitate the application process.

Questions? Please contact OESE.compcenterspeerreview@ed.gov.

# Instructions to Apply

If you want to be considered for the role of a peer reviewer, an alternate peer reviewer or panel monitor, please complete the following steps. Submissions that do not follow the instructions may not be considered.

1. Complete the 2026 CC Peer Review Survey
2. Upload your most recently available resume or curriculum vitae in your **Peer Review Survey** response and ensure it includes a current phone number, email address, and street address. (Please limit your submission to no more than five pages.)  The deadline to complete the survey is **June 19, 2026**.

**TAGS**

GRANTS     HIGHER EDUCATION

**Office of Elementary and Secondary Education (OESE)**

Page Last Reviewed: June 15, 2026

ED02898

## Pay for College

Fill out the FAFSA

529 Plans

Repay Your Loans

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

## News

ED02899

Press Releases

Homeroom Blog

Subscriptions

**Research**

Data

Education Research

What Works Clearinghouse

**Site Notices and Privacy Policies**

**ED Archive**

# U.S. Department of Education

      

 www.ed.gov

**An official website of the Department of Education**

About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**

ED02900

🇺🇸 An official website of the United States government  Here's how you know

U.S. Department of Education

HOME / GRANTS AND PROGRAMS / GRANTS FOR BIRTH TO GRADE 12 / SCHOOL AND COMMUNITY IMPROVEMENT GRANTS

# Comprehensive Centers Program: National, Regional, and Content Centers (84.283B)

**GRANT TYPE**

Discretionary grant

---

**OFFICE**

Office of Elementary and Secondary Education (OESE)

More Grants from OESE >

---

**ALN**

84.283B

---

**CONTACT**

Dr. Michelle Daley

OESE.ComprehensiveCenters@ed.gov

(202)-987-1057

---

**ELIGIBILITY**

- Consortia
- For Profit Organizations
- Individual
- Institutions of Higher Education (IHEs)
- Non-Profit Organizations

ED02901

**FUNDING**

Estimated Total Grant Funding:  $48,500,000

Expected Number Of Awards:  19

Award Ceiling:  $6,500,000

APPLICATION DEADLINE

06/30/2026 - 11:59 PM EDT

APPLICATION STATUS

Closed

READY TO APPLY?

Apply

| OVERVIEW | APPLICANT INFO AND ELIGIBILITY | FUNDING AND LEGISLATION | RESOURCES | A |

# Applicant Information

## 2026 Application Notice and Instructions (ANI)

On May 8, 2026 the U.S. Department of Education (Department) published three Application Notice and Instructions (ANI) for new awards for the 2026 Comprehensive Centers Program: Program and Grantee Support Services (84.283B) grant competition, inviting organizations to apply for up to five-year grant awards to establish Comprehensive Centers that provide capacity-building services to State educational agencies (SEAs), regional educational agencies (REAs), including Tribal educational agencies (TEAs), local educational agencies (LEAs), and schools that improve educational opportunities and

ED02902

student outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for groups of students with the greatest need. The Department may choose to make awards in fiscal year 2026 or subsequent fiscal years.

The Department invites applications for three types of Centers:

1. **A National Center** to coordinate client-driven technical assistance to address SEA, REA, TEA, and LEA priorities related to evidence use and implementation of evidence-based practices to improve student outcomes nationally
   - Application Notice and Instructions (ANI): FY 2026 Comprehensive Centers Program: National Center (84.283B)
2. **Regional Centers** to provide intensive, client-driven technical assistance aligned to State and local priorities and needs related to selecting, implementing, and sustaining evidence-based programs, practices, and interventions in support of improved educator practice and student outcomes, especially in math and literacy
   - Application Notice and Instructions (ANI): FY 2026 Comprehensive Centers Program: Regional Centers (84.283B)
3. **Content Centers** to provide technical assistance on a specific topic of national or regional importance reflected across State and local needs and priorities, including Field-Initiated Centers; Emerging Needs Center; and National Center for Improving Literacy for Students with Disabilities.
   - Application Notice and Instructions (ANI): FY 2026 Comprehensive Centers Program: Content Centers (84.283B)

# Competition Timeline

- **Deadline for Intent to Apply:** May 29, 2026
- **Deadline for Transmittal of Applications:** June 30, 2026
- **Deadline for Intergovernmental Review:** September 8, 2026

# Competition Priorities

## Absolute Priorities

- Under 34 CFR 75.105(c)(3), we consider only applications that meet the absolute priority for a specific competition. The absolute priorities used in this competition are: National Center, Regional Centers, Field-Initiated Content Centers, Emerging Needs Content Centers and Meaningful Learning Opportunities.

