**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **NATIONAL CENTER FOR LEARNING DISABILITIES**, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**OFFICE OF MANAGEMENT AND BUDGET**, et al.,<br><br>*Defendants.* | Case No. 11:26-cv-13019 |

## <u>DECLARATION OF DANIELLE SMITH</u>

I, Danielle Smith, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1. I am currently employed as the Director of Program and Grantee Support Services at the U.S. Department of Education ("Department"). I have worked at the Department for approximately 14 years.

2. As part of my current responsibilities, I oversee the Comprehensive Centers Program. The Comprehensive Centers Program establishes Comprehensive Centers that provide capacity-building services to State educational agencies, school districts, and schools. These services are designed to improve educational opportunities and outcomes, close achievement gaps, and enhance the quality of instruction for all students, especially those with the greatest need.

3. I have supervised this program in various capacities since July 2019.

1

4. I make this declaration based on my own personal knowledge, information contained in the records of ED, and information provided to me by ED employees.

**Fiscal Year 2026 Comprehensive Centers Competition**

5. On May 13, 2026, the Department announced a Fiscal Year (FY) 2026 Comprehensive Centers Program grant competition in five distinct sub-areas: National Center, Regional Centers, National Comprehensive Center on Improving Literacy for Students with Disabilities, Field-Initiated Content Centers, and Emerging Needs Content Centers.

6. Upon information and belief, the $500,000 apportionment from April 9, 2026 referenced by plaintiffs is to support the ongoing peer review of applications submitted under the competitions announced on May 13, 2026. As part of that, a contract was awarded on May 28, 2026 in the amount of $441,890.37 to Longevity Consulting, LLC to support the peer review process (Contract Order Number 91990026F0048).

7. The deadline to submit applications for all types of Comprehensive Centers under this competition was June 30, 2026. The Department is currently engaged in a rigorous peer review of applications received. Non-federal peer reviewers recently met in person in the Washington, D.C. area from July 27—July 31, 2026 to review and score applications.

8. The Department will request the remaining funds when it is ready either to make new awards or continue existing ones.

9. Regardless of that final decision, my understanding is that the Department intends to spend all funds appropriated for the Comprehensive Centers program prior to the expiration of funds on September 30, 2026.

10. I make this declaration in connection with Defendants' obligation to comply with the Court's order requiring "production of the administrative record" by August 4, 2026

(ECF 39). I understand Defendants' position is that this case does not involve a "final agency action."  (ECF 37).

\*\*\*

Executed in Washington, D.C. on August 4th, 2026.

DANIELLE SMITH

Digitally signed by DANIELLE SMITH
Date: 2026.08.04 14:09:30 -04'00'

Danielle Smith

3