**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

**NATIONAL CENTER FOR LEARNING DISABILITIES**, et al.,

     *Plaintiffs,*

     v.

**OFFICE OF MANAGEMENT AND BUDGET**, et al.,

     *Defendants.*

Case No. 11:26-cv-13019

---

## DECLARATION OF JAMILA SMITH

I, Jamila Smith, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1. I am currently employed as the Director of Innovation and Early Learning Programs at the U.S. Department of Education ("Department"). I have worked at the Department for approximately 18 years.

2. As part of my current responsibilities, I oversee the Education Innovation and Research Program ("EIR"). The EIR program funds education projects that create, develop, implement, replicate, or expand innovative, evidence-based ideas initiated by the field. Its goal is to improve achievement and outcomes for students with high needs, and to rigorously evaluate the effectiveness of these innovations.

3. I have supervised this program in various capacities since May 12, 2019.

4. I make this declaration based on my own personal knowledge, information contained in the records of ED, and information provided to me by ED employees.

1

**Expenditure of Most Education Innovation and Research Funds**

5.  The Department received approximately $235 million for EIR in the Consolidated Appropriations Act, 2026 (Pub L. 119-75) on February 3, 2026.

6.  Of the $235 million, approximately $220 million was available to make new awards in the EIR Mid-Phase program.

7.  The Department conducted an EIR competition in the previous fiscal year and funded many projects. However, many highly-rated proposals could not be funded.

8.  This year, it was determined to "fund down the slate", that is, awarding grants to applicants who were not funded last year.

9.  The Department briefed leaders of Congress, as required by statute, on July 8, 2026 of this funding plan for EIR.

10. In preparation for awards, the EIR appropriation slated for grant awards was fully apportioned by the Office of Management and Budget on July 21, 2026.

11. On July 30, 2026, as a culmination of that process, the Department awarded 25 new grants from that previous fiscal year competition, expending approximately $220 million.

12. Upon information and belief, today only approximately $11 million of the $235 million appropriation is unallotted and unobligated pending EIR contract support actions. The Department intends to fully expend this remaining amount by no later than December 31, 2026, when the funds expire.

13. I make this declaration in connection with Defendants' obligation to comply with the Court's order requiring "production of the administrative record" by August 4, 2026

(ECF 39). I understand Defendants' position is that this case does not involve a "final agency action."  (ECF 37).

***

Executed in Washington, D.C. on August 4th, 2026.

JAMILA SMITH
Digitally signed by JAMILA SMITH
Date: 2026.08.04 14:54:17 -04'00'

Jamila Smith