UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, et al.,<br><br>   *Plaintiffs,*<br><br>  v.<br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>   *Defendants.* | Case No. 11:26-cv-13019 |

## DECLARATION OF MATTHEW SOLDNER

I, Matthew Soldner, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1. I am currently employed as the Interim Deputy Commissioner of the National Center for Education Statistics. In that role, I also serve as Acting Commissioner, National Center for Education Statistics and the Acting Director, Institute of Education Sciences (IES) at the U.S. Department of Education. I started serving as Interim Deputy Commissioner of the National Center for Education Statistics (NCES) on July 1, 2025, and have worked at IES most recently since July 1, 2018.

2. In my role at IES, among my duties, I oversee all budgeting, spending plans, and expenditures for IES.

3. I make this declaration based on my own personal knowledge, information contained in the records of ED, and information provided to me by ED employees.

1

**IES is Expending Funds**

4. To be clear: IES intends to spend all funds appropriated by Congress in a timely manner, in full compliance with all statutory and regulatory requirements, and in accordance with the operation of the programs it administers. As part of this, to facilitate the timely obligation of appropriations for IES, all remaining unrescinded fiscal year 2025 funds were recently apportioned.

5. IES has been expending funds before the filing of this lawsuit, and the status of these funds has been widely communicated through outreach to the plaintiffs, Congress, and the American public.

6. For example, on June 25, 2026, I personally spoke with Rachel Dinkes, the President and CEO of the plaintiff organization Knowledge Alliance, and highlighted the Department's plans in this regard.

7. Additionally, on July 10, 2026, I represented this same intention to Congress in response to a letter from 19 lawmakers regarding the expenditure of IES funds.

**Recent IES Expenditures**

8. As part of expending all apportioned funds to IES that will expire on September 30, 2026, For example, IES has done the following:

    a. IES has expended all appropriated fiscal year 2025 National Assessment funds, which support the National Assessment of Educational Progress (NAEP);

    b. IES recently completed noncompeting continuation awards to grantees of the National Center for Special Education Research (NCSER), fully expending all appropriated fiscal year 2025 Research in Special Education funds;

2

c. Since June 2026, IES has made both new awards and noncompeting continuation awards to grantees of the National Center for Education Research (NCER) expending more than $35 million of fiscal year 2025 Research, Development, and Dissemination funds.

9. As noted above, IES intends to spend all remaining funds appropriated by Congress in a timely manner, in full compliance with all statutory and regulatory requirements, and in accordance with the operation of the programs it administers.

10. I make this declaration in connection with Defendants' obligation to comply with the Court's order requiring "production of the administrative record" by August 4, 2026 (ECF 39). I understand Defendants' position is that this case does not involve a "final agency action."  (ECF 37).

***

Executed in Washington, D.C. on August 4th, 2026.

MATTHEW SOLDNER

Digitally signed by MATTHEW SOLDNER
Date: 2026.08.04 14:11:49 -04'00'

Matthew Soldner

3