# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, *et al.*,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>        *Defendants*. | Case No. 1:26-cv-13019 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiffs hereby move for summary judgment on all of their claims. For the reasons provided in the accompanying memorandum, the Court should grant Plaintiffs' motion and enter judgment in favor of Plaintiffs as set forth in the attached Proposed Order.

August 11, 2026

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson*
Lynn D. Eisenberg*
Stephen Wirth*
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Avenue NW, Suite 301
Washington, DC 20016
(301) 823-1148
Dan@jacobsonlawyersgroup.com

Benjamin L. Berwick (MA Bar No. 679207)
PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Tel.: (202) 579-4582
ben.berwick@protectdemocracy.org

1

Cerin Lindgrensavage*
Jacek Pruski*
PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
Tel.: (202) 579-4582
cerin.lindgrensavage@protectdemocracy.org
jacek.pruski@protectdemocracy.org

*Counsel for Plaintiffs*


Alice O'Brien*
Marissa Marandola (BBO #705609)
National Education Association
1201 16th Street NW
Washington, DC 20036
(202) 822-7035
aobrien@nea.org
mmarandola@nea.org

Ryan Leach (BBO # 706159)
Massachusetts Teachers Association
2 Heritage Drive, 8th Floor
Quincy, MA 02178
(617) 504-8774
rleach@massteacher.org

*Counsel for Plaintiff MTA*


* Admitted pro hac vice

2

3

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2026, I electronically filed the foregoing document using the

Court's CM/ECF system and that service of this document will be accomplished on all counsel

of record via CM/ECF.

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson