**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>        *Defendants*. | Case No. 1:26-cv-13019 |

**DECLARATION OF DANIEL F. JACOBSON**

1.      I am an attorney at Jacobson Lawyers Group, PLLC and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' motion or summary judgment.

2.      Attached as Exhibit 1 is a true and correct copy of pages 959–60 of Committee on Appropriations, 118th Cong., H.R. 2882, Book II, Division D (Comm. Print 2024).

3.      Attached as Exhibit 2 is a true and correct copy of page H1656 of 172 Cong. Rec. H1353 (Jan. 22, 2026), the FY 2026 Explanatory Statement.

4.      Attached as Exhibit 3 is a true and correct copy of the Fiscal Year 2026 Budget Summary for the Department of Education.

5.      Attached as Exhibit 4 is a true and correct copy of a PDF of the first two tabs of OMB 1, a May 13, 2025 apportionment.

6.      Attached as Exhibit 5 is a true and correct copy of a PDF of the first two tabs of OMB 2, an August 8, 2025 apportionment.

7.    Attached as Exhibit 6 is a true and correct copy of a PDF of the first two tabs of OMB 4, a February 27, 2026 apportionment.

8.    Attached as Exhibit 7 is a true and correct copy of a PDF of the first two tabs of OMB 9, an April 9, 2026 apportionment.

9.    Attached as Exhibit 8 is a true and correct copy of a PDF of the first two tabs of OMB 10, a July 21, 2026 apportionment.

10.    Attached as Exhibit 9 is a true and correct copy of a PDF of the first two tabs of OMB 11, a July 21, 2026 apportionment.

11.    Attached as Exhibit 10 is a true and correct copy of a PDF of the first two tabs of OMB 12, an April 9, 2026 apportionment.

12.    Attached as Exhibit 11 is a true and correct copy of a PDF of the first two tabs of OMB 13, a July 21, 2026 apportionment.

13.    Attached as Exhibit 12 is a true and correct copy of a PDF of the first two tabs of OMB 5, a February 18, 2026 apportionment.

14.    Attached as Exhibit 13 is a true and correct copy of a PDF of the first two tabs of OMB 7, a July 27, 2026 apportionment.

15.    Attached as Exhibit 14 is a true and correct copy of a PDF of the first two tabs of OMB 8, a March 24, 2026 apportionment.

16.    Attached as Exhibit 15 is a true and correct copy of a PDF of the first two tabs of OMB 3, a September 30, 2025 apportionment.

17.    Attached as Exhibit 16 is a true and correct copy of apportionments for Impact Aid.

18.     Attached as Exhibit 17 is a true and correct copy of an April 3, 2026 apportionment for Education for the Disadvantaged.

19.     Attached as Exhibit 18 is a true and correct copy of a February 13, 2026 apportionment for Rehabilitation Services.

20.     Attached as Exhibit 19 is a true and correct copy of the article Kara Arundel, *Education Department Terminates Some Grants for Deafblind Students*, K-12 DIVE, https://perma.cc/D3A9-6VWN.

21.     Attached as Exhibit 20 is a true and correct copy of the article Lexi Lonas Cochran, *Children With Disabilities Swept up in DEI Fight, Advocates Say*, The Hill, https://perma.cc/KH62-WKVY.

22.     Attached as Exhibit 21 is a true and correct copy of apportionments for Safe Schools and Citizenship Education.

23.     Attached as Exhibit 22 is a true and correct copy of the Fiscal Year 2027 Budget Summary for the Department of Education.

24.     Attached as Exhibit 23 is a true and correct copy of apportionments for Career Tech.

25.     Attached as Exhibit 24 is a true and correct copy of apportionments for School Improvement Programs.

26.     Attached as Exhibit 25 is a true and correct copy of apportionments for Higher Education.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026 in Washington, D.C.

3

August 11, 2026

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson*
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Avenue NW, Suite 301
Washington, DC 20016
(301) 823-1148
Dan@jacobsonlawyersgroup.com

* Admitted pro hac vice

4

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2026, I electronically filed the foregoing document using the

Court's CM/ECF system and that service of this document will be accomplished on all counsel

of record via CM/ECF.

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson