# Exhibit 1

dmwilson on DSKJM0X7X2PROD with HEARINGS

DEPARTMENTS OF LABOR, HEALTH AND HUMAN SERVICES, EDUCATION, AND RELATED AGENCIES APPROPRIATIONS ACT, 2024
(Amounts in thousands)

|  | FY 2023 Enacted | FY 2024 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| **Howard University** | | | | | |
| Academic Program.................................... | 223,288 | 223,288 | 223,288 | - - - | - - - |
| Endowment Program.................................... | 3,405 | 3,405 | 3,405 | - - - | - - - |
| Howard University Hospital........................... | 127,325 | 120,325 | 77,325 | -50,000 | -43,000 |
| Total, Howard University....................... | 354,018 | 347,018 | 304,018 | -50,000 | -43,000 |
| College Housing and  Academic Facilities Loans Program | 298 | 321 | 298 | - - - | -23 |
| **Historically Black College and University (HBCU) Capital Financing Program Account** | | | | | |
| HBCU Federal Administration.......................... | 528 | 600 | 528 | - - - | -72 |
| HBCU Loan Subsidies.................................. | 20,150 | 20,150 | 20,150 | - - - | - - - |
| Total, HBCU Capital Financing Program Account... | 20,678 | 20,750 | 20,678 | - - - | -72 |
| Total, Office of Postsecondary Education........ | 3,901,031 | 4,354,710 | 3,608,290 | -292,741 | -746,420 |
| **INSTITUTE OF EDUCATION SCIENCES (IES)** | | | | | |
| Research, Development and Dissemination............... | 245,000 | 291,877 | 245,000 | - - - | -46,877 |
| Statistics.......................................... | 121,500 | 127,000 | 121,500 | - - - | -5,500 |
| Regional Educational Laboratories.................... | 58,733 | 60,733 | 53,733 | -5,000 | -7,000 |
| Research in Special Education........................ | 64,255 | 64,255 | 64,255 | - - - | - - - |
| Special Education Studies and Evaluations............ | 13,318 | 13,318 | 13,318 | - - - | - - - |

959

VerDate Sep 11 2014    02:19 Apr 28, 2024    Jkt 055008    PO 00000    Frm 00293    Fmt 6601    Sfmt 6602    E:\HR\OC\B008P5.XXX    PFRM68

Insert offset folio 1000/811 here 55008D.161

DEPARTMENTS OF LABOR, HEALTH AND HUMAN SERVICES, EDUCATION, AND RELATED AGENCIES APPROPRIATIONS ACT, 2024
(Amounts in thousands)

| | FY 2023 Enacted | FY 2024 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Statewide Data Systems................................. | 38,500 | 38,500 | 28,500 | -10,000 | -10,000 |
| Assessment: | | | | | |
| National Assessment................................. | 185,000 | 189,000 | 185,000 | - - - | -4,000 |
| National Assessment Governing Board............... | 7,799 | 9,300 | 8,300 | +501 | -1,000 |
| Subtotal, Assessment........................... | 192,799 | 198,300 | 193,300 | +501 | -5,000 |
| Program Administration................................ | 73,500 | 76,885 | 73,500 | - - - | -3,385 |
| Total, Institute of Education Sciences.......... | 807,605 | 870,868 | 793,106 | -14,499 | -77,762 |
| DEPARTMENTAL MANAGEMENT | | | | | |
| Program Administration: | | | | | |
| Salaries and Expenses.............................. | 419,907 | 508,359 | 419,907 | - - - | -88,452 |
| Building Modernization............................. | 7,000 | 19,250 | - - - | -7,000 | -19,250 |
| Total, Program administration.................. | 426,907 | 527,609 | 419,907 | -7,000 | -107,702 |
| Office for Civil Rights............................... | 140,000 | 177,600 | 140,000 | - - - | -37,600 |
| Office of Inspector General........................... | 67,500 | 87,497 | 67,500 | - - - | -19,997 |
| Total, Departmental Management.................. | 634,407 | 792,706 | 627,407 | -7,000 | -165,299 |
| Total, Title III, Department of Education....... | 83,542,969 | 94,260,455 | 83,306,072 | -236,897 | -10,954,383 |
| Current Year appropriations.................. | (60,945,968) | (71,663,454) | (60,709,071) | (-236,897) | (-10,954,383) |

960

dmwilson on DSKJM0X7X2PROD with HEARINGS

VerDate Sep 11 2014   02:19 Apr 28, 2024   Jkt 055008   PO 00000   Frm 00294   Fmt 6601   Sfmt 6602   E:\HR\OC\B008P5.XXX   PFRM68

Insert offset folio 1000/812 here 55008D.162