# Exhibit 2

DEPARTMENTS OF LABOR, HEALTH AND HUMAN SERVICES, EDUCATION, AND
RELATED AGENCIES APPROPRIATIONS ACT, 2026
(Amounts in thousands)

|  | FINAL BILL |
|---|---|
| **INSTITUTE OF EDUCATION SCIENCES** | |
| Research, Development, and Dissemination | 245,000 |
| Statistics | 121,500 |
| Regional Educational Laboratories | 53,733 |
| Research in Special Education | 64,255 |
| Special Education Studies and Evaluations | 13,318 |
| Statewide Longitudinal Data Systems | 28,500 |
| Assessment: | |
| National Assessment | 185,000 |
| National Assessment Governing Board | 8,300 |
| Subtotal, Assessment | 193,300 |
| Program Administration | 70,000 |
| Total, Institute of Education Sciences | 789,606 |
| **DEPARTMENTAL MANAGEMENT** | |
| Program Administration: | |
| Salaries and Expenses | 399,407 |
| Office for Civil Rights | 140,000 |
| Office of Inspector General | 67,500 |
| Total, Departmental Management | 606,907 |
| **GENERAL PROVISIONS - DEPARTMENT OF EDUCATION** | |
| Nonrecurring Expenses Fund (Sec. 310) (rescission and transfer) | -160,000 |
| Institute of Education Sciences (Sec. 311) (rescission) | -25,000 |
| Subtotal, Title III General Provisions | -185,000 |
| Total, Title III, Department of Education | 83,297,699 |
| Current year appropriations | (60,700,698) |
| Advance appropriations | (22,597,001) |
| Total, Title III Department of Education, Discretionary | 78,793,603 |