# Exhibit 6

## SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-4 (26-117)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Institute of Education Sciences** | | |
| | | **Account: Institute of Education Sciences** | | |
| | | **TAFS: 091-2025-2026-1100** | | |
| IterNo | 2 | Last Approved Apportionment: 2025-09-30 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 510,781,368 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1021 | | Unob Bal: Recov of prior year unpaid obligations | 5,507 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 0 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1200 | 1 | BA: Mand: Appropriation | 0 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| 1800 | 1 | BA: Mand: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1800 | 2 | BA: Mand: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1800 | 3 | BA: Mand: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1820 | 1 | BA: Mand: Spending auth: Cap trans to general fund, CY Liq Acc | 0 | |
| 1820 | 2 | BA: Mand: Spending auth: Cap trans to general fund, DL MAT | 0 | |
| 1820 | 3 | BA: Mand: Spending auth: Cap trans to general fund, FFEL MAT | 0 | |
| 1825 | 1 | BA: Mand: Spending auth: Applied to repay debt (CY, Treasury) | 0 | |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-4 (26-117)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1825 | 2 | BA: Mand: Spending auth: Applied to repay debt (CY, FFB) | 0 | |
| 1840 | 1 | BA: Mand: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1840 | 2 | BA: Mand: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1840 | 3 | BA: Mand: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **510,786,875** | **B1/B2/B3** |
| 6011 | | Research, Development, and Dissemination | 30,101,679 | |
| 6012 | | Statewide Data System | 20,392,879 | |
| 6013 | | Research in Special Education | 1,312,192 | |
| 6014 | | Special educations studies | 0 | |
| 6015 | | Statistics | 31,692,330 | |
| 6016 | | Nat'l Assessment Ed Progress | 84,829,919 | |
| 6017 | | National Assessment Governing Board | 7,983,472 | |
| 6018 | | Regional educational laboratories | 30,000,000 | |
| 6019 | | Program Administration | 15,019,318 | |
| 6089 | | Reimbursable | 0 | |
| 6100 | | Unallocated | 289,455,086 | A1 |
| **6190** | | **Total budgetary resources available** | **510,786,875** | **A2** |

FY 2026 Apportionment
OMB Footnotes

**Footnotes for Apportioned Amounts**

**A1**    Amounts apportioned, but not yet obligated as of the date of this apportionment, on this line are available for obligation consistent with the latest agreed-upon spending plan for Fiscal Year 2025 funds (i.e., funds appropriated by P.L. 119-4) between the Department of Education (ED) and the Office of Management and Budget (OMB). Such spending plan submitted by ED shall include: the allocations of such amounts by program; specific information on current and anticipated grants and contracts utilizing such allocated amounts; and a detailed description of how such spending plan aligns with Administration priorities. Any revisions or additions to such spending plan shall be proposed to OMB in writing no later than five business days before the anticipated obligation of funds based on such revisions or additions.  If OMB agrees to such revision or addition, OMB will notify ED in writing, the latest agreed-upon spend plan shall include such revision or addition.  Upon OMB's agreement with a submitted spending plan (or any revision or addition to such a spending plan), amounts apportioned on line 6100 shall be automatically reapportioned to the applicable Category B line. In the absence of an agreed-upon spend plan between the agency and OMB, the agency may obligate funds on this line only as necessary for Federal salary and payroll expenses or to make payments otherwise required by law, and amounts on line 6100 shall be automatically reapportioned to the applicable Category B line to cover such obligations. [Rationale: An agency spend plan or other documentation is necessary to better understand how the agency intends to obligate some or all of the apportioned funds.]

**A2**    As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs And Preferencing" and, for competitive grants only, Executive Order 14332, "Improving Oversight of Federal Grantmaking." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**Footnotes for Budgetary Resources**

**B1**    Pursuant to P.L. 107-279, Sec. 194(a)(2) not more than the lesser of 2 percent of the amount appropriated under ESRA Title I (except section 174) or $1 million shall be made available for the National Board of Education Sciences.  For the FY 2025 appropriation, the lesser amount is $1 million.

**B2**    Up to $6,000,000 of the funds available to carry out section 208 of the Educational Technical Assistance Act may be used for awards to public or private organizations or agencies to support activities to improve data coordination, quality, and use at the local, State, and national levels.

**B3**    Adjustments to the Category B line items are authorized if pursuant to adjustments in budgetary resources per A-11, Sections 120.49 and 120.50.

End of File