# Exhibit 10

## SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-75 (ED Log number 26-157)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Innovation and Improvement** | | |
| | | **Account: Innovation and Improvement** | | |
| | | **TAFS: 091-2026-2027-0204** | | |
| IterNo | 1 | Last Approved Apportionment: N\A, First Request of Year | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | NO | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 235,000,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1151 | | BA: Disc: Appropriations:Antic nonexpend trans net | 65,211,251 | |
| 1200 | 1 | BA: Mand: Appropriation | 0 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **300,211,251** | **B1/B2** |
| 6014 | | Education Innovation and Research | 59,235 | A3 |
| 6015 | | Charter Schools Grants | 65,211,251 | A3 |
| 6100 | | Unallocated | 234,940,765 | A4 |
| **6190** | | **Total budgetary resources available** | **300,211,251** | |

FY 2026 Apportionment
OMB Footnotes

#### **Footnotes for Apportioned Amounts**

**A3**    As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs And Preferencing" and, for competitive grants only, Executive Order 14332, "Improving Oversight of Federal Grantmaking." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**A4**    Amounts apportioned on this line are available for obligation upon reapportionment to an applicable Category B line. [Rationale: OMB requests additional information on programmatic spending for some or all of the apportioned funds]

#### **Footnotes for Budgetary Resources**

**B1**    Funds for Education Innovation and Research are available through December 31, 2026.  (P.L. 119-75).

**B2**    Pursuant to P.L. 119-75, of the funds appropriated for Charter Schools Grants, up to $140,000,000 is available to carry out section 4305(b), to remain available for obligation through March 31, 2027.  This apportionment request apportions $65,211,251, the amount to continue awards under 4305(b) that were initially made in prior years using the extended availability, to 91 26/27 0204 through a transfer from 91 26 0204.

End of File