# Exhibit 12

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-75 (26-140)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Institute of Education Sciences** | | |
| | | **Account: Institute of Education Sciences** | | |
| | | **TAFS: 091-2026-2027-1100** | | |
| IterNo | 1 | Last Approved Apportionment: N\A, First Request of Year | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1021 | | Unob Bal: Recov of prior year unpaid obligations | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1061 | | Unob Bal: Antic recov of prior year unpd/pd obl | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 789,606,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1200 | 1 | BA: Mand: Appropriation | 0 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **789,606,000** | **B1/B2/B3** |
| 6011 | | Research, Development, and Dissemination | 0 | |
| 6012 | | Statewide Data System | 0 | |
| 6013 | | Research in Special Education | 0 | |
| 6014 | | Special educations studies | 0 | |
| 6015 | | Statistics | 0 | |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-75 (26-140)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 6016 | | Nat'l Assessment Ed Progress | 185,000,000 | |
| 6017 | | National Assessment Governing Board | 8,300,000 | |
| 6018 | | Regional educational laboratories | 0 | |
| 6019 | | Program Administration | 12,000,000 | |
| 6089 | | Reimbursable | 0 | |
| 6100 | | Unallocated | 584,306,000 | |
| **6190** | | **Total budgetary resources available** | **789,606,000** | **A2** |

FY 2026 Apportionment
OMB Footnotes

## Footnotes for Apportioned Amounts

**A2** As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs And Preferencing" and, for competitive grants only, Executive Order 14332, "Improving Oversight of Federal Grantmaking." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

## Footnotes for Budgetary Resources

**B1** Pursuant to P.L. 107-279, Sec. 194(a)(2) not more than the lesser of 2 percent of the amount appropriated under ESRA Title I (except section 174) or $1 million shall be made available for the National Board of Education Sciences. For the FY 2026 appropriation, the lesser amount is $1 million.

**B2** Up to $6,000,000 of the funds available to carry out section 208 of the Educational Technical Assistance Act may be used for awards to public or private organizations or agencies to support activities to improve data coordination, quality, and use at the local, State, and national levels.

**B3** Adjustments to the Category B line items are authorized if pursuant to adjustments in budgetary resources per A-11, Sections 120.49 and 120.50.

End of File