# Exhibit 14

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-4 and 119-75 (ED 26-162)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education**<br>**Bureau: Office of Elementary and Secondary Education**<br>**Account: School Improvement Programs**<br>**TAFS: 091-2026-2026-1000** | | |
| IterNo | 2 | Last Approved Apportionment: 2025-09-28 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 147,425,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1170 | | BA: Disc: Advance appropriation | 1,681,441,000 | |
| 1200 | 1 | BA: Mand: Appropriation | 0 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| 1800 | 1 | BA: Mand: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1800 | 2 | BA: Mand: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1800 | 3 | BA: Mand: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1820 | 1 | BA: Mand: Spending auth: Cap trans to general fund, CY Liq Ac | 0 | |
| 1820 | 2 | BA: Mand: Spending auth: Cap trans to general fund, DL MAT | 0 | |
| 1820 | 3 | BA: Mand: Spending auth: Cap trans to general fund, FFEL MAT | 0 | |
| 1825 | 1 | BA: Mand: Spending auth: Applied to repay debt (CY, Treasury) | 0 | |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-4 and 119-75 (ED 26-162)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1825 | 2 | BA: Mand: Spending auth: Applied to repay debt (CY, FFB) | 0 | |
| 1840 | 1 | BA: Mand: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1840 | 2 | BA: Mand: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1840 | 3 | BA: Mand: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **1,828,866,000** | **B1/B2/B3** |
| 6014 | | Educ for Native Hawaiians | 0 | |
| 6015 | | Alaska Native Ed Equity | 0 | |
| 6016 | | Training and Advisory Svs | 0 | |
| 6018 | | Comprehensive Centers | 500,000 | A3 |
| 6019 | | Improving Teacher Quality | 1,681,441,000 | A3 |
| 6100 | | Unallocated | 146,925,000 | A4 |
| **6190** | | **Total budgetary resources available** | **1,828,866,000** | |

FY 2026 Apportionment
OMB Footnotes

## Footnotes for Apportioned Amounts

**A3** As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs And Preferencing" and, for competitive grants only, Executive Order 14332, "Improving Oversight of Federal Grantmaking." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**A4** Amounts apportioned on this line are available for obligation upon reapportionment to an applicable Category B line. [Rationale: OMB requests additional information on programmatic spending for some or all of the apportioned funds]

## Footnotes for Budgetary Resources

**B1** Of the total FY 2026 appropriation for Improving Teacher Quality State Grants, one half of one percent is for the Bureau of Indian Affairs, and one half of one percent is for Outlying Areas.

**B2** Up to 1 percent of the funds for discretionary programs may be used to cover the costs of field reader expenses puruant to P.L. 103-227.

**B3** Except for programs already authorized to conduct evaluations, Elementary and Secondary Act (ESEA) Section 8601 authorizes that not more than 0.5 percent of the amount appropriated may be used for evaluations.

End of File