## SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-4  and 119-75 (ED 26-145)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Elementary and Secondary Education** | | |
| | | **Account: Education for the Disadvantaged** | | |
| | | **TAFS: 091-2026-2026-0900** | | |
| IterNo | 2 | Last Approved Apportionment: 2025-09-28 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 87,123,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1101 | | BA: Disc: Appropriation (special or trust) | 0 | |
| 1102 | | BA: Disc: Appropriation (previously unavailable) | 0 | |
| 1103 | | BA: Disc: Approp (previously unavail) (spec/trust) | 0 | |
| 1104 | | BA: Disc: Approp available from subsequent year | 0 | |
| 1105 | | BA: Disc: Appropriation available in prior year | 0 | |
| 1106 | | BA: Disc: Reappropriation | 0 | |
| 1120 | | BA: Disc: Approps transferred to other accounts | 0 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 0 | |
| 1122 | | BA: Disc: Exercised borrow auth xfer from oth acct | 0 | |
| 1130 | | BA: Disc: Appropriations permanently reduced | 0 | |
| 1131 | | BA: Disc: Unob bal of approps permanently reduced | 0 | |
| 1132 | | BA: Disc: Appropriations temporarily reduced | 0 | |
| 1133 | | BA: Disc: Unob bal of approps temporarily reduced | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1150 | | BA: Disc: Anticipated appropriation | 0 | |
| 1151 | | BA: Disc: Appropriations:Antic nonexpend trans net | 0 | |
| 1152 | | BA: Disc: Approps: Antic cap trans redemp debt | 0 | |
| 1153 | | BA: Disc: Antic redc to apprp by offst coll/recpt | 0 | |
| 1154 | | BA: Disc: Antic approp precluded from obligation | 0 | |
| 1155 | | BA: Disc: Antic indef approp perm/temp reduced | 0 | |
| 1170 | | BA: Disc: Advance appropriation | 10,841,177,000 | |
| 1200 | 1 | BA: Mand: Appropriation | 0 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1222 | | BA: Mand: Exercised borrow auth xfer from oth acct | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1800 | 1 | BA: Mand: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1800 | 2 | BA: Mand: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1800 | 3 | BA: Mand: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1820 | 1 | BA: Mand: Spending auth: Cap trans to general fund, CY Liq Ad | 0 | |
| 1820 | 2 | BA: Mand: Spending auth: Cap trans to general fund, DL MAT | 0 | |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-4  and 119-75 (ED 26-145)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1820 | 3 | BA: Mand: Spending auth: Cap trans to general fund, FFEL MA | 0 | |
| 1825 | 1 | BA: Mand: Spending auth: Applied to repay debt (CY, Treasury) | 0 | |
| 1825 | 2 | BA: Mand: Spending auth: Applied to repay debt (CY, FFB) | 0 | |
| 1840 | 1 | BA: Mand: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1840 | 2 | BA: Mand: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1840 | 3 | BA: Mand: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **10,928,300,000** | **B1/B2/B3/ B4/B5/B6** |
| 6011 | | Title I Basic Grants - Adv | 755,374,464 | |
| 6012 | | Title I Concentration Grants - Adv | 1,347,315,689 | |
| 6013 | | Title I Targeted Grants - Adv | 4,309,616,950 | |
| 6014 | | Title I Education Finance Incentive Grants - Adv | 4,309,616,950 | |
| 6015 | | Title I Setaside | 119,252,947 | |
| 6016 | | Census Data | 5,000,000 | |
| 6017 | | Special Programs for Migrant Students | 181,701 | |
| 6018 | | Innovative Approaches to Literacy | 30,000,000 | A2 |
| 6100 | | Unallocated | 51,941,299 | A3 |
| **6190** | | **Total budgetary resources available** | **10,928,300,000** | |

FY 2026 Apportionment
OMB Footnotes

**Footnotes for Apportioned Amounts**

**A2**  As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs And Preferencing" and, for competitive grants only, Executive Order 14332, "Improving Oversight of Federal Grantmaking." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**A3**  Amounts apportioned on this line are available for obligation upon reapportionment to an applicable Category B line. [Rationale: OMB requests additional information on programmatic spending for some or all of the apportioned funds]

**Footnotes for Budgetary Resources**

**B1**  FY25 advance for FY26 for ESEA Title I-A authorized under P.L. 119-4.

**B2**  From the amount appropriated for payments to States for any fiscal year under section 1002(a) and 1125(f), the Secretary reserves a total of 1.1% to provide assistance to the outlying areas and the Secretary of the Interior.  From the amount made available to the Outlying Areas, $1 million is reserved for Palau. The amount being requested represents 1.1% of the funds appropriated for Title I Basic Grants, Concentration Grants, Targeted Grants, and Education Finance Incentive Grants.

**B3**  Of the amount appropriated for Basic Grants for FY 2026, up to $5,000,000 is available for Census data updates under this account.

**B4**  The Secretary may reserve up to one half of 1 percent of the funds appropriated for Special Programs for Migrant Students for outreach, technical assistance, and professional development activities.  If the total amount appropriated is below $40 million, the remaining funds are to be distributed between the two programs in the same proportion as the amounts available for each program the previous year.  If the appropriation is over $40 million, 45 percent of the remaining funds must be used for HEP and 45 percent for CAMP, and the remainder may be used for either program, based on the number, quality, and promise of applications received.

**B5**  P.L. 119-75 allows the Secretary to reserve not more than 0.5 percent from any amount made available in this Act for a program in the Higher Education Act of 1965, as amended (HEA), except for any amounts made available for subpart 1 of Part A of title IV of the HEA, to carry out a rigorous and independent evaluations and to collect and analyze outcome data for any program authorized by the HEA. Funds pursuant to Section 309 are available through September 30, 2027 and will be apportioned under 91 24/26 0201 (0201N).

**B6**  Not more than 1 percent of the funds appropriated for any education program that awards funds on a competitive basis may be used for field readers.  108 STAT. 263, 264

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:**     /s/ signature
Program Associate Director for Education, Income Maintenance and Labor

**Signed On:**     2026-04-03 11:47 AM

**TAFS Included:**     091-2026-2026-0900 (Education for the Disadvantaged)