SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-75 (ED 26-136)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Special Education and Rehabilitative Services** | | |
| | | **Account: Rehabilitation Services** | | |
| | | **TAFS: 091-2026-2026-0301** | | |
| IterNo | 1 | Last Approved Apportionment: N\A, First Request of Year | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 144,199,000 | B3/B4/B5/B6 |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1101 | | BA: Disc: Appropriation (special or trust) | 0 | |
| 1102 | | BA: Disc: Appropriation (previously unavailable) | 0 | |
| 1103 | | BA: Disc: Approp (previously unavail) (spec/trust) | 0 | |
| 1104 | | BA: Disc: Approp available from subsequent year | 0 | |
| 1105 | | BA: Disc: Appropriation available in prior year | 0 | |
| 1106 | | BA: Disc: Reappropriation | 0 | |
| 1120 | | BA: Disc: Approps transferred to other accounts | 0 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 0 | |
| 1122 | | BA: Disc: Exercised borrow auth xfer from oth acct | 0 | |
| 1130 | | BA: Disc: Appropriations permanently reduced | 0 | |
| 1131 | | BA: Disc: Unob bal of approps permanently reduced | 0 | |
| 1132 | | BA: Disc: Appropriations temporarily reduced | 0 | |
| 1133 | | BA: Disc: Unob bal of approps temporarily reduced | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1150 | | BA: Disc: Anticipated appropriation | 0 | |
| 1151 | | BA: Disc: Appropriations:Antic nonexpend trans net | 0 | |
| 1152 | | BA: Disc: Approps: Antic cap trans redemp debt | 0 | |
| 1153 | | BA: Disc: Antic redc to apprp by offst coll/recpt | 0 | |
| 1154 | | BA: Disc: Antic approp precluded from obligation | 0 | |
| 1155 | | BA: Disc: Antic indef approp perm/temp reduced | 0 | |
| 1170 | | BA: Disc: Advance appropriation | 0 | |
| 1200 | 1 | BA: Mand: Appropriation | 4,504,096,000 | B1/B2 |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1222 | | BA: Mand: Exercised borrow auth xfer from oth acct | 0 | |
| 1230 | | BA: Mand: New\Unob bal of approps perm reduced | 0 | |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-75 (ED 26-136)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1230 | SEQ | BA: Mand: Approps/Unob bal of approps permanently reduced - | -256,733,472 | |
| 1234 | | BA: Mand: Appropriations precluded from obligation | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1800 | 1 | BA: Mand: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1800 | 2 | BA: Mand: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1800 | 3 | BA: Mand: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1820 | 1 | BA: Mand: Spending auth: Cap trans to general fund, CY Liq Ac | 0 | |
| 1820 | 2 | BA: Mand: Spending auth: Cap trans to general fund, DL MAT | 0 | |
| 1820 | 3 | BA: Mand: Spending auth: Cap trans to general fund, FFEL MAT | 0 | |
| 1825 | 1 | BA: Mand: Spending auth: Applied to repay debt (CY, Treasury) | 0 | |
| 1825 | 2 | BA: Mand: Spending auth: Applied to repay debt (CY, FFB) | 0 | |
| 1840 | 1 | BA: Mand: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1840 | 2 | BA: Mand: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1840 | 3 | BA: Mand: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **4,391,561,528** | |
| 6011 | | Voc. Rehabilitation, Grants to States | 4,247,362,528 | |
| 6012 | | Client Assistance State Grants | 13,000,000 | |
| 6013 | | Training | 0 | A2 |
| 6014 | | Demonstration and Training Programs | 0 | A2 |
| 6017 | | Protection and Advocacy of Individual Rights | 20,150,000 | |
| 6019 | | Supported Employment State Grants | 22,548,000 | |
| 6022 | | Independent Living, Services for Older Blind Individuals | 33,317,000 | |
| 6025 | | Helen Keller National Center | 20,000,000 | |
| 6029 | | Peer review of new award applications | 0 | |
| 6031 | | Minority Capacity | 1 | A2 |
| 6100 | | Unallocated | 35,183,999 | A2 |
| **6190** | | **Total budgetary resources available** | **4,391,561,528** | **A1** |

FY 2026 Apportionment
OMB Footnotes


## Footnotes for Apportioned Amounts

**A1**  As permissible by law, amounts apportioned shall be spent in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical And Wasteful Government DEI Programs And Preferencing." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**A2**  Amounts apportioned, but not yet obligated as of the date of this reapportionment, on this line are available for obligation consistent with the latest agreed-upon spending plan for Fiscal Year 2026 funds (i.e., funds appropriated by P.L. 119-75) between the Department of Education (ED) and the Office of Management and Budget (OMB). Such spending plan submitted by ED shall include: the allocations of such amounts by program; specific information on current and anticipated grants and contracts utilizing such allocated amounts; and a detailed description of how such spending plan aligns with Administration priorities. Any revisions or additions to such spending plan shall be proposed to OMB in writing no later than five business days before the anticipated obligation of funds based on such revisions or additions.  If OMB agrees to such revision or addition, OMB will notify ED in writing, the latest agreed-upon spend plan shall include such revision or addition. Upon OMB's agreement with a submitted spending plan (or any revision or addition to such a spending plan), amounts apportioned on line 6100 shall be automatically re-apportioned to the applicable Category B line.  [Rationale: An agency spend plan or other documentation is necessary to better understand how the agency intends to obligate some or all of the apportioned funds.]


## Footnotes for Budgetary Resources

**B1**  As required under Section 110(c)(2)(B) of the Rehabilitation Act, not less than 1 percent and not more than 1.5 percent must be set aside for the Grants to Indians discretionary program.

**B2**  As required by Pub. L. 119-75, the Secretary may use amounts provided in this Act that remain available subsequent to the reallotment of funds to States pursuant to section 110(b) of the Rehabilitation Act for innovative activities aimed at increasing competitive integrated employment as defined in section 7 of the Rehabilitation Act for youth and other individuals with disabilities, including related Federal administrative expenses, and for improving monitoring and oversight of grants for vocational rehabilitation services under title I of the Rehabilitation Act, and information technology needs under section 15 and titles I, III, VI, and VII of the Rehabilitation Act. Any funds made available subsequent to reallotment for innovative activities aimed at improving the outcomes of individuals with disabilities shall remain available until September 30, 2027.

**B3**  As required under Section 16(b) of the Rehabilitation Act, no more than 1% of funds appropriated for discretionary grants, contracts, or cooperative agreements authorized by the Act may be used for the purpose of providing non-Federal panels of experts to review applications for such grants, contracts, or cooperative agreements.

**B4**  As required under Section 21(b)(1) of the Rehabilitation Act, 1% of the funds appropriated for Titles II through VII, except Titles IV and V, shall be used for minority outreach activities.

**B5**  As required under Section 509(c)(1) not less than 1.8% and not more than 2.2% of the funds appropriated for the PAIR program must be set aside for technical assistance.

**B6**  As required under the Rehabilitation Act not less than 1.8% and not more than 2% of the funds appropriated for this IL program must be set aside for technical assistance.


End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:**      /s/ signature
Deputy Associate Director for Education, Income Maintenance and Labor

**Signed On:**      2026-02-13 11:30 AM

**TAFS Included:**      091-2026-2026-0301 (Rehabilitation Services)