# THE HILL

Live: Supreme Court rulings    Trending: SAVE America Act    Iran deal    Trump Supreme Court    Spo

EDUCATION

# Children with disabilities swept up in DEI fight, advocates say

BY LEXI LONAS COCHRAN - 02/28/25 6:00 AM ET

                                                                



AG Pam Bondi could release Epstein flight logs as early as Thursday





Instaread

Children with disabilities are getting swept up in the Trump administration's crusade against diversity, equity and inclusion (DEI) and its push to end the Education Department, advocates say.

So far, the Department of Government Efficiency's (DOGE) biggest contract canceled at the Department of Education involved analyzing programs for students with disabilities, and the same DEI programs President Trump is seeking to outlaw often provide accommodations for disabled students.

ADVERTISEMENT

DEI is also sometimes presented as DEIA, with the last letter standing for accessibility.

"The whole reason students with disabilities are able to be in the classroom and get acce ✕

# THE HILL

added, calling it "the heart" of the landmark legislation.

ADVERTISEMENT

ADVERTISEMENT

The latest information given by DOGE shows one of the biggest contracts cancelled at the Education Department was with the American Institutes for Research (AIR) and focused on "effectiveness of transition supports for youth with disabilities served under the Individuals with Disabilities Education Act."

AIR told The Hill their group is currently evaluating the Chart My Path for Future Success program that was created to help students with disabilities prepare for future employment and independent living after high school.

A lot of the money awarded to this contract went to training staff to implement initiatives that affect more than 1,000 students with disabilities, according to the organization. Districts have lost funding for the 61 positions created to support the programs.



The "first and only study of its kind" study AIR was conducting was intended to see how successful these students were post-high school, hoping to give more information on how to effectively transition students with disabilities to the workforce and higher education.

The Education Department has also ended $600 million in "divisive" teaching training grants that they say targeted DEI, critical race theory and other "woke" concepts.

"We have had a lot of teachers reaching out to us feeling very afraid because there's already a huge teacher shortage in their district, especially for teachers of students with disabilities, and what would all of these cuts mean?" Linscott said.

ADVERTISEMENT

# THE HILL

definitely in the crosshairs, and advocates fear crossfire from other White House initiatives as well.

"We are concerned, because while the administration may not be targeting students with disabilities, students with disabilities have other identities, including transgender, LGBTQ+, all these identities are wrap into all these different students. While they may be focused on woke ideology and DEI, students with disabilities are affected," said Tim Villegas, director of communications for the Maryland Coalition of Inclusive Education.

ADVERTISEMENT

The Education Department has sent a letter to schools giving them 14 days to get rid of DEI programs before the agency starts investigating, with threats of funding cuttings looming.

"The Dear Colleague letter from the Acting Assistant Secretary for Civil Rights at USED puts both K-12 schools and higher education institutions in a challenging predicament. Many higher education institutions have moved beyond simply providing accommodations to students and really viewed the ADA [Americans with Disabilities Act] as a floor, not a ceiling. In other words, they have integrated meaningful disability inclusion efforts into their DEI approach to make learning environments more accessible for everyone, including those with invisible disabilities," said Nicole Fuller, policy manager for the National Center for Learning Disabilities.



The department has put dozens of employees on administrative leave or fired them, some for involvement in a DEI program that was promoted during Trump's first administration.

"Staffing cuts at the U.S. Department of Education — whether through terminating probationary employees or placing staff on administrative leave — directly impact the oversight of IDEA and Section 504," Fuller said.

In 2023, the vast majority of cases handled by the Office of Civil Rights at the department were regarding disability-related complaints.

ADVERTISEMENT

# THE HILL

Department if the Education Department was abolished, as both she and Trump hope it will be.

"You have a law that was supposed to be working in tandem with education, with the Education Department, and now it's being possibly moved to Health and Human Services, where the main function of that department is public health. So, I'm concerned that the focus and kind of the view of students with disabilities is that we're really only talking about medical issues," said Villegas.

ADVERTISEMENT

"We really should be talking about; how do we educate these learners? The whole purpose of IDEA is to give supports and special education services to students with disabilities […] So, if you separate those, if you separate those departments, then you already have a siloed way of thinking," he added.

Advocates say it is hard to prepare for the next steps when it is uncertain where the administration is going, but that it will be important for parents and administrators to be loud and keep these issues top of mind as changes move forward.

