## SF 132 APPORTIONMENT SCHEDULE

FY 2025 Apportionment

Funds Provided by Public Law 117-159 and 119-4 (ED Log number 25-302)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Elementary and Secondary Education** | | |
| | | **Account: Safe Schools and Citizenship Education** | | |
| | | **TAFS: 091-2025-2026-0203** | | |
| IterNo | 3 | Last Approved Apportionment: 2025-04-23 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 457,000,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1101 | | BA: Disc: Appropriation (special or trust) | 0 | |
| 1102 | | BA: Disc: Appropriation (previously unavailable) | 0 | |
| 1103 | | BA: Disc: Approp (previously unavail) (spec/trust) | 0 | |
| 1104 | | BA: Disc: Approp available from subsequent year | 0 | |
| 1105 | | BA: Disc: Appropriation available in prior year | 0 | |
| 1106 | | BA: Disc: Reappropriation | 0 | |
| 1120 | | BA: Disc: Approps transferred to other accounts | -5,000,000 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 0 | |
| 1122 | | BA: Disc: Exercised borrow auth xfer from oth acct | 0 | |
| 1130 | | BA: Disc: Appropriations permanently reduced | 0 | |
| 1131 | | BA: Disc: Unob bal of approps permanently reduced | 0 | |
| 1132 | | BA: Disc: Appropriations temporarily reduced | 0 | |
| 1133 | | BA: Disc: Unob bal of approps temporarily reduced | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1135 | | BA: Disc: Approp precluded from ob (spec/trust) | 0 | |
| 1136 | | BA: Disc: Appropriations applied to repay debt | 0 | |
| 1137 | | BA: Disc: Approps rdc by offset coll(coll)/recpts | 0 | |
| 1138 | | BA: Disc: Approps applied to liq contract auth | 0 | |
| 1139 | | BA: Disc: Approps substituted for borrowing auth | 0 | |
| 1140 | | BA: Disc: Approps: Cap trans to general fund | 0 | |
| 1141 | | BA: Disc: Approp applied to liq cont auth withdrwn | 0 | |

**SF 132 APPORTIONMENT SCHEDULE**

FY 2025 Apportionment

Funds Provided by Public Law 117-159 and 119-4 (ED Log number 25-302)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1150 | | BA: Disc: Anticipated appropriation | 0 | |
| 1151 | | BA: Disc: Appropriations:Antic nonexpend trans net | 0 | |
| 1152 | | BA: Disc: Approps: Antic cap trans redemp debt | 0 | |
| 1153 | | BA: Disc: Antic redc to apprp by offst coll/recpt | 0 | |
| 1154 | | BA: Disc: Antic approp precluded from obligation | 0 | |
| 1155 | | BA: Disc: Antic indef approp perm/temp reduced | 0 | |
| 1170 | | BA: Disc: Advance appropriation | 200,000,000 | B1 |
| 1200 | 1 | BA: Mand: Appropriation | 0 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1222 | | BA: Mand: Exercised borrow auth xfer from oth acct | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| 1800 | 1 | BA: Mand: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1800 | 2 | BA: Mand: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1800 | 3 | BA: Mand: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1820 | 1 | BA: Mand: Spending auth: Cap trans to general fund, CY Liq Acc | 0 | |
| 1820 | 2 | BA: Mand: Spending auth: Cap trans to general fund, DL MAT | 0 | |
| 1820 | 3 | BA: Mand: Spending auth: Cap trans to general fund, FFEL MAT | 0 | |
| 1825 | 1 | BA: Mand: Spending auth: Applied to repay debt (CY, Treasury) | 0 | |
| 1825 | 2 | BA: Mand: Spending auth: Applied to repay debt (CY, FFB) | 0 | |
| 1840 | 1 | BA: Mand: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1840 | 2 | BA: Mand: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1840 | 3 | BA: Mand: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **652,000,000** | **B2** |
| 6011 | | Promise Neighborhoods (ESEA IV-F-2, Section 4624) | 91,000,000 | |
| 6012 | | School Safety National Activities (ESEA-IV-F-3, Section 4631) | 0 | |
| 6013 | | Full-Service Community Schools (ESEA IV-F-2, Section 4625) | 0 | |
| 6014 | | School Safety National Activities, Bipartisan Safer Communities A | 200,000,000 | |
| 6100 | | Unallocated | 361,000,000 | |
| **6190** | | **Total budgetary resources available** | **652,000,000** | **A1/A2** |

