## SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-75 (ED Log Number 26-155)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education**<br>**Bureau: Office of Career, Technical, and Adult Education**<br>**Account: Career, Technical and Adult Education**<br>**TAFS: 091-2026-2027-0400** | | |
| IterNo | 1 | Last Approved Apportionment: N\A, First Request of Year | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | NO | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 1,390,436,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1200 | 1 | BA: Mand: Appropriation | 0 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **1,390,436,000** | **B1/B2** |
| 6011 | | CTE State Grants | 0 | |
| 6012 | | CTE Territorial set-asides | 0 | |
| 6013 | | CTE Nat'l programs | 0 | |
| 6015 | | Adult Education State Grants | 0 | |
| 6018 | | Adult Ed Nat'l Leadership Activity | 0 | |
| 6100 | | Unallocated | 26,133,000 | A3 |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-75 (ED Log Number 26-155)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 6112 | | 4th quarter, CTE State Grants | 646,976,198 | A4 |
| 6113 | | 4th quarter, CTE Territorial set-asides | 1,871,802 | A4 |
| 6114 | | 4th quarter, Adult Education State Grants | 715,455,000 | A4 |
| **6190** | | **Total budgetary resources available** | **1,390,436,000** | |

FY 2026 Apportionment
OMB Footnotes

### Footnotes for Apportioned Amounts

**A3**  Amounts apportioned on this line are available for obligation upon reapportionment to an applicable Category B line. [Rationale: OMB requests additional information on programmatic spending for some or all of the apportioned funds]

**A4**  As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs And Preferencing" and, for competitive grants only, Executive Order 14332, "Improving Oversight of Federal Grantmaking." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

### Footnotes for Budgetary Resources

**B1**  Up to 1 percent of funds for discretionary programs may be used to cover the costs of field reader expenses, pursuant to P.L. 103-227.

**B2**  Funds become available July 1, 2026.

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:**  /s/ signature
        Program Associate Director for Education, Income Maintenance and Labor

**Signed On:**    2026-04-09 04:51 PM

**TAFS Included:**   091-2026-2027-0400 (Career, Technical and Adult Education)

## SF 132 APPORTIONMENT SCHEDULE

FY 2025 Apportionment
Funds Provided by PL 119-4 (ED 25-220)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Career, Technical, and Adult Education** | | |
| | | **Account: Career, Technical and Adult Education** | | |
| | | **TAFS: 091-2025-2026-0400** | | |
| IterNo | 1 | Last Approved Apportionment: N\A, First Request of Year | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | NO | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 1,390,436,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **1,390,436,000** | **B1/B2** |
| 6011 | | CTE State Grants | 646,976,198 | A3 |
| 6012 | | CTE Territorial set-asides | 1,871,802 | A3 |
| 6013 | | CTE Nat'l programs | 12,421,000 | A2 |
| 6015 | | Adult Education State Grants | 0 | |
| 6018 | | Adult Ed Nat'l Leadership Activity | 0 | |
| 6100 | | Unallocated | 729,167,000 | A2 |
| **6190** | | **Total budgetary resources available** | **1,390,436,000** | |

FY 2025 Apportionment
OMB Footnotes

### Footnotes for Apportioned Amounts

**A2**  Amounts apportioned on this line are available for obligation consistent with the latest agreed-upon spending plan for Fiscal Year 2025 between the Department of Education (ED) and the Office of Management and Budget (OMB). Such spending plan submitted by ED shall include: the allocations of such amounts by program; specific information on current and anticipated grants and contracts utilizing such allocated amounts; and a detailed description of how such spending plan aligns with Administration priorities. Any revisions or additions to such spending plan shall be proposed to OMB in writing no later than five business days before the anticipated obligation of funds based on such revisions or additions.  If OMB agrees to such revision or addition, OMB will notify ED in writing, and the latest agreed-upon spend plan shall comprise such revision or addition. Upon OMB's agreement with a submitted spending plan (or any revision or addition to such a spending plan), amounts apportioned on line 6100 shall be automatically re-apportioned to the applicable Category B line.  [Rationale: An agency spend plan or other documentation is necessary to better understand how the agency intends to obligate some or all of the apportioned funds.]

**A3**  As permissible by law, amounts apportioned shall be spent in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical And Wasteful Government DEI Programs And Preferencing." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

### Footnotes for Budgetary Resources

**B1**  Up to 1 percent of funds for discretionary programs may be used to cover the costs of field reader expenses, pursuant to P.L. 103-227.

**B2**  Funds become available July 1, 2025.

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:** /s/ signature
Program Associate Director for Education, Income Maintenance and Labor

**Signed On:** 2025-05-13 02:24 PM

**TAF(s) Included:** 091-2025-2026-0400 (Career, Technical and Adult Education)