SF 132 APPORTIONMENT SCHEDULE

FY 2025 Apportionment
Funds Provided by Public Law 118-47 and 119-4 (ED 25-196)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Elementary and Secondary Education** | | |
| | | **Account: School Improvement Programs** | | |
| | | **TAFS: 091-2025-2025-1000** | | |
| IterNo | 2 | Last Approved Apportionment: 2024-09-10 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 147,425,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1170 | | BA: Disc: Advance appropriation | 1,681,441,000 | |
| 1200 | 1 | BA: Mand: Appropriation | 0 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| 1800 | 1 | BA: Mand: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1800 | 2 | BA: Mand: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1800 | 3 | BA: Mand: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1820 | 1 | BA: Mand: Spending auth: Cap trans to general fund, CY Liq Ad | 0 | |
| 1820 | 2 | BA: Mand: Spending auth: Cap trans to general fund, DL MAT | 0 | |
| 1820 | 3 | BA: Mand: Spending auth: Cap trans to general fund, FFEL MA | 0 | |
| 1825 | 1 | BA: Mand: Spending auth: Applied to repay debt (CY, Treasury) | 0 | |

SF 132 APPORTIONMENT SCHEDULE

FY 2025 Apportionment
Funds Provided by Public Law 118-47 and 119-4 (ED 25-196)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1825 | 2 | BA: Mand: Spending auth: Applied to repay debt (CY, FFB) | 0 | |
| 1840 | 1 | BA: Mand: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1840 | 2 | BA: Mand: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1840 | 3 | BA: Mand: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **1,828,866,000** | **B1/B2/B3** |
| 6014 | | Educ for Native Hawaiians | 0 | |
| 6015 | | Alaska Native Ed Equity | 0 | |
| 6016 | | Training and Advisory Svs | 0 | |
| 6018 | | Comprehensive Centers | 13,918 | |
| 6019 | | Improving Teacher Quality | 1,681,441,000 | |
| 6100 | | Unallocated | 147,411,082 | |
| **6190** | | **Total budgetary resources available** | **1,828,866,000** | **A1/A2/A3** |

FY 2025 Apportionment
OMB Footnotes

## Footnotes for Apportioned Amounts

**A1** Not shown in the previously approved column were all of the amounts automatically apportioned via OMB Bulletin 24-03, pursuant to the FY 2025 short-term continuing resolution (P.L. 118-83, as amended), and then funds automatically apportioned via Section 120.41 of OMB Circular A-11, pursuant to the full-year FY 2025 appropriation Act (P.L. 119-4). [Rationale: Footnote signifies that this TAFS has received or may receive an automatic apportionment.]

**A2** Amounts apportioned, but not yet obligated as of the date of this reapportionment, on this line are available for obligation consistent with the latest agreed-upon spending plan for Fiscal Year 2025 between the Department of Education (ED) and the Office of Management and Budget (OMB). Such spending plan submitted by ED shall include: the allocations of such amounts by program; specific information on current and anticipated grants and contracts utilizing such allocated amounts; and a detailed description of how such spending plan aligns with Administration priorities. Any revisions or additions to such spending plan shall be proposed to OMB in writing no later than five business days before the anticipated obligation of funds based on such revisions or additions. If OMB agrees to such revision or addition, OMB will notify ED in writing, the latest agreed-upon spend plan shall include such revision or addition. Upon OMB's agreement with a submitted spending plan (or any revision or addition to such a spending plan), amounts apportioned on line 6100 shall be automatically re-apportioned to the applicable Category B line. In the absence of an agreed-upon spend plan between ED and OMB, ED may obligate funds on this line only as necessary for payments otherwise required by law. [Rationale: An agency spend plan or other documentation is necessary to better understand how the agency intends to obligate some or all of the apportioned funds.]

**A3** As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical And Wasteful Government DEI Programs And Preferencing." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

## Footnotes for Budgetary Resources

**B1** Of the total FY 2025 appropriation for Improving Teacher Quality State Grants, one half of one percent is for the Bureau of Indian Affairs, and one half of one percent is for Outlying Areas.

