## SF 132 APPORTIONMENT SCHEDULE

FY 2025 Apportionment
Funds Provided by Public Law 119-4 (ED 25-198)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Postsecondary Education** | | |
| | | **Account: Higher Education** | | |
| | | **TAFS: 091-2025-2025-0201** | | |
| IterNo | 2 | Last Approved Apportionment: 2024-09-10 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | NO | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 2,909,952,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1200 | 1 | BA: Mand: Appropriation | 255,000,000 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1230 | SEQ | BA: Mand: Approps/Unob bal of approps permanently reduced - $ | -14,535,000 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| 1800 | 1 | BA: Mand: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1800 | 2 | BA: Mand: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1800 | 3 | BA: Mand: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1820 | 1 | BA: Mand: Spending auth: Cap trans to general fund, CY Liq Acc | 0 | |
| 1820 | 2 | BA: Mand: Spending auth: Cap trans to general fund, DL MAT | 0 | |
| 1820 | 3 | BA: Mand: Spending auth: Cap trans to general fund, FFEL MAT | 0 | |

## SF 132 APPORTIONMENT SCHEDULE

FY 2025 Apportionment
Funds Provided by Public Law 119-4 (ED 25-198)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1825 | 1 | BA: Mand: Spending auth: Applied to repay debt (CY, Treasury) | 0 | |
| 1825 | 2 | BA: Mand: Spending auth: Applied to repay debt (CY, FFB) | 0 | |
| 1840 | 1 | BA: Mand: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1840 | 2 | BA: Mand: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1840 | 3 | BA: Mand: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **3,150,417,000** | |
| 6011 | | Strengthening institutions | 0 | |
| 6012 | | Strengthening Tribally Controlled Colleges and Universities | 51,807,000 | |
| 6013 | | Strengthening Alaska Native and Native Hawaiian-serving Institut | 0 | |
| 6014 | | Strengthening Historically Black Colleges and Universities | 400,966,000 | |
| 6015 | | Strengthening Historically Black Graduate Institutions | 101,286,000 | |
| 6017 | | Strengthening Predominantly Black Institutions | 22,412,000 | |
| 6018 | | Strengthening Asian-American and Native American Pacific Islan | 0 | |
| 6019 | | Strengthening Native American-serving Nontribal Institutions | 0 | |
| 6020 | | Minority Science and Engineering Improvement | 0 | |
| 6021 | | Developing Hispanic-serving Institutions | 0 | |
| 6023 | | International Education and Foreign Language Studies: Domesti | 0 | |
| 6024 | | International Education and Foreign Language Studies: Oversea | 0 | |
| 6026 | | Fund for the Improvement of Postsecondary Education | 0 | |
| 6028 | | Tribally Controlled Postsecondary Career and Technical Institutio | 11,953,000 | |
| 6029 | | Federal TRIO Programs | 63,259 | |
| 6031 | | Gaining Early Awareness and Readiness for Undergraduate Prog | 22,516,490 | |
| 6033 | | Graduate Assistance in Areas of National Need | 0 | |
| 6036 | | Child Care Access Means Parents In School | 0 | |
| 6039 | | Teacher Quality Partnership | 2,823,240 | |
| 6042 | | Promoting Postbaccalaureate Opportunities for Hispanic America | 0 | |
| 6048 | | Model Transition Programs for Students with Intellectual Disabiliti | 0 | |
| 6051 | | Mandatory Strengthening Tribally Controlled Colleges and Univer | 28,290,000 | |
| 6052 | | Mandatory Strengthening Alaska Native and Native Hawaiian-ser | 0 | |
| 6053 | | Mandatory Strengthening Historically Black Colleges and Univers | 80,155,000 | |
| 6054 | | Mandatory Strengthening Predominantly Black Institutions | 0 | |
| 6055 | | Mandatory Strengthening Asian-American and Native American F | 0 | |
| 6056 | | Mandatory Strengthening Native American-serving Nontribal Insti | 0 | |
| 6057 | | Mandatory Developing HSI STEM and Articulation Programs | 0 | |
| 6058 | | Strengthening HBCU Masters Program | 20,037,000 | |
| 6059 | | Hawkins Centers of Excellence | 0 | |
| 6100 | | Unallocated | 2,408,108,011 | A1 |
| **6190** | | **Total budgetary resources available** | **3,150,417,000** | A2 |

