**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, *et al.*, | |
| *Plaintiffs*, | Case No. 1:26-cv-13019 |
| v. | |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF JOSEPH CARLILE**

I, Joseph Carlile, hereby declare as follows:

1.    I am currently the managing director and founder of Bluestem Consulting, LLC, a consulting firm in Alexandria, Virginia.  In my role as managing director, I lead a specialized consulting practice that provides strategic planning, consulting, advisory, training and education services focused on the Federal budget and appropriations processes.

2.    I have education and training in various econometric and statistical methods, and I earned a Master of Arts in Applied Economics from Johns Hopkins University.

3.    I served on the staff of the Committee on Appropriations, U.S. House of Representatives from December 2007-January 2021.  During my tenure on the Committee, I served in various roles, including clerk of the Subcommittee on Transportation, Housing and Urban Development and Related Agencies from January 2019-January 2021. In my capacity as clerk, in conjunction with my counterparts from the majority and minority staff of the House and Senate Committees on Appropriations, I drafted and negotiated the annual appropriations acts for the

subcommittee, as well as supplemental appropriations acts for COVID-19 funding and funding for recovery from natural disasters.

4.    I served as Senior Advisor for Budget, Policy, and Programs to the Secretary of Housing and Urban Development (HUD) from January 2021-December 2022.  In this role, I served as the Secretary's primary liaison with the Office of Management and Budget (OMB) and coordinated budget formulation and execution between the Secretary's office and the Office of the Chief Financial Officer.

5.    From January 2023—May 2023, I served as Associate Director for Housing, Treasury, Commerce at OMB.  From May 2023-January 2025, I served as the Associate Director for General Government Programs at OMB.  In these roles, I managed the budget execution of the Departments of Housing and Urban Development, Treasury, Commerce, Transportation, Homeland Security and Justice as well as the Small Business Administration, General Services Administration, Executive Office of the President and more than 30 small and independent agencies.

6.    The SF 133 Reports on Budget Execution and Budgetary Resources (SF 133) are monthly publications from OMB[1] that report, by agency, bureau, account, and account code, the level of budgetary resources available and the cumulative obligations and outlays reported as of the end of each reported month.  There are twenty-nine SF 133 reports published each month; each SF 133 contains information for a single agency or a thematic group of accounts.

7.    According to OMB Circular A-11, "Preparation, Submission and Execution of the Budget", A Treasury Appropriation Fund Symbol (TAFS) "refers to the separate Treasury accounts for each appropriation account based on the availability of the resources in the account.

---

[1]    Available    at:    https://portal.max.gov/portal/document/SF133/Budget/FACTS%20II%20-%20SF%20133%20Report%20on%20Budget%20Execution%20and%20Budgetary%20Resources.html

The TAFS is a combination of Federal agency; allocation agency, when applicable; account symbol; and availability code"[2]. The SF 133 data can be aggregated by TAFS. For example: "91-1100 25/26 - Institute of Education Sciences". 91 represents the agency code for the Department of Education, 1100 represents the account code for Institute of Education Sciences, and 25/26 indicates the period of availability (appropriated in fiscal year 2025; period of availability ends in fiscal year 2026). Throughout this declaration I will refer to funds by the availability code (e.g. 25/26, 21/22) to distinguish between peer accounts.

8.      I conducted a historical analysis of the obligational performance of the Department of Education's Institute of Education Sciences (IES) accounts appropriated between fiscal year 2019 and fiscal year 2025.  Each appropriation had a period of availability of two years.

9.      Based on that analysis, I concluded that the IES appropriation for fiscal year 2025 obligated funds at a lower rate than comparable peer accounts in prior fiscal years, as measured by cumulative obligations through June 30 of the second year of availability.

10.     To conduct this analysis, I compiled the SF 133 reports for "Department of Education" from fiscal years 2019-2026. In fiscal years 2019-2025 I used the September report; for fiscal year 2026 I used the June report dated July 21, 2026. For each IES appropriation I measured the share of its budgetary resources that had been obligated at the same point in each fiscal year's life, using the account's monthly SF-133 Report on Budget Execution and Budgetary Resources. This approach accounts for varying amounts of total budgetary resources across the analysis period.

---

[2] "Circular No. A-11, Preparation, Submission and Execution of the Budget", Executive Office of the President, Office of Management and Budget, August 2025, page 12 of Section 20, available at: https://www.whitehouse.gov/wp-content/uploads/2025/08/a11.pdf

11.     I aggregated the account across each of its Treasury Appropriation Fund Symbols; for the vintages analyzed the account was carried in a single direct-appropriation fund symbol, with no allocation or transfer accounts.

