**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, *et al.*,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>       *Defendants*. | Case No. 1:26-cv-13019 |

## DECLARATION OF MIKE FADEL

I, Mike Fadel, declare as follows:

1.     I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and knowledge collected in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth below.

2.     I am the Executive Director-Treasurer of the Massachusetts Teachers Association (MTA). I am authorized to provide this declaration on behalf of MTA, which is a plaintiff in the above-captioned lawsuit.

3.     As Executive Director-Treasurer, I serve as MTA's executive officer, under the general direction of the Board of Directors. My responsibilities include supervising and coordinating MTA's administrative and professional activities in all areas and maintaining relationships with MTA's affiliated associations and members.

1

**MTA's Membership and Education Policy Advocacy**

4.      MTA is a nonprofit and labor organization headquartered in Quincy, Massachusetts. Founded in 1845, MTA has advocated for the Commonwealth's public schools, students, and educators for more than 180 years.

5.      MTA represents 117,000 members across 400 affiliated local unions throughout Massachusetts. Its members include teachers, faculty, professional staff, and education support professionals employed by public schools, colleges, and universities statewide. More than 12,000 MTA members work in higher education, across fifteen public community colleges, nine state universities, and three campuses in the University of Massachusetts system, including the University of Massachusetts, Amherst and the University of Massachusetts, Boston. Both of these campuses have colleges of education that employ MTA members as faculty.

6.      MTA's mission is to advance educators' professional and economic interests while championing human and civil rights and advocating for high-quality public education in an environment where lifelong learning and innovation thrive. It furthers this mission in part through advocacy to develop and promote education policies that support the ability of all educators to meet the needs of all students.

7.      In my capacity as Executive Director-Treasurer, I oversee and guide the work of MTA's professional staff to implement this mission, including work carried out by MTA's Legislation, Policy, and Political Action (LPPA) Division. LPPA serves as MTA's policy development, government relations, and political organizing hub. It consists of multiple divisions, including the Center for Education Policy and Practice (CEPP), which monitors, advocates for, and influences education policies of importance to MTA members.

8.      CEPP's work is critical to MTA's education policy advocacy. Its role is to support MTA members and leadership in identifying, advocating for, implementing, and assessing education policy solutions that advance MTA's goals, vision, and values. CEPP staff work with MTA members to develop education policies that support the ability of educators to meet the needs of all students. To do this, they research and report on issues such as school finance, educator preparation, licensure and evaluation, and school and district improvement. CEPP also provides information and assistance on these issues to local association leaders and members and works to frame dialogue around and advance education policy issues. This component of CEPP's work includes notifying MTA staff and members of opportunities to seek grant funding from the state and federal governments.

9.      CEPP staff have expertise in surveys, quantitative and qualitative data collection and analysis, and strategic research. They apply these skills to ensure that MTA's policy development and implementation efforts are evidence based, through their analysis and dissemination of data from federal and state, agencies; program evaluations and research surveys; development of datasets and statistical models; and strategic research.

**MTA Members and Staff Rely on IES Activities and Research Funding**

10.     The federal education research programs and activities carried out by the Institute of Education Sciences (IES) at the U.S. Department of Education (Department) are of great importance to MTA's education policy advocacy and CEPP's work to support it, as well as to MTA members' research, teaching, and professional development.

11.     In particular, IES operates four centers that produce data and research on various topics in education at all levels and fund federal education research grants awarded on a

competitive basis for those purposes. IES also administers a number of federal education research, statistics, and evaluation programs.

12.    MTA's higher education members include faculty at the University of Massachusetts, Amherst; the University of Massachusetts, Boston; and other postsecondary institutions who teach and research in education fields such as curriculum and instruction, educational leadership, special education, school psychology, and counseling. Many of these members compete for and receive federal education research grant awards through IES programs and routinely use IES data and resources in their work.

13.    For example, Member A is a professor of School Psychology at the University of Massachusetts, Boston who has relied on IES research funding and resources throughout their career. In the FY 2017 cycle, Member A applied for and received a four-year grant under the Research Training Programs in Special Education, operated by IES's National Center for Special Education Research (NCSER) and funded by appropriations for Research in Special Education. The grant project developed and validated a teacher self-assessment tool to measure educators' use of evidence-based culturally and contextually relevant academic and behavioral practices and promote data-based educational decisions.

