**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, *et al.*,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>       *Defendants*. | Case No. 1:26-cv-13019 |

## <u>DECLARATION OF JENNIFER NORFORD</u>

I, Jennifer S. Norford, declare as follows:

1.      I am an owner of BNP Education Partners, and I make the statements in this declaration based on my personal knowledge and understanding of information made available to me pursuant to my duties at BNP Education Partners.

2.      BNP Education Partners is a women-owned small business and certified benefit corporation with locations in Denver, Colorado and Portland, Oregon. BNP Education Partners works with educators, education agencies, and system leaders to provide applied education research, evaluation, technical assistance, professional learning, and consulting services. Its work focuses on helping schools, districts, states, and other education partners use practitioner-centered, evidence-informed research to improve educational systems and student outcomes.

3.      BNP Education Partners competes for and receives federally funded awards from the Institute of Education Sciences (IES) at the Department of Education.

4.      For example, we have received awards funded through the Regional Educational Laboratories (REL) program. With the REL awards, we have conducted technical support,

1

applied research studies, and dissemination activities to serve the educational needs of regional stakeholders which include state education agencies, local education agencies, school boards, state boards of education, schools funded by the Bureau of Indian Education, institutions of higher education, educators, policymakers, business leaders, and parents in the region We were a prime contractor for the REL for the Central Region from 2012 to 2022, and we are a subcontractor in the current REL program. We intend to compete in the REL Program 2027 to 2031 cycle which is expected to be solicited sometime in 2026.

5.      In addition, we have recently submitted proposals in the recent FY 2026 competition for the Comprehensive Centers program, which is currently managed by IES. We submitted multiple proposals in the most recent FY 2026 competition.

6.       Additionally, we have received contracts released under the Procurement of Research Evaluation and Statistics Task Orders (PRESTO) multiple-award Indefinite Delivery Indefinite Quantity (IDIQ) contract vehicle. Our IDIQ is valid from 2023 to 2033, and we are currently a prime contractor on two task orders issued under the contract vehicle for Department of Education projects in operation from 2024 to 2028. These projects involve conducting a large-scale foundational environment and literature scan with analysis and synthesis of findings to inform the modernization of the Department of Education employability skills framework and facilitating an independent advisory panel to create an independent panel report for submission to the Secretary, Congress, and the Library of Congress.

7.      BNP Education Partners also relies on IES data, research, and evidence-based resources in its own work. For example, we rely on sources such as the NCES Digest of Education Statistics, NCES Reports on the Condition of Education, and NCES topical reports to understand and define the education context and landscape of states with which we work. These

sources give vital information including the number of schools, colleges, teachers, enrollments, and graduates. They also provide data relating to educational attainment, finances, and federal funds for education and libraries; population trends; attitudes on education; education characteristics of the labor force; and economic trends that provide background for evaluating education data and understanding needs. All of this information helps us identify where technical assistance services are most needed in a state or region, and which student population would most benefit from them. We use this information to design and deliver technical assistance; identify and develop evidence-based resources and tools; and advise on evidence-based practices to address needs identified in the data and pressing problems of education practice in the local context.

8.      BNP also relies on the What Works Clearinghouse—including its Practice Guides, intervention reports, and reviews of individuals studies—for information about intervention practices in education and evidence-based recommendations for educators. This information informs our work in the field to help state and local education agencies identify, implement, monitor, and improve relevant, evidence-based programs, practices, and interventions.

9.      BNP Education Partners is suffering grave harm by the failure of the Office of Management and Budget (OMB) and the Department of Education to fund these programs.

10.     The withholding of appropriated funds and imposition of unlawful restrictions on funds reduces the number, size, timing, and availability of the awards for which BNP Education Partners normally competes and deprives BNP Education Partners of a fair opportunity to compete for congressionally funded work.

11.     The withholding of appropriated funds and the resulting uncertainty impose severe burdens on BNP Education Partners as a small business. IES has historically relied on contractors and other external organizations with specialized research, evaluation, technical-assistance, and dissemination expertise to carry out significant portions of its work. BNP Education Partners has invested over many years in developing and maintaining the specialized staff, institutional knowledge, technical capabilities, and relationships with state and local education agencies needed to perform this work effectively. When anticipated funding opportunities are delayed, reduced, or not made available, we cannot readily replace them with projects of comparable size, scope, or timing. The resulting disruption impairs our ability to forecast revenue and cash flow, make informed staffing and retention decisions, and determine how much of our limited resources to devote to maintaining readiness for potential IES competitions. It also forces us to choose between carrying personnel and related costs without assurance that the work will proceed or reducing specialized capacity that would be difficult and costly to rebuild. The loss of that capacity would harm BNP Education Partners and would also reduce the pool of experienced organizations available to perform IES-funded work if and when funding resumes.

12.     The withholding of funds also threatens the continued production and availability of resources that BNP Education Partners uses to provide rigorous, evidence-informed services to states, localities, educators, and other stakeholders.

13.     OMB's and the Department's actions have also forced BNP Education Partners to divert staff time from its ordinary research, evaluation, technical-assistance, and proposal-development work to monitor Defendants' funding decisions, assess their effect on BNP

Education Partners and its partners, identify alternative sources of funding or data, and respond to the resulting uncertainty.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026.

Jennifer S Norford

Digitally signed by Jennifer S Norford
Date: 2026.08.10 15:12:38 -06'00'

_____

Jennifer S. Norford