**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>　　　　*Defendants*. | Case No. 1:26-cv-13019 |

## DECLARATION OF RACHEL DINKES

I, Rachel Dinkes, PhD, declare as follows:

1.　　I am President and CEO of Knowledge Alliance and I make the statements in this declaration based on my personal knowledge and understanding of information made available to me pursuant to my duties at Knowledge Alliance.

2.　　Knowledge Alliance is a nonprofit, nonpartisan association composed of leading education organizations that share the belief that high-quality, timely, and relevant research is essential to improving student outcomes.

3.　　KA currently has 19 members, representing the breadth of the education research, evaluation, and technical assistance community. Its membership includes small and women-owned businesses, universities, large nonprofit organizations, mission-driven education organizations, and other organizations that conduct education research, program evaluation, technical assistance, professional learning, and education technology development for federal, state, and local education agencies, schools, and other public and nonprofit organizations.

1

4. KA believes that America's students deserve an education based on what works, not guesswork, and that delivering on that promise is not possible without Federal investment in high-quality education research and development (R&D). Collectively, KA and its members promote the creation and use of rigorous research to figure out what works, for whom, and why to support evidence-based policies, practices, and programs to improve learning and outcomes for every student.

5. Knowledge Alliance executes its mission by educating Congress and the Executive Branch about the importance and impact of federal investments in education R&D. Drawing on its members' on the ground experience designing, conducting, implementing, and evaluating federally funded education R&D, KA provides Congress and the Executive Branch knowledge grounded in real-world experience of how federal education R&D investments translate into better outcomes and make a meaningful difference for students, educators, school districts, and states. KA advocates for robust federal investment in education R&D and develops and advocates for policy recommendations to improve the design, implementation, administration, and delivery of federal R&D programs. We regularly communicate with Congress and the Executive Branch through meetings, letters, coalition activities, and other communications to promote sustained federal investment in education R&D and to improve implementation and delivery of federal education R&D.

6. The activities carried out by the Institute of Education Sciences (IES) at the Department of Education are vital to Knowledge Alliance's mission and the work of its members.

7. IES administers several different research, statistics, and evaluation programs and centers that produce data and research on their own or fund federal awards for those purposes.

More recently, IES assumed responsibility for managing the Department of Education's Comprehensive Centers Program and Education Innovation and Research (EIR) Program. These programs are funded by their own appropriations but managed by IES.

8.	In my work as Executive Director of Knowledge Alliance, I closely monitor education research-related appropriations. Congress includes with each IES appropriation act an "explanatory statements" that sets forth how it intends IES to allocate funds among the programs that fall under each appropriation. In my time at Knowledge Alliance, IES has always obligated funds in accordance with the directives in the explanatory statements.

9.	Knowledge Alliance members operate under grants and contracts under each of the statutory research centers and programs at issue in this case.

10.	Knowledge Alliance Member A is a women-owned small business that has worked with IES since its founding over a decade ago. Member A has served as a team member on 25 IES statistics contracts and as a prime contractor on 7 IES statistics contracts. These contracts have been funded by appropriations for Statistics. Through these contracts, Member A has helped develop and maintain statistical standards, produce congressional mandated reports, and analyze data from major international education surveys. IES grants and contracts make up 89% of Member A's business. Without the opportunity to compete for these grants and contracts, Member A would have to lay off significant staff or close its business. Member A intends to compete for future IES contracts, including those announced during the anticipated FY26 competition cycle. Member A is currently tracking 11 active statistics award competitions and has responded to the market research for seven of the statistics competition announcements. Member A has to strategically plan for staffing for current competitions but also for the anticipation of upcoming competitions. These business decisions are made based on the

anticipation of competitions to spend congressionally mandated funds and when there is uncertainty around competitions or competitions are never announced this leads to an inability to make accurate staffing plan. As a result, Member A has had to freeze staffing. Several members of Knowledge Alliance have already conducted significant layoffs as a result of delays and uncertainty about whether the Department would obligate all appropriated funds.

