**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, *et al.*,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>     *Defendants*. | Case No. 1:26-cv-13019 |

## DECLARATION OF JACQUELINE RODRIGUEZ

I, Jacqueline Rodriguez, Ph.D., declare as follows:

1.      I am the CEO of National Center for Learning Disabilities (NCLD) and I make the statements in this declaration based on my personal knowledge and understanding of information made available to me pursuant to my duties at NCLD.

2.      NCLD is a nonprofit organization headquartered in Washington, D.C. NCLD works with educators, students, families, young adults, and allied organizations to advance research, share resources, build coalitions, and advocate for policies that reduce systemic barriers for individuals with learning disabilities. NCLD's work includes creating and disseminating data and reports, shaping local and national policy, and supporting leaders, parents, young adults, employers, and other stakeholders working to create lasting change for individuals with learning disabilities.

3.      The activities carried out by the Institute of Education Sciences (IES), the Comprehensive Centers, and Education and Innovation Research (EIR) at the Department of Education are vital to NCLD's mission and work. NCLD uses IES-created data, research, and

1

evaluations to craft evidence-based policy briefs, research products and state snapshots that highlight what works for high-need students.

4.      NCLD's work is also informed by a robust evidence base, including findings from individual IES grant-funded research projects, federally supported research initiatives, and peer-reviewed literature that advance understanding of the experiences and needs of individuals with learning disabilities.

5.      Because NCLD is focused on helping students with disabilities, the vast majority of IES resources on which NCLD relies are funded by IES's National Center for Education Statistics (NCES) and National Center for Special Education Research (NCSER). NCSER data is especially important to NCLD's work, because it is uniquely dedicated to research relating to special education.

6.      NCES activities are funded in large part by IES appropriations directed to "Statistics." NCES's Statewide Longitudinal Data Systems (SLDS) grant program is funded by IES appropriations directed specifically to SLDS. NCSER's activities are funded in large part by IES appropriations directed to "Research in Special Education" and "Special Education Studies and Evaluations."

7.      NCLD's signature research products, including State of Learning Disabilities reports and Data Snapshots integrate impact findings from EIR to illustrate the critical need for evidence-based reading and math interventions rooted in the Science of Reading. For example, in recent years, NCLD relied on NCES education statistics, a High School Longitudinal Study produced by NCES, a National Longitudinal Transition Study and successor study produced by IES, and a National Longitudinal Transition Study on students with IEPs for one single report called State of Learning Disabilities Young Adult Report: Navigating the Transition to

2

Adulthood, https://ncld.org/wp-content/uploads/2025/03/031925-SoLD-Report-YA-Transition.pdf.

8.      NCLD also uses IES data to produce annual white papers focused on issues such as disproportionate educational opportunities for students with learning disabilities. For example, a paper called Evaluation for Specific Learning Disabilities: Allowable Methods of Identification and its Implications, https://ncld.org/wp-content/uploads/2025/10/251014-White-Paper-Tagged.pdf, relied IES-supported research around early intervention produced in *Improving Reading Outcomes for Students with or at Risk for Reading Disabilities: A Synthesis of the Contributions from the Institute of Education Sciences Research Centers (NCSER 2014-3000)*, https://ies.ed.gov/ies/2025/01/improving-reading-outcomes-students-or-risk-reading-disabilities.

9.      With IES data, NCLD has also produced an annual 50-state scan that evaluates the relative success of students with learning disabilities and actionable guidelines for families and educators regarding the practices and assistive technologies that most effectively improve achievement for individuals with disabilities.

10.     Additionally, NCLD relies on IES data to advocate for better policies, including during its annual "LD Day of Action," when NCLD meets with legislators and staffers to help them understand the particular needs of individuals with learning disabilities and the funding gaps that must be filled in order to address those needs.

11.     NCLD also uses datasets from EIR, which is now managed by IES, to craft evidence-based policies. This data anchors our research products, policy briefs, and state snapshots by highlighting "what works" for high-need students.

12.     NCLD incorporates and leverages EIR research to accomplish several specific goals, including (as relevant here) to center equity and marginalized groups. EIR grants

specifically target high-need students. NCLD uses the localized data and project reports produced by EIR or EIR grantees to examine how systemic inequities affect students with disabilities, particularly focusing on racial/ethnic and socioeconomic gaps.

13.     NCLD is suffering grave harm by the failure of the Office of Management and Budget (OMB) and the Department of Education to fund IES, and in particular NCES, NCSER, and EIR activities. Without sufficient funds to cover all of these components' research, evaluation, and dissemination work, NCLD will not be able to continue to produce the same quality of critical reports, whitepapers, and other datasets that it has been able to produce for the last 49 years. Nor will NCLD be able to effectively advocate for policies during its LD Day of Action in the future. The lack of access to IES data will result in diminished education services to individuals with disabilities, and especially those with learning disabilities.

14.     NCLD is also harmed because it has had to divert its resources to monitor EIR funding delays and analyze how the delays in awards will impact research data used in NCLD policy, research, and professional development resources for their constituency groups and external stakeholders.

15.     NCLD would face severe and measurable harm if the apportionment of funds to the Department of Education were conditioned on Executive Order 14151, which prohibits the use of federal funds related to "diversity, equity, and inclusion" (DEI). NCLD's core mission, research capacity, and policy influence all rely directly on federally supported data systems and equity-focused analysis. The consequences would be structural, long-term, and felt across classrooms, families, and national policy.

16.     NCLD's mission is to advance innovative research and advocate for equitable policies that address systemic barriers for students with learning disabilities. A prohibition on

4

DEI in federally funded research and federal data collection would directly undermine this mission by blocking our ability to identify systemic barriers. NCLD's work depends on understanding how disability intersects with race, income, language, and other factors. Without DEI-related data, NCLD cannot document inequities or advocate for evidence-based policy solutions. It would also prevent NCLD from advancing equitable policies that ensure the civil rights of people with learning disabilities and their inclusion in all areas of life – a legal requirement codified in the Individuals with Disabilities Education Improvement Act, the Rehabilitation Act, and the Americans with Disabilities Act. Removing DEI from federal research would make it impossible to demonstrate inequitable outcomes.

I declare under penalty of perjury that the foregoing is true and correct.

 Executed on August 10, 2026.

Jacqueline A. Rodriguez