UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

August 20, 2026

The Honorable Shelly Moore Capito
Chair
Subcommittee on Labor, Health and Human Services, Education, and Related Agencies
Committee on Appropriations
United States Senate
Washington, D.C. 20510

The Honorable Robert Aderholt
Chairman
Subcommittee on Labor, Health and Human Services, Education, and Related Agencies
Committee on Appropriations
House of Representatives
Washington, D.C. 20515

The Honorable Tammy Baldwin
Ranking Member
Subcommittee on Labor, Health and Human Services, Education, and Related Agencies
Committee on Appropriations
United States Senate
Washington, D.C. 20510

The Honorable Rosa DeLauro
Ranking Member
Subcommittee on Labor, Health and Human Services, Education, and Related Agencies
Committee on Appropriations
House of Representatives
Washington, D.C. 20515

Dear Chair Capito, Ranking Member Baldwin, Chairman Aderholt, and Ranking Member DeLauro:

Consistent with section 514(b) of the Consolidated Appropriations Act, 2026 (Pub. L. 119-75), after providing consultation on August 13, 2026, I am writing to notify you that the Department is reprogramming fiscal year (FY) 2025 funds within the Institute of Education Sciences account.

Specifically, the Department is reprogramming a total of $68,653,580.92 from the following programs:

| **Discretionary Program** | **Reprogramming Amount** |
|---|---|
| Statistics | ($50,000,000) |
| Special Education Studies and Evaluations | ($2,653,580.92) |
| Regional Educational Laboratories | ($16,000,000) |

Research, Development, and Dissemination (84.305A/C/D/S) will receive $7,000,000 from Regional Educational Laboratories and $17,000,000 from Statistics.

Research in Special Education (84.324A/B/C) will receive $2,653,580.92 from Special Education Studies and Evaluations, $9,000,000 from Regional Educational Laboratories, and $15,850,000 from Statistics.

Statewide Longitudinal Data Systems (84.372A) will receive $17,150,000 from Statistics.

When added to the existing FY 2025 appropriations, a total of $269,000,000 will have been made available for Research, Development, and Dissemination; $91,758,580.92 will have been made available for Research in Special Education; and $45,650,000 will have been made available for Statewide Longitudinal Data Systems in the multi-year FY 2025 account.

Sincerely,

STEVEN BYRD Digitally signed by STEVEN BYRD Date: 2026.08.20 11:39:41 -04'00'

Steven Byrd
Director, Budget Service