**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system and by e-mail on August 26, 2026.

/s/Michael K. Velchik

MICHAEL K. VELCHIK