**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-13019 |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME NUNC PRO TUNC TO FILE SUPPLEMENTAL DECLARATION**

Defendants respectfully move for this Court to grant an extension of time, *nunc pro tunc*, to file a supplemental declaration associated with Defendants' motion to dismiss or in the alternative motion for summary judgment. Counsel for Defendants has conferred with Counsel for Plaintiffs and represents that Plaintiffs consent to this motion. In support whereof, Defendants show the following:

1. On July 22, 2026, this Court ordered a briefing schedule requiring, in relevant part, Defendants to file their "motion to dismiss and opposition to summary judgment: August 25, 2026." ECF No. 39.

2. On August 25, 2026, Defendants filed this brief and associated statement of facts. ECF Nos. 56, 57. Defendants' brief referenced a supplemental declaration. Defendants intended to attach that declaration to their filing as an exhibit to ECF No. 56.

3. On August 26, 2026, at 11:03 AM, counsel for Plaintiffs reached out to the undersigned counsel for Defendants flagging that they did not see the referenced supplemental declaration on the docket and asked if Defendants had intended to file this document. Three

minutes later, the undersigned counsel acknowledged receipt and indicated counsel was reviewing this issue. The undersigned counsel promptly filed the supplemental declaration, which was docketed at 11:18 AM—fifteen minutes after it was raised by counsel for Plaintiffs. This is now on file at ECF No. 58.

4. Defendants respectfully move out of time for an extension of time, *nunc pro tunc*, to file their supplemental declaration until 11:18 AM August 26, 2026.

## CONCLUSION

For these reasons, this Court should grant the motion for an extension of time nunc pro tunc.

Dated: August 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Director

MICHELLE BENNETT
Assistant Branch Director

/S/*Michael K. Velchik*

MICHAEL K. VELCHIK (DC Bar 187249)
Senior Counsel, Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 860-8388
E-mail: michael.velchik@usdoj.gov

PIERCE J. ANON
Trial Attorney
Federal Programs Branch

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on August 26, 2026.

/s/Michael K. Velchik
MICHAEL K. VELCHIK