**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL CENTER FOR LEARNING DISABILITIES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-13019 |

**NOTICE**

Pursuant to this Court's Memorandum and Order dated September 17, 2026, ECF No. 69, Defendants respectfully file the following notice and attached declaration.

Specifically, page 45 of the Court's Memorandum and Order provides: "The Court thus concludes that the more prudent course is to await notice from defense counsel that all funds have been obligated and enter a decision on Count 8 thereafter. Defendants are **ORDERED** to file a status report by the earliest of either **September 28, 2026**, or whenever all the obligations due September 30 have been completed."

The attached declaration provides the ordered status report.

Dated: September 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Director

MICHELLE BENNETT
Assistant Branch Director

/S/*Michael K. Velchik*

MICHAEL K. VELCHIK (DC Bar 187249)
Senior Counsel, Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 860-8388
E-mail: michael.velchik@usdoj.gov

PIERCE J. ANON
Trial Attorney
Federal Programs Branch

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on September 28, 2026.

/s/Michael K. Velchik
MICHAEL K. VELCHIK