**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NATIONAL CENTER FOR LEARNING DISABILITIES, *et al.*,

v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

*Defendants*.

Case No. 1:26-cv-13019

**PLAINTIFFS' NOTICE OF RECENT APPORTIONMENT**

Plaintiffs respectfully notify the Court that, on September 30, 2026, the Office of Management and Budget issued a new apportionment for the remaining FY2026/2027 Institute of Education Sciences funds appropriated by the Consolidated Appropriations Act of 2026, Pub. L. 119-75, 140 Stat. 173, 303. OMB issued this apportionment as the funds enter their second fiscal year of availability, with the funds set to expire in 2027. The September 30, 2026 apportionment is nearly identical to the prior July 27, 2026 apportionment of these FY2026/2027 IES funds described in Plaintiffs' pending summary judgment motion. *See* ECF No. 50 (Pls. MSJ) at 14. The new apportionment confirms that Defendants are continuing to perpetuate the policies and legal violations at issue in Plaintiffs' pending summary judgment motion.

As with the prior apportionment, OMB placed the majority of appropriated funds—this time, $455,182,171—on an "Undistributed" line, which is functionally equivalent to OMB's use of the word "Unallocated" that OMB used before Plaintiffs filed this case. *Compare* Ex. 1, *with* Pls. MSJ at 14. The "Undistributed" designation, just like the Unallocated designation before it, prohibits the Department of Education from using these funds for any purpose, unless and until

OMB issues a new apportionment. *See* Ex. 1 at n.A1 (stating that "[a]mounts apportioned on this line are available for obligation" only "upon reapportionment to an applicable [program]").

Plaintiffs' pending motion for summary judgment explains why this apportionment—and OMB's broader policy of apportioning Department of Education funds for disfavored programs to "Unallocated" or "Undistributed" lines—are unlawful and constitute agency action unlawfully withheld. *See* Pls. MSJ 18–21, 27–30. The deadline for OMB to apportion these funds for fiscal year 2027 has passed. 31 U.S.C. § 1513. Defendants' unlawful actions and inaction as alleged Counts One, Two, and Six thus continue.

In addition with respect to Count One, the new apportionment continues to fail to allocate the FY2026/2027 funds in accordance with the explanatory statement allocations that Congress made legally binding by incorporating it into the text of the 2026 Appropriations Act. Pls.' MSJ 29–30; *see* Compl. ¶ 154 (Count One). Just as in the July 2026 apportionment of these funds, OMB has provided $0 for the Regional Educational Laboratories (compared to $53.7 million in the binding explanatory statement), $0 for Statistics (compared to $121.5 million in the statement, and $0 for the Statewide Data System (compared to $28.5 million). *See* Ex. 1. And OMB has now allocated $0 for Special Education Studies also (compared to $13.3 million). *Id.*

Plaintiffs respectfully notify the Court of this new apportionment given its relevance to the parties' pending cross-motions for summary judgment on the claims that the Court did not address in its September 17, 2026 memorandum and order—in particular Counts One, Two, and Six. Plaintiffs' motion for summary judgment outlined the concrete harms that they and their members are suffering from OMB's delay in apportioning funds, *see* Pls. MSJ 32–34, and those harms will now continue until Defendants' unlawful conduct is brought to an end.

October 6, 2026

Respectfully submitted,

*/s/ Lynn D. Eisenberg*
Daniel F. Jacobson*
Lynn D. Eisenberg*
Stephen Wirth*
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Avenue NW, Suite 301
Washington, DC 20016
(301) 823-1148
Dan@jacobsonlawyersgroup.com

Benjamin L. Berwick (MA Bar No. 679207)
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
Tel.: (202) 579-4582
ben.berwick@protectdemocracy.org

Cerin Lindgrensavage*
Jacek Pruski*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
Tel.: (202) 579-4582
cerin.lindgrensavage@protectdemocracy.org
jacek.pruski@protectdemocracy.org

*Counsel for Plaintiffs*

Alice O'Brien*
Marissa Marandola (BBO #705609)
National Education Association
1201 16th Street NW
Washington, DC 20036
(202) 822-7035
aobrien@nea.org
mmarandola@nea.org

Ryan Leach (BBO # 706159)
Massachusetts Teachers Association
2 Heritage Drive, 8th Floor
Quincy, MA 02178
(617) 504-8774
rleach@massteacher.org

*Counsel for Plaintiff MTA*

* Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026, I electronically filed the foregoing document using the Court's CM/ECF system and that service of this document will be accomplished on all counsel of record via CM/ECF.

*/s/ Lynn D. Eisenberg*
Lynn D. Eisenberg