ED02903

Competitive Preference Priorities

- An application may receive up to 10 additional points under a Competitive Preference Priority. The competitive preference priorities for this competition vary based on the absolute priority. They are: Returning Education to the States, and for Field-Initiated Content Centers, Meaningful Learning Opportunities, and Promoting Evidence-Based Literacy.

An applicant must identify in the abstract form and the project narrative section of the application any priority that it addresses. Applicants should review the ANI for each Center for specific information on how to meet the absolute and competitive preference priorities for their specific application.

# Application Instructions and Submission

## How to Apply

To apply for this competition, applicants must submit the application through Grants.gov and follow the Common Instructions for Applicants to Department of Education Discretionary Grant Programs which contain requirements and information on how to submit an application. Applicants should review the ANI in its entirety and only rely upon the information and requirements listed in the ANI. An application will not be evaluated for funding if the applicant does not comply with all the procedural rules that govern the submission of the application, or the application does not contain the information required under the program.

## Notice of Intent to Apply:

The Department strongly encourages each potential applicant to notify us of their intent to submit an application by Friday, May 29, 2026. To do so, please email OESE.ComprehensiveCenters@ed.gov with the subject line "Intent to Apply," and include the applicant's name and a contact person's name and email address. Notification is optional and non-binding. Please see the ANI for more information.

For additional questions, please email OESE.ComprehensiveCenters@ed.gov.

# Applicant Resources

## Pre-Application Webinars for Prospective Applicants

ED02904

Webinars for prospective applications review the competition eligibility requirements, priorities, selection criteria, and application requirements. Check back on this page for updated resources throughout the competition.

Please review the materials provided for prospective applicants by Center type:

## General Information

- Webinar slides
- Webinar transcript
- Webinar recording

## Regional Centers

- Webinar slides
- Webinar transcript
- Webinar recording

## National Center

- Webinar slides
- Webinar transcript
- Webinar recording

## Content Centers

- Webinar slides
- Webinar transcript
- Webinar recording

## National Center for Improving Literacy for Students with Disabilities

- Webinar slides
- Webinar transcript
- Webinar recording

## Application Instructions and Submission Procedures

- Webinar slides
- Webinar transcript
- Webinar recording

ED02905

Frequently Asked Questions

The Department has published a Frequently Asked Questions (FAQ) document to respond to applicant questions received.

- Comprehensive Centers Program 2026 Grant Competition FAQs for Prospective Applicants

Submit questions to the Department at: OESE.ComprehensiveCenters@ed.gov.

## Eligibility

### Who May Apply

Research organizations, institutions, agencies, institutes of higher education, or partnerships among such entities, or individuals, with the demonstrated ability or capacity to carry out the activities described in this notice, including regional entities that carried out activities under the Educational Research, Development, Dissemination, and Improvement Act of 1994 (as such Act existed on the day before November 5, 2002) and title XIII of the Elementary and Secondary Education Act of 1965 (as such title existed on the day before January 8, 2002).

## Call for Peer Reviewers

The U.S. Department of Education (Department) seeks qualified individuals to serve as Peer Reviewers for the 2026 Comprehensive Centers Program grant competition. The request for Peer Reviewers seeks to attract a diverse pool of qualified candidates with relevant subject matter expertise aligned to serve on panels to review applications for Comprehensive Centers, including a National Center, Regional Centers, Content Centers, the National Center for Improving Literacy (NCIL) and the Bureau of Indian (BIE) Regional Center.

For more information, please review the Call for Peer Reviewers.

## Associated Federal Register Notice

ED02906

FY 2026 Comprehensive Centers Grant Competition Announcement

FY 2026 Final Priorities: Comprehensive Centers Grant Program

TAGS

GRANT APPLICANTS / GRANTEES    STATE / LOCAL EDUCATION AGENCIES

COMPREHENSIVE CENTERS

GRANTS

SEE ALSO

## Nat'l Center on Improving Literacy for Students with Disabilities

Information about the Comprehensive Centers: National Comprehensive Center on Improving Literacy for Students with Disabilities grant (ALN: 84.283D).

View grant information

## Regional Advisory Committees

RACs advise the Secretary on educational needs of the 10 regions served by the Regional Educational Laboratories (RELs).

Learn more about RACs

**Office of Elementary and Secondary Education (OESE)**

ED02907

Page Last Reviewed: July 1, 2026

## Pay for College

Fill out the FAFSA

529 Plans

Repay Your Loans

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

ED02908

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

**News**

Press Releases

Homeroom Blog

Subscriptions

**Research**

Data

Education Research

What Works Clearinghouse

**Site Notices and Privacy Policies**

**ED Archive**

# U.S. Department of Education

      

ES

  www.ed.gov

**An official website of the Department of Education**

About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**

ED02909

ED02910