"I think people need to raise their voices to their elected officials, because Congress has permanently authorized many of these laws and the funding that go with them. So, while the administration may cancel some discretionary funding, they cannot change, for

# THE HILL

**ADD AS PREFERRED SOURCE ON GOOGLE**

TAGS  DEPARTMENT OF EDUCATION   DEPARTMENT OF EDUCATION   IDEA   IDEA

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

    

## SPONSORED CONTENT

Privacy Policy

### Side Sleepers Get Achy Shoulders, Few Know This "Side Sleeper" Trick

**Rest Well** | Sponsored

Learn More

### Doctors Say Memory Loss Has Been Linked to This Common Daily Drink – Are You at Risk?

**Tranquil** | Sponsored

Learn More

### Seniors Above 55 Years Of Age Can Now Fly Business Class For The Price of Economy

**Smart Travel Tips** | Sponsored

Learn More

### Five-star summer memories in Punta Cana.

**Palladium Hotel Group** | Sponsored

Book Now



# THE HILL

**Mind Health Journal** | Sponsored

( **Learn More** )

### Doctors Identify 10 Medications Now Adding to Memory Decline (See the List)

**US** | Sponsored

**Learn More**



### Sleep Apnea is Linked to This Household Item (Stop Using It)

**derila-ergo-official.com** | Sponsored

### We Tried The $137 Mini AC Everyone Is Buying: Our Honest Review

**GadgetFocusHub** | Sponsored

### Seniors Above 55 Years of Age Can Now Fly Business Class For The Price of...

**Smart Travel Tips** | Sponsored

### MDs: This Common Drink Is Quietly Wrecking Your Memory – Do You Drink It?

**Brain Report** | Sponsored

**Learn More**

### Edema Is Not From Salty Food. Meet The Real Enemy Of Swollen Legs

**RejuvaCare** | Sponsored

✕



What People Over 50 Who Stay Mentally Sharp Tend to Have in Common

**Tranquil** | Sponsored

## After 60, Leg Strength Comes From One Simple Daily Move

**Ultra Nutrition Secrets** | Sponsored

## Neuropathy Has Been Linked To a Common Habit. Do You Do It?

**The Wellness Chronicle Society** | Sponsored

CONTENT CONTINUES BELOW SURVEY

## What Do You Think?

Loading survey...

✕

# THE HILL



## Supreme Court upholds transgender athlete bans in schools

**COURT BATTLES** / 3 MINUTES AGO

---



### Bible stories are approved as required reading in Texas public schools

**EDUCATION** / 4 DAYS AGO

---



### Kansas sued over in-state tuition law for undocumented students

**STATE WATCH** / 4 DAYS AGO

---

### Judge blocks new professional student loan restrictions

**EDUCATION** / 5 DAYS AGO

✕

# THE HILL



## Rising: June 29, 2026

**THE HILL TV** / 19 HOURS AGO



# THE HILL

**THE HILL TV** / 4 DAYS AGO



## Rising: June 25, 2026

**THE HILL TV** / 5 DAYS AGO

See all Hill.TV

See all Video

Top Stories

✕

# THE HILL



## GOP senators see Iran deal as potential pitfall for Vance in 2028

**SENATE** / **4 HOURS AGO**

See All



**Most Popular**

1   **Live updates: Supreme Court upholds transgender school athlete bans**

2   **Key panel advances Johnson's plan to merge SAVE America Act with NDAA**

✕

# THE HILL

5    **Supreme Court ruling on deportation protections is 'bad news' for every TPS ...**

---

**What Do You Think?**

Loading survey...

---

People were interested in these podcasts

Morning Report • 9min
**Trump looms over high-stakes DC mayoral primary**

PlayEpisode

Rising • 52min
**Ro Khanna says Elon Musk must be PROBED over...**

Morning Report • 15min
**Trump gets birthday wish with Iran deal: What to know**

✕



dividends for Trump

Morning Report • 20min
Democrats battle one
another in divisive New...

Powered by JAMX

**DON'T MISS A BRIEF.**
**SIGN UP FOR OUR DAILY EMAIL.**

Your Email

**Send**



## Resources

SITEMAP

THE HILL APPS

PEOPLE

RSS

PRINT EDITION

## Other Areas

GALLERIES

THE HILL JOBS

NATIONAL JOBS

## Contributors

SUBMIT OPINION CONTENT

## About Us

WORK FOR THE HILL

**Follow Us On**

**Get the App**



# THE HILL

**PRIVACY POLICY** | 09/30/2025 |

**TERMS & CONDITIONS**

**CONTACT**

**ADVERTISE**

SUBSCRIBE TO PUSH NOTIFICATIONS

**NEWSNATION**

**BESTREVIEWS**

**ADVERTISE WITH NEXSTAR**

**JOURNALISTIC INTEGRITY**

**YOUR PRIVACY CHOICES**

THE HILL 400 N CAPITOL STREET NW, SUITE 650 WASHINGTON DC 20002

© 1998 - 2026 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.