FY 2025 Apportionment
OMB Footnotes

### Footnotes for Apportioned Amounts

**A1**    Amounts apportioned, but not yet obligated as of the date of this reapportionment, on this line are available for obligation consistent with the latest agreed-upon spending plan for Fiscal Year 2025 between the Department of Education (ED) and the Office of Management and Budget (OMB). Such spending plan submitted by ED shall include: the allocations of such amounts by program; specific information on current and anticipated grants and contracts utilizing such allocated amounts; and a detailed description of how such spending plan aligns with Administration priorities. Any revisions or additions to such spending plan shall be proposed to OMB in writing no later than five business days before the anticipated obligation of funds based on such revisions or additions.  If OMB agrees to such revision or addition, OMB will notify ED in writing, the latest agreed-upon spend plan shall include such revision or addition. Upon OMB's agreement with a submitted spending plan (or any revision or addition to such a spending plan), amounts apportioned on line 6100 shall be automatically re-apportioned to the applicable Category B line. In the absence of an agreed-upon spend plan between ED and OMB, ED may obligate funds on this line only as necessary for payments otherwise required by law. [Rationale: An agency spend plan or other documentation is necessary to better understand how the agency intends to obligate some or all of the apportioned funds.]

**A2**    As permissible by law, amounts apportioned shall be spent in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical And Wasteful Government DEI Programs And Preferencing." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

### Footnotes for Budgetary Resources

**B1**    Funds for FY25 were appropriated under the Bipartisan Safer Communities Act (P.L. 117-159) for Safe Schools National Activities  and are available through December 31, 2025.

**B2**    Pursuant to P.L. 103-227, up to 1 percent of the funds for discretionary programs may be used to cover the costs of field reader expenses.

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:**    /s/ signature
Program Associate Director for Education, Income Maintenance and Labor

**Signed On:**    2025-08-25 04:47 PM

**TAF(s) Included:**    091-2025-2026-0203 (Safe Schools and Citizenship Education)

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 117-159 and 119-4 (ED Log number 26-002)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Elementary and Secondary Education** | | |
| | | **Account: Safe Schools and Citizenship Education** | | |
| | | **TAFS: 091-2025-2026-0203** | | |
| IterNo | 1 | Last Approved Apportionment: N\A, First Request of Year | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 652,000,000 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1103 | | BA: Disc: Approp (previously unavail) (spec/trust) | 0 | |
| 1104 | | BA: Disc: Approp available from subsequent year | 0 | |
| 1105 | | BA: Disc: Appropriation available in prior year | 0 | |
| 1106 | | BA: Disc: Reappropriation | 0 | |
| 1120 | | BA: Disc: Approps transferred to other accounts | 0 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 0 | |
| 1122 | | BA: Disc: Exercised borrow auth xfer from oth acct | 0 | |
| 1130 | | BA: Disc: Appropriations permanently reduced | 0 | |
| 1131 | | BA: Disc: Unob bal of approps permanently reduced | 0 | |
| 1132 | | BA: Disc: Appropriations temporarily reduced | 0 | |
| 1133 | | BA: Disc: Unob bal of approps temporarily reduced | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1135 | | BA: Disc: Approp precluded from ob (spec/trust) | 0 | |
| 1136 | | BA: Disc: Appropriations applied to repay debt | 0 | |
| 1137 | | BA: Disc: Approps rdc by offset coll(coll)/recpts | 0 | |
| 1138 | | BA: Disc: Approps applied to liq contract auth | 0 | |
| 1139 | | BA: Disc: Approps substituted for borrowing auth | 0 | |
| 1140 | | BA: Disc: Approps: Cap trans to general fund | 0 | |
| 1141 | | BA: Disc: Approp applied to liq cont auth withdrwn | 0 | |
| 1150 | | BA: Disc: Anticipated appropriation | 0 | |
| 1151 | | BA: Disc: Appropriations:Antic nonexpend trans net | 0 | |
| 1152 | | BA: Disc: Approps: Antic cap trans redemp debt | 0 | |
| 1153 | | BA: Disc: Antic redc to apprp by offst coll/recpt | 0 | |
| 1154 | | BA: Disc: Antic approp precluded from obligation | 0 | |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment

Funds Provided by Public Law 117-159 and 119-4 (ED Log number 26-002)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1155 | | BA: Disc: Antic indef approp perm/temp reduced | 0 | |
| 1170 | | BA: Disc: Advance appropriation | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **652,000,000** | **B1/B2** |
| 6011 | | Promise Neighborhoods (ESEA IV-F-2, Section 4624) | 91,000,000 | |
| 6012 | | School Safety National Activities (ESEA-IV-F-3, Section 4631) | 0 | |
| 6013 | | Full-Service Community Schools (ESEA IV-F-2, Section 4625) | 0 | |
| 6014 | | School Safety National Activities, Bipartisan Safer Communities A | 200,000,000 | |
| 6100 | | Unallocated | 361,000,000 | |
| **6190** | | **Total budgetary resources available** | **652,000,000** | **A1/A2** |