**B2** Up to 1 percent of the funds for discretionary programs may be used to cover the costs of field reader expenses puruant to P.L. 103-227.

**B3** Except for programs already authorized to conduct evaluations, Elementary and Secondary Act (ESEA) Section 8601 authorizes that not more than 0.5 percent of the amount appropriated may be used for evaluations.

End of File

**OMB Approved this apportionment request using the web-based apportionment system**

| | |
|---|---|
| **Mark Affixed By:** | /s/ signature<br>Program Associate Director for Education, Income Maintenance and Labor |
| **Signed On:** | 2025-06-23 05:02 PM |
| **TAF(s) Included:** | 091-2025-2025-1000 (School Improvement Programs) |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-4 and 119-75 (ED 26-162)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Elementary and Secondary Education** | | |
| | | **Account: School Improvement Programs** | | |
| | | **TAFS: 091-2026-2026-1000** | | |
| IterNo | 2 | Last Approved Apportionment: 2025-09-28 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 147,425,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1170 | | BA: Disc: Advance appropriation | 1,681,441,000 | |
| 1200 | 1 | BA: Mand: Appropriation | 0 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| 1800 | 1 | BA: Mand: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1800 | 2 | BA: Mand: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1800 | 3 | BA: Mand: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1820 | 1 | BA: Mand: Spending auth: Cap trans to general fund, CY Liq Ac | 0 | |
| 1820 | 2 | BA: Mand: Spending auth: Cap trans to general fund, DL MAT | 0 | |
| 1820 | 3 | BA: Mand: Spending auth: Cap trans to general fund, FFEL MA | 0 | |
| 1825 | 1 | BA: Mand: Spending auth: Applied to repay debt (CY, Treasury) | 0 | |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-4 and 119-75 (ED 26-162)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1825 | 2 | BA: Mand: Spending auth: Applied to repay debt (CY, FFB) | 0 | |
| 1840 | 1 | BA: Mand: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1840 | 2 | BA: Mand: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1840 | 3 | BA: Mand: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **1,828,866,000** | **B1/B2/B3** |
| 6014 | | Educ for Native Hawaiians | 0 | |
| 6015 | | Alaska Native Ed Equity | 0 | |
| 6016 | | Training and Advisory Svs | 0 | |
| 6018 | | Comprehensive Centers | 500,000 | A3 |
| 6019 | | Improving Teacher Quality | 1,681,441,000 | A3 |
| 6100 | | Unallocated | 146,925,000 | A4 |
| **6190** | | **Total budgetary resources available** | **1,828,866,000** | |

FY 2026 Apportionment
OMB Footnotes

**Footnotes for Apportioned Amounts**

**A3** As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs And Preferencing" and, for competitive grants only, Executive Order 14332, "Improving Oversight of Federal Grantmaking." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**A4** Amounts apportioned on this line are available for obligation upon reapportionment to an applicable Category B line. [Rationale: OMB requests additional information on programmatic spending for some or all of the apportioned funds]

**Footnotes for Budgetary Resources**

**B1** Of the total FY 2026 appropriation for Improving Teacher Quality State Grants, one half of one percent is for the Bureau of Indian Affairs, and one half of one percent is for Outlying Areas.

**B2** Up to 1 percent of the funds for discretionary programs may be used to cover the costs of field reader expenses puruant to P.L. 103-227.

**B3** Except for programs already authorized to conduct evaluations, Elementary and Secondary Act (ESEA) Section 8601 authorizes that not more than 0.5 percent of the amount appropriated may be used for evaluations.

End of File

## OMB Approved this apportionment request using the web-based apportionment system

**Mark Affixed By:** /s/ signature
Program Associate Director for Education, Income Maintenance and Labor

**Signed On:** 2026-03-24 02:28 PM

**TAFS Included:** 091-2026-2026-1000 (School Improvement Programs)