FY 2025 Apportionment
OMB Footnotes

## **Footnotes for Apportioned Amounts**

**A1**    Amounts apportioned on this line, but not yet obligated as of the date of this reapportionment, are available for obligation consistent with the latest agreed-upon spending plan for Fiscal Year 2025 between the Department of Education (ED) and the Office of Management and Budget (OMB). Such spending plan submitted by ED shall include: the allocations of such amounts by program; specific information on current and anticipated grants and contracts utilizing such allocated amounts; and a detailed description of how such spending plan aligns with Administration priorities. Any revisions or additions to such spending plan shall be proposed to OMB in writing no later than five business days before the anticipated obligation of funds based on such revisions or additions.  If OMB agrees to such revision or addition, the latest agreed-upon spend plan shall include that modification.  In the absence of an agreed-upon spend plan between ED and OMB, ED may obligate funds on this line for other program costs only as required by law. [Rationale: An agency spend plan or other documentation is necessary to better understand how the agency intends to obligate some or all of the apportioned funds.]

**A2**    As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical And Wasteful Government DEI Programs And Preferencing." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

## **Footnotes for Budgetary Resources**

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:**    /s/ signature
Program Associate Director for Education, Income Maintenance and Labor

**Signed On:**    2025-04-29 12:55 PM

**TAF(s) Included:**    091-2025-2025-0201 (Higher Education)

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-75 (ED 26-135)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Education** | | |
| | | **Bureau: Office of Postsecondary Education** | | |
| | | **Account: Higher Education** | | |
| | | **TAFS: 091-2026-2026-0201** | | |
| IterNo | 4 | Last Approved Apportionment: 2026-03-23 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | NO | Adjustment Authority provided | | |
| 1000 | DA | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | DE | Discretionary Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | MA | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1000 | ME | Mandatory Unob Bal: Brought forward, October 1 | 0 | |
| 1023 | 1 | Unob Bal: Applied to repay debt (to Treasury) | 0 | |
| 1023 | 2 | Unob Bal: Applied to repay debt (to FFB) | 0 | |
| 1100 | 1 | BA: Disc: Appropriation - Other, Realized | 3,265,598,000 | |
| 1100 | 2 | BA: Disc: Appropriation - Loan Subsidy | 0 | |
| 1100 | 3 | BA: Disc: Appropriation - Loan Admin Expenses, Definite | 0 | |
| 1134 | | BA: Disc: Appropriations precluded from obligation | 0 | |
| 1200 | 1 | BA: Mand: Appropriation | 255,000,000 | |
| 1200 | 2 | BA: Mand: Appropriation - Loan Subsidy | 0 | |
| 1200 | 3 | BA: Mand: Appropriation - Loan Subsidy Reestimate | 0 | |
| 1200 | 4 | BA: Mand: Appropriation - Loan Modification Adj Transfer | 0 | |
| 1200 | 5 | BA: Mand: Appropriation - Indefinite Authority withdrawn | 0 | |
| 1230 | SEQ | BA: Mand: Approps/Unob bal of approps permanently reduced - $ | -14,535,000 | |
| 1400 | 1 | BA: Mand: Borrowing authority realized | 0 | |
| 1400 | 2 | BA: Mand: Borrowing authority decreased | 0 | |
| 1700 | 1 | BA: Disc: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1700 | 2 | BA: Disc: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1700 | 3 | BA: Disc: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1740 | 1 | BA: Disc: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1740 | 2 | BA: Disc: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1740 | 3 | BA: Disc: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| 1800 | 1 | BA: Mand: Spending auth: Collected, Reimb & Other Income | 0 | |
| 1800 | 2 | BA: Mand: Spending auth: Collected, Non-fed, refunds | 0 | |
| 1800 | 3 | BA: Mand: Spending auth: Collected, Fed, loan subsidies | 0 | |
| 1820 | 1 | BA: Mand: Spending auth: Cap trans to general fund, CY Liq Acc | 0 | |
| 1820 | 2 | BA: Mand: Spending auth: Cap trans to general fund, DL MAT | 0 | |
| 1820 | 3 | BA: Mand: Spending auth: Cap trans to general fund, FFEL MAT | 0 | |

SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-75 (ED 26-135)