12.     The denominator is total budgetary resources, line 1910 of the SF 133. I fixed the denominator at the amount reported at the close of the first year of availability and compared each vintage at the same point — the June report of the second year.

13.     Sec. 311 of "Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, 2026" (Division B of P.L. 119-75; 140 Stat. 306) rescinded $25 million in funding from the Program Administration activity within the 25/26 IES account. Sec. 311 requires the Department of Education to execute the rescission by September 30, 2026. While the rescission is not recorded in the SF 133 report as of June 2026, I reduced the denominator for the IES 25/26 funding by $25 million.

14.     The numerator — the amount obligated — is total budgetary resources less the unobligated balance still available at the comparison point, SF 133 line 2490 ("Unobligated balance, end of period"). Because the unobligated balance cannot be less than zero, this measure is confined by construction to between 0% and 100% of total budgetary resources. Because the numerator is derived from the unobligated balance (line 2490), this measure reflects obligations net of recoveries; the recoveries recorded in each fiscal year are displayed in Table 2.

15.     October data in the SF 133 reports are reported as zeroes in the "Raw Data" tab and omitted in the "TAFS Detail" tab. I removed the October values in my analysis.

16.     As a quality check, I cross-checked the compiled obligational data from the SF 133 reports with the obligational data in USASpending's File A account balance reporting. There were

no discrepancies. File A data is current through May 2026; SF 133 data is available through June 2026.

17.     Table 1 of Appendix A compares the execution of the 25/26 IES account with the execution of IES funds appropriated in fiscal years 2019-2024. The 25/26 IES account had obligated 70.88 percent of funds (adjusted for the rescission) through June of the second year of availability. This rate was 13.25 percentage points lower than the next lowest (24/25, 84.13 percent), and 24.39 percentage points below the median of the six prior-year appropriations (95.27 percent). Table 2 summarizes the appropriation levels and recoveries in each fiscal year, and Chart 1 plots the obligation rate for each month in the two-year period of availability.

18.     I also compared the allocations for the IES account Congress provided in the joint explanatory statements accompanying the fiscal year 2022-2024 appropriations Acts for the Department of Education. To perform this analysis, I reviewed the Institute of Education Sciences section of the table at the end of Labor, Health and Human Services, Education, and Related Agencies section of the committee prints for the enacted appropriations Acts in fiscal year 2022-2024. I then compared the congressional allocation to the first apportionment of the fiscal year. Table 3 compares the congressional allocations with the first apportionment of the fiscal year. I found that in each of fiscal years 2022-2024, the first apportionment of the fiscal year matched the congressional allocation of resources from the explanatory statements.

19.     Sec. 1101(a)(8) of the "Full-Year Continuing Appropriations and Extensions Act, 2025" (P.L. 119-4) incorporated the "authority and conditions" from "Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, 2024", with exceptions and applied them to funding in fiscal year 2025; Sec. 1101(c) applied the fiscal year 2024 levels for fiscal year 2025.  Title IX of the Act (Secs. 1901-1912) made targeted adjustments of fiscal year

funding levels, authority, and conditions.  Together, these form the basis of the appropriations for fiscal year 2025.

20.    In Table 3, for fiscal year 2025, I carried forward the congressional allocations from fiscal year 2024, displayed them in italicized text, and presented the first apportionment of fiscal year 2025 for comparison purposes.

21.    And finally, I reviewed the year end obligations for IES 25/26 from the September 2025 SF 133. Line 2002 reports obligations by program (category b apportionments). I then reviewed the two publicly available spend plans for the 25/26 IES account, one with a date of 3/25/26 (FY 2026 ED IES Spend Plan.pdf)[3] totaling $233 million and another undated spend plan (FY 2026 ED IES Spend Plan (May Update) (Corrected))[4]. The March spend plan was straight forward to interpret. On the other hand, the May Update consisted of one summary table and several pages of detail tables. The summary table did not reflect the values in the accompanying detail tables. I cross-referenced the summary table and detail tables to assemble my estimate of the availability of these funds as reflected in the May Update.  I present these assembled figures in Table 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Digitally signed by
a6eb26b8-5d6a-4582-bde0-
d262e2042d04
Date: 2026.08.11 15:21:48
-04'00'