14.    In the FY 2023 cycle, Member A successfully competed for and received a second IES award for a Development and Innovation research project under NCSER's Special Education Research Grants Program, also funded by appropriations for Research in Special Education. This grant project aimed to enhance classroom teachers' delivery of comprehensive classroom supports (traditionally referred to as classroom management) by centering equity in the design and implementation of multi-tiered systems of support (MTSS) for students' social, emotional, and behavioral health. To achieve these goals, Member A and their team partnered

4

with a large school district to develop and pilot professional development materials designed to equip teachers with the skills and resources necessary to provide equitable support for students' social and emotional well-being, promoting stronger student engagement in instruction and better learning outcomes.

15.    Member A's grant was awarded for a four-year period, from September 2023 to August 2027. Member A received funding as scheduled for the award's first two performance periods, from September 1, 2023 to August 31, 2024 and September 1, 2024 to August 31, 2025, but never received the funds expected for the third performance period, from September 1, 2025 to August 31, 2026. Then, on June 26, 2026—more than six months after Member A would have expected to receive continuation funding—the Department notified Member A that the grant would be non-continued, effective August 31, 2026, because it no longer effectuated the best interest of the federal government because, in the Department's view, aspects of Member A's approved application conflict with President Trump's anti-DEI executive orders, including Executive Order 14,173, and stated that "the Department, including [IES], must comply with and enforce" these orders.

16.    Despite the non-continuation, Member A intends to compete for funding opportunities through NCSER research grant programs in the future, as they have for a decade. But if IES does not make NCSER funds available in the amounts and for the purposes that Congress required, Member A will have to identify and pursue alternative potential funding sources, which may change their research agenda and priorities for the next several years.

17.    Member A also relies on two databases maintained by IES's National Center for Education Evaluation and Regional Assistance (NCEE) and funded by appropriations for Research, Development, and Dissemination—the Education Resources Information Center

(ERIC) and the What Works Clearinghouse (WWC) in the course of their work. Member A accesses ERIC to search for and read peer-reviewed research in their field and regularly uses the evidence-based practice guides and other resources available through the WWC for both research and teaching.

18.     Member B is a professor and an Associate Dean in the College of Education at the University of Massachusetts, Amherst. In the FY 2020 funding cycle, they successfully competed for and received a multiyear award for an efficacy research project related to the Social, Emotional, and Behavioral Context for Teaching and Learning program topic, under the Education Research Grants program. This grant program is operated by IES's National Center for Education Research (NCER) and funded by appropriations for Research, Development, and Dissemination. Member B's NCER-funded project, which concluded on June 30, 2026, was an efficacy study to implement and evaluate a well-being promotion program to increase middle-school students' happiness. Member B and their team trained school counselors, school psychologists, and other school-based mental-health providers to deliver a small-group intervention based on the principles of positive psychology to students identified as having room for improvement in their overall life satisfaction. The efficacy study aimed to demonstrate the feasibility, cost-effectiveness, and effects of this intervention on student outcomes such as GPA, classroom engagement, student mental health symptoms, and life satisfaction. Throughout the project, Member B and their team created, implemented, and disseminated professional development workshops for school-based mental health providers to learn and adopt the small-group intervention model in middle schools throughout Massachusetts and Florida.

19.     Member B's grant was awarded for a five-year period, but ran from July 2020 to June 2026 because school closures during the COVID-19 pandemic delayed the project's start in

the first year. Member B received funding as scheduled for every performance period until the last performance period, from July 1, 2025 to June 30, 2026. During this last award year, Member B experienced significant delays in receiving funds from IES as anticipated, which in turn created delays in the project team's ability to hire graduate student researchers, who depended on their roles on the project both for pay and to remain eligible for tuition waivers and other supports from their institutions.

20.	Member B intends to apply for an NCER research grant to fund the next stage of this project, likely in the FY 2027 funding cycle. This application would seek funding to complete an effectiveness trial to establish that the school-based mental health intervention shown to improve student outcomes in the efficacy phase can be implemented with similar results in other settings. Proving replication through this type of study is necessary to meet IES's standards for evidence-based practices, which are the benchmark for inclusion of resources and interventions in the WWC and dissemination in other professional contexts. But if IES does not make NCER funds available in the amounts and for the purposes that Congress required such that Member B cannot seek funding, the effectiveness trial will not take place, as other potential funding sources will not support replication studies. As a result, without the opportunity to compete for an NCER research grant, Member B will need to change their study design, and modify their research priorities for the next several years.