11.     Knowledge Alliance Member B is a women-owned small business founded over forty years ago that provides research, program evaluation, policy analysis, technical assistance, capacity-building support, professional development, and systems implementation services to educational institutions, foundations, and federal, state, and local government agencies. Member B has been a subcontractor on several RELs for many years, including during the last two REL cycles for 2016 and 2021. In response to needs identified by states in their REL region, Member B conducted applied education research, program evaluations, technical assistance, and dissemination activities under the REL contract. In the past REL cycle, across the REL regions, some examples of state requested REL support included: understanding why teachers leave the profession and what policies improve retention; identifying effective literacy interventions for struggling readers; improving middle school mathematics achievement; and reducing chronic absenteeism. Member B intends to compete in future REL competitions, likely as a subcontractor, including during the anticipated FY26 competition cycle.

12.     In addition, Member B successfully competed for and received a Regional Comprehensive Centers award in 2019 and operated the Comprehensive Center under that award for 5 years. Through this award, Member B has supported states in conducting needs assessments, trainings, and tool reviews to improve professional development and improve

4

student outcomes. Member B has submitted an application for a Comprehensive Center award for the FY26 competition and plans to continue competing for awards in the future.

13. Knowledge Alliance Member C is a small business that for over 40 years has specialized in education research and evaluation for policy development and implementation and capacity building and technical assistance for state education agencies. Depending on the year, work with Comprehensive Centers and RELs constitutes 40-50% of Member C's business base.

14. Member C has served as a prime contractor and lead subcontractor for Comprehensive Centers contracts for four decades. Currently, Member C is a prime contractor for a regional Comprehensive Center and a subcontractor to three other Centers. Through the Comprehensive Centers programs, Member C has worked closely with state education agencies to develop technical assistance projects aligned with each state's priorities and to convene advisory board members representing states. Examples of projects include conducted through the Comprehensive Centers programs includes: supporting states in the development of educator evaluator systems; creating resources to help schools recruit and retain effective school leaders; and developing toolkits to help educators in low-performing schools implement evidence-based instructional practices for all students, including those with disabilities. Member C has bid in the FY26 cycle as a prime contractor for one Comprehensive Center programs region and for one content center and as a subcontractor for three other Centers.

15. In addition, Member C first became a REL subcontractor more than 20 years ago. Currently, Member C is a lead subcontractor for RELs in two different regions. One REL project conducted by Member C provided research to state education agencies undertaking comprehensive literacy improvement efforts. This work included translating evidence-based reading research into practical guidance for educators, supporting statewide professional

learning, and helping education leaders implement research-informed strategies at scale. The work contributed to literacy improvement efforts that were later highlighted nationally as part of the "Southern Surge" in literacy achievement. During the FY26 competition, Member C plans to compete as a subcontractor with prime partners in five REL regions.

16.     Knowledge Alliance Member D is a nonprofit research organization that, for over 50 years, has conducted research, program evaluation, professional learning, technical assistance, and policy analysis for federal, state, and local education agencies and other public and nonprofit organizations. Member D has successfully competed for, received, and operated at least one IES research grant from NCER each year for the past ten years. These grants have been funded by appropriations for Research, Development & Dissemination. These grants have supported scientifically rigorous research to meet the needs of learners, education practitioners, and decision makers. NCER's goal is to fund research that understands and improves education practices, programs, policies, and systems, especially in areas that are education-insecure due to poverty, family circumstances, and limited language proficiency. NCER also funds research training programs that invest in the training and development of education scientists. Member D would have competed for a research grants in FY25 if there had been a competition cycle. Member D intends to compete for future research grants, including during the FY26 competition cycle. Member D also successfully competed for and received an NCER grant in 2020. Member D intends to compete for future Research and Development Center opportunities.

17.     Member D also successfully competed for and received a contract to operate a REL in 2017 and 2022. In response to needs identified by states in their REL region, Member D conducted applied education research, program evaluations, technical assistance, and

dissemination activities. Member D intends to compete for a REL contract in the anticipated FY26 competition.

18.     Member D also successfully competed for and received a grant to conduct research funded by appropriations for Special Education Research in 2020. Member D intends to compete for future funding opportunities within the National Center for Special Education Research (NCSER) program.

19.     State Longitudinal Data Systems (SLDS) are a foundational component of the nation's education data infrastructure. They enable states and researchers to conduct longitudinal analyses, evaluate education programs and policies, and generate the evidence needed to inform decision-making at the federal, state, and local levels. Many Knowledge Alliance members use SLDS data in conducting federally funded research, evaluations, and technical assistance.

20.     All but one of the contractors who have been awarded IES REL contracts each year are Knowledge Alliance members.

21.     Fourteen of the 20 current Comprehensive Centers are run by Knowledge Alliance members and many Knowledge Members serve as sub-contractors on CC's not primed by a Knowledge Alliance member.