FY 2026 Apportionment
OMB Footnotes

## Footnotes for Apportioned Amounts

**A1**  Amounts apportioned, but not yet obligated as of the date of this reapportionment, on this line are available for obligation consistent with the latest agreed-upon spending plan for Fiscal Year 2025 between the Department of Education (ED) and the Office of Management and Budget (OMB). Such spending plan submitted by ED shall include: the allocations of such amounts by program; specific information on current and anticipated grants and contracts utilizing such allocated amounts; and a detailed description of how such spending plan aligns with Administration priorities. Any revisions or additions to such spending plan shall be proposed to OMB in writing no later than five business days before the anticipated obligation of funds based on such revisions or additions.  If OMB agrees to such revision or addition, OMB will notify ED in writing, the latest agreed-upon spend plan shall include such revision or addition. Upon OMB's agreement with a submitted spending plan (or any revision or addition to such a spending plan), amounts apportioned on line 6100 shall be automatically re-apportioned to the applicable Category B line.  [Rationale: An agency spend plan or other documentation is necessary to better understand how the agency intends to obligate some or all of the apportioned funds.]

**A2**  As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs And Preferencing" and, for competitive grants only, Executive Order 14332, "Improving Oversight of Federal Grantmaking."
[Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

## Footnotes for Budgetary Resources

**B1**  Funds for FY25 were appropriated under the Bipartisan Safer Communities Act (P.L. 117-159) for Safe Schools National Activities  and are available through December 31, 2025.

**B2**  Pursuant to P.L. 103-227, up to 1 percent of the funds for discretionary programs may be used to cover the costs of field reader expenses.

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:**        /s/ signature
                           Program Associate Director for Education, Income Maintenance and Labor

**Signed On:**             2025-09-28 12:20 PM

**TAF(s) Included:**       091-2025-2026-0203 (Safe Schools and Citizenship Education)

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 117-159 and 119-75 (ED Log number 26-152)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Elementary and Secondary Education** | | |
| | | **Account: Safe Schools and Citizenship Education** | | |
| | | **TAFS: 091-2026-2027-0203** | | |
| IterNo | 2 | Last Approved Apportionment: 2025-09-28 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 431,000,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1106 | | BA: Disc: Reappropriation | 0 | |
| 1120 | | BA: Disc: Approps transferred to other accounts | 0 | |
| 1121 | | BA: Disc: Approps transferred from other accounts | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1150 | | BA: Disc: Anticipated appropriation | 0 | |
| 1151 | | BA: Disc: Appropriations:Antic nonexpend trans net | -6,000,000 | |
| 1152 | | BA: Disc: Approps: Antic cap trans redemp debt | 0 | |
| 1153 | | BA: Disc: Antic redc to apprp by offst coll/recpt | 0 | |
| 1154 | | BA: Disc: Antic approp precluded from obligation | 0 | |
| 1155 | | BA: Disc: Antic indef approp perm/temp reduced | 0 | |
| 1170 | | BA: Disc: Advance appropriation | 200,000,000 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **625,000,000** | **B1/B2/B3** |
| 6011 | | Promise Neighborhoods (ESEA IV-F-2, Section 4624) | 500,000 | A4 |
| 6012 | | School Safety National Activities (ESEA-IV-F-3, Section 4631) | 200,000 | A4 |
| 6013 | | Full-Service Community Schools (ESEA IV-F-2, Section 4625) | 0 | |
| 6014 | | School Safety National Activities, Bipartisan Safer Communities | 200,000,000 | A4 |
| 6100 | | Unallocated | 424,300,000 | A3 |
| **6190** | | **Total budgetary resources available** | **625,000,000** | |

FY 2026 Apportionment
OMB Footnotes

### Footnotes for Apportioned Amounts

**A3**  Amounts apportioned on this line are available for obligation upon reapportionment to an applicable Category B line. [Rationale: OMB requests additional information on programmatic spending for some or all of the apportioned funds]

**A4**  As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical And Wasteful Government DEI Programs And Preferencing." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

### Footnotes for Budgetary Resources

**B1**  Funds for FY26 were appropriated under the Bipartisan Safer Communities Act (P.L. 117-159) for Safe Schools National Activities and are available through December 31, 2026.

**B2**  P.L. 119-75 authorized $6,000,000 of the FY 2026 appropriation to remain available until expended for the Project School Emergency Response to Violence (Project SERV) program.

**B3**  Pursuant to P.L. 103-227, up to 1 percent of the funds for discretionary programs may be used to cover the costs of field reader expenses.

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:**          /s/ signature
                             Program Associate Director for Education, Income Maintenance and Labor

**Signed On:**               2026-04-02 02:31 PM

**TAFS Included:**           091-2026-2027-0203 (Safe Schools and Citizenship Education)