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| 1825 | 1 | BA: Mand: Spending auth: Applied to repay debt (CY, Treasury) | 0 | |
| 1825 | 2 | BA: Mand: Spending auth: Applied to repay debt (CY, FFB) | 0 | |
| 1840 | 1 | BA: Mand: Spending auth:Antic colls, reimbs, other (IAAs) | 0 | |
| 1840 | 2 | BA: Mand: Spending auth:Antic colls, reimbs, other (Non-Fed) | 0 | |
| 1840 | 3 | BA: Mand: Spending auth:Antic colls, reimbs, other (Fed) | 0 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **3,506,063,000** | |
| 6011 | | Strengthening institutions | 0 | |
| 6012 | | Strengthening Tribally Controlled Colleges and Universities | 53,807,000 | |
| 6013 | | Strengthening Alaska Native and Native Hawaiian-serving Institut | 0 | |
| 6014 | | Strengthening Historically Black Colleges and Universities | 405,778,000 | |
| 6015 | | Strengthening Historically Black Graduate Institutions | 102,501,000 | |
| 6017 | | Strengthening Predominantly Black Institutions | 0 | |
| 6018 | | Strengthening Asian-American and Native American Pacific Islan | 0 | |
| 6019 | | Strengthening Native American-serving Nontribal Institutions | 0 | |
| 6020 | | Minority Science and Engineering Improvement | 0 | |
| 6021 | | Developing Hispanic-serving Institutions | 0 | |
| 6023 | | International Education and Foreign Language Studies:  Domesti | 100,280 | |
| 6024 | | International Education and Foreign Language Studies:  Oversea | 14,720 | |
| 6026 | | Fund for the Improvement of Postsecondary Education | 136,000,000 | |
| 6028 | | Tribally Controlled Postsecondary Career and Technical Institutio | 13,953,000 | |
| 6029 | | Federal TRIO Programs | 1,191,000,000 | |
| 6031 | | Gaining Early Awareness and Readiness for Undergraduate Prog | 388,000,000 | |
| 6033 | | Graduate Assistance in Areas of National Need | 0 | |
| 6036 | | Child Care Access Means Parents In School | 75,000,000 | |
| 6039 | | Teacher Quality Partnership | 39,520 | |
| 6042 | | Promoting Postbaccalaureate Opportunities for Hispanic America | 0 | |
| 6048 | | Model Transition Programs for Students with Intellectual Disabiliti | 13,800,000 | |
| 6051 | | Mandatory Strengthening Tribally Controlled Colleges and Univer | 28,290,000 | |
| 6052 | | Mandatory Strengthening Alaska Native and Native Hawaiian-ser | 14,145,000 | |
| 6053 | | Mandatory Strengthening Historically Black Colleges and Univers | 80,155,000 | |
| 6054 | | Mandatory Strengthening Predominantly Black Institutions | 14,145,000 | |
| 6055 | | Mandatory Strengthening Asian-American and Native American F | 4,715,000 | |
| 6056 | | Mandatory Strengthening Native American-serving Nontribal Insti | 4,715,000 | |
| 6057 | | Mandatory Developing HSI STEM and Articulation Programs | 94,300,000 | |
| 6058 | | Strengthening HBCU Masters Program | 20,277,000 | |
| 6059 | | Hawkins Centers of Excellence | 0 | |
| 6100 | | Unallocated | 865,327,480 | A1 |
| **6190** | | **Total budgetary resources available** | **3,506,063,000** | **A2** |

FY 2026 Apportionment
OMB Footnotes

**Footnotes for Apportioned Amounts**

**A1**    Amounts apportioned on this line are available for obligation upon reapportionment to an applicable Category B line. [Rationale: OMB requests additional information on programmatic spending for some or all of the apportioned funds]

**A2**    As permissible by law, amounts apportioned shall be obligated in a manner consistent with the directives provided in the following: Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs And Preferencing" and, for competitive grants only, Executive Order 14332, "Improving Oversight of Federal Grantmaking." [Rationale: Footnote specifies the purpose(s) for which the funds are available to be obligated.]

**Footnotes for Budgetary Resources**

End of File

**OMB Approved this apportionment request using
the web-based apportionment system**

**Mark Affixed By:**      /s/ signature
Program Associate Director for Education, Income Maintenance and Labor

**Signed On:**      2026-03-27 03:39 PM

**TAFS Included:**      091-2026-2026-0201 (Higher Education)