Executed on August 11, 2025

Joseph Carlile

---

[3] Available at: https://apportionment-public.max.gov/Spend%20Plans/FY%202026%20ED%20IES%20Spend%20Plan.pdf
[4] Available at: https://apportionment-public.max.gov/Spend%20Plans/FY%202026%20ED%20IES%20Spend%20Plan%20%28May%20Update%29%20%28Corrected%29.pdf

**Appendix A**

**Table 1: Percentage of Institute of Education Sciences funding obligated in the June SF 133 report of the second year of availability**

| Fiscal Year (availability) | % Obligated June (yr 2) |
|---|---|
| 2019 (19/20) | 97.63 |
| 2020 (20/21) | 98.33 |
| 2021 (21/22) | 95.32 |
| 2022 (22/23) | 95.21 |
| 2023 (23/24) | 87.22 |
| 2024 (24/25) | 84.13 |
| 2025 (25/26) | 70.88 |

**Table 2: Appropriations and Recoveries for Institute of Education Sciences, fiscal years 2019-2025 (millions of dollars)**

| Fiscal year (availability) | Appropriation | Recoveries | |
|---|---|---|---|
| | | Through June (yr 2) | At year-end (yr 2) |
| 2019 (19/20) | $615.46 | $1.38 | $1.42 |
| 2020 (20/21) | $623.46 | $2.40 | $3.67 |
| 2021 (21/22) | $670.46 | $3.00 | $3.01 |
| 2022 (22/23) | $737.02 | $11.98 | $12.00 |
| 2023 (23/24) | $807.61 | $1.87 | $1.87 |
| 2024 (24/25) | $793.11 | $19.53 | $26.35 |
| 2025 (25/26) | $768.11[5] | $0.01 | — |

**Appropriation** = SF-133 line 1100; verified with File A appropriated_amount.

**Recoveries** = SF-133 lines 1021 ("Recoveries of prior year unpaid obligations") + 1033 ("Recoveries of prior year paid obligations"); verified with File A's deobligations_recoveries.

---

[5] Sec. 311 of "Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, 2026" (Division B of P.L. 119-75; 140 Stat. 306) rescinded $25 million in funding from IES, Program Administration.

**Table 3: Comparison of Congressional Allocation to First Apportionment (thousands of dollars)**

| Activity | FY 2022 | | FY 2023 | | FY 2024 | | FY 2025 | |
|---|---|---|---|---|---|---|---|---|
| | Congressional Allocation | First Apportionment | Congressional Allocation | First Apportionment | Congressional Allocation | First Apportionment | Congressional Allocation | First Apportionment |
| Research, Development and Dissemination | 204,877 | 204,877 | 245,000 | 245,000 | 245,000 | 245,000 | *245,000* | 12 |
| Statistics | 111,500 | 111,500 | 121,500 | 121,500 | 121,500 | 121,500 | *121,500* | 27,515 |
| Regional Educational Laboratories | 58,733 | 58,733 | 58,733 | 58,733 | 53,733 | 53,733 | *53,733* | 11,994 |
| Research in Special Education | 60,255 | 60,255 | 64,255 | 64,255 | 64,255 | 64,255 | *64,255* | - |
| Special Education Studies and Evaluations | 13,318 | 13,318 | 13,318 | 13,318 | 13,318 | 13,318 | *13,318* | - |
| Statewide Data Systems | 33,500 | 33,500 | 38,500 | 38,500 | 28,500 | 28,500 | *28,500* | 845 |
| National Assessment | 180,000 | 180,000 | 185,000 | 185,000 | 185,000 | 185,000 | *185,000* | 185,000 |
| National Assessment Governing Board | 7,745 | 7,745 | 7,799 | 7,799 | 8,300 | 8,300 | *8,300* | 8,300 |
| Program Administration | 67,093 | 67,093 | 73,500 | 73,500 | 73,500 | 73,500 | *73,500* | 73,500 |
| **Total, Appropriated Funds** | **737,021** | **737,021** | **807,605** | **807,605** | **793,106** | **793,106** | ***793,106*** | **307,166** |
| Reimbursable | - | - | - | - | - | 1,500 | - | 1,500 |
| Unallocated | - | - | - | - | - | - | - | 485,940 |
| **Total, Apportioned Funds** | **737,021** | **737,021** | **807,605** | **807,605** | **793,106** | **794,606** | ***793,106*** | **794,606** |
| Source | H. Comm. Print 47-048, p. 2035-2036 | 2022-04-08, FileId: 11217511 | H. Comm. Print 50-348, p. 2269 | 2023-01-31, FileId: 11257965 | H. Comm. Print 55-008, p. 959-960 | 2024-04-19, FileId: 11338985 | | 2025-05-13, FileId: 11429619 |