21.	Member B uses IES data and other resources extensively in their work. For example, Member B consults ERIC to access peer-reviewed studies in support of their research. They also use the WWC in their teaching and advising of students training to be school psychologists. These students must complete case studies with evidence-based interventions, and Member B routinely directs them to the WWC for this requirement.

22.     In addition, Member B regularly uses the administrative and survey data produced by IES's National Center for Education Statistics (NCES) for their own research and as Associate Dean. In this role, among other responsibilities, Member B supports College of Education faculty, including other MTA members, in submitting proposals for research projects and funding. NCES data are a critical resource for every grant proposal Member B works on, both Member B's own proposals and research and the proposals they support. The NCES data and resources on which Member B and MTA members whose research Member B supports rely include but are not limited to demographic, directory, and school-based data available through the Common Core of Data and the Digest of Education Statistics; data on educator retention and training from the National Teacher and Principal Survey; and demographic, economic, and geographic data produced through the Education Demographic and Geographic Estimates (EDGE) program, all of which are funded by appropriations for Statistics.

23.     These data are frequently the primary source for College of Education researchers' statement of the problem they seek to address through their work, which is a key component of any application. Without access to updated information produced through these and others NCES programs and activities, Member B and other MTA members in the College of Education would encounter significant obstacles in drafting effective rationales for their research proposals. This would undermine their ability to successfully compete for funding and thus to complete the research and dissemination activities necessary to their work.

24.     Likewise, Member B has benefited from NCES's Statewide Longitudinal Data Systems (SLDS) program, a statutory program funded by appropriations for Statewide Longitudinal Data Systems to competitively award grants to states to implement statewide longitudinal data systems. The Massachusetts Department of Elementary and Secondary

Education (DESE) received an SLDS grant in FY 2020 that supported the creation of a statewide longitudinal data hub, the Education-to-Career Research and Data Hub (E2C). Member B used E2C data for their NCER-funded grant project. E2C data also appears in Member B's work as Associate Dean because it is the primary source of outcome evaluation for work that faculty in the College of Education, including other MTA members, undertake to support professional development and licensure of current and future K-12 educators. The College of Education is held to DESE standards for licensing future Massachusetts educators, including PK-12 teachers across all subject areas, school counselors and psychologists, English Language Learner (ELL) teachers, and special educators. E2C data make evaluation of the College's licensure programs to ensure compliance with these standards possible.

25.    Beyond higher education, MTA members working in school districts that participate in projects through the IES-funded Regional Educational Laboratory Northeast and Islands (REL Northeast) benefit from classroom resources, educator support programs, and professional development and other opportunities offered in partnership with their state or school district to meet targeted needs.

26.    Most recently, in April 2026, REL Northeast published a Mathematics Intervention Toolkit to support educators and leaders in learning about and using effective math intervention practices in grades 3-6. The Toolkit offers educators free, high-quality resources, including a 28-hour professional development course. MTA members, including Member C, served as collaborating teachers and mathematics coaches on the Toolkit, partnering with REL Northeast in the research and development necessary to create a relevant, actionable product and gaining valuable experience and skills in the process. In addition, many school districts that employ MTA members—Acton-Boxborough, Arlington, Barnstable, Cambridge, East

9

Bridgewater, Everett, Framingham, Fitchburg, Franklin, Gloucester, Groton Dunstable, Haverhill, Hingham, Hudson, Milford, Millis, Milton, Nantucket, Norwood, Peabody, Plymouth, Revere, Somerville, Sudbury, Swansea, Triton, Westwood, and Winchendon—were REL Northeast's usability-testing and efficacy-testing partners in this project.

27.     Member C, an educator in one of the testing partner districts who participated in development of the Toolkit, reports that MTA members involved in REL Northeast's Toolkit implementation study in their district received REL-funded benefits such as stipends, early access to the Toolkit, and extensive professional development outside of the school day at no cost. The study was cut short when the Department terminated REL Northeast's contract in February 2025, but until that point, members were integrating these new tools and interventions in the classroom and seeing their students make real progress. REL Northeast undertook similar work in the other testing-partner districts employing MTA members. After the Department reopened REL Northeast last fall, REL Northeast was able to publish the Toolkit, making its resources and professional development modules available to even more MTA members.