22.     Between 2020 and 2024, many Knowledge Alliance members were among the largest recipients of National Center for Education Research (NCER) awards, collectively receiving hundreds of millions of dollars in federal education research funding to conduct research, evaluations, and technical assistance aimed at improving educational outcomes.

23.     Multiple Knowledge Alliance members have long served as prime contractors and subcontractors supporting the National Center for Education Statistics (NCES), including work related to large-scale assessments, statistical surveys, data collection, reporting, and analysis.

24.     Additionally, over the last four years, at least nine Knowledge Alliance members have either been the prime or the evaluator on an EIR grant. EIR grants support the development, rigorous evaluation, and scaling of evidence-based innovations designed to improve student achievement and educational outcomes, particularly for high-need students, including through a statutory requirement that at least 25 percent of funding support projects serving rural communities.

25.     Knowledge Alliance and its members are suffering grave harm by the failure of the Office of Management and Budget (OMB) and the Department of Education to fund these programs.

26.     OMB's and the Department's actions have forced Knowledge Alliance to divert staff time and organizational resources from its regular membership, policy, and education-research activities to monitor Defendants' apportionments and spending restrictions; assess which funding streams and IES programs are affected; communicate with members about lost or delayed opportunities; and respond to uncertainty created by Defendants' refusal to carry out Congress's appropriations. Those diversions impair Knowledge Alliance's ability to perform its core mission of advancing policies and federal investments that strengthen education R&D and improve outcomes for students. Instead of devoting resources to developing and advancing those priorities, KA has been forced to devote substantial time and resources to determining how the Executive Branch is implementing congressionally appropriated funds, responding to shifting and unclear agency actions, and advocating for the Executive Branch to carry out the programs and investments as Congress enacted.

27.     Rather than devoting its limited staff resources to advancing new education research policy initiatives, Knowledge Alliance was forced to spend months tracking the status

of congressionally appropriated funds, analyzing budget execution reports, educating policymakers about delayed implementation, coordinating member responses, and urging Defendants to carry out existing law. These diverted resources include, among other things, analyzing monthly SF-133s budget execution reports, developing detailed analyses of delayed apportionments and obligations, preparing memoranda and briefing materials regarding the status of FY2025 IES funding, organizing and leading a coalition letter signed by 97 organizations urging OMB and the Department to fully apportion and obligate IES funds, educating members of Congress and the Executive Branch officials regarding the consequences of delayed implementation, coordinating communication among Knowledge Alliance members and responding to ongoing uncertainty regarding the status of appropriated education research funds.

28. OMB's and the Department's actions have also precluded Knowledge Alliance members from competing for funds to conduct research or operate research centers such as Comprehensive Centers and RELs. Knowledge Alliance members have won numerous awards and subcontracts that receive appropriations under multiple IES congressional funding categories, including SLDS; Statistics; Special Education Studies and Evaluations; Research in Special Education; Research, Development, & Dissemination. They have also received federal awards funded by congressional appropriations for RELs, Comprehensive Centers, and EIR programs.

29. Many members, including Members A, B, C, and D, are currently serving as prime contractors or subcontractors, or grant principal investigators, for activities funded by these appropriations, as explained above. These members would continue to apply, and be highly competitive, for funds in FY26 and beyond, but the Department has not announced FY25 or

FY26 competitions for many of the awards funded by IES, and funds for those programs are at risk of lapsing before it can do so. At the same time, OMB has not apportioned many of the IES funds that the Department needs to fully fund the program awards for which Knowledge Alliance members normally compete.

30.    Competing for awards for any of these programs and research projects can take a significant amount of time. Based on historical analyses, the average research competition takes, at a minimum, nine months from when ED decides to run a competition to the date of the award. The average timeline ranges from 9 to 18 months. The reason for this timeline is that ED needs lead time to plan a competition, draft a notice inviting application and get it approved for publication in the Federal Register. Once ED publishes a competition, they typically give applicants one to four months to develop high-quality applications and apply. Once the application window closes, ED needs time to run a peer review process and make awards, a process that can take between seven and twelve months. During this period, Knowledge Alliance members must make strategic decisions about how to allocate their most experienced researchers and technical experts across anticipated funding opportunities. Because proposed personnel cannot be committed to more than 100 percent effort across multiple federal applications, members rely on predictable competition schedules to determine where to assign their strongest staff. When appropriations and competitions are delayed, organizations cannot know whether another opportunity will be announced weeks or months later. Faced with that uncertainty, members may delay committing their most experienced personnel to current proposals, reserve them for anticipated competitions, or decline to pursue certain opportunities altogether, reducing their ability to compete effectively.