**Table 4: IES 25/26 Obligations and Apportionment via Spend Plans (dollars)**

| Activity | Obligations by category, SF 133 September 2025 | Spend Plans | | | | Grand Total |
|---|---|---|---|---|---|---|
| | | March | May Update | | | |
| | | | Cover Table | Detail Tables | Subtotal | |
| Research, Development and Dissemination | 77,744,320.65 | 30,101,679.00 | 87,239,547.82 | 49,914,682.68 | 137,154,230.50 | 245,000,230.15 |
| Statistics | 24,699,712.44 | 34,635,417.00 | 23,114,954.00 | 35,399,629.00 | 58,514,583.00 | 117,849,712.44 |
| Regional Educational Laboratories | 6,568,264.24 | 30,000,000.00 | - | 10,500,000.00 | 10,500,000.00 | 47,068,264.24 |
| Research in Special Education | 38,060,742.08 | 1,312,192.00 | 24,882,100.00 | - | 24,882,100.00 | 64,255,034.08 |
| Special Education Studies and Evaluations | - | 8,630,000.00 | 4,688,378.00 | - | 4,688,378.00 | 13,318,378.00 |
| Statewide Data Systems | 1,974,215.78 | 20,392,879.00 | 1,800,600.00 | 4,350,000.00 | 6,150,600.00 | 28,517,694.78 |
| National Assessment | 99,418,072.28 | 84,829,919.00 | 102,878.60 | - | 102,878.60 | 184,350,869.88 |
| National Assessment Governing Board | 213,649.35 | 7,983,472.00 | - | - | - | 8,197,121.35 |
| Program Administration | 33,645,654.89 | 15,019,318.00 | - | - | - | 48,664,972.89 |
| **Total** | **$ 282,324,631.71** | **$ 232,904,876.00** | **$ 141,828,458.42** | **$ 100,164,311.68** | **$ 241,992,770.10** | **$ 757,222,277.81** |



**CHART 1: INSTITUTE OF EDUCATION SCIENCES 91-1100**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19/20 | 8.87 | 15.56 | 15.56 | 15.56 | 35.71 | 40.83 | 52.37 | 72.61 | 76.74 | 83.31 | 87.01 | 87.98 | 89.49 | 89.86 | 90.81 | 95.16 | 95.95 | 96.14 | 97.63 | 98.8 | 99.02 | 99.96 |
| 20/21 | 8.12 | 14.58 | 16.03 | 19.51 | 35.56 | 41.49 | 45.3 | 64.85 | 77.24 | 80.52 | 82.73 | 85.78 | 88.38 | 88.83 | 92.84 | 95.73 | 96.19 | 96.99 | 98.33 | 99.08 | 99.02 | 99.98 |
| 21/22 | 8.38 | 12.46 | 12.65 | 15.47 | 33.06 | 35.92 | 40.6 | 60.32 | 69.16 | 71.68 | 73.61 | 81.88 | 84.67 | 85.49 | 89.69 | 93.43 | 94.46 | 94.6 | 95.32 | 98.38 | 98.64 | 99.99 |
| 22/23 | 2.85 | 15.25 | 16.64 | 17.36 | 21.4 | 23.28 | 27.42 | 52.1 | 58.68 | 67.84 | 75.59 | 80.3 | 86.02 | 87.28 | 89.72 | 90.89 | 92.9 | 93.27 | 95.21 | 96.24 | 97.41 | 100 |
| 23/24 | 1.37 | 7.68 | 12.13 | 13.26 | 21.82 | 27.54 | 29.95 | 42.02 | 54.14 | 64.65 | 70.44 | 80.14 | 81.48 | 83.15 | 84.69 | 85.4 | 85.64 | 86.41 | 87.22 | 91.28 | 92.37 | 99.98 |
| 24/25 | 2.41 | 6.37 | 13.79 | 20.41 | 22.25 | 24.64 | 37.02 | 44.37 | 58.29 | 66.16 | 72.93 | 77.9 | 81.56 | 83.81 | 83.17 | 83.77 | 84.88 | 82.95 | 84.13 | 83.55 | 85.37 | 99.13 |
| 25/26 | 2.3 | 7.47 | 10.82 | 11.32 | 13.82 | 14.73 | 18.03 | 19.33 | 20.18 | 23.59 | 36.76 | 47.65 | 51.8 | 57.55 | 58.34 | 59.58 | 61.6 | 62.08 | 70.88 | | | |