28.     Further, CEPP staff rely on the studies, data sets, reports, and other resources typically produced by IES to carry out research and issue reporting in support of MTA's education policy development and advocacy work. Examples of CEPP and other MTA staff's use of IES tools include but are not limited to:

  a. **The Integrated Postsecondary Education Data System (IPEDS)**: This system of twelve interrelated survey components, administered by IES'S National Center for Education Statistics (NCES) and funded by appropriations for Statistics, compiles data from more than 6,000 postsecondary institutions nationwide in categories such as finances, admissions, graduation rates, student financial aid, and more. CEPP uses

IPEDS data on wages in higher education to support MTA's advocacy for fair pay for its higher education members. For example, CEPP recently had wage analyses conducted that used 2024-25 IPEDS data to compare salaries of faculty at Massachusetts' public colleges and universities with their counterparts nationally and in other states.

b. **The National Assessment of Educational Progress (NAEP)**: NAEP, often called "The Nation's Report Card," is the largest nationally representative and continuing assessment of what students in the United States know and can do in subject areas like reading and math. It is administered by NCES every two years and funded by appropriations for Assessments. The most recent NAEP administration, for 4th and 8th grade reading and mathematics, was completed in early 2026, and the results are expected to be released in early 2027. NAEP data allows MTA to track Massachusetts students' proficiency in various subjects over time and draw on that information to propose and advocate for effective policy interventions. For example, CEPP used data from the last NAEP administration, in 2024, to compare the reading proficiency of 4th and 8th grade students in Massachusetts with national results and selected comparator states. The results of that analysis have informed MTA's policy and advocacy work related to reading instruction and literacy.

c. **The What Works Clearinghouse (WWC)**: The WWC is an IES-maintained, centralized database of resources that synthesize evidence-based best practices into products for educators, like practice guides and toolkits, that support classroom implementation and promote educator learning about novel student interventions and pedagogical approaches. These resources empower MTA members and other

11

educators to stay on top of new research and models by presenting reputable information in user-friendly formats, at no cost. CEPP staff share WWC resources on certain topics with members and use WWC resources in their advocacy work. Most recently, CEPP cited WWC resources on literacy instruction as credible, high-quality source of information for MTA members to consult in making decisions about reading and early literacy instruction.

29.     MTA and its members are directly harmed by the failure of the Office of Management and Budget (OMB) and the U.S. Department of Education to fund the IES programs and activities described above.

30.     MTA members, including Member A and Member B, have won education research grants that receive appropriations under multiple IES congressional funding categories, including Research in Special Education and Research, Development, and Dissemination. These members would apply and compete for funds in future cycles, but Defendants' actions have put the funding for those programs at risk of expiring before the Department can administer new competitions for many IES-funded grant programs.

31.     As described above, MTA members such as Member C have also benefited from professional development, training, and other resources offered through REL Northeast projects, which are funded by congressional appropriations for RELs. But Defendants have not completed the process of continuing funding for the RELs, putting the supports that REL Northeast provides to MTA members in jeopardy. If REL Northeast is not funded, MTA members will lose out on opportunities to participate in future projects to develop high-quality, no-cost instructional resources and professional development, as well as the compensation, skills, and training that have accompanied past REL Northeast initiatives.

32.    In addition, MTA and its members rely on the research, data, evaluations, and resources normally produced by IES—including databases like ERIC and the WWC, administrative data collects, surveys, geospatial data, and support for statewide longitudinal data—to carry out their work. MTA staff and members rely on ERIC and the WWC to access peer-review research and evidence-based deliverables that inform their pedagogy, research agendas, and policy and advocacy work. Member A, Member B, and other MTA members in higher education depend on a range of IES statistical products and programs to develop and carry out research. And MTA staff in CEPP use IES data to conduct analyses that inform MTA's development of and advocacy for policy proposals on diverse issues related to education and educators.

33.    Without these critical data, research, evaluation, and resources, MTA and its members would have to devote significantly more time and expense to carrying out their work and in some cases, could not complete that work in the same way or to the same degree of accuracy. Likewise, with the start of the academic year fast approaching and MTA's policy advocacy work for the 2026 election season and the 2027 Session of the Massachusetts General Court already underway, delays in making new ERIC and WWC materials or updated data and statistical products available will require MTA and its members to find alternative, similarly high-quality resources to use in their work (if even possible) or to rely on stale products and information.

I declare under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.

Executed on August 6, 2026.

Mike Fadel