31.    Knowledge Alliance and its members also rely on the research, data, evaluations, and technical assistance normally produced by IES, CC's and EIR to carry out their work. Federal education R&D is cumulative. Foundational research informs the development of new interventions, rigorous evaluations determine what works, and technical assistance translates that evidence into improved policies, practices and programs that improve student outcomes. Disruptions at any stage of that continuum impair the ability of Knowledge Alliance members to carry out their work. IES-funded research provides the foundational evidence that informs technical assistance, professional development, policy recommendations, and the development and evaluation of new educational innovations. For example, the RELs rely on existing research from NCER, NCSER, and the R&D centers, to provide evidence-based research and evaluation support to states and school districts responding to locally identified needs, and EIR projects build on foundational research to develop, rigorously evaluate, and bring to scale promising interventions. When IES-funded research is delayed, reduced, or terminated, it diminishes the evidence base on which Knowledge Alliance members rely to conduct research, provide technical assistance, evaluate programs, and improve student outcomes.

32.    Knowledge Alliance members also rely on evidence produced by National Center for Education Research (NCER), the center created specifically to sponsor sustained research on a broad spectrum of education topics, to effectively compete for IES and other ED funds and operate programs using those funds. Programs funded with EIR funds must be "evidence-based" under the EIR statute, and NCER provides the evidence necessary to design EIR programs that meet that statutory requirement. Without the data, research, and evaluations produced by IES, Knowledge Alliance members could not do their work at all or would incur substantially greater time and costs to carry out their work.

33.    The ongoing delay in releasing FY2025 and FY2026 funding, as well as the prolonged delay in conducting competitions, has caused, and continues to cause significant financial harm to KA members. Because members cannot predict whether, when, or if funding opportunities will be announced or awards made, many have been forced to make difficult business decisions, including implementing layoffs, delaying or freezing hiring, reducing operating capacity and scaling back investments. The resulting uncertainty is destabilizing organizations that have spent decades building expertise and thus weakening the nation's education R&D infrastructure. Even if and when competitions are ultimately held, rebuilding this capacity will take years. For example, after consecutive years without new federal training grant competitions, the pipeline for developing the next generation of education researchers has begun to erode, leaving fewer early-career researchers prepared to replace a retiring workforce or bring new ideas and innovation to the field. At the same time, the prolonged instability and uncertainty surrounding federal education research funding makes it more difficult to attract and retain talented individuals, further weakening the nation's education research infrastructure. Even if competitions are ultimately held, rebuilding this capacity will take years.

34.    Defendants' withholding of funds thus threatens the continued viability of a host of IES- CC, and EIR-funded programs and the nation's understanding of the state of education and effective means of improving education.

35.    Knowledge Alliance and our members are also concerned about the effect of the funding restrictions that have been added to IES and EIR use of funds through apportionment footnotes. As a result of these restrictions, our Members will face a funding environment in which competitions, continuation awards, contracts, cooperative agreements, data products, research activities, and technical-assistance programs can be denied based on Administration

policy preferences unrelated to the underlying programs. This has created uncertainty over whether work involving equity, disability, achievement gaps, disaggregated data, or other statutorily relevant subjects will be disfavored, as well as through the shift to political-appointee control of competitive grant decisions. As a result of this uncertainty, Knowledge Alliance and our members have had to divert resources from research and mission-focused activities to assessing and seeking ways to mitigate these risks.

36. I reviewed the Declaration that Matt Soldner submitted in this case in which he raised a conversation that he had with me. On June 25, 2026, I had a telephone conversation with Matt Soldner. During that conversation, Dr. Soldner stated that OMB would apportion all FY2025 IES funds, but that there would not be any public record of the apportionment. He could not commit to obligating all FY2025 funds, stating that IES would "do its best" to obligate all funds before they expired. During the same call, I asked whether IES would obligate the funds in a manner consistent with Congress's appropriations and the historical implementation of those programs. Dr. Soldner did not provide that assurance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026.

*Rachel Dinkes*

_____

Rachel Dinkes, Ph.D.

13